UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,** <br>　　　　Plaintiffs, <br><br>v. <br><br>**BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., EPINEX DIAGNOSTICS, INC., NJ REFERENCE LABORATORIES, INC., and ALETHEA LABORATORIES, INC.,** <br><br>　　　　Defendants. | Case No. 3:19-CV-1324-JCH <br><br><br> Hon. Janet C. Hall |

### DEFENDANTS' MOTION FOR PRO HAC VICE ADMISSION OF SCOTT M. HARE

Pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned counsel, a member in good standing of the Bar of the United States District Court for the District of Connecticut, respectfully moves for Scott M. Hare, Esq. to be admitted *pro hac vice* to appear before this Court on behalf of Defendants BioHealth Laboratories, Inc., PB Laboratories, LLC, Epic Reference Labs, Inc., Epinex Diagnostics, Inc., NJ Reference Laboratories, Inc., and Alethea Laboratories, Inc., in the above-captioned matter. In support of this motion, and as further set forth in the Affidavit of Scott M. Hare, I, Lindsay S. Bishop, the movant, state as follows:

1.　　Pursuant to Local Rule 83.1(d)(1), the Affidavit of Scott M. Hare, which is submitted in support of this motion and sets forth his qualifications for *pro hac vice* admission, is true to the best of my knowledge.

2. Pursuant to Local Rule 83.1(d)(2), the granting of this motion will not require the modification of any scheduling order entered in this matter.

3. Attorney Hare is familiar with the claims at issue in this litigation.

4. Attorney Hare is familiar with the rules of this Court and agrees to abide by them.

5. Pursuant to Local Rule 83.1(d)(3), this motion is accompanied by payment of a fee of $75.00 to the Clerk of this Court.

6. Pursuant to Local Rule 83.1(d)(4), Attorney Hare will promptly file a certificate of good standing from the bar of the Commonwealth of Pennsylvania, the state in which he has his primary office, with the Clerk of this Court after this motion is granted.

WHEREFORE, I, Lindsay S. Bishop, undersigned counsel of record for the defendants, respectfully move for Scott M. Hare, Esq. to be admitted *pro hac vice* in the above-captioned matter.

Date: November 8, 2019

Respectfully submitted,

/s/ *Lindsay S. Bishop*
Lindsay S. Bishop (ct29990)
lindsay.bishop@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617-261-3100

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Lindsay S. Bishop*
Lindsay S. Bishop (ct29990)

Date: November 8, 2019