UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,**<br>            Plaintiffs,<br><br>**v.**<br><br>**BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., EPINEX DIAGNOSTICS, INC., NJ REFERENCE LABORATORIES, INC., and ALETHEA LABORATORIES, INC.,**<br><br>           **Defendants.** | Case No. 3:19-CV-1324-JCH<br><br><br>Hon. Janet C. Hall |

## AFFIDAVIT OF SCOTT M. HARE IN SUPPORT OF DEFENDANTS' MOTION FOR PRO HAC VICE ADMISSION

I, Scott M. Hare, being duly sworn, hereby state under oath the following:

1. I submit this affidavit pursuant to Local Rule 83.1(d)(1) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut in support of Defendants' Motion for Pro Hac Vice Admission to represent Defendants BioHealth Laboratories, Inc., PB Laboratories, LLC, Epic Reference Labs, Inc., Epinex Diagnostics, Inc., NJ Reference Laboratories, Inc., and Alethea Laboratories, Inc., in the above-captioned matter.

2. I am an attorney with the law firm of Whiteford, Taylor & Preston, located at 200 First Avenue, Third Floor, Pittsburgh, PA 15222, telephone number (412) 618-5600, fax number (412) 618-5596 and e-mail address: share@wtplaw.com.

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania (Bar No. 63818) and the State of Michigan (Bar No. P52081), the United States Courts of Appeals

1

for the Third and Sixth Circuits, and the United States District Courts for the Western District of Pennsylvania and the Eastern District of Michigan.

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I am familiar with facts and circumstances pertaining to the claims in the above-captioned matter.

8. I designate my sponsoring attorney, Lindsay S. Bishop of K&L Gates LLP, One Lincoln Street, Boston, MA, 02111, as my agent for service of process and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Scott M. Hare

Sworn to before me this 6th day of November, 2019

_____
Notary Public

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Lela M. Lescallette, Notary Public
Allegheny County
My commission expires March 17, 2022
Commission number 1186871
Member, Pennsylvania Association of Notaries

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      */s/ Lindsay S. Bishop*
      Lindsay S. Bishop (ct29990)

Date: November 8, 2019