UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY,

Plaintiffs

V. 3:19-CV-01324-JAM

BIOHEALTH LABORATORIES, INC, PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC, EPINEX DIAGNOSTICS, INC, NJ REFERENCE LABORATORIES, INC, ALETHEA LABORATORIES, INC,

Defendants

JUDGMENT

This action came on for consideration on defendants' motion to dismiss (doc #25) before the Honorable Janet C. Hall, United States District Judge. On June 17, 2020, the Court entered an order granting the motion based on the reasons stated in the ruling. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment shall enter in favor of the defendants and the case is closed.

Dated at New Haven, Connecticut, this 22nd day of June 2020.

ROBIN D. TABORA, Clerk

By: /s/ Julia Reis
Deputy Clerk

EOD: 6/22/2020