**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,

Plaintiffs,

v.

BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., EPINEX DIAGNOSTICS, INC., NJ REFERENCE LABORATORIES, INC., and ALETHEA LABORATORIES, INC.,

Defendants.

Case No. 3:19-cv-01324-JCH

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs in the above captioned matter, Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company, hereby appeal to the United States Court of Appeals for the Second Circuit from the June 17, 2020 Ruling from the District Court granting Defendants' Motion to Dismiss (Doc. No. 47) and subsequent June 22, 2020 Judgment (Doc. No. 48).

Respectfully submitted July 22, 2020.

**ALSTON & BIRD LLP**

*/s/ Edward T. Kang*
EDWARD T. KANG (CT26653)
EMILY COSTIN (PHV No. 10291)
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3300
Facsimile: 202-239-3333
E-mail: edward.kang@alston.com
E-mail: emily.costin@alston.com

KELSEY L. KINGSBERY
(PHV No. 10282)
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-862-2200
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

*Attorneys for Plaintiffs, Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that this day, July 22, 2020, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

**ALSTON & BIRD LLP**

*/s/ Edward T. Kang*

EDWARD T. KANG (CT26653)
950 F Street, NW
Washington, D.C. 20004
Telephone: 202-239-3300
Facsimile: 202-239-3333
edward.kang@alston.com

*Counsel for Plaintiffs Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*