**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br>     Plaintiffs, | :<br>:<br>:<br>:<br>: | CIVIL CASE NO.<br>3:19-CV-1324 (JCH) |
| v. | :<br>: | MARCH 12, 2021 |
| BIOHEALTH LABORATORIES, INC., ET AL.,<br>     Defendants. | :<br>:<br>:<br>: | |

**ORDER ON MOTION FOR LEAVE TO FILE RENEWED MOTION AND**
**MEMORANDUM ON REMAND (DOC. NO. 53)**

Defendants' Motion for Leave to File Renewed Motion and Memorandum in Support on Remand (Doc. No. 53) is granted in part.  The defendants should file any additional briefing on the question of whether the plaintiff's equitable claims should be dismissed on the doctrine of laches no later than April 2, 2021.  Connecticut General Life Insurance Co. should file its opposition to the defendants' briefing on this question no later than April 23, 2021, and defendants may file their reply within 14 days of that opposition.

No other briefing is sought by the court at this time.  If the court concludes not to dismiss the plaintiff's equitable claims on the ground of laches, it intends to address the other arguments raised in the defendants' Motion to Dismiss (Doc. No. 25).  The only further submissions allowed are supplemental authority that is controlling.

1

**SO ORDERED.**

Dated this 12th day of March 2021 at New Haven, Connecticut.

                                                        <u>/s/ Janet C. Hall</u>
                                                        Janet C. Hall
                                                       United States District Judge