UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., EPINEX DIAGNOSTICS, INC., NJ REFERENCE LABORATORIES, INC., and ALETHEA LABORATORIES, INC.,<br><br>　　　　Defendants. | Case No. 19-cv-1324-JCH<br><br>Hon. Janet C. Hall<br><br>October 8, 2021 |

**[ CONSENT SCHEDULING ORDER**

Based upon the Parties' Joint Motion for Entry of a Consent Scheduling Order [Doc. No. 77], the following dates are hereby adopted as reasonable and appropriate to serve the purposes of Fed.R.Civ.P.1:

**Pleadings**:  Any motion to amend the complaint or join parties will be filed by the plaintiff no later than October 15, 2021. Any motion to amend the answer or join parties will be filed by the defendant no later than November 5, 2021. Any motion to amend or join parties filed after these dates will be governed by the good cause standard of Fed.R.Civ.P.16(b).

**Damages Analysis**:  Any party with a claim or counterclaim for damages will serve a damages analysis on or before October 15, 2021.

**Discovery Deadline**: All fact discovery will be completed (not propounded) by May 13, 2022.

Requests for admission are limited to twenty (20) in number (including subsections) without further order of the court.

**Discovery Relating To Expert Witnesses**:  Unless otherwise ordered, a party intending to call any expert witness must comply with Fed. R. Civ. P. 26(a)(2). All such experts will be disclosed by the party with the burden of proof on or before June 3, 2022, and any such experts will be deposed on or before July 8, 2022. All such experts will be disclosed by the party without the burden of proof on or before August 5, 2022, and any such experts will be deposed by September 9, 2022. Any motion related to preclusion of an expert must be filed by October 7, 2022.

**Motions to Compel**: Any motion for an order compelling disclosure or discovery pursuant to Fed. R. Civ. P. 37(a) must be filed within 30 days after the due date of the response. Failure to file a timely motion in accordance with this scheduling order constitutes a waiver of the right to file a motion to compel.

**Joint Trial Memorandum**:  A joint trial memorandum in the form described in the attached addendum will be filed on or before October 7, 2022, or 30 days after ruling on summary judgment motion, whichever is later. The original of this memorandum shall be filed with the Clerk of the Court, and one copy shall be submitted to Chambers. Counsel signing the memorandum must certify that it is the product of consultation between the lawyers who will be trying the case.

**Dispositive Motions**: A dispositive motion may not be filed later than October 7, 2022.

**Joint Status Reports of Counsel**:    A joint status report of counsel will be submitted on or before November 30, 2021. The report must address the matters that are relevant to the case at the time and include, inter alia, a detailed description of the discovery conducted up to the date of the report, the current deadlines, and any amendments to pleadings or dispositive motions

contemplated. Joint status reports of counsel addressing those matters will be submitted every 90 days thereafter until the matter is resolved. If a motion for summary judgment has been filed, or the case is set for trial, no further status reports are required.

**Extensions of Time**:  All dates set forth in this Order are firm and will be extended only for good cause. The good cause standard requires a particularized showing that, despite due diligence, the party seeking the extension could not comply with this order. Because of the importance of the discovery deadline to the entire schedule, motions to extend the discovery deadline will be viewed with disfavor. A motion to extend the discovery deadline will not be granted unless the movant shows that discovery was commenced promptly and pursued with due diligence in a good faith effort to comply with the deadline established by this order.

Counsel will provide their clients with a copy of this order.

**SO ORDERED**.

Dated at New Haven, Connecticut this _8th day of __October__ 2021.

_____/s/ Janet C. Hall_____
United States District Judge