UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall<br><br>July 7, 2023 |

**CIGNA'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rules of Civil Procedure 7(a), Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company (together, "Cigna") respectfully moves this Court for leave to file five additional pages in Cigna's brief in support of summary judgment. In support of this motion, Cigna states as follows.

1. Local Rule 7(a) limits supporting briefs to forty pages except by order of the Court.

2. Cigna intends to file a motion for summary judgment on or before July 14, 2023 on all counts in the First Amended Complaint filed by BioHealth Laboratories, Inc., PB Laboratories, LLC, and Epic Reference Labs, Inc. (together, the "Labs").

3. Good cause exists to permit Cigna to file the additional pages in light of the complicated nature of this protracted litigation and the issues to be litigated on summary judgment.

4. The Labs demand more than $60 million from Cigna based on tens of thousands of individual claims for reimbursement for drug testing services. The Labs assert claims under multiple statutes, as well as claims under Florida common law. Cigna intends to raise, among other

things, arguments based on preemption under the Employee Retirement Income Security Act of 1974 (ERISA), statutory interpretation, and the undisputed nature of material facts that compel summary judgment. The parties have conducted nearly two years of discovery, exchanging more than 1.5 million pages of documents and deposing 18 witnesses.

5. Given the breadth of evidence and the complexity of legal issues involved, Cigna respectfully requests leave to include up to forty-five pages for its supporting brief, exclusive of the cover page, signature block, and Certificate of Service.

6. Cigna's counsel has conferred with the Labs' counsel, who agreed to the requested enlargement of the page limits for Cigna's brief in support of its motion for summary judgment.

## CONCLUSION

For the foregoing reasons, Cigna respectfully requests that the Court enter an order granting the relief requested herein.

DATED this 7th day of July 2023.        Respectfully submitted,

**ALSTON & BIRD LLP**

*/s/ Edward T. Kang*
EDWARD T. KANG (CT26653)
EMILY COSTIN (PHV No. 10291)
950 F Street, NW
Washington, DC  20004
Telephone:  202-239-3300
Facsimile:  202-239-3333
E-mail:  edward.kang@alston.com
E-mail:  emily.costin@alston.com

KELSEY L. KINGSBERY
(PHV No. 10282)
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-862-2200
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

1

*Counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

This is to certify that this day, July 7, 2023, I electronically filed the foregoing CIGNA'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES using the CM/ECF system, and via email, upon the following:

> Parajudicial Officer James R. Hawkins
> Email: jrhawkinsii@yahoo.com
>
> SCOTT M. HARE
> ANTHONY THOMAS GESTRICH
> WHITEFORD, TAYLOR & PRESTON, LLP
> 11 Stanwix Street, Suite 1400
> Pittsburgh, PA 15222
> E-mail: share@whitefordlaw.com
> E-mail: agestrich@whitefordlaw.com
>
> Fred Alan Cunningham
> Matthew Christ
> Domnick Cunningham & Yaffa
> 2401 PGA Boulevard, #140
> Palm Beach Gardens, FL 33410
> Email: fred@pbglaw.com
> Email: mtc@pbglaw.com
>
> John J. Radshaw, III
> 65 Trumbull Street, 2d Fl.
> New Haven, CT 06510
> Email: jjr@jjr-esq.com
>
> *Counsel for the Labs*

> **ALSTON & BIRD LLP**
>
> */s/ Edward T. Kang*
> EDWARD T. KANG (No. CT26653)
> 950 F Street, NW
> Washington, DC 20004
> Telephone: 202-239-3300
> E-mail: edward.kang@alston.com
>
> *Counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*