UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall<br><br>July 18, 2023 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (together, "Cigna"), by and through the undersigned counsel, in accordance with this Court's order (ECF No. 209), at the suggestion of Parajudicial Officer James Hawkins on June 2, 2023, and by agreement with counsel of record for Biohealth Medical Laboratories, Inc., PB Laboratories, LLC, and Epic Reference Labs, Inc. (together, the "Labs"), hereby certifies service of the following documents upon Counsel of Record in this action:

　　　　1)　　Cigna's Motion for Summary Judgment with Oral Argument Requested, Cigna's Memorandum in Support of Motion, Cigna's Local Rule 56(a)(1) Statement of Undisputed Material Facts, Declaration of Edward T. Kang in Support of Motion for Summary Judgment with Exhibits 1 through 58, Affidavit of Michael D. Goldfarb, Affidavit of Matthew Ryan, and the Declaration of Wendy McKeon.

1

2)   Cigna's Motion to Partially Exclude Testimony from the Labs' Expert Jacqueline Thelian with Oral Argument Requested, Memorandum in Support of Motion, with supporting Exhibits 1 through 10.

3)   Cigna's Motion to Partially Exclude Testimony from the Labs' Expert Christopher Haney with Oral Argument Requested, Memorandum in Support of Motion, with supporting Exhibits 1 through 11.

Cigna further provides notice that upon filing the above materials with the court, Cigna will ensure these materials have been redacted in accordance with 45 C.F.R. § 160.103.

DATED: July 18, 2023                     Respectfully submitted,

**ALSTON & BIRD LLP**

*/s/ Edward T. Kang*
EDWARD T. KANG (CT26653)
EMILY COSTIN (PHV No. 10291)
950 F Street, NW
Washington, DC  20004
Telephone:  202-239-3300
Facsimile:  202-239-3333
E-mail:  edward.kang@alston.com
E-mail:  emily.costin@alston.com

KELSEY L. KINGSBERY
(PHV No. 10282)
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Telephone: 919-862-2200
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

*Attorneys for Connecticut General Life*
*Insurance Company and Cigna Health and*
*Life Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that this day, July 18, 2023, I electronically filed the foregoing NOTICE OF SERVICE using the CM/ECF system, which will automatically effectuate service upon all counsel of record in this matter.

> */s/ Edward T. Kang*
> EDWARD T. KANG (No. CT26653)
> **ALSTON & BIRD LLP**
> 950 F Street, NW
> Washington, DC  20004
> Telephone:  202-239-3300
> Facsimile:  202-239-3333
> E-mail:  edward.kang@alston.com
>
> *Attorney for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*