# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY and
CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

       Plaintiffs,

   v.

BIOHEALTH LABORATORIES, INC.,
PB LABORATORIES, LLC,
EPIC REFERENCE LABS, INC., and
EPINEX DIAGNOSTICS, INC.,

       Defendants.

Case No. 3:19-cv-01324

Hon. Janet C. Hall

**LABS' EXHIBITS FOR
LOCAL RULE 56(a)1 STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF LABS' MOTION FOR SUMMARY JUDGMENT**

**TABLE OF EXHIBITS**

*Brief of Amicus Curiae, American Clinical Laboratory Association*
    *United States ex rel. Groat v. Bos. Heart Diagnostics Corp.*,
    Case No. 15-487 (D.D.C. 2017), Dkt. 64
    (July 26, 2017) ....................................................................................Exhibit 1

Internal Cigna Correspondence re:
    *Quantitative vs Qualitative Drug testing*
    (April 13, 2015) ...................................................................................Exhibit 2

Deposition Transcript of Stephanie Canto
    (October 27, 2022) (excerpted) .............................................................Exhibit 3

Deposition Transcript of Michael Goldfarb
    (February 16, 2023) (excerpted)............................................................Exhibit 4

Deposition Transcript of Eva Borden
    (February 17, 2023) (excerpted).............................................................Exhibit 5

Internal Cigna Memorandum:
    *Substance Abuse Actions*
    (August 6, 2015) ...................................................................................Exhibit 6

*Statement of Work for Substance Abuse Spend in South Florida*
    (August 2015 execution date).................................................................Exhibit 7

Internal Cigna Correspondence re:
    *Substance Abuse & IFP - NEXT STEPS*
    (July 15, 2015).....................................................................................Exhibit 8

Deposition Transcript of Douglas Nemecek, M.D.
    (December 9, 2022) (excerpted)...........................................................Exhibit 9

Internal Cigna Correspondence re:
    *SIU Medical Records for Review*
    (December 7, 2014 – January 22, 2015) ................................................Exhibit 10

Deposition Transcript of Patrick David Hurley
    (December 16, 2022) (excerpted)..........................................................Exhibit 11

Deposition Transcript of Thomas Hixson
    (December 5, 2022) (excerpted)............................................................Exhibit 12

Deposition Transcript of Daniel Nicoll, M.D.
(January 24, 2023) (excerpted) ...........................................................Exhibit 13

Internal Cigna Correspondence re:
*SIU Case P-2013-169 Collectaway Labs*
(September 19, 2013).........................................................................Exhibit 14

Internal Cigna Correspondence re:
*PB Labs 2014 medical record review*
(May 16, 2014 – May 19, 2014)............................................................Exhibit 15

Deposition Transcript of William M. Welch, II
(February 10, 2023) (excerpted)...........................................................Exhibit 16

Deposition Transcript of Kelly Clark, M.D.
(June 16, 2023) (excerpted) ...............................................................Exhibit 17

Expert Report of Dr. Kelly Clark
(March 1, 2023) (excerpted) ...............................................................Exhibit 18

Rebuttal Expert Report of Dr. Kelly Clark
(May 19, 2023) (excerpted) ................................................................Exhibit 19

Internal Cigna Correspondence re:
*IFP_LAB_Customer_Services.xlsx*
(August 26, 2015 – September 1, 2015)..................................................Exhibit 20

Compilation of Orders Submitted to PB Labs, BioHealth & Epic
(2013 – 2015) ...............................................................................Exhibit 21

Rebuttal Report of Jaqueline Thelian, CPC, CPC-I, CPMA, CHCA
(May 19, 2023) (excerpted) ................................................................Exhibit 22

Internal Cigna Correspondence re:
*Substance Abuse - Daily Stand Up - AGENDA 7/28*
(July 28, 2015)...............................................................................Exhibit 23

Internal Cigna Correspondence re:
*Potential Media Statement for Palm Beach Post*
(August 17, 2015) ...........................................................................Exhibit 24

Internal Cigna Correspondence re:
*Non par sub abuse lab in IFP*
(June 2, 2015 – June 3, 2015).............................................................Exhibit 25

Internal Cigna Correspondence re:
   *AHIP Request*
   (July 8, 2015 – July 17, 2015)...................................................................Exhibit 26

Internal Cigna Memorandum:
   *Substance Use Disorder Action Update*
   (October 21, 2015) ...................................................................................Exhibit 27

Internal Cigna Correspondence re:
   *Substance Abuse - 85% of Allowed Claims Impacted*
   (July 29, 2015 – July 30, 2015)................................................................Exhibit 28

Internal Cigna Correspondence re:
   *Drug Testing RNC & Edit*
   (June 2, 2015 – June 24, 2015)................................................................Exhibit 29

Internal Cigna Correspondence re:
   *H0015*
   (August 28, 2015) .....................................................................................Exhibit 30

Internal Cigna Document, Bates No. CIGNA 19-1326 0302256
   (undated) (excerpted) ..............................................................................Exhibit 31

Internal Cigna Correspondence re:
   *Overpayments*
   (June 10, 2015) .........................................................................................Exhibit 32

*Cigna's Objections and Supplemental Responses to*
   *BioHealth Laboratories, Inc., PB Laboratories, LLC and*
   *Epic Reference Labs, Inc.'s Interrogatory Nos. 16-19*
   (February 1, 2023) ....................................................................................Exhibit 33

Dated:July 18, 2023                        Respectfully submitted,

/s/ Anthony T. Gestrich
Scott M. Hare (phv10339)
Anthony T. Gestrich (phv11119)
WHITEFORD, TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-618-5600
Facsimile: 412-618-5596
E-mail:        SHare@whitefordlaw.com
               AGestrich@whitefordlaw.com

Fred Alan Cunningham (phv20210)
Matthew Christ (phv20209)
DOMNICK CUNNINGHAM & YAFFA
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone: 561-625-6260
Facsimile: 561-625-6269
E-mail:        Fred@pbglaw.com
               Matt@pbglaw.com

John J. Radshaw III
(ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
Telephone: 203-654-9695
Facsimile: 203-721-6182
E-mail:        jjr@jjr-esq.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2023, a copy of the foregoing was served on the following counsel for the parties by electronic mail:

EDWARD T. KANG
EMILY COSTIN
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004
edward.kang@alston.com
emily.costin@alston.com

KELSEY L. KINGSBERY
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27615
kelsey.kingsbery@alston.com

*Counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*

/s/ Anthony T. Gestrich
Anthony T. Gestrich