# EXHIBIT 2

| | |
|---|---|
| From: | Nicoll, Daniel (Dan) 685 [/O=CIGNA/OU=REGION02/CN=RECIPIENTS/CN=DJNICO] |
| Sent: | 4/13/2015 5:03:36 PM |
| To: | Canning, Karen J W3SIU [karen.canning@cigna.com]; Fritz, Brittany W3SIU [brittany.fritz@cigna.com]; Welch II, William M ESQ B6LPA [william.welch@cigna.com] |
| Subject: | Quantitative vs Qualitative Drug testing |

As we discussed today this issue is being worked on for quite some time.
There is a workgroup pushed by Eva Borden meeting this week with Cathy Baily, Eva Borden, Julie Kessel,    Dave Finley and myself.
There has been substantial push now from Scott Joseph to get this solved ASAP.

When we last met we discussed:

1.      Tech assessment was "good enough" for denial of claims that did not meet the medical necessity criteria of either a positive qualitative test or clinical circumstances that uniquely made an individual test or family of test necessary for an individual patient.
2.      Way of dealing with a claim for large number (over 4) quantitative drug testing units (not CPTs since multiple units of some CPTs occurs)
a.      Deny by SIU as fraud (I suggested this was not likely appropriate and going to happen)
b.      Deny as not medically necessary with the opportunity to appeal with clinical information
c.      Pend and request medical necessity documentation.
d.      Continue to pay which is entirely unacceptable.

As for the documentation required, often the lab would not have the necessary documentation
1.They might have the screening results if done by the same lab
2.The ordering HCP may have the screening results
3.Only the ordering clinician could document unique circumstances

It would be hoped that once aware (by experience or formal notification) of our negative qual / no quant rule that the labs will either stop performing the testing or stop billing for this testing or stop appealing the denial of this testing for Cigna customers.

These fixes would be SIU across all platforms and products eventually although it might be piloted in a more limited manner.

As for the SIU and current cases, based upon the tech assessment sent separately we have enough to deny as not medically necessary quantitative testing without a positive qualitative test.

It would seem that:
1.If there was no qualitative test results available, administratively the quantitative test could be denied under the negative qual/no quant rule
2.If there were qualitative test results available and all are negative , administratively the quantitative tests could be denied under he negative qual / no quant rule
3.If some of the qualitative tests were positive, it might take a clinician (nurse or MD) to determine which quantitative test (or family of quantitative tests) were appropriate
4.If the ordering HCP feels that unique circumstances call for ordering a quantitative test without a positive screening test, that also would need clinician review.

Let me know what you think.

Dan

CONFIDENTIAL                                                                                                              CIGNA19-1326 0330876

**Daniel J. Nicoll, MD**
National Medical Director for Fraud and Abuse
CIGNA HealthCare
Tele:   631 247-4505
Fax:   646 203-0641
Cell:        516 659-4081

CONFIDENTIAL