# EXHIBIT 6

To:  Brian Evanko and Lisa Lough
From:  Eva Borden

EXHIBIT

7

exhibitsticker.com

## Substance Abuse Actions
## August 6, 2015

Cigna's costs attributable to fraud and substance abuse claims have exploded during 2015, especially related to out of network utilization.  A primary source of this cost increase is substance abuse spending for plans sold through the FFM.

- 2015 YTD costs for substance abuse are running 30x greater than comparable 2014 OAP.
- On a full year basis, this would amount to **$150-200M in avoidable medical costs (> $125PMPM)**.

**KEY DRIVERS:**

**#1 – Patient Brokering**
Ineligible individuals are being fraudulently enrolled into plans, particularly Silver 100 CSR plans, sold through the FFM to exploit out-of-network benefits and federal government subsidies.

**#2 – Out-of-Network Outpatient Rehab and Drug Testing**
Outpatient substance abuse facilities, many located in South FL, intentionally remain out-of-network and engage in a variety of fraudulent and abusive practices, including fee forgiveness, physician kickbacks, and unnecessary drug testing on customers.

**ACTION SUMMARY:**

**Goal #1:**  Reduce the substance abuse paid amount from >$1M a day to a target of approximately $50k per claims paid day or $300k per week.  (*Progress:  Week of 8/3 we are trending toward $800k+ in claims, down from $8M two weeks ago.*)

**Goal #2:**  Remove brokers and pend claims for customers where there is evidence of enrollment fraud. (*Progress:  One broker has been removed, 314 customers and $9M in spend, and 5 additional are under SIU investigation.*)

**Goal #3:**  Use our behavioral UM/CM resources to stop future 2015 claims before they incurred or paid. (*Progress:  Actions have been identified, 8 behavioral staff approved for hire (Band 2/3) and actions will be incorporated throughout August 2015.*)

**Goal #4:**  Enhance our clinical policies to minimize ongoing exposure to substance abuse fraud.  (*Progress: Actions will be implemented in August and October 2015.*)

**Goal #5:**  Reduce our 2016 exposure by adjusting FL and TX plan designs to remove out of network benefits. (*Progress:  We will know our options by the end of August 2015.*)

---

**ACTION DETAILS:**

We assembled a core action from across the enterprise. Key enterprise areas included are: TH&N Medical Director (Dr. Doug Nemecek), Clinical Behavioral (Karen Cierzan), SIU (Matt Norton), TH&N Operations (Denise Burns), Service Operation (Nicki Gagnon), Medical Economics (Glenn Gerhard), Legal (Jonathan Prokup and Bill Welch), Government Affairs (John Oates and Kristin Julason-Damato), Communication and Marketing (Diana Sousa).

**Goal #1: Reduce the substance abuse paid amount from >$1M a day to a target of approximately $50k per claims paid day or $300k per week.** *(Progress: Week of 8/3 we are trending toward $800k in claims, down from $8M two weeks ago – see attached pdf.)*



IFP_ACA_SA_Spend
_By_Week_2015080E

This was driven by SIU actions on 154 facility and lab TINs (% of Substance Abuse allowed spend):
- 12% - DENY claims with evidence of fraud or abuse (facilities added on 2/24, 4/15, 7/22)
- 48% - PEND claims with suspected evidence of fraud or abuse (facilities added 7/24, 7/31)
  - *RISK: SIU is building up a pended claim backlog of ~1,200 claims per day*
- 20% - ADD labs to manual pre-pay edit requiring medical necessity review for any test with >4 drugs requested (5/8 and 7/22)
  - *RISK: >100 claims per day are have medical record requests, but few have actually provided any medical records for review.*
- 1% - WORK WITH single lab directly contracted with Cigna
- 19% - NO ACTION is being taken on remaining allow spend

**Goal #2: Remove brokers and pend claims for customers where there is evidence of enrollment fraud.** *(Progress: One broker has been removed, 314 customers and $9M in spend, and 5 additional are under SIU investigation.)*

- FIND THE "BAD BROKERS" – SIU and USI Analytics (Aaron Bigman) have been working together to find suspect brokers. Model for finding broker fraud has been developed and is being used by SIU.

- LOOK FOR SUSPECT PREMIUM PAYMENTS – IFP Operations (Joe Csida) is working with HPS to determine who is making premium payments and isolating instances of concerns. **Redacted - Privilege**
  **Redacted - Privilege**

- PUSH CMS TERM CUSTOMERS WITH EVIDENCE OF FRAUD AND ABUSE – Currently CMS does not have the technical capability to term customers based on evidence of fraud or abuse.
  - 8/6/2015 – Meeting with CMS to discuss gap in ability
  - 8/2015  - Work with AHIP to provide examples to CMS (multiple carriers are complaining)
  - **Redacted - Privilege**

**Goal #3: Use our behavioral UM/CM resources to stop future 2015 claims before they incurred or paid.** *(Progress: Actions have been identified, 8 behavioral staff approved for hire (Band 2/3) and actions will be incorporated throughout August 2015.)*

CONFIDENTIAL

- INCREASE INTENSITY OF REVIEW FOR OON FACILITIES – This process was automated and now will be manual including these actions:  OON IOP Initial & Concurrent Reviews, OON Requests- Additional Info requested before auth created, identification of CA and FL Problem Facilities, OON Benefit Calls, CBH Staff Educating Callers on Cost Comparison, etc.
  - *We have agreed to hire 8 additional behavioral staff (6 Band 2 and 2 Band 3).  This will also be to prepare for the spread of this abuse across geographies in 2016.*

**Goal #4:  Enhance our clinical policies to minimize ongoing exposure to substance abuse fraud.  *(Progress: Actions will be implemented in August and October 2015.)***

- IMPLEMENT NEW CLINICAL POLICY WITH LAB TESTING LIMITS - This policy has been developed to limit both the number of drugs that can be tested and apply annual customer limits.  This will be implemented with October 2015 release of ClaimsXten.
  - *We reviewed if this could be implemented before October but the release cannot be moved.*

- STOP PAYING BILLED CHARGES ON OON CLAIMS (WHERE LEGALLY ALLOWED) – The clinical policy team is addressing this in two ways:
  - "Crosswalk" about half of the codes used today to Medicare Equivalent codes.  This has been a more aggressive approach than Cigna had been willing to take in the past.  Targeting implementation of this manual process by end of August 2015.
  - No competitors pay for code H0015 (25% of our charges).  Update the clinical policy to deny those claims and request a re-billing with more common industry codes.  This is common competitor practice.  Timing for implementation under review.
  - For the remaining codes without a crosswalk, Medical Economics is working with Navigant to develop U&C charges that could be used.  Proposal from Navigant has been received.

**Goal #5:  Reduce our 2016 exposure by adjusting FL and TX plan designs to remove out of network benefits. *(Progress:  We will know our options by the end of August 2015.)***

- FL OIR AND TDI RECEPTIVE TO THE REMOVE OF OUT OF NETWORK BENEFITS – Completed Early August 2015.  Conversations will be ongoing dependent upon CMS outcome.

- CMS APPROVAL NEEDED TO CHANGE ON EXCHANGE OFFERINGS – Meeting with CMS on 8/6/15.

**LONGER TERM:  As the goals above are being achieved, we are looking at how to apply the same lessors to:**
- **Expansion of substance abuse across geographies**
- **Early identification of new forms of fraud and abuse**
- **2017 Plan and Product Offerings – including benefit  language changes**
- **Remediate MRC2 where there is no Medicare Equivalent rate (beyond substance abuse)**

CIGNA19-1326 0289532