# EXHIBIT 7

Substance Abuse Spend in South Florida: SOW5_Navigant_080615

**Statement of Work**
**For**
**Substance Abuse Spend in South Florida**

SOW Name: SOW5_Navigant_0815

August 10 – September 11, 2015

CONFIDENTIAL

CIGNA19-1326 0324594

## TABLE OF CONTENTS

1.    SOW SUMMARY .................................................................................................3

1.1.    CHANGE LOG .................................................................................................3

1.2.    BASE SOW ...................................................................................................3

1.3.    FEE SUMMARY ...............................................................................................4

1.4.    NOTICES .......................................................................................................4

1.5.    REVIEWERS / APPROVERS ...............................................................................4

1.6.    PERIOD OF PERFORMANCE ...............................................................................4

1.7.    PLACE OF WORK TO BE PERFORMED ...................................................................4

2.    SCOPE ...........................................................................................................5

2.1.    OUR UNDERSTANDING .....................................................................................5

2.2.    DETAILED SCOPE AND DELIVERABLES – RECOMMENDED APPROACH AND WORK PLAN ............5

2.3.    DELIVERABLES: .............................................................................................6

2.4.    DEPENDENCIES ..............................................................................................6

3.    GOVERNANCE .................................................................................................6

3.1.    CHANGE CONTROL PROCESS ............................................................................6

3.2.    ACCEPTANCE PROCESS AND TIMEFRAMES .........................................................7

3.3.    ADDITIONAL TERMS AND CONDITIONS ...............................................................7

4.    ROLES AND RESPONSIBILITIES (SUPPLIER'S RESOURCES ON THE PROJECT) ...............8

5.    PERMITTED SUBCONTRACTORS .........................................................................8

6.    FINANCIAL / PRICING ........................................................................................9

7.    INVOICING FOR PAYMENT ..................................................................................9

8.    INCORPORATION OF AGREEMENT ......................................................................10

CONFIDENTIAL

CIGNA19-1326 0324595

Substance Abuse Spend in South Florida: SOW5_Navigant_080615

## STATEMENT OF WORK NO. 5

**Supplier:**
Navigant Consulting, Inc.
30 S. Wacker Drive, Suite 3100
Chicago, IL 60606

**Company:**
Cigna Corporate Services, LLC
Two Liberty Place
1601 Chestnut Street
Philadelphia, PA 19192

**WHEREAS**, it is desired that Supplier provide services at the general direction of Company as requested by Company and further described herein;

**NOW, THEREFORE**, in connection with the terms and conditions contained in the Master Services Agreement No. MSA104817, Dated 10/29/2013 ("Agreement"), which terms and conditions are incorporated by reference as set forth in this Statement of Work, and intending to be legally bound, Company and Supplier do hereby agree as follows:

### 1. SOW SUMMARY

| Project Name | Analysis of Substance Abuse Spend in South Florida ("SoFL") Markets |
|---|---|
| Cigna Vertical | Cigna – US Mkts & Global HC – Total Medical – THN Mander / Muney / Gerhard |
| SOW Name | SOW5_Navigant_0815 |
| Expense Center / Prime Account | 9L11 / 56483 |
| Approved OSEQ#(s) (For Offshore Workers) | N/A |
| Summary Description | Navigant will work with Cigna to a) evaluate drivers of recent increase in substance abuse spend in SoFL, b) to develop a pricing methodology for substance abuse codes, especially such substance abuse codes not covered by Medicare. |
| SOW Type (Fixed, T&M) | T&M |
| State and Applied Tax 0% | TBD |
| SOW Manager | Glenn Gerhard |
| SOW Effective Date | August 10, 2015 |
| SOW End Date | September 11, 2015 |

### 1.1. CHANGE LOG
### 1.2. BASE SOW

| Project Sponsor | Alan Muney |
|---|---|
| SOW Name SOW Log # | SOW5_Navigant_0815 |
| Start Date | August 10, 2015 |
| End Date | September 11, 2015 |
| Financial Impact | $45,000 |

CONFIDENTIAL                                                                 CIGNA19-1326 0324596

Substance Abuse Spend in South Florida: SOW5_Navigant_080615

### 1.3. FEE SUMMARY

| | |
|---|---|
| **Base Fees:** | $ 45,000 |
| **Additional expenses not to exceed (10% of Base):** | $ 0 |
| **Estimated sales tax at 0%:** | $ 0 |
| **Total cost not to exceed:** | $ 45,000 |

### 1.4. NOTICES

**Company - Cigna**

| | |
|---|---|
| **Contact Name:** | Glenn Gerhard |
| **Address:** | 28205 W. Oviatt Rd |
| | Bay Village, OH  44140 |
| **Phone:** | +1 860.226.8035 |
| **E-Mail:** | glenn.gerhard@cigna.com |

**Supplier - Navigant**

| | |
|---|---|
| **Contact Name:** | Richard Bajner |
| **Address:** | 30 S Wacker Drive, Suite 3100 |
| | Chicago, IL 60606 |
| **Phone:** | 312-583-3740 |
| **E-Mail:** | rbajner@navigant.com |

### 1.5. REVIEWERS / APPROVERS

**Company**

| Title | Name | Contact Information |
|---|---|---|
| Exec | Alan Muney | Alan.Muney@cigna.com |
| Project Lead | Glenn Gerhard | Glenn.Gerhard@cigna.com |
| Finance Lead | Kim Hendrikson | Kimberly.Hendrikson@cigna.com |
| Sourcing Lead | Zeke Dominguez | Zeke.Dominguez@cigna.com |

**Supplier**

| Title | Name | Contact Information |
|---|---|---|
| Managing Director | Richard Bajner | rbajner@navigant.com |

### 1.6. PERIOD OF PERFORMANCE

Unless earlier terminated in accordance with the Agreement, this Statement of Work shall commence on:

    a. Commencement Date: August 10, 2015

    b. Completion Date: September 11, 2015

### 1.7. PLACE OF WORK TO BE PERFORMED

Work shall be performed at the Navigant office

CONFIDENTIAL

CIGNA19-1326 0324597

Substance Abuse Spend in South Florida: SOW5_Navigant_080615

## 2. SCOPE
### 2.1. OUR UNDERSTANDING

Over the past year, Cigna has experienced a rapid increase in Substance Abuse spend in the SoFL market. As one of two carriers to offer out-of-network (OON) benefits for substance abuse in 2015 and the only carrier to offer such OON benefits in 2016, Cigna is looking to understand strategies to combat the recent rapid cost escalation for such services.

Based on an internal analysis performed, Cigna understands that the rapid increase in spend is largely associated with how Cigna reimburses for such OON services. Specifically, Cigna reimburses OON services on a Medicare plus payment methodology; however, it defaults to a 'reasonable and customary' (R&C) payment when Medicare does not reimburse for specific services. If a R&C price is not available (e.g., no benchmark exists in Fair Health, from Medicaid FL, or from another 3rd party database), Cigna reimburses such services at 100% of charges.

As a result of this payment methodology, Cigna believes that Substance Abuse providers have begun to use CPT codes where there is no Medicare payment and where no benchmark R&C value exists in 3rd party databases resulting in a dramatic unit price increase as Cigna reimburses such services at 100% of billed charges.

### 2.2. DETAILED SCOPE AND DELIVERABLES – RECOMMENDED APPROACH AND WORK PLAN

Navigant will work with Cigna to a) evaluate recent increase in Substance Abuse spend in SoFL; and, b) to develop a pricing methodology for substance abuse codes, specifically those not covered by Medicare.

**Our Approach and Deliverables:**

**Step 1: Strategies to reduce Substance Abuse spend in SoFL**

It is our understanding that Cigna has an understanding of the drivers of the increase in Substance Abuse spend in SoFL to instruct Navigant to develop strategies to reimburse for such services in this region on a go-forward basis. As part of determining our strategy, Navigant will seek to determine why Medicare does not reimburse specific CPTs being utilized for Substance Abuse in SoFL.

1. Determine other equivalent codes: Evaluate if alternative or other equivalent codes exist that provide Cigna the opportunity to reimburse based on the submitted CPT codes using equivalent CPT codes reimbursed by Medicare.
2. Develop new RVU or defensible pricing methodology for services without an equivalent CPT code reimbursed by Medicare (e.g., market, cost / RVU or other basis for reimbursement)
3. Develop new contract language for Cigna to integrate into provider contracts to support Cigna using an equivalent code to reimburse Substance Abuse services and/or a new pricing methodology.

*Timing:* Weeks 1-3

*Deliverable:* Strategies to manage OON spend for Substance Abuse

**Step 2: Final report:**

Develop a final report and/or presentation with key findings and solutions to manage OON Substance Abuse spend, including the identification and recommendation of equivalent or gap-filling codes, with potential considerations of pricing methodology or contract language.

*Timing:* Weeks 3-5

*Deliverable:* Final report or presentation including the work identified above

CONFIDENTIAL

CIGNA19-1326 0324598

Substance Abuse Spend in South Florida: SOW5_Navigant_080615

## Work Plan and Timing

Over the next **3-5** weeks, Navigant will work in partnership with Cigna on the following work tasks:

| | Project Week | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | August | | | | | September | | | | October | | |
| | 3 | 10 | 17 | 24 | 31 | 7 | 14 | 21 | 28 | 5 | 12 | 19 |
| Week Counter ---> | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| **Work Tasks** | | | | | | | | | | | | |
| Step 1: Strategies to Manage OON Spend for Substance Abuse | | | | | | | | | | | | |
| Step 2: Final Report | | | | | | | | | | | | |

### 2.3. DELIVERABLES:

Navigant will create the following deliverables to accomplish the project objectives set forth above:

- Step 1: Strategies to manage OON spend for Substance Abuse
- Step 2: Final report

### 2.4. DEPENDENCIES

Following are the responsibilities of Cigna to support this project:

- Commitment to providing necessary data in a timely manner to enable our analysis
- Assure a high level of participation of key stakeholders, including management team and medical staff, and others, as appropriate, in Leadership Committee meetings, interviews, work group activities, data gathering, analysis and other related activities of the process.
- Provide a copy of the required documents wherever possible (a list will be provided) prior to the project start date and as needed throughout the project.
- Provide support of experienced staff member to support answer questions as Navigant runs its analytics and of a day to day project manager to support Navigant consultants.
- Provide support of an experienced administrative assistant during the course of the project to schedule meetings, interviews and provide for other administrative requirements.
- Commit to the schedule as outlined in this proposal.

## 3. GOVERNANCE

### 3.1. CHANGE CONTROL PROCESS

SUPPLIER will follow the COMPANY's Change Control Process. Any changes to this SOW will be completed via a change control process with the appropriate approvals obtained from the COMPANY. Change requests that have an impact to scope, schedule or budget will follow the COMPANY's change management process. Similarly, any change requests will also be approved by the COMPANY, following its internal procedures.

Any changes related to the project priorities, scope of work or timing of deliverables will be communicated to SUPPLIER resources by the assigned COMPANY Program Manager.

Notwithstanding anything to the contrary set forth in this SOW, no changes to this SOW will be effective or binding on either party without a mutually-agreed written amendment executed by each party.

CONFIDENTIAL

CIGNA19-1326 0324599

### 3.2. ACCEPTANCE PROCESS AND TIMEFRAMES

Upon the completion of all tasks which are prerequisite to acceptance testing, Company shall have 60 days (or such other period as agreed by the parties) to test whether the applicable Services (including any deliverables) and the Supplier Systems and Supplier Software, if applicable, conform to (i) the specifications and requirements agreed by the parties, as may be described in or incorporated into this Statement of Work, and (ii) the specifications set forth in Supplier's documentation, including but not limited to any Documentation (if applicable and as such term is defined in Addendum A (Supplier Systems and Supplier Software) to the extent incorporated into the Agreement) and any marketing materials provided to Company by Supplier (collectively, "Acceptance Criteria").  If, in Company's sole discretion, the Services or the Supplier Systems and Supplier Software, if applicable, fail to conform to the Acceptance Criteria, Company shall notify Supplier thereof and Supplier shall have 30 days (or such other period as agreed by the parties) to correct any such nonconformity at no additional charge.  Continued failure of the Services or the Supplier Systems and Supplier Software, if applicable, to meet the Acceptance Criteria after such correction period shall entitle Company to a refund of all amounts paid to Supplier under this Statement of Work for such nonconforming Services or Supplier Systems and Supplier Software, if applicable, and any items that are dependent thereon.  At its option, Company may also continue to require Supplier to correct such nonconforming Services or Supplier Systems and Supplier Software, if applicable, in accordance with the above acceptance procedures.

### 3.3. ADDITIONAL TERMS AND CONDITIONS

- **Travel Exposure**: Should Company require the Supplier resource to travel to other locations, the Supplier will bill reasonable travel and hotel accommodations to Company at actual cost and in accordance with the Company's Travel and Expense Policy.
- **Holiday Time:** Any support required during the holidays shall be mutually discussed and planned between Company and Supplier in advance. Supplier personnel will follow the Company holiday calendar for 2015
- **Provide access**: Company will provide workspace for Supplier resource within Company's facilities for performing project related activities.
- **Changes**: No changes can be made that affect the total cost or scope of this SOW without written approval in the form of a Change SOW.
- **Term and Termination**: If either party believes that the other is not fulfilling its obligations under this Agreement in some material respect and it intends to terminate this Agreement if the situation is not corrected, it must give the other party a written notice which describes the situation in reasonable detail. The party which receives the notice shall have 1 week to correct the situation. If the situation is not corrected within that time or a mutually agreed upon time period, the party which sent the notice may immediately terminate the Agreement by giving a written notice of termination to the other party. If this Agreement is terminated in that way, it shall be of no further force and effect except with respect to accrued obligations and liabilities. Either party may terminate this Agreement without cause upon no less than 2 weeks written notice of termination to the other. In the event of termination for any reason, Company will pay Supplier for all undisputed reasonable and necessary fees and expenses accrued throughout the effective date of termination.
- **Disposition of Documents**: At the end of this engagement, you will have several options with respect to disposition of documents related to the engagement that Navigant Consulting does not wish to retain in its files. You can (a) direct Navigant Consulting to return all such documents to you, where practicable; (b) authorize Navigant Consulting to discard or destroy such documents; or (c) direct Navigant Consulting to store any or all such documents at the expense of Company. If you do not request one of these options for the disposition of materials within 60 days after this engagement is concluded, Navigant Consulting may

CONFIDENTIAL

CIGNA19-1326 0324600

implement any one of these options. Navigant Consulting will have the right to retain a copy of our reports or work papers for our records

- **Restriction on Use of Personnel:** Company agrees that during the term of this Agreement (including any renewals or extensions thereof), and for a period of one year following its termination ("Restriction Period"), neither Company nor any affiliate, parent or subsidiary thereof will knowingly employ or (except through Navigant Consulting) engage as an independent contractor, consultant or otherwise, any person who, during the Restriction Period, is or was an employee or independent contractor of Navigant Consulting and who worked on this engagement.

- **Third Party Work Product:** It is further understood that Navigant Consulting may be reviewing work product prepared by parties other than Navigant Consulting on behalf of Company, and accordingly, Company agrees to hold harmless and indemnify Navigant Consulting for any and all claims, damages, demands, liability and costs (including attorney fees as incurred) arising from negligent acts, errors and omissions of the parties who prepared such work product.

## 4. ROLES AND RESPONSIBILITIES (SUPPLIER'S RESOURCES ON THE PROJECT)

All of Navigant's committed resources are healthcare professionals with numerous years of hands-on managerial and subject matter experience. Navigant propose following professionals to lead Navigant's efforts in respective functional areas.

Based on our understanding of this project's objectives, we anticipate that the expert coder named below, who is an Associate Director employed by Navigant, will incur the majority of time and fees for this project. A Managing Director or Director will oversee her work for quality assurance.

This team will be complemented by practice leaders and directors, subject matter specialists, nurses, physicians, analytical support staff and other resources as necessary to ensure successful achievement of our mutually defined outcomes. The projected Navigant project team will include a project executive, a project manager, and consultants. The project team will be determined based on their availability at the time the project is scheduled and will be staffed with the most efficient person for each component of the work. Navigant will make every reasonable effort to perform the assignment in a cost effective manner.

| Name / Role Title | Responsibilities |
|---|---|
| Rich Bajner, *Managing Director* | Client Engagement Leader |
| Bo Martin, *Director* | Day-to-Day Lead |
| Jan Lambert, *Associate Director* | Expert Coder |
| TBD, Associate Director or Managing Consultant | Expert Coder if needed for peer review |
| TBD, Senior Consultant or Consultant | Analytic Support, to be determined based on timing and need |
| Mike Nugent, *Managing Director* | Expert advisor, specifically related to development of pricing methodology |

## 5. PERMITTED SUBCONTRACTORS

Company hereby approves the following subcontractors of Supplier for purposes of performing the services listed below:

| Name | Subcontracted Services |
|---|---|

CONFIDENTIAL

CIGNA19-1326 0324601

Substance Abuse Spend in South Florida: SOW5_Navigant_080615

| NONE | |
|------|--|

## 6. FINANCIAL / PRICING

Based on the work steps above, Navigant proposes to perform this work on a Time and Material (T&M) basis. . At this time, our not to exceed amount for this project is $45,000 and understand that our actual fees and expenses will be a lower amount than this.

From time to time, we may give you an estimate of fees and expenses relating to this matter. Such estimates are subject to many unknown or uncontrollable variables. As such, they are intended as approximate projections at a particular point in time. Estimates are not intended to be an agreed upon fixed fee amount.

### Rate Schedule

| Title | Hourly Bill Rate |
|-------|------------------|
| Managing Director | $720 |
| Director | $570 |
| Associate Director | $450 |
| Managing Consultant | $375 |
| Senior Consultant | $310 |
| Consultant | $250 |

Company will pay Supplier for the performance of such Services as follows:

a. Our hourly rates are based on the experience and skills of the personnel involved and are adjusted periodically, typically on January 1st of each year. The expected completion date of this project is September 11, 2015, and Navigant will not adjust the rates above prior to January 1, 2016. Based on the nature and scope of the Services and the expected staffing requirements, Supplier estimates its resource fees will be $45,000 ("Estimated Fees"), excluding applicable taxes and actual out of pocket expenses, as per Section 6 (b) below. Company understands that Supplier fees will be based upon work actually performed ("Actual Fees") and expenses actually incurred ("Actual Expenses").The rates above will not be adjusted for any overtime and no markup will be applied. Navigant does not predict or warrant the outcome of any particular matter or issue, and our fees are not dependent on such outcomes. Independent contractors or subcontractors may be utilized from time to time, at the applicable rates set forth above. Professional services will be billed monthly based on hours incurred and the rates in effect at the time services are performed. For certain assignments, invoices may be sent semi-monthly. Monthly computer charges may apply for data intensive assignments requiring investments in hardware and software.

b. Company will reimburse Supplier for its actual, reasonable out-of-pocket expenses in accordance with Company policy (http://www.cigna.com/suppliercommunity/non-employee-travel-and-related-expenses), but reimbursement for expenses shall not exceed $0 without a written amendment to this Statement of Work. Actual cost of related expenses will be charged, including travel and transportation expenses, such as mileage (payable at the standard IRS rate), tolls, parking, airfare, hotel accommodations, and meals. All expense reimbursement payments will be billed on a monthly basis and are due within thirty (30) days of invoice.

c. The maximum amount to be paid hereunder (inclusive of fees, expenses, and taxes) without a written amendment to this Statement of Work is $45,000..

## 7. INVOICING FOR PAYMENT
### Non-WAND Payment

CONFIDENTIAL    CIGNA19-1326 0324602

Substance Abuse Spend in South Florida: SOW5_Navigant_080615

Cigna suppliers must send their invoices to a Central email address with a copy to a Supplier Governance email address as mentioned below.

| E-mail Address (Preferred method) | Mailing Address |
|---|---|
| To: AccountsPayable@Cigna.com<br>And<br>CC: SupplierGovernance@Cigna.com | Cigna – Accounts Payable<br>PO Box 4022<br>Danville, IL 61834-4022 |

You **must** include following information for timely invoice processing and payment:

1. Include Cigna Contact Name for this SOW i.e. for this SOW **Glenn Gerhard**
2. Invoice Number and Invoice Date (date submitted to Cigna).
3. Contract Number/Reference Name (if applicable) e.g. "SOW5"
4. Ship to Address: The physical location where goods were received by Cigna or the location where services were provided to Cigna
5. Your contact information: So Cigna can direct inquiries related to the invoice
6. The <u>Subject line</u> for your electronic invoice submission MUST be in the following format:
   **Subject:** Invoice: Amount $/Invoice Number/SOW Name/Supplier Name/Invoice Date
   **Example:** Invoice: $5,000/ T123456/SOW123_AME1/ABC Corporation/MM/DD/YYYY

**In addition, you must also follow these instructions to ensure we receive your invoices:**

1. Please submit invoices as .pdf or .tif files only. DO NOT zip any of these file types.
2. The maximum size of an e-mail cannot exceed 10 MB.
3. If you are emailing multiple invoices, please send one invoice per email.
4. Do not send email messages that are nested or embedded.

## 8. INCORPORATION OF AGREEMENT

Upon execution of this Statement of Work, Company and Supplier agree that all of the terms and conditions of the Agreement are hereby incorporated by reference and affirmed by the parties. The Agreement, including its Exhibits, and this Statement of Work represent the entire Agreement between Company and Supplier with respect to the Services described herein. In the event of a conflict between the terms of this Statement of Work and those of the Agreement, the terms of this Statement of Work shall take precedence. This Statement of Work may not be modified or superseded except through written amendment.

**IN WITNESS WHEREOF,** the parties hereto execute this authorization for Services as of the latter of the two dates set forth below.

Navigant Consulting, Inc.

By _____
Richard Bajner
(Type or Print)
Title    Managing Director
Date    August 10, 2015

Cigna Corporate Services, LLC

By _____
Dawn Salan
(Type or Print)
Title    Sr. Sourcing Director – SCM
Date    8/12/2015

CONFIDENTIAL                                                                    CIGNA19-1326 0324603