# EXHIBIT 8

**Sent**:          7/15/2015 6:52:52 PM
**To**:           Kessel, Julie B HHHH [julie.kessel@cigna.com]
**Subject**:       FW: Substance Abuse & IFP - NEXT STEPS
**Attachments**:   Substance Abuse 20150715.pptx

**Importance**:    High

---

**From:** Borden, Eva C HHHH
**Sent:** Wednesday, July 15, 2015 2:21 PM
**To:** Cierzan, Karen K 46K; Norton, Matthew C W3SIU; Andros, Aneta W3SIU; Garbee, Lynn C B7CDH; Burns, Denise C2SO; Pyrro, Edwin L (Ed) B7CDH; Nemecek, Douglas A (Doug) 46K; Lustig, Stuart HHHH; Vitiello, Marco N 300; Gerhard, Glenn M B7NC; Wright, Corey W 647; Jobe, Elizabeth A (Liz) 390; Borden, Eva C HHHH; Csida, Joseph (Joe) C3ISG; Moore, Kimberly A 584; Prokup ESQ, Jonathan M ESQ TL16H; Tindall, Jeffrey E (Jeff) B6LPA; Oates, John HHHH; Schwartz, David C 1265; Julason Damato, Kristin 1265; Szable, Amy J HHHH; Mondy, Joseph M B4MKT; Slitt, Mark B4MKT; King, Jeffrey D (Jeff) 46K; Lough, Lisa C3ISG; Evanko, Brian W2SLT
**Cc:** Howell MD, Michael L 2045; Beard, Gary R HHHH; Scardellette, Frederick E (Fred) TL07P; Josephs, Scott 446; Vayer, Julie A B7CDH; Merrill, Linda D C3ISG; Kessel, Julie B HHHH
**Subject:** Substance Abuse & IFP - NEXT STEPS
**Importance:** High


THANK YOU to everyone who has been so responsive to the urgent claim issue we are having within IFP!    We have gotten a lot of focus and good ideas, in addition to the work that has already been underway.    As Doug Nemecek said, we have lots of areas involved in this.

To help us all work together in getting these actions accomplished, I have identified those on the TO: line as an action owner or key supporter (see slide 9).    Those on the CC: line have been made aware of what is happening and involved at some level.

**NEXT STEPS:**
1.Meeting for those on the TO: line to re-ground us in the issue and be sure we know on who / when / what for actions – *look for this meeting in the next two days please be as flexible as you can with calendars.* – Linda Merrill – will you please setup?


2.        Please review the attached deck which includes:    (1) Case for change and (2) Actions being taken – I would like to add or edit based on your feedback


Substance Abuse
20150715.pptx

If anyone has any questions or concerns, please let me know.


Thanks,
Eva


Eva Borden, FSA | Cigna – US Individual | Voice: 860.560.6787 | Fax: 860.687.7077

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 by Cigna

CIGNA19-1326 0324095