# EXHIBIT 10

| | |
|---|---|
| **From:** | Canto, Stephanie L W3SIU [/O=CIGNA/OU=REGION01/CN=RECIPIENTS/CN=SLFRAN] |
| **Sent:** | 1/22/2015 2:25:04 PM |
| **To:** | Nemecek, Douglas A (Doug) 46K [douglas.nemecek@cigna.com]; Lopez MD, William M HHHH [william.lopez@cigna.com] |
| **Subject:** | RE: SIU Medical Records for Review |

Good morning Dr's: I understand that this case is quite large and there are a significant amount of records for review but I am not sure if you'd like to consider a sample to review rather than review the full lot? I had requested records for roughly 20 patients but I do not believe a review of all 20 would be required to determine if an allegation of misrep can be substantiated. If you'd like for me to set up a call to discuss in more detail, just let me know.  Thank you.

**From:** Nemecek, Douglas A (Doug) 46K
**Sent:** Thursday, January 22, 2015 12:30 AM
**To:** Canto, Stephanie L W3SIU; Lopez MD, William M HHHH
**Subject:** RE: SIU Medical Records for Review

Will -

As we have discussed about the SIU reviews, please connect with Stephanie Canto about this claim review.  This is a very large volume review - I do not believe that one MD will have the time to review this record along with the other requests that came in today from others in the SIU.  We will need to determine a plan to address all of these needs.  Thanks for taking this on.

Doug

**From:** Nemecek, Douglas A (Doug) 46K
**Sent:** Wednesday, January 21, 2015 11:20 PM
**To:** Canto, Stephanie L W3SIU
**Subject:** RE: SIU Medical Records for Review

Hi Stephanie -

Well, as promised, I finally got a chance to look at some of these records tonight to see what was going on.  I didn't realize the volume of records and material that you have gathered for review.  Most of the reviews I have done so far for the SIU have taken several hours, but I have been able to do them in a few nights over the course of a week or so.

In looking at these records, I would estimate that the review of all these records will likely take me several weeks, and likely 2-4 months to review.   And that is for the rehab and lab charges associated with the drug screens.  I looked briefly at the chiro charges, and I have no knowledge of appropriate chiro billing or documentation, so I will not be able to say anything about the chiro charges.

I"ll start plugging away at these records, but it will take some time to get through them all.   It could easily take me a week per each individual case.   I'll keep you posted on my progress.   If you have any specific deadline or priority within these records, please let me know and I'll try to address them that way.

Doug

---

**From:** Canto, Stephanie L W3SIU
**Sent:** Friday, January 16, 2015 12:47 PM
**To:** Nemecek, Douglas A (Doug) 46K
**Subject:** RE: SIU Medical Records for Review

Not a problem Dr. Nemecek – thanks for the update. Enjoy your weekend~

**From:** Nemecek, Douglas A (Doug) 46K
**Sent:** Friday, January 16, 2015 10:41 AM
**To:** Canto, Stephanie L W3SIU
**Subject:** re: SIU Medical Records for Review

I'm finishing up one other review and you're next on the list.  Hope to get it done next week.

Doug

---

**From:** Canto, Stephanie L W3SIU <Stephanie.Canto@Cigna.com>
**Date:** January 16, 2015 at 8:52:49 AM CST
**To:** Nemecek, Douglas A (Doug) 46K <Douglas.Nemecek@Cigna.com>
**Subject:** re: SIU Medical Records for Review

Good morning Dr. Nemecek – when you have a moment, could you let me know if you've had an opportunity to review the records below?  Thank you again for your assistance.

CONFIDENTIAL

CIGNA19-1326 0291078

**From:** Canto, Stephanie L W3SIU
**Sent:** Wednesday, December 17, 2014 4:29 PM
**To:** Nemecek, Douglas A (Doug) 46K
**Subject:** SIU Medical Records for Review

Good afternoon Dr. Nemecek – I know that it has been a long time coming but I have finally had all the medical records copied out on the T drive for your review. I have separated the medical records into 2 folders, one for the lab medical records and the other for the rehab and chiro medical records. I have also placed the claim data spreadsheets on the T drive for your review.

This review was with respect to Angels Rehab Recovery Center, Angels Chiro and PB Labs (aka Collectaway Labs). I was trying to determine if the rehab services being billed were appropriately documented in the records in addition to trying to ascertain if the chiro services were rendered as billed and medically necessary. The lab medical records were primarily being reviewed with respect to the urine drug screenings that were being collected at the rehab facility.

If you required additional information for the review, please let me know. Thank you

Path to the records location -> T:\Medical_Directors\Dr_Doug_Nemecek\Stephanie Canto\Angels Recovery and Chiro

Stephanie Canto
Special Investigations Unit – Senior Fraud Specialist
Phone: 860-226-1096
Fax: 860-226-3598
Email: stephanie.canto@cigna.com



If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it was intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.
Confidential, unpublished property of Cigna
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2014 Cigna