EXHIBIT 13

# SLIPSHEET PENDING MOTION TO FILE UNDER SEAL