# EXHIBIT 15

| | |
|---|---|
| From: | Canto, Stephanie L W3SIU [/O=CIGNA/OU=REGION01/CN=RECIPIENTS/CN=SLFRAN] |
| Sent: | 5/19/2014 2:21:29 PM |
| To: | Nicoll, Daniel (Dan) 685 [daniel.nicoll@cigna.com] |
| Subject: | RE: PB Labs 2014 medical record review |

Good morning Dan, just an fyi that I've placed records for 10 patients out on the T drive for this lab.  The path to the records is: T:\Medical_Directors\Dr_Daniel_Nicoll\Stephanie Canto Cases\P-2013-169 PB Labs
Thanks again!

**From:** Nicoll, Daniel (Dan) 685
**Sent:** Friday, May 16, 2014 4:33 PM
**To:** Canto, Stephanie L W3SIU
**Subject:** RE: PB Labs 2014 medical record review

Yes please.
Dan

**From:** Canto, Stephanie L W3SIU
**Sent:** Friday, May 16, 2014 4:30 PM
**To:** Nicoll, Daniel (Dan) 685
**Subject:** PB Labs 2014 medical record review

Good afternoon, Dan – I am still investigating PB Labs with respect to their urine drug screenings.  Last year you had reviewed their records and I was wondering if you could review another sample that I received for this year.  [Redacted - Privilege]
[Redacted - Privilege]

I can get them out on the T drive for your review next week if that's ok with you?  Thanks!!

Stephanie Canto
Special Investigations Unit - Fraud Specialist
Phone: 860-226-1096
Fax: 860-226-3598
Email: stephanie.canto@cigna.com



If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it was intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

Confidential, unpublished property of Cigna
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2014 Cigna