# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

Civil Action No. 19-cv-01324-JCH

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY and
CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

     *Plaintiffs*,

v.

BIOHEALTH LABORATORIES, INC.,
PB LABORATORIES, LLC, and
EPIC REFERENCE LABS, INC.

     *Defendants*.

## Expert Report of Robert J. Boorstein, MD, PhD

*Robert Boorstein*

_____
**Robert J. Boorstein, MD, PhD**
**May 19, 2023**

I am Robert J. Boorstein, MD, PhD, a resident of New Jersey.  I am currently employed as Medical Director at Lenco Diagnostic Laboratory, as Medical Director at Vela Diagnostic Laboratory, and as Assistant Director at RDX Laboratory.   I provide expert consulting services under the name ClasGroup, d/b/a Robert Boorstein, or under the name Boorstein Consulting.

I have been retained by the WHITEFORD law firm, which is counsel for Epic Reference Labs, Inc., BioHealth Medical Laboratory, Inc. and PB Laboratories, LLC (collectively, the "Labs"), in connection with two actions pending in the District of Connecticut between the Labs and Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company (collectively, "Cigna").[1]  I have been asked to provide opinions concerning "medical necessity" determinations in the healthcare industry, and how those determinations by medical providers and insurers impact and affect commercial laboratories, like the Labs.

My opinions and conclusions in this matter are based on my education, training and experience.   The opinions and conclusions are expressed to a reasonable degree of medical and scientific certainty.   The opinions are mine alone, and do not represent the opinions or positions of any entity for which I am currently employed or for which I was previously employed.

A. **Qualifications**

    i.   **Professional Training and Experience**

I received a B.A. in Chemistry *summa cum laude* from Harvard College in 1977.  I received my M.D. and PhD degrees from Harvard Medical School and Harvard University respectively.  I

---

[1]    *See Conn. Gen. Life Ins. Co. v. BioHealth Labs.*, No. 19-1324 (D. Conn 2019); *Epic Reference Labs, Inc. v. Conn. Gen. Life Ins. Co.*, No 19-1326 (D. Conn 2019)

trained in Pathology at NYU School of Medicine between 1983 and 1989, and did research training at NYU and at the Centre d'Etudes Nucléaires de Grenoble (CENG), Grenoble, France. After finishing my residency, I continued at NYU for a research fellowship in Oncology.

I joined the faculty at NYU in 1990 as an Assistant Professor of Pathology, with responsibilities focused on research and teaching. At the same time, I started at Molecular Pathology laboratory division at Beth Israel Hospital, New York, and directed that laboratory until 1997. In 1996, I became Medical Director of the Department of Pathology of Bellevue Hospital, with overall responsibility under CLIA for all Laboratory and Pathology activities for Bellevue Hospital and for shared NYU laboratories based at Bellevue Hospital. In 1997, I was promoted to Associate Professor with tenure at NYU School of Medicine. In 2001, I became overall Director of Pathology for nine hospitals within the NYC Health and Hospital Corporation. With this role, I became Medical Director at Lincoln Hospital, in addition to my duties at Bellevue Hospital. Overall, the laboratory at Bellevue Hospital performed over 4.5 million tests and employed 350 faculty and staff.

In 2010, I became Medical Director at Enzo Clinical Labs, a full service regional commercial reference laboratory where, under CLIA, I was responsible for all clinical activities. Enzo Clinical Laboratory, for which I was the director, employed over 300 people and had over $50 million in revenue per year.

I left that position in 2012, and in 2013 became Medical Director at Lenco Diagnostic Laboratory, Brooklyn, NY. In this role, I created and developed our toxicology division. I have overall responsibility for all clinical diagnostic testing at Lenco, which is now the largest independent laboratory in NYC. This laboratory has performed up to 200 urine drug screens daily.

In addition to this position, I was also the founding Medical Director at Clinical Genomics Pathology (2015-2018) and at Vela Diagnostics (2017-present).   At Clinical Genomics Pathology, I wrote the entire quality manual and the validation plan and validation summary for the Lab Developed Test that Clinical Genomics offered.   At Vela Diagnostics, I oversaw the development of the Quality program, and approved all validation plans and validation documents.   In addition to these positions, I have also been an Assistant Director at RDX laboratory since 2018.   In this role, I am responsible for molecular diagnostics, and I approve all verification and validation documents in this subject area.

In addition to the above activities, I have a served as a consultant to Caris Life Sciences, NMS Laboratory, Counsyl, Inc, and DxTerity.

ii.    **Licensure and Board Certification**

I am Board Certified by the American Board of Pathology (AP/CP).   I am licensed to practice medicine in New York, New Jersey, Pennsylvania and Florida.   I hold Directors Licenses in Florida and New Jersey.   I have a Certificate of Qualification from New York State ("NYS") (the New York equivalent of a director's license) in multiple categories including Chemistry and Toxicology.

iii.    **Teaching Activities**

While on the Faculty at NYU, I was the Course Director for the Second Year Course in Pathology (1990-2003).   In 2003, I developed a new course for Fourth Year Students entitled "Utilization of the Clinical Laboratory", which I taught through 2010.   From 2000-2010, I developed and taught a program of seminars for Residents entitled "Laboratory Management."

### iv.    **Experience with Regulatory Processes Under CLIA**

The overall quality of Clinical Laboratories in the United States is underpinned by compliance with Federal and State regulations. The Laboratory Director is mandated by regulation and by accreditation standards to be responsible for the oversight of the quality program, as well as for investigation of any deviations that may occur, including taking appropriate corrective action.

A major role in my hiring at Bellevue, Enzo, Lenco, Clinical Genomics and Vela has been to provide leadership in the entire quality management program. At Enzo, I was hired to assist in responding to regulatory issues with NYS, and to regain CAP accreditation, which had been lost. At Clinical Genomics and Vela Diagnostic Laboratory, which were each new laboratories when they retained me, I was their first Laboratory Director with a major responsibility of designing quality systems and obtaining initial CAP accreditation and Licensure. In addition, my consulting roles at the commercial laboratories (Caris Life Sciences, NMS laboratory, Counsyl, Inc, and DxTerity) have specifically involved regulatory compliance.

I have also inspected other laboratories as a peer inspector for the College of American Pathologists. I have done over 180 such inspections in the last 30 years, including investigations of highly complex regulatory issues.

### v.    **CV and Hourly Rate**

My CV, enclosed as Appendix A, provides additional information with respect to my qualifications and publications. My current fees are $600.00 per hour for consultation and preparatory work. The rate is doubled for deposition and trial testimony. My compensation in this

matter does not depend on the nature of my opinion or the outcome of this case. A list of cases in which I testified in the past 4 years is enclosed as Appendix B.

**B.  <u>Resources</u>**

Counsel provided access to information, including, but not limited to:

1.  Amended Complaint and Answer in *Connecticut General Life Insurance Company v. BioHealth Laboratories, Inc.*, Case No. 3:19-cv-01324, in the U.S. District Court for the District of Connecticut;

2.  Amended Complaint and Answer in *Epic Reference Labs, Inc.* v. *Connecticut General Life Insurance Company*, Case No. 3:19-cv-01326, in the U.S. District Court for the District of Connecticut; and

3.  Expert Report of Dr. Kelly Clark, dated March 1, 2023, and all documents cited therein.

4.  The materials cited below in this report.

**C.  <u>Support for Opinions and Conclusions</u>**

My opinions and conclusions are based on my education, training, and experience. They are also based on the materials I have reviewed in preparation for this report and are offered to a reasonable degree of medical and scientific certainty.

**OPINIONS**

**<u>OPINION #1</u>**:    **Medical providers—as opposed to commercial laboratories—determine whether a laboratory test is "medically necessary," and commercial laboratories are permitted to rely on such determinations**.

Cigna retained Dr. Kelly Clark, who issued an *Expert Report of Dr. Kelly Clark* dated March 1, 2023 (the "Report"). In the Report, Dr. Clark provides an overview of the practice of

medicine and use a laboratory testing. *See generally* Report at § I.  In that portion of her Report, Dr. Clark reluctantly acknowledges that medical providers determine whether a laboratory test is "medically necessary."  Medical providers are able to make this determination because they—unlike a commercial laboratory—encounter and treat patients. *See, e.g.,* Report at ¶ 20–23.  This is also true in the practice of addiction medicine. *See* Report at ¶ 26.  As Dr. Clark concedes, medical providers use blood and urine testing "to assist with the care of a specific patient" and to gather "information about the condition of a patient at a particular point in time." *See* Report at ¶ 28.

Accordingly, medical providers—as opposed to commercial laboratories, like the Labs at issue in this matter—determine whether it is "medically necessary" to test a patient, including the frequency of any such tests and the type of tests.  *Compare* Report at ¶ 108 (conceding that "the medical necessity of any test is [based on] the need for the **ordering clinician** to use the information obtained in the test results for that patient's treatment"), *with* Report at ¶ 111 (recognizing that "[l]ab tests are … performed by … [a] lab … upon **the order of a referring clinician who requires specific information to treat a patient**").  Simply put, a commercial laboratory is permitted to rely, and must be permitted to rely, on a medical provider's determination of "medical necessity."

The responsibility of the laboratory is explicit and limited. For example, to bill Medicare, the guidance states that "If you bill laboratory services to Medicare, you must get the treating physician's signed order (or progress note to support intent to order) and documentation to support medical necessity for ordered services."

The laboratory's burden is met by assuring that CPT and ICD-9-CM codes are accurate, and that supporting documentation is available.  Overall, the predominant burden for documentation of the medical necessity is on the ordering physician: "Documentation in the patient's medical record must support the medical necessity for ordering the service(s) per Medicare regulations and applicable Local Coverage Determinations (LCDs)." *See* https://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/Downloads/ProviderComplianceLabServices-Fact-Sheet-ICN909221.pdf.

Furthermore, "the December 2017 *Groat* decision indicates that a clinical laboratory can rely on the ordering physician's determination of medical necessity in certifying to this material factor when submitting a claim to a government payor for reimbursement". *See* https://www.ebglaw.com/insights/d-c-district-court-clarifies-standard-for-laboratory-determination-of-medical-necessity/

In short, Cigna is assigning to the Labs a duty they do not have and is not the practice in the industry.  Dr. Clark appears to be asserting that the laboratory has an affirmative duty to independently review each specific test order and the patient's clinical history to determine medical necessity, and that the laboratory would have the obligation to refuse testing if this review found lack of medical necessity.

1) It is my opinion that no such duty exists.

2) Definitions of medical necessity vary from insurer to insurer and are not standardized.  It is my understanding that the Labs filed claims in a similar manner with all commercial insurers.

8

3) Definitions of Medical Necessity differ over time.    While it is helpful if laboratories monitor such changes quickly, the laboratory should not be viewed upon with disfavor for filing a claim without recognizing such a change.

4) As an example, the fecal calprotectin test is thought by many to be useful in the diagnosis and management of Inflammatory Bowel Disease.  Many, but not all, major insurers will cover this test as medically necessary. *See* https://www.verywellhealth.com/how-the-fecal-calprotectin-test-is-used-in-ibd-4140079. In the reference below, Cigna denied coverage, and the patient appealed, and the decision was reversed. Case Number: 202009-131469 [dfs.ny.gov]. Cigna's unilateral decision to accuse a test as not being medically necessary does not supersede a medical provider's decision that the test was medically necessary to treat the patient's condition.


**OPINION #2**:        **Medical providers commonly provide commercial laboratories with "master order sheets" for patients that require laboratory testing; commercial laboratories are permitted to rely on a medical provider's "medical necessity" determination, which is reflected in a master order sheet**.

In her Report, Dr. Clark offers the following opinion:

"*Through my review of the documents, it is my opinion that Medytox's business model was to bill insurance for drug tests, consisting of urine and blood specimens that were not medically necessary. Medytox created a master order sheet of panels of drug tests for Medytox's clients to complete. That master order sheet was then used as the default standing order for all drug testing ordered for all of the client's patients, regardless of the clinical diagnosis or treatment of any individual patient.*

9

> *Medytox would then bill Cigna for performing those drug tests. The practice of using these standing orders resulted in drug testing that was excessive (both in the number and frequency of tests), not individualized, and not expected to provide information to be used in the treatment of the patient. Therefore, the drug testing was not medically necessary."*

*See* Report at ¶ 11.

This statement is remarkable for its sweeping generalization about Medytox's business model.[2] It appears to assert that essentially all testing done by the Labs was knowingly inappropriate.

1) Master order sheets are commonly used in the commercial laboratory setting. For example, medical providers often create panels of tests to be run for every patient with a given condition. This is particularly true in drug and alcohol treatment because a medical provider is aware of the drugs that are commonly used in that medical provider's community. In addition, if a patient learns that a certain drug was not tested for in a panel of drugs, that patient could relapse into drug use without detection. Therefore, it is critical that medical providers be given the latitude to test for an array of drugs with a master order sheet.

2) It is my opinion that the types of testing performed were within the standard of practice within the industry at the time. I have been presented with no evidence to the contrary.

---

[2] I understand that another expert for the Labs is providing an opinion regarding Dr. Clark's usage of "Medytox" to refer to all three Labs collectively. I share the same concerns, but for purposes of this report, I address the substance of Dr. Clark's report as written.

3) Dr. Clark's claims imply that any wrongdoing is solely the responsibility of the laboratory. Dr. Clark exculpates the ordering physician from any responsibility for ordering tests.

4) It is my understanding that every test performed by the Labs was ordered by a duly licensed physician or other appropriate professional. Each test order included signed documentation asserting medical necessity for the specific testing ordered for that patient, as part of that patient's therapy. In my experience, such documentation within an order is sufficient for a laboratory to bill for the services rendered.

5) In my experience, commercial laboratories provide their clients with the tests that doctors want for the care of their patients. Commercial laboratories cannot convince doctors to order unnecessary tests. If one commercial laboratory does not provide the test a doctor wants, that doctor will find another lab to do it because that test is, in the doctor's opinion, medically necessary for the treatment of that patient.

6) Standards for drug testing change over time, and the routine tests in 2023 are different than 2013 through 2017. This is merely a part of the evolution and improvement of medicine over time—a retrospective view of orders in 2023 does not alter or otherwise undermine the medical necessity of a test in 2013, 2014, 2015, 2016 or 2017.

7) In summary, without any credible support, Dr. Clark represents that Medytox (or more specifically, the Labs) on its own acted in a unique and egregious manner (or perhaps even as a rogue actor); but the Labs were in fact providing highly commoditized and typical services to patients under the care or medical providers, and those same services are offered by literally thousands of labs.

**OPINION #3**:        **A commercial laboratory's "sales manual" has no relation to a medical provider's determination of "medical necessity," on which a commercial laboratory is permitted to rely.**

Dr. Clark states that it is her conclusion **Medytox designed its business model to obtain the highest amount of revenue by billing for medically unnecessary tests**. *See* Report at ¶ 113. She makes that assertion despite the fact that essentially every order is accompanied by, or pursuant to, a signed request from a duly authorized physician asserting and documenting medical necessity.

It is my opinion that the sales tactics described in the Sales Manual, *see* Report at pp. 21–25, are well within the standards of the industry.  Medytox (like Cigna) is a for-profit investor-owned corporation, and as such is obligated to its owners to maximize its profits.  In my opinion, commercial laboratories generate maximum profits by providing maximum value to their medical providers and patients, as determined by their medical providers.   Of course clinical laboratories work in a highly regulated environment; the staff is explicitly instructed and trained that it is unacceptable to go afoul and that going afoul of regulations risks severe implications.

Dr. Clark goes into extensive detail interpreting each sales instruction as an alleged attempt to induce physicians to order unnecessary tests. But she fails to identify any instances where such an inducement actually occurred (i.e., that any medical provider decided to set aside the medical provider's training and expertise in favor of ordering medically unnecessary tests for some unknown purpose that Dr. Clark fails to identify).  Without evidence of such inducements, there is no legitimate reason to view the Medytox business model as uniquely designed to compete in this industry using tactics that are dissimilar to all other companies in the sector.

It is important to note that Cigna, too, is a profit maximizing company, and a callous but perhaps accurate stereotype might describe its model as designed to charge the highest premiums

to customers and to deny as many claims as possible or to pay the least amount possible. By making an after-the-fact determination that a laboratory test was not medically necessary—even though a medical provider determined that it was medically necessary and a commercial laboratory performed the ordered test—Cigna stands to benefit financially. For example, by making a retrospective denial of a claim as "medically unnecessary," Cigna benefits by its members receiving medical services that would normally be covered under a policy, but Cigna avoids its obligations by unilaterally declaring such services as "medically unnecessary."

Dr. Clark manages to cast aspersion on typical business tactics used in the laboratory industry and others. She puts especial focus on cross selling, which is again customary in a dynamic industry. Unless specifically prohibited by law, cross selling of multiple product lines should hardly be viewed with suspicion; rather such cross selling serves as an opportunity to advertise available medical services that a medical provider may deem to be medically necessary to a patient's treatment. Anecdotally, my own current health insurer also provides benefit management services, pharmacy, and direct clinical services. Those cross-sold services hardly prove that my insurer is engaged in inappropriate business practices.

## CONCLUSION

The Labs performed clinical testing as requested by authorized practitioners well within the norms for commercial laboratories during the period in question. The Labs billed commercial insurers using methods and documentation typical for those times and in general compliance with regulations. Given that the Labs have worked with many major insurers without the degree of disagreement and animus they have had with Cigna, it would appear that the behavior of Cigna, not the Labs, is the outlier.

**APPENDIX A**

Robert Boorstein, MD, PhD
May 2023

**Summary of current activities:**

- Medical Director, Lenco Laboratory, Brooklyn, NY, 2013-present, implementing high value molecular diagnostic platforms in virology, genetics, toxicology and oncology.
- Medical Director, Vela Diagnostics, Fairfield, NJ, 2016-present, responsible for development of a new laboratory to validate and bring to market novel NGS tests for HIV and HCV drug resistance, and for hereditary cancer.
- Assistant Medical Director, RDX Laboratory, Kenilworth, NJ, 2018-present, responsible for validation and oversight of molecular diagnostic testing.
- Founder and Director, The ClasGroup Company, a Pathology Consultancy, 2012-present, providing strategic consulting services to laboratories, manufacturers, and the investment community.

**Summary of previous activities:**

- Medical Director, Clinical Genomics, Bridgewater, NJ, 2016-2019, responsible for development of a new laboratory to validate and bring to market a novel cancer diagnostic test, and obtain CLIA certification,
- Medical Director, Enzo Clinical Labs, Farmingdale NY, 2010-2012, leading transformation of the laboratory from regional lab to developer and provider of advanced clinical diagnostics. Clinical laboratory employed about 350 FTE, and generated $60 million in revenue from a four state catchment area. Revenue and volumes increased over 35% in two years.
- Director of Pathology, Bellevue Hospital Center, 1996-2008, and Medical Director for Pathology for South Manhattan Network and North Manhattan/Generations Plus Health Network, 2001-2008. Planned and implemented consolidation of Laboratory Operations in South Manhattan Network, and North Manhattan/Generations Plus Health Network. Central Laboratory, Bellevue Hospital grew from 1.6 million tests to over 10 million, plus 20,000+ surgical pathology, 60,000 cytology, 5000 cytogenetics. Rapid response laboratories performed approximately 2.5 million tests, 20,000 surgical pathology, 30,000 cytology. Overall laboratory serviced 2000 beds with 650 FTE's.
- Consultant, Counsyl, Inc, South San Francisco, CA, 2018-2019 (now Myriad Genetics), responsible for coordination of clinical validations and NYS regulatory oversight.
- Consulting Medical Director, NMS Laboratory, Willow Grove, PA, 2015-2018, responsible for assisting in the development and implementation of novel oncology, therapeutic drug monitoring,  and infectious disease diagnostics.
- Chief Medical Officer, Enzium Labs, Philadelphia, PA, 2015-2019, responsible for medical direction of early stage life sciences company.

- Director of Clinical Pathology Training, NYU School of Medicine, 2003-2010.
- Assistant Professor of Pathology, (1990-1998) Associate Professor of Pathology, tenured (1998-2010), NYU School of Medicine

**Key accomplishments, 2013-present, Lenco Diagnostic Laboratories:**

- Developed new programs in molecular virology, molecular genetics, oncology, and toxicology, including.
    - Managed laboratory response to Coronavirus, including rapid establishment of Molecular and Serology tests.
    - Acquisition, installation and implementation of diagnostic systems
    - Hiring, training and oversight of personnel.
    - Addition of new categories for operation under NYS DOH regulations.
    - Successful completion of initial CAP Accreditation.

**Key accomplishments, 2016-present, Vela Diagnostic Laboratory**

- Responsible for launch of new laboratory to perform a novel proprietary LDT's for HIV and HCV drug resistance testing. Participated in and supported successful FDA de novo FDA submission and product launch. Guided laboratory through staffing, equipment installation, licensure and CAP accreditation, CLIA certification, and NYS licensure. Directly involved in strategic planning for marketing and new test development.

**Key accomplishments, March 2016-2019, Clinical Genomics Pathology**

- Responsible for launch of new laboratory to perform a novel proprietary LDT for colon cancer (Colvera). Guided laboratory through staffing, equipment installation, licensure and CAP accreditation, CLIA certification, and NYS licensure. Directly involved in strategic planning for marketing and new test development.

**Key accomplishments, Consultant Strategic Advisor, ClasGroup, 2012-present, and predecessor, Robert Boorstein Consulting, 1984-2012**

- Consultant to manufacturers, laboratories and investment groups on operational, strategic and regulatory issues, including implementation of new high value molecular tests. Recent corporate clients include a major diversified manufacturer of equipment and reagents, a large privately owned Oncology Specialty Laboratory based in SW United States with a national catchment area, a national diagnostics company specializing in carrier screening and prennatal diagnostics, a privately owned diagnostic specialty laboratory based in the Mid Atlantic region with a national customer base, and a diagnostic startup company based in the SW United States.
- Regularly perform due diligence evaluations for hedge funds, VC and private equity, or for corporations. Recognized expertise in evaluation and implementation

of new technologies, especially in molecular diagnostics, chemistry, cytogenetics, automation, and operations.

- Recognized expertise in assessment of market trends and risks. Since 2012, regular (monthly) consultant to a well-recognized hedge fund, based in NY, with over $500 million in assets.

- Regularly featured in in person or web-based sessions for analyst group and their clients during or after AACC, ASCO or AMP, and as scheduled in NY or on line.

- Over 500 consultations from Gerson Lehrman Group with most major investment groups and manufacturers of clinical laboratory equipment and reagents. Consistently rated in top 20% of advisors.

- Over 500 additional consultations through Guidepoint Global, Coleman Research Group, Huron Consulting, Medacorp, Boston Consulting Group, Boston Strategic Partners, Ridgetop Capital, Health Advances, Schlesinger Associates, M3Global, EY-Parthenon, and others.

- Extensive experience in regulatory affairs as CAP inspector as team leader or specialty inspector for about 175 inspections in last 20 years.

- Trained and credentialed as ISO 15189 inspector by A2LA.

**Key accomplishments, 2010-2012, Enzo Clinical Laboratories:**

- Reorganization of clinical laboratories, starting 2/15/2010.
  - Charged with chairing restructuring committee, June 2010.
  - Directed 35% growth in accessions, from May 2010 to May 2012,
  - Implemented 7% RIF, July 2010.
  - 2% net reduction in FTE over 2 years.
  - 37% increase in cash collections, from $40 million to $55 million, FY 2010 to FY 2012.
- Overall responsibility for improving efficiency within one year of 20% through improvements in operations, personnel utilization, supplies, and reference costs.
- Directed development, validation and implementation of new, proprietary, high value LDT's in conjunction with clinical partners, ColonSentry (GeneNews), IncellDX and Hunter Heart.
- Extensive involvement in IT and data management reorganization.
- Rationalization of clinical platforms.
- Design, funding, selection and implementation of all major clinical platforms (hematology, chemistry/immunoassay, urinalysis, immunology, molecular virology). Worked closely with all major vendors including Beckman, Siemens, Roche, Hologic, Biorad, BD, Phadea, Diasorin, Iris and Sysmex.

**Key clinical accomplishments, through 2009, at Bellevue Hospital and NYC Health and Hospitals Corporation:**

- Development of a business model serving acute care, chronic care and outreach functions, maximizing use of capital equipment and space.
- Implementation of LIS and HIS systems allowing for remote order entry, bar coding, and electronic reporting of all clinical pathology results.
- Design, funding, and implementation of a highly automated chemistry laboratory, with extraordinarily high output and high output per square foot.
- Design, funding and implementation of a central microbiology laboratory serving all ten facilities.
- Planning, development and implementation of high-volume molecular diagnostics.
- Design, funding, and implementation of state of the art, high throughput systems for imaging, data analysis and reporting of cytogenetics and FISH.
- Design, funding, and implementation of Anatomic Pathology information system, including voice recognition, remote order entry, specimen tracking, and electronic reporting.
- Modernization and expansion (10-fold) of highly regarded special hematology laboratory.
- Development of cytopathology service as recognized "center of excellence".
- Expanded faculty (about 30%) in areas of growth with high levels of retention and promotion.
- Director of Molecular Pathology, Beth Israel Hospital, New York, (1990-1997)

## Key Hospital and Regulatory Responsibilities and Achievements

- Leadership role in preparations for multiple cycles of JCAHO and CAP accreditation and NYS licensure on multiple sites.
- Active CAP inspector for molecular pathology, cytogenetics, and laboratory general.
- Chair of Bellevue Hospital Peer Review committee.
- Chair of Bellevue Hospital Sentinel Events committee
- Leadership role in implementation of Joint Commission National Patient Safety Goals.

## Crisis management
- Key member of Emergency preparedness team with leadership roles following 9/11 disaster, anthrax scare, major blizzards, and transit strikes.

## Major Undergraduate and Graduate Medical Education Achievements
- Associate Director of Residency for Clinical Pathology, NYU School of Medicine.
- Complete Revision of Clinical Pathology Curriculum.
- Design and implementation of year long training in Management for Pathology Residents for NYU School of Medicine.
- Overall responsibility for Pathology Department teaching in 2nd year of Medical Student curriculum.
- Responsibility for teaching "Laboratory Diagnostics of Cancer", 1990-2009, and cancer "Therapeutics of Cancer", 2006-2009.

- Development of course in Utilization of Clinical Laboratory for 4th year Medical Students
- Active role in multiple cycles of accreditation by ACGME and LCME.

**Research Accomplishments**

- PhD in Pharmacology, 4 years independently funded post-doctoral experience, 10 years independent funded laboratory
- Significant contributions to the understanding of DNA repair mechanisms as targets for cancer chemotherapy.
- 42 publications in peer reviewed journals
- Extensive experience in molecular pathology, molecular pharmacology, and cancer biology

**Medical Legal Activities**

30 years experience as expert consultant with expertise in general pathology, molecular diagnostics, clinical operations, regulation, accreditation, and communications issues.

**Recent Presentations**

.

- "Diagnostics Market Disruption:  Clinical and Business Forces Driving Change", G2 Laboratory Revolution, Chandler, Arizona, April 6, 2016.

- "Diagnostics Market Disruption:  Clinical and Business Forces Driving Change", Health Industry Dealers Association Laboratory and Diagnostics Market Conference, Washington, DC, November 12, 2015.

- "Can Theranos Disrupt the Clinical Lab Testing Market", Executive War College, New Orleans, LA, May 5, 2015.

- 'The impact of sole source tests on academic and regional laboratories", Department of Pathology, Emory University School of Medicine, August 29, 2014.

- "Introduction to the study of Human Cancer," Frank H. Netter School of Medicine, Hamden, Connecticut, June 25, 2014.

- "The growing importance of branded sole source tests for clinical laboratories", Provista Corporation, Phoenix, Arizona, April 5, 2014.

- "The impact of branded sole source tests on academic and clinical laboratories", Department of Pathology, Georgia Regents University, Augusta, GA, January 8, 2014.

- "The impact of branded sole source tests on academic and clinical laboratories", Department of Pathology, Brown/Lifespan, Providence, Rhode Island, December 11, 2013.

- "The Promises and Realities of Next-Generation Sequencing: Lessons from Breakthrough Technologies Past", G2/Bloomberg Intelligence Laboratory and Investor Forum 2013, December 10, 2013, Union League, New York.

- "Current and Future Trends in Molecular Diagnostics and Laboratory Medicine", ISI, Boston, MA, December 6, 2013.

- "Introduction to the study of Human Cancer," Department of Medical Education, Paul Foster School of Medicine, Department of Pathology, El Paso, September 6, 1013.

- "Strategies for implementing new high value tests in diagnostic laboratories", G2 Webinar, July 24, 2013.

- "Introduction to Clinical Laboratory Management," Department of Pathology, Tulane University Medical School, New Orleans, May 3, 2013.

- "Sole source laboratory tests and their impact on academic and regional laboratories." Department of Pathology, Tulane University Medical School, New Orleans, May 2, 2013.

- "Is a shortage of Pathologists inevitable? Trends and forces affecting Pathologist supply," Cerner Corporation, Kansas City, December 4, 2012.

- "Strategies for Survival of Departments of Pathology",  Department of Pathology, Summa Health, Akron, November 28, 2012.

- "Is Automation a Sure Path to Lab Growth? Assessing   Needs, Developing Plans, and Implementing the Right Systems", G2 Laboratory Institute, Alexandria, VA, October 15, 2012.

- "Evolution of Strategies for Survival and Growth in Pathology and laboratory Medicine",  Department of Pathology, University of Maryland School of Medicine, Baltimore, September 6, 2012.

**NAME**:      **ROBERT JAY BOORSTEIN, MD, PhD**

**HOME ADDRESS**: 71 Strimples Mill Road, Stockton, NJ 08559
**MAIL ADDRESS**:   415 East 37th Street, New York, NY 10016
**PLACE OF BIRTH**: New York City
**FAX:**                    866-415-8824
**CELL:**                  917-312-3786
**email:**                 rjboorstein@yahoo.com


## CURRENT EMPLOYMENT

2013-present   Lenco Laboratory, Medical Director (as of 3/2021)
2016-present   Vela Diagnostics Clinical Laboratory, Medical Director (part time)
2018-present   RDX Laboratory,  Assistant Medical Director (part time)


## PREVIOUS EMPLOYMENT

2015-2018   NMS Laboratory, Consulting Medical Director (part time)
2015-2017   Enzium Labs, Chief Medical Officer (part time)
2016-2018   Clinical Genomics, Medical Director (part time)
2010-2012   Medical Director, Enzo Biochem, Farmingdale, NY
1983-2010   NYU School of Medicine, to Associate Professor (tenure)


## EDUCATION:

1977   Harvard College, B.A. *summa cum laude*, Chemistry
1983   Harvard University, M.A., Pharmacology
1983   Harvard University, ,Ph.D., Pharmacology
1983   Harvard Medical School M.D.

## POSTDOCTORAL TRAINING:

1983-1989   Resident in Pathology (AP/CP)    NYU School of Medicine
1983-1989   Research Fellow in Pathology     NYU School of Medicine
1987           Visiting Scholar                        Laboratoire de Chimie, C.E.N.G., Grenoble

## LICENSURE AND CERTIFICATION:

1984           New York State, License in Medicine, 158547-1, Expires 4/30/2023
1989           Diplomate, American Board of Pathology (AP/CP)
1996           Certificate of Qualification, New York State, Multiple Categories including
Oncology (Molecular and Cellular Tumor Markers), Genetics (Molecular), Virology (Molecular),

Chemistry, Toxicology, Hematology, Bacteriology, Mycology, Mycobacteriology, Parasitology, Histopathology,  and Cytology.
2016            Florida, License in Medicine, Laboratory Directors License
2016            Pennsylvania, License in Medicine
2016            New Jersey, License in Medicine

**ACADEMIC APPOINTMENTS**:

1988            Instructor in Pathology            NYU School of Medicine
1989            Research Assistant Professor     NYU School of Medicine
1990            Assistant Professor                 NYU School of Medicine
1997            Associate Professor (with tenure) NYU School of Medicine

**HOSPITAL APPOINTMENTS**:

1996-2010      Attending Physician                Bellevue Hospital
1996-2008      Director of Pathology              Bellevue Hospital/NYU Shared Laboratories
1996            Assistant Attending Physician     Tisch Hospital
1997-2010      Associate Attending Physician     Tisch Hospital
2001-2008      Director of Pathology              Lincoln Hospital
2002-2008      Medical Director for Pathology and  Laboratory Services,  Southern Manhattan
                Healthcare Network and Generations Plus North Manhattan Health Network,
                NYC Health and Hospitals Corporation

**AWARDS AND HONORS**:

2000            *Alpha Omega Alpha, Faculty Inductee*
1993-1997      Hirschl Trust Career Scientist Program
1991-1992      Whitehead Presidential Fellowship
1990-1995      NIH FIRST Award
1990-1993      American Cancer Society Junior Faculty Research Award
1990-1992      Kaplan Scholar Award Program
1989-1990      Henry Hirsch Fellowship in Oncology
1986-1989      American Cancer Society Post-doctoral Fellowship
1985-1986      NIH Pathobiology Training Grant Fellowship
1978-1983      MSTP Fellowship, MD-PhD Program, Harvard Medical School
1977            Detur Book Prize, Harvard University
1976            *Phi Beta Kappa*
1975            John Harvard Scholarship

**COMMITTEE ASSIGNMENTS, National**:

1990-4          Cancer Prevention Research Institute-Board of Scientific Advisors

| | |
|---|---|
| 1992-4 | United States Medical Licensing Examination-NBME Pathology Test Committee |
| 1994-2005 | PRODS (Pathology Residency Directors), Curriculum Committee |
| 1995-2005 | PRODS (Pathology Residency Directors), By-Laws Committee |
| 1996 | National Institute of Aging, Ad-Hoc Review committee |
| 1997 | National Institutes of Health, Chemical Pathology A  Study Section |
| 1998-2000 | University of California  Tobacco Related Disease Study Section (Cancer) |

**COMMITTEE ASSIGNMENTS, NYU Medical School**:

| | |
|---|---|
| 1997-2010 | AOA Committee |
| 1994-2010 | Curriculum Committee |
| 1992-2010 | Residency Advisory Committee |
| 1991-2010 | MD-PhD Program Admissions Committee |
| 1997-2001 | Committee on Teaching Space |
| 1997-2001 | Committee on Teaching Space, Subcommittee on Laboratories |
| 1997-2001 | Subcommittee on Teaching Faculty Computer Resources, Chair |
| 1996-2000 | Module Directors Committee |
| 1995-2000 | Year Two Module Committee, Co-chair |
| 1990-1997 | Preclinical Review Board |
| 1990-2007 | Committee of Basic Science Course Directors |
| 1995-1996 | Task Force on Curriculum policy |
| 1995-1996 | Executive Committee, Task Force on Curriculum policy |
| 1993-1997 | Residency Advisory Committee, Research Subcommittee, Chair |
| 1994 | Subcommittee on Reproductive and Maternal Medicine in Preclinical curriculum |
| 1993 | Subcommittee on Teaching Space |
| 1992 | Basic Science Review Committee |
| 1992 | Subcommittee on Teaching Methods |
| 1992 | Committee on Clinical Genetics |

**COMMITTEE ASSIGNMENTS, Bellevue Hospital**:

| | |
|---|---|
| 2001-2008 | Executive Quality Council |
| 1998-2008 | Sentinel Event Review Committee, Chair |
| 1997-2008 | Research Committee |
| 1997-2008 | Clinical Review Subcommittee, Chair |
| 1996 | Ad Hoc Cardiovascular Surgery Review Committee, Chair |
| 1996-2008 | Resource Committee |
| 1996-2008 | Medical Board |
| 1996-2008 | Department of Pathology, Quality Improvement Committee, Chair |
| 1996-2008 | Department of Pathology, Management Committee, Chair |
| 1996-2008 | Information Management Committee |
| 1996-2008 | Peer Review Committee, (Chair as of 2001) |

**COMMITTEE ASSIGNMENTS, Lincoln Hospital**:

2001-2008    Medical Board
2001-2008    Hospital Wide Performance Improvement Committee


**SOCIETIES (Current Memberships)**

College of American Pathologists, Fellow
American Association for the Advancement of Science
American Medical Association
American Society of Clinical Pathologists
Association for Molecular Pathology
American Association for Cancer Research

**EDITORIAL BOARDS**
1995         Bulletin of Pathology Education
1996-2005    Pathology Education

**AD HOC REVIEWS, JOURNALS:**

Journal of Cellular Physiology
Radiation Research
Cancer Research
Nucleic Acids Research
Biochemistry
Academic Medicine
Journal de Chimie Physique
Human Pathology

**AD HOC REVIEWS, GRANTS:**

FCAR (Quebec)
Medical Research Council (CANADA)
American Cancer Society
US Department of Energy

**MAJOR RESEACH INTERESTS**:

RESEARCH TRAINING--UNDERGRADUATE:

1974-1975    Summer Research Assistant, Dept of Pathology, Sloan-Kettering
             Institute, Laboratory of Dr. Patrick Fitzgerald. "Differentiation of fetal
             rat pancreas in organ cultures; transformation of primary embryonic

fibroblasts"

1976          Summer Research Assistant, The Salk Institute, Laboratory of Dr.
              Hyam Leffert.
              "Metabolism and activation of carcinogens in adult rat liver cells in
              culture"

1975-1977     Undergraduate Honors Research, Department of Chemistry,
              Harvard University, Laboratory of Dr. James Wuest.  "Intermediates
              in the total synthesis of novel strained ring structures"

RESEARCH TRAINING--GRADUATE:

1979          Medical School Research Project, Dana-Farber Cancer Institute,
              Laboratory of Dr. Arthur Pardee. "Pharmacological manipulation of
              the $G_1$ and $G_0$ stages of the BHK cell cycle"

1980-1983     Doctoral Research, Dept. of Pharmacology, Harvard Medical
              School, Laboratory of Dr. Arthur Pardee. "Cell cycle implications of
              DNA repair inhibition in human fibroblasts"

RESEARCH TRAINING--POST-DOCTORAL:

1983-1989     Postdoctoral Research, Dept. of Pathology, NYU Medical School,
              Laboratory of Dr. George Teebor.  "Repair of oxidative DNA
              damage."
1987          Laboratoire de Chimie, C.E.N.G., Grenoble, Laboratory of Dr. Jean
              Cadet. "Characterization of the repair of specific radiation adducts"

RESEARCH INTERESTS--FACULTY:

1990-2010     Dept. of Pathology, NYU Medical School.  1. Characterization of the
              repair of oxidative modifications in DNA, and development of a
              model system to study DNA base excision repair in mammalian
              cells. 2. Characterization of the repair of UV photoproducts in DNA,
              and cloning of DNA repair genes.

**PRINCIPAL CLINICAL AND HOSPITAL ADMINISTRATIVE SERVICE
        RESPONSIBILITIES**:

1990-1997     Founding Director, Division of Molecular Pathology, Department of
              Pathology, Beth Israel Hospital, NY

1996-2008    Director, Department of Pathology, Bellevue Hospital and
             NYU/Bellevue Shared Laboratories
2001-2008    Director, Department of Pathology, Lincoln Medical and Mental
             Health Center
2002-2008    Medical Director for Pathology and  Laboratory Services,  Southern
             Manhattan Healthcare Network and Generations Plus North
             Manhattan Health Network, NYC Health and Hospitals Corporation


**PRINCIPAL RESIDENT TRAINING  RESPONSIBILITIES**:

1991-1994    Residency Advisory Committee, NYUMC
1994-1999    Department of Pathology, Residency Advisory Committee,
             NYUMC, Research Committee, Chair
1994-2010    Department of Pathology, Residency Advisory Committee,
             NYUMC, Executive Committee
2001-2010    Department of Pathology, Residency Advisory Committee,
             NYUMC, Curriculum Committee Co-Chair
2003-2010    Associate Residency Director for Clinical Pathology

**PRINCIPAL MEDICAL STUDENT TEACHING  RESPONSIBILITIES**:

1990-2007    Course Director, General Pathology and Systemic Pathology
             Courses, NYU School of Medicine
1996-2007    Module Director (integrated medicine, pathology and
             pharmacology), Year 2, NYU School of Medicine.
2003-2010    Course Director "Utilization of the Clinical Laboratory", NYU School
             of Medicine, Year 4 "selective"


**TEACHING EXPERIENCE**:

MEDICAL STUDENTS

2003-2010    Course Director and principal instructor "Utilization of the Clinical
             Laboratory", NYU School of Medicine, Year 4 "selective"
1991-2010    Lecturer, General Pathology, NYU, "Laboratory Diagnosis of
             Cancer"
2007-2010    Lecturer, General Pathology, NYU, "Chemotherapy of Cancer"
2008-2010    Lecturer, General Pathology, NYU, "Nutritional and Environmental
             Diseases"
1990-2007    Course Director, General Pathology and Systemic Pathology
             Courses, NYU School of Medicine (see appendix for major
             accomplishments)
1996-2007    Module Director, Year 2, New York University, School of Medicine

| | |
|---|---|
| 1983-1989 | Teaching Fellow, (Section Leader) General Pathology and Systemic Pathology Courses, NYU School of Medicine |
| 1981-1983 | Teaching Fellow, Medical Pharmacology, Harvard Medical School (Section Leader) |

## GRADUATE STUDENTS

| | |
|---|---|
| 1993-1994 | Lecturer, "Poly(ADP-ribose) polymerase and DNA Topoisomerases", in GSAS, NYU, "DNA Repair, replication and recombination" |

## DENTAL STUDENTS

| | |
|---|---|
| 1987-1988 | Teaching Fellow, (Section Leader) General Pathology and Systemic Pathology Courses, NYU School of Dentistry |

## RESIDENTS (PATHOLOGY)

| | |
|---|---|
| 1990-2010 | Organizer, series of 33 hours of presentations (over eight months) in parallel with the General Pathology and Systemic Pathology Courses, NYU School of Medicine, for resident and faculty preparation, and resident review. |
| 1993-1994 | Lecturer, Clinical Pathology lecture series "Molecular Diagnostic Pathology" |
| 2003-2010 | Organizer, Clinical Pathology Rounds (weekly conference) |
| 2003-2010 | Organizer, Clinical Pathology Seminar Series (weekly conference) |
| 2003-2010 | Developer and Instructor, Clinical Pathology Management Seminars (monthly) |

## GRADUATE STUDENTS TRAINED

| | |
|---|---|
| 1991-1998 | Li Jun Mi |

## POSTDOCTORAL FELLOWS TRAINED

| | |
|---|---|
| 1993-2001 | Wenren Chaung |

**RESEARCH FUNDING HISTORY (ROBERT BOORSTEIN, MD, PHD)**

**CURRENT GRANT SUPPORT**:

None.

**PENDING  GRANT SUPPORT**:

None

**PAST GRANTS RECEIVED**:

Kaplan Scholar Award (1/1/98-12/31/01) (Principal Investigator).

NIH 1 R01 CA49869 (4/1/89-6/30/01) "Genomic distribution and phylogeny of DNA repair" (Co-Prinicipal Investigator; Dr. George Teebor, Principal Investigator).

USAMRAA AIDS (11/1/94-1/31/97)  "Loss of DNA base excision repair capacity in the initiation and progression of breast cancer" (Principal Investigator).

Irma T. Hirschl Trust Career Scientist Program (1/1/93-12/30/97) (Principal Investigator).

Kaplan Scholar Award (7/1/90-7/30/97) (Principal Investigator).

NIH First Award 1R29CA51060 (1/1/90-12/30/96) "Mutagenicity and Poly(ADP-ribose) dependent base excision repair of oxidative damage to DNA" (Principal Investigator).

American Cancer Society Junior Faculty Research Award JFRA 60368 (7/1/90-6/30/93) "Mutagenicity and Poly(ADP-ribose) dependent base excision repair of oxidative damage to DNA" (Principal Investigator).

Pilot Projects in Cancer Prevention and Control "Development of a Provocative Measure of DNA Repair Capacity as an Indicator of Cancer Susceptibility (1/1/93-12/30/93) (Principal Investigator).

Whitehead Presidential Fellowship (7/1/91-12/30/92) (Principal Investigator).

NIH BRSG SO7 RR5399-27 (1/1/89-6/30/90) "Genomic Distribution of Oxidatively Modified Pyrimidines" (Principal Investigator).

Henry Hirsch Fellowship in Oncology (7/1/89-6/30/90).

NIEHS SCORE IP50 ES03857 (12/1/85-12/1/88) "The mutagenicity and toxicity of hydroxymethyluracil" (Co-Prinicipal Investigator; Dr. George Teebor, Principal Investigator; Dr. Arthur Upton, Director).

American Cancer Society Institutional Grant (8/1/86-7/31/87)
"Construction of a Phylogenetic Tree for HMdU-DNA Glycosylase" (Principal Investigator).

Aid For Cancer Research (1982)
"The production and repair of single-strand DNA breaks following treatment with poly(ADP-ribose) polymerase inhibitors"  (Principal Investigator).

**BIBLIOGRAPHY**:

ORIGINAL REPORTS

1. Leffert HL, Moran T, Boorstein RJ and Koch KS (1977) Procarcinogen activation and hormonal control of cell proliferation in differentiated primary adult rat liver cell cultures. Nature 267:58-61.

2. Campisi J, Hafner J, Boorstein RJ, and Pardee AB (1983) Hereditary orotic aciduria, Lesch Nyhan syndrome, and xeroderma pigmentosum probed by herpes simplex virus: $^{125}$I-Iododeoxycytidine as an assay for viral growth. Journal of Cellular Physiology 114:21-28.

3. Boorstein RJ, Campisi J, and Pardee AB (1983) The study of DNA repair defects using $^{125}$I-Iododeoxycytine incorporation as an assay for the growth of herpes simplex virus. Mutation Research 112:85-95.

4. Boorstein RJ and Pardee AB (1983) Coordinate regulation of DNA synthesis and thymidylate synthase activity following DNA damage and repair. Biochemical and Biophysical Research Communications 117:30-36.

5. Boorstein RJ and Pardee AB (1984) Beta-lapachone enhances MMS lethality to human fibroblasts. Biochemical and Biophysical Research Communications 118:828-834.

6. Boorstein RJ and Pardee AB (1984) Modification of 3-Aminobenzamide cytotoxicity in normal and repair deficient human fibroblasts. Journal of Cellular Physiology 120:335-344.

7. Boorstein RJ and Pardee AB (1984) 3-Aminobenzamide is lethal to MMS damaged fibroblasts primarily during S phase. Journal of Cellular Physiology 120:345-353.

8. Boorstein RJ, Levy DD, and Teebor GW (1987) 5-Hydroxymethyluracil-DNA glycosylase activity may be a differentiated mammalian function. Mutation Research, 183:257-263.

9. Boorstein RJ, Levy DD, and Teebor GW (1987) Toxicity of 3-aminobenzamide to cells containing 5-hydroxymethyluracil in their DNA. Cancer Research, 47:4372-4377.

10. Boorstein RJ and Teebor GW (1988) Mutagenicity of 5-hydroxymethyl-2'-deoxyuridine to Chinese Hamster cells, Cancer Research, 48:5466-5470

11. Boorstein RJ and Teebor GW (1989) Effects of 5-hydroxymethyluracil and 3-aminobenzamide on the repair and toxicity of 5-hydroxymethyl-2'-deoxyuridine in mammalian cells, Cancer Research, 49:1509-1514.

12. Teebor GW, Boorstein RJ and Cannon SV (1989) Enzymatic repair of oxidative DNA damage, Free Radical Research Communications, 6:185-187.

13. Boorstein RJ, Hilbert TP, Cunningham RP, Cadet J, and Teebor GW (1989) UV induced pyrimidine photohydrates in DNA are repaired by bacterial and mammalian DNA glycosylase activities, Biochemistry, 28: 6164-6170.

14. Boorstein RJ, Chiu LN, and Teebor GW (1989) Phylogenetic evidence of a role for 5-hydroxymethyluracil-DNA glycosylase in the maintenance of 5-methylcytosine in DNA, Nucleic Acids Research, 17: 7653-7661.

15. Boorstein RJ, Hilbert TP, Cunningham RP, and Teebor GW (1990) Formation and stability of repairable pyrimidine photohydrates in DNA, Biochemistry, 29: 10455-10460.

16. Boorstein RJ, Hilbert TP, Cunningham RP, Cadet J and Teebor GW (1991) Formation et stabilite des photohydrates pyrimidiniques dans l'ADN, Journal de Chimie Physique, 88,1043-1051.

17. Lustig MJ,  Cadet J,  Boorstein RJ, and Teebor GW (1992) Synthesis of the Diastereomers of Thymidine Glycol, Determination of Concentrations and Rates of Interconversion of their *cis-trans* Epimers at Equilibrium and Demonstration of Differential Alkali Lability within DNA, Nucleic Acids Research, 20: 4839-4845.

18. Boorstein RJ, Chiu LN, and Teebor GW (1992) A mammalian cell line deficient in activity of the DNA repair enzyme 5-hydroxymethyluracil-DNA glycosylase is resistant to the toxic effects of the thymidine analog 5-hydroxymethyl-2'-deoxyuridine, Molecular and Cellular Biology, 12: 5536-5540.

19. Boorstein RJ,  Cadet J, Hilbert TP, Lustig, MJ, O'Donnell, R., Zuo, S, and Teebor GW (1993)  Formation, stabilité, et réparation des modifications pyrimidiniques dans l'ADN, Journal de Chimie Physique, 90: 837-852.

20.  O'Donnell, RE, Boorstein RJ,  Cadet J, and Teebor GW.  (1994) Effect of pH and temperature on the stability of UV-Induced repairable pyrimidine hydrates in DNA.  Biochemistry, 33: 9875-9880.

21. Boorstein RJ,  Cadet J, Chiu LN, Zuo, S, and Teebor GW (1994)  Repair of oxidative modifications of DNA: The case of 5-methylcytosine in DNA, Journal de Chimie Physique, 91: 984-994.

22. Mi L-J, Chiu LN, Mahl E, and Boorstein RJ. (1995) Toxicity of camptothecin to Chinese hamster cells containing  5-hydroxymethyl-2'-deoxyuridine in their DNA, Mutation Research, 336: 293-305.

23. <u>Boorstein RJ</u>, Haldar J,  Poirier G,  and Putnam D. (1995) DNA base excision repair of 5-hydroxymethyl-2'-deoxyuridine stimulates poly(ADP-ribose) synthesis in Chinese Hamster cells, Carcinogenesis, <u>16</u>: 1172-1179.

24. Zuo S,  <u>Boorstein RJ</u>, and Teebor GW. (1995) Oxidative damage to 5-methylcytosine in DNA, Nucleic Acids Research, <u>23</u>:3239-3243.

25. Zuo S,  <u>Boorstein RJ</u>, Cunningham RP, and Teebor GW. (1995) Comparison of the Effects of UV Irradiation on 5-methylsubstituted and unsubstituted Pyrimidines in Alternating Py-Pu Sequences in DNA, Biochemistry, <u>34</u>,11582-11590.

26. <u>Boorstein RJ</u>, Zuo  S, Cadet J, and Teebor GW.  (1996) Photoinduced damage of 5-methylcytosine residues in DNA: the role of oxygen, Journal de Chimie Physique, <u>93</u>, 16-28.

27. Hilbert TP, <u>Boorstein RJ</u>, Xing D, Kung HC, Bolton PH, Cunningham RP, and Teebor GW. (1996) Purification of a Pyrimidine Hydrate DNA-glycosylase/AP lyase from Calf Thymus, a Mammalian Analogue of *Escherichia Coli* Endonuclease III, Biochemistry, <u>35</u>, 2505-2511.

28. Hu JH, Roush GC, Berwick M, Dubin N, Mahabir S, Chandiramani M, and <u>Boorstein RJ</u>.  (1996) Effects of Dietary supplementation of $\alpha$-tocopherol on plasma glutathione and DNA repair, Cancer Epidemiology Biomarkers & Prevention, <u>5</u>, 263-270.

29. Wang X-Z, Lawson B, Brewer JW, Zinnsner H, Mi L-J, <u>Boorstein RJ</u> Hendershot L, and Ron  D. (1996) Signals from the stressed endoplasmic reticulum induce C/EBP-homologous protein CHOP (GADD153), Molecular and Cellular Biology 16:4273-4280.

30. Chaung W and <u>Boorstein RJ</u>. (1997) Molecular spectrum of mutations induced by 5-hydroxymethyl-2'deoxyuridine in (CH0)-PL61 cells, Mutation research, 373:125-137.

31. Mi L-J, Mahl E, Chaung W, and <u>Boorstein RJ</u>.  (1997) Lack of phenotypic alteration of hmUra-DNA glycosylase deficient cells exposed to DNA damaging agents, Mutation research, 374:287-295.

32. Mi L-J, Chaung W, Horowitz R, Teebor GW,  and <u>Boorstein RJ.</u> (1997) DNA base excision repair induces apoptosis in V79 fibroblast cells, Journal de Chimie Physique, 94:342-349.

33. Hilbert TP, Chaung W, <u>Boorstein RJ</u>, Cunningham RP, and Teebor GW. (1997) Cloning and expression of the cDNA encoding the human homologue of the DNA repair enzyme,  Escherichiae coli endonuclease III. Journal of Biological  Chemistry, 272:6733-6740.

34. Chaung W, Mi L-J and Boorstein RJ. (1997) The p53 status of Chinese hamster V79 cells frequently used for studies on DNA damage and DNA repair. Nucleic Acids Research, 25: 992-994.

35. Qureshi MN, Barr CE, Hewlitt I, Boorstein RJ, Kong F, Bagasra O, Bobroski LE, and Joshi B. (1997) Detection of HIV in Oral Mucosal cells, Oral Diagnosis, 3 Supp 1, 73-78.

36. Mi L-J, Brandon M, Chaung W, Teebor GW and Boorstein RJ. (2000) 5-Chloro-2'-deoxyuridine cytoxicity results from base excision repair of uracil subsequent to thymidylate inhibition. Mutation Research, 459: 161-169.

37. Mi L-J, Chaung W, Horowitz R, Teebor GW and Boorstein RJ. (2001) Excessive base excision repair of 5-hydroxymethyluracil from DNA induces apoptosis in Chinese Hamster V79 cells containing mutant p53. Carcinogenesis, 22: 179-186.

38. Marenstein DR, Ocampo MTA, Chan MK, Altamirano A Basu AK, Boorstein RJ, Cunningham RP, and Teebor, GW. (2001) Stimulation of hNth1 by DbpB/YB-1 Interaction between a base excision repair enzyme and a transcription factor. Journal of Biological Chemistry, 276:21242-21249.

39. Boorstein RJ, Cummings, A, Marenstein DR, Chan, MK, Ma, Y, Neubert, TA, Brown SM, and Teebor, GW. (2001) Definitive Identification of Mammalian 5-Hydroxymethyluracil DNA N-glycosylase as SMUG1. Journal of Biological Chemistry. 276:41991-41997.

40. Ocampo MTA, Chaung W, Marenstein DR, Chan MK, Altamirano A, Basu AK, Boorstein RJ, Cunningham RP, and Teebor, GW. (2002) Targeted deletion of mNth1 reveals a novel DNA repair enzyme activity. Mol Cell Biol, 22:6111-6121.

41. Ulbert S, Boorstein RJ, Teebor GW, and Borst P. (2002) Expression of the human hSMUG1 in Trypanosoma Brucei causes DNA damage and interferes with J. Biosynthesis. Nucleic Acids Research: 30:3919-3926.

42. Marenstein DR, Chan MK, Altamirano A, Basu AK, Boorstein RJ, Cunningham RP, Teebor GW. (2003) Substrate specificity of human endonuclease III (hNTH1). Effect of human APE1 on hNTH1 activity. Journal of Biological Chemistry. 278:9005-9012.

43. Ocampo-Hafalla MT; Altamirano A; Basu AK; Chan MK; Ocampo JE; Cummings A Jr; Boorstein RJ; Cunningham RP; Teebor GW. (2006) Repair of thymine glycol by hNth1 and hNeil1 is modulated by base pairing and cis-trans epimerization. *DNA repair (Amsterdam).* 5: 444-450.

REFEREED REVIEW ARTICLES

1. Teebor GW, Boorstein RJ and Cadet J (1988) The repairability of free radical-mediated oxidative damage to DNA.  International Journal of Radiation Biology, 54:131-150.

PROCEEDINGS AND OTHER PUBLICATIONS

1.  Leffert HL, Koch KS, Rubalcava B, Sell S, Moran T and Boorstein RJ (1978) Hepatocyte growth control:  In vitro approach to problems of liver regeneration and function.  J. Natl. Cancer Inst. Monograph 48:87-99.

2.  Riddle VGH, Rossow PW, Boorstein RJ, Addonizio ML, and Pardee AB (1979)  Can a fibroblast teach a lymphocyte anything useful? In The Molecular Basis of Immune Cell Function  (Kaplan JG, Ed.) Elsevier/North Holland, Amsterdam, pp. 29-37.

3.  Boorstein RJ (1983) Cell cycle implications of DNA repair inhibition.  PhD thesis, Harvard University, Cambridge, Massachusetts.

4.  Pardee AB, Boorstein RJ and Lau CC (1983) Interference with DNA repair mechanisms of mammalian cells:  Cell cycle dependence.  In ADP-Ribosylation, DNA Repair, and Cancer (Miwa M, et al., Eds.) Japan Science Society Press, Tokyo/VNU Science Press, Utrecht, pp. 287-294.

5. Boorstein RJ, Levy DD, and Teebor GW (1987) 5-Hydroxymethyluracil in cellular DNA is repaired and sensitizes cells to inhibitors of poly(ADP-ribose) synthesis. In Anticarcinogenesis and Radiation Protection (Nygard, F., Simic, M., and Cerrutti, P., Eds.), Plenum, New York, 157-162.

6. Teebor GW, Boorstein RJ and Cannon-Carlson SV (1990) DNA base excision repair for oxidative DNA damage defined through the use of analytical HPLC. In Ionizing radiation damage to DNA: Molecular Approaches (Wallace, S., and Painter, R., Eds.), Alan Liss, New York, pp. 97-107.

7. Boorstein RJ, Haldar, J., Poirier, G, and Putnam, D. (1992) DNA base excision repair stimulates poly(ADP-ribose) synthesis. In Poly(ADP-Ribosylation) Reactions (Poirier, G. and Moreau, J., Eds., Springer Verlag, New York, pp. 173-177.

APPENDIX B

- *Lorne Holland and Michelle Taylor v. DaVita, Inc. f/k/a DaVita Healthcare Partners, Inc.; Total Renal Laboratories, Inc.; and DVA Laboratory Services, Inc.,* Civil Action No. 6:17-cv-1592-RBD-GJK, in the Middle District of Florida-Testimony for the Respondent

- *Selena Navarro v. Sean Egan et al.,* Superior Court of New Jersey-Testimony for Plaintiff.

- *Martha Sue Carter v. Dominion Pathology Associates P.C and Douglas J. Grider,* M. D. Circuit Court of Virginia, Roanoke-Testimony for the Plaintiff.

- *Amy Roe v. The Arc Mercer, Inc, et al. Superior Court of New Jersey*, Mercer County-Testimony for the Plaintiff

- *Stephanie Martin and Jeremy Martin v. Tenet Health Care, et al,* Ninth Judicial Circuit, Charleston, South Carolina-Testimony for the Plaintiff