UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>　　Plaintiffs,<br><br>v.<br><br>BIOHEALTH MEDICAL LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC.,<br><br>　　Defendants. | Case No. 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall<br><br><br><br>July 18, 2023 |

## CIGNA'S MOTION TO PARTIALLY EXCLUDE TESTIMONY FROM THE LABS' EXPERT CHRISTOPHER HANEY

Pursuant to Fed. R. Evid. 702, Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (together, "Cigna"), by and through undersigned counsel, respectfully request that the Court exclude any testimony from Defendants' Biohealth Medical Laboratories, Inc., PB Laboratories, LLC, and Epic Reference Labs, Inc. (together, the "Labs"), purported damages expert, Christopher Haney ("Mr. Haney") regarding the in the Labs' purported damages set forth in Opinion 1 of his Expert Report dated March 1, 2023.

As set forth in the accompanying memorandum, which is being filed contemporaneously herewith, Mr. Haney's opinion set forth in Opinion 2 of his report should be excluded as inherently unreliable. In Opinion 2 of his Expert Report, Mr. Haney opines that the Labs have been damaged in the full amount of their billed charges for all claims at issue. In reaching this conclusion, however, Mr. Haney failed to adequately investigate the

1

ORAL ARGUMENT REQUESTED

relevant facts and relied on invalid assumptions. As a result, his testimony on this issue is inherently unreliable and inadmissible under Fed. R. Civ. P. 702.

DATED: July 18, 2023

**ALSTON & BIRD LLP**

/s/ *Edward T. Kang*
EDWARD T. KANG (CT26653)
EMILY COSTIN (PHV No. 10291)
950 F Street, NW
Washington, DC  20004
Telephone:  202-239-3300
Facsimile:  202-239-3333
E-mail:  edward.kang@alston.com
E-mail:  emily.costin@alston.com

KELSEY L. KINGSBERY
(PHV No. 10282)
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Telephone: 919-862-2200
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

*Attorneys for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

This is to certify that this day, July 20, 2023, I electronically filed the foregoing using the CM/ECF system, which will automatically effectuate service upon all counsel of record in this matter.

                                            **ALSTON & BIRD LLP**

                                            */s/ Edward T. Kang*
                                            EDWARD T. KANG (No. CT26653)
                                            950 F Street, NW
                                            Washington, DC 20004
                                            Telephone: 202-239-3300
                                            Facsimile: 202-239-3333
                                            E-mail: edward.kang@alston.com

                                            *Counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*