# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3

 4    CONNECTICUT GENERAL LIFE          ) Case No.
      INSURANCE COMPANY, CIGNA          ) 3:19-cv-1324
 5    HEALTH AND LIFE INSURANCE         ) (JHCH)
      COMPANY,                          )
 6                                      )
                  Plaintiffs,           )
 7                                      )
                vs.                     )
 8                                      )
      BIOHEALTH LABORATORIES,           )
 9    INC., PB LABORATORIES, LLC,       )
      and EPIC REFERENCE LABS,          )
10    INC.,                             )
                                        )
11                Defendants.           )
                                        )
12    ---------------------------------)

13

14

15                      CONFIDENTIAL

16            VIDEOCONFERENCE DEPOSITION OF

17                  JACQUELINE THELIAN

18                  New York, New York

19              Thursday, June 22, 2023

20

21

22

23

24    Reported by:
      TAMI H. TAKAHASHI, RPR, CSR
25    JOB NO. 1322
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 3 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                    Jacqueline Thelian on 06/22/2023                    Page 3

```
 1    A P P E A R A N C E S:
 2    (All parties appearing remotely)
 3
 4    Representing the Plaintiffs:
 5        ALSTON & BIRD
 6              The Atlantic Building
 7              950 F Street, NW
 8              Washington, D.C.  20004-1404
 9              202.239.3728
10        BY:   EDWARD T. KANG, ESQ.
11              edward.kang@alston.com
12    - and -
13        ALSTON & BIRD
14              555 Fayetteville Street
15              Suite 600
16              Raleigh, North Carolina  27601-3034
17              919.862.2227
18        BY:   KELSEY KINGSBERY, ESQ.
19              kelsey.kingsbery@alston.com
20
21
22
23
24
25
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 4 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                Jacqueline Thelian on 06/22/2023                Page 4

```
 1   A P P E A R A N C E S:
 2   (All parties appearing remotely)
 3
 4   Representing the Defendants BioHealth
 5   Laboratories, Inc., PB Laboratories, LLC,
 6   Epic Reference Labs, Inc.:
 7        WHITEFORD TAYLOR & PRESTON, LLP
 8             7 Saint Paul Street
 9             Baltimore, Maryland 21202-1636
10             410.347.9421
11        BY:  TODD M. BROOKS, ESQ.
12             tbrooks@whitefordlaw.com
13             KENNETH J. LUND, ESQ.
14             klund@whitefordlaw.com
15        - and -
16        WHITEFORD TAYLOR & PRESTON, LLP
17             11 Stanwix Street, Suite 1400
18             Pittsburgh, Pennsylvania 15222
19             412.275.2400
20        BY:  ANTHONY T. GESTRICH, ESQ.
21             a.gestrich@whitefordlaw.com
22
23   ALSO PRESENT:
24        JACK McKENZIE, Videographer
25        CHRIS HANEY, Forensus Group
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 5 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                Jacqueline Thelian on 06/22/2023                Page 182

```
 1                CONFIDENTIAL - J. Thelian
 2        A.   Again, it's based upon the
 3   consistency of what I found with the
 4   documents of which I were reviewing.
 5        Q.   Okay.  Okay.  So this 3 --
 6             MR. KANG:  You can take this down,
 7        Jack, and go back to Exhibit 2.
 8   BY MR. KANG:
 9        Q.   So the 322 code is -- is the fee
10   forgiving -- known as the "fee forgiving"
11   code, correct?
12        A.   Correct.
13        Q.   And I just want to talk generally
14   about in-network and out-of-network providers
15   for a sec.
16             Obviously, you're well aware of the
17   distinction between in-network and
18   out-of-network providers, correct?
19        A.   Correct.
20        Q.   In-network providers are also known
21   as "participating providers"?
22        A.   That's correct.
23        Q.   And out-of-network providers
24   sometimes are referred to as
25   "nonparticipating" or "nonpar providers,"
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 6 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                Jacqueline Thelian on 06/22/2023                Page 183

```
 1              CONFIDENTIAL - J. Thelian
 2    right?
 3        A.    Correct.
 4        Q.    And in-network providers, as I
 5    understand, are those that have agreements
 6    with payors like Cigna, correct?
 7        A.    Contracts, yes.
 8        Q.    Okay.  And those contracts, they --
 9    among other things, they establish
10    agreed-upon rates for the services and how
11    much they're going to be compensated for
12    those services, right?
13        A.    Correct.
14        Q.    And in return for those rates, one
15    of the things that the in-network providers
16    gain is access to Cigna plan members as a
17    source of patients, right?
18        A.    Correct.
19        Q.    And as part of the agreement,
20    in-network providers agree not to bill plan
21    members for what's known as the "balance
22    bill," correct?
23        A.    No, I don't agree with that.
24        Q.    No?  What about that do you not
25    agree with?
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 7 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential          Jacqueline Thelian on 06/22/2023          Page 184

```
 1            CONFIDENTIAL - J. Thelian
 2       A.   Well, just because you're
 3   in-network, a lot of folks still have
 4   coinsurance, copayments.
 5       Q.   Okay.  How about the difference
 6   between the agreed-upon rates and the
 7   providers -- in-network providers ordinary
 8   bill charges, they agree not to bill the
 9   patient for that -- that delta, correct?
10       A.   Correct.
11       Q.   Okay.  All right, that's
12   in-network.
13            Now, out-of-network providers --
14   correct me if I'm wrong -- they're ones that
15   do not have contracts or agreements with
16   payors like Cigna, right?
17       A.   Correct.
18       Q.   And as a result, they do not have
19   agreed-upon rates for the services that they
20   provide, right?
21       A.   Correct.
22       Q.   They bill -- the out-of-network
23   providers bill at the rates that they -- the
24   out-of-network providers set, correct?
25       A.   Correct.
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 8 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                     Jacqueline Thelian on 06/22/2023                     Page 185

```
 1                CONFIDENTIAL - J. Thelian
 2       Q.   And that's known as the "bill
 3   charges," right?
 4       A.   Correct.
 5       Q.   And then the out-of-network
 6   providers submit their bill and they're paid
 7   out in accordance with the terms of the
 8   individual plans, right?
 9       A.   Yes, typically.
10       Q.   Okay.  And so in order to know how
11   much an out-of-network provider is going to
12   be paid on a particular plan, you would need
13   to look at the plan documents, correct?
14       A.   You can also look at the
15   reimbursement rates that come in for those
16   particular patients to determine what Cigna
17   generally pays for that group.
18       Q.   That's an estimate.  But even for
19   an individual patient, plans can change from
20   year to year, can't they?
21       A.   They sure do.
22       Q.   So even if, you know, Ted Kang is
23   getting service in 2013 and 2014, whatever
24   reimbursement rates that Cigna pays out to
25   Ted Kang in 2013, 2014 might not apply in
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 9 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                    Jacqueline Thelian on 06/22/2023                    Page 186

```
 1              CONFIDENTIAL - J. Thelian
 2   2015 if there's a change in the plan,
 3   correct?
 4        A.   That's correct.
 5        Q.   Right.  So in order to know how
 6   much Ted Kang would get paid or reimbursed in
 7   2015, you'd need to take a look at the 2015
 8   plan document, no?
 9        A.   If I wanted to know specifically
10   how much I was getting paid for that
11   particular service --
12        Q.   Um-hum.
13        A.   -- you would.  Unfortunately, labs
14   don't have that opportunity.
15        Q.   Right.  But you agree that, in
16   order to know what would be paid out in 2015,
17   you would need to take a look at the plan
18   document for 2015?
19        A.   Most out-of-network providers
20   don't.  They just submit their claim.
21        Q.   That's not what my question was.
22             My question was:  If you wanted to
23   know -- my question was not about what
24   out-of-network providers do.
25             But if you wanted to know how much
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 10 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                  Jacqueline Thelian on 06/22/2023                Page 187

```
 1            CONFIDENTIAL - J. Thelian
 2   would get paid out, you would agree that you
 3   would need to take a look at the plan
 4   document right?
 5        A.   Specifically, yes.
 6        Q.   Okay.  Out-of-network providers,
 7   unlike in-network providers where we're
 8   talking about in-network providers not
 9   needing to bill the patient the difference
10   between the contracted rate and their
11   ordinary billed charges, out-of-network
12   providers are required to bill the patient
13   for the difference between their billed
14   charges and the amount that they get paid
15   according to the plan, correct?
16        A.   Could you say that again, please.
17        Q.   Sure.  Are out-of-network -- let me
18   ask it this way.  Have you heard of something
19   called "balance billing"?
20        A.   Sure.
21        Q.   What's "balance billing," to your
22   understanding?
23        A.   Balance billing is billing the
24   patients whatever their responsibility is
25   based upon the explanation of benefits.
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 11 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                    Jacqueline Thelian on 06/22/2023                Page 239

```
 1              CONFIDENTIAL - J. Thelian
 2        A.   Sometimes insurers will post
 3   online --
 4        Q.   Um-hum.
 5        A.   -- what they would plan to pay
 6   out-of-networks providers.  So it could be a
 7   percentage or it could be based off of
 8   Medicare or it could be a percentile.
 9        Q.   Okay.  Outside of those instances,
10   though, the amount -- the allowed amount is
11   going to be calculated by reference to the
12   plan benefits, right?
13        A.   Outside of that, I would assume.
14        Q.   Okay.  And, again, the allowed
15   amount is whatever the billed charge is, it's
16   ultimately the allowed amount that's going to
17   dictate how much is going to be reimbursed to
18   the -- to the provider, correct?
19        A.   Well, the allowed amount is what
20   the insurer is going to use to then decide,
21   you know, what the deductible is or the
22   coinsurance.  It doesn't mean you're getting
23   paid the allowed amount.  It'll adjudicate
24   off of that allowed amount.
25        Q.   Okay.  And those are -- we've been
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 12 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                Jacqueline Thelian on 06/22/2023               Page 240

1      CONFIDENTIAL - J. Thelian
2  talking about the instances where a claim is
3  paid, right?  That's how it goes, how it's
4  adjudicated:  Bill charge, look at the plan,
5  determine the allowed amount, and then the
6  deductibles, copays, coinsurance and then it
7  spits out the amount that's paid and
8  reimbursed to the provider, correct?
9       A.   Correct.
10      Q.   All right.  What about in a
11 situation where a claim is denied, in those
12 situations where it's just a straight-up
13 denial, is -- in your opinion, is there any
14 reason for a payor to calculate the allowed
15 amount under the terms of the benefit plan?
16      A.   Typically, they just deny the
17 claim.
18      Q.   Okay.  And so in those instances
19 when they just typically deny a claim, in
20 your experience, the payor does not calculate
21 the allowed amount that would be -- that
22 would be -- that would be allowed under
23 the -- in terms of the plan benefits,
24 correct?
25      A.   Correct.

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 13 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential | Jacqueline Thelian on 06/22/2023 | Page 242

```
 1              CONFIDENTIAL - J. Thelian
 2    what "coinsurance" is?
 3         A.   Correct, yes, I do.
 4         Q.   Okay.  And I think you explained
 5    earlier, but can you just remind me what your
 6    understanding of coinsurance is?
 7         A.   Okay.  Coinsurance is a percentage
 8    that's the patient's responsibility based
 9    upon what the carrier determines after they
10    calculate how much they're paying the
11    provider, so it's a cost share.
12         Q.   Got it.  And so when a claim is
13    denied, would you agree that there's no
14    coinsurance amount?
15         A.   Nothing is paid, nothing is
16    determined.
17         Q.   So the coinsurance amount would be
18    zero, right?
19         A.   There wouldn't be any adjudication,
20    to my knowledge.
21         Q.   In other words, there will be no
22    reason to calculate a coinsurance amount
23    because there's nothing that's going to be
24    paid, right?
25         A.   Correct.
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 14 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                     Jacqueline Thelian on 06/22/2023                    Page 243

```
 1                CONFIDENTIAL - J. Thelian
 2        Q.   What about patient deductible?  I
 3   know we talked about this earlier.  But can
 4   you remind me what your understanding is of
 5   that.
 6        A.   The deductible is an amount that's
 7   determined by the insurance that the patient
 8   is responsible to pay prior to the insurance
 9   company picking up payment for claims.
10        Q.   And, again, in the instances when a
11   claim is denied, there's no need to calculate
12   the deductible, correct?
13        A.   Correct.
14        Q.   Okay.  And there is no deductible
15   amount, correct?
16        A.   Correct.
17        Q.   On page 5 of your rebuttal report,
18   Ms. Thelian, you write -- I'm sorry.  Okay.
19   Here we go.  Here we go.  It's right here.
20   It's right in front of me.
21             You write Rebuttal Opinion 1,
22   "Dr. Clark's opinion is inaccurate where she
23   alleges that Medytox created a master order
24   sheet of panels of drug tests for clients to
25   complete and utilize as a default standing
```

Case 3:19-cv-01324-JCH   Document 222-4   Filed 07/20/23   Page 15 of 15

CT GENERAL LIFE INSURANCE., ET AL. vs BIOHEALTH LABORATORIES INC., ET AL.
Confidential                Jacqueline Thelian on 06/22/2023                Page 260

```
 1
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK      )
 4                          : ss.
 5   COUNTY OF NEW YORK     )
 6
 7             I, TAMI H. TAKAHASHI, a Notary
 8        Public within and for the State of New
 9        York, do hereby certify:
10             That JACQUELINE THELIAN, the
11        witness whose deposition is hereinbefore
12        set forth, was duly sworn by me and that
13        such deposition is a true record of the
14        testimony given by the witness.
15             I further certify that I am not
16        related to any of the parties to this
17        action by blood or marriage, and that I
18        am in no way interested in the outcome
19        of this matter.
20             IN WITNESS WHEREOF, I have hereunto
21        set my hand this 28th day of June 2023.
22
23
24        _____
25                  TAMI H. TAKAHASHI
```