# EXHIBIT 5

1              UNITED STATES DISTRICT COURT

2                DISTRICT OF CONNECTICUT

3      - - - - - - - - - - - - - - - -x

4    CONNECTICUT GENERAL LIFE          :

5    INSURANCE COMPANY and CIGNA       :

6    HEALTH AND LIFE INSURANCE         :      Case No.

7    COMPANY,                          :      3:19-cv-01324

8            Plaintiffs,               :

9    -v-                               :

10                                     :

11   BIOHEALTH LABORATORIES, INC.,     :

12   PB LABORATORIES, LLC, EPIC        :

13   REFERENCE LABS, INC., and         :

14   EPINEX DIAGNOSTICS, INC.,         :

15           Defendants.               :

16     - - - - - - - - - - - - - - -x

17

18                *** CONFIDENTIAL ***

19          Deposition of KELLY CLARK, M.D.

20                CONDUCTED VIRTUALLY

21               Friday, June 16, 2023

22                    9:43 a.m.

23   Job No.: 496561

24   Pages: 1 - 176

25   Reported By: Brooklyn E. Schweitzer, RPR, CRR

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                              3

```
 1              A P P E A R A N C E S

 2

 3      ON BEHALF OF DEFENDANTS:

 4          SCOTT M. HARE, ESQUIRE

 5          ANTHONY T. GESTRICH, ESQUIRE

 6          KEN LUND, ESQUIRE

 7          TODD BROOKS, ESQUIRE

 8          WHITEFORD, TAYLOR & PRESTON, LLP

 9          11 Stanwix Street, Suite 1400

10          Pittsburgh, PA 15222

11

12      ON BEHALF OF CONNECTICUT GENERAL LIFE

13  INSURANCE COMPANY and CIGNA HEALTH AND LIFE

14  INSURANCE COMPANY:

15          EMILY COSTIN, ESQUIRE

16          ALSTON & BIRD LLP

17          950 F Street, NW

18          Washington, DC 20004

19          202-239-3300

20

21

22  Also Present:    Matthew Weedon, Technician

23                   Glenne Nudelman, Videographer

24

25
```

| | | |
|---|---|---|
| 1 | object that this is outside of the scope of her | 11:07:03 |
| 2 | report and the opinions that she's rendered in | 11:07:05 |
| 3 | this case.  She can speak to general industry | 11:07:08 |
| 4 | standards on this point. | 11:07:11 |
| 5 | A  So if the -- if a provider is concerned | 11:07:13 |
| 6 | that the patient may not be able to meet their | 11:07:20 |
| 7 | cost share responsibility or that something's not | 11:07:24 |
| 8 | going to be covered, they wouldn't be paid, then | 11:07:28 |
| 9 | they can call up the health plan and get that | 11:07:31 |
| 10 | information. | 11:07:35 |
| 11 | If they are concerned that -- if there's | 11:07:36 |
| 12 | other particular reasons for them to do that, then | 11:07:42 |
| 13 | they can do that. | 11:07:44 |
| 14 | Q  And in the absence of doing that, would | 11:07:45 |
| 15 | the Labs have any source of that information prior | 11:07:49 |
| 16 | to receipt of the EOP? | 11:07:54 |
| 17 | MS. COSTIN:  Object to the form; calls for | 11:08:00 |
| 18 | speculation. | 11:08:02 |
| 19 | A  Well, they can do a verification of | 11:08:12 |
| 20 | benefits, calling up to the health plan and | 11:08:15 |
| 21 | saying, does this person really have your | 11:08:17 |
| 22 | insurance?  Are they covered?  Do you cover this? | 11:08:20 |
| 23 | How much of this do you cover?  So prior | 11:08:23 |
| 24 | authorization, that's -- we do this all the time, | 11:08:24 |
| 25 | all throughout medicine.  But if there's a | 11:08:27 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                              168

| | | |
|---|---|---|
| 1 | Q   Okay. | 15:37:45 |
| 2 | A   He's not a mister.  He was a doctor.  He | 15:37:45 |
| 3 | was the doctor that signed and ordered these drug | 15:37:49 |
| 4 | tests. | 15:37:51 |
| 5 | Q   My apologies for saying Mr. Ligotti. | 15:37:52 |
| 6 | So I want to follow up on two more lines | 15:37:55 |
| 7 | of questioning from Mr. Hare earlier today.  Do | 15:37:57 |
| 8 | you recall this afternoon Mr. Hare put up the | 15:38:00 |
| 9 | Appendix E to your report?  It was that big Excel | 15:38:05 |
| 10 | spreadsheet -- | 15:38:10 |
| 11 | A   Yeah. | 15:38:10 |
| 12 | Q   -- that you had manipulated the data, and | 15:38:11 |
| 13 | he was showing you -- we were sort of going | 15:38:15 |
| 14 | through particular claims line by line.  Do you | 15:38:16 |
| 15 | remember that line of questioning? | 15:38:17 |
| 16 | A   Yes. | 15:38:18 |
| 17 | Q   And I think that Mr. Hare was particularly | 15:38:18 |
| 18 | asking you about a part of your report where you | 15:38:21 |
| 19 | say that the Labs were billing exorbitant charges, | 15:38:23 |
| 20 | and he drew your attention to the fact that the | 15:38:26 |
| 21 | amount that was billed by the Labs was more than | 15:38:30 |
| 22 | the amount that Cigna actually paid with respect | 15:38:33 |
| 23 | to the paid claims.  Do you recall that testimony? | 15:38:36 |
| 24 | A   Yes. | 15:38:38 |
| 25 | Q   Okay.  And it -- do you recall in your | 15:38:39 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                    169

| | | |
|---|---|---|
| 1 | review that that's consistent with your review of | 15:38:43 |
| 2 | the paid claims, that Cigna would pay less than | 15:38:47 |
| 3 | the allowed amount -- or than the charged amount | 15:38:50 |
| 4 | that the Labs billed? | 15:38:54 |
| 5 | A  Yes.  Typically, they would, and typically | 15:38:55 |
| 6 | they should. | 15:38:58 |
| 7 | Q  And is that consistent with industry | 15:38:58 |
| 8 | practice? | 15:39:01 |
| 9 | A  Yes, absolutely.  Again, if I billed | 15:39:01 |
| 10 | $5,000 for a urine pregnancy test, I don't expect | 15:39:04 |
| 11 | that a health plan is going to pay $5,000 for a | 15:39:07 |
| 12 | urine pregnancy test just because I billed it. | 15:39:11 |
| 13 | They shouldn't bill -- they shouldn't do | 15:39:13 |
| 14 | 80 percent of my billed charges even at $4,000 for | 15:39:16 |
| 15 | a urine pregnancy test.  That's just an open | 15:39:22 |
| 16 | wallet to fraud, waste, or abuse. | 15:39:22 |
| 17 | The health plan, its responsibility is to | 15:39:24 |
| 18 | pay appropriate amounts for covered services and | 15:39:26 |
| 19 | to not pay for services that are not covered. | 15:39:30 |
| 20 | They're required to do that. | 15:39:33 |
| 21 | Q  So another line of questioning from this | 15:39:35 |
| 22 | afternoon that I think -- I'm going to try to get | 15:39:39 |
| 23 | this right.  I don't want to put words in | 15:39:44 |
| 24 | anybody's mouth, but I believe Mr. Hare asked you | 15:39:45 |
| 25 | if you observed situations in this case or were | 15:39:48 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                            176

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2

3         I, Brooklyn E. Schweitzer, the officer

4    before whom the foregoing deposition was taken, do

5    hereby certify that the foregoing transcript is a

6    true and correct record of the testimony given;

7    that said testimony was taken by me

8    stenographically and thereafter reduced to

9    typewriting under my direction; that reading and

10   signing was not requested; and that I am neither

11   counsel for, related to, nor employed by any of

12   the parties to this case and have no interest,

13   financial or otherwise, in its outcome.

14        IN WITNESS WHEREOF, I have hereunto set my

15   hand and affixed my notarial seal this 20th day of

16   June, 2023.  My commission expires:  May 20th,

17   2026.

18

19

20

21   _____

22   Brooklyn E. Schweitzer, RPR, CRR

23

24

25
```