# EXHIBIT 6

Case 3:19-cv-01324-JCH   Document 222-7   Filed 07/20/23   Page 2 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential                Robert J. Boorstein, M.D., Ph.D on 06/23/2023

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3

 4    CONNECTICUT GENERAL LIFE          ) Case No.
      INSURANCE COMPANY and CIGNA       ) 3:19-cv-1324
 5    HEALTH AND LIFE INSURANCE         ) (JHCH)
      COMPANY,                          )
 6                                      )
                    Plaintiffs,         )
 7                                      )
                vs.                     )
 8                                      )
      BIOHEALTH LABORATORIES,           )
 9    INC., PB LABORATORIES, LLC,       )
      and EPIC REFERENCE LABS,          )
10    INC.,                             )
                                        )
11                  Defendants.         )
                                        )
12    ---------------------------------)

13

14

15                      CONFIDENTIAL

16             VIDEOCONFERENCE DEPOSITION OF

17          ROBERT J. BOORSTEIN, M.D., Ph.D

18               New York, New York

19              Friday, June 23, 2023

20

21

22

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. 1326
```

Case 3:19-cv-01324-JCH   Document 222-7   Filed 07/20/23   Page 3 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential       Robert J. Boorstein, M.D., Ph.D on 06/23/2023       Page 3

```
 1   A P P E A R A N C E S:
 2   (All parties appearing remotely)
 3
 4   Representing the Plaintiffs:
 5      ALSTON & BIRD
 6            The Atlantic Building
 7            950 F Street, NW
 8            Washington, D.C.  20004-1404
 9            202.239.3728
10      BY:   EDWARD T. KANG, ESQ.
11            edward.kang@alston.com
12
13
14   Representing the Defendants:
15      WHITEFORD TAYLOR & PRESTON, LLP
16            11 Stanwix Street, Suite 1400
17            Pittsburgh, Pennsylvania 15222
18            412.275.2400
19      BY:   SCOTT M. HARE, ESQ.
20            share@whitefordlaw.com
21            ANTHONY T. GESTRICH, ESQ.
22            a.gestrich@whitefordlaw.com
23
24
25
```

Case 3:19-cv-01324-JCH   Document 222-7   Filed 07/20/23   Page 4 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential          Robert J. Boorstein, M.D., Ph.D on 06/23/2023          Page 4

```
 1   A P P E A R A N C E S:
 2   (All parties appearing remotely)
 3
 4   Representing the Defendants:
 5       WHITEFORD TAYLOR & PRESTON, LLP
 6            7 Saint Paul Street
 7            Baltimore, Maryland 21202-1636
 8            410.347.9421
 9       BY:  TODD M. BROOKS, ESQ.
10            tbrooks@whitefordlaw.com
11            KENNETH J. LUND, ESQ.
12            klund@whitefordlaw.com
13
14
15   ALSO PRESENT:
16       JACK McKENZIE, Videographer
17
18
19
20
21
22
23
24
25
```

Case 3:19-cv-01324-JCH   Document 222-7   Filed 07/20/23   Page 5 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential        Robert J. Boorstein, M.D., Ph.D on 06/23/2023        Page 153

```
 1              CONFIDENTIAL - R. Boorstein
 2              MR. HARE:  Object to the extent it
 3       calls for a legal conclusion.
 4       A.   Again, it -- those of us that
 5  practice clinical laboratory medicine, we're
 6  very aware, when a claim is submitted,
 7  there's a significant chance it's going to
 8  be --
 9  BY MR. KANG:
10       Q.   I'm sorry, Dr. Boorstein, I don't
11  think the court reporter can hear you.
12              STENOGRAPHIC REPORTER:  I can't
13       hear very well.
14       A.   We are very much aware that
15  insurers, including Medicare and private
16  insurers, will not make -- pay claims, okay?
17  So, you know, for many tests -- and there's
18  published data.  For many sophisticated
19  tests, the doctors in good faith order on
20  their patients, the rate of payment can be as
21  low as 50 percent, and for many sophisticated
22  tests, typically 20 percent of claims get
23  denied.
24              Denials are part of the industry
25  but that does not indicate any other
```

Case 3:19-cv-01324-JCH   Document 222-7   Filed 07/20/23   Page 6 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential       Robert J. Boorstein, M.D., Ph.D on 06/23/2023       Page 156

```
 1            CONFIDENTIAL - R. Boorstein
 2       A.   You're not in-network.
 3       Q.   And does that mean that the
 4   provider does not have an agreement with a
 5   payor such as Cigna?
 6       A.   In general, yes.  In general, an
 7   in-network contract would be a fee schedule
 8   that's agreed upon between the provider and
 9   the insurer.  If you don't have a contract,
10   then -- with the provider, then you're then
11   out-of-network.
12            MR. KANG:  Jack, we can take down
13       this exhibit.
14   BY MR. KANG:
15       Q.   And you would agree that, in those
16   instances, because an out-of-network provider
17   does not have a contract with a payor, the
18   provider gets paid according to the terms of
19   the individual patient's plans, correct?
20       A.   Presumably, yes.
21       Q.   Okay.  As well as in accordance
22   with any applicable medical coverage
23   policies, right?
24       A.   Again, if someone has
25   out-of-network benefits, then there may or
```

Case 3:19-cv-01324-JCH   Document 222-7   Filed 07/20/23   Page 7 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential         Robert J. Boorstein, M.D., Ph.D on 06/23/2023         Page 161

```
 1            CONFIDENTIAL - R. Boorstein
 2   And I don't know the answer to that.  I just
 3   don't know how they practice so I don't want
 4   to say it's important to practice in the way
 5   you suggest.
 6        Q.   To determine how much you're going
 7   to get paid as an out-of-network provider is
 8   going to depend on each of the reimbursement
 9   terms set forth in each of the different
10   plans, correct?
11        A.   Right.  But what I'm -- what I'm
12   saying is -- might be in reality, does a
13   laboratory that's doing out-of-network
14   billing, do they try to determine the
15   components of each plan or do they just bill
16   every plan and understand there's going to be
17   a certain amount of denials and they live
18   with those denials.
19             So I don't -- you know, again, my
20   impression is that is more the way they do
21   business rather than the way you suggest they
22   might do business, which is to try to
23   understand all the specifics of every
24   different plan and all the coverages.
25        Q.   But how much -- they might all bill
```

Case 3:19-cv-01324-JCH   Document 222-7   Filed 07/20/23   Page 8 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential            Robert J. Boorstein, M.D., Ph.D on 06/23/2023            Page 162

 1     CONFIDENTIAL - R. Boorstein
 2     the same amount, but how much they actually
 3     get reimbursed is going to depend on the
 4     specific plan language, correct?
 5         A.   Yeah.  I mean, I remember -- yes,
 6     but, you know, to the extent I've been
 7     involved in billing, I've seen something that
 8     says, We bill $10 million for this item and
 9     we get $2 million in payments.  And the
10     payments we get from different insurers might
11     vary by factors of 10.
12              So, again, is -- is -- I think
13     different laboratories may behave in
14     different ways.  I think some laboratories
15     may try to exclude that they know they won't
16     get reimbursed.  I think that's something
17     that they do.  Or people do say, we'll bill
18     everyone and we'll take what we get and
19     that's enough to stay in business.
20              So I don't know that there's a
21     specific duty to determine -- to prejudge
22     which is going -- and I also think that, in
23     fact, my experience is these things are
24     variable, okay?  That you -- that --
25     especially with out-of-network coverage, my

Case 3:19-cv-01324-JCH   Document 222-7   Filed 07/20/23   Page 9 of 9

CT GENERAL LIFE INSURANCE, ET AL. vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential          Robert J. Boorstein, M.D., Ph.D on 06/23/2023          Page 214

```
 1
 2                  C E R T I F I C A T E
 3   STATE OF NEW YORK    )
 4                        : ss.
 5   COUNTY OF NEW YORK   )
 6
 7          I, TAMI H. TAKAHASHI, a Notary
 8     Public within and for the State of New
 9     York, do hereby certify:
10          That ROBERT J. BOORSTEIN, M.D.,
11     Ph.D, the witness whose deposition is
12     hereinbefore set forth, was duly sworn
13     by me and that such deposition is a true
14     record of the testimony given by the
15     witness.
16          I further certify that I am not
17     related to any of the parties to this
18     action by blood or marriage, and that I
19     am in no way interested in the outcome
20     of this matter.
21          IN WITNESS WHEREOF, I have hereunto
22     set my hand this 30th day of June 2023.
23
24     _____
25                TAMI H. TAKAHASHI
```