# EXHIBIT 7

# ALSTON & BIRD

555 Fayetteville St, Suite 600
Raleigh, NC 27601
919-862-2200 | Fax: 919-862-2260

Kelsey L. Kingsbery     Direct Dial: 919-862-2227     Email: kelsey.kingsbery@alston.com

*VIA EMAIL*

May 17, 2022

Anthony T. Gestrich
Whiteford, Taylor, & Preston L.L.P.
11 Stanwix Street, Suite 1400
Pittsburgh, Pennsylvania 15222
agestrich@wtplaw.com

Exhibit # 02 Ryan  06/06/23- CD

Re:   Cigna's Claim Reports

Dear Tony:

    I write in response to your May 5, 2022 letter seeking information regarding Cigna's spreadsheets. We disagree with the Labs' argument that the data Cigna produced "fails to answer the interrogatories." The Labs have not identified a single interrogatory that remains unanswered or otherwise explained why answers to any of these follow-up questions are necessary to sufficiently answer any individual interrogatory. Nevertheless, in the spirit of cooperation, Cigna has investigated your questions and responds as follows.

    First, in response to your question regarding why certain amounts are positive and negative, a number that appears in red means that there was an adjustment to the claim after it was initially processed. It does not necessarily reflect a "negative" or "positive" amount.

    Second, with respect to your request for an explanation of certain headers, those headers have the following meanings:

| Header | Description |
|---|---|
| Charge Amount | Amount billed by the provider of service or fee for service amount |
| Eligible Charge Amount | Amount eligible for payment based on fee schedule or R&C amount |
| Paid Amount | Paid Amount |
| Coinsurance Amount | Amount calculated as a percentage of covered/allowed charges and paid by member after plan deductible is satisfied |

Alston & Bird LLP     www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

LEGAL02/41664997v1

| | |
|---|---|
| Copay Amount | Flat dollar amount paid to the provider by the member at the time of service for a covered service |
| Deductible Amount | Flat dollar amount paid by the member each year before the member's benefit plan begins to pay benefits for covered expenses |
| Allowed Amount | Amount approved for payment based on fee schedule or R&C amount and the patient's plan benefits |
| Discount Amount | Provider discount amounts not associated with fee schedule-based provider contract arrangements |
| Not Covered Amount | Amount not covered under the benefit plan |
| Source System | Claim system where claim was processed |
| Account Number | Subscribers Cigna Account Number |
| Account Name | Subscribers Cigna Account Name |
| AMI | Alternate Member Identifier; 9 character alphanumeric identifier for a party assigned by Cigna - used instead of SSN |
| Relationship Code | Patient Relationship code to Subscriber (E=employee, C=child, S=spouse) |
| Service Code | Same as Procedure Code |
| Procedure Modifier Code | Codes that provide additional information about a service/procedure that has been performed by a provider |
| Procedure Modifier Code 2 | 2nd modifier code |
| Diagnosis Code One | Diagnosis Code One - Primary diagnosis code of the claim |
| Diag Code1 Description | Diag Code1 Description - Primary diagnosis of the claim |
| Diagnosis Code Two | Diagnosis Code Two - Secondary diagnosis code of the claim |
| Diag Code2 Description | Diag Code2 Description - Secondary diagnosis of the claim |
| Diagnosis Code Three | Diagnosis Code Three - Tertiary diagnosis code of the claim |
| Diag Code3 Description | Diag Code3 Description - Tertiary diagnosis of the claim |
| CCR Number | Common claim record number for medical claims |
| Inv/DCN | Claim Number as stored on source system |
| Line Number | Claim Line Number (the order that the procedure code was billed in the claim) |
| Unit Qty | Number of units for Procedure/Service Code |
| Charge Amount | Amount billed by the provider of service or fee for service amount |
| Eligible Charge Amount | Amount eligible for payment based on fee schedule or R&C amount |
| Paid Amount | Paid Amount |
| Reason Not Covered | Code representing the reason that this benefit was not covered |

Page 3

| | |
|---|---|
| RNC Description | Description of the reason that this benefit was not covered (RNC = Reason Not Covered) |
| Claim Received Date | Date on which the claim was received within the source claim system |
| Claim Paid Date | Date claim line was Processed |
| Remark Code | Code representing the adjustments to claim adjudication |
| Remark Code Description | Description of the adjustments to claim adjudication |
| Service Location Code | Indicates where the service took place |
| Funding Arrangement Type | Indicates the type of funding that applies to the customer's health plan. Administrative Services Only (ASO) or Fully Insured |
| Situs Ste Code | The State where the policy (not the individual certificate) is issued |
| Payee Code | Receiver of payment (Provider/Subscriber) |
| Coinsurance Amount | Amount calculated as a percentage of covered/allowed charges and paid by member after plan deductible is satisfied |
| Copay Amount | Flat dollar amount paid to the provider by the member at the time of service for a covered service |
| Deductible Amount | Flat dollar amount paid by the member each year before the member's benefit plan begins to pay benefits for covered expenses |
| Allowed Amount | Amount approved for payment based on fee schedule or R&C amount |
| Discount Amount | Provider discount amounts not associated with fee schedule-based provider contract arrangements |
| Not Covered Amount | Amount not covered under the benefit plan |
| COB Savings Amount | Amount CIGNA saved because another insurance company or Medicare was liable to pay portion of claim |
| Paymt Ty Code | How claim was paid (CHK=check, blank=EFT)? |
| Check Number | If claim was paid with a check, this is the check # |
| BANK NAME | Name of Bank Issuing the Payment |
| CHECK DATE | Date check was issued |
| Bulk Paymt Ind | Indicates whether claim payment was included in a bulk payment with other claims |
| Branch Code | Code representing branch where customer enrolled |
| Benefit Option Code | Identifies a set of benefits defined by the client |
| ICD Revsn Number | Indicates whether the diagnosis code is ICD-9 or ICD-10. CMS went to ICD-10 in October 2015 |
| Patient Account Number | Patient account number from the Provider |
| PARTCPTG IND | N= In Network, Y= Out Of Network |
| MEDIA TYPE | Identifies source format of claim; P = paper or E = electronic |
| MEDCR IND | Medicare indicator |

Page 4

| ERISA_IND | Identifies if ERISA applies to the ASO coverage on the account; ERISA claim (Y=yes, N=no) |
|---|---|
| BANK NAME | Name of Bank Issuing the Payment |
| ERISA IND | Identifies if ERISA applies to the ASO coverage on the account; ERISA claim (Y=yes, N=no) |
| Claim Office Id | Indicates which Cigna claim office processed the claim |
| Subscriber Number | Subscriber SSN and Suffix = 01 |
| Member Number | Unique identifier for each member in the health plan; composed of subscriber SSN plus 2 digit sequence number (01, 02, etc) for each family member |
| Run Date | Indicates the date the data was requested from the claim system |

Finally, the only fields that were omitted were fields with data already captured elsewhere in the report or fields with no value.

Sincerely,

*/s/ Kelsey L. Kingsbery*

Kelsey L. Kingsbery

cc: Counsel of Record