# EXHIBIT 11

```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF CONNECTICUT
 3      - - - - - - - - - - - - - -x
 4     CONNECTICUT GENERAL LIFE         :
 5     INSURANCE COMPANY and CIGNA      :
 6     HEALTH AND LIFE INSURANCE        :      Case No.
 7     COMPANY,                         :      3:19-cv-01324
 8                                      :
 9          Plaintiffs,
10     -v-
11
12     BIOHEALTH LABORATORIES, INC.,
13     PB LABORATORIES, LLC, EPIC
14     REFERENCE LABS, INC., and
15     EPINEX DIAGNOSTICS, INC.,
16
17          Defendants.
18     - - - - - - - - - - - - - - -x
19             Deposition of MATTHEW RYAN
20                 CONDUCTED VIRTUALLY
21               Tuesday, June 6, 2023
22                     9:43 a.m.
23     Job No.: 495536
24     Pages: 1 - 137
25     Reported By: Brooklyn E. Schweitzer, RPR, CRR
```

```
                    A P P E A R A N C E S


    ON BEHALF OF DEFENDANTS:
        SCOTT M. HARE, ESQUIRE
        ANTHONY T. GESTRICH, ESQUIRE
        KEN LUND, ESQUIRE
        WHITEFORD, TAYLOR & PRESTON, LLP
        11 Stanwix Street, Suite 1400
        Pittsburgh, PA 15222


        MATTHEW CHRIST, ESQUIRE
        DOMNICK CUNNINGHAM & YAFFA
        2401 PGA Boulevard, Suite 140
        Palm Beach Gardens, FL 33410


    ON BEHALF OF CONNECTICUT GENERAL LIFE
INSURANCE COMPANY and CIGNA HEALTH AND LIFE
INSURANCE COMPANY:
        EMILY COSTIN, ESQUIRE
        ALSTON & BIRD LLP
        950 F Street, NW
        Washington, DC 20004
        202-239-3300
```

```
1       A P P E A R A N C E S   C O N T I N U E D
2
3
4         KELSEY L. KINGSBERY, ESQUIRE
5         555 Fayetteville Street, Suite 600
6         Raleigh, North Carolina 27615
7
8
9    Also Present:    Jesse Nelms
10                    Emil White
11                    Cary Davidow
12                    Christopher Haney, Forensus
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | those documents, but I would -- I don't know if I | 12:09:16 |
| 2 | would call that sampling. | 12:09:19 |
| 3 | Q  Okay.  At any point did you test the | 12:09:20 |
| 4 | validity of your analyses and conclusions using | 12:09:25 |
| 5 | any recognized statistical methodologies? | 12:09:31 |
| 6 | A  With respect to the patterns of how | 12:09:36 |
| 7 | different data fields were utilized on the claims, | 12:09:42 |
| 8 | the patterns were quite consistent and uniform. | 12:09:46 |
| 9 | Q  Well, let's take a look at some of what | 12:09:49 |
| 10 | you tell us in the subparagraphs of Paragraph 15 | 12:09:54 |
| 11 | on Page 5 of your report.  Let's look, for | 12:09:58 |
| 12 | example, at 15, sub romanette i, Subparagraph 2. | 12:10:11 |
| 13 | Do you see this standalone paragraph | 12:10:17 |
| 14 | beginning "his assumption results in an inaccurate | 12:10:20 |
| 15 | assessment of the amount Cigna would have paid on | 12:10:23 |
| 16 | each disputed claim"? | 12:10:26 |
| 17 | A  Yes, I see that. | 12:10:30 |
| 18 | Q  Okay.  And the first illustration you gave | 12:10:31 |
| 19 | says providers do not typically receive payment | 12:10:35 |
| 20 | for their full billed charges from payors. | 12:10:38 |
| 21 | Do you see that? | 12:10:41 |
| 22 | A  Yes. | 12:10:42 |
| 23 | Q  And you would agree with me that this | 12:10:42 |
| 24 | description regarding typicality is qualitative | 12:10:47 |
| 25 | not quantitative? | 12:10:53 |

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2
3          I, Brooklyn E. Schweitzer, the officer
4    before whom the foregoing deposition was taken, do
5    hereby certify that the foregoing transcript is a
6    true and correct record of the testimony given;
7    that said testimony was taken by me
8    stenographically and thereafter reduced to
9    typewriting under my direction; that reading and
10   signing was not requested; and that I am neither
11   counsel for, related to, nor employed by any of
12   the parties to this case and have no interest,
13   financial or otherwise, in its outcome.
14         IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my notarial seal this 16th day of
16   June, 2023.  My commission expires:  May 20th,
17   2026.
18
19
20
21   _____
22   Brooklyn E. Schweitzer, RPR, CRR
23
24
25
```