UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC.,<br><br>Defendants. | Case No. 3:19-cv-01324<br><br>Hon. Janet C. Hall<br><br>July 18, 2023 |

### CIGNA'S MOTION TO PARTIALLY EXCLUDE TESTIMONY FROM THE LABS' EXPERT JACQUELINE THELIAN

Pursuant to Fed. R. Evid. 702, Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (together, "Cigna"), by and through undersigned counsel, respectfully request that the Court exclude any testimony from Defendants' Biohealth Medical Laboratories, Inc., PB Laboratories, LLC, and Epic Reference Labs, Inc. (together, the "Labs"), purported medical coding expert, Jacqueline Thelian ("Ms. Thelian"), set forth in Opinions 1-4 of her Expert Report dated March 1, 2023. In support of this motion, Cigna states as follows:

1. In her expert report, Ms. Thelian sets forth four opinions, each of which constitutes improper expert testimony and that should be excluded under Fed. R. Evid. 702.

2. With Opinion 1, Ms. Thelian opines that any claim that Cigna denied using denial code 1698, which is for an unlisted code that is disallowed, was improperly denied

ORAL ARGUMENT REQUESTED         - 1 -

because, according to Ms. Thelian, the use of CPT code 80299 (the unlisted code) was "required for the Labs to identify drugs tested for which no specific CPT Code existed at the time the service was rendered." This opinion should be excluded because it lacks any reliable basis, as Ms. Thelian admittedly relied on the wrong section of the CPT Code Manual in reaching her conclusion.

3. With Opinion 2, Ms. Thelian opines that every denial based on denial code 1648 (invalid service code) was incorrect because the CPT codes used for those denied claims existed as active codes on the dates the services were rendered. This opinion should be excluded because it is unsupported *ipse dixit* and does not require any expertise that would be helpful to the trier of fact.

4. In Opinion 3, Ms. Thelian opines that Cigna's denial of claims based on the Labs' failure to obligate their patients to pay for their cost-share obligation (a practice known as "fee-forgiving") was incorrect because, according to Ms. Thelian, PB Labs made a good-faith effort to collect patient cost-share by sending invoices to patients. Opinion 3 is not proper because, as a medical coder, Ms. Thelian is not qualified to opine on the practice of "fee-forgiving" and the finder of fact does not require Ms. Thelian's help to determine whether the Labs submitted invoices to patients or not.

5. With Opinion 4, Ms. Thelian opines that Cigna's denials of claims using the denial reason "Services Not Performed" were invalid, because the Labs performed the services described in their claims. This opinion should be excluded because it is not relevant to the issues in the case, not helpful to the trier of fact, and lacks any reliable basis.

For all the foregoing reasons and those set forth more fully in Cigna's memorandum in support of its motion, Cigna respectfully asks this Court to exclude testimony from Ms.

Thelian set forth in Opinions 1-4 of her Expert Report.

Dated: July 18, 2023

Respectfully submitted,

**ALSTON & BIRD LLP**

/s/ *Edward T. Kang*
EDWARD T. KANG (CT26653)
EMILY COSTIN (PHV No. 10291)
950 F Street, NW
Washington, DC  20004
Telephone:  202-239-3300
Facsimile:  202-239-3333
E-mail:  edward.kang@alston.com
E-mail:  emily.costin@alston.com

KELSEY L. KINGSBERY
(PHV No. 10282)
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Telephone: 919-862-2200
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

*Attorneys for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

This is to certify that this day, July 20, 2023, I electronically filed the foregoing using the CM/ECF system, which will automatically effectuate service upon all counsel of record in this matter.

**ALSTON & BIRD LLP**

*/s/ Edward T. Kang*
EDWARD T. KANG (No. CT26653)
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3300
Facsimile: 202-239-3333
E-mail: edward.kang@alston.com

*Counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*