# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | |
| Plaintiffs, | Case No. 3:19-cv-01324 |
| v. | Hon. Janet C. Hall |
| BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC., | May 19, 2023 |
| Defendants. | |

<u>**REBUTTAL EXPERT REPORT OF DR. KELLY CLARK**</u>

<u>**CONFIDENTIAL**</u>

## SCOPE OF ENGAGEMENT

1.     I was initially engaged by counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company ("Cigna") to analyze documents and render an opinion on the nature of the lab drug testing services performed and billed by BioHealth Medical Laboratories, Inc. ("BioHealth"), PB Laboratories, LLC ("PBL"), and Epic Reference Labs, Inc. ("Epic") (collectively, the "Labs" or "Medytox"). My opinions are detailed in my expert report dated March 1, 2023 ("Clark Report").[1] My background qualifications, expert testimony, publications, and hourly rate are set forth in Paragraphs 2-9 to the Clark Report and Appendices A-C attached thereto.

2.     I have now been retained by counsel for Cigna to review and comment on the March 1, 2023 Expert Report of Ms. Jacqueline Thelian, CPC, CPC-1, CPMA, CHCA ("Thelian Report") submitted by the Labs in this case.

3.     In forming my opinions herein, I have relied on the documents attached as Appendix D to the Clark Report, as well as the new materials attached as **Appendix A** to this Rebuttal Report. I have also relied on certain publicly available publications which are cited in this Rebuttal Report.

4.     I am being compensated for my time on this matter at a rate of $1,150 per hour.

## BACKGROUND ON CERTAIN INDUSTRY STANDARDS

5.     There are differences between the definitions of "Fraud," "Waste," and "Abuse." The U.S. Department of Health and Human Services provides the following definition (as related to federally funded programs):

> **What is Fraud, Waste, and Abuse?**
>
> **Fraud** is an intentional or deliberate act to deprive another of property or money by deception or other unfair means. The ways in which fraud occurs are as unique as the individual perpetrators, their motives, and the situations they exploit. For the purposes of this training, fraud is intentionally submitting false information to the Government (including situations in which you should have known the information was false) to get money or a benefit.
>
> **Waste** includes practices that, directly or indirectly, result in unnecessary costs to federally funded programs, such as overusing services. Waste is generally not considered to be caused by criminally negligent actions but rather by the misuse of resources.
>
> **Abuse** includes actions that may, directly or indirectly, result in unnecessary costs to federally funded programs. Abuse involves

---

[1] For consistency, I will use the same terms as defined in Clark Report.

paying for items or services when there is no legal entitlement to that payment.[2]

6.    The American Society for Addiction Medicine ("ASAM") is the professional society of physicians interested in the medical specialty of Addiction Medicine. It was founded in 1954 and currently represents over 7,000 medical professionals. ASAM educates physicians and other professionals, develops practice guidelines, and publishes the leading textbooks in the fields of addition medicine and related issues, like drug testing.

7.    On October 26, 2013, ASAM published a White Paper entitled "Drug Testing: A White Paper of the American Society of Addiction Medicine" ("ASAM") which I co-wrote as a member of the Writing Committee.[3] The ASAM White Paper addresses several issues surrounding fraud, waste, and abuse in the drug testing industry.

8.    The general standards set forth in this ASAM White Paper reflect the actual clinical standards in place at the time period relevant to the issues in this case, and reflect the underlying current clinical standards, such as the consideration of cost and value of the information requested by a particular drug test, and the medical need for the information.

9.    The ASAM White Paper states that medical professionals should:

> . . . not embrace technologies merely because they are available and before their potential for improving patient care has been fully assessed. ***The most important challenge in drug testing today is not the identification of every drug that we are technologically capable of detecting, but to do medically necessary and accurate testing for those drugs that are most likely to impact clinical decisions.*** Choices of technology should be based on the clinical situation in patient risk. Cost must be considered in the choice of drug testing in balance with the clinical goals for each patient.[4]

10.    The ASAM White Paper also discusses the use of confirmatory tests of immunoassay presumptive results. Specifically, the ASAM White Paper notes that, even though confirmatory testing using GC/MS and LC/MS technology will provide a quantitative level of substances in the specimen, many laboratories simply report these results as "positive" or "negative." This is for good reason. There are few potential uses for actual quantitative drug concentration information.[5]

11.    When the purpose of a test is simply to "confirm" a presumptive test or to determine "definitively" whether a substance is present or not, it should only be billed as a confirmatory test.

---

[2] Office of Inspector General, U.S. Department of Health and Human Services, *What is Fraud, Waste, and Abuse?*, available at https://oig.hhs.gov/reports-and-publications/featured-topics/ihs/training/fraud-waste-and-abuse-for-health-care-providers/content/#/lessons/Q_LqlRct1c1EKs6p7TnS8VmuIdHlizi6.

[3] AMERICAN SOCIETY OF ADDICTION MEDICINE, DRUG TESTING: A WHITE PAPER OF THE AMERICAN SOCIETY OF ADDICTION MEDICINE (2013) ("ASAM White Paper").

[4] ASAM White Paper, at 12.

[5] ASAM White Paper, at 20.

Billing confirmatory/definitive tests as though the information sought was "quantitative" in nature is inappropriate, and indicative of waste and abuse.

12.    On February 12, 2014, Dr. Michael Cohen, a medical director with Cigna, opined on what constitutes legitimate and appropriate use of drug testing for purposes of drug treatment, in response to questions from Cigna's SIU.[6]

13.    Based on my experience in the industry, I agree with the analysis set forth in Dr. Cohen's February 12, 2014 e-mail. Dr. Cohen accurately described how urine drug testing should work, using presumptive and well-chosen definitive tests. In addition to his own clinical expertise, he relied upon information provided by the national specialty society for addiction medicine published in the prior year, the ASAM White Paper, which I co-authored. In my opinion, Dr. Cohen's explanation of what constitutes appropriate and medically necessary urine drug testing was sound.

## SUMMARY OF REBUTTAL OPINIONS

14.    Ms. Thelian's opinions are inaccurate, unsubstantiated, and misleading for several reasons.

15.    **First,** the stated objective of Ms. Thelian's report is built upon fundamentally flawed premises and focuses on irrelevant issues. Ms. Thelian states that she is opining on: "(i) the coding, billing, and supporting documentation for the Labs' covered drug testing claims, and (ii) Cigna's decision to flag and deny reimbursement for the Labs' covered drug testing claims."[7]

16.    Ms. Thelian's stated objective presupposes that the claims submitted by the Labs to Cigna were for ***covered*** services. As explained throughout my reports, however, many (if not most) of the claims submitted by the Labs to Cigna were not actually ordered by a physician and/or not medically necessary and, therefore, are ***not*** covered by the applicable Cigna plan.

17.    Moreover, the denial codes Cigna used in evaluating the Labs' claims are not relevant to any questions in this case. Ms. Thelian improperly focuses on the denial codes used by Cigna, rather than whether the claims submitted by the Labs to Cigna were legitimate, appropriate, and covered services in the first place.

18.    By focusing on only a few internal Cigna denial codes and not looking at the overall nature of the billing, Ms. Thelian ignores a number of plainly inappropriate coding patterns, such as: (1) billing for validity tests like pH on the same day as urinalysis (which is not allowed), (2) billing for drug tests at an inappropriately high frequency, and (3) unbundling. This represents a fundamentally flawed approach to her stated task of evaluating and opining on "the coding, billing, and supporting documentation for the Labs' covered drug testing claims."[8]

19.    **Second,** Ms. Thelian uses a fundamentally invalid methodological approach to address the underlying issue of whether a coded service claim was a "covered service" or not. Ms.

---

[6] CIGNA19-1326 0291208-211.
[7] Thelian Report, at 2.
[8] *See* Thelian Report, at 2.

Thelian incorrectly assumes that any claim made for a service performed using an active CPT code was properly billed and constitutes a "covered drug testing claim." "Covered services" are not simply based upon a CPT code being listed in the AMA's manual for that date of service. Rather, "covered services" are based upon other underlying issues, including, among other things: (1) whether the service was legitimately ordered by a physician, (2) whether the test was medically necessary, and (3) whether the service and the CPT Code used are covered by the member's health plan.

20.    Ms. Thelian focuses almost exclusively on whether there was an active CPT code that could possibly be used to bill for a particular service at the time. But in doing so she wholly ignores whether the services were legitimate, appropriate, and covered services in the first place.

21.    **Third,** Ms. Thelian fails to look at the totality of the applicable CPT Manual sections to see which codes were appropriate for the specific services reportedly delivered on a specific Date of Service ("DOS"). She ignores relevant portions of the CPT Manuals and, by doing so, she provides opinions that do not validly address the questions at hand.

22.    **Fourth,** to submit a claim with a CPT or HCPCS code to a health plan is to affirmatively assert that the conditions for the use of that code for a covered service have been met. Ms. Thelian ignores the important component of medical necessity.

23.    In the Clark Report, I defined "medical necessity" and explained the overall concept that health plans pay for what is needed for the medical care of their members. They do not pay for whatever is ordered or requested or reportedly done.[9] When medically unnecessary lab tests are ordered and performed, such lab tests cannot legitimately be billed to a health plan.

24.    Throughout the Clark Report, I described how the Labs billed for medically unnecessary urine and blood tests. I delineated several patterns of billing for medically unnecessary tests, including:

> ➤ "regularly performing urine drug testing for an outrageously high number of individual substances (high intensity) which could not possibly be considered medically necessary".[10]

> ➤ "testing individual substances at an outrageously high frequency which could not possibly be medically necessary – often running tests on three different urine samples over a four-day period."[11]

> ➤ "tests routinely done and billed for specific substances which could not be considered medically necessary because they could not be anticipated to make any difference in the care of patients"[12]

---

[9] Clark Report, at 20-21.
[10] Clark Report, at 29.
[11] Clark Report, at 29.
[12] Clark Report, at 30.

➢ The use of extensive and often inconsistent standing orders for large test panels on all patients at all Dates of Service which is inconsistent with medically necessary testing.[13]

25.    It was the opinion of a Cigna medical director that these claims and the supporting documentation showed clear indicators that these billed tests were not medically necessary which led to the Labs being looked at more carefully and to claim denials.[14]

26.    **Lastly,** Ms. Thelian ignores the rampant waste and abuse that is evident in the Labs' claims. The over-utilization of testing which is not medically indicated is consistent with, at minimum, waste and abuse, as I explained above.

27.    In the Clark Report I provided several patterns seen in the Labs' billings and supporting documents, including:

➢ Billing "more than one definitive G0480-G0483 code panel per day",[15]

➢ "inappropriately charging enormous amounts for specific tests",[16]

➢ "pattern of billing for routine urine analysis (UA) which is not medically necessary to accompany urine drug testing and which did not appear to have been ordered on the urine testing documents",[17]

➢ "billing inappropriately for pH in addition to routine UA testing, which is not allowable",[18]

➢ "a pattern of billing for pH and creatinine – although both of these tests are clearly included in the drug test G code that they billed".[19]

28.    By failing to look at the totality of the claims submitted by the Labs and focusing on Cigna's internal denial codes, Ms. Thelian has failed to identify and discuss these multiple patterns showing that the claims submitted by the Labs were not for legitimate medical services and that Cigna was correct in looking closely at these providers and not paying for services which were uncovered.

---

[13] Clark Report, at 26-27.
[14] Nicoll Dep. 93:1-99:9.
[15] Clark Report, at 34.
[16] Clark Report, at 31.
[17] Clark Report, at 34.
[18] Clark Report, at 35.
[19] Clark Report, at 35.

## REBUTTAL

### I.     REBUTTAL TO THELIAN OPINION 1: *"Cigna's Flagging of Claims and Denials of the Labs' Claims for Denial Reason Code 1698 – Unlisted Code"*

29.     Ms. Thelian concludes that "the use of the unlisted code (80299) was required for the Labs to identify drugs tested for which no specific CPT code existed at the time the service was rendered."[20] In rendering this opinion, Ms. Thelian points to the Therapeutic Drug Assay section of the 2013 CPT Code Manual.[21] Ms. Thelian opines that if this section does not specify a code for the particular drug being tested, then the Labs appropriately used CPT Code 80299 and Cigna improperly denied the claim.[22] Her opinion is wrong for several reasons.

30.     **First,** the 2013 CPT Code Manual is clear: CPT Code 80299 should only be used when conducting a Therapeutic Drug Assay for a drug that is "not elsewhere specified."[23] Therapeutic Drug Assays are used to measure the quantitative level of a medication to ensure its concentration is within the therapeutic range.[24]

31.     Ms. Thelian opines that the Labs were required to use Code 80299 in 2013 because "many of the drugs tested (e.g., oxycodone, methamphetamine, ecstasy, etc.) did not have specific Category I CPT codes."[25] But Ms. Thelian fails to recognize that using any Therapeutic Drug Assay code for these particular drugs is entirely inappropriate. In fact, there is no code for a Therapeutic Drug Assay of ecstasy because ecstasy is an illicit (not prescribed) substance and, therefore, has no therapeutic blood level to be checked.

32.     Similarly, not all prescription drugs require monitoring of therapeutic levels. While oxycodone and propynylmethamphetamine are therapeutic drugs, the use of these medications is not managed by monitoring therapeutic blood levels – let alone urine levels. Therefore, the Therapeutic Drug Assay section does not list testing for a quantitative level of oxycodone or amphetamines.[26]

33.     This concept relates back to the importance of medical necessity. A Therapeutic Drug Assay is medically necessary when there is a clinical need to *quantify* the level of a prescribed substance for purposes of making treatment decisions. This is not the case when a

---

[20] Thelian Report, at 11.

[21] AMERICAN MEDICAL ASSOCIATION, CURRENT PROCEDURAL TERMINOLOGY ("CPT") MANUAL, Professional Edition (2013), at 418-19 [hereinafter "2013 CPT Code Manual"]. Excerpts of the 2013 CPT Code Manual are attached as Appendix B.

[22] Thelian Report, at 8.

[23] Thelian Report, at 11.

[24] For example, if a provider prescribes digoxin to treat heart failure or carbamazepine to treat epilepsy or high-dose tricyclic antidepressant to treat depression, the provider knows that each of these medications has a narrow therapeutic blood level range between too low (and ineffective) and too high (and toxic). So rather than just increase doses if the medication seems ineffective, Therapeutic Drug Assays are performed to guide treatment.

[25] Thelian Report, at 11.

[26] 2013 CPT Code Manual at 418-19. Beginning in 2015, the CPT Code Manual lists specific codes for drug testing using the technology reported by the labs (GCMS/ LCMS) for amphetamines (80324-80326), oxycodone (80365) and ecstasy (80359 for MDMA). These are listed as definitive drug class tests and not as Therapeutic Drug Assays (2015 CPT 314- 318).

provider is testing patients with addiction. In that case, typically the only testing that is medically necessary is the definitive presence or absence of a substance, not any specific quantitative level.

34.    Ms. Thelian does not identify any drug tests that were performed to determine whether the prescribed medications were at therapeutic doses. And there does not appear to be any medically necessary reason to test for quantitative levels of those drugs. Therefore, Ms. Thelian's opinion is wrong because it relies on an entirely inapplicable section of the 2013 CPT Code Manual.

35.    **Second**, and relatedly, Ms. Thelian completely ignores the correct, relevant section of the 2013 CPT Code Manual.

36.    Based on the documents I have reviewed, while some standing order sheets have check boxes next to options such as "perform qualitative testing" and "perform quantitative testing"[27], large numbers of the forms used the language of "screen" and "confirm".[28] Indeed, nearly all of the claims submitted by PB Labs appear to be for what the 2013 CPT Code Manual refers to as confirmatory tests, not quantitative tests.

---

[27] *See, e.g.,* LABS01209888.
[28] *See, e.g.,* LABS00492752.

37.    The section labeled "Drug Testing" in the 2013 CPT Code Manual, shown in the excerpt below, explains how the drug tests at issue should have been coded.[29]

> Use 80100 for each multiple drug class chromatographic procedure. Use 80102 for each procedure necessary for confirmation. For chromatography, each combination of stationary and mobile phase is to be counted as one procedure. For example, if detection of three drugs by chromatography requires one stationary phase with three mobile phases, use 80100 three times. However, if multiple drugs can be detected using a single analysis (eg, one stationary phase with one mobile phase), use 80100 only once.
>
> For quantitation of drugs screened, use appropriate code in **Chemistry** section (82000-84999) or **Therapeutic Drug Assay** section (80150-80299).

| | |
|---|---|
| **80100** | Drug screen, qualitative; multiple drug classes chromatographic method, each procedure |
| | ➲ *CPT Assistant* Fall 93:26, Mar 00:2, Aug 05:9, Oct 10:7, Dec 10:7; *CPT Changes: An Insider's View* 2001 |
| **80101** | single drug class method (eg, immunoassay, enzyme assay), each drug class |
| | ➲ *CPT Assistant* Fall 93:26, Mar 00:2, Nov 06:22, Oct 10:7, Dec 10:7; *CPT Changes: An Insider's View* 2001 |
| | (For qualitative analysis by multiplexed screening kit for multiple drugs or drug classes, use 80104) |
| # **80104** | multiple drug classes other than chromatographic method, each procedure |
| | ➲ *CPT Assistant* Oct 10:7, Dec 10:3; *CPT Changes: An Insider's View* 2011 |
| **80102** | Drug confirmation, each procedure |
| | ➲ *CPT Assistant* Fall 93:26, Mar 00:2; *CPT Changes: An Insider's View* 2001 |

38.    As the CPT Manual makes clear, for drug confirmation testing,[30] each procedure (not each drug) should have been billed using Code 80102.[31] Additionally, if quantitation was necessary and performed for a particular substance, the appropriate code could be found in the Chemistry section or the Therapeutic Drug Assay section, as appropriate.[32]

---

[29] 2013 CPT Code Manual, at 417-418. The examples Ms. Thelian uses in this section are from 2013, and so I will use that CPT manual as an example.

[30] The 2013 CPT Manual referred to this as a "drug confirmation", so I will use the term "confirmatory." 2013 CPT Code Manual, at 418. In 2015, the language for these particular coded tests was revised. These are now referred to as "definitive" tests. AMERICAN MEDICAL ASSOCIATION, CURRENT PROCEDURAL TERMINOLOGY ("CPT") MANUAL, Standard Edition (2015), at 309 [hereinafter "2015 CPT Code Manual"]. Excerpts of the 2015 CPT Code Manual are attached as Appendix C.

[31] 2013 CPT Code Manual, at 418.

[32] 2013 CPT Code Manual, at 414.

39.     While the machines used to perform confirmatory/definitive tests may have technically produced "quantitative" results and the physicians may have been provided with those numbers, if the quantitative numbers are not medically necessary, they should have been billed as confirmatory only, not quantitative.

40.     The over-use and overbilling of these Therapeutic Drug Assays codes for the purpose of testing of drugs of abuse was so significant that the different uses of the codes were very clearly spelled out in the 2015 CPT Manual, which stated that "the code selection is dependent on the purpose and type of patient results obtained", as "Definitive Drug Class procedures are used to identify possible use or non-use of a drug" while "Therapeutic Drug Assays are performed to monitor clinical response to a known, prescribed medication".[33] The 2015 CPT Code Manual also specifies that the specimen type is "whole blood, serum, plasma, or cerebrospinal fluid." Very clearly by the 2015 CPT Manual, a TDA cannot be legitimately billed if it is performed on urine, because quantitative urine drug levels are not appropriate information upon which to consider changes in medication doses.

41.     For all of these reasons, Ms. Thelian's conclusion that the Labs were "required" to use CPT Code 80299 because the drugs being tested "did not have a specific Category I CPT codes" is not correct.

42.     **Third**, as demonstrated in Appendix D, the patient examples Ms. Thelian refers to in her Opinion 1 do not support her opinions. Rather, they demonstrate that CPT Code 80299 was inappropriately billed, and the Labs' claims she references were not valid. In addition, I note several other problems with the manner in which the Labs billed for these patients selected by Ms. Thelian. In short, these claims were properly denied by Cigna not only because the Labs were improperly using Code 80299, but for various additional reasons that Ms. Thelian fails to even consider.

43.     **Fourth**, Ms. Thelian's Report includes inaccurate statements regarding Cigna's SIU investigation and witness testimony as it relates to Opinion 1.[34]

44.     Ms. Thelian states: "Equally concerning is the SIU's decision to deny claims based upon an inaccurate definition of an Unlisted Code."[35] However, based on my review of the documents, there is no evidence that SIU denied claims or directed Cigna to deny claims based upon an inaccurate definition of an Unlisted Code or the use of an Unlisted Code. Rather, Cigna's SIU identified a pattern of the Labs disproportionately using CPT Code 80299, which can be indicative of fraud, waste, or abuse, signaling the need to investigate the claims and services at issue further.

45.     Ms. Thelian opines that Dr. Dan Nicoll and Deanna Anderson have a "collective lack of interpretation and understanding of the use of unlisted CPT Codes."[36] I disagree.

---

[33] 2015 CPT Code Manual.
[34] *See* Thelian Report, at 10.
[35] Thelian Report, at 10.
[36] Thelian Report, at 10.

46.    Ms. Thelian's opinion is based on the deposition testimony of Deanna Anderson regarding an e-mail authored by Dr. Nicoll.[37] As Dr. Nicoll explained later in the same e-mail thread, the sample of medical records from PB Labs reflected a pattern of "serious abuse".[38] Dr. Nicoll observed that "rather than doing the screening test for various substances they are doing (or claim to be doing) the confirmatory or quantitative testing which is neither appropriate nor medically necessary."[39]

47.    At his deposition, Dr. Nicoll explained his definition of "serious abuse" meant "a whole bunch of testing done where the medical necessity is not only not demonstrated but not likely."[40] Dr. Nicoll confirmed that his review of the PB Labs' medical records demonstrated, for example, negative presumptive screening tests for tricyclic antidepressants followed by multiple specific antidepressant confirmation tests which were also negative. He noted that testing was not being used as "confirmatory of a positive test." The same was true for negative screens for amphetamines, and other drug classes which were negative in screening and multiple negative in definitive tests for those classes followed. Dr. Nicoll also noted the absurdity of some of the specific tests done.[41] He also described some situations where definitive testing in the face of negative presumptive testing would be appropriate.[42]

48.    In my professional medical opinion, I agree with the general descriptions of medical necessity as described by Dr. Nicoll in his deposition testimony and in the referenced email thread.

49.    Ms. Thelian references a portion of Ms. Anderson's testimony, which discusses the multiple factors considered in the SIU's review of the Labs' claims:

> I feel like the medical record review shows that, and – well, the medical record review combined with a high volume of testing, which was on a daily basis, ***the irregular usage of an unlisted code as their top procedure code***, again all supported by the review of Dr. Nicoll is definitely suspicious of fraud.[43]

50.    Ms. Anderson's testimony, as well as the documentation from Dr. Nicoll's review of the medical records from PB Labs, confirms that the issue was not merely that PB Labs used an "unlisted code."[44] Rather, the issue was "the irregular usage of an unlisted code as their top procedure code." Among other factors, this led Cigna's SIU to the conclusion that PB Labs' claims should be closely investigated.[45]

51.    As has been my experience working for health plans, the SIU team worked in conjunction with the medical directors, who look at the billings for practice patterns to determine

---

[37] Thelian Report, at 10.
[38] CIGNA19-1326 0289630 (email dated 9/20/2013 from Dr. Dan Nicoll to Stephanie Canto regarding review of PB Labs' medical records).
[39] *Id.*
[40] Nicoll Dep. 86:21-23.
[41] Nicoll Dep. 98:14-16 ("certainly there's no rationale for, you know, ten different tricyclic antidepressants").
[42] Nicoll Dep. 93:1-99:9.
[43] Thelian Report, at 10. Anderson Dep. 183:17-23 (emphasis added).
[44] CIGNA19-1326 0289630.
[45] CIGNA19-1326 0289630.

whether they are consistent or inconsistent with normal and understandable practice. With that clinical information, the SIU team may determine to further investigate a provider. In my opinion, the documents reflect that Dr. Nicoll correctly understands the use of unlisted CPT codes and accurately identified the Labs' inappropriate billing patterns justifying further investigation into their practices.

52.     Ms. Thelian also misconstrues Ms. Anderson's testimony regarding "the definition of an Unlisted Code."[46] Ms. Thelian states: "Ms. Anderson was questioned regarding (1) Dr. Nicoll's statement "*Unlisted service that is either E/I/U or medically necessary and inappropriate*" and (2) what Dr. Nicoll means when he referred to "E/I/U." Ms. Anderson testified in response: "*Experimental, investigational, or unproven.*"[47]

53.     Ms. Anderson was not asked what the CPT Manual's definition of a Category III CPT code was. Nor was Ms. Anderson asked to define the usage of CPT Code 80299. Ms. Anderson was asked about an e-mail between Dr. Nicoll and Stephanie Canto. In that e-mail, Dr. Nicoll states the following:

> In general, unlisted procedures should go to clinical review to determine into which of three categories the services fits: A, standard service that could/should have been billed with explicit CPT: B, unlisted service that is either 1, medically necessary and appropriate, 2 E/I/U. For services billed using the 99 codes, a very significant portion will be A or B2.[48]

54.     Ms. Anderson was asked what Dr. Nicoll was referring to when he used the phrase E/I/U. She responded that it was "experimental, investigational, or unproven."[49] While one could argue that this is just a different way to phrase "emerging technology, services, procedures, and service paradigms," the issue is irrelevant. Ms. Anderson was not defining the meaning or usage of the CPT Code 80299 in this portion of her deposition.

55.     In general, health plans may cover medically necessary goods and services, but they generally explicitly exclude coverage for experimental, investigational, or unproven ones.

56.     In my professional opinion, I agree with Dr. Nicoll's statements.

57.     When a provider is using a higher percentage of unlisted codes, they are indicating that their routine practice patterns are atypical and outside the norm for medical practice. There may be occasionally good medical reasons for this, with a highly sub-specialized medical practice doing care which is medically appropriate but for which the coding manuals have yet to define a

---

[46] Thelian Report, at 10.
[47] Thelian Report, at 10.
[48] Anderson Dep. 91:10-92:10; Anderson Dep. Ex. 4, CIGNA19-1326 0289632-633. In this email, Dr. Nicoll provides his professional opinion regarding how the health plan should generally approach claims using codes for unlisted services, which are also known as "Not Otherwise Specified" or "unspecified codes." Because the last two digits of these CPT/HCPCS codes are typically 99, they are also called "99 codes." *See* Premera Blue Cross, *Billing Unlisted Codes* (July 20, 2017), https://www.premera.com/wa/provider/news/reminder-resources/billing-unlisted-codes/.
[49] Anderson Dep. 92:2-10.

code. But while this is possible on rare occasions, it can be identified through the clinical review process and appropriate payments made.

58.     However, by sending these claims through the clinical review process, my experience is similar to Dr. Nicoll's in that it is much more likely that three situations are found: (1) there is a specific code which should be used, and the provider needs to be educated on using that code, (2) the provider is billing for services which, upon clinical review, are determined to be not medically necessary, or (3) the provider is indeed performing services at a high rate which are outside the normal billing codes and reflect services which, upon clinical review, are found to be E/I/U. Whether the claims are later determined to have been indicative of a pattern of fraud, waste or abuse is not immediately at issue in the process of sending those claims for clinical review. The issues are as Dr. Nicoll described them – to look more deeply and determine the appropriateness of the claims for the coded unlisted services.

## II.     REBUTTAL TO THELIAN OPINION 2: *"Cigna's Flagging of Claims and Denials for BioHealth and Epic for Denial Reason Code 1648 – Invalid Service Code"*

59.     In rendering Opinion 2, Ms. Thelian makes several disjointed statements regarding Cigna's SIU investigation, the attention paid to claims from the Labs, and various determinations to adjudicate claims.[50] The specifics of Cigna's SIU investigation are beyond the scope of my review. However, I am familiar with the general processes in SIUs based on my past employment with other health plan companies. I have seen nothing in this case indicating that the processes employed by Cigna's SIU in this matter are anything other than industry custom.

60.     Typically, aberrant patterns of billing are identified, and SIU is engaged, which leads to closer monitoring of the provider's claims. As previously noted, a medical director may then be engaged to provide an opinion on whether the claims suggest a pattern (i.e. lack of medical necessity) or whether they are reasonable. Claims from that provider, or specific types of claims, may be identified within the insurer's processing systems for further inspection or for denial, depending on the stage and outcome of the investigation into unusual billing practices.

61.     That said, none of this is relevant to the primary issues in this case, which are: (1) whether the claims submitted by the Labs to Cigna were legitimate, appropriate and covered by the health plans, or (2) whether Cigna was correct in denying these claims.

62.     Ms. Thelian opines that because the CPT codes listed "on Appendix D were valid CPT codes for the dates of service for which they were billed" then Cigna's denials were "incorrect and unsubstantiated."[51] Ms. Thelian further opines that the "CPT code(s) billed by BioHealth and Epic were valid for the dates of service for which they were reported."[52] Ms. Thelian then includes a three-page chart which appears to be CPT codes from 2013-2017.[53] I disagree with her opinion for several reasons.

---

[50] Thelian Report, at 13.
[51] Thelian Report, at 13.
[52] Thelian Report, at 13.
[53] Thelian Report, at 14-17.

63.     **First,** Ms. Thelian opines that Cigna's denial for invalid service codes was incorrect and unsubstantiated because the codes were valid CPT codes for the dates of service for which they were billed.[54] Ms. Thelian's analysis is flawed. Simply because a CPT code is listed in the CPT Code Manual on a date of service does not mean it is correct to use that CPT code to describe a service provided. Nor does the use of such a CPT code mean that a service was rendered appropriately. The CPT Code must accurately describe the services being performed, the services must be medically necessary, and the CPT Code must be one which is covered by the health plan.

64.     **Second**, Ms. Thelian failed to check whether the CPT Codes she cites were actually covered by Cigna at the time. Significantly, effective August 19, 2013, Cigna excluded from coverage qualitative drug screen testing claims that were submitted under CPT Codes 80100, 80101, and 80104.[55] In making this global policy change, Cigna correctly followed CMS in requiring the use of HCPCS codes G0431 and G0434, rather than the AMA's CPT Codes for the billing of these services.[56] These G codes would only be eligible for one unit of reimbursement per date of service.[57] This was extended to the new replacement CPT Codes 80300-80304, as of January 1, 2015.[58]

65.     Therefore, all claims submitted with CPT Codes 80100, 80101, 80104, 80301, 80302, 80303, and 80304 after August 19, 2013 were invalid and excluded from coverage based on Cigna's reimbursement policy.

66.     **Third**, when responding to claims with the internal Remark Code 1648, Cigna also includes the following Remark Code Description instructing healthcare professionals to correct the excluded service code:

> Health care professional: Your claim was received with a missing or invalid service code based on our reimbursement policy. Please correct the information and re-submit the claim, along with a copy of this EOP, to the claim address on the back of the patient's ID card. If we don't receive the information we'll have to close the claim. Visit CignaforHCP.com to view our reimbursement policies.

67.     Within the claims data, Remark Code 1648 also includes a column titled "Reason Not Covered." The image below illustrates this with an excerpt from the claims data spreadsheets.[59] In this column, the claims included the description "Additional Info." Thus, it appears Cigna used this internal code, at least in part, to request additional information from the Labs in order to support their claim for remuneration.

---

[54] Thelian Report, at 13 ("Cigna's claim line denials for Invalid Service Codes listed on Appendix D were valid CPT codes for the dates of service for which they were billed rendering Cigna's denials incorrect and unsubstantiated.").
[55] LABS00535783.
[56] *Id*.
[57] *Id*.
[58] Cigna Omnibus Reimbursement Policy, LABS00642392 - LABS00642396.
[59] CIGNA19-1326 0007981, Lines 13195-13197, Columns BA-BE.

| RNC Description | | Claim Received Date | | Claim Paid Date | | Remark Code | Remark Code Description | |
|---|---|---|---|---|---|---|---|---|
| Additional Info | | 2/9/2015 | | 2/20/2015 | | 1648 | Health care professional: Your claim was received with a missing or invalid service code based on our reimbursement policy. Please correct the information and re-submit the claim, along with a copy of this EOP, to the claim address on the back of the pati | |
| Additional Info | | 2/9/2015 | | 2/20/2015 | | 1648 | Health care professional: Your claim was received with a missing or invalid service code based on our reimbursement policy. Please correct the information and re-submit the claim, along with a copy of this EOP, to the claim address on the back of the pati | |
| Additional Info | | 2/9/2015 | | 2/20/2015 | | 1648 | Health care professional: Your claim was received with a missing or invalid service code based on our reimbursement policy. Please correct the information and re-submit the claim, along with a copy of this EOP, to the claim address on the back of the pati | |

68.     Further, looking at the actual claims accompanied by Remark Code 1648 shows that many of the claims were properly denied. In particular, Remark Code 1648 was used for those situations where the Labs were actually paid by Cigna for the services, but then billed again for the same services (i.e. double billing). Take Patient DL with date of service November 19, 2015:[60]

➢ Epic billed code 80321 (alcohol biomarkers), 80359 (MDA, MDEA, MDMA), and 80360 (methylphenidate) on 11/24/15.

➢ Epic was paid for those coded claims on 1/30/16.

➢ Epic then re-billed the 80359, and 80360 codes on 5/2/16.

➢ Cigna denied the (re)payment and used the internal code 1648.

Thus, no matter the internal code used, Cigna paid for those services in January 2016 and was correct denying the re-billed claims for Patient DL received in May 2016.

69.     **Fourth**, the 2015 CPT Code Manual instructs how different procedures should be billed, which Ms. Thelian did not refer to in Opinion 2. Among other criteria, a code's validity depends on the specifics of the testing procedure, including what technology is used in the procedure, what the test was used for medically, what drug class is being tested, and other specifics, including whether the health plan recognizes the CPT Code used as a covered service.

70.     A large number of the claims submitted by BioHealth and Epic Labs contained, in my opinion, invalid billing codes. The services delivered did not meet the criteria to use those CPT Codes because there was no possible medical need for the information sought by the testing in the first place.

71.     **Fifth**, the claims submitted for payment on specifics patients for specific DOS to which Ms. Thelian refers include many claims for services rendered which were not handled by Cigna using Remark Code 1648. There are many coded services as part of these filed claims, which were handled in a variety of ways, including:

➢ Paid claims,

➢ Claims denied for a variety of reasons, such as Reason Not Covered "Utilization Review" with the language, "After review of the medical records submitted, these

---

[60] CIGNA19-1326 000573.

charges are not being considered because they were NOT DOCUMENTED in the provider's records",

➢ Lack of medical necessity denials with the language, "Based on documentation currently on file, these services do not appear to be medically necessary. Your plan provides coverage only for medically necessary. our plan provides coverage only for medically necessary services and supplies", and

➢ Denials of bills received over 6 months after the service delivery date with "Plan Exclusion" language given as "Customer: This Out-of-Network claim was sent too late. Therefore, the claim was denied and you must pay the claim. If you have proof that you sent it on time, please resubmit the claim along with the proof to the address on the back of your Cigna ID car...".

72.    The claims she references were paid or were denied for a multitude of reasons. Ms. Thelian fails to understand that no payer, including Medicare and Cigna, pays for all of the codes in the CPT manual. She does not quote the totality of the description of Remark Code 1648 or note that it may clearly reference codes that Cigna does not recognize.

73.    In summary, her opinion that "Cigna's denial of claim for the above-listed CPT codes for Denial Reason Code 1648 Invalid Service Code was incorrect and unsubstantiated because the billed CPT codes were valid and correct for the dates of service" is flawed due to her unusual and idiosyncratic approach to analyzing the claims data.

III.    **REBUTTAL TO THELIAN OPINION 3:** *"Cigna's Flagging of Claims and Denials for PB Labs and BioHealth for Denial Reason Code 0322 – Fee Forgiveness"*

74.    It is a well-known pillar of appropriate billing practices that a provider billing an insurance company for its services must collect, or make a "good faith effort" to collect, the patient's portion of the provider's charges. In this report, I will use "patient cost share" to mean the amount between what a plan determines is "allowable" for a contracted provider[61] and what the plan itself pays. This may include coinsurance, copayments, or deductibles. Within this "patient cost share" construct, I am also including balance billing. When a non-contracted provider bills a health plan on total charges, the charged amount minus the amount paid by the commercial health plan is the "balance due", and the patient must be billed that balance.

75.    Both contracted and out-of-network providers are expected to make a meaningful good faith effort to collect the patient cost share, which includes any applicable deductibles, coinsurance, copayments, and other balances due. The systemic failure to do so constitutes fee-forgiving.

---

[61] By a "contracted provider", I am including providers that are in-network or have Single Case Agreements ("SCAs").

76.     This is not contested. Ms. Thelian cites a 1994 report from the Office of Inspector General ("OIG Report") instructing that providers must make a good faith effort to collect patient cost share.[62]

77.     Though the OIG Report does not define the specific parameters of "good faith" efforts, city and state medical societies often offer guidance to their members on how to fulfill this "good faith" requirement, which may include a written protocol for collections efforts and a process for determining financial hardship on a case-by-case basis.

78.     Further, the OIG Report provides several examples of practices that reflect improper fee forgiving, including routine use of "financial hardship" forms, which state the patient is unable to pay his or her portion of the cost, "i.e.  there is no good faith effort to determine the beneficiary's actual financial condition."[63]

79.     Industry leaders and medical societies advise physicians to document their good faith efforts to collect required in accordance with the practice's written policies, which may allow the waiving of these fees only in individual hardship cases with documentation of need.[64]

80.     Further, these types of organizations often cite guidance from the American Medical Association ("AMA") on fee forgiving.[65] In particular, the oft-cited AMA Opinion 6.12 and 6.13 – Forgiveness or Waiver of Insurance Copayments of June 1993 is of note:

> Physicians should be aware that forgiveness or waiver of copayments may violate the policies of some insurers, both public and private; other insurers may permit forgiveness or waiver if they are aware of the reasons for the forgiveness or waiver. Routine forgiveness or waiver of copayments may constitute fraud under state and federal law.[66]

81.     In Opinion 3 of her Report, Ms. Thelian seems to have concluded that the Labs were not engaged in the practice of fee-forgiving because she determined that "BioHealth submitted statements to patients for deductibles, copays, and co-insurance, through their billing

---

[62] Thelian Report, at 19.

[63] Publication of OIG Special Fraud Alerts, 59 Fed. Reg. 65,372, 65,373 (Dec. 19, 1994) ("OIG Report").

[64]     *See, e.g., Waiving Patient Copays and Deductibles*, Chicago Medical Society, http://www.cmsdocs.org/news/waiving-patient-copays-and-deductibles;*Waiving Copays*, Texas Medical Association, https://www.texmed.org/template.aspx?id=1929; David Verschell, Esq. & Basil Kim, JD, MPH, *Automatic Waiver of Co-Pays/Co-Insurance: Is Your Office Exposed to Fraud Allegations or Civil Liability?*; NY County Medical Society, available at https://www.abramslaw.com/media/publications/ny-county-medical-society-automatic-waiver-of-co-paysco-insurance-is-your-office-exposed-to-fraud-allegations-or-civil-liability/.

[65] Martin Merrit, *Forgiving Patient Copays Can Lead to Unforgiving Consequences*, Physicians Practice (Dec. 15, 2013), https://www.physicianspractice.com/view/forgiving-patient-copays-can-lead-unforgiving-consequences.

[66] These AMA statements are oft-cited by state and county medical societies. Opinion 6.12 Forgiveness or waiver of insurance co-payments. American Medical Association. *Code of Medical Ethics 2008-2009 Edition.* Chicago, IL: American Medical Association; 2008:185-186; Opinion 6.13 Professional courtesy. American Medical Association. *Code of Medical Ethics 2008-2009 Edition.* Chicago, IL: American Medical Association; 2008:186.

16

company Medical Billing Choices, and ARC on a routine basis."[67] I dispute her assessment for several reasons.

82. **First**, as documentary support for her opinion, Ms. Thelian cites only six patient statements:[68]

| Patient | Date of Service | Statement Date |
|---------|-----------------|----------------|
| Patient RT | 7/24/2013 | 2/27/2015 |
| Patient HU | 7/2/2013 | 2/27/2015 |
| Patient JW | 7/31/2013 | 2/27/2015 |
| Patient DW | 9/4/2013 | 2/27/2015 |
| Patient SH | 8/1/2013 | 2/27/2015 |
| Patient ST | 12/26/2014 | 2/13/2015 |

83. Ms. Thelian also references depositions of Seamus Lagan, Mike Nicholson, and the Labs' response to Interrogatory No. 4.[69] None of her examples indicate any billing before February 2015. Indeed, Ms. Thelian offers no explanation as to how one bill from 2/27/2015 is sufficient evidence that all Labs were "routinely and timely" issuing patient statements throughout the period at issue in this case, particularly when five of her six examples have dates of service in 2013.[70] This actually indicates that billings were not done in a routine and timely manner at least until approximately 2015, when she shows one lone example bill.

84. Notably, Ms. Thelian does not address a 2014 memorandum from the Chief Financial Officer of the Labs' parent company, Medytox, which confirms that the Labs were unable to send patient bills before 2014:

> During this time, the billing system also did not allow for the physical billing of patient billed services. The Company had intended to modify the billing system to provide for patient billing as resources became available; however, this did not happen until after December 2013.
> . . .
> As the Company has yet to be able to bill patients for their portion of the services rendered, the total amount of such billings is included as a reduction of revenue and any related bad debt provisions should also be deducted from revenue.[71]

85. **Second**, testimony from Mike Nicholson, the former CEO of Medical Billing Choices (the Labs' billing company) indicates that the Labs never followed up with patients

---

[67] Thelian Report, at 20.
[68] LABS00492996 (Patient RT); LABS00493007 (Patient HU); LABS00493062 (Patient JW); LABS00493102 (Patient DW); LABS00493213 (Patient SH); LABS00497047 (Patient ST).
[69] Thelian Report, at 5-6.
[70] Thelian Report, at 20.
[71] LABS00643279-280.

beyond sending out one statement.[72] In my opinion, based on my experience in the industry, this does not constitute a "good-faith effort" to collect patient cost share.

86.    Ms. Thelian states that as an outcome of the SIU Investigation of BioHealth's billing practices, Cigna became aware of fee forgiveness problems with BioHealth's billing by November 2014. After Cigna identified to Medytox in December 2014 that collection of patient cost share was required,[73] the documents reflect that Medytox began to send one letter to the patient asking for payment. The evidence simply does not support Ms. Thelian's opinion that the Labs made a "good faith effort" to collect patient cost share throughout the entire relevant period of time at issue.[74]

87.    **Third,** Ms. Thelian also takes issue with the manner in which Cigna required the Labs to prove they were not engaging in systematic fee-forgiving. She argues that in Mr. Welch's correspondence to the Labs, he required the Labs to bill patients prior to processing their lab samples.[75] This is inaccurate. The request from Mr. Welch was for the Labs to provide proof of patient payment to accompany the claim for medical benefits. The Labs could conduct tests but were asked not to bill insurance without proof of patient collection.

88.    Moreover, Ms. Thelian's opinion that it would be "impossible" to fulfill the Labs' request is inaccurate. High dollar value procedures are often subject to prior authorization processes by health plans, and many providers require payment of the amount owed by the patient to be paid up front.

89.    **Fourth and finally**, Ms. Thelian opines that a "post-service pre-adjudication collection obligation on the Labs" is "equally untenable." She assumes this is the case because "Laboratories cannot determine the amount of a co-pay, deductible, or co-insurance without an explanation of medical benefit that calculates the amount for the co-pay, deductible, or co-insurance."[76] Ms. Thelian cites no support for this conclusion. Her opinion ignores the fact that the Labs have the option to contact Cigna at any time to obtain the information necessary to appropriately bill the patient.

## IV.    REBUTTAL TO THELIAN OPINION 4: *"Cigna's Flagging of Claims and Denials for PB Labs for Denial Reason Code – 0369 Services Not Performed"*

90.    As a preliminary matter, Ms. Thelian's opinion is yet again based on her personal interpretation of an internal Cigna denial code. Ms. Thelian states: "Cigna's denial of claims for Denial Code Reason 0369 Services Not Performed listed on Appendix F was incorrect and unsubstantiated because documentation in the laboratory reports support the billed services."[77] While certain CPT codes were denied as "Services Not Rendered As Billed," they were not denied for "Services Not Performed."[78]

---

[72] Nicholson Dep. 182:15-183:15.
[73] *See* Thelian Report, at 18.
[74] Thelian Report, at 19-20.
[75] Thelian Report, at 18-19.
[76] Thelian Report, at 19.
[77] Thelian Report, at 20.
[78] CIGNA19-1326 0004546.

91.     Although there is evidence some services that were billed were not performed at all, the issue is that the services were not rendered as billed. To repeat, to legitimately bill a health plan for a laboratory service requires, among other things, the service must be appropriately ordered, the CPT Code appropriate to the service, and the service billed must be medically necessary.

92.     Ms. Thelian disputes the findings from the medical record audit of twenty claims from PB Labs.[79] I disagree with her conclusions and underlying methodology. Ms. Thelian's analysis of the patient samples is inaccurate for several reasons, as set forth in Appendix E. In my opinion, these patient samples reveal patterns of gross waste and abuse.

## **FINAL SUMMARY**

93.     In summary, Ms. Thelian's opinions rely upon a flawed methodology and demonstrate a lack of understanding of proper billing of laboratory tests.

94.     Rather than focusing on whether the actual claims were appropriately and legitimately billed, Ms. Thelian focuses on the internal denial codes Cigna used to process those claims.

95.     Rather than looking at the entirety of the CPT codes available at any date of service to determine whether Medytox chose the correct ones, Ms. Thelian appears to have ignored entire sections of the CPT Manual — specifically those on drug testing to determine the presence or absence of substances, as well as the entire Chemistry section of the CPT Manual — and focused only on Drug Assays/Therapeutic Drug Assays. Ms. Thelian therefore provides incorrect information about CPT Codes available and erroneously opines that the Labs coding was appropriate.

96.     Rather than looking at the claims for the entirety of dates under discussion, Ms. Thelian looked only at a few samples from 2013 from PB Labs, and a few samples from 2015, which is an inadequate sample of types of codes and billing patterns over time.

97.     By choosing to look only at a narrow and inappropriately defined set of CPT codes (primarily CPT Code 80299), Ms. Thelian failed to identify a plethora of incorrect coding issues.

98.     Ms. Thelian's opinion that Medytox engaged in appropriate good faith efforts to collect patient cost share is simply not consistent with the evidence.

99.     In my opinion, the evidence shows that Medytox routinely submitted false claims to Cigna by not billing patient cost share or making good faith efforts to do so.

100.     Medytox submitted claims for services never ordered, never performed, incorrectly billed, double-billed, for unbundled claims, and claims for services which were clearly not medically necessary.

---

[79] Thelian Report, at 20-22.

101.    Regardless of the internal protocols used by Cigna, the majority of these claims, based upon the information discussed here and in the Clark Report, were not covered services. Therefore, there is ample evidence to support Cigna's non-payment of these claims.

Kelly J. Clark, MD

DATED: May 19, 2023

_____
Dr. Kelly J. Clark, MD, MBA

# APPENDIX B

# Table of Drugs and the Appropriate Qualitative Screening, Confirmatory, and Quantitative Codes

| Drug Qualitative | Multiple Drug Class Method | Single Drug Class Method | Confirmation | Quantitative |
|---|---|---|---|---|
| Alcohols | 80100[a] | 80101[b] | 80102[c] | 82055 or 82075[d] |
| Amphetamines | 80100[a] | 80101[b] | 80102[c] | 82145 |
| Barbiturates | 80100[a] | 80101[b] | 80102[c] | 80184 or 82205[e] |
| Benzodiazepines | 80100[a] | 80101[b] | 80102[c] | 80154 |
| Cocaine and metabolites | 80100[a] | 80101[b] | 80102[c] | 82520 |
| Methadone | 80100[a] | 80101[b] | 80102[c] | 83840 |
| Methaqualone | 80100[a] | 80101[b] | 80102[c] | 80299 or 82491[f] |
| Opiates | 80100[a] | 80101[b] | 80102[c] | 83925 |
| Phencyclidine | 80100[a] | 80101[b] | 80102[c] | 83992 |
| Phenothiazines | 80100[a] | 80101[b] | 80102[c] | 84022 |
| Propoxyphene | 80100[a] | 80101[b] | 80102[c] | 80299 or 82491[f] |
| Tetrahydrocan-nabinoids | 80100[a] | 80101[b] | 80102[c] | 80299 or 82491[f] |
| Tricyclic antidepressants | 80100[a] | 80101[b] | 80102[c] | 80152, 80160, 80166, 80174, 80182[g], 80299 or 82491 |

[a] Use code **80100** for each combination of mobile phase with stationary phase.
[b] Use code **80101** for each single drug class tested and reported.
[c] Use code **80102** for each combination of mobile phase with stationary phase used for drug confirmation.
[d] Code **82055** for "Alcohol (ethanol); any specimen except breath," and code **82075** for "Alcohol (ethanol); breath."
[e] Code **80184** for "Phenobarbital," **80188** for "Primidone," and **82205** for "Barbiturates, not elsewhere specified."
[f] If there is no appropriate quantitative code for the drug listed, use code **82491** for chromatographic determination or **80299** for other methods.
[g] Code **80152** "Amitriptyline," **80160** for "Desipramine," **80166** for "Doxepin," **80174** for "Imipramine," or **80182** for "Nortriptyline."

**80055**    Obstetric panel

This panel must include the following:

Blood count, complete (CBC), automated and automated differential WBC count (85025 or 85027 and 85004)

OR

Blood count, complete (CBC), automated (85027) and appropriate manual differential WBC count (85007 or 85009)

Hepatitis B surface antigen (HBsAg) (87340)

Antibody, rubella (86762)

Syphilis test, non-treponemal antibody; qualitative (eg, VDRL, RPR, ART) (86592)

Antibody screen, RBC, each serum technique (86850)

Blood typing, ABO (86900) AND

Blood typing, Rh (D) (86901)

➲ *CPT Assistant* Winter 92:14, Summer 93:14, Jun 97:10, Apr 99:6, Sep 99:11; *CPT Changes: An Insider's View* 2004

(When syphilis screening is performed using a treponemal antibody approach [86780], do not use 80055. Use the individual codes for the tests performed in the obstetric panel)

**80061**    Lipid panel

This panel must include the following:

Cholesterol, serum, total (82465)

Lipoprotein, direct measurement, high density cholesterol (HDL cholesterol) (83718)

Triglycerides (84478)

➲ *CPT Assistant* Winter 92:14, Summer 93:14, Jun 97:10, Sep 99:11, Mar 00:11, Feb 05:9

**80069**    Renal function panel

This panel must include the following:

Albumin (82040)

Calcium, total (82310)

Carbon dioxide (bicarbonate) (82374)

Chloride (82435)

Creatinine (82565)

Glucose (82947)

Phosphorus inorganic (phosphate) (84100)

Potassium (84132)

Sodium (84295)

Urea nitrogen (BUN) (84520)

➲ *CPT Assistant* Sep 99:11, Nov 99:44; *CPT Changes: An Insider's View* 2000, 2009

**80074**    Acute hepatitis panel

This panel must include the following:

Hepatitis A antibody (HAAb), IgM antibody (86709)

Hepatitis B core antibody (HBcAb), IgM antibody (86705)

Hepatitis B surface antigen (HBsAg) (87340)

Hepatitis C antibody (86803)

➲ *CPT Assistant* Sep 99:11, Nov 99:45; *CPT Changes: An Insider's View* 2000

**80076**    Hepatic function panel

This panel must include the following:

Albumin (82040)

Bilirubin, total (82247)

Bilirubin, direct (82248)

Phosphatase, alkaline (84075)

Protein, total (84155)

Transferase, alanine amino (ALT) (SGPT) (84460)

Transferase, aspartate amino (AST) (SGOT) (84450)

➲ *CPT Assistant* Winter 92:14, Summer 93:14, Jun 97:10, Jan 98:6, Apr 99:6, Sep 99:11, Nov 99:45, Jan 00:7, Aug 05:9; *CPT Changes: An Insider's View* 2000

# Drug Testing

The following list contains examples of drugs or classes of drugs that are commonly assayed by qualitative screen, followed by confirmation with a second method:

- Alcohols
- Amphetamines
- Barbiturates
- Benzodiazepines
- Cocaine and metabolites
- Methadones
- Methaqualones
- Opiates
- Phencyclidines
- Phenothiazines
- Propoxyphenes
- Tetrahydrocannabinoids
- Tricyclic antidepressants

Confirmed drugs may also be quantitated.

Use 80100 for each multiple drug class chromatographic procedure. Use 80102 for each procedure necessary for confirmation. For chromatography, each combination of stationary and mobile phase is to be counted as one procedure. For example, if detection of three drugs by chromatography requires one stationary phase with three mobile phases, use 80100 three times. However, if multiple drugs can be detected using a single analysis (eg, one stationary phase with one mobile phase), use 80100 only once.

For quantitation of drugs screened, use appropriate code in **Chemistry** section (82000-84999) or **Therapeutic Drug Assay** section (80150-80299).

**80100**   Drug screen, qualitative; multiple drug classes chromatographic method, each procedure
➲ *CPT Assistant* Fall 93:26, Mar 00:2, Aug 05:9, Oct 10:7, Dec 10:7; *CPT Changes: An Insider's View* 2001

**80101**      single drug class method (eg, immunoassay, enzyme assay), each drug class
➲ *CPT Assistant* Fall 93:26, Mar 00:2, Nov 06:22, Oct 10:7, Dec 10:7; *CPT Changes: An Insider's View* 2001

(For qualitative analysis by multiplexed screening kit for multiple drugs or drug classes, use 80104)

# **80104**      multiple drug classes other than chromatographic method, each procedure
➲ *CPT Assistant* Oct 10:7, Dec 10:3; *CPT Changes: An Insider's View* 2011

**80102**   Drug confirmation, each procedure
➲ *CPT Assistant* Fall 93:26, Mar 00:2; *CPT Changes: An Insider's View* 2001

**80103**   Tissue preparation for drug analysis
➲ *CPT Assistant* Aug 05:9

**80104**   Code is out of numerical sequence. See 80100-80103

# Therapeutic Drug Assays

The material for examination may be from any source. Examination is quantitative. For nonquantitative testing, see Drug Testing (80100-80104).

**80150**   Amikacin
➲ *CPT Assistant* Aug 05:9, Oct 10:7, Dec 10:7, Mar 11:10

**80152**   Amitriptyline
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80154**   Benzodiazepines
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80156**   Carbamazepine; total
➲ *CPT Assistant* Oct 10:7, Mar 11:10; *CPT Changes: An Insider's View* 2001

**80157**      free
➲ *CPT Assistant* Oct 10:7, Mar 11:10; *CPT Changes: An Insider's View* 2001

**80158**   Cyclosporine
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80160**   Desipramine
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80162**   Digoxin
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80164**   Dipropylacetic acid (valproic acid)
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80166**   Doxepin
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80168**   Ethosuximide
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80170**   Gentamicin
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80172**   Gold
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80173**   Haloperidol
➲ *CPT Assistant* Oct 10:7, Mar 11:10; *CPT Changes: An Insider's View* 2001

**80174**   Imipramine
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80176**   Lidocaine
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80178**   Lithium
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80182**   Nortriptyline
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80184**   Phenobarbital
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80185**   Phenytoin; total
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80186**      free
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80188**   Primidone
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80190**   Procainamide;
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80192**      with metabolites (eg, n-acetyl procainamide)
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80194**   Quinidine
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80195**   Sirolimus
➲ *CPT Assistant* Mar 06:6, Oct 10:7, Mar 11:10; *CPT Changes: An Insider's View* 2006

**80196**   Salicylate
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80197**   Tacrolimus
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80198**   Theophylline
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80200**   Tobramycin
➲ *CPT Assistant* Oct 10:7, Mar 11:10

**80201**   Topiramate
➲ *CPT Assistant* Nov 97:28, Oct 10:7, Mar 11:10

Pathology and Laboratory

**80202**    Vancomycin
⮕ *CPT Assistant* Oct 10:7, Mar 11:10

**80299**    Quantitation of drug, not elsewhere specified
⮕ *CPT Assistant* Mar 00:3, Oct 04:14, Aug 05:9, Oct 10:7, Dec 10:3, Mar 11:10

# Evocative/Suppression Testing

►The following test panels involve the administration of evocative or suppressive agents and the baseline and subsequent measurement of their effects on chemical constituents. These codes are to be used for the reporting of the laboratory component of the overall testing protocol. For the administration of the evocative or suppressive agents, see Hydration, Therapeutic, Prophylactic, Diagnostic Injections and Infusions, and Chemotherapy and Other Highly Complex Drug or Highly Complex Biologic Agent Administration (eg, 96365, 96366, 96367, 96368, 96372, 96374, 96375, 96376). In the code descriptors where reference is made to a particular analyte (eg, Cortisol: 82533 x 2) the "x 2" refers to the number of times the test for that particular analyte is performed.◄

**80400**    ACTH stimulation panel; for adrenal insufficiency
This panel must include the following:
Cortisol (82533 x 2)
⮕ *CPT Assistant* Summer 94:1, Fall 94:10, Aug 05:9

**80402**    for 21 hydroxylase deficiency
This panel must include the following:
Cortisol (82533 x 2)
17 hydroxyprogesterone (83498 x 2)
⮕ *CPT Assistant* Summer 94:1, Fall 94:10

**80406**    for 3 beta-hydroxydehydrogenase deficiency
This panel must include the following:
Cortisol (82533 x 2)
17 hydroxypregnenolone (84143 x 2)
⮕ *CPT Assistant* Summer 94:1, Fall 94:10

**80408**    Aldosterone suppression evaluation panel (eg, saline infusion)
This panel must include the following:
Aldosterone (82088 x 2)
Renin (84244 x 2)
⮕ *CPT Assistant* Summer 94:1, Fall 94:10

**80410**    Calcitonin stimulation panel (eg, calcium, pentagastrin)
This panel must include the following:
Calcitonin (82308 x 3)
⮕ *CPT Assistant* Summer 94:1, Fall 94:11

**80412**    Corticotropic releasing hormone (CRH) stimulation panel
This panel must include the following:
Cortisol (82533 x 6)
Adrenocorticotropic hormone (ACTH) (82024 x 6)
⮕ *CPT Assistant* Summer 94:1, Fall 94:11

**80414**    Chorionic gonadotropin stimulation panel; testosterone response
This panel must include the following:
Testosterone (84403 x 2 on 3 pooled blood samples)
⮕ *CPT Assistant* Summer 94:1, Fall 94:11; *CPT Changes: An Insider's View* 2009

**80415**    estradiol response
This panel must include the following:
Estradiol (82670 x 2 on 3 pooled blood samples)
⮕ *CPT Assistant* Summer 94:1, Fall 94:11; *CPT Changes: An Insider's View* 2009

**80416**    Renal vein renin stimulation panel (eg, captopril)
This panel must include the following:
Renin (84244 x 6)
⮕ *CPT Assistant* Summer 94:1

**80417**    Peripheral vein renin stimulation panel (eg, captopril)
This panel must include the following:
Renin (84244 x 2)

**80418**    Combined rapid anterior pituitary evaluation panel
This panel must include the following:
Adrenocorticotropic hormone (ACTH) (82024 x 4)
Luteinizing hormone (LH) (83002 x 4)
Follicle stimulating hormone (FSH) (83001 x 4)
Prolactin (84146 x 4)
Human growth hormone (HGH) (83003 x 4)
Cortisol (82533 x 4)
Thyroid stimulating hormone (TSH) (84443 x 4)
⮕ *CPT Assistant* Summer 94:1, Fall 94:13

**80420**    Dexamethasone suppression panel, 48 hour
This panel must include the following:
Free cortisol, urine (82530 x 2)
Cortisol (82533 x 2)
Volume measurement for timed collection (81050 x 2)
⮕ *CPT Assistant* Fall 94:13

(For single dose dexamethasone, use 82533)

**80422**    Glucagon tolerance panel; for insulinoma
This panel must include the following:
Glucose (82947 x 3)
Insulin (83525 x 3)
⮕ *CPT Assistant* Summer 94:1, Fall 94:13

**80424** for pheochromocytoma

This panel must include the following:

Catecholamines, fractionated (82384 x 2)
➲ *CPT Assistant Summer 94:1, Fall 94:14*

**80426** Gonadotropin releasing hormone stimulation panel

This panel must include the following:

Follicle stimulating hormone (FSH) (83001 x 4)

Luteinizing hormone (LH) (83002 x 4)
➲ *CPT Assistant Summer 94:1, Fall 94:14*

**80428** Growth hormone stimulation panel (eg, arginine infusion, l-dopa administration)

This panel must include the following:

Human growth hormone (HGH) (83003 x 4)
➲ *CPT Assistant Summer 94:1, Fall 94:14*

**80430** Growth hormone suppression panel (glucose administration)

This panel must include the following:

Glucose (82947 x 3)

Human growth hormone (HGH) (83003 x 4)
➲ *CPT Assistant Summer 94:1, Fall 94:14*

**80432** Insulin-induced C-peptide suppression panel

This panel must include the following:

Insulin (83525)

C-peptide (84681 x 5)

Glucose (82947 x 5)
➲ *CPT Assistant Summer 94:1, Fall 94:15*

**80434** Insulin tolerance panel; for ACTH insufficiency

This panel must include the following:

Cortisol (82533 x 5)

Glucose (82947 x 5)
➲ *CPT Assistant Summer 94:1, Fall 94:15*

**80435** for growth hormone deficiency

This panel must include the following:

Glucose (82947 x 5)

Human growth hormone (HGH) (83003 x 5)
➲ *CPT Assistant Summer 94:1, Fall 94:15*

**80436** Metyrapone panel

This panel must include the following:

Cortisol (82533 x 2)

11 deoxycortisol (82634 x 2)
➲ *CPT Assistant Summer 94:1, Fall 94:16*

**80438** Thyrotropin releasing hormone (TRH) stimulation panel; 1 hour

This panel must include the following:

Thyroid stimulating hormone (TSH) (84443 x 3)
➲ *CPT Assistant Summer 94:1, Fall 94:16*

**80439** 2 hour

This panel must include the following:

Thyroid stimulating hormone (TSH) (84443 x 4)
➲ *CPT Assistant Summer 94:1, Fall 94:16*

**80440** for hyperprolactinemia

This panel must include the following:

Prolactin (84146 x 3)
➲ *CPT Assistant Summer 94:1, Fall 94:16, Aug 05:9*

## Consultations (Clinical Pathology)

►A clinical pathology consultation is a service, including a written report, rendered by the pathologist in response to a request from a physician or qualified health care professional in relation to a test result(s) requiring additional medical interpretive judgment.◄

Reporting of a test result(s) without medical interpretive judgment is not considered a clinical pathology consultation.

**80500** Clinical pathology consultation; limited, without review of patient's history and medical records
➲ *CPT Assistant Apr 97:9, Nov 02:9, Aug 05:9*

**80502** comprehensive, for a complex diagnostic problem, with review of patient's history and medical records
➲ *CPT Assistant Apr 97:9, Nov 02:9, Aug 05:9*

(These codes may also be used for pharmacokinetic consultations)

(For consultations involving the examination and evaluation of the patient, see 99241-99255)

## Urinalysis

For specific analyses, see appropriate section.

**81000** Urinalysis, by dip stick or tablet reagent for bilirubin, glucose, hemoglobin, ketones, leukocytes, nitrite, pH, protein, specific gravity, urobilinogen, any number of these constituents; non-automated, with microscopy
➲ *CPT Assistant Winter 91:10, Fall 93:25, Aug 05:9*

**81001** automated, with microscopy

**81002** non-automated, without microscopy
➲ *CPT Assistant Mar 98:3, Apr 07:1*

**81003** automated, without microscopy
➲ *CPT Assistant Apr 07:1*

**81005** Urinalysis; qualitative or semiquantitative, except immunoassays
➲ *CPT Assistant Winter 91:10, Fall 93:25*


Pathology and Laboratory

(For non-immunoassay reagent strip urinalysis, see 81000, 81002)

(For immunoassay, qualitative or semiquantitative, use 83518)

(For microalbumin, see 82043, 82044)

**81007**   bacteriuria screen, except by culture or dipstick
➲ *CPT Changes: An Insider's View* 2001

(For culture, see 87086-87088)

(For dipstick, use 81000 or 81002)

**81015**   microscopic only

(For sperm evaluation for retrograde ejaculation, use 89331)

**81020**   2 or 3 glass test
➲ *CPT Assistant* Winter 91:10

**81025**   Urine pregnancy test, by visual color comparison methods
➲ *CPT Assistant* Mar 98:3

**81050**   Volume measurement for timed collection, each

**81099**   Unlisted urinalysis procedure
➲ *CPT Assistant* Aug 05:9

# Molecular Pathology

Molecular pathology procedures are medical laboratory procedures involving the analyses of nucleic acid to detect variants in genes that may be indicative of germline (eg, constitutional disorders) or somatic (eg, neoplasia) conditions, or to test for histocompatibility antigens (eg, HLA). Code selection is typically based on the specific gene(s) that is being analyzed. Genes are described using Human Genome Organization (HUGO) approved gene names and are italicized in the code descriptors. Gene names were taken from tables of the HUGO Gene Nomenclature Commmittee (HGNC) at the time the CPT codes were developed. For the most part, Human Genome Variation Society (HGVS) recommendations were followed for the names of specific molecular variants. The familiar name is used for some variants because defined criteria were not in place when the variant was first described or because HGVS recommendations were changed over time (eg, intronic variants, processed proteins). When the gene name is represented by an abbreviation, the abbreviation is listed first, followed by the full gene name italicized in parentheses (eg, "F5 *[coagulation Factor V]*"), except for the HLA series of codes. Proteins or diseases commonly associated with the genes are listed as examples in the code descriptors. The examples do not represent all conditions in which testing of the gene may be indicated.

Codes that describe tests to assess for the presence of gene variants (see definitions) use common gene variant names. Typically, all of the listed variants would be tested. However, these lists are not exclusive. If other variants are also tested in the analysis, they would be included in the procedure and not reported separately. Full gene sequencing should not be reported using codes that assess for the presence of gene variants unless specifically stated in the code descriptor.

The molecular pathology codes include all analytical services performed in the test (eg, cell lysis, nucleic acid stabilization, extraction, digestion, amplification, and detection). Any procedures required prior to cell lysis (eg, microdissection, codes 88380 and 88381) should be reported separately.

The results of the procedure may require interpretation by a physician or other qualified health care professional. When only the interpretation and report are performed, modifier 26 may be appended to the specific molecular pathology code.

All analyses are qualitative unless otherwise noted.

For microbial identification, see 87149-87153 and 87470-87801, and 87900-87904. For in situ hybridization analyses, see 88271-88275 and 88365-88368.

▶Molecular pathology procedures that are not specified in 81200-81383 should be reported using either the appropriate Tier 2 code (81400-81408) or the unlisted molecular pathology procedure code, 81479.◀

**Definitions**

For purposes of CPT reporting, the following definitions apply:

***Abnormal allele:*** an alternative form of a gene that contains a disease-related variation from the normal sequence.

***Breakpoint:*** the region at which a chromosome breaks during a translocation (defined elsewhere). These regions are often consistent for a given translocation.

***Codon:*** a discrete unit of three nucleotides of a DNA or mRNA sequence that encodes a specific amino acid within, or signals the termination of, a polypeptide.

***Common variants:*** variants (as defined elsewhere) that are associated with compromised gene function and are interrogated in a single round of laboratory testing (in a single, typically multiplex, assay format or using more than one assay to encompass all variants to be tested). These variants typically fit the definition of a "mutation," and are usually the predominant ones causing disease. Testing for additional uncommon variants may provide additional limited value in assessment of a patient. Often there are professional society recommendations or guidelines for which variants are most appropriate to test (eg, American College of Medical Genetics/American College of Obstetrics and Gynecology guidelines for variants used in population screening for cystic fibrosis).

Pathology and Laboratory

required prior to cell lysis (eg, microdissection, codes 88380 and 88381) should be reported separately.◄

● **81500** Oncology (ovarian), biochemical assays of two proteins (CA-125 and HE4), utilizing serum, with menopausal status, algorithm reported as a risk score
➲ CPT Changes: An Insider's View 2013

►(Do not report 81500 in conjunction with 86304, 86305)◄

● **81503** Oncology (ovarian), biochemical assays of five proteins (CA-125, apolioproprotein A1, beta-2 microglobulin, transferrin, and pre-albumin), utilizing serum, algorithm reported as a risk score
➲ CPT Changes: An Insider's View 2013

►(Do not report 81503 in conjunction with 82172, 82232, 83695, 83700, 84134, 84466, 86304)◄

● **81506** Endocrinology (type 2 diabetes), biochemical assays of seven analytes (glucose,  HbA1c, insulin, hs-CRP, adoponectin, ferritin, interleukin 2-receptor alpha), utilizing serum or plasma, algorithm reporting a risk score
➲ CPT Changes: An Insider's View 2013

►(Do not report 81506 in conjunction with constituent components [ie, 82728, 82947, 83036, 83525, 86141], 84999 [for adopectin], and 83520 [for interleukin 2-receptor alpha])◄

● **81508** Fetal congenital abnormalities, biochemical assays of two proteins (PAPP-A, hCG [any form]), utilizing maternal serum, algorithm reported as a risk score
➲ CPT Changes: An Insider's View 2013

►(Do not report 81508 in conjunction with 84163, 84702)◄

● **81509** Fetal congenital abnormalities, biochemical assays of three proteins (PAPP-A, hCG [any form], DIA), utilizing maternal serum, algorithm reported as a risk score
➲ CPT Changes: An Insider's View 2013

►(Do not report 81509 in conjunction with 84163, 84702, 86336)◄

● **81510** Fetal congenital abnormalities, biochemical assays of three analytes (AFP, uE3, hCG [any form]), utilizing maternal serum, algorithm reported as a risk score
➲ CPT Changes: An Insider's View 2013

►(Do not report 81510 in conjunction with 82105, 82677, 84702)◄

● **81511** Fetal congenital abnormalities, biochemical assays of four analytes (AFP, uE3, hCG [any form], DIA) utilizing maternal serum, algorithm reported as a risk score (may include additional results from previous biochemical testing)
➲ CPT Changes: An Insider's View 2013

►(Do not report 81511 in conjunction with 82105, 82677, 84702, 86336)◄

● **81512** Fetal congenital abnormalities, biochemical assays of five analytes (AFP, uE3, total hCG, hyperglycosylated hCG, DIA) utilizing maternal serum, algorithm reported as a risk score
➲ CPT Changes: An Insider's View 2013

►(Do not report 81512 in conjunction with 82105, 82677, 84702, 86336)◄

● **81599** Unlisted multianalyte assay with algorithmic analysis
➲ CPT Changes: An Insider's View 2013

►(Do not use 81599 for multianalyte assays with algorithmic analyses listed in Appendix O)◄

# Chemistry

The material for examination may be from any source unless otherwise specified in the code descriptor. When an analyte is measured in multiple specimens from different sources, or in specimens that are obtained at different times, the analyte is reported separately for each source and for each specimen. The examination is quantitative unless specified. To report an organ or disease oriented panel, see codes 80048-80076.

When a code describes a method where measurement of multiple analytes may require one or several procedures, each procedure is coded separately (eg, 82491-82492, 82541-82544). For example, if two analytes are measured using column chromatography using a single stationary or mobile phase, use 82492. If the same two analytes are measured using different stationary or mobile phase conditions, 82491 would be used twice. If a total of four analytes are measured where two analytes are measured with a single stationary and mobile phase, and the other two analytes are measured using a different stationary and mobile phase, use 82492 twice. If a total of three analytes are measured where two analytes are measured using a single stationary or mobile phase condition, and the third analyte is measured separately using a different stationary or mobile phase procedure, use 82492 once for the two analytes measured under the same condition, and use 82491 once for the third analyte measured separately.

►Clinical information or mathematically calculated values, which are not specifically requested by the ordering physician and are derived from the results of other ordered or performed laboratory tests, are considered part of the ordered test procedure(s) and therefore are not separately reportable service(s).

When the requested analyte result is derived using a calculation that requires values from nonrequested laboratory analyses, only the requested analyte code should be reported.

When the calculated analyte determination requires values derived from other requested and nonrequested laboratory analyses, the requested analyte codes (including those calculated) should be reported.

An exception to the above is when an analyte (eg, urinary creatinine) is performed to compensate for variations in urine concentration (eg, microalbumin, thromboxane metabolites) in random urine samples; the appropriate CPT code is reported for both the ordered analyte and the additional measured analyte. When the calculated result(s) represent an algorithmically derived numeric score or probability, see the appropriate multianalyte

Pathology and Laboratory

assay with algorithmic analyses (MAAA) code or the MAAA unlisted code (81599).◄

**82000**    Acetaldehyde, blood
➔ *CPT Assistant* Aug 05:9, Oct 10:7, Dec 10:7

**82003**    Acetaminophen

▲ **82009**    Ketone body(s) (eg, acetone, acetoacetic acid, beta-hydroxybutyrate); qualitative
➔ *CPT Assistant* Oct 11:11; *CPT Changes: An Insider's View* 2013

▲ **82010**        quantitative
➔ *CPT Assistant* Oct 11:11; *CPT Changes: An Insider's View* 2013

**82013**    Acetylcholinesterase

(For gastric acid analysis, use 82930)

(Acid phosphatase, see 84060-84066)

**82016**    Acylcarnitines; qualitative, each specimen
➔ *CPT Assistant* Nov 98:23

**82017**        quantitative, each specimen
➔ *CPT Assistant* Nov 98:23; *CPT Changes: An Insider's View* 2000

(For carnitine, use 82379)

**82024**    Adrenocorticotropic hormone (ACTH)

**82030**    Adenosine, 5-monophosphate, cyclic (cyclic AMP)

**82040**    Albumin; serum, plasma or whole blood
➔ *CPT Assistant* Dec 99:2; *CPT Changes: An Insider's View* 2009

**82042**        urine or other source, quantitative, each specimen
➔ *CPT Changes: An Insider's View* 2001

**82043**        urine, microalbumin, quantitative
➔ *CPT Assistant* Summer 94:2

**82044**        urine, microalbumin, semiquantitative (eg, reagent strip assay)
➔ *CPT Assistant* Summer 94:2, Mar 98:3, Sep 02:10

(For prealbumin, use 84134)

**82045**        ischemia modified
➔ *CPT Changes: An Insider's View* 2005

**82055**    Alcohol (ethanol); any specimen except breath

(For other volatiles, alcohol, use 84600)

**82075**        breath

**82085**    Aldolase

**82088**    Aldosterone
➔ *CPT Assistant* Oct 10:7

(Alkaline phosphatase, see 84075, 84080)

**82101**    Alkaloids, urine, quantitative
➔ *CPT Assistant* Aug 05:9, Oct 10:7

(Alphaketoglutarate, see 82009, 82010)

(Alpha tocopherol [Vitamin E], use 84446)

**82103**    Alpha-1-antitrypsin; total

**82104**        phenotype

**82105**    Alpha-fetoprotein (AFP); serum

**82106**        amniotic fluid

**82107**        AFP-L3 fraction isoform and total AFP (including ratio)
➔ *CPT Changes: An Insider's View* 2007

**82108**    Aluminum

**82120**    Amines, vaginal fluid, qualitative
➔ *CPT Assistant* Nov 99:45; *CPT Changes: An Insider's View* 2000

(For combined pH and amines test for vaginitis, use 82120 and 83986)

**82127**    Amino acids; single, qualitative, each specimen
➔ *CPT Assistant* Nov 98:24

**82128**        multiple, qualitative, each specimen
➔ *CPT Assistant* Nov 98:24

**82131**        single, quantitative, each specimen
➔ *CPT Assistant* May 98:11, Nov 98:24

**82135**    Aminolevulinic acid, delta (ALA)

**82136**    Amino acids, 2 to 5 amino acids, quantitative, each specimen
➔ *CPT Assistant* Nov 98:24

**82139**    Amino acids, 6 or more amino acids, quantitative, each specimen
➔ *CPT Assistant* Nov 98:24

**82140**    Ammonia

**82143**    Amniotic fluid scan (spectrophotometric)

(For L/S ratio, use 83661)

(Amobarbital, see 80100-80103 for qualitative analysis, 82205 for quantitative analysis)

**82145**    Amphetamine or methamphetamine

(For qualitative analysis, see 80100-80103)

**82150**    Amylase

**82154**    Androstanediol glucuronide
➔ *CPT Assistant* Summer 94:5

**82157**    Androstenedione

**82160**    Androsterone

**82163**    Angiotensin II

**82164**    Angiotensin I - converting enzyme (ACE)

(Antidiuretic hormone (ADH), use 84588)

(Antimony, use 83015)

(Antitrypsin, alpha-1-, see 82103, 82104)

**82172**    Apolipoprotein, each

**82175**    Arsenic

(For heavy metal screening, use 83015)

**82180**    Ascorbic acid (Vitamin C), blood

(Aspirin, see acetylsalicylic acid, 80196)

**Pathology and Laboratory**

(Atherogenic index, blood, ultracentrifugation, quantitative, use 83701)

**82190**   Atomic absorption spectroscopy, each analyte
➲ *CPT Assistant* Oct 10:7

**82205**   Barbiturates, not elsewhere specified
➲ *CPT Assistant* Jul 03:7, Aug 05:9, Oct 10:7

(For qualitative analysis, see 80100-80103)

(For B-Natriuretic peptide, use 83880)

**82232**   Beta-2 microglobulin

(Bicarbonate, use 82374)

**82239**   Bile acids; total

**82240**       cholylglycine

(For bile pigments, urine, see 81000-81005)

**82247**   Bilirubin; total
➲ *CPT Assistant* Nov 98:24, Apr 99:6, Dec 99:1, Jan 00:7, Dec 08:5, Apr 10:11

**82248**       direct
➲ *CPT Assistant* Nov 98:24, Apr 99:6, Dec 99:1, Apr 10:11

**82252**       feces, qualitative

**82261**   Biotinidase, each specimen
➲ *CPT Assistant* Nov 98:24

**82270**   Blood, occult, by peroxidase activity (eg, guaiac), qualitative; feces, consecutive collected specimens with single determination, for colorectal neoplasm screening (ie, patient was provided 3 cards or single triple card for consecutive collection)
➲ *CPT Assistant* Sep 03:15, Feb 06:7, Apr 08:5; *CPT Changes: An Insider's View* 2002, 2006

**82271**       other sources
➲ *CPT Assistant* Feb 06:7; *CPT Changes: An Insider's View* 2006

**82272**   Blood, occult, by peroxidase activity (eg, guaiac), qualitative, feces, 1-3 simultaneous determinations, performed for other than colorectal neoplasm screening
➲ *CPT Assistant* Feb 06:7, Apr 08:5, Jun 09:10; *CPT Changes: An Insider's View* 2006, 2008

(Blood urea nitrogen [BUN], see 84520, 84525)

**82274**   Blood, occult, by fecal hemoglobin determination by immunoassay, qualitative, feces, 1-3 simultaneous determinations
➲ *CPT Changes: An Insider's View* 2002

**82286**   Bradykinin
➲ *CPT Assistant* Oct 10:7

**82300**   Cadmium
➲ *CPT Assistant* Aug 05:9, Oct 10:7

**82306**   Vitamin D; 25 hydroxy, includes fraction(s), if performed
➲ *CPT Changes: An Insider's View* 2010

# **82652**   1, 25 dihydroxy, includes fraction(s), if performed
➲ *CPT Changes: An Insider's View* 2010

(82307 has been deleted. For 25 hydroxy vitamin D, use 82306)

**82308**   Calcitonin

**82310**   Calcium; total
➲ *CPT Assistant* Dec 99:2

**82330**       ionized

**82331**       after calcium infusion test

**82340**       urine quantitative, timed specimen

**82355**   Calculus; qualitative analysis
➲ *CPT Changes: An Insider's View* 2002

**82360**       quantitative analysis, chemical

**82365**       infrared spectroscopy

**82370**       X-ray diffraction
➲ *CPT Changes: An Insider's View* 2001

(Carbamates, see individual listings)

**82373**   Carbohydrate deficient transferrin
➲ *CPT Changes: An Insider's View* 2001

**82374**   Carbon dioxide (bicarbonate)
➲ *CPT Assistant* Dec 99:2

(See also 82803)

**82375**   Carboxyhemoglobin; quantitative
➲ *CPT Changes: An Insider's View* 2009

**82376**       qualitative
➲ *CPT Changes: An Insider's View* 2009

(For transcutaneous measurement of carboxyhemoglobin, use 88740)

**82378**   Carcinoembryonic antigen (CEA)
➲ *CPT Assistant* Fall 93:25, Aug 96:11

**82379**   Carnitine (total and free), quantitative, each specimen
➲ *CPT Assistant* Nov 98:24

(For acylcarnitine, see 82016, 82017)

**82380**   Carotene

**82382**   Catecholamines; total urine

**82383**       blood

**82384**       fractionated

(For urine metabolites, see 83835, 84585)

**82387**   Cathepsin-D

**82390**   Ceruloplasmin

**82397**   Chemiluminescent assay
➲ *CPT Assistant* Fall 93:25, Oct 10:7

**82415**   Chloramphenicol
➲ *CPT Assistant* Aug 05:9, Oct 10:7

**82435**   Chloride; blood
➲ *CPT Assistant* Dec 99:2

**82436**       urine

**82438**       other source
➲ *CPT Assistant* Jul 03:7

☉=Moderate sedation   ✚=Add-on code   ✗=FDA approval pending   #=Resequenced code   ○=Recycled/reinstated code   ➲➲=See p xiii for details

(For sweat collection by iontophoresis, use 89230)

**82441**  Chlorinated hydrocarbons, screen

(Chlorpromazine, use 84022)

(Cholecalciferol [Vitamin D], use 82306)

**82465**  Cholesterol, serum or whole blood, total
➲ *CPT Assistant* Dec 99:2, Mar 00:11, Feb 05:9; *CPT Changes: An Insider's View* 2001

(For high density lipoprotein [HDL], use 83718)

**82480**  Cholinesterase; serum

**82482**      RBC

**82485**  Chondroitin B sulfate, quantitative

(Chorionic gonadotropin, see gonadotropin, 84702, 84703)

**82486**  Chromatography, qualitative; column (eg, gas liquid or HPLC), analyte not elsewhere specified
➲ *CPT Assistant* Nov 98:24-25

**82487**      paper, 1-dimensional, analyte not elsewhere specified

**82488**      paper, 2-dimensional, analyte not elsewhere specified

**82489**      thin layer, analyte not elsewhere specified

**82491**  Chromatography, quantitative, column (eg, gas liquid or HPLC); single analyte not elsewhere specified, single stationary and mobile phase
➲ *CPT Assistant* Fall 93:25, Nov 98:24-25, Mar 00:3, Mar 11:10

**82492**      multiple analytes, single stationary and mobile phase
➲ *CPT Assistant* Nov 98:24-25, Mar 00:3, Mar 11:10

**82495**  Chromium
➲ *CPT Assistant* Oct 10:7

**82507**  Citrate
➲ *CPT Assistant* Aug 05:9, Oct 10:7

**82520**  Cocaine or metabolite

(Cocaine, qualitative analysis, see 80100-80103)

(Codeine, qualitative analysis, see 80100-80103)

(Codeine, quantitative analysis, see 82101)

(Complement, see 86160-86162)

**82523**  Collagen cross links, any method

**82525**  Copper

(Coproporphyrin, see 84119, 84120)

(Corticosteroids, use 83491)

**82528**  Corticosterone

**82530**  Cortisol; free
➲ *CPT Assistant* Summer 94:3

**82533**      total
➲ *CPT Assistant* Summer 94:3

(C-peptide, use 84681)

**82540**  Creatine

**82541**  Column chromatography/mass spectrometry (eg, GC/MS, or HPLC/MS), analyte not elsewhere specified; qualitative, single stationary and mobile phase
➲ *CPT Assistant* Nov 98:24-25

**82542**      quantitative, single stationary and mobile phase
➲ *CPT Assistant* Nov 98:24-25

**82543**      stable isotope dilution, single analyte, quantitative, single stationary and mobile phase
➲ *CPT Assistant* Nov 98:24-25

**82544**      stable isotope dilution, multiple analytes, quantitative, single stationary and mobile phase
➲ *CPT Assistant* Nov 98:24-25, Dec 99:7

**82550**  Creatine kinase (CK), (CPK); total
➲ *CPT Assistant* Feb 98:1, Dec 99:2

**82552**      isoenzymes
➲ *CPT Assistant* Feb 98:1

**82553**      MB fraction only
➲ *CPT Assistant* Feb 98:1

**82554**      isoforms
➲ *CPT Assistant* Feb 98:1

**82565**  Creatinine; blood
➲ *CPT Assistant* Dec 99:2

**82570**      other source

**82575**      clearance

**82585**  Cryofibrinogen

**82595**  Cryoglobulin, qualitative or semi-quantitative (eg, cryocrit)
➲ *CPT Assistant* Oct 10:7; *CPT Changes: An Insider's View* 2001

(For quantitative, cryoglobulin, see 82784, 82785)

(Crystals, pyrophosphate vs urate, use 89060)

**82600**  Cyanide
➲ *CPT Assistant* Aug 05:9, Oct 10:7

**82607**  Cyanocobalamin (Vitamin B-12);

**82608**      unsaturated binding capacity

(Cyclic AMP, use 82030)

(Cyclic GMP, use 83008)

(Cyclosporine, use 80158)

**82610**  Cystatin C
➲ *CPT Assistant* Apr 08:5, Aug 08:13; *CPT Changes: An Insider's View* 2008

**82615**  Cystine and homocystine, urine, qualitative

**82626**  Dehydroepiandrosterone (DHEA)
➲ *CPT Assistant* Summer 94:4

**82627**  Dehydroepiandrosterone-sulfate (DHEA-S)
➲ *CPT Assistant* Summer 94:4

(Delta-aminolevulinic acid (ALA), use 82135)

**82633**  Desoxycorticosterone, 11-

**Pathology and Laboratory**

| | |
|---|---|
| **82634** | Deoxycortisol, 11- |

(Dexamethasone suppression test, use 80420)

(Diastase, urine, use 82150)

**82638**  Dibucaine number

(Dichloroethane, use 84600)

(Dichloromethane, use 84600)

(Diethylether, use 84600)

**82646**  Dihydrocodeinone

(For qualitative analysis, see 80100-80103)

**82649**  Dihydromorphinone

(For qualitative analysis, see 80100-80103)

**82651**  Dihydrotestosterone (DHT)

**82652**  Code is out of numerical sequence. See 82000-84999

**82654**  Dimethadione

(For qualitative analysis, see 80100-80103)

(Diphenylhydantoin, use 80185)

(Dipropylacetic acid, use 80164)

(Dopamine, see 82382-82384)

(Duodenal contents, see individual enzymes; for intubation and collection, see 43756, 43757)

**82656**  Elastase, pancreatic (EL-1), fecal, qualitative or semi-quantitative
➲ *CPT Assistant* Sep 05:9; *CPT Changes: An Insider's View* 2005

**82657**  Enzyme activity in blood cells, cultured cells, or tissue, not elsewhere specified; nonradioactive substrate, each specimen
➲ *CPT Assistant* Nov 98:25

**82658**  radioactive substrate, each specimen
➲ *CPT Assistant* Nov 98:25

**82664**  Electrophoretic technique, not elsewhere specified

(Endocrine receptor assays, see 84233-84235)

**82666**  Epiandrosterone

(Epinephrine, see 82382-82384)

**82668**  Erythropoietin

**82670**  Estradiol

**82671**  Estrogens; fractionated

**82672**  total

(Estrogen receptor assay, use 84233)

**82677**  Estriol

**82679**  Estrone

(Ethanol, see 82055 and 82075)

**82690**  Ethchlorvynol

(Ethyl alcohol, see 82055 and 82075)

**82693**  Ethylene glycol

**82696**  Etiocholanolone
➲ *CPT Assistant* Oct 10:7

(For fractionation of ketosteroids, use 83593)

**82705**  Fat or lipids, feces; qualitative
➲ *CPT Assistant* Aug 05:9, Oct 10:7

**82710**  quantitative

**82715**  Fat differential, feces, quantitative

**82725**  Fatty acids, nonesterified

**82726**  Very long chain fatty acids
➲ *CPT Assistant* Nov 98:25

(For long-chain [C20-22] omega-3 fatty acids in red blood cell [RBC] membranes, use Category III code 0111T)

**82728**  Ferritin

(Fetal hemoglobin, see hemoglobin 83030, 83033, and 85460)

(Fetoprotein, alpha-1, see 82105, 82106)

**82731**  Fetal fibronectin, cervicovaginal secretions, semi-quantitative
➲ *CPT Assistant* Nov 98:25

**82735**  Fluoride

**82742**  Flurazepam

(For qualitative analysis, see 80100-80103)

(Foam stability test, use 83662)

**82746**  Folic acid; serum

**82747**  RBC

(Follicle stimulating hormone [FSH], use 83001)

**82757**  Fructose, semen

(Fructosamine, use 82985)

(Fructose, TLC screen, use 84375)

**82759**  Galactokinase, RBC

**82760**  Galactose

**82775**  Galactose-1-phosphate uridyl transferase; quantitative

**82776**  screen

● **82777**  Galectin-3
➲ *CPT Changes: An Insider's View* 2013

**82784**  Gammaglobulin (immunoglobulin); IgA, IgD, IgG, IgM, each
➲ *CPT Assistant* Spring 94:31, Aug 00:11; *CPT Changes: An Insider's View* 2010

**82785**  IgE
➲ *CPT Assistant* Spring 94:31; *CPT Changes: An Insider's View* 2010

(For allergen specific IgE, see 86003, 86005)

**82787**  immunoglobulin subclasses (eg, IgG1, 2, 3, or 4), each
➲ *CPT Assistant* Oct 10:7; *CPT Changes: An Insider's View* 2001, 2010

Pathology and Laboratory

(Gamma-glutamyltransferase [GGT], use 82977)

**82800**  Gases, blood, pH only
➤ *CPT Assistant* Aug 05:9, Oct 10:7

**82803**  Gases, blood, any combination of pH, pCO$_2$, pO$_2$, CO$_2$, HCO$_3$ (including calculated O$_2$ saturation);

(Use 82803 for 2 or more of the above listed analytes)

**82805**  with O$_2$ saturation, by direct measurement, except pulse oximetry

**82810**  Gases, blood, O$_2$ saturation only, by direct measurement, except pulse oximetry

(For pulse oximetry, use 94760)

**82820**  Hemoglobin-oxygen affinity (pO$_2$ for 50% hemoglobin saturation with oxygen)
➤ *CPT Assistant* Oct 10:7

(82926, 82928 have been deleted)

(For gastric acid analysis, use 82930)

**82930**  Gastric acid analysis, includes pH if performed, each specimen
➤ *CPT Assistant* Oct 10:7, Dec 10:7, Sep 11:3; *CPT Changes: An Insider's View* 2011

**82938**  Gastrin after secretin stimulation

**82941**  Gastrin
➤ *CPT Assistant* Aug 05:9

(Gentamicin, use 80170)

(GGT, use 82977)

(GLC, gas liquid chromatography, use 82486)

**82943**  Glucagon

**82945**  Glucose, body fluid, other than blood
➤ *CPT Changes: An Insider's View* 2001

**82946**  Glucagon tolerance test

**82947**  Glucose; quantitative, blood (except reagent strip)
➤ *CPT Assistant* Summer 93:14, Summer 94:5, Sep 99:10, Dec 99:2, Jun 02:3, Feb 05:9; *CPT Changes: An Insider's View* 2001

**82948**  blood, reagent strip
➤ *CPT Assistant* Summer 94:5, Jan 99:10, Nov 10:10, Oct 11:8

**82950**  post glucose dose (includes glucose)
➤ *CPT Assistant* Sep 99:10, Jun 02:3, Feb 05:9

**82951**  tolerance test (GTT), 3 specimens (includes glucose)
➤ *CPT Assistant* Feb 01:10, Feb 05:9, Oct 10:7

**✚ 82952**  tolerance test, each additional beyond 3 specimens (List separately in addition to code for primary procedure)
➤ *CPT Assistant* Feb 01:10, Oct 10:7, Dec 10:7; *CPT Changes: An Insider's View* 2011

(Use 82952 in conjunction with 82951)

**82953**  tolbutamide tolerance test

(For insulin tolerance test, see 80434, 80435)

(For leucine tolerance test, use 80428)

(For semiquantitative urine glucose, see 81000, 81002, 81005, 81099)

**82955**  Glucose-6-phosphate dehydrogenase (G6PD); quantitative

**82960**  screen

(For glucose tolerance test with medication, use 96374 in addition)

**82962**  Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use
➤ *CPT Assistant* Summer 94:4, Jan 99:10, Nov 10:10, Oct 11:8

**82963**  Glucosidase, beta

**82965**  Glutamate dehydrogenase

**82975**  Glutamine (glutamic acid amide)

**82977**  Glutamyltransferase, gamma (GGT)
➤ *CPT Assistant* Dec 99:1

**82978**  Glutathione

**82979**  Glutathione reductase, RBC

**82980**  Glutethimide

(Glycohemoglobin, use 83036)

**82985**  Glycated protein
➤ *CPT Assistant* Summer 94:2, Oct 10:7

(Gonadotropin, chorionic, see 84702, 84703)

**83001**  Gonadotropin; follicle stimulating hormone (FSH)
➤ *CPT Assistant* Aug 05:9, Oct 10:7

**83002**  luteinizing hormone (LH)

(For luteinizing releasing factor [LRH], use 83727)

**83003**  Growth hormone, human (HGH) (somatotropin)

(For antibody to human growth hormone, use 86277)

**83008**  Guanosine monophosphate (GMP), cyclic

**83009**  Helicobacter pylori, blood test analysis for urease activity, non-radioactive isotope (eg, C-13)
➤ *CPT Changes: An Insider's View* 2005

(For H. pylori, breath test analysis for urease activity, see 83013, 83014)

**83010**  Haptoglobin; quantitative

**83012**  phenotypes

**83013**  Helicobacter pylori; breath test analysis for urease activity, non-radioactive isotope (eg, C-13)
➤ *CPT Assistant* Nov 98:25, Feb 99:8, Nov 99:45; *CPT Changes: An Insider's View* 2001, 2002, 2005

**83014**  drug administration
➤ *CPT Assistant* Nov 98:25, Feb 99:8, Nov 99:45; *CPT Changes: An Insider's View* 2005

(For H. pylori, stool, use 87338. For H. pylori, liquid scintillation counter, see 78267, 78268. For H. pylori, enzyme immunoassay, use 87339)

(For H. pylori, blood test analysis for urease activity, use 83009)

▲ = Revised code   ● = New code   ►◄ = Contains new or revised text   ⦸ = Modifier 51 exempt    American Medical Association    **441**

Pathology and Laboratory

**83015**  Heavy metal (eg, arsenic, barium, beryllium, bismuth, antimony, mercury); screen

**83018**  quantitative, each

**83020**  Hemoglobin fractionation and quantitation; electrophoresis (eg, A2, S, C, and/or F)
➡ *CPT Assistant* Nov 98:25

**83021**  chromatography (eg, A2, S, C, and/or F)
➡ *CPT Assistant* Nov 98:25, Dec 99:7

(For glycosylated [A1c] hemoglobin analysis, by chromatography, in the absence of an identified hemoglobin variant, use 83036)

**83026**  Hemoglobin; by copper sulfate method, non-automated

**83030**  F (fetal), chemical

**83033**  F (fetal), qualitative
➡ *CPT Changes: An Insider's View* 2001

**83036**  glycosylated (A1C)
➡ *CPT Assistant* Summer 94:2, Feb 06:7, Oct 06:15; *CPT Changes: An Insider's View* 2006

(For glycosylated [A1c] hemoglobin analysis, by chromatography, in the setting of an identified hemoglobin variant, use 83021)

(For fecal hemoglobin detection by immunoassay, use 82274)

**83037**  glycosylated (A1C) by device cleared by FDA for home use
➡ *CPT Assistant* Feb 06:7, Oct 06:15; *CPT Changes: An Insider's View* 2006

**83045**  methemoglobin, qualitative

**83050**  methemoglobin, quantitative

(For transcutaneous quantitative methemoglobin determination, use 88741)

**83051**  plasma

**83055**  sulfhemoglobin, qualitative

**83060**  sulfhemoglobin, quantitative

**83065**  thermolabile

**83068**  unstable, screen

**83069**  urine

**83070**  Hemosiderin; qualitative

**83071**  quantitative

(Heroin, see 80100-80103)

(HIAA, use 83497)

(High performance liquid chromatography [HPLC], use 82486)

**83080**  b-Hexosaminidase, each assay
➡ *CPT Assistant* Nov 98:25

**83088**  Histamine

(Hollander test, see 43754, 43755)

**83090**  Homocysteine
➡ *CPT Assistant* Jan 01:13, Oct 10:7; *CPT Changes: An Insider's View* 2001

**83150**  Homovanillic acid (HVA)
➡ *CPT Assistant* Aug 05:9, Oct 10:7

(Hormones, see individual alphabetic listings in **Chemistry** section)

(Hydrogen breath test, use 91065)

**83491**  Hydroxycorticosteroids, 17- (17-OHCS)
➡ *CPT Assistant* Aug 05:9, Oct 10:7

(For cortisol, see 82530, 82533. For deoxycortisol, use 82634)

**83497**  Hydroxyindolacetic acid, 5-(HIAA)

(For urine qualitative test, use 81005)

(5-Hydroxytryptamine, use 84260)

**83498**  Hydroxyprogesterone, 17-d

**83499**  Hydroxyprogesterone, 20-
➡ *CPT Assistant* Oct 10:7

**83500**  Hydroxyproline; free
➡ *CPT Assistant* Aug 05:9, Oct 10:7

**83505**  total

**83516**  Immunoassay for analyte other than infectious agent antibody or infectious agent antigen; qualitative or semiquantitative, multiple step method
➡ *CPT Assistant* Nov 98:25; *CPT Changes: An Insider's View* 2010

**83518**  qualitative or semiquantitative, single step method (eg, reagent strip)
➡ *CPT Assistant* Fall 93:26; *CPT Changes: An Insider's View* 2010

**83519**  quantitative, by radioimmunoassay (eg, RIA)
➡ *CPT Assistant* Fall 93:26, Summer 94:2; *CPT Changes: An Insider's View* 2010

**83520**  quantitative, not otherwise specified
➡ *CPT Assistant* Fall 93:26; *CPT Changes: An Insider's View* 2010

(For immunoassays for antibodies to infectious agent antigens, see analyte and method specific codes in the **Immunology** section)

(For immunoassay of tumor antigen not elsewhere specified, use 86316)

(Immunoglobulins, see 82784, 82785)

**83525**  Insulin; total

(For proinsulin, use 84206)

**83527**  free
➡ *CPT Assistant* Summer 94:5

**83528**  Intrinsic factor

(For intrinsic factor antibodies, use 86340)

**83540**  Iron
➡ *CPT Assistant* Fall 93:25

Pathology and Laboratory

**83550**   Iron binding capacity

**83570**   Isocitric dehydrogenase (IDH)

(Isonicotinic acid hydrazide, INH, see code for specific method)

(Isopropyl alcohol, use 84600)

**83582**   Ketogenic steroids, fractionation

(Ketone bodies, for serum, see 82009, 82010; for urine, see 81000-81003)

**83586**   Ketosteroids, 17- (17-KS); total

**83593**      fractionation
   ➜ *CPT Assistant* Oct 10:7

**83605**   Lactate (lactic acid)
   ➜ *CPT Assistant* Aug 05:9, Oct 10:7

**83615**   Lactate dehydrogenase (LD), (LDH);
   ➜ *CPT Assistant* Fall 93:25, Feb 98:1, Dec 99:2

**83625**      isoenzymes, separation and quantitation
   ➜ *CPT Assistant* Fall 93:25, Feb 98:1

**83630**   Lactoferrin, fecal; qualitative
   ➜ *CPT Assistant* Feb 06:7; *CPT Changes: An Insider's View* 2005, 2006

**83631**      quantitative
   ➜ *CPT Assistant* Feb 06:7, Jan 07:29; *CPT Changes: An Insider's View* 2006

**83632**   Lactogen, human placental (HPL) human chorionic somatomammotropin

**83633**   Lactose, urine; qualitative

**83634**      quantitative

(For tolerance, see 82951, 82952)

(For breath hydrogen test for lactase deficiency, use 91065)

**83655**   Lead

**83661**   Fetal lung maturity assessment; lecithin sphingomyelin (L/S) ratio
   ➜ *CPT Changes: An Insider's View* 2001

**83662**      foam stability test

**83663**      fluorescence polarization
   ➜ *CPT Changes: An Insider's View* 2001

**83664**      lamellar body density
   ➜ *CPT Changes: An Insider's View* 2001

(For phosphatidylglycerol, use 84081)

**83670**   Leucine aminopeptidase (LAP)

**83690**   Lipase

**83695**   Lipoprotein (a)
   ➜ *CPT Assistant* Feb 06:7; *CPT Changes: An Insider's View* 2006

**83698**   Lipoprotein-associated phospholipase A$_2$ (Lp-PLA$_2$)
   ➜ *CPT Assistant* Oct 10:7; *CPT Changes: An Insider's View* 2007

**83700**   Lipoprotein, blood; electrophoretic separation and quantitation
   ➜ *CPT Assistant* Feb 06:7, Oct 10:7; *CPT Changes: An Insider's View* 2006

**83701**      high resolution fractionation and quantitation of lipoproteins including lipoprotein subclasses when performed (eg, electrophoresis, ultracentrifugation)
   ➜ *CPT Assistant* Feb 06:7; *CPT Changes: An Insider's View* 2006

**83704**      quantitation of lipoprotein particle numbers and lipoprotein particle subclasses (eg, by nuclear magnetic resonance spectroscopy)
   ➜ *CPT Assistant* Feb 06:7; *CPT Changes: An Insider's View* 2006

**83718**   Lipoprotein, direct measurement; high density cholesterol (HDL cholesterol)
   ➜ *CPT Assistant* Oct 99:11, Mar 00:11, Feb 05:9

**83719**      VLDL cholesterol
   ➜ *CPT Assistant* Oct 99:11

**83721**      LDL cholesterol
   ➜ *CPT Assistant* Nov 98:25, Oct 99:11

(For fractionation by high resolution electrophoresis or ultracentrifugation, use 83701)

(For lipoprotein particle numbers and subclasses analysis by nuclear magnetic resonance spectroscopy, use 83704)

**83727**   Luteinizing releasing factor (LRH)

(Luteinizing hormone [LH], use 83002)

(For qualitative analysis, see 80100-80103)

(Macroglobulins, alpha-2, use 86329)

**83735**   Magnesium

**83775**   Malate dehydrogenase

(Maltose tolerance, see 82951, 82952)

(Mammotropin, use 84146)

**83785**   Manganese

(Marijuana, see 80100-80103)

**83788**   Mass spectrometry and tandem mass spectrometry (MS, MS/MS), analyte not elsewhere specified; qualitative, each specimen
   ➜ *CPT Assistant* Nov 98:26

**83789**      quantitative, each specimen
   ➜ *CPT Assistant* Nov 98:26, Oct 10:7

**83805**   Meprobamate
   ➜ *CPT Assistant* Aug 05:9, Oct 10:7

(For qualitative analysis, see 80100-80103)

**83825**   Mercury, quantitative

(Mercury screen, use 83015)

**83835**   Metanephrines

(For catecholamines, see 82382-82384)

**Pathology and Laboratory**

**83840**    Methadone

(For methadone qualitative analysis, see 80100-80103)

(Methamphetamine, see 80100-80103, 82145)

(Methanol, use 84600)

**83857**    Methemalbumin

(Methemoglobin, see hemoglobin 83045, 83050)

**83858**    Methsuximide

(Methyl alcohol, use 84600)

(Microalbumin, see 82043 for quantitative, see 82044 for semiquantitative)

**83861**    Microfluidic analysis utilizing an integrated collection and analysis device, tear osmolarity
➲ CPT Assistant Oct 10:7, Dec 10:7; CPT Changes: An Insider's View 2011

(Microglobulin, beta-2, use 82232)

(For microfluidic tear osmolarity of both eyes, report 83861 twice)

**83864**    Mucopolysaccharides, acid; quantitative

**83866**        screen

**83872**    Mucin, synovial fluid (Ropes test)

**83873**    Myelin basic protein, cerebrospinal fluid
➲ CPT Changes: An Insider's View 2002

(For oligoclonal bands, use 83916)

**83874**    Myoglobin
➲ CPT Assistant Feb 98:1

(Nalorphine, use 83925)

**83876**    Myeloperoxidase (MPO)
➲ CPT Changes: An Insider's View 2009

**83880**    Natriuretic peptide
➲ CPT Assistant Jul 03:7; CPT Changes: An Insider's View 2003

**83883**    Nephelometry, each analyte not elsewhere specified

**83885**    Nickel

**83887**    Nicotine

▶(83890-83914 have been deleted. To report, see 81200-81479)◀

**83915**    Nucleotidase 5'-

**83916**    Oligoclonal immune (oligoclonal bands)
➲ CPT Changes: An Insider's View 2002

**83918**    Organic acids; total, quantitative, each specimen
➲ CPT Assistant Mar 96:11, Nov 98:26; CPT Changes: An Insider's View 2001

**83919**        qualitative, each specimen
➲ CPT Assistant Nov 98:26

**83921**    Organic acid, single, quantitative
➲ CPT Changes: An Insider's View 2001

**83925**    Opiate(s), drug and metabolites, each procedure
➲ CPT Changes: An Insider's View 2009

**83930**    Osmolality; blood

**83935**        urine

(For tear osmolarity using microfluidic analysis, use 83861)

**83937**    Osteocalcin (bone g1a protein)
➲ CPT Assistant Summer 94:5

**83945**    Oxalate

**83950**    Oncoprotein; HER-2/neu
➲ CPT Changes: An Insider's View 2002, 2009

(For tissue, see 88342, 88365)

**83951**        des-gamma-carboxy-prothrombin (DCP)
➲ CPT Changes: An Insider's View 2009

**83970**    Parathormone (parathyroid hormone)

(Pesticide, quantitative, see code for specific method. For screen for chlorinated hydrocarbons, use 82441)

**83986**    pH; body fluid, not otherwise specified
➲ CPT Changes: An Insider's View 2010

**83987**        exhaled breath condensate
➲ CPT Changes: An Insider's View 2010

(For blood pH, see 82800, 82803)

**83992**    Phencyclidine (PCP)

(For qualitative analysis, see 80100-80103)

(Phenobarbital, use 80184)

**83993**    Calprotectin, fecal
➲ CPT Assistant Apr 08:5, Oct 10:7; CPT Changes: An Insider's View 2008

**84022**    Phenothiazine
➲ CPT Assistant Aug 05:9, Oct 10:7

(For qualitative analysis, see 80100, 80101)

**84030**    Phenylalanine (PKU), blood

(Phenylalanine-tyrosine ratio, see 84030, 84510)

**84035**    Phenylketones, qualitative

**84060**    Phosphatase, acid; total

**84061**        forensic examination

**84066**        prostatic

**84075**    Phosphatase, alkaline;
➲ CPT Assistant Dec 99:2

**84078**        heat stable (total not included)

**84080**        isoenzymes

**84081**    Phosphatidylglycerol

(Phosphates inorganic, use 84100)

(Phosphates, organic, see code for specific method. For cholinesterase, see 82480, 82482)

**84085**    Phosphogluconate, 6-, dehydrogenase, RBC

**84087**    Phosphohexose isomerase
➲ CPT Assistant Oct 10:7

Pathology and Laboratory

**84100**  Phosphorus inorganic (phosphate);
→ *CPT Assistant* Dec 99:2, Aug 05:9, Oct 10:7

**84105**      urine

(Pituitary gonadotropins, see 83001-83002)

(PKU, see 84030, 84035)

**84106**  Porphobilinogen, urine; qualitative

**84110**      quantitative

**84112**  Placental alpha microglobulin-1 (PAMG-1), cervicovaginal secretion, qualitative
→ *CPT Assistant* Oct 10:8, Dec 10:8; *CPT Changes: An Insider's View* 2011

**84119**  Porphyrins, urine; qualitative

**84120**      quantitation and fractionation

**84126**  Porphyrins, feces; quantitative

**84127**      qualitative

(Porphyrin precursors, see 82135, 84106, 84110)

(For protoporphyrin, RBC, see 84202, 84203)

**84132**  Potassium; serum, plasma or whole blood
→ *CPT Assistant* Dec 99:2, Jun 02:3; *CPT Changes: An Insider's View* 2009

**84133**      urine

**84134**  Prealbumin

(For microalbumin, see 82043, 82044)

**84135**  Pregnanediol

**84138**  Pregnanetriol

**84140**  Pregnenolone
→ *CPT Assistant* Summer 94:6

**84143**  17-hydroxypregnenolone
→ *CPT Assistant* Summer 94:6

**84144**  Progesterone

(Progesterone receptor assay, use 84234)

(For proinsulin, use 84206)

**84145**  Procalcitonin (PCT)
→ *CPT Changes: An Insider's View* 2010

**84146**  Prolactin

**84150**  Prostaglandin, each

**84152**  Prostate specific antigen (PSA); complexed (direct measurement)
→ *CPT Changes: An Insider's View* 2001

**84153**      total
→ *CPT Assistant* Fall 93:26, May 96:10, Aug 96:10, Jan 97:10, Nov 98:26, Aug 99:5, Dec 99:10

**84154**      free
→ *CPT Assistant* Nov 98:26, Aug 99:5, Dec 99:10

**84155**  Protein, total, except by refractometry; serum, plasma or whole blood
→ *CPT Assistant* Dec 99:2, Jan 00:7; *CPT Changes: An Insider's View* 2004, 2009

**84156**      urine
→ *CPT Changes: An Insider's View* 2004

**84157**      other source (eg, synovial fluid, cerebrospinal fluid)
→ *CPT Changes: An Insider's View* 2004

**84160**  Protein, total, by refractometry, any source
→ *CPT Changes: An Insider's View* 2004

(For urine total protein by dipstick method, use 81000-81003)

**84163**  Pregnancy-associated plasma protein-A (PAPP-A)
→ *CPT Changes: An Insider's View* 2005

**84165**  Protein; electrophoretic fractionation and quantitation, serum
→ *CPT Changes: An Insider's View* 2004, 2005

**84166**      electrophoretic fractionation and quantitation, other fluids with concentration (eg, urine, CSF)
→ *CPT Changes: An Insider's View* 2005

**84181**      Western Blot, with interpretation and report, blood or other body fluid

**84182**      Western Blot, with interpretation and report, blood or other body fluid, immunological probe for band identification, each
→ *CPT Assistant* Oct 10:7

(For Western Blot tissue analysis, use 88371)

**84202**  Protoporphyrin, RBC; quantitative
→ *CPT Assistant* Aug 05:9, Oct 10:7

**84203**      screen

**84206**  Proinsulin

(Pseudocholinesterase, use 82480)

**84207**  Pyridoxal phosphate (Vitamin B-6)

**84210**  Pyruvate

**84220**  Pyruvate kinase

**84228**  Quinine

**84233**  Receptor assay; estrogen

**84234**      progesterone

**84235**      endocrine, other than estrogen or progesterone (specify hormone)

**84238**      non-endocrine (specify receptor)
→ *CPT Assistant* Nov 05:14; *CPT Changes: An Insider's View* 2006

**84244**  Renin

**84252**  Riboflavin (Vitamin B-2)

(Salicylates, use 80196)

(Secretin test, see 99070, 43756, 43757 and appropriate analyses)

**84255**  Selenium

**84260**  Serotonin

(For urine metabolites (HIAA), use 83497)

**Pathology and Laboratory**

**84270**  Sex hormone binding globulin (SHBG)
➔ *CPT Assistant* Summer 94:4

**84275**  Sialic acid

(Sickle hemoglobin, use 85660)

**84285**  Silica

**84295**  Sodium; serum, plasma or whole blood
➔ *CPT Assistant* Dec 99:2, Oct 10:7; *CPT Changes: An Insider's View* 2009

**84300**  urine
➔ *CPT Assistant* Aug 05:9, Oct 10:7

**84302**  other source
➔ *CPT Assistant* Jul 03:7; *CPT Changes: An Insider's View* 2003

(Somatomammotropin, use 83632)

(Somatotropin, use 83003)

**84305**  Somatomedin
➔ *CPT Assistant* Summer 94:4

**84307**  Somatostatin
➔ *CPT Assistant* Summer 94:4

**84311**  Spectrophotometry, analyte not elsewhere specified

**84315**  Specific gravity (except urine)

(For specific gravity, urine, see 81000-81003)

(Stone analysis, see 82355-82370)

**84375**  Sugars, chromatographic, TLC or paper chromatography

**84376**  Sugars (mono-, di-, and oligosaccharides); single qualitative, each specimen
➔ *CPT Assistant* Nov 98:26-27, Dec 99:7

**84377**  multiple qualitative, each specimen
➔ *CPT Assistant* Nov 98:26-27, Jul 03:7

**84378**  single quantitative, each specimen
➔ *CPT Assistant* Nov 98:26-27

**84379**  multiple quantitative, each specimen
➔ *CPT Assistant* Nov 98:26-27, Dec 99:7, Jul 03:7

**84392**  Sulfate, urine
➔ *CPT Assistant* Oct 10:7

(Sulfhemoglobin, see hemoglobin, 83055, 83060)

(T-3, see 84479-84481)

(T-4, see 84436-84439)

**84402**  Testosterone; free
➔ *CPT Assistant* Aug 05:9, Oct 10:7

**84403**  total

**84425**  Thiamine (Vitamin B-1)

**84430**  Thiocyanate

**84431**  Thromboxane metabolite(s), including thromboxane if performed, urine
➔ *CPT Changes: An Insider's View* 2010

(For concurrent urine creatinine determination, use 84431 in conjunction with 82570)

**84432**  Thyroglobulin
➔ *CPT Assistant* Summer 94:2

(Thyroglobulin, antibody, use 86800)

(Thyrotropin releasing hormone [TRH] test, see 80438, 80439)

**84436**  Thyroxine; total
➔ *CPT Assistant* Fall 93:25, Summer 94:3

**84437**  requiring elution (eg, neonatal)

**84439**  free

**84442**  Thyroxine binding globulin (TBG)

**84443**  Thyroid stimulating hormone (TSH)
➔ *CPT Assistant* Summer 94:3

**84445**  Thyroid stimulating immune globulins (TSI)
➔ *CPT Assistant* Summer 94:3; *CPT Changes: An Insider's View* 2002

(Tobramycin, use 80200)

**84446**  Tocopherol alpha (Vitamin E)

(Tolbutamide tolerance, use 82953)

**84449**  Transcortin (cortisol binding globulin)
➔ *CPT Assistant* Summer 94:6

**84450**  Transferase; aspartate amino (AST) (SGOT)
➔ *CPT Assistant* Dec 99:2

**84460**  alanine amino (ALT) (SGPT)
➔ *CPT Assistant* Dec 99:2

**84466**  Transferrin
➔ *CPT Assistant* Summer 94:4

(Iron binding capacity, use 83550)

**84478**  Triglycerides
➔ *CPT Assistant* Dec 99:2, Mar 00:11, Feb 05:9

**84479**  Thyroid hormone (T3 or T4) uptake or thyroid hormone binding ratio (THBR)
➔ *CPT Assistant* Fall 93:25, Summer 94:3

**84480**  Triiodothyronine T3; total (TT-3)

**84481**  free

**84482**  reverse
➔ *CPT Assistant* Summer 94:2

**84484**  Troponin, quantitative
➔ *CPT Assistant* Nov 97:29, Jan 98:6, Feb 98:1

(For troponin, qualitative assay, use 84512)

**84485**  Trypsin; duodenal fluid

**84488**  feces, qualitative

**84490**  feces, quantitative, 24-hour collection
➔ *CPT Assistant* Oct 10:7

**84510**  Tyrosine
➔ *CPT Assistant* Oct 10:7

(Urate crystal identification, use 89060)

Pathology and Laboratory

84512  Troponin, qualitative
➲ *CPT Assistant* Nov 97:29, Jan 98:6, Feb 98:1

(For troponin, quantitative assay, use 84484)

84520  Urea nitrogen; quantitative
➲ *CPT Assistant* Dec 99:2

84525  semiquantitative (eg, reagent strip test)
➲ *CPT Assistant* Mar 98:3

84540  Urea nitrogen, urine

84545  Urea nitrogen, clearance

84550  Uric acid; blood
➲ *CPT Assistant* Dec 99:2

84560  other source

84577  Urobilinogen, feces, quantitative

84578  Urobilinogen, urine; qualitative

84580  quantitative, timed specimen

84583  semiquantitative

(Uroporphyrins, use 84120)

(Valproic acid [dipropylacetic acid], use 80164)

84585  Vanillylmandelic acid (VMA), urine

84586  Vasoactive intestinal peptide (VIP)
➲ *CPT Assistant* Summer 94:6

84588  Vasopressin (antidiuretic hormone, ADH)

84590  Vitamin A
➲ *CPT Assistant* Aug 05:9

(Vitamin B-1, use 84425)

(Vitamin B-2, use 82252)

(Vitamin B-6, use 84207)

(Vitamin B-12, use 82607)

(Vitamin B-12, absorption (Schilling), see 78270, 78271)

(Vitamin C, use 82180)

(Vitamin D, see 82306, 82652)

(Vitamin E, use 84446)

84591  Vitamin, not otherwise specified
➲ *CPT Changes: An Insider's View* 2001

84597  Vitamin K
➲ *CPT Assistant* Oct 10:7

(VMA, use 84585)

84600  Volatiles (eg, acetic anhydride, carbon tetrachloride, dichloroethane, dichloromethane, diethylether, isopropyl alcohol, methanol)
➲ *CPT Assistant* Aug 05:9, Oct 10:7

(For acetaldehyde, use 82000)

(Volume, blood, RISA or Cr-51, see 78110, 78111)

84620  Xylose absorption test, blood and/or urine

(For administration, use 99070)

84630  Zinc

84681  C-peptide
➲ *CPT Assistant* Oct 10:7

84702  Gonadotropin, chorionic (hCG); quantitative
➲ *CPT Assistant* Oct 10:7

84703  qualitative

(For urine pregnancy test by visual color comparison, use 81025)

84704  free beta chain
➲ *CPT Assistant* Apr 08:5, Aug 08:13, Oct 10:7; *CPT Changes: An Insider's View* 2008

84830  Ovulation tests, by visual color comparison methods for human luteinizing hormone
➲ *CPT Assistant* Oct 10:7

84999  Unlisted chemistry procedure
➲ *CPT Assistant* Oct 00:24, Aug 05:9, Oct 10:7, Dec 10:7

# Hematology and Coagulation

(For blood banking procedures, see **Transfusion Medicine**)

(Agglutinins, see **Immunology**)

(Antiplasmin, use 85410)

(Antithrombin III, see 85300, 85301)

85002  Bleeding time
➲ *CPT Assistant* Aug 05:9

85004  Blood count; automated differential WBC count
➲ *CPT Assistant* Jan 04:26; *CPT Changes: An Insider's View* 2003

85007  blood smear, microscopic examination with manual differential WBC count
➲ *CPT Assistant* Jul 03:7, Jan 04:26; *CPT Changes: An Insider's View* 2003

85008  blood smear, microscopic examination without manual differential WBC count
➲ *CPT Assistant* Jul 03:8, Jan 04:26; *CPT Changes: An Insider's View* 2003

(For other fluids [eg, CSF], see 89050, 89051)

85009  manual differential WBC count, buffy coat
➲ *CPT Assistant* Jul 03:7, Jan 04:26; *CPT Changes: An Insider's View* 2003

(Eosinophils, nasal smear, use 89190)

85013  spun microhematocrit

85014  hematocrit (Hct)
➲ *CPT Assistant* Jul 03:7; *CPT Changes: An Insider's View* 2003

85018  hemoglobin (Hgb)
➲ *CPT Assistant* Jul 03:8; *CPT Changes: An Insider's View* 2003

(For other hemoglobin determination, see 83020-83069)



**Pathology and Laboratory**

# APPENDIX C

Antibody screen, RBC, each serum technique (86850)

Blood typing, ABO (86900) AND

Blood typing, Rh (D) (86901)

(When syphilis screening is performed using a treponemal antibody approach [86780], do not use 80055. Use the individual codes for the tests performed in the obstetric panel)

**80061** Lipid panel

This panel must include the following:

Cholesterol, serum, total (82465)

Lipoprotein, direct measurement, high density cholesterol (HDL cholesterol) (83718)

Triglycerides (84478)

**80069** Renal function panel

This panel must include the following:

Albumin (82040)

Calcium, total (82310)

Carbon dioxide (bicarbonate) (82374)

Chloride (82435)

Creatinine (82565)

Glucose (82947)

Phosphorus inorganic (phosphate) (84100)

Potassium (84132)

Sodium (84295)

Urea nitrogen (BUN) (84520)

**80074** Acute hepatitis panel

This panel must include the following:

Hepatitis A antibody (HAAb), IgM antibody (86709)

Hepatitis B core antibody (HBcAb), IgM antibody (86705)

Hepatitis B surface antigen (HBsAg) (87340)

Hepatitis C antibody (86803)

**80076** Hepatic function panel

This panel must include the following:

Albumin (82040)

Bilirubin, total (82247)

Bilirubin, direct (82248)

Phosphatase, alkaline (84075)

Protein, total (84155)

Transferase, alanine amino (ALT) (SGPT) (84460)

Transferase, aspartate amino (AST) (SGOT) (84450)

▶(80100, 80101, 80102, 80103, 80104 have been deleted. To report presumptive and/or definitive drug testing, see 80300, 80301, 80302, 80303, 80304)◀

# ▶Drug Assay◀

## DEFINITIONS AND ACRONYM CONVERSION LISTING

▶Drug procedures are divided into three subsections:

**Therapeutic Drug Assay**, **Drug Assay**, and **Chemistry**—with code selection dependent on the purpose and type of patient results obtained. Therapeutic Drug Assays are performed to monitor clinical response to a known, prescribed medication. The two major categories for drug testing in the Drug Assay subsection are:

1. **Presumptive Drug Class** procedures are used to identify possible use or non-use of a drug or drug class. A presumptive test may be followed by a definitive test in order to specifically identify drugs or metabolites.

2. **Definitive Drug Class** procedures are qualitative or quantitative tests to identify possible use or non-use of a drug. These tests identify specific drugs and associated metabolites, if performed. A presumptive test is not required prior to a definitive drug test.

The material for drug class procedures may be any specimen type unless otherwise specified in the code descriptor (eg, urine, blood, oral fluid, meconium, hair). Procedures can be qualitative (eg, positive/negative or present/absent), semi-quantitative, or quantitative (measured) depending on the purpose of the testing. Therapeutic drug assay (TDA) procedures are typically quantitative tests and the specimen type is whole blood, serum, plasma, or cerebrospinal fluid.

When the same procedure(s) is performed on more than one specimen type (eg, blood and urine), the appropriate code is reported separately for each specimen type using modifier 59.

Drugs or classes of drugs may be commonly assayed first by a presumptive screening method followed by a definitive drug identification method. Presumptive methods include, but are not limited to, immunoassays (IA, EIA, ELISA, RIA, EMIT, FPIA, etc), enzymatic methods (alcohol dehydrogenase, etc), chromatographic methods without mass spectrometry (TLC, HPLC, GC, etc), or mass spectrometry without adequate drug resolution by chromatography (MS-TOF, DART, DESI, LDTD, MALDI). LC-MS, LCMS/MS, or mass spectrometry without adequate drug resolution by chromatography may also be used for presumptive testing if the chromatographic phase is not adequate to identify individual drugs and distinguish between structural isomers or isobaric compounds. All drug class immunoassays are considered presumptive, whether qualitative, semi-quantitative, or quantitative. Methods that cannot distinguish between structural isomers (such as morphine and hydromorphone, or methamphetamine and phentermine) are also considered presumptive.
*(continued on page 312)*



**Pathology and Laboratory**

## DEFINITIONS AND ACRONYM CONVERSION LISTING

| Drug Testing Term/Acronym | Definition |
|---|---|
| 6-MAM | Acronym for the heroin drug metabolite 6-monacetylmorphine |
| Acid | Descriptor for classifying drug/drug metabolite molecules based upon chemical ionization properties. Laboratory procedures for drug isolation and identification may include acid, base, or neutral groupings. |
| AM | A category of synthetic marijuana drugs discovered by and named after Alexandros Makriyannis at Northeastern University |
| Analog | A structural derivative of a parent chemical compound that often differs from it by a single element |
| Analyte | The substance or chemical constituent that is of interest in an analytical procedure |
| Base | Descriptor for classifying drug/drug metabolite molecules based upon chemical ionization properties. Laboratory procedures for drug isolation and identification may include acid, base, or neutral groupings. |
| Card(s) | Multiplexed presumptive drug class(es) immunoassay product that is read by visual observation, including instrumented when performed |
| Cassette(s) | Multiplexed presumptive drug class immunoassay product(s) that is read by visual observation, including instrumented when performed |
| CEDIA | Acronym for Cloned-Enzyme-Donor-Immuno-Assay. CEDIA immunoassay is a competitive antibody binding procedure that utilizes enzyme donor fragment-labeled antigens (drugs) to compete for antigens (drugs) contained in the patient sample. Recombination of enzyme donor fragment and enzyme acceptor fragment produces a functional enzyme. CEDIA immunoassay enzyme activity is proportional to concentration of drug(s) detected. |
| Chromatography | An analytical technique used to separate components of a mixture. See thin layer chromatography, gas chromatography, and high performance chromatography. |
| Confirmatory | Term used to describe definitive identification/quantitation procedures that are secondary to presumptive screening methods |
| DART | Acronym for Direct-Analysis-in-Real-Time. DART is an atmospheric pressure ionization method for mass spectrometry analysis |
| Definitive Drug Procedure | A procedure that provides specific identification of individual drugs and drug metabolites |
| DESI | Acronym for Desorption-ElectroSpray-Ionization. DESI is a combination of electrospray ionization and desorption ionization methods for mass spectrometry analysis. |
| Dipstick | A multiplexed presumptive drug class immunoassay product that is read by visual observation, including instrumented when performed |
| Drug test cup | A multiplexed presumptive drug class immunoassay product that is read by visual observation, including instrumented when performed |
| EDDP | Acronym for the methadone drug metabolite 2-ethylidene-1,5-dimethyl-3,3-diphenylpyrrolidine |
| EIA | Acronym for Enzyme-Immuno-Assay. Enzyme immunoassay is a competitive antibody binding procedure that utilizes enzyme-labeled antigens (drugs) to compete for antigens (drugs) contained in the patient sample. Enzyme immunoassay enzyme activity is proportional to concentration of drug(s) detected |
| ELISA | Acronym for Enzyme-Linked Immunosorbent Assay. ELISA is a competitive binding immunoassay that is design to measure antigens (drugs) or antibodies. ELISA immunoassay results are proportional to concentration of drug(s) detected. |
| EMIT | Acronym for Enzyme-Multiplied-Immunoassay-Test. EMIT is a trade name for a type of enzyme immunoassay (EIA). |
| FPIA | Acronym for Fluorescence-Polarization-Immuno-Assay. FPIA is a competitive binding immunoassay that utilizes fluorescein-labeled antigens (drugs) to compete for antigens (drugs) contained in the patient sample. The measure of polarized light emission is inversely proportional to the concentration of drug(s) detected. |

Pathology and Laboratory

## DEFINITIONS AND ACRONYM CONVERSION LISTING *(Continued)*

| Drug Testing Term/Acronym | Definition |
|---|---|
| Gas chromatography | Gas chromatography is a chromatography technique in which patient sample preparations are vaporized into a gas (mobile phase) which flows through a tubular column (containing a stationary phase) and into a detector. The retention time of a drug on the column is determined by partitioning characteristics of the drug into the mobile and stationary phases. Chromatography column detectors may be non-specific (eg, flame ionization) or specific (eg, mass spectrometry). The combination of column retention time and specific detector response provides a definitive identification of the drug or drug metabolite. |
| GC | Acronym for gas chromatography |
| GC-MS | Acronym for gas chromatography mass spectrometry |
| GC-MS/MS | Acronym for gas chromatography mass spectrometry/mass spectrometry |
| High performance liquid chromatography | High performance liquid chromatography is a chromatography technique in which patient sample preparations are injected into a liquid (mobile phase) which flows through a tubular column (containing a stationary phase) and into a detector. The retention time of a drug on the column is determined by partitioning characteristics of the drug into the mobile and stationary phases. Chromatography column detectors may be non-specific (eg, ultra-violet spectrophotometry) or specific (eg, mass spectrometry). The combination of column retention time and specific detector response provides a definitive identification of the drug or drug metabolite. High performance liquid chromatography is also called high pressure liquid chromatography. |
| HPLC | Acronym for high performance liquid chromatography |
| HU | A category of synthetic marijuana drugs discovered by and named after Raphael Mechoulam at Hebrew University |
| IA | Acronym for immunoassay |
| Immunoassay | Antigen-antibody binding procedures utilized to detect antigens (eg, drugs and/or drug metabolites) in patient samples. Immunoassay designs include competitive or non-competitive with various mechanisms for detection. |
| Isobaric | In mass spectrometry, ions with the same mass |
| Isomers | Compounds that have the same molecular formula but differ in structural formula |
| JWH | A category of synthetic marijuana drugs discovered by and named after John W. Huffman at Clemson University. |
| KIMS | Acronym for kinetic interaction of microparticles in solution. KIMS immunoassay is a competitive antibody binding procedure that utilizes microparticle-labeled antigens (drugs) to compete for antigens (drugs) contained in the patient sample. Microparticle immunoassay absorbance increase is inversely proportional to concentration of drug(s) detected. |
| LC-MS | Acronym for liquid chromatography mass spectrometry |
| LC-MS/MS | Acronym for liquid chromatography mass spectrometry/mass spectrometry |
| LDTD | Acronym for laser diode thermal desorption. LDTD is a combination of atmospheric pressure chemical ionization and laser diode thermal desorption methods for mass spectrometry analysis. |
| MALDI | Acronym for matrix assisted laser desorption/ionization mass spectrometry. MALDI is a soft ionization technique that reduces molecular fragmentation. |
| MDA | Acronym for the drug 3,4-methylenedioxyamphetamine. MDA is also a drug metabolite of MDMA. |
| MDEA | Acronym for the drug 3,4-methylenedioxy-N-ethylamphetamine |
| MDMA | Acronym for the drug 3,4-methylenedioxy-N-methylamphetamine |
| MDPV | Acronym for the drug methylenedioxypyrovalerone |
| MS | Acronym for mass spectrometry. MS is an identification technique that measures the charge-to-mass ratio of charged particles. There are several types of mass spectrometry instruments, such as magnetic sectoring, time of flight, quadrapole mass filter, ion traps, and Fourier transformation. Mass spectrometry is used as part of the process to assign definitive identification of drugs and drug metabolites. |
| MS/MS | Acronym for mass spectrometry/mass spectrometry. MS/MS instruments combine multiple units of mass spectrometry filters into a single instrument. MS/MS is also called tandem mass spectrometry. |



**Pathology and Laboratory**

## DEFINITIONS AND ACRONYM CONVERSION LISTING (Continued)

| Drug Testing Term/Acronym | Definition |
|---|---|
| MS-TOF | Acronym for mass spectrometry time of flight. Time of flight is a mass spectrometry identification technique that utilizes ion velocity to determine the mass-to-charge ratio. |
| Multiplexed | Descriptor for a multiple component test device that simultaneously measures multiple analytes (drug classes) in a single analysis. |
| Neutral | Descriptor for classifying drug/drug metabolite molecules based upon chemical ionization properties. Laboratory procedures for drug isolation and identification may include acid, base, or neutral groupings. |
| ng/mL | Unit of measure for weight per volume calculated as nanograms per milliliter. The ng/mL unit of measure is equivalent to the ug/L unit of measure. |
| Optical observation | Optical observation refers to procedure results that are interpreted visually with or without instrumentation assistance. |
| Opiate | Medicinal category of narcotic alkaloid drugs that are natural products in the opium poppy plant *Papaver somniferum*. This immunoassay class of drugs typically includes detection of codeine, dihydrocodeine, hydrocodone, hydromorphone, and morphine. |
| Opioids | A category of medicinal synthetic or semi-synthetic narcotic alkaloid opioid receptor stimulating drugs including butorphanol, desomorphine, dextromethorphan, dextrorphan, levorphanol, meperidine, naloxone, naltrexone, normeperidine, and pentazocine. |
| Presumptive | Drug test results that indicate possible, but not definitive, presence of drugs and or drug metabolites |
| QTOF | Acronym for quadrapole-time of flight mass spectrometry. QTOF is a hybrid mass spectrometry identification technique that combines ion velocity with tandem quadrapole mass spectrometry (MS or MS/MS) to determine the mass-to-charge ratio. |
| RCS | A category of synthetic marijuana drugs that are analogs of JHW compounds. See JWH. |
| RIA | Acronym for radio-immuno-assay. Radioimmunoassay is a competitive antibody binding procedure that utilizes radioactive-labeled antigens (drugs) to compete for antigens (drugs) contained in the patient sample. The measure of radioactivity is inversely proportional to concentration of drug(s) detected. |
| Stereoisomers | Isomeric molecules that have the same molecular formula and sequence of bonded atoms (constitution), but that differ only in the three-dimensional orientations of their atoms in space |
| Substance | A substance is a drug that does not have an established therapeutic use as distinguished from other analytes listed in the Chemistry section (82000-84999). |
| TDM | Acronym for therapeutic drug monitoring |
| THC | Acronym for marijuana active drug ingredient tetrahydrocannabinol |
| Therapeutic Drug Monitoring | Analysis of blood (serum, plasma) drug concentration to monitor clinical response to therapy |
| Time of flight | Time of flight is a mass spectrometry technique that utilizes ion velocity to determine the mass-to-charge ratio |
| TLC | Acronym for thin layer chromatography |
| TOF | Acronym for time of flight |
| ug/L | Unit of measure for mass per volume calculated as micrograms per liter. The ug/L unit of measure is equivalent to the ng/mL unit of measure. |

*(continued from page 309)*

Definitive drug identification methods are able to identify individual drugs and distinguish between structural isomers, but not necessarily stereoisomers. Definitive methods include, but are not limited to, gas chromatography with mass spectrometry (any type, single or tandem) and liquid chromatography mass spectrometry (any type, single or tandem) and excludes immunoassays (eg, IA, EIA, ELISA, RIA, EMIT, FPIA), and enzymatic methods (eg, alcohol dehydrogenase).

For chromatography, each combination of stationary and mobile phase is to be counted as one procedure.◄

### ►Presumptive Drug Class Screening◄

►Drugs or classes of drugs may be commonly assayed first by a presumptive screening method followed by a definitive drug identification method. The list of drug

Pathology and Laboratory

classes and the methodology are considered when coding presumptive procedures. If a drug class is not listed in List A or List B and it is not performed by TLC, use 80304 unless the specific analyte is listed in the Chemistry Section (82009-84830).◄

### ►Drug Class List A◄

►The following list contains drugs or classes of drugs that are commonly assayed by presumptive procedures. The methodology is typically one in which the results are capable of being read by direct optical observation, including instrument-assisted when performed (eg, dipsticks, cups, cards, cartridges), or by instrumented test systems (eg, discrete multichannel chemistry analyzers utilizing immunoassay or enzyme assay). These procedures may also be followed by a definitive procedure.

- Alcohol (Ethanol)
- Amphetamines
- Barbiturates
- Benzodiazepines
- Buprenorphine
- Cocaine metabolite
- Heroin metabolite (6-monoacetylmorphine)
- Methadone
- Methadone metabolite (EDDP)
- Methamphetamine
- Methaqualone
- Methylenedioxymethamphetamine (MDMA)
- Opiates
- Oxycodone
- Phencyclidine
- Propoxyphene
- Tetrahydrocannabinol (THC) metabolites (marijuana)
- Tricyclic Antidepressants◄

### ►Drug Class List B◄

►The following list contains drugs or classes of drugs that may be assayed by presumptive procedures. The methodology typically requires more resources than the drugs listed in Drug Class List A. The procedure may include drug class specific preanalytical sample preparation. It may be a manual process such as ELISA.

- Acetaminophen
- Carisoprodol/Meprobamate
- Ethyl Glucuronide
- Fentanyl
- Ketamine

- Meperidine
- Methylphenidate
- Nicotine/Cotinine
- Salicylate
- Synthetic Cannabinoids
- Tapentadol
- Tramadol
- Zolpidem
- Not otherwise specified

Use code 80300 to report single or multiple drug class procedures, other than TLC, using direct optical observation (eg, dipsticks, drug test cups, cassettes, and cards that are interpreted visually, with or without instrument assistance) for Class List A drug classes. Report 80300 once, irrespective of the number of direct observation drug class procedures or results on any date of service.

Use code 80301 to report single drug classes included in Drug Class List A, performed by methods other than direct optical observation or TLC, using discrete multichannel chemistry analyzers utilizing immunoassay or enzyme assay (eg, EIA, KIMS, CEDIA immunoassays) once per date of service. Use 80301 once to report single or multiple procedures performed, irrespective of the number of procedures, classes, or results on any date of service.

Use code 80302 to report presumptive, single drug classes other than those in Drug Class List A (ie, Drug Class List B), other than direct optical observation or TLC, using immunoassays or chromatography without mass spectrometry, each drug class/procedure.

Use 80303 to report single or multiple drug procedures using thin layer chromatography (TLC), per day of service.

Use 80304 to report single or multiple drug screenings not specified elsewhere (eg, TOF, MALDI, LDTD, DESI, DART), per testing site, per date of service, each procedure.◄

#● 80300    Drug screen, any number of drug classes from Drug Class List A; any number of non-TLC devices or procedures, (eg, immunoassay) capable of being read by direct optical observation, including instrumented-assisted when performed (eg, dipsticks, cups, cards, cartridges), per date of service

►(Use 80303 for Drug Class List A analyte(s) performed by thin layer chromatography)◄

#● 80301    single drug class method, by instrumented test systems (eg, discrete multichannel chemistry analyzers utilizing immunoassay or enzyme assay), per date of service

**Pathology and Laboratory**

**#● 80302**    Drug screen, presumptive, single drug class from Drug Class List B, by immunoassay (eg, ELISA) or non-TLC chromatography without mass spectrometry (eg, GC, HPLC), each procedure

▶(Use 80303 for Drug Class List A and List B analyte(s) performed by thin layer chromatography)◀

**#● 80303**    Drug screen, any number of drug classes, presumptive, single or multiple drug class method; thin layer chromatography procedure(s) (TLC) (eg, acid, neutral, alkaloid plate), per date of service

**#● 80304**    not otherwise specified presumptive procedure (eg, TOF, MALDI, LDTD, DESI, DART), each procedure

▶**For example:**◀

■ To report five (5) presumptive drug classes performed using a direct optical observation device procedure (drug test cup or 5 separate dipsticks), report 80300 once per date of service.

■ To report three (3) presumptive drug classes (Drug Class List A) performed using an automated chemistry analyzer, report 80301 once per facility, per date of service

■ To report thirteen (13) presumptive drug classes (Drug Class List A) performed using an automated chemistry analyzer, report 80301 once per facility, per date of service.

■ To report two (2) presumptive drug classes (Drug Class List B) performed using a semi-automated analyzer, report 80302 X 2.

■ To report two (2) multiple drug TLC procedures (one acid/neutral analysis for 10 drugs; one base analysis for 45 drugs), report 80303 X 1, per date of service.

■ To report one (1) single drug procedure performed using TLC, report 80303 X 1, per date of service.

■ To report three (3) multiple drug class procedures (one acid/neutral drug analysis; one base drug analysis; one ultra-sensitive base drug analysis) performed using time of flight (TOF) mass spectrometry (chromatography insufficient to provide definitive drug identification), report 80304 X 3.◀

## ▶Definitive Drug Testing ◀

▶Definitive drug identification methods are able to identify individual drugs and distinguish between structural isomers but not necessarily stereoisomers. Definitive methods include, but are not limited to, gas chromatography with mass spectrometry (any type, single or tandem) and liquid chromatography mass spectrometry (any type, single or tandem) and exclude immunoassays (eg, IA, EIA, ELISA, RIA, EMIT, FPIA) and enzymatic methods (eg, alcohol dehydrogenase).

Use 80320-80377 to report definitive drug class procedures. Definitive testing may be qualitative, quantitative, or a combination of qualitative and quantitative for the same patient on the same date of service.

The **Definitive Drug Classes Listing** provides the drug classes, their associated CPT codes and the drugs included in each class. Each category of a drug class, including metabolite(s) if performed (except stereoisomers), is reported once per date of service. Metabolites not listed in the table may be reported using the code for the parent drug. Drug class metabolite(s) is not reported separately unless the metabolite(s) is listed as a separate category in **Definitive Drug Classes Listing** (eg, heroin metabolite).

Drug classes may contain one or more codes based on the number of analytes. For example, an analysis in which five or more amphetamines and/or amphetamine metabolites would be reported with 80326. The code is based on the number of reported analytes and not the capacity of the analysis.

Definitive drug procedures that are not specified in 80320-80373 should be reported using the unlisted definitive procedure codes 80375, 80376, 80377, unless the specific analyte is listed in the **Therapeutic Drug Assays** (80150-80203) or **Chemistry** (82009-84830) sections.

See the **Definitive Drug Classes Listing** on pages 315-317 for a listing of the more common analytes within each drug class.◀

| | |
|---|---|
| #● 80320 | Alcohols |
| #● 80321 | Alcohol biomarkers; 1 or 2 |
| #● 80322 | 3 or more |
| #● 80323 | Alkaloids, not otherwise specified |
| #● 80324 | Amphetamines; 1 or 2 |
| #● 80325 | 3 or 4 |
| #● 80326 | 5 or more |
| #● 80327 | Anabolic steroids; 1 or 2 |
| #● 80328 | 3 or more |
| #● 80329 | Analgesics, non-opioid; 1 or 2 |
| #● 80330 | 3-5 |
| #● 80331 | 6 or more |
| #● 80332 | Antidepressants, serotonergic class; 1 or 2 |
| #● 80333 | 3-5 |
| #● 80334 | 6 or more |
| #● 80335 | Antidepressants, tricyclic and other cyclicals; 1 or 2 |
| #● 80336 | 3-5 |
| #● 80337 | 6 or more |
| #● 80338 | Antidepressants, not otherwise specified |
| #● 80339 | Antiepileptics, not otherwise specified; 1-3 |
| #● 80340 | 4-6 |

| # ● 80341 | 7 or more |
| --- | --- |

▶(To report definitive drug testing for antihistamines, see 80375, 80376, 80377)◀

| # ● 80342 | Antipsychotics, not otherwise specified; 1-3 |
| --- | --- |
| # ● 80343 | 4-6 |
| # ● 80344 | 7 or more |
| # ● 80345 | Barbiturates |
| # ● 80346 | Benzodiazepines; 1-12 |
| # ● 80347 | 13 or more |
| # ● 80348 | Buprenorphine |
| # ● 80349 | Cannabinoids, natural |
| # ● 80350 | Cannabinoids, synthetic; 1-3 |
| # ● 80351 | 4-6 |
| # ● 80352 | 7 or more |
| # ● 80353 | Cocaine |
| # ● 80354 | Fentanyl |
| # ● 80355 | Gabapentin, non-blood |

▶(For therapeutic drug assay, use 80171)◀

| # ● 80356 | Heroin metabolite |
| --- | --- |
| # ● 80357 | Ketamine and norketamine |
| # ● 80358 | Methadone |
| # ● 80359 | Methylenedioxyamphetamines (MDA, MDEA, MDMA) |
| # ● 80360 | Methylphenidate |
| # ● 80361 | Opiates, 1 or more |
| # ● 80362 | Opioids and opiate analogs; 1 or 2 |
| # ● 80363 | 3 or 4 |
| # ● 80364 | 5 or more |
| # ● 80365 | Oxycodone |
| # 83992 | Phencyclidine (PCP) |

▶(Phenobarbital, use 80345)◀

| # ● 80366 | Pregabalin |
| --- | --- |
| # ● 80367 | Propoxyphene |
| # ● 80368 | Sedative hypnotics (non-benzodiazepines) |
| # ● 80369 | Skeletal muscle relaxants; 1 or 2 |
| # ● 80370 | 3 or more |
| # ● 80371 | Stimulants, synthetic |
| # ● 80372 | Tapentadol |
| # ● 80373 | Tramadol |
| # ● 80374 | Stereoisomer (enantiomer) analysis, single drug class |

▶(Use 80374 in conjunction with an index drug analysis, when performed)◀

| # ● 80375 | Drug(s) or substance(s), definitive, qualitative or quantitative, not otherwise specified; 1-3 |
| --- | --- |
| # ● 80376 | 4-6 |
| # ● 80377 | 7 or more |

▶(To report definitive drug testing for antihistamines, see 80375, 80376, 80377)◀

▶**For Example:**

To report amphetamine and methamphetamine using any number of definitive procedures, report 80324 once per facility per date of service.

To report codeine, hydrocodone, hydromorphone, morphine using any number of definitive procedures, report 80361 once per facility per date of service.

To report codeine, hydrocodone, hydromorphone, morphine, oxycodone, oxymorphone, naloxone, naltrexone performed using any number of definitive procedures report 80361 X 1, 80362 X 1, and 80365 X 1 per facility per date of service.

To report benzoylecgonine, cocaine, carboxy-THC, meperidine, normeperidine using any number of definitive procedures, report 80349 X 1, 80353 X 1, and 80362 X 1 per facility per date of service.◀

## ▶Definitive Drug Classes Listing◀

▶Drugs and metabolites included in each definitive drug class are listed in the Definitive Drug Classes Listing table. This is not a comprehensive list. FDA classification of drugs not listed should be used where possible within the defined drug classes. Any metabolites that are not listed should be categorized with the parent drug. Drugs and metabolites not listed may be reported using codes from the Therapeutic Drug Assay (80150-80299) or Chemistry (82009-84999) sections.◀

### DEFINITIVE DRUG CLASSES LISTING

| Codes | Classes | Drugs |
| --- | --- | --- |
| 80320 | Alcohol(s) | Acetone, ethanol, ethchlorvynol, ethylene glycol, isopropanol, isopropyl alcohol, methanol |
| 80321-80322 | Alcohol Biomarkers | Ethanol conjugates (ethyl glucuronide [ETG], ethyl sulfate [ETS], fatty acid ethyl esters, phosphatidylethanol) |
| 80323 | Alkaloids, not otherwise specified | 7-Hydroxymitragynine, atropine, cotinine, lysergic acid diethylamide (LSD), mescaline, mitragynine, nicotine, psilocin, psilocybin, scopolamine |

## DEFINITIVE DRUG CLASSES LISTING *(Continued)*

| Codes | Classes | Drugs |
|-------|---------|-------|
| 80324-80326 | Amphetamines | Amphetamine, ephedrinelisdexamphetamine, methamphetamine, phentermine, phenylpropanolamine, pseudoephedrine |
| 80327-80328 | Anabolic steroids | 1-Androstenediol, 1-androstenedione, 1-testosterone, 4-hydroxy-testosterone, 6-oxo, 19-norandrostenedione, androstenedione, androstanolone, bolandiol, bolasterone, boldenone, boldione, calusterone, clostebol, danazol, dehydrochlormethyltestosterone, dihydrotestosterone, drostanolone, epiandrosterone, epitestosterone, fluoxymesterone, furazabol, mestanolone, mesterolone, methandienone, methandriol, methenolone, methyldienolone, methyl-1-testosterone, methylnortestosterone, methyltestosterone, mibolerone, nandrolone, norbolethone, norclostebol, norethandrolone, norethindrone, oxabolone, oxandrolone, oxymesterone, oxymetholone, stanozolol, stenbolone, tibolone, trenbolone, zeranol |
| 80329-80331 | Analgesics, non-opioid | Acetaminophen, diclofenac ibuprofen, ketoprofen, naproxen, oxaprozin, salicylate |
| 80332-80334 | Antidepressants, serotonergic class | Citalopram, duloxetine, escitalopram, fluoxetine, fluvoxamine, paroxetine, sertraline |
| 80335-80337 | Antidepressants, Tricyclic and other cyclicals | Amitriptyline, amoxapine, clomipramine, demexiptiline, desipramine, doxepin, imipramine, maprotiline, mirtazpine, nortriptyline, protriptyline |
| 80338 | Antidepressants, not otherwise specified | Bupropion, desvenlafaxine, isocarboxazid, nefazodone, phenelzine, selegiline, tranylcypromine, trazodone, venlafaxine |
| 80339-80341 | Antiepileptics, not otherwise specified | Carbamazepine, clobazam, diamethadione, ethosuximide, ezogabine, lamotrigine, levetiracetam, methsuximide, oxcarbazepine, phenytoin, primidone, rufinamide, tiagabine, topiramate, trimethadione, valproic acid, zonisamide |
| 80342-80344 | Antipsychotics, not otherwise specified | Aripiprazole, chlorpromazine, clozapine, fluphenazine, haloperidol, loxapine, mesoridazine, molindone, olanzapine, paliperidone, perphenazine, phenothiazine, pimozide, prochlorperazine, quetiapine, risperidone, trifluoperazine, thiothixene, thoridazine, ziprasidone |
| 80345 | Barbiturates | Amobarbital, aprobarbital, butalbital, cyclobarbital, mephobarbital, pentobarbital, phenobarbital, secobarbital, talbutal, thiopental |
| 80346, 80347 | Benzodiazepines | Alprazolam, chlordiazepoxide, clonazepam, clorazepate, diazepam, estazolam, flunitrazepam, flurazepam, halazepamlorazepammidazolam, nitrazepam, nordazepam, oxazepam, prazepam, quazepam, temazepam |
| 80348 | Buprenorphine | Buprenorphine |
| 80349 | Cannabinoids, natural | Marijuana, dronabinol carboxy-THC |
| 80350-80352 | Cannabinoids, synthetic | CP-47,497, CP497 C8-homolog, JWH-018 and AM678, JWH-073, JWH-019, JWH-200, JWH-210, JWH-250, JWH-081, JWH-122, HWH-398, AM-2201, AM-694, SR-19 and RCS-4, SR-18 and RCS-8, JWH-203, UR-144, XLR-11, MAM-2201, AKB-48 |
| 80353 | Cocaine | Benzoylecgonine, cocaethylene, cocaine, ecgonine methyl ester, norcocaine |
| 80354 | Fentanyls | Acetylfentanyl, alfentanil, fentanyl, remifentanil, sufentanil |
| 80355 | Gabapentin, non-blood | Gabapentin |
| 80356 | Heroin metabolite | 6-acetylmorphine, acetylcodeine, diacetylmorphine |
| 80368 | Hypnotics, sedative (non-benzodiazepines) | See Sedative Hypnotics |
| 80357 | Ketamine and Norketamine | Ketamine, norketamine |
| 80358 | Methadone | Methadone and EDDP |
| 80359 | Methylenedioxyamphetamines | MDA, MDEA, MDMA |

Pathology and Laboratory

## DEFINITIVE DRUG CLASSES LISTING *(Continued)*

| Codes | Classes | Drugs |
|---|---|---|
| 80360 | Methylphenidate | Methylphenidate, ritalinic acid |
| 80357 | Norketamine | See Ketamine |
| 80368 | Non-Benzodiazepines | See Hypnotics, sedative |
| 80361 | Opiates | Codeine, dihydrocodeine, hydrocodone, hydromorphone, morphine |
| 80362-80364 | Opioids and opiate analogs | Butorphanol, desomorphine, dextromethorphan, dextrorphan, levorphanol, meperidine, naloxone, naltrexone, normeperidine, pentazocine |
| 80365 | Oxycodone | Oxycodone, oxymorphone |
| 83992 | Phencyclidine | Phencyclidine |
| 80366 | Pregabalin | Pregabalin |
| 80367 | Propoxyphene | Norpropoxyphene, propoxyphene |
| 80368 | Sedative Hypnotics (non-benzodiazepines) | Eszopiclone, zaleplon, zolpidem |
| 80369, 80370 | Skeletal muscle relaxants | Baclofen, carisoprodol, cyclobenzaprine, meprobamate, metaxalone, methocarbamol, orphenadrine, tizanidide |
| 80371 | Stimulants, synthetic | 2C-B, 2C-E, 2C-I, 2C-H, 3TFMPP, 4-methylethcathinone, alpha-PVP, benzylpiperazine, bromodragonfly, cathinone, m-CPP, MDPBP, MDPPP, MDPV, mephedrone, methcathinone, methylone, phenethylamines, salvinorin, tryptamines |
| 80372 | Tapentadol | Tapentadol |
| 80373 | Tramadol | Tramadol |

# Therapeutic Drug Assays

▶Therapeutic Drug Assays are performed to monitor clinical response to a known, prescribed medication.

The material for examination is whole blood, serum, plasma, or cerebrospinal fluid. Examination is quantitative. Coding is by parent drug; measured metabolites of the drug are included in the code, if performed.◀

| 80150 | Amikacin |
|---|---|

▶(80152 has been deleted. To report definitive drug testing for amitryptyline, see 80335, 80336, 80337)◀

▶(80154 has been deleted. To report definitive drug testing for benzodiazepines, see 80346, 80347)◀

| 80155 | Caffeine |
|---|---|
| 80156 | Carbamazepine; total |
| 80157 |     free |
| 80158 | Cyclosporine |
| 80159 | Clozapine |

▶(80160 has been deleted. To report definitive drug testing for desipramine, see 80335, 80336, 80337)◀

| ▲80162 | Digoxin; total |
|---|---|
| ●80163 |     free |

| 80164 | Code is out of numerical sequence. See 80150-80299 |
|---|---|
| 80165 | Code is out of numerical sequence. See 80150-80299 |

▶(80166 has been deleted. To report definitive drug testing for doxepin, see 80335, 80336, 80337)◀

| 80168 | Ethosuximide |
|---|---|
| 80169 | Everolimus |
| #▲ 80171 | Gabapentin, whole blood, serum, or plasma |
| 80170 | Gentamicin |
| 80171 | Code is out of numerical sequence. See 80150-80299 |

▶(80172 has been deleted. To report definitive drug testing for gold, use 80375)◀

| 80173 | Haloperidol |
|---|---|

▶(80174 has been deleted. To report testing for imipramine, see 80335, 80336, 80337)◀

| 80175 | Lamotrigine |
|---|---|
| 80176 | Lidocaine |
| 80177 | Levetiracetam |
| 80178 | Lithium |
| 80180 | Mycophenolate (mycophenolic acid) |

▶(80182 has been deleted. To report definitive drug testing for nortriptyline, see 80335, 80336, 80337)◀



Pathology and Laboratory

---

▲=Revised code    ●=New code    ▶◀=Contains new or revised text    ⊘=Modifier 51 exempt

| | | | |
|---|---|---|---|
| 80183 | Oxcarbazepine | 80336 | Code is out of numerical sequence. See 80076-80150 |
| 80184 | Phenobarbital | 80337 | Code is out of numerical sequence. See 80076-80150 |
| 80185 | Phenytoin; total | 80338 | Code is out of numerical sequence. See 80076-80150 |
| 80186 | free | 80339 | Code is out of numerical sequence. See 80076-80150 |
| 80188 | Primidone | 80340 | Code is out of numerical sequence. See 80076-80150 |
| 80190 | Procainamide; | 80341 | Code is out of numerical sequence. See 80076-80150 |
| 80192 | with metabolites (eg, n-acetyl procainamide) | 80342 | Code is out of numerical sequence. See 80076-80150 |
| 80194 | Quinidine | 80343 | Code is out of numerical sequence. See 80076-80150 |
| 80195 | Sirolimus | 80344 | Code is out of numerical sequence. See 80076-80150 |
| | ▶(80196 has been deleted. To report definitive drug testing for salicylate, see 80329, 80330, 80331)◀ | 80345 | Code is out of numerical sequence. See 80076-80150 |
| | | 80346 | Code is out of numerical sequence. See 80076-80150 |
| 80197 | Tacrolimus | 80347 | Code is out of numerical sequence. See 80076-80150 |
| 80198 | Theophylline | 80348 | Code is out of numerical sequence. See 80076-80150 |
| 80199 | Tiagabine | 80349 | Code is out of numerical sequence. See 80076-80150 |
| 80200 | Tobramycin | 80350 | Code is out of numerical sequence. See 80076-80150 |
| 80201 | Topiramate | 80351 | Code is out of numerical sequence. See 80076-80150 |
| #▲ 80164 | Valproic acid (dipropylacetic acid); total | 80352 | Code is out of numerical sequence. See 80076-80150 |
| #● 80165 | free | 80353 | Code is out of numerical sequence. See 80076-80150 |
| 80202 | Vancomycin | 80354 | Code is out of numerical sequence. See 80076-80150 |
| 80203 | Zonisamide | 80355 | Code is out of numerical sequence. See 80076-80150 |
| ▲ 80299 | Quantitation of therapeutic drug, not elsewhere specified | 80356 | Code is out of numerical sequence. See 80076-80150 |
| 80300 | Code is out of numerical sequence. See 80076-80150 | 80357 | Code is out of numerical sequence. See 80076-80150 |
| 80301 | Code is out of numerical sequence. See 80076-80150 | 80358 | Code is out of numerical sequence. See 80076-80150 |
| 80302 | Code is out of numerical sequence. See 80076-80150 | 80359 | Code is out of numerical sequence. See 80076-80150 |
| 80303 | Code is out of numerical sequence. See 80076-80150 | 80360 | Code is out of numerical sequence. See 80076-80150 |
| 80304 | Code is out of numerical sequence. See 80076-80150 | 80361 | Code is out of numerical sequence. See 80076-80150 |
| 80320 | Code is out of numerical sequence. See 80076-80150 | 80362 | Code is out of numerical sequence. See 80076-80150 |
| 80321 | Code is out of numerical sequence. See 80076-80150 | 80363 | Code is out of numerical sequence. See 80076-80150 |
| 80322 | Code is out of numerical sequence. See 80076-80150 | 80364 | Code is out of numerical sequence. See 80076-80150 |
| 80323 | Code is out of numerical sequence. See 80076-80150 | 80365 | Code is out of numerical sequence. See 80076-80150 |
| 80324 | Code is out of numerical sequence. See 80076-80150 | 80366 | Code is out of numerical sequence. See 80076-80150 |
| 80325 | Code is out of numerical sequence. See 80076-80150 | 80367 | Code is out of numerical sequence. See 80076-80150 |
| 80326 | Code is out of numerical sequence. See 80076-80150 | 80368 | Code is out of numerical sequence. See 80076-80150 |
| 80327 | Code is out of numerical sequence. See 80076-80150 | 80369 | Code is out of numerical sequence. See 80076-80150 |
| 80328 | Code is out of numerical sequence. See 80076-80150 | 80370 | Code is out of numerical sequence. See 80076-80150 |
| 80329 | Code is out of numerical sequence. See 80076-80150 | 80371 | Code is out of numerical sequence. See 80076-80150 |
| 80330 | Code is out of numerical sequence. See 80076-80150 | 80372 | Code is out of numerical sequence. See 80076-80150 |
| 80331 | Code is out of numerical sequence. See 80076-80150 | 80373 | Code is out of numerical sequence. See 80076-80150 |
| 80332 | Code is out of numerical sequence. See 80076-80150 | 80374 | Code is out of numerical sequence. See 80076-80150 |
| 80333 | Code is out of numerical sequence. See 80076-80150 | 80375 | Code is out of numerical sequence. See 80076-80150 |
| 80334 | Code is out of numerical sequence. See 80076-80150 | 80376 | Code is out of numerical sequence. See 80076-80150 |
| 80335 | Code is out of numerical sequence. See 80076-80150 | 80377 | Code is out of numerical sequence. See 80076-80150 |

**Pathology and Laboratory**