# EXHIBIT 6

# Cigna Reimbursement Policy 

| | |
|---|---|
| **Subject** **Omnibus Reimbursement Policy** | Last Review Date .................... 11/05/2014<br>Reimbursement Policy Number ...... R 24 |

**Table of Contents**
Reimbursement Policy ......................................... 1
Policy History/Updates ......................................... 5

**Related Policies:**
Code Edit Policy and Guidelines
HCPCS Healthcare Common Procedure Coding System (HCPCS) National Level II Modifiers

***INSTRUCTIONS FOR USE***
*Reimbursement policies are intended to supplement certain standard Cigna benefit plans. Please note, the terms of an individual's particular benefit plan document [Group Service Agreement (GSA), Evidence of Coverage, Certificate of Coverage, Summary Plan Description (SPD) or similar plan document] may differ significantly from the standard benefit plans upon which a reimbursement policy is based. For example, an individual's benefit plan document may contain specific language which contradicts the guidance outlined in a reimbursement policy. In the event of a conflict, an individual's benefit plan document **always supersedes** the information in a reimbursement policy. Proprietary information of Cigna. Copyright ©2015 Cigna*

## Reimbursement Policy

Some reimbursement or modifier policy statements require only a couple of sentences to describe – an in-depth individual policy is not required. This document houses a collection of reimbursement or modifier statements that do not require their own policy.

For reimbursement policies that do have individual documents, please log in to the Cigna for Health Care Professionals website at (CignaforHCP.com > Useful Links > Policies and Procedures > Modifiers and Reimbursement Policies> select either Modifier or Reimbursement).

| Reimbursement Policy | Policy Detail | Applicable Claim Form |
|---|---|---|
| **After-Hours Care** | We support physicians' efforts to treat patients in the office setting (Place of Service 11) rather than refer them to emergent or urgent care.<br><br>Accordingly, separate reimbursement is allowed for after-hours CPT® codes 99050 when billed with one of the E/M codes from the following list and the E/M code is eligible for payment: 99201-99205, 99212-99215, 99241-99245, and 99354-99355.<br><br>In addition, separate reimbursement is allowed for after-hours code 99058 when billed with one of the E/M codes from the following list and the E/M code is eligible for payment: 99201-99205 and 99212-99215.<br><br>After-hours services represented by CPT® codes 99051–99056 and 99060 do not support physicians treating patients in the office. Separate reimbursement for these services is not allowed. A modifier will not override the edit. | CMS 1500 |

EXHIBIT
Thelian 9  6/22/23  TT

CONFIDENTIAL

LABS00642392

| | | |
|---|---|---|
| Chemotherapy | For a few specified code combinations, supporting documentation must be submitted with the initial claim in addition to appending Modifier 25 to the E/M, or the edit will remain and the office visit disallowed. For more details, please see the Reimbursement Policy on the secure Cigna for Health Care Professionals website at (CignaforHCP.com > Useful Links > Policies and Procedures > Modifiers and Reimbursement Policies > Modifier Policies > Modifier 25 Documentation Requirement List). | CMS 1500 |
| Colonoscopy | Colonoscopies performed proximal to the splenic flexure (CPT® codes 45380, 45383, 45384, and 45385) are considered part of the same family of endoscopic procedures. The biopsy of one or more lesions, as described in CPT® code 45380, is considered integral to the more clinically intense multiple lesion removal and will not be separately reimbursed.<br><br>**Modifier 59 exception scenario**: In the event that a biopsy of a lesion (CPT® code 45380) is performed on a separate and distinct lesion from the lesion removal, you should append Modifier 59 to CPT® code 45380.<br><br>In the event that a separate and distinct lesion(s) is removed via different surgical techniques, such as with a snare or hot biopsy forceps, you should append Modifier 59 to CPT® codes 45384 or 45385 as appropriate. | CMS 1500 and UB 04 |
| Computer-assisted Stereotactic Navigational Procedures for Cranial and Spinal Procedures | We follow CPT®/CPT® Assistant direction for coding edits associated with CPT® Codes 61781, 61782, and 61783. The CPT® direction is as follows:<br>• Do not report 61781 in conjunction with codes 61720-61791, 61796-61799, 61863-61868, 62201, 77371-77373, or 77432.<br>• Do not report 61781 and 61782 by the same health care professional during the same surgical session.<br>• Do not report 61783 in conjunction with 63620 or 63621.<br>• Do not report 61781-61783 in conjunction with 20660.<br>• Do not report 61796-61799 in conjunction with 61781-61783.<br><br>For any code pair not listed above, we follow NCCI PTP edits. | CMS 1500 |
| Computer-assisted Surgical Navigational Procedures for Musculoskeletal Procedures | Separate reimbursement is not provided for Computer-Assisted Surgical Navigational Procedure for Musculoskeletal Procedures (CPT® codes 20985, 0054T, and 0055T) as it is considered incidental to the primary overall service. | CMS 1500 |
| Developmental Screening | Separate reimbursement is allowed for developmental screening (CPT® code 96110) when submitted with problem-based (CPT® codes 99201-99215) and preventive E/M office visits (CPT® codes 99381-99397). | CMS 1500 |
| Electrical Stimulation Electrodes | The supply of electrodes is considered incidental to electrical stimulation. Separate reimbursement for incidental supplies is not allowed. | CMS 1500 |
| Electro-cardiograms | Electrocardiograms (ECG) (e.g., CPT® codes 93000, 93005, and 93010) will not be separately reimbursed when submitted with a cardiac stress test (CPT® code 93015), a cardiac test that includes an ECG as part of the test, or with initial hospital care. A three-lead ECG is considered incidental to a 12-lead ECG. Separate reimbursement for ECGs that are considered incidental is not allowed. An ECG is considered mutually exclusive to physician services for cardiac rehabilitation (CPT® code 93797). Separate reimbursement for ECGs that are considered mutually exclusive is not allowed.<br><br>Separate reimbursement for the interpretation of an ECG report (CPT® code 93010) will be allowed once for the report officially attached to the EKG. Separate reimbursement is not allowed for 93010 when submitted with the following services: emergency room E/M (CPT® codes 99281-99285); or critical care E/M (CPT® codes 99291-99292). Interpretation of | CMS 1500 |

| | | |
|---|---|---|
| | the ECG report by the attending physician is considered part of the E/M visit. | |
| **Fetal Non-stress Test 59025** | We reimburse for more than one fetal non-stress test performed on the same date of service when the test is being performed on more than one fetus in a multiple gestation situation. The diagnosis on the claim must reflect the multiple gestation. See the list of eligible diagnoses below:<br><br>| 651.00 | 651.03 | 651.10 | 651.13 | 651.20 | 651.23 |<br>|---|---|---|---|---|---|<br>| 651.30 | 651.33 | 651.40 | 651.43 | 651.50 | 651.53 |<br>| 651.60 | 651.63 | 651.80 | 651.83 | 651.90 | 651.93 | | CMS 1500 |
| **Hearing Screening Codes 92558 and 92586 - Facility Place of Service** | Hearing screening CPT® codes 92558 and 92586, when performed in a facility place of service, are included in the facility's reimbursement. CPT® codes 92558 (evoked otoacoustic emissions, screening [qualitative measurement of distortion product or transient evoked otoacoustic emissions] and automated analysis) and 92586 (auditory evoked potentials for evoked response audiometry and/or testing of the central nervous system; limited) will be denied when reported by a health care professional in a facility place of service. For more details, see Reimbursement Policy R12 Facility Routine Services, Supplies and Equipment on the secure Cigna for Health Care Professionals website (CignaforHCP.com > Useful Links > Policies and Procedures > Modifiers and Reimbursement Policies >Reimbursement Policies). | CMS1500 |
| **Immunization Administration Codes 90460 and 90461** | A frequency edit applies to charges submitted for CPT® code 90460 exceeding nine units and 90461 exceeding seven units per date of service. | CMS 1500 |
| **Intraoperative Neurophysiology Monitoring**<br><br>**Codes 95940, 95941, and G0453** | We follow CPT® direction for coding edits associated with intraoperative monitoring services. CPT® guidance is as follows: "When the service is performed by the surgeon or anesthesiologist, the professional services are included in the surgeon's or anesthesiologist's primary service code(s) for the procedure and are not reported separately." Codes 95940, 95941, and G0453 will be denied as incidental when billed in addition to a code from either the code range of 00100–01999 or the range of 10021–69990. | CMS 1500 |
| **Knee Arthroscopy Procedures** | We apply NCCI PTP coding edits to knee arthroscopy procedures. CPT® codes 29874 and 29877 should not be reported with other knee arthroscopy codes (CPT® codes 29866-29889) and a modifier will not override the NCCI edit. HCPCS code G0289 must be used to report arthroscopies performed in the secondary or tertiary compartments of the same knee at the same time as the primary knee arthroscopy procedure.<br><br>G0289 is denied as incidental to codes 29880 and 29881. Modifier 59 will override the edit. Documentation supporting the use of Modifier 59 must be provided to us upon request. | CMS 1500 |
| **Laboratory Tests** | When all tests described as included in laboratory panel are performed on a single patient, the laboratory panel code should be reported. If reported separately, the individual laboratory codes will be re-bundled into the | CMS 1500 |

CONFIDENTIAL

LABS00642394

| | | |
|---|---|---|
| | appropriate panel code for reimbursement. Individual laboratory codes that constitute a panel are considered mutually exclusive to the laboratory panel code. | |
| **Modifier SL (state supplied vaccine)** | We do not reimburse state supplied vaccines. If the vaccine was supplied by the state at no cost to the health care professional, please append Modifier SL to the CPT® vaccine code and bill $0.01. Please report the vaccine administration service code (90460-90474) separately. Please do not append modifier SL to the vaccine administration code. | CMS 1500 |
| **Modifier SU** | Modifier SU is used to denote the use of a facility and equipment associated with a procedure performed in a physician's office. Cigna considers any facility and equipment costs in an office setting to be practice-related expenses that are not separately reimbursable. Therefore, codes submitted with Modifier SU will be denied. For more details see Reimbursement Policy MHCPCS Healthcare Common Procedure Coding System (HCPCS) National Level II Modifiers on the secure Cigna for Health Care Professionals website at (CignaforHCP.com > Useful Links > Policies and Procedures > Modifiers and Reimbursement Policies). | CMS 1500 |
| **Operating Microscope** | We follow the CMS Medicare Claims Processing Manual, which limits reporting the use of an operating microscope, CPT® code 69990, to CPT® codes 61304-61546, 61550-61711, 62010-62100, 63081-63308, 63704-63710, 64831, 64834-64836, 64840-64858, 64861-64870, 64885-64898, and 64905-64907. An edit will disallow the operating microscope if CPT® code 69990 is reported with other codes. Modifiers will not override these edits.<br><br>**Please note:** CPT® guidelines for reporting CPT® code 69990 differ from CMS guidelines. | CMS 1500 |
| **Pulse Oximetry** | CPT® codes 94760-94762 are considered incidental to the overall service provided and separate reimbursement is not allowed. A modifier will not override the edit. | CMS 1500 |
| **Qualitative Drug Screens** | We are aligned with CMS in requiring the use of either G0431 or G0434 for the billing of qualitative drug screens. Both codes G0431 and G0434 will be eligible for one (1) unit of reimbursement per date of service.<br><br>Codes 80100, 80101, and 80104 will no longer be eligible for reimbursement; charges associated with these codes will be denied. (Codes 80100, 80101, and 80104 will be deleted effective January 1, 2015. The new replacement codes 80300–80304 will also be considered non- eligible for reimbursement). | CMS 1500 |
| **Radiology** | When single view and double view chest X-rays are billed together (CPT® codes 71010 and 71020), only the double view X-ray is allowed. When a single view X-ray code is billed with a multiple view X-ray code, only the multiple view X-ray code is allowed (e.g., submitting CPT® code 72020 with 72040, 72070, or 72100). Only one professional and one technical component are allowable per X-ray. | CMS 1500 |
| **Respiratory Treatment** | Demonstration or evaluation of patient use of an aerosol generator, nebulizer, metered dose inhaler, or IPPB device (CPT® code 94664) is considered mutually exclusive to an office visit. | CMS 1500 |
| **Robotic Surgical Systems** | Additional reimbursement is not provided for the robotic surgical technique (HCPCS code S2900). Reimbursement is based on the treatment provided rather than the technology involved in the procedure. | CMS 1500 and UB04 |
| **Screening Papanicolaou Smear Q0091** | A Screening Pap Smear (HCPCS code Q0091) and/or the Cervical or Vaginal Cancer Screening (G0101) is considered part of a preventive or problem based office visit and is not separately reimbursable. The screening services of Q0091 and/or G0101 are considered for separate | CMS 1500 |

CONFIDENTIAL                                                                                                     LABS00642395

| | | |
|---|---|---|
| **Cervical or Vaginal Cancer Screening; Pelvic and Clinical Breast Examination G0101** | reimbursement when reported in addition to a significant and separately identifiable E/M service. Modifier 25 must be appended to the E/M service for the screening services to be separately reimbursed. Documentation supporting the unrelated E/M service meeting the Modifier 25 requirements must be maintained and made available to us upon request.<br><br>**Exception:** Q0091 and G0101 are components of a Preventive Medicine E/M Service and will not be separately reimbursed. Modifier 25 appended to the Preventive Medicine E/M CPT® Codes will not override the edit (Preventive Medicine E/M CPT® codes 99381-99397). | |
| **Specimen Handling/Conveyance** | Charges for the handling or conveyance of a specimen or device (CPT® 99000, 99001, and 99002) are not separately reimbursable. A modifier will not override this edit. | CMS 1500 |
| **Supplies** | Supplies (CPT® code 99070 and HCPCS code A4649) are considered incidental to the overall primary service and are not separately reimbursable. A modifier will not override the edit. | CMS 1500 |
| **Surgical Trays** | Separate reimbursement is allowed for surgical trays (A4550) when submitted with the following CPT® service codes: 28297 28299; 32000; 37609; 38500; 43200; 43220; 43226; 43234-43235; 43239; 43247; 43250-43251; 43458; 45378-43580; 45382-45385; 49080-49081; 51720; 52000; 52007; 52010; 52204-52260; 52270-52281; 52283; 52290-52310; 53020; 54057-54060; 54100; 54700; 55250; 57520; 58120; 62270; 96440; 96445; 96450.<br><br>**Please note:** Separate reimbursement for a surgical tray (A4550) is allowed on claims where only A4550 and the surgical CPT® code that qualifies for a surgical tray (see list above) are billed. Adding additional codes to the claim may alter the payment of the surgical tray. | CMS 1500 |
| **Unlisted Special Services** | An unlisted special service, procedure, or report (CPT® code 99199) is considered incidental to all other services and will not be separately reimbursed. | CMS 1500 |
| **Urgent Care Services S9088** | Additional reimbursement is not allowed for HCPCS code S9088 - Services provided in an urgent care center (list in addition to code for service). This code is considered incidental to the primary service(s) performed. | CMS 1500 |
| **Vital Capacity** | Vital capacity (CPT® code 94150) is considered incidental to the overall service provided, whether an office visit or a procedure, and will not be separately reimbursed. | CMS 1500 |

## Policy History/Updates

| Date | Change/Update |
|---|---|
| February 16, 2015 | Revised Policy Format Effective date. See details below. |
| November 2014 | Notification of the creation of Omnibus Reimbursement Policy. Removed reimbursement policy statements from the Code Edit Policy and Guidelines, which are now included in the Omnibus Reimbursement Policy. Removed any policy statement for which the topic has its own independent reimbursement policy. Notification of revision of the existing Qualitative Drug Screen Testing (QDST) policy to identify that the new 2015 QDST replacement CPT® codes are also not eligible for reimbursement. Added third column that identifies what claim form type the policy statement will align. |

"Cigna" and the "Tree of Life" logo are registered service marks of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries, including Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company, and not by Cigna Corporation.

CONFIDENTIAL

LABS00642396