# EXHIBIT 7

```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF CONNECTICUT
 3
 4   CONNECTICUT GENERAL LIFE        )
 5   INSURANCE COMPANY and           ) Case No.
 6   CIGNA HEALTH AND LIFE           ) 3:19-CV-01324-JCH
 7   INSURANCE COMPANY,              )
 8   VS.                             )
 9   BIOHEALTH LABORATORIES, INC.,   )
10   PB LABORATORIES, LLC, and       )
11   EPIC REFERENCE LABS, INC.,      )
12
13
14
15
16       REMOTE VIDEOTAPED DEPOSITION OF MICHAEL GOLDFARB
17                    February 16, 2023
18                       9:04 a.m.
```

Case 3:19-cv-01324-JCH   Document 225-8   Filed 07/20/23   Page 3 of 9

Connecticut General Life Insurance, et al. v. Biohealth Laboratories, et al.
Michael Goldfarb
Job Date:2/16/2023

```
 1                       APPEARANCES
 2
 3   SCOTT M. HARE, ESQUIRE
 4   Whiteford Taylor Preston, LLP
 5   11 Stanwix Street
 6   Pittsburgh, PA 15222
 7   (412) 275-2399
 8   share@wtplaw.com
 9         Counsel for Defendants
10
11   EDWARD T. KANG, ESQUIRE
12   Alston & Bird
13   950 F Street, NW
14   Washington, D.C. 20004-1404
15   (202) 239-3728
16   edward.kang@alston.com
17         Counsel for Plaintiffs
18
19   Also Present:
20   Rocco Mercurio, Videographer
21   Anthony Gestrich, Esquire
22   Kelsey Kingsbery, Esquire
23   Matthew Christ, Esquire
24   Emily Costin
25
```

Case 3:19-cv-01324-JCH Document 225-8 Filed 07/20/23 Page 4 of 9
Connecticut General Life Insurance et al. Bioealth Laboratories, et al.
Michael Goldfarb
Job Date:2/16/2023

```
 1  they do so at their risk.
 2  BY MR. HARE:
 3      Q.  In your experience, is it routine that
 4  out-of-network providers will request copies of summary
 5  plan descriptions from Cigna?
 6              MR. KANG:  Objection to form.
 7              THE WITNESS:  Some do.
 8  BY MR. HARE:
 9      Q.  Is it routine that providers will request copies
10  of summary plan descriptions from Cigna?
11              MR. KANG:  Objection to form.
12              THE WITNESS:  I don't -- I -- you know, I
13  don't know necessarily what you mean by "routine."  I
14  would say it is not done on a claim-by-claim basis.
15              But again, because of, you know, the
16  longstanding existence of fee-forgiving exclusions in
17  plans, a provider who is unaware of that, I would be very
18  surprised if -- if providers were unaware that those types
19  of exclusions would be in the plan.  The exact language of
20  them might vary from plan to plan, but you would have to
21  be incredibly inexperienced to not know, if you work in
22  the healthcare business, of such an exclusion.
23  BY MR. HARE:
24      Q.  We'll get to fee forgiveness in greater detail in
25  due course, but would you agree that various plans issued
```

Case 3:19-cv-01324-JCH Document 225-8 Filed 07/20/23 Page 5 of 9
Connecticut General Life Insurance Co., et al. v. BioHealth Laboratories, et al.
Michael Goldfarb　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Job Date: 2/16/2023

1　by Cigna might contain differing language or differing
2　terms with regard to fee forgiveness?
3　　A.　I would say that the exact wording might vary a
4　little bit from plan to plan, but the meaning and how
5　those exclusions are applied does not vary.
6　　Q.　Again, we'll follow up on this, but where the --
7　are you saying that notwithstanding any differences in the
8　particular language, it's Cigna's position that the policy
9　with respect to fee forgiveness is identical as to all
10　plans it issues?
11　　　　　　MR. KANG:　Objection to form.
12　　　　　　THE WITNESS:　Can you repeat that?
13　BY MR. HARE:
14　　Q.　Yeah.　My question was, are you testifying that
15　despite any differences in fee forgiveness language
16　appearing in various plans issued by Cigna, Cigna's policy
17　with respect to fee forgiveness is the same in all plans?
18　　A.　Yes, because essentially the variation in
19　language, it means the same thing.　For example, as I sit
20　here today, may I please have a sip of this water?　Right?
21　Or I could say, Can I have a sip of this water, please?
22　Right?
23　　　　We can change, you know, varying words, but we all
24　know what I mean when I say that, because it means the
25　same thing.

Case 3:19-cv-01324-JCH Document 225-8 Filed 07/20/23 Page 6 of 9
Connecticut General Life Insurance, et al. v. BioHealth Laboratories, et al.
Michael Goldfarb                                                    Job Date:2/16/2023

1  medical necessity issues. As you saw, Dr. Nicoll was
2  doing medical record reviews and offered opinions on those
3  topics.
4      Q.  I want to come back to a phrase you used earlier,
5  which is -- and I always get the word order incorrect.
6  Services not rendered as billed.
7          Can you explain to me what that phrase means and
8  what it encompasses?
9      A.  Yeah. It has a quite broad meaning and can -- it
10 can encompass a lot of different scenarios; reason being
11 there's only so many denial codes that we have available
12 to us. But I think it is also apt in many ways to the
13 situation in which it is applied to.
14         One situation could be provider bills a particular
15 code and did not perform that service. That is a very
16 obvious, you know, meaning of services not rendered as
17 billed. It could be that a provider has billed a
18 particular code, and the service that they performed is
19 not the exact code that they billed, and so the code they
20 billed is kind of misrepresenting the service, in which
21 case that would be -- we would use the services not
22 rendered as billed.
23         We would also use services not rendered as billed
24 in a situation like this where we feel there is sort of
25 abusive, sort of -- how do I put it. The lack of medical

Case 3:19-cv-01324-JCH Document 225-8 Filed 07/20/23 Page 7 of 9
Connecticut General Life Insurance, et al. v. BioHealth Laboratories, et al.
Michael Goldfarb
Job Date:2/16/2023

1  necessity is not on a claim-by-claim basis, but it is so
2  pervasive that it becomes a business practice of the
3  provider, such that we no longer trust the provider's
4  billing submissions with respect to a particular code.
5  And therefore, it warrants placing the services not
6  rendered as billed flag on the provider.
7      Q.  So let me flush that out a bit more and try to
8  understand the use of this broad term which encompasses
9  many different circumstances.
10         Let's say there is an instance where a billing
11 provider is submitting claims for services that simply
12 were not rendered.  Maybe there was never a patient
13 encounter and it's -- and it's an outright fraud.  It's --
14 that would be -- that would fall within services not
15 rendered as billed.
16         Correct?
17     A.  Yes.
18     Q.  And let's say there's a circumstance where a
19 provider actually renders a service, submits a claim, but
20 for whatever reason, recites an incorrect code for that
21 service.  That likewise falls within this broad category
22 services not rendered as billed?
23     A.  Correct.
24         I'll give you another example.  I just thought of
25 one.  So, you know, a lot of things can go on a claim

Case 3:19-cv-01324-JCH   Document 225-8   Filed 07/20/23   Page 8 of 9
Connecticut General Life Insurance, BioHealth Laboratories, et al.
Michael Goldfarb                                          Job Date:2/16/2023

```
 1   form.  Not just CPT codes.  One of the fields would be a
 2   provider checking a box that they have an assignment of
 3   benefits from the member, and then it turns out that they
 4   don't.  And as we discover that there's a pervasive
 5   practice of doing that, that they don't actually have
 6   assignments of benefits, it could be services not rendered
 7   as billed because of course on the billing submission
 8   there is a misrepresentation there.
 9           Any misrepresentation on the claim form of
10   anything that they put on there would be deserving of
11   services not rendered as billed denial.
12      Q.  Okay.  In light of these different circumstances
13   that fall within the broad term services not rendered as
14   billed, that term doesn't necessarily indicate affirmative
15   fraudulent wrongdoing.  Fair to say?
16               MR. KANG:  Objection to form.
17               THE WITNESS:  Does the term services not
18   rendered as billed mean fraud?  Is that your question?
19   BY MR. HARE:
20      Q.  Let's -- let's go with that question.
21      A.  Well, you know, fraud is a legal conclusion.  So
22   no, services not rendered as billed, those words are not
23   the same word as fraud.
24      Q.  Okay.  We talked before about unbundled or
25   duplicative billing codes.
```

Case 3:19-cv-01324-JCH   Document 225-8   Filed 07/20/23   Page 9 of 9

Connecticut General Life Insurance Co. vs Biohealth Laboratories, et al.
Michael Goldfarb                                                                                    Job Date:2/16/2023

```
 1   STATE OF CONNECTICUT
 2   HARTFORD, SS.
 3
 4           I, Esmeralda Guzman, a Certified Shorthand
 5   Reporter and Notary Public in and for the State of
 6   Connecticut, do hereby certify that the foregoing
 7   transcript of the REMOTE VIDEOTAPED DEPOSITION OF
 8   MICHAEL GOLDFARB, having previously been sworn on
 9   February 16, 2023, is true and accurate to the best of my
10   knowledge, skill, and ability.
11           I further certify that I am not a relative
12   or employee or attorney or counsel of any of the parties
13   hereto, nor am I a relative or employee of such attorney
14   or counsel; nor do I have any interest in the outcome or
15   events of this action.
16           IN WITNESS WHEREOF, I have hereunto set my hand
17   and seal this 20th day of February, 2023.
18
19
20
21                              ESMERALDA GUZMAN
22
23   My Commission Expires:
24   September 30, 2025
25
```