# EXHIBIT 9

CT GENERAL LIFE INS. CO., ET AL. vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential                    Michael Nicholson on 12/13/2022

```
 1               IN THE UNITED STATES DISTRICT COURT
                              FOR THE
 2                      DISTRICT OF CONNECTICUT

 3
     CONNECTICUT GENERAL LIFE      )
 4   INSURANCE COMPANY, et al,     )
                                   )
 5               Plaintiffs,       )  CIVIL ACTION FILE NO
                                   )  3:19-cv-01324-JCH
 6          vs.                    )
                                   )
 7   BIOHEALTH LABORATORIES,       )
     INC., et al,                  )
 8                                 )
                 Defendants.       )
 9   _____

10

11                          -  -  -

12                     **CONFIDENTIAL**

13              Videotaped Deposition of

14                  MICHAEL NICHOLSON

15           (Taken on behalf of Defendants)

16              Charlotte, North Carolina

17                  December 13, 2022

18

19

20

21   REPORTED BY:   SHERRY L. MALIA REGISTERED
     PROFESSIONAL REPORTER/NOTARY PUBLIC
22

23

24

25
```

Case 3:19-cv-01324-JCH   Document 225-10   Filed 07/20/23   Page 3 of 6

CT GENERAL LIFE INS. CO., ET AL. vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential                Michael Nicholson on 12/13/2022                Page 2

```
 1    APPEARANCES OF COUNSEL:

 2    On Behalf of the Plaintiffs:

 3        KELSEY KINGSBERY, ESQ.
          ANNE MARTIN, ESQ.
 4        Alston & Bird
          555 Fayetteville Street
 5        Suite 600
          Raleigh, North Carolina 27601
 6        Telephone:  919.862.2227
          Email:      kelsey.kingsbery@alston.com
 7
      On Behalf of the Defendants:
 8
          SCOTT M. HARE
 9        ANTHONY GESTRICH (via Teams)
          Whiteford|Taylor|Preston
10        11 Stanwix Street
          Suite 1400
11        Pittsburgh, Pennsylvania 15222
          Telephone:  412-275-2399
12        Email:      share@wtplaw.com

13
      Also Present:  Ira Lawrence, Videographer
14
                          -  -  -
15

16          Videotaped Deposition of MIKE NICHOLSON,

17    taken on behalf of the Plaintiffs, at Alston and

18    Bird, 101 S. Tryon Street, Suite 4000, Charlotte,

19    North Carolina, on the 13th day of December 2022,

20    at 9:15 a.m., before Sherry L. Malia, Registered

21    Professional Reporter and Notary Public.

22

23

24

25
```

Case 3:19-cv-01324-JCH   Document 225-10   Filed 07/20/23   Page 4 of 6

CT GENERAL LIFE INS. CO., ET AL. vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential                Michael Nicholson on 12/13/2022                Page 9

```
 1    A.   No, that's it.
 2    Q.   Okay.  Did those documents refresh your
 3  recollection as to the purchase?
 4    A.   Yes.
 5    Q.   Did you do anything else other than
 6  look at those documents to prepare for your
 7  deposition?
 8    A.   No.
 9    Q.   Did you talk to anyone about your
10  deposition?
11    A.   I did not.
12    Q.   Okay.  Do you have any understanding of
13  what this lawsuit is about?
14    A.   I have a vague understanding of what
15  it's about.  I know there's some payments that
16  were not made by CIGNA.  Payments were stopped
17  midstream during my tenure there.  The
18  reasonings behind that vary, from what I
19  understand.  There's maybe some patient billing
20  that might have been a question there; but other
21  than that, I'm not sure of anything else.
22    Q.   Where did you get that understanding of
23  the lawsuit?
24    A.   Well, it was made known when I was
25  working there that, you know, the patients'
```

Case 3:19-cv-01324-JCH   Document 225-10   Filed 07/20/23   Page 5 of 6

CT GENERAL LIFE INS. CO., ET AL. vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential                Michael Nicholson on 12/13/2022                         Page 10

```
 1   billing needed to go out timely and
 2   consistently.  Patient billing, at that point in
 3   time the labs were growing very fast, and our
 4   main focus was getting the tests run and the
 5   billing out to the insurance carriers.  Patients
 6   were billed but it was not in a timely fashion
 7   that we would have done on a normal situation.
 8        Q.   I understand.  So you were not billing
 9   patients on a timely fashion?
10        A.   They were being -- well, timely fashion
11   to you might be different than a timely fashion
12   to us.  You know, they were being billed on a
13   regular basis, but it could have been maybe
14   every other month.  These patients are transient
15   patients.  They are in rehab centers.  They go
16   from one center to the next.  So you send a
17   statement to one patient, it comes back returned
18   because now they are at another facility, so
19   it's hard to follow that patient.
20        Q.   And we'll get into all of that later on
21   today.
22        So just in terms of your understanding of
23   the lawsuit, your understanding comes from your
24   time that you were working at MBC, is that
25   right?
```

Case 3:19-cv-01324-JCH   Document 225-10   Filed 07/20/23   Page 6 of 6

CT GENERAL LIFE INS. CO., ET AL. vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential | Michael Nicholson on 12/13/2022 | Page 231

```
 1                CERTIFICATE OF REPORTER
 2   STATE OF NORTH CAROLINA}
 3   COUNTY OF MECKLENBURG   }
 4
 5       I, Sherry L. Malia, Registered Professional
 6   Reporter/Notary Public, in and for the aforesaid
 7   county and state, do hereby certify that the
 8   foregoing 229 pages are an accurate transcript of
 9   the deposition of MIKE NICHOLSON, which was reported
10   by me, on behalf of Plaintiffs, in machine shorthand
11   and transcribed by computer-aided transcription.
12       The deponent and parties reserved signature of
13   the deposition by the deponent.
14       I further certify that I am not financially
15   interested in the outcome of this action, a
16   relative, employee, attorney or counsel of any of
17   the parties, nor am I a relative or employee of such
18   attorney or counsel.
19       This 23rd day of December 2022.

20            Sherry L Malia
21   _____
22   SHERRY L. MALIA
     Registered Professional Reporter and
23   Notary Public in and for North Carolina.
     My Commission expires: November 22, 2026
24   NC Notary Number: 19952770056
25
```