# EXHIBIT 10

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential            Robert J. Boorstein, M.D., Ph.D on 06/23/2023

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF CONNECTICUT

 3

 4   CONNECTICUT GENERAL LIFE         ) Case No.
     INSURANCE COMPANY and CIGNA      ) 3:19-cv-1324
 5   HEALTH AND LIFE INSURANCE        ) (JHCH)
     COMPANY,                         )
 6                                    )
                    Plaintiffs,       )
 7                                    )
              vs.                     )
 8                                    )
     BIOHEALTH LABORATORIES,          )
 9   INC., PB LABORATORIES, LLC,      )
     and EPIC REFERENCE LABS,         )
10   INC.,                            )
                                      )
11                  Defendants.       )
                                      )
12   ---------------------------------)

13

14

15                    CONFIDENTIAL

16          VIDEOCONFERENCE DEPOSITION OF

17         ROBERT J. BOORSTEIN, M.D., Ph.D

18              New York, New York

19             Friday, June 23, 2023

20

21

22

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. 1326
```

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential        Robert J. Boorstein, M.D., Ph.D on 06/23/2023        Page 2

```
 1                   June 23, 2023

 2                   9:32 a.m.

 3

 4         Confidential Videoconference

 5  Deposition of ROBERT J. BOORSTEIN, M.D.,

 6  Ph.D, held via Zoom remote video conferencing

 7  software in New York, pursuant to Notice,

 8  before TAMI H. TAKAHASHI, a Registered

 9  Professional Reporter and Notary Public of

10  the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:19-cv-01324-JCH   Document 225-11   Filed 07/20/23   Page 4 of 8

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential      Robert J. Boorstein, M.D., Ph.D on 06/23/2023      Page 3

```
 1   A P P E A R A N C E S:
 2   (All parties appearing remotely)
 3
 4   Representing the Plaintiffs:
 5       ALSTON & BIRD
 6            The Atlantic Building
 7            950 F Street, NW
 8            Washington, D.C.  20004-1404
 9            202.239.3728
10       BY:  EDWARD T. KANG, ESQ.
11            edward.kang@alston.com
12
13
14   Representing the Defendants:
15       WHITEFORD TAYLOR & PRESTON, LLP
16            11 Stanwix Street, Suite 1400
17            Pittsburgh, Pennsylvania 15222
18            412.275.2400
19       BY:  SCOTT M. HARE, ESQ.
20            share@whitefordlaw.com
21            ANTHONY T. GESTRICH, ESQ.
22            a.gestrich@whitefordlaw.com
23
24
25
```

Case 3:19-cv-01324-JCH   Document 225-11   Filed 07/20/23   Page 5 of 8

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential         Robert J. Boorstein, M.D., Ph.D on 06/23/2023         Page 4

```
 1   A P P E A R A N C E S:
 2   (All parties appearing remotely)
 3
 4   Representing the Defendants:
 5       WHITEFORD TAYLOR & PRESTON, LLP
 6            7 Saint Paul Street
 7            Baltimore, Maryland 21202-1636
 8            410.347.9421
 9       BY:  TODD M. BROOKS, ESQ.
10            tbrooks@whitefordlaw.com
11            KENNETH J. LUND, ESQ.
12            klund@whitefordlaw.com
13
14
15   ALSO PRESENT:
16       JACK McKENZIE, Videographer
17
18
19
20
21
22
23
24
25
```

Case 3:19-cv-01324-JCH   Document 225-11   Filed 07/20/23   Page 6 of 8

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential        Robert J. Boorstein, M.D., Ph.D on 06/23/2023        Page 114

```
 1            CONFIDENTIAL - R. Boorstein
 2            MR. HARE:  Object to the form.
 3       A.   I was not retained to determine
 4   whether any specific tests was medically
 5   necessary or not.
 6   BY MR. KANG:
 7       Q.   Got it.  Would you agree that just
 8   because a physician certifies that a testing
 9   service is medically necessary, that doesn't
10   necessarily mean that the test ordered is
11   automatically eligible for reimbursement
12   under the terms of a patient's benefit plan?
13       A.   Correct.
14       Q.   Because the service would still
15   need to be one that's covered, right, under
16   the terms of the individual plan?
17       A.   Correct.
18       Q.   Okay.  And it would still need to
19   be billed appropriately to the payor,
20   correct?
21       A.   All tests need to be billed
22   appropriately.
23       Q.   So a physician's determination of
24   medical necessity, would you agree with me
25   is -- is one component of getting a claim
```

Case 3:19-cv-01324-JCH   Document 225-11   Filed 07/20/23   Page 7 of 8

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential       Robert J. Boorstein, M.D., Ph.D on 06/23/2023       Page 115

```
 1              CONFIDENTIAL - R. Boorstein
 2    paid by a payor, right?
 3         A.   Yes.
 4         Q.   But it's not the only component,
 5    correct?
 6         A.   Correct.
 7         Q.   All right.  On page 7, you also
 8    write here:  The responsibility of the
 9    laboratory is limited -- is explicit and
10    limited.
11              Did I read that correctly?
12         A.   Correct.
13         Q.   And just to be clear, when you talk
14    about the "responsibility of the laboratory,"
15    you're referring here to your opinion that --
16    of the laboratories' responsibility as to
17    determining clinical medical necessity,
18    correct?
19         A.   You've thrown in the word "clinical
20    medical necessity" as a differentiator so it
21    implies you think there's different types of
22    medical necessity.  And I don't want to
23    answer about what those different types are
24    that you're getting at.
25         Q.   I guess what I'm getting at here is
```

Case 3:19-cv-01324-JCH   Document 225-11   Filed 07/20/23   Page 8 of 8

CT GENERAL LIFE INSURANCE, ET AL. vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential        Robert J. Boorstein, M.D., Ph.D on 06/23/2023        Page 214

```
 1
 2                  C E R T I F I C A T E
 3   STATE OF NEW YORK    )
 4                        : ss.
 5   COUNTY OF NEW YORK   )
 6
 7              I, TAMI H. TAKAHASHI, a Notary
 8        Public within and for the State of New
 9        York, do hereby certify:
10              That ROBERT J. BOORSTEIN, M.D.,
11        Ph.D, the witness whose deposition is
12        hereinbefore set forth, was duly sworn
13        by me and that such deposition is a true
14        record of the testimony given by the
15        witness.
16              I further certify that I am not
17        related to any of the parties to this
18        action by blood or marriage, and that I
19        am in no way interested in the outcome
20        of this matter.
21              IN WITNESS WHEREOF, I have hereunto
22        set my hand this 30th day of June 2023.
23
24                       _____
25                       TAMI H. TAKAHASHI
```