UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., and EPINEX DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. 3:19-cv-01324<br><br>Hon. Janet C. Hall |

**LABS' EXHIBITS FOR
LOCAL RULE 56(a)1 STATEMENT OF UNDISPUTED MATERIAL FACTS
<u>IN SUPPORT OF LABS' MOTION FOR SUMMARY JUDGMENT</u>**

# TABLE OF EXHIBITS

*Brief of Amicus Curiae, American Clinical Laboratory Association*
  *United States ex rel. Groat v. Bos. Heart Diagnostics Corp.*,
  Case No. 15-487 (D.D.C. 2017), Dkt. 64
  (July 26, 2017) ..................................................................................Exhibit 1

Internal Cigna Correspondence re:
  *Quantitative vs Qualitative Drug testing*
  (April 13, 2015) .................................................................................Exhibit 2

Deposition Transcript of Stephanie Canto
  (October 27, 2022) (excerpted) .........................................................Exhibit 3

Deposition Transcript of Michael Goldfarb
  (February 16, 2023) (excerpted) .......................................................Exhibit 4

Deposition Transcript of Eva Borden
  (February 17, 2023) (excerpted) .......................................................Exhibit 5

Internal Cigna Memorandum:
  *Substance Abuse Actions*
  (August 6, 2015) ................................................................................Exhibit 6

*Statement of Work for Substance Abuse Spend in South Florida*
  (August 2015 execution date) ...........................................................Exhibit 7

Internal Cigna Correspondence re:
  *Substance Abuse & IFP - NEXT STEPS*
  (July 15, 2015) ..................................................................................Exhibit 8

Deposition Transcript of Douglas Nemecek, M.D.
  (December 9, 2022) (excerpted) .......................................................Exhibit 9

Internal Cigna Correspondence re:
  *SIU Medical Records for Review*
  (December 7, 2014 – January 22, 2015) .........................................Exhibit 10

Deposition Transcript of Patrick David Hurley
  (December 16, 2022) (excerpted) ....................................................Exhibit 11

Deposition Transcript of Thomas Hixson
  (December 5, 2022) (excerpted) ......................................................Exhibit 12

Deposition Transcript of Daniel Nicoll, M.D.
    (January 24, 2023) (excerpted) ...............................................................Exhibit 13

Internal Cigna Correspondence re:
    *SIU Case P-2013-169 Collectaway Labs*
    (September 19, 2013)................................................................................Exhibit 14

Internal Cigna Correspondence re:
    *PB Labs 2014 medical record review*
    (May 16, 2014 – May 19, 2014)................................................................Exhibit 15

Deposition Transcript of William M. Welch, II
    (February 10, 2023) (excerpted)..............................................................Exhibit 16

Deposition Transcript of Kelly Clark, M.D.
    (June 16, 2023) (excerpted) ....................................................................Exhibit 17

Expert Report of Dr. Kelly Clark
    (March 1, 2023) (excerpted) ...................................................................Exhibit 18

Rebuttal Expert Report of Dr. Kelly Clark
    (May 19, 2023) (excerpted) ....................................................................Exhibit 19

Internal Cigna Correspondence re:
    *IFP_LAB_Customer_Services.xlsx*
    (August 26, 2015 – September 1, 2015)..................................................Exhibit 20

Compilation of Orders Submitted to PB Labs, BioHealth & Epic
    (2013 – 2015) ..........................................................................................Exhibit 21

Rebuttal Report of Jaqueline Thelian, CPC, CPC-I, CPMA, CHCA
    (May 19, 2023) (excerpted) ....................................................................Exhibit 22

Internal Cigna Correspondence re:
    *Substance Abuse - Daily Stand Up - AGENDA 7/28*
    (July 28, 2015).........................................................................................Exhibit 23

Internal Cigna Correspondence re:
    *Potential Media Statement for Palm Beach Post*
    (August 17, 2015) ...................................................................................Exhibit 24

Internal Cigna Correspondence re:
    *Non par sub abuse lab in IFP*
    (June 2, 2015 – June 3, 2015)..................................................................Exhibit 25

Internal Cigna Correspondence re:
    *AHIP Request*
    (July 8, 2015 – July 17, 2015) ..................................................................Exhibit 26

Internal Cigna Memorandum:
    *Substance Use Disorder Action Update*
    (October 21, 2015) ...................................................................................Exhibit 27

Internal Cigna Correspondence re:
    *Substance Abuse - 85% of Allowed Claims Impacted*
    (July 29, 2015 – July 30, 2015) ................................................................Exhibit 28

Internal Cigna Correspondence re:
    *Drug Testing RNC & Edit*
    (June 2, 2015 – June 24, 2015) ................................................................Exhibit 29

Internal Cigna Correspondence re:
    *H0015*
    (August 28, 2015) ....................................................................................Exhibit 30

Internal Cigna Document, Bates No. CIGNA 19-1326 0302256
    (undated) (excerpted) ...............................................................................Exhibit 31

Internal Cigna Correspondence re:
    *Overpayments*
    (June 10, 2015) ........................................................................................Exhibit 32

*Cigna's Objections and Supplemental Responses to*
    *BioHealth Laboratories, Inc., PB Laboratories, LLC and*
    *Epic Reference Labs, Inc.'s Interrogatory Nos. 16-19*
    (February 1, 2023) ...................................................................................Exhibit 33

Dated: July 18, 2023            Respectfully submitted,

/s/ Anthony T. Gestrich
Scott M. Hare (phv10339)
Anthony T. Gestrich (phv11119)
WHITEFORD, TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-618-5600
Facsimile: 412-618-5596
E-mail:      SHare@whitefordlaw.com
           AGestrich@whitefordlaw.com

Fred Alan Cunningham (phv20210)
Matthew Christ (phv20209)
DOMNICK CUNNINGHAM & YAFFA
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone: 561-625-6260
Facsimile: 561-625-6269
E-mail:      Fred@pbglaw.com
           Matt@pbglaw.com

John J. Radshaw III
(ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
Telephone: 203-654-9695
Facsimile: 203-721-6182
E-mail:      jjr@jjr-esq.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 18, 2023, a copy of the foregoing was served on the following counsel for the parties by electronic mail:

EDWARD T. KANG
EMILY COSTIN
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004
edward.kang@alston.com
emily.costin@alston.com

KELSEY L. KINGSBERY
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27615
kelsey.kingsbery@alston.com

*Counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*

          /s/ Anthony T. Gestrich
          Anthony T. Gestrich

5