# EXHIBIT 21



# BIOHEALTH
## MEDICAL LABORATORY
—a Medytox owned Lab

**RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT**

3399 NW 72nd Ave Ste 222 • MIAMI, FL 33122
Phone 305.436.1413 • 877MEDYTOX • Fax 305.436.1447

As part of my practice's compliance protocols, I hereby request and authorize BioHealth Medical Laboratory, Inc. to establish for me an online ordering system with the following clinical test panels available for request:

| SALES PERSON | Frank Dias | FACILITY NAME | Florida Center For Recovery |
|---|---|---|---|
| ADDRESS | 3451 W. Midway Rd. | | 34981 |
| CITY | Ft. Pierce | STATE FL | ZIP 772460 |

| AMA PANELS | ✔ | | HEMATOLOGY | ✔ | | ALPHABETICAL TESTS CONT. | ✔ | |
|---|---|---|---|---|---|---|---|---|
| 001 ACUTE HEPATITIS PANEL | ☐ R | | 023 CBC W DIFF W PLT | ☐ L | | 051 CREATININE SERUM | ☐ R | |
| 002 BASIC METABOLIC PANEL | ☐ R | | 024 CBC W/O DIFF W PLT | ☐ L | | 052 ESTRADIOL | ☐ R | |
| 003 COMPREHENSIVE METABOLIC | ☐ R | | 025 HEMATOCRIT | ☐ L | | 053 FOLIC ACID | ☐ R | |
| 004 ELECTROLYTE PANEL | ☐ R | | 026 HEMOGLOBIN | ☐ L | | 054 GGT | ☐ R | |
| 005 GENERAL HEALTH PANEL | ☐ R/L | | 027 PLATELET COUNT | ☐ L | | 055 GLUCOSE FASTING | ☐ GY | |
| 006 COMPREHENSIVE THYROID PANEL | ☐ R | | 028 PROTOMBINE TIME (PT) | ☐ LB | | 056 GLUCOSE 2PP | ☐ GY | |
| 007 HEALTH PROFILE | ☐ R/L/U | | 029 PTT ACTIVED | ☐ LB | | 057 GLUCOSE TOTAL | ☐ GY | |
| 008 LIPID PANEL | ☐ R | | 030 RETIC-COUNT | ☐ L | | 058 GLYCOHEMOGLOBIN | ☐ L | |
| 009 ARTHRITIS PANEL I | ☐ L/R | | 031 SED RATE WESTERGEN | ☐ L | | 059 HDL CHOLESTEROL | ☐ R | |
| 010 RENAL FUNCTION PANEL | ☐ R/GY | | 033 WBC COUNT | ☐ L | | 060 BHCG QUALITATIVE, SERUM | ☐ R | |
| 011 ANEMIA PANEL | ☐ R/L | | 034 WBC DIFFERENTIAL | ☐ L | | 061 BHCG QUANTITATIVE, URINE | ☐ U | |
| 012 HEPATIC FUNCTION PANEL | ☐ R | | **ALPHABETICAL TESTS** | ✔ | | 062 BHCG QUANTITATIVE, SERUM | ☐ R | |
| 014 ARTHRITIS PANEL II | ☐ R/L | | 035 ALBUMIN | ☐ R | | 063 HBS AG | ☐ R | |
| 015 COAGULATION PANEL | ☐ L/B | | 036 ALKALINE PHOSPHATASE | ☐ R | | 064 HBS AB | ☐ R | |
| 016 ANEMIA PANEL II | ☐ R/L | | 037 ALT (SGPT) | ☐ R | | 065 HCV AB | ☐ R | |
| 017 IMMUNOGLOBULINS TOTAL | ☐ R | | 038 AST | ☐ R | | 067 IRON | ☐ R | |
| 018 CORONARY RISK PANEL | ☐ R | | 039 AMMONIA | ☐ L | | 068 IRON & TIBC | ☐ R | |
| 019 OBSTETRIC PANEL | ☐ R/L | | 040 AMYLASE | ☐ R | | 069 LDH | ☐ R | |
| 020 OVARIAN FUNCTION | ☐ R | | 041 B12 & FOLATE | ☐ R | | 070 LDL | ☐ R | |
| 021 TESTICULAR FUNCTION | ☐ R | | 042 BILIRUBIN TOTAL | ☐ R | | 072 LIPASE | ☐ R | |
| 022 AMENORRHEA PANEL | ☐ R | | 043 BUN | ☐ R | | 073 LH & FSH | ☐ R | |
| **AMA PANELS** | ✔ | | 044 CALCIUM | ☐ R | | 074 MAGNESIUM | ☐ R | |
| OTHER: | ☐ | | 045 CEA | ☐ R | | 075 MICROALB/CREAT RATIO | ☐ U | |
| OTHER: | ☐ | | 046 CHOLESTEROL TOTAL | ☐ R | | 076 POTASSIUM | ☐ R | |
| OTHER: | ☐ | | 048 CPK | ☐ R | | 078 P S A | ☐ R | |
| OTHER: | ☐ | | 049 CPK ISOENZYME | ☐ R | | 079 PROGESTERONE | ☐ R | |
| OTHER: | ☐ | | 050 CREATININE CLEARANCE | ☐ R U24H | | 080 PROLACTIN | ☐ R | |
| | | | | | | 082 SERUM PROTEIN ELECT. | ☐ R | |
| | | | | | | 083 SODIUM | ☐ R | |
| | | | | | | 084 TESTOSTERONE | ☐ R | |
| | | | | | | 085 TOTAL PROTEIN | ☐ R | |
| | | | | | | 088 T3 FREE | ☐ R | |
| | | | | | | 089 T3 TOTAL | ☐ R | |
| | | | | | | 090 T3 UPTAKE | ☐ R | |
| | | | | | | 091 T4 | ☐ R | |
| | | | | | | 092 TRIGLYCERIDES | ☐ R | |
| | | | | | | 093 TSH | ☐ R | |
| | | | | | | 094 URIC ACID IN URINE | ☐ R | |
| | | | | | | **IMMUNOSEROLOGY** | ✔ | |
| | | | | | | 096 ANA | ☐ R | |
| | | | | | | 097 ANTISTREPTOLYSIN (ASO) | ☐ R | |
| | | | | | | 102 HERPES I/II IGG | ☐ R | |
| | | | | | | 103 HIV | ☐ R | |
| | | | | | | 106 RHEUMATOID FACTOR | ☐ R | |
| | | | | | | 107 RPR | ☐ R | |
| | | | | | | **URINALYSIS** | ✔ | |
| | | | | | | 114 URINALYSIS (NO MICRO) | ☐ U | |
| | | | | | | 115 URINALYSIS (MICRO ON POS) | ☐ U | |

**PRACTITIONER AUTHORIZATION** I authorize Medytox through its affiliated labs to perform clinical testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.

| PROVIDER'S SIGNATURE | PROVIDER'S NAME (PRINTED) Victor Balta MD | DATE 12-2-13 | V 03122013 |
|---|---|---|---|

FOR EACH PROVIDER USE A SEPERATE SHEET AND INDICATE HERE HOW MANY: _____ OUT OF _____

CONFIDENTIAL

04/18/2013  08:36  7724866055                VICTOR BALTA MD                #2150 P.002/002



# RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

**LABORATORIES**

**TESTS ORDER:**
PANEL  (Positives Only) ☐ Y
Perform qualitative testing ☑
Perform quantitative testing ☑
*NOTE: If we perform qualitative testing we will bill code 80101

POINT OF CARE (Positives Only) ☐ Y
Perform qualitative testing* ☑
Perform quantitative testing ☑

SALES PERSON _____  ACCOUNT _____

As part of my practice's compliance protocols, I hereby request and authorize PB Laboratories LLO to establish for me an online ordering system with the following clinical test panels available for request:

| DRUG CLASS MENU | | POC | | CUSTOM ☐ | | | BASIC ☐ | | PANEL E ☐ | | PAIN ☐ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ○ 6-Acetylmorphine (6-AM) | ○ # | 6AM | 1 ○ 6AM | ☑ | | | | | | 1 ○ 6AM | |
| 2 | ● Amphetamines | ● # | AMP | 2 ● AMP | ☐ | | 1 ● AMP | 3 ● AMP | | 1 ● AMP | |
| 3 | ● Barbiturates | ● # | BAR | 3 ● BAR | ☐ | | 2 ⊘ BAR | 3 ● BAR | | 1 ○ BAR | |
| 4 | ● MDPV (Bath Salts) | | | 4 ● MDP | ☐ | | | | | | | |
| 5 | ○ Benzodiazepines | ○ # | BEN | 5 ○ BEN | ☐ | | 4 ○ BEN | 4 ○ BEN | | 3 ○ BEN | |
| 6 | ● Buprenorphine | ○ # | BUP | 6 ○ BUP | ☑ | | 4 ⊘ BUP | 5 ○ BUP | | 4 ○ BUP | |
| 7 | ● Carisoprodol (Soma) | ⊠ # | CAR | 7 ⊠ CAR | ☑ | | 5 ● CAR | 6 ● CAR | | 5 ● CAR | |
| 8 | ● Cocaine | ● # | COO | 8 ● COO | ☐ | | 5 COO | 7 ● COO | | 5 ● COO | |
| 9 | ⊠ Dextromethorphan (DXM) 7-day (um around) | | | 9 ⊘ DXM | ☐ | | | | | | | |
| 10 | ● Ecstasy | ● # | ECS | 10 ● ECS | ☐ | | 7 ● ECS | 8 ● ECS | | | |
| 11 | ⊠ EtOH Alcohol | ● # | ETO | 11 ⊠ ETO | ☐ | | 8 ⊘ ETO | 9 ⊘ ETO | | 7 ⊘ ETO | |
| 12 | ● Fentanyl | ● # | FEN | 12 ● FEN | ☑ | | 9 ● FEN | 10 ● FEN | | 8 ● FEN | |
| 13 | ● Gabapentin | ● # | GAB | 13 ● GAB | ☑ | | | 11 ● GAB | | 9 ● GAB | |
| 14 | ● Synthetic Cannabis (K2 Spice) | | | 14 ● K2 | ☑ | | | 12 ● K2 | | | |
| 15 | ● Meperidine | ● # | MEP | 15 ● MEP | ☐ | | 10 ● MEP | 13 ● MEP | | 10 ● MEP | |
| 16 | ● Methamphetamine | ● # | MET | 16 ● MET | ☐ | | 11 ● MET | 14 ● MET | | 11 ● MET | |
| 17 | ● Methadone | ● # | MTD | 17 ● MTD | ☐ | | 12 ● MTD | 15 ● MTD | | 11 ● MTD | |
| 18 | ● Opiates | ● # | OPI | 18 ● OPI | ☐ | | 13 ● OPI | 16 ● OPI | | 12 ● OPI | |
| 19 | ● Oxycodone | ● # | OXY | 19 ● OXY | ☐ | | 14 ● OXY | 17 ● OXY | | | |
| 20 | ● Phencyclidine (PCP) | ● # | PCP | 20 ● PCP | ☐ | | 15 ● PCP | 18 ● PCP | | 13 ● PCP | |
| 21 | ○ Propoxyphene (PPX) | ● # | PPX | 21 ● PPX | ☑ | | 15 ● PPX | 19 ● PPX | | 14 ● PPX | |
| 22 | ○ Tricyclic antidepressant | ● # | TCA | 22 ● TCA | ☐ | | 17 ○ TCA | 20 ○ TCA | | | |
| 23 | ● Tetrahydrocannabinol (Marijuana) | ● # | THC | 23 ● THC | ☐ | | 18 ● THC | 21 ● THC | | 15 ● THC | |
| 24 | ● Tramadol | ● # | TRA | 24 ● TRA | ☑ | | 18 ● TRA | 22 ● TRA | | 16 ● TRA | |

*A validity test consisting of Urine Creatinine, pH, Specific Gravity and Oxidants is performed on every urine specimen. Provider Initials: ____

**PRACTITIONER AUTHORIZATION** I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.

4. I am directing PB Laboratories LLC to perform semi-quantitative assays and quantitative testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

PRACTICE/PROVIDER SIGNATURE _____    PROVIDER'S NAME (PRINTED) VICTOR A. BALTA, MD    DATE 4-18-13    V 6/12/2013

FOR EACH PROVIDER USE A SEPARATE SHEET AND INDICATE HERE HOW MANY: ____   OUT OF ____

7451 S. MILITARY TRAIL | LAKE WORTH, FL 33463 | Tel (561) 641-9024 | Secure Fax (561) 641-9025 | WWW.PBLABORATORIES.COM

CONFIDENTIAL                                                                    LABS00517530



**Provider Request for Custom Panel**

| Screen: | Confirmation: |
|---|---|
| Selected Panel ⊗ | Selected Panel ⊗ |
| Positive POC Only ○ | Positive POC Only ○ |
| | Positive Screens Only ○ |

# REFERENCE LABS, INC.

Account | DREAM Center for Recovery        Sales | Frank Dias

As part of my practice's compliance protocol, I hereby request and authorize Epic Reference Labs, Inc. and its affiliated labs to establish an online ordering system with the following test panel available by request.

| Drug Class Menu | | Screen ⊗ | | Confirm ⊗ | | POC Internal Use Only | (NO POC) |
|---|---|---|---|---|---|---|---|
| 01 | 6-Acetylmorphine | ○ 6AM | ○ 6AM ⊗ | # 6AM |
| 02 | Alcohol / Ethyl | ○ ETO | ○ ETO ⊗ | # ETO |
| 03 | Amphetamines | ○ AMP ⊗ | ○ AMP ⊗ | # AMP |
| 04 | Antidepressants | ○ TCA ⊗ | ○ TCA ⊗ | # TCA |
| 05 | Barbiturates | ○ BAR | ○ BAR ⊗ | # BAR |
| 07 | Benzodiazepines | ○ BEN ⊗ | ○ BEN ⊗ | # BEN |
| 08 | Buprenorphine | ○ BUP | ○ BUP | # BUP |
| 09 | Carisoprodol (Soma) | ○ CAR ⊗ | ○ CAR | # CAR |
| 10 | Cocaine Metabolite | ○ COC ⊗ | ○ COC ⊗ | # COC |
| 11 | Cotinine | | ○ COT | |
| 12 | Desomorphine (Krokodil) | | ○ KRO | |
| 13 | Dextromethorphan (DXM) | | ○ DXM | |
| 14 | Fentanyl | ○ FEN ○ | ○ FEN ⊗ | # FEN |
| 15 | Gabapentin | | ○ GAB ⊗ | |
| 16 | Ketamine | | ○ KTM | |
| 17 | MDMA (Ecstasy) | ○ ECS ⊗ | ○ ECS ⊗ | # ECS |
| 18 | Meperidine | ○ MEP | ○ MEP | # MEP |
| 19 | Methadone | ○ MTD | ○ MTD ⊗ | # MTD |
| 20 | Methamphetamine | ○ MET ⊗ | ○ MET ⊗ | # MET |
| 21 | Methylphenidate | | ○ MLP | |
| 22 | Mitragynine (Kratom) | | ○ KRA | |
| 23 | Naloxone | | ○ NLN | |
| 24 | Naltrexone | | ○ NTN | |
| 25 | Opiates | ○ OPI ⊗ | ○ OPI ⊗ | # OPI |
| 26 | Oxycodone | ○ OXY | ○ OXY ⊗ | # OXY |
| 27 | Phencyclidine (PCP) | ○ PCP ⊗ | ○ PCP ⊗ | # PCP |
| 28 | Phentermine | | ○ PTM | |
| 29 | Pregabalin | | ○ PGB | |
| 30 | Propoxyphene (PPX) | ○ PPX ⊗ | ○ PPX ⊗ | # PPX |
| 31 | Synthetic Cannabinoids (K2 / Spice) | | ○ K2 | |
| 32 | Synthetic Cathinones (Bath Salts) | | ○ MDP | |
| 33 | Tapentadol | | ○ TPT | |
| 34 | Tetrahydrocannabinol (Marijuana) | ○ THC ⊗ | ○ THC ⊗ | # THC |
| 35 | Tramadol | ○ TRA ⊗ | ○ TRA ⊗ | # TRA |
| 36 | Zolpidem (Ambien) | | ○ ZOL | |
| 37 | VALIDITY TESTING: Urine Creatinine, pH, Specific Gravity and Oxidants | ○ VAL ⊗ | | |

**PROVIDER AUTHORIZATION:** I authorize Epic Reference Labs, Inc. and its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient paper or electronic test requisition form as well as the provided Custom Profile on file. I understand that it is the provider's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed, and I will order this panel accordingly. If any of the components of this custom profile are not medically necessary, I will only order those individual tests, or a less inclusive profile, that I believe to be medically appropriate.
2. I understand that utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.
3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.
4. I further understand that according to Medicare, "Confirmation of drug screens is indicated when the result of the drug screen is different than that suggested by the patient's medical history, clinical presentation or patient's own statement."

| | | |
|---|---|---|
| Provider Signature (MD, DO, DC, PA or ARNP only) | Provider Name (print) | Effective Date |

CONFIDENTIAL

# BIOHEALTH
## MEDICAL LABORATORY
— a **Medytox** owned Lab

## RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

**TESTS ORDER:**

| PANEL | (Positives Only ☐.) | | POINT OF CARE (Positives Only ☐.) |
|---|---|---|---|
| | Perform qualitative testing ☑ | | Perform qualitative testing* ☐ |
| | Perform quantitative testing ☑ | | Perform quantitative testing ☑ |

*NOTE: If we perform qualitative testing we will bill code 80101*

| SALES PERSON | Michael DiNapoli | ACCOUNT | Peaceful Ridge Recovery |
|---|---|---|---|

As part of my practice's compliance protocols, I hereby request and authorize Biohealth Medical Lab, Inc. to establish for me an online ordering system with the following clinical test panels available for request:

**DRUG CLASS MENU**

| # | Drug Class | | POC | | CUSTOM | | | BASIC ☐ | | PANEL E ☐ | | PAIN ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ○ 6-Acetylmorphine (6-AM) | ⊙ # ___ 6AM | | 1 ○ 6AM | ☐ | | | | | | | |
| 2 | ○ Amphetamines | ⊙ # 4 AMP | | 2 ○ AMP | ☐ | 1 ○ AMP | 2 ○ AMP | 1 ○ AMP |
| 3 | ○ Barbiturates | ⊙ # 8 BAR | | 3 ○ BAR | ☐ | 2 ○ BAR | 3 ○ BAR | 2 ○ BAR |
| 4 | ○ MDPV (Bath Salts) | | | 4 ○ MOP | ☑ | | | |
| 5 | ○ Benzodiazepines | ⊙ # 9 BEN | | 5 ○ BEN | ☐ | 3 ○ BEN | 4 ○ BEN | 3 ○ BEN |
| 6 | ○ Buprenorphine | ⊙ # ___ BUP | | 6 ○ BUP | ☑ | 4 ○ BUP | 5 ○ BUP | 4 ○ BUP |
| 7 | ○ Carisoprodol (Soma) | ⊙ # ___ CAR | | 7 ○ CAR | ☐ | 5 ○ CAR | 6 ○ CAR | 5 ○ CAR |
| 8 | ○ Cocaine | ⊙ # 2 COC | | 8 ○ COC | ☐ | 6 ○ COC | 6 ○ COC | 6 ○ COC |
| 9 | ○ Cotinine | | | 9 ○ COT | ☐ | | | |
| 10 | ○ Dextromethorphan (DXM) 7-day turn around | | | 10 ○ DXM | ☐ | | | |
| 11 | ○ Ecstasy | ⊙ # 7 ECS | | 11 ○ ECS | ☐ | 7 ○ ECS | 8 ○ ECS | 7 ○ ECS |
| 12 | ○ EtOH Alcohol | ⊙ # ___ ETO | | 12 ○ ETO | ☑ | 8 ○ ETO | 9 ○ ETO | 8 ○ ETO |
| 13 | ○ Fentanyl | ⊙ # ___ FEN | | 13 ○ FEN | ☑ | 9 ○ FEN | 10 ○ FEN | 9 ○ FEN |
| 14 | ○ Gabapentin | | | 14 ○ GAB | ☐ | | 11 ○ GAB | |
| 15 | ○ Synthetic cannabis (K2 Spice) | | | 15 ○ K2 | ☐ | | 12 ○ K2 | |
| 16 | ○ Meperidine | ⊙ # ___ MEP | | 16 ○ MEP | ☐ | 10 ○ MEP | 13 ○ MEP | 10 ○ MEP |
| 17 | ○ Methamphetamine | ⊙ # 5 MET | | 17 ○ MET | ☐ | 11 ○ MET | 14 ○ MET | |
| 18 | ○ Methadone | ⊙ # 10 MTD | | 18 ○ MTD | ☐ | 12 ○ MTD | 15 ○ MTD | 11 ○ MTD |
| 19 | ○ Methylphenidate | | | 19 ○ MLP | ☑ | | | |
| 20 | ○ Opiates | ⊙ # 3 OPI | | 20 ○ OPI | ☐ | 13 ○ OPI | 16 ○ OPI | 12 ○ OPI |
| 21 | ○ Oxycodone | ⊙ # 12 OXY | | 21 ○ OXY | ☐ | 14 ○ OXY | 17 ○ OXY | 13 ○ OXY |
| 22 | ○ Phencyclidine (PCP) | ⊙ # 6 PCP | | 22 ○ PCP | ☐ | 15 ○ PCP | 18 ○ PCP | 14 ○ PCP |
| 23 | ○ Phentermine | | | 23 ○ PTM | ☑ | | | |
| 24 | ○ Propoxyphene (PPX) | ⊙ # ___ PPX | | 24 ○ PPX | ☐ | 16 ○ PPX | 19 ○ PPX | 14 ○ PPX |
| 25 | ○ Tapentadol | | | 25 ○ TPT | ☐ | | | |
| 26 | ○ Tricyclic antidepressant | ⊙ # 11 TCA | | 26 ○ TCA | ☐ | 17 ○ TCA | 20 ○ TCA | |
| 27 | ○ Tetrahydrocannabinol (Marijuana) | ⊙ # 1 THC | | 27 ○ THC | ☐ | 18 ○ THC | 21 ○ THC | 15 ○ THC |
| 28 | ○ Tramadol | ⊙ # ___ TRA | | 28 ○ TRA | ☑ | 19 ○ TRA | 22 ○ TRA | 16 ○ TRA |
| 29 | ○ VALIDITY TESTING: Urine Creatinine, pH, Specific Gravity and Oxidants | | | 29 ○ VAL | ☑ | 20 ○ VAL | 23 ○ VAL | 17 ○ VAL |

*(Column labeled "CUP MIXER & NAME" appears vertically alongside the CUSTOM section)*

## PRACTITIONER AUTHORIZATION

I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.

4. I am directing Biohealth Medical Lab, Inc. to perform semi-quantitative assays and quantitative testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

*+Etg*  

*Can you Add  Ethyl Glucoronide  and Ethyl Sulfate*

| | | | |
|---|---|---|---|
| W Bentroille MD  J Bartroville MD | | | 7/9/1 |
| **PROVIDER'S SIGNATURE** | **PROVIDER'S NAME (PRINTED)** | **DATE** | V 03112013 |

FOR EACH PROVIDER USE A SEPERATE SHEET AND INDICATE HERE HOW MANY : _____ OUT OF _____

| 3399 NW 72nd Avenue, Suite 222 | Miami, FL 33122 | Tel (305) 436-5094 | Fax (305) 346-1447 |
|---|---|---|---|

CONFIDENTIAL



# EPIC

## REFERENCE LABS, INC.

### Provider Request for Custom Panel

| Screen: | | Confirmation: | |
|---|---|---|---|
| Selected Panel | ✓ | Selected Panel | ✓ |
| Positive POC Only | ○ | Positive POC Only | ○ |
| | | Positive Screens Only | ○ |

Account | Peaceful Ridge Recovery     Sales | Denise Trotta

As part of my practice's compliance protocol, I hereby request and authorize Epic Reference Labs, Inc. and its affiliated labs to establish an online ordering system with the following test panel available by request.

## Drug Class Menu

| # | Drug Class | Screen | Confirm | POC Internal Use Only |
|---|---|---|---|---|
| 01 | 6-Acetylmorphine | 6AM ○ | 6AM ○ | # 6AM |
| 02 | Alcohol / Ethyl | ETO ○ | ETO ✓ | # ETO |
| 03 | Amphetamines | AMP ○ | AMP ✓ | # 4 AMP |
| 04 | Antidepressants | TCA ○ | TCA ✓ | # 11 TCA |
| 05 | Barbiturates | BAR ○ | BAR ✓ | # 8 BAR |
| 07 | Benzodiazepines | BEN ○ | BEN ✓ | # 9 BEN |
| 08 | Buprenorphine | BUP ○ | BUP ✓ | # BUP |
| 09 | Carisoprodol (Soma) | CAR ○ | CAR ✓ | # CAR |
| 10 | Cocaine Metabolite | COC ○ | COC ✓ | # 2 COC |
| 11 | Cotinine | | COT ○ | |
| 12 | Desomorphine (Krokodil) | | KRO ○ | |
| 13 | Dextromethorphan (DXM) | | DXM ✓ | |
| 14 | Fentanyl | FEN ✓ | FEN ✓ | # FEN |
| 15 | Gabapentin | | GAB ○ | |
| 16 | Ketamine | | KTM ○ | |
| 17 | MDMA (Ecstasy) | ECS ○ | ECS ✓ | # 7 ECS |
| 18 | Meperidine | MEP ○ | MEP ○ | # MEP |
| 19 | Methadone | MTD ○ | MTD ✓ | # 10 MTD |
| 20 | Methamphetamine | MET ○ | MET ✓ | # 5 MET |
| 21 | Methylphenidate | | MLP ○ | |
| 22 | Mitragynine (Kratom) | | KRA ○ | |
| 23 | Naloxone | | NLN ○ | |
| 24 | Naltrexone | | NTN ○ | |
| 25 | Opiates | OPI ○ | OPI ✓ | # 3 OPI |
| 26 | Oxycodone | OXY ○ | OXY ✓ | # 12 OXY |
| 27 | Phencyclidine (PCP) | PCP ○ | PCP ✓ | # 6 PCP |
| 28 | Phentermine | | PTM ○ | |
| 29 | Pregabalin | | PGB ○ | |
| 30 | Propoxyphene (PPX) | | PPX | PPX |
| 31 | Synthetic Cannabinoids (K2 / Spice) | | K2 ✓ | |
| 32 | Synthetic Cathinones (Bath Salts) | | MDP ✓ | |
| 33 | Tapentadol | | TPT ○ | |
| 34 | Tetrahydrocannabinol (Marijuana) | THC ○ | THC ✓ | # 1 THC |
| 35 | Tramadol | TRA ○ | TRA ○ | # TRA |
| 36 | Zolpidem (Ambien) | | ZOL ○ | |
| 37 | VALIDITY TESTING: Urine Creatinine, pH, Specific Gravity and Oxidants | VAL ✓ | | |

PROVIDER AUTHORIZATION: I authorize Epic Reference Labs, Inc. and its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient paper or electronic test requisition form as well as the provided Custom Profile on file. I understand that it is the provider's responsibility to determine the medical necessity of each test requested through the Individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed, and I will order this panel accordingly. If any of the components of this custom profile are not medically necessary, I will only order those individual tests, or a less inclusive profile, that I believe to be medically appropriate.
2. I understand that utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.
3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.
4. I further understand that according to Medicare, "Confirmation of drug screens is indicated when the result of the drug screen is different than that suggested by the patient's medical history, clinical presentation or patient's own statement."

Provider Signature (MD, DO, DC, PA or ARNP only)     Provider Name (print) CARLOS LAROCCA M.D.     Effective Date 2/4/2015

CONFIDENTIAL



# BIOHEALTH
## MEDICAL LABORATORY
—a Medytox owned Lab

## RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

**TESTS ORDER:**

PANEL    (Positives Only) ☐
POINT OF CARE (Positives Only ☑
Perform qualitative testing ☑
Perform qualitative testing* ☑
Perform quantitative testing ☑
Perform quantitative testing ☑

**NOTE: If we perform qualitative testing we will bill code 80101**

| SALES PERSON | Denise Trotta | ACCOUNT | The Shores |

As part of my practice's compliance protocols, I hereby request and authorize Biohealth Medical Lab, Inc. to establish for me an online ordering system with the following clinical test panels available to me.

## DRUG CLASS MENU

| | DRUG CLASS MENU | POC ☐ | | CUSTOM ☐ | | BASIC ☐ | PANEL E ☐ | PAIN ☐ |
|---|---|---|---|---|---|---|---|---|
| 1 | 6-Acetylmorphine (6-AM) | # 6AM | 1 ☉ 6AM | ☑ | | | 1 6AM | |
| 2 | Amphetamines | # 4 AMP | 2 ☉ AMP | ☐ | 1 ☉ AMP | 3 ☉ AMP | 1 ☉ AMP |
| 3 | Barbiturates | # 8 BAR | 3 ☉ BAR | ☐ | 2 BAR | 3 BAR | 2 BAR |
| 4 | MOPV (Bath Salts) | # | 4 MOP | ☐ | | | |
| 5 | Benzodiazepines | # 9 BEN | 5 BEN | ☐ | BEN | 4 ☉ BEN | 3 ☉ BEN |
| 6 | Buprenorphine | # BUP | 6 BUP | ☑ | 4 ☉ BUP | 5 ☉ BUP | 4 BUP |
| 7 | Carisoprodol (Soma) | # CAR | 7 ☉ CAR | ☐ | 5 CAR | 6 CAR | 5 CAR |
| 8 | Cocaine | # 2 COC | 8 ☉ COC | ☐ | 6 ☉ COC | 7 ☉ COC | 6 ☉ COC |
| 9 | Dextromethorphan (DXM) 7-day turn around | | 9 DXM | ☑ | | | |
| 10 | Ecstasy | # 7 ECS | 10 ☉ ECS | ☐ | 7 ☉ ECS | 8 ☉ ECS | 7 ☉ ECS |
| 11 | EtOH Alcohol | ☉ # ETO | 11 ☉ ETO | ☐ | 8 ☉ ETO | 9 ☉ ETO | 8 ☉ ETO |
| 12 | Fentanyl | ☉ # FEN | 12 ☉ FEN | ☐ | 9 FEN | 10 ☉ FEN | 9 ☉ FEN |
| 13 | Gabapentin | ☉ # GAB | 13 ☉ GAB | ☑ | | 11 ☉ GAB | 9 ☉ GAB |
| 14 | Synthetic cannabis (K2 Spice) | ☉ # K2 | 14 ☉ K2 | ☑ | | 12 ☉ K2 | |
| 15 | Meperidine | ☉ # MEP | 15 ☉ MEP | ☐ | 10 ☉ MEP | 13 ☉ MEP | 10 ☉ MEP |
| 16 | Methamphetamine | # 5 MET | 16 ☉ MET | ☐ | 11 ☉ MET | 14 ☉ MET | |
| 17 | Methadone | # 10 MTD | 17 ☉ MTD | ☐ | 12 ☉ MTD | 15 ☉ MTD | 11 ☉ MTD |
| 18 | Opiates | # 3 OPI | 18 ☉ OPI | ☐ | 13 ☉ OPI | 16 ☉ OPI | 12 ☉ OPI |
| 19 | Oxycodone | ☉ # 12 OXY | 19 ☉ OXY | ☐ | 14 ☉ OXY | 17 ☉ OXY | |
| 20 | Phencyclidine (PCP) | ☉ # 6 PCP | 20 ☉ PCP | ☐ | 15 ☉ PCP | 18 ☉ PCP | 13 ☉ PCP |
| 21 | Propoxyphene (PPX) | ☉ # PPX | 21 ☉ PPX | ☐ | 16 ☉ PPX | 19 ☉ PPX | 14 ☉ PPX |
| 22 | Tricyclic antidepressant | # 11 TCA | 22 ☉ TCA | ☐ | 17 TCA | 20 TCA | |
| 23 | Tetrahydrocannabinol (Marijuana) | # 1 THC | 23 ☉ THC | ☐ | 18 ☉ THC | 21 ☉ THC | 15 ☉ THC |
| 24 | Tramadol | ☉ # TRA | 24 ☉ TRA | ☑ | 19 ☉ TRA | 22 ☉ TRA | 16 ☉ TRA |

**PRESET PANELS**

*(handwritten vertically: Valid Test CUB / CLIP MAKER & NAME)*

**»A validity test consisting of Urine Creatinine, pH, Specific Gravity and Oxidants is performed on every urine specimen. Provider Initials_____**

## PRACTITIONER AUTHORIZATION

I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.

4. I am directing Biohealth Medical Lab, Inc. to perform semi-quantitative assays and quantitative testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

| X _____ | Kenneth Pelbstrae | 6/15/14 |
| PROVIDER'S SIGNATURE | PROVIDER'S NAME (PRINTED) | DATE    V.03122013 |

FOR EACH PROVIDER USE A SEPERATE SHEET AND INDICATE HERE HOW MANY _____ OUT OF _____

| 3399 NW 72nd Avenue, Suite 222 | Miami, FL 33122 | Tel (305) 436-5094 | Fax (305) 346-1447 |

LABS01140349





# RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

**TESTS ORDER:**

| PANEL | (Positives Only) | ☑ | POINT OF CARE | (Positives Only) | ☑ |
|---|---|---|---|---|---|
| Perform qualitative testing | | ☑ | Perform qualitative testing* | | ☑ |
| Perform quantitative testing | | ☑ | Perform quantitative testing | | ☑ |

*NOTE: If we perform qualitative testing we will bill code 80101

SALES PERSON _____ ACCOUNT _____

As part of my practice's compliance protocols, I hereby request and authorize PB Laboratories LLC to establish for me an online ordering system with the following clinical test panels available for request:



## DRUG CLASS MENU

| # | Drug Class | POC # | POC Class | CUSTOM | PRESET BASIC | PRESET PANEL E | PRESET PAIN |
|---|---|---|---|---|---|---|---|
| 1 | ○ 6-Acetylmorphine (6-AM) | ○ # 6AM | ○ 6AM ☑ | | ○ 6AM | ○ 6AM | |
| 2 | ● Amphetamines | ● # 12 AMP | ● AMP | 1 ● AMP | ● AMP | ● AMP |
| 3 | ○ Barbiturates | ● # 2 BAR | ● BAR | 2 ○ BAR | ○ BAR | ○ BAR |
| 4 | ● MDPV (Bath Salts) | | ● MDP | | | |
| 5 | ● Benzodiazepines | ○ # 1 BEN | ○ BEN | 3 ○ BEN | ○ BEN | ● BEN |
| 6 | ○ Buprenorphine | ○ # 14 BUP | ● BUP | 4 ○ BUP | ○ BUP | ○ BUP |
| 7 | ○ Carisoprodol (Soma) | ○ # CAR | ○ CAR | 5 ○ CAR | ○ CAR | ○ CAR |
| 8 | ○ Cocaine | ● # 3 COC | ● COC | 6 ○ COC | ○ COC | ● COC |
| 9 | ○ Dextromethorphan (DXM) 7-day turn around | | ● DXM | | | |
| 10 | ● Ecstasy | ● # 10 ECS | ● ECS | 7 ● ECS | ● ECS | |
| 11 | ● EtOH Alcohol | ● # ETO | ● ETO | 8 ○ ETO | ○ ETO | 7 ○ ETO |
| 12 | ● Fentanyl | ● # FEN | ● FEN ☑ | 9 ● FEN | ● FEN | 8 ● FEN |
| 13 | ● Gabapentin | ● # GAB | ● GAB | | ● GAB | ● GAB |
| 14 | ● Synthetic cannabis (K2 Spice) | | ● K2 | | ● K2 | |
| 15 | ● Meperidine | ● # MEP | ● MEP ☑ | 10 ● MEP | ● MEP | ● MEP |
| 16 | ● Methamphetamine | ● # 5 MET | ● MET | 11 ● MET | ● MET | |
| 17 | ● Methadone | ● # 7 MTD | ● MTD | 12 ● MTD | ● MTD | 11 ● MTD |
| 18 | ● Opiates | ● # 6 OPI | ● OPI | 13 ● OPI | ● OPI | 12 ● OPI |
| 19 | ● Oxycodone | ● # 9 OXY | ● OXY | 14 ○ OXY | ○ OXY | |
| 20 | ● Phencyclidine (PCP) | ● # 11 PCP | ● PCP | 15 ● PCP | ● PCP | 13 ● PCP |
| 21 | ● Propoxyphene (PPX) | ● # 13 PPX | ● PPX | 16 ● PPX | ● PPX | 14 ● PPX |
| 22 | ○ Tricyclic antidepressant | ● # 8 TCA | ● TCA | 17 ○ TCA | ○ TCA | |
| 23 | ○ Tetrahydrocannabinol (Marijuana) | ● # 4 THC | ● THC | 18 ● THC | ○ THC | 15 ○ THC |
| 24 | ● Tramadol | ● # TRA | ● TRA | 19 ● TRA | ● TRA | 16 ● TRA |

## PRACTITIONER AUTHORIZATION

I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.

4. I am directing PB Laboratories LLC to perform semi-quantitative assays and quantitative testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

PROVIDER'S SIGNATURE _____

PROVIDER'S NAME (PRINTED) Dr David Simon

DATE _____ V 03122013

FOR EACH PROVIDER USE A SEPERATE SHEET AND INDICATE HERE HOW MANY: ____ OUT OF ____

7451 S. MILITARY TRAIL | LAKE WORTH, FL 33463 | Tel (561) 641-9024 | Secure Fax (561) 641-9025 | WWW.PBLABORATORIES.COM

CONFIDENTIAL



# RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

**PB LABORATORIES** (A MEDYTOX SOLUTIONS LABORATORY)

**TESTS ORDER:**

| PANEL | (Positives Only) ☑ | POINT OF CARE | (Positives Only) ☑ |
|---|---|---|---|
| Perform qualitative testing | ☑ | Perform qualitative testing* | ☑ |
| Perform quantitative testing | ☑ | Perform quantitative testing | ☑ |

*NOTE: If we perform qualitative testing we will bill code 80101

| SALES PERSON | DENISE TROTTA | ACCOUNT | FUTURES OF PALM BEACH |
|---|---|---|---|

As part of my practice's compliance protocols, I hereby request and authorize PB Laboratories LLC to establish for me an online ordering system with the following clinical test panels available for request.

| DRUG CLASS MENU | | POC ☐ | CUSTOM ☐ | BASIC ☐ | PRESET PANELS — PANEL E ☐ | PAIN ☐ |
|---|---|---|---|---|---|---|
| 1 | 6-Acetylmorphine (6-AM) | ○ # ___ 6AM | 1 ○ 6AM ☐ | | 1 ○ 6AM | |
| 2 | Amphetamines | ○ # 4 AMP | 2 ○ AMP ☑ | 1 ○ AMP | 3 ○ AMP | 1 ○ AMP |
| 3 | Barbiturates | ○ # 6 BAR | 3 ○ BAR ☑ | 2 ○ BAR | 3 ○ BAR | 2 ○ BAR |
| 4 | Bath Salts (MDPV) | ○ ___ 7 | 4 ○ MDP ☑ | | | |
| 5 | Benzodiazepines | ○ # ___ BEN | 5 ○ BEN ☐ | 3 ○ BEN | 4 ○ BEN | 3 ○ BEN |
| 6 | Buprenorphine | ○ # ___ BUP | 6 ○ BUP ☑ | 4 ○ BUP | 5 ○ BUP | 4 ○ BUP |
| 7 | Carisoprodol (Soma) | ○ # ___ CAR | 7 ○ CAR ☐ | 5 ○ CAR | 6 ○ CAR | 5 ○ CAR |
| 8 | Cocaine | ○ # 2 COC | 8 ○ COC ☑ | 6 ○ COC | 7 ○ COC | 6 ○ COC |
| 9 | Dextromethorphan (DXM) [7-day turn around] | ○ ___ 9 | 9 ○ DXM ☐ | | | |
| 10 | Ecstasy | ○ # ___ ECS | 10 ○ ECS ☐ | 7 ○ ECS | 8 ○ ECS | |
| 11 | EtOH Alcohol | ○ # ___ ETO | 11 ○ ETO ☑ | 8 ○ ETO | 9 ○ ETO | 7 ○ ETO |
| 12 | Fentanyl | ○ # ___ FEN | 12 ○ FEN ☐ | 9 ○ FEN | 10 ○ FEN | 8 ○ FEN |
| 13 | Gabapentin [TAT 72 hrs confirm] | | 13 ○ GAB ☐ | | 11 ○ GAB | 9 ○ GAB |
| 14 | Kratom | | 14 ○ KTM ☑ | | | |
| 15 | K2 Spice (Synthetic cannabis) [TAT 72 hrs confirm] | | 15 ○ K2 ☑ | | 12 ○ K2 | |
| 16 | Meperidine | ○ # ___ MEP | 16 ○ MEP ☐ | 10 ○ MEP | 13 ○ MEP | 10 ○ MEP |
| 17 | Methamphetamine | ○ # 5 MET | 17 ○ MET ☑ | 11 ○ MET | 14 ○ MET | |
| 18 | Methadone | ○ # 10 MTD | 18 ○ MTD ☑ | 12 ○ MTD | 15 ○ MTD | 11 ○ MTD |
| 19 | Opiates | ○ # 3 OPI | 19 ○ OPI ☑ | 13 ○ OPI | 16 ○ OPI | 12 ○ OPI |
| 20 | Oxycodone | ○ # 11 OXY | 20 ○ OXY ☑ | 14 ○ OXY | 17 ○ OXY | |
| 21 | Phencyclidine (PCP) | ○ # 8 PCP | 21 ○ PCP ☐ | 15 ○ POP | 18 ○ POP | 13 ○ PCP |
| 22 | Propoxyphene (PPX) | ○ # ___ PPX | 22 ○ PPX ☐ | 16 ○ PPX | 19 ○ PPX | 14 ○ PPX |
| 23 | Tricyclic antidepressant | ○ # 12 TCA | 23 ○ TCA ☐ | 17 ○ TCA | 20 ○ TCA | |
| 24 | Tetrahydrocannabinol (Marijuana) | ○ # 1 THC | 24 ○ THC ☑ | 18 ○ THC | 21 ○ THC | 15 ○ THC |
| 25 | Tramadol | ○ # ___ TRA | 25 ○ TRA ☑ | 19 ○ TRA | 22 ○ TRA | 16 ○ TRA |
| 26 | VALIDITY TESTING: Urine Creatinine, pH, Specific Gravity and Oxidants | | 26 ○ VAL ☑ | 20 ○ VAL | 23 ○ VAL | 17 ○ VAL |

(CUP MAKER & NAME)

## PRACTITIONER AUTHORIZATION

I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.

4. I am directing PB Laboratories LLC to perform semi-quantitative assays and quantitative testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

PROVIDER'S SIGNATURE _____

FOR EACH PROVIDER USE A SEPERATE SHEET AND INDICATE HERE HOW MANY: 1 OUT OF 1

PROVIDER'S NAME (PRINTED) *Gloria Dunkin, MD*   DATE 7/1/14

V03122013

7451 S. MILITARY TRAIL | LAKE WORTH, FL 33463 | Tel (561) 641-9024 | Secure Fax (561) 641-9025 | WWW.PBLABORATORIES.COM

CONFIDENTIAL

LABS01140440



# RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

**LABORATORIES**
A MEDYTOX-OWNED LABORATORY

**TESTS ORDER:**

| PANEL | (Tests Only) | ☐ |
| Perform **qualitative** testing | ☑ |
| Perform **quantitative** testing | ☑ |

*NOTE: If we perform qualitative testing we will bill code 80101*

| POINT OF CARE | (Positives Only) | ☐ |
| Perform **qualitative testing*** | ☑ |
| Perform **quantitative** testing | ☑ |

| SALES PERSON | Frank Dios | ACCOUNT | STEP DOWN |

As part of my practice's compliance protocols, I hereby request and authorize PB Laboratories LLC to establish for me an online ordering system with the following clinical test panels available for request:

| DRUG CLASS MENU | | POC ☑ | CUSTOM ☑ | BASIC ☐ | PANEL E ☐ | PAIN ☐ |
|---|---|---|---|---|---|---|
| 1 | ⊙ 6-Acetylmorphine (6-AM) | ⊙ # __ 6AM | 1 ⊙ 6AM ☑ | | 1 ⊙ 6AM | |
| 2 | ⊙ Amphetamines | ⊙ # 4 AMP | 2 ⊙ AMP ☐ | 1 ⊙ AMP | 2 ⊙ AMP | 1 ⊙ AMP |
| 3 | ⊙ Barbiturates | ⊙ # 8 BAR | 3 ⊙ BAR ☐ | 2 ⊙ BAR | 3 ⊙ BAR | 2 ⊙ BAR |
| 4 | ⊙ MDPV (Bath Salts) | | 4 ⊙ MDP ☐ | | | |
| 5 | ⊙ Benzodiazepines | ⊙ # 4 BEN | 5 ⊙ BEN ☐ | 3 ⊙ BEN | 4 ⊙ BEN | 3 ⊙ BEN |
| 6 | ⊙ Buprenorphine | ⊙ # __ BUP | 6 ⊙ BUP ☑ | 4 ⊙ BUP | 5 ⊙ BUP | 4 ⊙ BUP |
| 7 | ⊙ Carisoprodol (Soma) | ⊙ # __ CAR | 7 ⊙ CAR ☑ | 5 ⊙ CAR | 6 ⊙ CAR | 5 ⊙ CAR |
| 8 | ⊙ Cocaine | ⊙ # 2 COC | 8 ⊙ COC ☐ | 6 ⊙ COC | 7 ⊙ COC | 6 ⊙ COC |
| 9 | ⊙ Dextromethorphan (DXM) 7-day turn around | | 9 ⊙ DXM ☐ | | | |
| 10 | ⊙ Ecstasy | ⊙ # 7 ECS | 10 ⊙ ECS ☐ | 7 ⊙ ECS | 8 ⊙ ECS | |
| 11 | ⊙ EtOH Alcohol | ⊙ # __ ETO | 11 ⊙ ETO ☑ | 8 ⊙ ETO | 9 ⊙ ETO | 7 ⊙ ETO |
| 12 | ⊙ Fentanyl | ⊙ # __ FEN | 12 ⊙ FEN ☑ | 9 ⊙ FEN | 10 ⊙ FEN | 8 ⊙ FEN |
| 13 | ⊙ Gabapentin | ⊙ # __ GAB | 13 ⊙ GAB ☑ | | 11 ⊙ GAB | 9 ⊙ GAB |
| 14 | ⊙ Synthetic cannabis (K2 Spice) | | 14 ⊙ K2 ☑ | | 12 ⊙ K2 | |
| 15 | ⊙ Meperidine | ⊙ # __ MEP | 15 ⊙ MEP ☑ | 10 ⊙ MEP | 13 ⊙ MEP | 10 ⊙ MEP |
| 16 | ⊙ Methamphetamine | ⊙ # 5 MET | 16 ⊙ MET ☐ | 11 ⊙ MET | 14 ⊙ MET | |
| 17 | ⊙ Methadone | ⊙ # 10 MTD | 17 ⊙ MTD ☐ | 12 ⊙ MTD | 15 ⊙ MTD | 11 ⊙ MTD |
| 18 | ⊙ Opiates | ⊙ # 3 OPI | 18 ⊙ OPI ☐ | 13 ⊙ OPI | 16 ⊙ OPI | 12 ⊙ OPI |
| 19 | ⊙ Oxycodone | ⊙ # 12 OXY | 19 ⊙ OXY ☐ | 14 ⊙ OXY | 17 ⊙ OXY | |
| 20 | ⊙ Phencyclidine (PCP) | ⊙ # 6 PCP | 20 ⊙ PCP ☐ | 15 ⊙ PCP | 18 ⊙ PCP | 13 ⊙ PCP |
| 21 | ⊙ Propoxyphene (PPX) | ⊙ # __ PPX | 21 ⊙ PPX ☑ | 16 ⊙ PPX | 19 ⊙ PPX | 14 ⊙ PPX |
| 22 | ⊙ Tricyclic antidepressant | ⊙ # 11 TCA | 22 ○ TCA ☐ | 17 ○ TCA | 20 ○ TCA | |
| 23 | ⊙ Tetrahydrocannabinol (Marijuana) | ⊙ # 1 THC | 23 ⊙ THC ☐ | 18 ⊙ THC | 21 ⊙ THC | 15 ⊙ THC |
| 24 | ⊙ Tramadol | ⊙ # __ TRA | 24 ⊙ TRA ☑ | 19 ⊙ TRA | 22 ⊙ TRA | 16 ⊙ TRA |

(left margin of POC column: **CUP MAKER & NAME**)

**PRESET PANELS**

## PRACTITIONER AUTHORIZATION

**I** authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.

4. I am directing PB Laboratories LLC to perform semi-quantitative assays and quantitative testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

| PROVIDER'S SIGNATURE | PROVIDER'S NAME (PRINTED) Jaimy H. Bensimon, M.D. | DATE 5/21/13 | V 03122013 |

FOR EACH PROVIDER USE A SEPERATE SHEET AND INDICATE HERE HOW MANY : ____ OUT OF ____

**7451 S. MILITARY TRAIL | LAKE WORTH, FL 33463 | Tel (561) 641-9024 | Secure Fax (561) 641-9025 | WWW.PBLABORATORIES.COM**

LABS01140468



**EPIC**
REFERENCE LABS, INC.

## RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

**TESTS ORDER:**

| PANEL | (Positives Only) | ☐ ✓ | | POINT OF CARE (Positives Only) | ☐ ✓ |
|---|---|---|---|---|---|
| | Perform qualitative testing | ☑ | | Perform qualitative testing* | ☑ |
| | Perform quantitative testing | ☐ | | Perform quantitative testing | ☑ |

*NOTE: If we perform qualitative testing we will bill code 80101

**SALES PERSON** Frank Diaz     **ACCOUNT** Believe Treatment S

As part of my practice's compliance protocols, I hereby request and authorize EPIC Reference Labs, Inc. to establish for me an online ordering system with the following clinical test panels available for request:

| DRUG CLASS MENU | | POC ☑ | | CUSTOM ☑ | | BASIC ☐ | | PANEL E☐ | | PAIN ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6-Acetylmorphine (6-AM) | ⊘ # ____ 6AM | 1 | ☐ 6AM | | | 1 | ⊘ 6AM | | |
| 2 | Amphetamines | ⊛ # 4 AMP | 2 | ☐ AMP | 1 | ⊛ AMP | 2 | ⊘ AMP | 1 | ☐AMP |
| 3 | Barbiturates | ⊘ # 6 BAR | 3 | ☐ BAR | 2 | ⊘ BAR | 3 | ⊘ BAR | 2 | ☐ BAR |
| 4 | MDPV (Bath Salts) | | 4 | ☑ MDP | | | | | | |
| 5 | Benzodiazepines | ⊘ # 7 BEN | 5 | ☐ BEN | 3 | ⊘ BEN | 4 | ⊘ BEN | 3 | ☐BEN |
| 6 | Buprenorphine | ⊘ # ____ BUP | 6 | ☑ BUP | 4 | ⊘ BUP | 5 | ⊘ BUP | 4 | ☐BUP |
| 7 | Carisoprodol (Soma) | ⊘ # ____ CAR | 7 | ☑ CAR | 5 | ⊘ CAR | 6 | ⊘ CAR | 5 | ☐CAR |
| 8 | Cocaine | ⊘ # 2 COC | 8 | ☐ COC | 6 | ⊘ COC | 7 | ⊘ COC | 6 | ☐COC |
| 9 | Cotinine | | 9 | ☐ COT | | | | | | |
| 10 | Dextromethorphan (DXM) 7-day turn around | | 10 | ☐ DXM | | | | | | |
| 11 | Ecstasy | ⊘ # 9 ECS | 11 | ☐ ECS | 7 | ⊘ ECS | 8 | ⊘ ECS | | |
| 12 | EtOH Alcohol | ⊘ # ____ ETO | 12 | ☐ ETO | 8 | ⊘ ETO | 9 | ⊘ ETO | 7 | ☐ETO |
| 13 | Fentanyl | ⊘ # ____ FEN | 13 | ☑ FEN | 9 | ⊘ FEN | 10 | ⊘ FEN | 8 | ⊘FEN |
| 14 | Gabapentin | | 14 | ☑ GAB | | | 11 | ⊘ GAB | 9 | ☐GAB |
| 15 | Synthetic cannabis (K2 Spice) | | 15 | ☑ K2 | | | 12 | ☑ K2 | | |
| 16 | Meperidine | ⊘ # ____ MEP | 16 | ☐ MEP | 10 | ⊘ MEP | 13 | ⊘ MEP | 10 | ⊘MEP |
| 17 | Methamphetamine | ⊘ # 5 MET | 17 | ☐ MET | 11 | ⊘ MET | 14 | ⊘ MET | | |
| 18 | Methadone | ⊘ # 10 MTD | 18 | ☐ MTD | 12 | ⊘ MTD | 15 | ⊘ MTD | 11 | ⊘MTD |
| 19 | Methylphenidate | | 19 | ☐ MLP | | | | | | |
| 20 | Opiates | ⊘ # 3 OPI | 20 | ☐ OPI | 13 | ⊘ OPI | 16 | ⊘ OPI | 12 | ☐OPI |
| 21 | Oxycodone | ⊘ # 11 OXY | 21 | ☐ OXY | 14 | ⊘ OXY | 17 | ⊘ OXY | | |
| 22 | Phencyclidine (PCP) | ⊘ # 8 PCP | 22 | ☐ PCP | 15 | ◯ PCP | 18 | ◯ PCP | 13 | ◯PCP |
| 23 | Phentermine | | 23 | ☐ PTM | | | | | | |
| 24 | Propoxyphene (PPX) | ⊘ # ____ PPX | 24 | ☐ PPX | 16 | ⊘ PPX | 19 | ⊘ PPX | 14 | ⊘PPX |
| 25 | Tapentadol | | 25 | ☐ TPT | | | | | | |
| 26 | Tricyclic antidepressant | ⊘ # 12 TCA | 26 | ☐ TCA | 17 | ⊘ TCA | 20 | ⊘ TCA | 15 | ⊘THC |
| 27 | Tetrahydrocannabinol (Marijuana) | ⊘ # 1 THC | 27 | ☐ THC | 18 | ⊘ THC | 21 | ⊘ THC | | |
| 28 | Tramadol | ⊘ # ____ TRA | 28 | ☑ TRA | 19 | ⊘ TRA | 22 | ⊘ TRA | 16 | ⊘TRA |
| 29 | VALIDITY TESTING: Urine Creatinine, pH, Specific Gravity and Oxidants | | 29 | ☑ VAL | 20 | ⊘ VAL | 23 | ⊘ VAL | 17 | ⊘VAL |

**PRACTITIONER AUTHORIZATION** I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.

4. I am directing EPIC Reference Labs, Inc. to perform semi-quantitative assays and quantitative testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

| PROVIDER'S SIGNATURE | PROVIDER'S NAME (PRINTED) William T. Romanos M MD | DATE 1/27/14 |
|---|---|---|

V 11052013

FOR EACH PROVIDER USE A SEPERATE SHEET AND INDICATE HERE HOW MANY: ____ OUT OF ____

7980 CENTRAL INDUSTRIAL DR. STE 120     |     RIVIERA BEACH, FL 33404     |     Tel (561) 249-4434

will need Alcohol Swab in POC.