# **EXHIBIT 22**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

Civil Action No. 19-cv-01324-JCH

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY and
CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

    *Plaintiff,*

v.

BIOHEALTH LABORATORIES, INC.,
PB LABORATORIES, LLC,
EPIC REFERENCE LABS, INC., and
EPINEX DIAGNOSTICS, INC.,

    *Defendants.*

---

## REBUTTAL REPORT OF
## Jacqueline Thelian, CPC, CPC-I, CPMA, CHCA

*[signature]*

Jacqueline Thelian, CPC, CPC-I, CPMA, CHCA
Healthcare Consultant
Medco Consultants, Inc.
May 19, 2023

1

of Health Care Auditors and Educators (AHCAE) and as a Certified Coder and Certified Coding Instructor (both from the AAPC), medical necessity is determined exclusively by the ordering physician based upon the documentation in the patient's medical record.

When determining the definition of medical necessity, the ordering physician looks to the insurer's definition as well as the industry standard, which is Medicare as referenced by Dr. Clark.[4]

However, Dr. Clark's reference to Medicare's definition of medical necessity is not specific to the CPT/HCPCS codes related to drug testing. For the CPT codes related to drug testing, Medicare provides specific references to medical necessity. In this case, the Centers for Medicare and Medicaid Service's (CMS) Local Coverage Determination (LCD), and Controlled Substance Monitoring and Drugs of Abuse Testing, provides the following guidance and defines medical necessity as follows:[5]

- ✓ Designates *documentation, <u>by the clinician in the patient's medical record</u>*, of medical necessity for, and testing ordered on an individual patient basis;
- ✓ The *patient's medical record must* include an appropriate testing frequency based on the stage of treatment or recovery, the rationale for the drug/drug classes ordered and the results documented *in the medical record and used to direct care*.
- ✓ The testing frequency must *meet the medical necessity and be <u>documented in the clinician's medical record.</u>*
- ✓ Criteria to establish medical necessity for drug testing must be based on patient-specific elements identified during the clinical assessment and *<u>documented by the clinician in the patient's medical record</u>*, and must include at least the following elements: Patient history, Physical examination and previous laboratory findings, Current treatment plan, Prescribed medication(s), and Risk assessment plan.
- ✓ Testing must be <u>based on *clinician's documented medical necessity*</u> and reviewed by the clinician in the management of prescribing/renewing a controlled substance.

---

[4] Dr. Kelly Clark's expert report, page 20 footnote 18

[5] CMS Local Coverage Determination (LCD) L36393 Controlled Substance Monitoring and Drugs of Abuse Testing

6