# EXHIBIT 23

| | |
|---|---|
| **From:** | Gerhard, Glenn M B7NC [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=GMGERH] |
| **Sent:** | 7/28/2015 9:13:32 PM |
| **To:** | Borden, Eva C HHHH [eva.borden@cigna.com] |
| **Subject:** | RE: Substance Abuse - Daily Stand Up - AGENDA 7/28 |

Feels like Service Ops should be pulled in suspend/hold more claims payments for a period of time while this work is happening.   We shouldn't feel obligated to continue paying daily.    Seems like we should be calling a time out on substance abuse payments and take advantage of the claim processing timeline we are allowed.    Even if we're late, LPI is 1% per month in FL (12% annual).

Also, Navigant is sending me their proposal tomorrow.

---
**From:** Borden, Eva C HHHH
**Sent:** Tuesday, July 28, 2015 3:49 PM
**To:** Schomer, Kristina HHHH; Csida, Joseph (Joe) C3ISG; DeLoureiro, Timothy M C3ISG; Rodriguez, Alexandra E HHHH; Netz, Ashley M C3ISG; Evanko, Brian W2SLT; Puri, Harshada S C4PRD; Burns, Denise C2SO; Cierzan, Karen K 46K; Norton, Matthew C W3SIU; Andros, Aneta W3SIU; Hixson, Thomas (Tom) W3SIU; Pyrro, Edwin L (Ed) B7CDH; Nemecek, Douglas A (Doug) 46K; DeShaw, Jessica HHHH; Lustig, Stuart HHHH; Rabinowitz, Philip 2135; Reardon MD, Michael J HHHH; Nicoll, Daniel (Dan) 685; Vitiello, Marco N 300; Gerhard, Glenn M B7NC; Wright, Corey W 647; King, Jeffrey D (Jeff) 46K; Jobe, Elizabeth A (Liz) 390; St Pierre, Eleanor (Ellie) HHHH; Moore, Kimberly A 584; Prokup ESQ, Jonathan M ESQ TL16H; Welch II, William M ESQ B6LPA; Tindall, Jeffrey E (Jeff) B6LPA; Oates, John HHHH; Schwartz, David C 1265; Julason Damato, Kristin 1265; Szable, Amy J HHHH; Slitt, Mark B4MKT; Mondy, Joseph M B4MKT; Stotler, Kristin HHHH; Banaszek, Kelly TL11M; Lough, Lisa C3ISG; Seiler, Carmen D 620; Bigman, Aaron C4PRD
**Subject:** Substance Abuse - Daily Stand Up - AGENDA 7/28


7/28 AGENDA
- What is a stand-up? - Eva
- Daily Metrics - Corey
- Pend all claims under SIU investigation - Tom
- FL OIR Meeting 7/28 - Respond to OIR 7/29 with:
-    #1 - EPO or #2 - Cap OON benefits
-    Policy language changes - owners?
- CMS Meeting on Friday 7/31 - David
- Any other blockers


Eva Borden, FSA  |  Cigna – US Individual  |  Voice: 860.560.6787  |  Fax: 860.687.7077
Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 by Cigna