# EXHIBIT 24

| | |
|---|---|
| From: | Nemecek, Douglas A (Doug) 46K [/O=CIGNA/OU=MCC/CN=RECIPIENTS/CN=DANEME] |
| Sent: | 8/17/2015 6:58:25 PM |
| To: | Mondy, Joseph M B4MKT [joseph.mondy@cigna.com]; Sandberg, Jon L B4MKT [jon.sandberg@cigna.com] |
| Subject: | RE: Potential Media Statement for Palm Beach Post |

Thanks, Joe.

I'm good with the below bullets with the following edits:

These clinics are deliberately not part of the health plan's networks, so that they can charge that fees far in access of what contracted clinics typically charge, and also charge for services typically not covered, such as "equine therapy."
Better as:
These clinics are deliberately not part of the health plan's networks, so that they can charge fees far in excess of what contracted clinics typically charge.

I don't know that the 'equine therapy' issue is really the point here. The issue is that they charge excessively inflated fees. If the fee was reasonable, we wouldn't care about the equine therapy. They are using bundled codes and not submitting separate codes for the equine therapy or other EIU services today.

Thanks for putting this all together.

Doug

---

**From:** Mondy, Joseph M B4MKT
**Sent:** Monday, August 17, 2015 12:38 PM
**To:** Sandberg, Jon L B4MKT; Nemecek, Douglas A (Doug) 46K
**Subject:** RE: Potential Media Statement for Palm Beach Post

Just got off the phone w/IFP they say Cordani has signed off on the planned pause in the FL HIX market for 2016. Given this new news, I think we may want to make the general statement so it's clear that everyone is pulling or has pulled their PPO plans in the FL HIX.

Joe Mondy
Cigna
860-226-5499
joseph.mondy@cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

---

**From:** Sandberg, Jon L B4MKT
**Sent:** Monday, August 17, 2015 1:03 PM
**To:** Mondy, Joseph M B4MKT; Nemecek, Douglas A (Doug) 46K
**Subject:** RE: Potential Media Statement for Palm Beach Post

The last sentence, while factual, signals our intent to get out of the exchange in advance of that action being public. I don't think we can go that far until that decision is finalized. I think you can eliminate that, and when a decision is made we can point back to this statement. Do you need the last comment?

**From:** Mondy, Joseph M B4MKT
**Sent:** Monday, August 17, 2015 12:57 PM
**To:** Nemecek, Douglas A (Doug) 46K
**Cc:** Sandberg, Jon L B4MKT
**Subject:** Potential Media Statement for Palm Beach Post
**Importance:** High

As discussed please review the below draft statement for the Palm Beach Post:

We are seeing a significant increase in fraudulent and abusive practices by outpatient rehab facilities in South Florida in 2015. These practices involve "fee forgiveness," physician kickbacks, and unnecessary drug testing on customers resulting in rehab claims spending that is 30X what it was in 2014.

These schemes involve individuals from outside of the state who purchase individual health coverage off Florida's public marketplace exchange, and are then enrolled in Florida outpatient rehab clinics.

These clinics are deliberately not part of the health plan's networks, so that they can charge that fees far in access of what contracted clinics typically charge, and also charge for services typically not covered, such as "equine therapy."

One of the key abuses involves labs that are conducting expensive urine testing on nearly a daily basis for substance abuse patients. This testing is not medically necessary at the level it is being performed.

This abuse has a direct impact on taxpayers, who pay for the subsidies and the reinsurance costs that support Florida's public marketplace exchange. Moreover it hurts other public marketplace exchange participants by causing them to pay higher premiums and by limiting their access to legitimate out-of-network health care providers.

Because of this abuse, it is very likely that there will be no public marketplace exchange health plans in Florida that offer coverage for out-of-network health care coverage in 2016.


Joe Mondy
Cigna
860-226-5499
joseph.mondy@cigna.com


*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*