# EXHIBIT 25

**From:** Muney, Alan M W2SLT [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=C33740]
**Sent:** 6/3/2015 3:04:23 PM
**To:** Finley, David H HHHH [david.finley@cigna.com]; Exline Van De Beek, Diane 309 [diane.exlinevandebeek@cigna.com]; Vangeli, Mario N 790 [mario.vangeli@cigna.com]
**CC:** Welch II, William M ESQ B6LPA [william.welch@cigna.com]; Josephs, Scott 446 [scott.josephs@cigna.com]; Nemecek, Douglas A (Doug) 46K [douglas.nemecek@cigna.com]
**Subject:** RE: Non par sub abuse lab in IFP

What's ETA on getting these edits into CXT?

---

**From:** Finley, David H HHHH
**Sent:** Wednesday, June 03, 2015 8:50 AM
**To:** Muney, Alan M W2SLT; Exline Van De Beek, Diane 309; Vangeli, Mario N 790
**Cc:** Welch II, William M ESQ B6LPA; Josephs, Scott 446; Nemecek, Douglas A (Doug) 46K
**Subject:** RE: Non par sub abuse lab in IFP

Hi, Alan

I spoke with Cathy Bailey this morning. The group did discuss pending these claims for the entire organization. We decided against this because the expected annual volume of claims was expected to be too high (61,000) for manual review. Neither SIU nor pre-pay could handle that volume. Currently, SIU is getting about 500 of these toxicology claims per month.

SIU (and not pre-pay) is reviewing these because of associated issues of fraud, such as fee-forgiving.

The edit to deny these in CXT, when implemented, will automate the process, enabling it to be applied throughout the enterprise.

David

---

**From:** Muney, Alan M W2SLT
**Sent:** Tuesday, June 02, 2015 5:02 PM
**To:** Exline Van De Beek, Diane 309; Finley, David H HHHH; Vangeli, Mario N 790
**Cc:** Welch II, William M ESQ B6LPA; Josephs, Scott 446; Nemecek, Douglas A (Doug) 46K
**Subject:** RE: Non par sub abuse lab in IFP

Why is something that's good for IFP not good for all customers? Not a fan of one offs. If we manage to do something that's the right thing to do then why not for all? Denied claims and manual ops to deal with it will I'm sure will be what I get as an answer to my question

---

**From:** Finley, David H HHHH <David.Finley@Cigna.com>
**Date:** June 2, 2015 at 4:52:25 PM EDT
**To:** Exline Van De Beek, Diane 309 <Diane.ExlineVanDeBeek@Cigna.com>,Muney, Alan M W2SLT <Alan.Muney@Cigna.com>,Vangeli, Mario N 790 <Mario.Vangeli@Cigna.com>
**Cc:** Josephs, Scott 446 <Scott.Josephs@Cigna.com>,Welch II, William M ESQ B6LPA <William.Welch@Cigna.com>,Nemecek, Douglas A (Doug) 46K <Douglas.Nemecek@Cigna.com>
**Subject:** RE: Non par sub abuse lab in IFP

I am not sure I can answer the question completely, but I have some information that may help.

CONFIDENTIAL

CIGNA19-1326 0330846

First, the need for the IFP fix was immediate. The solution, which could be and was done immediately, was to pend claims for > 4 toxicology tests and subject them to medical necessity review in SIU. The medical necessity would be determined by asking for a prior screening test that was positive for the quantitative test requested. Absent that, the claim would be denied. It was anticipated that because most of these tests were unnecessary, not many records showing a positive screening test would be forthcoming. So far that has been the case.

The approach for the rest of Cigna, and I believe for IFP in the long run, is different. This approach is that if a claim comes in for over 8 quantitative drug tests in a day, the claim would be denied as not medically necessary. To do that, we need a medical policy. If the claim is denied, they can appeal, and send in the positive screening tests. But, again, the assumption is that almost all of these tests are abusive, and not medically necessary. (The average number of tests submitted per day per patient is ,I was told, is around 30.) Taking a policy through EPIC and communicating it takes time, and IFP stated it could not wait months, so a temporary fix was put in place in the meantime. The policy document does not have IFP out of scope for the policy.

So short answer: temporary fix for IFP while formal medical policy wends its way through the process.

I will confirm with Cathy Bailey and Julie Kessel to make sure this is all correct.

David

---

**From:** Muney, Alan M W2SLT
**Sent:** Tuesday, June 02, 2015 4:01 PM
**To:** Finley, David H HHHH; Vangeli, Mario N 790; Exline Van De Beek, Diane 309
**Cc:** Josephs, Scott 446; Nemecek, Douglas A (Doug) 46K; Welch II, William M ESQ B6LPA
**Subject:** RE: Non par sub abuse lab in IFP

Can I ask a dumb ass question: if the edits are rightful, what merits just putting them into place for IFP and not the whole company?

---

**From:** Finley, David H HHHH <David.Finley@Cigna.com>
**Date:** June 2, 2015 at 1:38:12 PM EDT
**To:** Vangeli, Mario N 790 <Mario.Vangeli@Cigna.com>,Exline Van De Beek, Diane 309 <Diane.ExlineVanDeBeek@Cigna.com>,Muney, Alan M W2SLT <Alan.Muney@Cigna.com>
**Cc:** Nemecek, Douglas A (Doug) 46K <Douglas.Nemecek@Cigna.com>,Josephs, Scott 446 <Scott.Josephs@Cigna.com>,Welch II, William M ESQ B6LPA <William.Welch@Cigna.com>
**Subject:** RE: Non par sub abuse lab in IFP

HI, Alan

This group has been working with IFP and SIU on this issue. The overview is that IFP needed immediate relief from these claims; The edits for IFP went into production on or around May 8th. Claims for more than 4 quantitative toxicology tests are pended for review. Attached is the outline of the plan for IFP and for the rest of Cigna. The broader policy is working its way through EPIC.

To date, about 500 IFP claims have been intercepted and pended for records. Only one record has been received. Total savings cannot be calculated until the timeframe for pending for records has elapsed.

I cannot comment on going to CMS about effects of the exchanges.

Please let me know if you would like additional information.

Thank you

David


David H Finley, MD, FACS
National Medical Officer
Enterprise Affordability
Total Health and Network

860 226 5391 (W)
914 261 3864 (M)
914 328 0499 (H)

---

**From:** Muney, Alan M W2SLT
**Sent:** Tuesday, June 02, 2015 11:43 AM
**To:** Finley, David H HHHH; Vangeli, Mario N 790; Exline Van De Beek, Diane 309
**Cc:** Nemecek, Douglas A (Doug) 46K; Welch II, William M ESQ B6LPA
**Subject:** Non par sub abuse lab in IFP

Can I trouble one of you to give me a summary of what's up here and what we're doing? Came up in the elt IFP call today. Cordani wanted to know if we've considered going to CMS about the impact on exchanges in these states. Redacted - Privilege
Redacted - Privilege