# EXHIBIT 26

| | |
|---|---|
| From: | Norton, Matthew C W3SIU [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=C14859] |
| Sent: | 7/17/2015 6:08:59 PM |
| To: | Rigg, Jeffrey T (Jeff) TL15D [jeffrey.rigg@cigna.com] |
| Subject: | FW: AHIP Request |

Jeff,

Below is the brief write-up on the rehab scheme; I mentioned this when we talked yesterday. I think it's worth reading through.

Matt

Direct: 860.226.3751
Assistant: debra-lee.ryniewicz@cigna.com
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

---

**From:** Andros, Aneta W3SIU
**Sent:** Tuesday, July 14, 2015 11:50 AM
**To:** Norton, Matthew C W3SIU
**Subject:** FW: AHIP Request

Below are the scheme summaries provided to Liz Jobe.

---

**From:** Andros, Aneta W3SIU
**Sent:** Thursday, July 09, 2015 5:30 PM
**To:** Jobe, Elizabeth A (Liz) 390
**Cc:** Hixson, Thomas (Tom) W3SIU (Thomas.Hixson@Cigna.com)
**Subject:** RE: AHIP Request

Liz,

Per our conversation, below are the schemes SIU has identified. I will be out of the office until Tuesday; please feel free to contact Tom with any follow-up questions.

Thanks!
Aneta

1. Substance Abuse Facilities (SAF)
The SAF will fly persons to their locations and assist them in obtaining medical coverage if they do not currently have coverage. Although not always, there have been instances where the SAF paid for the monthly premiums for these individuals. Once coverage is obtained, the SAF bills Cigna for Intensive Outpatient (IOP) Services to obtain payment. Medical records often show that the billed services are misrepresented. By billing IOP, the SAF avoids clinical scrutiny from Cigna. The SAFs also bill for daily urine drug screens which questions medical necessity. Additionally, interviews have shown that customers are typically not held liable for their portion of cost-sharing (aka fee forgiving).

2. Sober Homes

CONFIDENTIAL

CIGNA19-1326 0327420

Sober homes work with SAFs and bill urine drug screens so the customers can maintain residency. These are not used for treatment purposes and should not be billed.   We are currently denying claims once it is confirmed to be a sober home.

3. Laboratories
The SAFs send negative urine drug screens to labs for confirmatory testing. The labs bill 20-30 tests that are medically unnecessary. Interviews have shown that the customers are not aware of the lab services and are not being held liable for their cost-sharing responsibilities.
In some instances, it has been identified that toxicology labs are selling limited ownership to healthcare professionals which requires a minimum count of lab referrals.   Healthcare professionals are incentivized by the number of test ordered and in some cases it is suspected that failing to meet the referral quota will terminate the profit sharing agreement.   This increases the pressure on healthcare professionals who may then order tests that are not medically necessary.

4. Broker Involvement
Brokers have been identified as playing a more significant role in the IFP enrollment. More recently, a broker was identified as enrolling several on-exchange customers who then received services at a SAF. The majority, if not all, of the enrollees from this broker are receiving treatment from SAF under investigation.    This generates questions about potentially unsavory relationships between brokers and SAFs.   A similar situation is under investigation but it's a relationship between a broker and a couple dialysis centers treating ESRD patients.

5. Phantom providers
We have investigated several Chiro/PT providers submitting claims as legitimate business but are actually store front operations using a recruiter to offer incentives to Cigna customers in exchange for their medical identification information.    The FL IFP account continues to be exposed to this scheme, however, increased screening controls within the SIU has made a significant impact to reduce the risk.

*Aneta C.D. Andros, AHFI*
Fraud Manager - Analytics Team
Special Investigations Unit
900 Cottage Grove Road W3SIU
Hartford, CT 06152
T: 860.226.4348
F: 860.226.3598
aneta.andros@cigna.com

*Confidential unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2015 Cigna.*

-----Original Appointment-----
**From:** Jobe, Elizabeth A (Liz) 390
**Sent:** Monday, July 06, 2015 12:29 PM
**To:** Jobe, Elizabeth A (Liz) 390; Andros, Aneta W3SIU
**Subject:** AHIP Request
**When:** Wednesday, July 08, 2015 11:00 AM-11:30 AM (UTC-06:00) Central Time (US & Canada).
**Where:** 888.244.6260 passcode: 921 039


Hi Aneta –

We're working on bringing an awareness to AHIP on the substance abuse issue to then take to the inspector general. We've been asked to provide a summary and a few examples of what we've seen to date.   I'm hoping to connect with you quickly so we can put together something concise and get it moving through the proper channels.

CONFIDENTIAL

Not sure if you'll be in the office tomorrow, but I will be in CT if you wanted to meet live.

Thanks!
Liz

CONFIDENTIAL                                                                                                        CIGNA19-1326 0327422