# EXHIBIT 27

October 21, 2015
From: Doug Nemecek

Substance Use Disorder Action Update
Individual and Family Plans

**Problem**: Cigna's costs attributable to treatment of substance use disorders exploded in 2015, driven by out-of-network utilization. Florida's IFP plan was most significantly impacted, although the costs were felt across Cigna's book of business. Claims paid per day for SUD treatment in the IFP plans grew from approximately $21,000 per day in January, 2015 to over $1.2M per day in July, 2015.

**Key Drivers**:
1 – Out of Network Drug Testing: Increased and unnecessary frequency of testing as well as uncapped unit costs drove spend on Drug Testing through SUD facilities and independent labs.
2 – Out of Network Intensive Outpatient treatment programs: Intensive Outpatient treatment is the lowest level of care for drug and alcohol treatment. However, OON facilities were charging rates many times Cigna's standard contracted rates, and were being reimbursed their billed charges. No MRC existed for Intensive Outpatient treatment codes.

**Core Team:** SIU (Matt Norton and Aneta Andros); TH&N Operations (Denise Burns); Medical Economics (Glenn Gerhard, Corey Wright, and Christine Shumpert); IFP (Eva Borden and Liz Jobe); Reimbursement Policy (Beth Provost); Behavioral Operations (Karen Cierzan); Behavioral Analytics (Gary Beard); Legal (Jonathan Prokup); State Gov't Affairs (Jeff Tindall); Communications (Joe Mondy); Project Management (Jessica DeShaw and Laura Eldridge)

**Actions and Results**:

1 – IFP claims paid for SUD has decreased from $29.2M in July to $8.5M in September.

2 – Pend claims for SIU: Claims were pended for 120+ facilities in FL with suspected fraud or abuse. Almost $60M in claims pended from these 120 currently. Have to give facilities 90 days to submit information, but have now come to conclusion on 50 facilities. Working with legal on a case by case basis for actions based on the SIU conclusions. $11.3M in IFP claims from one facility review just completed, most will be denied. Overall, approximately $17M in claims currently in SO to process to be denied, 70% of which is IFP. FL IFP is 57% of all dollars pended in SIU for all current investigations. 54 additional facilities currently in clinical review, expected to be completed by year end.

3 – Assumption: approximately 20% of claims currently pended may need to be paid, but will be subject to new reimbursement policies when claims are released, achieving savings vs what would have been paid prior to pending the claims and our investigation.

4 – Broker investigation: $16.8M in claims pended for 177 customers enrolled by Ronald Gross. Working with legal on strategy to move forward with rescinding insurance and denying claims. Also in conversations with CMS about this process. Algorithm in place to search and potentially identify any other brokers involved in similar activities.

5 – IFP Lab Edit:  claims have been pended for definitive lab tests billed more than 4 per day.  This is approximately $25M in claims pended for medical records.  50 claims per day going to medical director review.  Labs have not changed their utilization and billing patterns since this edit has been in place.  New Drug Testing policy implemented 10/19 that will eliminate need for this edit going forward.  Claims pended with records awaiting clinical review can be put through new edit now.

6 – New Drug Testing policies: Multiple clinical and claim reimbursement policies released on Monday, October 19.   This includes limits to both presumptive and definitive drug testing codes.  Presumptive testing will be limited to one per day and 32 per year.  Definitive testing will be limited to 8 per day and 128 per year.   Cigna will now deny 2 HCPCS codes and require claims to be resubmitted with the appropriate CPT codes.  The last of the new policies will require the use of G-codes for definitive drug tests when they exist, which will allow us to use the Medicare pricing for an MRC.   Combining the MRC with the frequency limits will bring significant savings going forward.

7 – Intensive Outpatient program pricing:  H0015 is being billed by OON facilities, and to date, no MRC has been available.  Starting 10/13, a pre-pay edit is in place to apply APC pricing to this code.  A systemic fix is scheduled for release on November 19.

8 – Behavioral Operations Actions:  Dedicated staff doing UM initial reviews and concurrent reviews for Intensive Outpatient programs.  For FL and CA, calling out to customers to attempt steerage if facility calls requesting benefit information.  Holding claims for OON facilities until licensure and other administrative data is available to support program.  Claims paid for behavioral book of business for OON IOP treatment have decreased from $13.6M in June to $3M in August.

9 – Complex Claim Review:  Effective October 19, Cigna's Complex Claim Review will include behavioral claims over $75,000.

10 – Projected IFP Claims Expense for OON SUD to be $7M - $10M per month through December.  Med Econ will reassess claim projections as impact of 10/19 claim and reimbursement edits and 11/19 system release is realized.  Will update scorecard and targets for tracking.

11 – We will move to EPO product off exchange in FL for 2016 with only lean PPO offered alongside per state regulations.  On-exchange product to be dropped for 2016.  Additional product changes across IFP markets to prevent similar cost escalations due to OON costs.

**Future work**:

1 – Address other codes for various Substance Use Disorder treatment that currently don't have MRC, including partial hospital and additional HCPCS codes.
2 – Monitor Medicare coding changes to allow for implementation of updated Lab Testing reimbursement policies to leverage new codes developed by Medicare. (Medicare also working to address these same issues)
3 – Evaluate IFP trends for additional opportunities in MH and SUD treatment.
4 – Median contracted rate pricing strategy for IFP to be evaluated for 2016 where Medicare pricing is not available.