# EXHIBIT 28

| | |
|---|---|
| From: | Burns, Denise C2SO [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=B96879] |
| Sent: | 7/30/2015 12:58:32 PM |
| To: | Gagnon, Nichole M (Nikki) 249 [nichole.gagnon@cigna.com] |
| Subject: | FW: Substance Abuse - 85% of Allowed Claims Impacted |
| Attachments: | Substance Abuse Summary 072515.pdf |

FYI

---

**From:** Borden, Eva C HHHH
**Sent:** Wednesday, July 29, 2015 9:21 PM
**To:** Evanko, Brian W2SLT; Lough, Lisa C3ISG; Tutwiler, Jessica K C5PRC; Josephs, Scott 446; Prokup ESQ, Jonathan M ESQ TL16H; Gerhard, Glenn M B7NC
**Cc:** Jobe, Elizabeth A (Liz) 390; Norton, Matthew C W3SIU; Hixson, Thomas (Tom) W3SIU; Nemecek, Douglas A (Doug) 46K; Andros, Aneta W3SIU; Wright, Corey W 647; Burns, Denise C2SO
**Subject:** Substance Abuse - 85% of Allowed Claims Impacted


Hello all – I wanted to share this summary of the "*immediate action*" work-to-date.

**HOW BIG IS THIS OPERATIONALLY?**   The $114M referenced in the document reflects >75k claims.   This will be no small operational feat moving forward.

**DOES THIS MEAN WE'RE DONE WORKING ON THIS?**   Absolutely not, this means that we have plans in place to "stop the bleeding".   There are many more medium-to-longer term, root causes that are being addressed.

**WHEN SHOULD I SEE THE PAID CLAIM DETAIL CHANGING?**   Most of the changes will be effective by end of day 7/31. I am expecting the daily paid claim report on Friday 8/7   (with paid claims through 8/4) to reflect a material drop in claims paid 8/1, 8/3 and 8/4.



Caveats:
- I have not explicitly represented all of the "Ronald Gross" enrollee pended claims
- 7/21 claims are excluded, because I forgot to ask for the 7/21 claims – "user-request error".

Tremendous thanks to all for getting this done (especially those on the cc: line)!
Eva


Eva Borden, FSA | Cigna – US Individual | Voice: 860.560.6787 | Fax: 860.687.7077

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 by Cigna