# EXHIBIT 29

| | |
|---|---|
| From: | Kennedy, Davida L W3SIU [/O=CIGNA/OU=REGION01/CN=RECIPIENTS/CN=DLKEN2] |
| Sent: | 6/24/2015 1:55:11 PM |
| To: | Fritz, Brittany W3SIU [brittany.fritz@cigna.com]; Anderson, Deanna L W3SIU [deanna.anderson@cigna.com] |
| CC: | Anderson, Deanna L W3SIU [deanna.anderson@cigna.com]; Martins, Rose W3SIU [rose.martins@cigna.com]; Baker, John W (John W. Baker) 584 [john.baker@cigna.com]; Hixson, Thomas (Tom) W3SIU [thomas.hixson@cigna.com]; Andros, Aneta W3SIU [aneta.andros@cigna.com]; Norton, Matthew C W3SIU [matthew.norton@cigna.com] |
| Subject: | RE: Drug Testing RNC & Edit |

Hi Brittany,

I will be submitting your remark requests along with two others.

Thanks, Davida

---

**From:** Fritz, Brittany W3SIU
**Sent:** Wednesday, June 24, 2015 8:50 AM
**To:** Kennedy, Davida L W3SIU; Anderson, Deanna L W3SIU
**Cc:** Anderson, Deanna L W3SIU; Martins, Rose W3SIU; Baker, John W (John W. Baker) 584; Hixson, Thomas (Tom) W3SIU; Andros, Aneta W3SIU; Norton, Matthew C W3SIU
**Subject:** RE: Drug Testing RNC & Edit

Hi Davida,

I have prepared the information below regarding our request for a new RNC code and prepay edit. Let me know if you have any questions or need any additional information, thanks!

**RNC Request:**

1.   What claim systems require the new remark codes?

- Proclaim- RNC
- PMHS- hold code
- FACETS- Explanation Code
- Diamond – hold code
- DG – Adjustment Reason/Denial Reason (AR/DR)

2.   What is the estimated volume of claims impacted?

- Using several examples, I have identified the following volume assessments based on claim received dates between 01/01/2014 and 12/31/2014:

| Laboratory | Claims |
|---|---|
| | |

CONFIDENTIAL                                                                                                                                                              CIGNA19-1326 0330121

| | |
|---|---|
| PB Labs (Collectaway) | 6,240 |
| Avee Labs | 14,057 |
| BioHealth Labs | 5,190 |
| Midas Lab | 3,486 |
| **Total:** | ***28,973*** |

3.   What is the expected financial impact?

•   Using several examples, I have identified the following exposure assessments based on claim received dates between 01/01/2014 and 12/31/2014:

| Laboratory | Billed Total | Allowed Total | Paid Total |
|---|---|---|---|
| PB Labs (Collectaway) | $13,821,931.56 | $662,208.59 | $605,939.92 |
| Avee Labs | $13,154,897.83 | $6,314,912.49 | $4,733,924.21 |
| BioHealth Labs | $11,621,037.30 | $3,798,904.14 | $3,397,744.19 |
| Midas Lab | $17,843,780.00 | $6,150,636.13 | $4,206,138.19 |
| | | **Total Paid:** | **$12,943,746.51** |

4.   What are the risks of not having this remark code?

•   SIU requires a new RNC code and corresponding prepay edit to address HCPs whose billing patterns are not consistent with Cigna's coverage position regarding laboratory services. Without a new RNC code and prepay edit to address these HCPs, Cigna will remain vulnerable to abusive billing practices for laboratory services. This vulnerability will lead to millions of dollars in losses if it is   not properly addressed.

5.   If denied, is the member liable for the non-covered amounts?

•   We should not hold the customer accountable for the non-covered amounts due to the denied claims.

6.   Should the remark code show on the EOP or EOB or both?

•   Both

**Brittany Fritz, AHFI**
900 Cottage Grove Rd, W3SIU
Hartford, CT 06152
Phone: 860.226.1097
Fax: 866.463.3075
Brittany.Fritz@Cigna.com

*Confidential unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2015 Cigna.*

---

**From:** Kennedy, Davida L W3SIU
**Sent:** Friday, June 12, 2015 11:59 AM
**To:** Fritz, Brittany W3SIU; Anderson, Deanna L W3SIU
**Cc:** Anderson, Deanna L W3SIU; Martins, Rose W3SIU; Baker, John W (John W. Baker) 584; Hixson, Thomas (Tom) W3SIU; Andros, Aneta W3SIU; Norton, Matthew C W3SIU
**Subject:** RE: Drug Testing RNC & Edit

Hello Brittany and Deanna,

Please provide as much of the following for the remark codes:

1. What claim systems require the new remark codes? i.e. Proclaim- RNC; PMHS- hold code; FACETS- Explanation Code

2. What is the estimated volume of claims impacted?

3. What is the expected financial impact?

4. What are the risks of not having this remark code?

5. If denied, is the member liable for the non covered amounts?

6. Should the remark code show on the EOP or EOB or both?

We missed the deadline to submit a remark code for July 2015. If we get this request submitted by 7/1/15, the remark code for Proclaim and PMHS can be ready on 8/15/15.

FACETS is another story. I will keep you posted on the expected date.

Thanks, Davida

-----Original Appointment-----
**From:** Anderson, Deanna L W3SIU
**Sent:** Tuesday, June 02, 2015 2:21 PM
**To:** Anderson, Deanna L W3SIU; Martins, Rose W3SIU; Kennedy, Davida L W3SIU; Fritz, Brittany W3SIU; Baker, John W (John W. Baker) 584; Hixson, Thomas (Tom) W3SIU; Andros, Aneta W3SIU
**Subject:** Drug Testing RNC & Edit
**When:** Wednesday, June 10, 2015 12:00 PM-1:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 3-9086, (888) 244-6260 (pc 993640)

To all-

I do not think we will need the full hour, but I am reserving it just in case. We would like to use this time to discuss the possibility of a new RNC and edit that will allow SIU denials (due to pass through billings, sober homes, billing quantitative when the qualitative is negative, etc.) that will support the highly anticipated Drug Testing policy.

Bill has approved the following wording, "These charges are not payable. Refer to Cigna's Drug Testing Coverage Policy."

In addition to the new denial codes, we are hoping to create an edit that will allow us to deny claims using this RNC.

Thanks!

CONFIDENTIAL

CIGNA19-1326 0330124