# EXHIBIT 30

| | |
|---|---|
| From: | Norton, Matthew C W3SIU [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=C14859] |
| Sent: | 8/28/2015 8:57:06 PM |
| To: | Finley, David H HHHH [david.finley@cigna.com] |
| Subject: | RE: H0015 |

We already are; that's what I mean by flagging.

Direct:  860.226.3751
Assistant:  debra-lee.ryniewicz@cigna.com
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

---

**From:** Finley, David H HHHH
**Sent:** Friday, August 28, 2015 4:52 PM
**To:** Norton, Matthew C W3SIU
**Subject:** RE: H0015

Ok. So is it possible SIU/pre-pay could intercept a good number of the IFP/NONPAR claims?

---

**From:** Norton, Matthew C W3SIU
**Sent:** Friday, August 28, 2015 4:01 PM
**To:** Finley, David H HHHH
**Subject:** RE: H0015

David,

We had a 2:00 PM meeting addressing a number of IFP Lab/Rehab topics. In that meeting, a number of us, including Scott and Eva Borden, discussed this specific topic. We have flagged many facilities billing H0015 while the investigations continue.

The Par/Non-Par and IFP/Non-IFP splits are as follows:

| 1H15 DOS (Proc, Facets, PMHS) Annualized - $millions | Par | Nonpar | Total | % Nonpar |
|---|---|---|---|---|
| IFP | $3.6 | $92 | $96 | 96% |
| All Other | $40 | $99 | $139 | 71% |
| Total | $44 | $191 | $235 | 81% |
| % IFP | 8% | 48% | 41% | |
| Avg Allow IFP | $454 | $2,360 | $2,038 | |
| Avg Allow all other | $437 | $1,110 | $769 | |
| **Avg Allowable** | **$438** | **$1,489** | **$1,030** | |

The top 50 non-pars represent 49% of the allowed dollars, with the majority of those dollars already being flagged by SIU.

I imagine the "someone" is Eva; again, she was on today's call so should be grounded on this topic now.

Matt

CONFIDENTIAL

CIGNA19-1326 0327226

Direct: 860.226.3751
Assistant: debra-lee.ryniewicz@cigna.com
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

---

**From:** Finley, David H HHHH
**Sent:** Friday, August 28, 2015 3:52 PM
**To:** Norton, Matthew C W3SIU
**Subject:** FW: H0015

Hi, Matt

Apparently, someone is complaining that there is not a fast enough response to the abuse around H0015. Do you have any data on this and a plan you could share?

Thank you

David

---

**From:** Burns, Denise C2SO
**Sent:** Friday, August 28, 2015 3:16 PM
**To:** Finley, David H HHHH
**Subject:** RE: H0015

Matt has all the details....we have loads of data on this!

---

**From:** Finley, David H HHHH
**Sent:** Friday, August 28, 2015 3:11 PM
**To:** Josephs, Scott 446; Provost, M. Elizabeth (Beth) HHHH; Nemecek, Douglas A (Doug) 46K
**Cc:** Borden, Eva C HHHH; Burns, Denise C2SO; Hankoff MD, Jeffrey F 383; Shumpert, Christine M 643
**Subject:** RE: H0015

Then we should be able to find out if it is just a few centers

David

---

**From:** Josephs, Scott 446
**Sent:** Friday, August 28, 2015 3:10 PM
**To:** Finley, David H HHHH; Provost, M. Elizabeth (Beth) HHHH; Nemecek, Douglas A (Doug) 46K
**Cc:** Borden, Eva C HHHH; Burns, Denise C2SO; Hankoff MD, Jeffrey F 383; Shumpert, Christine M 643
**Subject:** RE: H0015

David
SIU is helping to drive this—part of the non par Substance abuse work that is ongoing
Scott

---

**From:** Finley, David H HHHH
**Sent:** Friday, August 28, 2015 3:08 PM
**To:** Josephs, Scott 446; Provost, M. Elizabeth (Beth) HHHH; Nemecek, Douglas A (Doug) 46K
**Cc:** Borden, Eva C HHHH; Burns, Denise C2SO; Hankoff MD, Jeffrey F 383; Shumpert, Christine M 643
**Subject:** RE: H0015

Beth or Chris,

CONFIDENTIAL
CIGNA19-1326 0327227

Has SIU been involved? Do we know if this abuse is centered on a few facilities, or is it widespread? If only a few, it is possibly a much quicker remedy.

Thank you

David

---

**From:** Josephs, Scott 446
**Sent:** Friday, August 28, 2015 3:06 PM
**To:** Provost, M. Elizabeth (Beth) HHHH; Nemecek, Douglas A (Doug) 46K
**Cc:** Finley, David H HHHH; Borden, Eva C HHHH; Burns, Denise C2SO; Hankoff MD, Jeffrey F 383; Shumpert, Christine M 643
**Subject:** RE: H0015

Thanks Beth
I appreciate all the urgency to date
With dollars this large, we need to expedite process even at the expense of some due diligence, understanding that this may incur problems. However, it is my belief that this code is mostly being abused so that the number of appropriate users who might be adversely impacted should be small and we could rectify
Based on your email (and Christine's subsequent), I have a level of comfort that we will do whatever it takes to get this moved forward as quickly as possible. Certainly, our own internal processes will not be a problem
Scott

---

**From:** Provost, M. Elizabeth (Beth) HHHH
**Sent:** Friday, August 28, 2015 3:01 PM
**To:** Josephs, Scott 446; Nemecek, Douglas A (Doug) 46K
**Cc:** Finley, David H HHHH; Borden, Eva C HHHH; Burns, Denise C2SO; Hankoff MD, Jeffrey F 383
**Subject:** RE: H0015

Hi!

Just a couple of comments: This initiative is very non-standard and needs much more thorough attention to detail in order to implement than the other 3 drug testing policies in the pipeline today.

We have developed a coding strategy for H0015 and will be presenting that proposal at EPIC Intake 9/1. We will be requesting FastTrack as we did with the other drug testing policy.

We understand the urgency behind this project and will move as quickly as possible to implement a resolution/policy.


Thanks!

Beth

Beth Provost RN BSN CPC
Clinical Program Manager
Coverage Policy Unit
815.933.0399 (Phone)


*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna*

**From:** Josephs, Scott 446
**Sent:** Friday, August 28, 2015 1:48 PM
**To:** Nemecek, Douglas A (Doug) 46K
**Cc:** Finley, David H HHHH; Borden, Eva C HHHH; Provost, M. Elizabeth (Beth) HHHH; Burns, Denise C2SO; Hankoff MD, Jeffrey F 383
**Subject:** H0015

Doug
For reasons that I don't understand, the H0015 code editing and managing appears to be delayed through our EPIC Intake and related processes. Beth probably understands this much better than I do.   Please work with David and others to ensure that our internal processes do not slow down this critical work reducing unnecessary abuse of substance abuse codes by non pars.  We will put whatever resources are needed to make this work
Thanks
Scott


**Scott T. Josephs, M.D.**
VP and National Medical Officer
Total Health & Network
Cigna
Office: (919) 854-7469
Mobile: (919) 395-8684
Fax: (919) 854-7110
*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna*

CONFIDENTIAL

CIGNA19-1326 0327229