**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., and EPINEX DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. 3:19-cv-01324<br><br>Hon. Janet C. Hall |

**LABS' EXHIBITS FOR**
**LOCAL RULE 56(a)1 STATEMENT OF UNDISPUTED MATERIAL FACTS**
**IN SUPPORT OF LABS' MOTION FOR SUMMARY JUDGMENT**

## TABLE OF EXHIBITS

*Brief of Amicus Curiae, American Clinical Laboratory Association*
    *United States ex rel. Groat v. Bos. Heart Diagnostics Corp.*,
    Case No. 15-487 (D.D.C. 2017), Dkt. 64
    (July 26, 2017) ...................................................................................... Exhibit 1

Internal Cigna Correspondence re:
    *Quantitative vs Qualitative Drug testing*
    (April 13, 2015) ..................................................................................... Exhibit 2

Deposition Transcript of Stephanie Canto
    (October 27, 2022) (excerpted) ............................................................ Exhibit 3

Deposition Transcript of Michael Goldfarb
    (February 16, 2023) (excerpted) .......................................................... Exhibit 4

Deposition Transcript of Eva Borden
    (February 17, 2023) (excerpted) .......................................................... Exhibit 5

Internal Cigna Memorandum:
    *Substance Abuse Actions*
    (August 6, 2015) ................................................................................... Exhibit 6

*Statement of Work for Substance Abuse Spend in South Florida*
    (August 2015 execution date) .............................................................. Exhibit 7

Internal Cigna Correspondence re:
    *Substance Abuse & IFP - NEXT STEPS*
    (July 15, 2015) ..................................................................................... Exhibit 8

Deposition Transcript of Douglas Nemecek, M.D.
    (December 9, 2022) (excerpted) .......................................................... Exhibit 9

Internal Cigna Correspondence re:
    *SIU Medical Records for Review*
    (December 7, 2014 – January 22, 2015) ............................................. Exhibit 10

Deposition Transcript of Patrick David Hurley
    (December 16, 2022) (excerpted) ........................................................ Exhibit 11

Deposition Transcript of Thomas Hixson
    (December 5, 2022) (excerpted) .......................................................... Exhibit 12

Deposition Transcript of Daniel Nicoll, M.D.
    (January 24, 2023) (excerpted) ...............................................................................Exhibit 13

Internal Cigna Correspondence re:
    *SIU Case P-2013-169 Collectaway Labs*
    (September 19, 2013)...............................................................................................Exhibit 14

Internal Cigna Correspondence re:
    *PB Labs 2014 medical record review*
    (May 16, 2014 – May 19, 2014).................................................................................Exhibit 15

Deposition Transcript of William M. Welch, II
    (February 10, 2023) (excerpted)...............................................................................Exhibit 16

Deposition Transcript of Kelly Clark, M.D.
    (June 16, 2023) (excerpted) .....................................................................................Exhibit 17

Expert Report of Dr. Kelly Clark
    (March 1, 2023) (excerpted) ....................................................................................Exhibit 18

Rebuttal Expert Report of Dr. Kelly Clark
    (May 19, 2023) (excerpted) .....................................................................................Exhibit 19

Internal Cigna Correspondence re:
    *IFP_LAB_Customer_Services.xlsx*
    (August 26, 2015 – September 1, 2015)..................................................................Exhibit 20

Compilation of Orders Submitted to PB Labs, BioHealth & Epic
    (2013 – 2015) ...........................................................................................................Exhibit 21

Rebuttal Report of Jaqueline Thelian, CPC, CPC-I, CPMA, CHCA
    (May 19, 2023) (excerpted) .....................................................................................Exhibit 22

Internal Cigna Correspondence re:
    *Substance Abuse - Daily Stand Up - AGENDA 7/28*
    (July 28, 2015)..........................................................................................................Exhibit 23

Internal Cigna Correspondence re:
    *Potential Media Statement for Palm Beach Post*
    (August 17, 2015) .....................................................................................................Exhibit 24

Internal Cigna Correspondence re:
    *Non par sub abuse lab in IFP*
    (June 2, 2015 – June 3, 2015)..................................................................................Exhibit 25

Internal Cigna Correspondence re:
*AHIP Request*
(July 8, 2015 – July 17, 2015)....................Exhibit 26

Internal Cigna Memorandum:
*Substance Use Disorder Action Update*
(October 21, 2015) ....................Exhibit 27

Internal Cigna Correspondence re:
*Substance Abuse - 85% of Allowed Claims Impacted*
(July 29, 2015 – July 30, 2015)....................Exhibit 28

Internal Cigna Correspondence re:
*Drug Testing RNC & Edit*
(June 2, 2015 – June 24, 2015)....................Exhibit 29

Internal Cigna Correspondence re:
*H0015*
(August 28, 2015)....................Exhibit 30

Internal Cigna Document, Bates No. CIGNA 19-1326 0302256
(undated) (excerpted)....................Exhibit 31

Internal Cigna Correspondence re:
*Overpayments*
(June 10, 2015) ....................Exhibit 32

*Cigna's Objections and Supplemental Responses to*
*BioHealth Laboratories, Inc., PB Laboratories, LLC and*
*Epic Reference Labs, Inc.'s Interrogatory Nos. 16-19*
(February 1, 2023)....................Exhibit 33

Dated: July 18, 2023

Respectfully submitted,

/s/ Anthony T. Gestrich
Scott M. Hare (phv10339)
Anthony T. Gestrich (phv11119)
WHITEFORD, TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-618-5600
Facsimile: 412-618-5596
E-mail:   SHare@whitefordlaw.com
          AGestrich@whitefordlaw.com

Fred Alan Cunningham (phv20210)
Matthew Christ (phv20209)
DOMNICK CUNNINGHAM & YAFFA
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone: 561-625-6260
Facsimile: 561-625-6269
E-mail:   Fred@pbglaw.com
          Matt@pbglaw.com

John J. Radshaw III
(ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
Telephone: 203-654-9695
Facsimile: 203-721-6182
E-mail:   jjr@jjr-esq.com

*Counsel for Defendants*

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2023, a copy of the foregoing was served on the following counsel for the parties by electronic mail:

EDWARD T. KANG
EMILY COSTIN
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004
edward.kang@alston.com
emily.costin@alston.com

KELSEY L. KINGSBERY
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27615
kelsey.kingsbery@alston.com

*Counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*

/s/ Anthony T. Gestrich
Anthony T. Gestrich

5