# EXHIBIT 31

| | | | | |
|---|---|---|---|---|
| Legal-Response Received | 12/12/2014 | 12/12/2014 | 20140711-21559 | I received an email from Bill Welch providing me with a copy of the certified letter that he issued to Collectaway's atty. The letter outlines our position on fee forgiving and why will be denying their claims as such going forward. |
| Document name added | 12/12/2014 | 12/12/2014 | D34407 | Document Name: Bill Welch FF Denial Letter to HCP Atty |
| Flagging-Protocol Changed | 12/11/2014 | 12/11/2014 | 20140711-21559 | I submitted a request via sharepoint to place HCP into the Fee Forgiving edit for straight denial. |