# EXHIBIT 32

| | |
|---|---|
| From: | Canto, Stephanie L W3SIU [/O=CIGNA/OU=REGION01/CN=RECIPIENTS/CN=SLFRAN] |
| Sent: | 6/10/2015 8:27:28 PM |
| To: | Anderson, Deanna L W3SIU [deanna.anderson@cigna.com] |
| Subject: | RE: Overpayments |
| Attachments: | re_ Follow Up_ BioHealth overpayment.msg |


Plaintiff's
9-26-22
Deanna Anderson CF
**Exhibit 26**

Deanna, please see below & attached emails from Bill on this case


re_ Follow Up_
BioHealth overpa...

---

**From:** Anderson, Deanna L W3SIU
**Sent:** Wednesday, June 10, 2015 3:02 PM
**To:** Valles, Evelyn 300; Allen, Karen 300; Tolentino, Jammy 300; Kilgore, Kizah 643; Lamb, Donna L 643; Giuliani, Katherine W3SIU; Nunes, Joann C W3SIU; Canning, Karen J W3SIU; Makara, Cynthia S (Cindy) W3SIU; Hurley, Patrick D W3SIU; Rios, Nancy Jo (Nancy Jo Rios) W3SIU; Canto, Stephanie L W3SIU
**Subject:** Overpayments

To all-

Please send me a list of case which you have recently flagged and plan on sending an overpayment letter. Do not include cases where the OP letter has already been sent. Please send me the following:

Case Number 20140425-20771
Case Name Biohealth Medical Laboratory
Flag Type Fee Forgiving Full Denial
Flag Date 05/22/2015

Thanks,

**Deanna L. Anderson**
*Fraud Manager*
*Special Investigations Unit, W3SIU*
(860) 226-8402
Fax - (866) 463-3075

SIU Hot Line: (800) 667-7145

http://home.cigna.com/CIGNAPage.aspx?page=5125

CONFIDENTIAL                                                                                                          CIGNA19-1326 0291380

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

CONFIDENTIAL                                                                                                                                   CIGNA19-1326 0291381