## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BIOHEALTH MEDICAL LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC.,<br><br>　　　　Defendants. | Case No. 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall<br><br>July 18, 2023 |

## CIGNA'S MOTION FOR SUMMARY JUDGMENT

Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (together, "Cigna"), pursuant to Fed. R. Civ. P. 56 and Local Rule 56, moves this Court for an Order granting summary judgment in Cigna's favor on each of the remaining counts asserted in BioHealth Medical Laboratories, Inc. ("BioHealth"), PB Laboratories, LLC ("PBL"), and Epic Reference Labs, Inc.'s ("Epic") (together, the "Labs") First Amended Complaint against Cigna.

As shown more fully in Cigna's Memorandum in Support of its Motion for Summary Judgment, Local Rule 56(a)1 Statement of Undisputed Material Facts, and other supporting materials, submitted concurrently herewith, there is no genuine issue of material fact in dispute, and Cigna is entitled to judgment as a matter of law on Counts I, III, and IV of the Labs' First Amended Complaint.

ORAL ARGUMENT REQUESTED　　　　　1

DATED: July 18, 2023

**ALSTON & BIRD LLP**

*/s/ Edward T. Kang*
EDWARD T. KANG (CT26653)
EMILY COSTIN (PHV No. 10291)
950 F Street, NW
Washington, DC  20004
Telephone:  202-239-3300
Facsimile:  202-239-3333
E-mail:  edward.kang@alston.com
E-mail:  emily.costin@alston.com

KELSEY L. KINGSBERY
(PHV No. 10282)
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Telephone: 919-862-2200
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

*Attorneys for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that this day, July 20, 2023, I electronically filed the foregoing using the CM/ECF system, which will automatically effectuate service upon all counsel of record in this matter.

        **ALSTON & BIRD LLP**

        */s/ Edward T. Kang*
        EDWARD T. KANG (No. CT26653)
        950 F Street, NW
        Washington, DC 20004
        Telephone: 202-239-3300
        Facsimile: 202-239-3333
        E-mail: edward.kang@alston.com

        *Counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*