UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BIOHEALTH MEDICAL LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC.,<br><br>Defendants. | Case No. 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall<br><br>July 14, 2023 |

## AFFIDAVIT OF MATTHEW RYAN

I, Matthew Ryan, declare and state as follows:

1. I am a Senior Managing Director with Ankura Consulting, Inc. ("Ankura"), a global litigation and management consulting firm.

2. I specialize in healthcare disputes and forensics providing consulting and expert related services to a variety of clients.

3. I have more than 14 years of experience assisting clients with disputes associated with a variety of benefits administration, reimbursement, and other related claims processing issues, much of which has involved complex analysis of millions of records of electronic claims / billing data, as well as other types of operational and financial data, in order to develop sophisticated analytical models and financial calculations.

1

4. In connection with Cigna's Memorandum in Support of its Motion for Summary Judgment, I was asked to prepare certain data analyses of the claims data produced in the above-captioned litigation.

5. Attached as Exhibits 1A through 1J to the Affidavit of Edward Kang are a true and accurate copy of workpapers I prepared in connection with this litigation reflecting certain individual line-level charges.

    a. Each of these Exhibits reflects a subset of the individual line-level charges that appear on Appendix C or Appendix G to the Expert Report of Christopher Haney (the "Haney Expert Report").

    b. The data fields on Exhibits 1A though 1J reflect data from the line-level data that Cigna produced in this litigation (CIGNA19-1326 0007979 - CIGNA19-1326 0007981, CIGNA19-1326 0007983) (the "Cigna Line-Level Data"), from which I understand Mr. Haney derived the line-level charges reflected on Appendix C and Appendix G, and which were contained in Workpaper 2 produced in connection with my May 19, 2023 expert report in this matter.

6. Exhibit 1A reflects all line-level charges on Appendix C or Appendix G to the Haney Expert Report where the "ERISA IND" field in Cigna's Line-Level Data for that charge reflects "Y."

7. Exhibit 1B reflects all line-level charges on Appendix C or Appendix G to the Haney Expert Report where the "Funding Arrangement Type" field in Cigna's Line-Level Data reflects "ASO."

8. Exhibit 1C reflects all line-level charges on Appendix C or Appendix G to the Haney Expert Report where the "Situs Ste Code" field in Cigna's Line-Level Data does not reflect "FL" and the "Account Name" field does not include the term "FL" or "Florida."

9. Exhibit 1D reflects all line-level charges on Appendix C or Appendix G to the Haney Expert Report where the "Account Name" does not include the term "individual" or "indemnity" in Cigna's Line-Level Data.

10. Exhibit 1E reflects all line-level charges on Appendix C or Appendix G to the Haney Expert Report where a) the "Situs Ste Code" field in Cigna's Line-Level Data reflects "FL" or the "Account Name" field includes the term "FL" or "Florida" and b) the "Account Name" field includes the term "individual" or "indemnity" in Cigna's Line-Level Data.

11. Exhibit 1F reflects all line-level charges specifically reflected in Appendix G to the Haney Expert Report where a) the "Situs Ste Code" field in Cigna's Line-Level Data reflects "FL" or the "Account Name" field includes the term "FL" or "Florida" and b) the "Account Name" field includes the term "individual" or "indemnity" in Cigna's Line-Level Data. The line level data reflected on Exhibit 1F is a subset of the data contained in Exhibit 1E.

12. Exhibit 1G reflects all line-level charges on Appendix C or Appendix G to the Haney Expert Report where the "Claim Paid Date" field shows a date before July 25, 2014, in Cigna's Line-Level Data.

13. Exhibit 1H reflects all line-level charges on Appendix C or Appendix G to the Haney Expert Report where the "Claim Paid Date" field shows a date before December 15, 2014, in Cigna's Line-Level Data.

14. Exhibit 1I reflects all line-level charges on Appendix C or Appendix G to the Haney Expert Report where the "Service Code" field reflects 80100, 80101 or 80104 and the "Date of Service" field reflects a date on or after August 19, 2013, in Cigna's Line-Level Data.

15. Exhibit 1J reflects all line-level charges on Appendix C or Appendix G to the Haney Expert Report where the "Service Code" field reflects 80100, 80101, 80104, or 80300 through 80304 and the "Date of Service" field reflects a date on or after January 1, 2015, in Cigna's Line-Level Data.

Dated: 7/14/2023

*Matthew Ryan*
_____
Matthew Ryan

Sworn to me before this 14th day of July, 2023.

*Heather Marie Adams*
_____
Notary Public

My commission expires on: April 30, 2026

HEATHER MARIE ADAMS
COMMISSION: 7999977
CHESTERFIELD COUNTY, VA

HEATHER MARIE ADAMS
Electronic Notary Public
Commonwealth of Virginia
Registration No. 7999977
My Commission Expires Apr 30, 2026

COMPLETED VIA REMOTE ONLINE NOTARIZATION USING TWO WAY AUDIO/VIDEO TECHNOLOGY

# Matthew Ryan - PUT UNDER OATH

Final Audit Report 2023-07-14

| | |
|---|---|
| Created: | 2023-07-14 |
| By: | Heather Adams (hadams@usvirtualnotary.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdFb4nmgDhaWhU1EQJCYhymM2XyNc-7Z8 |

## "Matthew Ryan - PUT UNDER OATH" History

- Document created by Heather Adams (hadams@usvirtualnotary.com)
  2023-07-14 - 1:35:17 PM GMT

- Document emailed to Matt Ryan (matt.ryan@ankura.com) for signature
  2023-07-14 - 1:35:36 PM GMT

- Email viewed by Matt Ryan (matt.ryan@ankura.com)
  2023-07-14 - 1:35:48 PM GMT

- Document e-signed by Matt Ryan (matt.ryan@ankura.com)
  Signature Date: 2023-07-14 - 1:37:27 PM GMT - Time Source: server

- Document emailed to Heather Adams (hadams@usvirtualnotary.com) for approval
  2023-07-14 - 1:37:28 PM GMT

- Email viewed by Heather Adams (hadams@usvirtualnotary.com)
  2023-07-14 - 1:38:31 PM GMT

- Document approved by Heather Adams (hadams@usvirtualnotary.com)
  Approval Date: 2023-07-14 - 1:38:36 PM GMT - Time Source: server

- Agreement completed.
  2023-07-14 - 1:38:36 PM GMT

**Adobe Acrobat Sign**