## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | |
| Plaintiffs, | Case No. 3:19-cv-01324-JCH |
| | Hon. Janet C. Hall |
| v. | |
| BIOHEALTH MEDICAL LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC., | July 18, 2023 |
| Defendants. | |

## <u>DECLARATION OF WENDY MCKEON</u>

I, Wendy McKeon, declare and state as follows:

1.      I am over the age of majority and suffer from no legal infirmities.  Unless otherwise indicated, the statements made herein are based on my own personal knowledge.

2.      I am a Fraud Analyst for Cigna's Special Investigations Unit.

3.      As part of my role, I assist internal and external investigators with their investigations into potentially fraudulent activity in connection with claims for reimbursement submitted to Cigna by health-care providers.

4.      In this capacity, I am familiar with the benefit plans and policies insured and/or administered by Cigna.

5.      I have been involved in identifying and collecting policies and summary plan descriptions ("SPDs") for the claims for reimbursement that I understand are at issue in the above-captioned matter.

6.      All exhibits referenced herein are the exhibits attached to the Declaration of Edward Kang.

7.      Exhibit 50 is a true and accurate copy of the SPD for the American Nutrition, Inc. Open Access Plus Medical Benefits plan, effective August 1, 2012.

8.      Exhibit 51 is a true and accurate copy of the 2014 Home Depot Benefits Summary.

9.      Exhibit 52 is a true and accurate copy of the SPD for the Miami-Dade County Public Schools Open Access Plus Medical Benefits plan, effective January 1, 2013.

10.     Exhibit 53 is a true and accurate copy of the SPD for the Fairfax County Government Open Access Plus Medical Benefits Copay plan, effective January 1, 2014.

11.     Exhibit 54 is a true and accurate copy of the Georgia 2013 myCigna Health Flex 1500 Individual Plan.

12.     Exhibit 55 is a true and accurate copy of the SPD for the LS Power Development, LLC Open Access Plus Medical Benefits plan, effective April 1, 2012.

13.     Group Exhibit 56 are true and accurate copies of certain Florida individual policies. The exhibit number and corresponding policy name and year are as follows:

| Exhibit | Policy Name (Year) |
|---|---|
| 56-A | Ind. Plan FL Open Access 3000/80% (2012) |
| 56-B | Ind. Plan FL Open Access Value 3000/70% (2012) |
| 56-C | myCigna Health Flex 1500-100 Plan (2013) |
| 56-D | myCigna Health Flex 2750 Plan<br>Native Am./Alaskan Native Over 300% Plan (2013) |
| 56-E | Ind. Plan FL Open Access 2000/80% (2012) |
| 56-F | Ind. Plan FL Open Access 1000/80% (2012) |
| 56-G | myCigna Health Savings 3400-100 Plan (2012) |
| 56-H | Ind. Plan FL Open Access Value 5000/70% (2012) |
| 56-I | myCigna Copay Assure Silver Plan<br>Native Am./Alaskan Native Over 300% Plan (2013) |
| 56-J | myCigna Copay Assure Silver-200 Plan (2013) |
| 56-K | myCigna Copay Assure Silver-150 Plan (2013) |
| 56-L | myCigna Copay Assure Silver-100 Plan (2013) |
| 56-M | myCigna Copay Assure Gold Plan |

2

|       | Native Am./Alaskan Native Over 300% Plan (2013) |
|-------|-------------------------------------------------|
| 56-N  | myCigna Health Flex 1000 Plan<br>Native Am./Alaskan Native Over 300% Plan (2013) |
| 56-O  | myCigna Health Flex 1500-200 Plan (2013) |
| 56-P  | myCigna Health Flex 1500-150 Plan (2013) |
| 56-Q  | myCigna Health Savings 6100 Plan<br>Native Am./Alaskan Native Over 300% Plan (2013) |
| 56-R  | myCigna Health Flex 2750 Plan<br>Native Am./Alaskan Native Over 300% Plan (2013) |
| 56-S  | myCigna Health Flex 2750-200 Plan (2013) |
| 56-T  | myCigna Health Flex 2750-150 Plan (2013) |
| 56-U  | myCigna Health Flex 2750-100 Plan (2013) |
| 56-V  | myCigna Health Flex 5000 Plan<br>Native Am./Alaskan Native Over 300% Plan (2013) |
| 56-W  | myCigna Health Flex 5000-150 Plan (2013) |
| 56-X  | myCigna Health Flex 5000 Bronze Plan<br>Native Am./Alaskan Native Over 300% Plan (2013) |
| 56-Y  | myCigna Health Savings 3400 Plan<br>Native Am./Alaskan Native Over 300% Plan (2013) |
| 56-Z  | myCigna Health Savings 3400-100 Plan (2013) |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2023

Wendy Ann McKeon

Wendy McKeon