**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>BIOHEALTH MEDICAL LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC.,<br><br>    Defendants. | Case No. 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall<br><br>July 18, 2023 |

<u>**DECLARATION OF EDWARD T. KANG IN SUPPORT OF**</u>
<u>**CIGNA'S MOTION FOR SUMMARY JUDGMENT**</u>

I, Edward T. Kang, declare and state as follows:

1.    I am a partner at the law firm of Alston & Bird LLP and lead counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (collectively, "Cigna") in the above-referenced case.

2.    I submit this affidavit in support of Cigna's Motion for Summary Judgment.

3.    Documents with the label "CIGNA19-1326 #######" were produced by Cigna in the above-captioned action. Documents with the label "LABS####" were produced by BioHealth Medical Laboratories, Inc. ("BioHealth"), PB Laboratories, LLC, ("PBL") and Epic Reference Labs, Inc. ("Epic") (collectively, the "Labs") in the above-captioned action.

4.    Attached hereto as Exhibits 1-A through 1-J are true and accurate copies of workpapers we received from Matthew Ryan (Ankura Consulting Group, LLC) in connection with this litigation reflecting certain individual line-level charges.

5.      Each of these exhibits reflects a subset of the individual line-level charges that appear on Appendix C or Appendix G of the Expert Report of Christopher Haney.

6.      Attached hereto as Exhibit 2 is a true and accurate excerpt of the "Definitions" section in The Labs' First Set of Interrogatories, Requests for Production of Documents and Requests for Admissions, dated September 30, 2021.

7.      Attached hereto as Exhibit 3-A is a true and accurate excerpt of BioHealth's Responses to Cigna's Second Set of Requests for Production of Documents, Request for Production No. 46 that Alston & Bird received on March 21, 2022.

8.      Attached hereto as Exhibit 3-B is a true and accurate excerpt of PBL's Responses to Cigna's Second Set of Requests for Production of Documents, Request for Production No. 46 that Alston & Bird received on March 21, 2022.

9.      Attached hereto as Exhibit 3-C is a true and accurate excerpt of Epic's Responses to Cigna's Second Set of Requests for Production of Documents, Request for Production No. 46 that Alston & Bird received on March 21, 2022.

10.      Attached hereto as Exhibit 4-A is a true and accurate copy of BioHealth's Supplemental Responses to Cigna's First Set of Interrogatories, Interrogatories Nos. 11-12 that Alston & Bird received on October 7, 2022.

11.      Attached hereto as Exhibit 4-B is a true and accurate copy of PBL's Supplemental Responses to Cigna's First Set of Interrogatories, Interrogatories Nos. 11-12 that Alston & Bird received on October 7, 2022.

12.      Attached hereto as Exhibit 4-C is a true and accurate copy of Epic's Supplemental Responses to Cigna's First Set of Interrogatories, Interrogatories Nos. 11-12 that Alston & Bird received on October 7, 2022.

13.     Attached hereto as Exhibit 5-A is a true and accurate copy of BioHealth's Supplemental Responses to Cigna's First Set of Interrogatories, Interrogatory No. 13 that Alston & Bird received on May 6, 2022.

14.     Attached hereto as Exhibit 5-B is a true and accurate copy of PBL's Supplemental Responses to Cigna's First Set of Interrogatories, Interrogatory No. 13 that Alston & Bird received on May 6, 2022.

15.     Attached hereto as Exhibit 5-C is a true and accurate copy of Epic's Supplemental Responses to Cigna's First Set of Interrogatories, Interrogatory No. 13 that Alston & Bird received on May 6, 2022.

16.     Attached hereto as Exhibit 6-A is BioHealth's Responses to Cigna's First Set of Requests for Admissions that Alston & Bird received on April 21, 2022.

17.     Attached hereto as Exhibit 6-B is PBL's Responses to Cigna's First Set of Requests for Admissions that Alston & Bird received on April 21, 2022.

18.     Attached hereto as Exhibit 6-C is Epic's Responses to Cigna's First Set of Requests for Admissions that Alston & Bird received on April 21, 2022.

19.     Attached hereto as Exhibit 7 is a true and accurate copy of a June 15, 2022 letter from Alston & Bird to the Labs' Counsel confirming discovery dispute resolutions.

20.     Attached hereto as Exhibit 8 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0290090 – CIGNA19-1326 0290095 that Cigna produced in this litigation.

21.     Attached hereto as Exhibit 9 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0004545 – CIGNA19-1326 0004548 that Cigna produced in this litigation.

22.    Attached hereto as Exhibit 10 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0289782 that Cigna produced in this litigation.

23.    Attached hereto as Exhibit 11 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0289800 – CIGNA19-1326 0289803 that Cigna produced in this litigation.

24.    Attached hereto as Exhibit 12 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0289606 – CIGNA19-1326 0289610 that Cigna produced in this litigation.

25.    Attached hereto as Exhibit 13 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0292075 – CIGNA19-1326 0292078 that Cigna produced in this litigation.

26.    Attached hereto as Exhibit 14 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0004762 – CIGNA19-1326 0004764 that Cigna produced in this litigation.

27.    Attached hereto as Exhibit 15 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0004737 – CIGNA19-1326 0004740 that Cigna produced in this litigation.

28.    Attached hereto as Exhibit 16 is a true and accurate excerpt of the document Bates numbered LABS01156827 – LABS01156834 that the Labs produced to Cigna in this litigation.

29.    Attached hereto as Exhibit 17 is a true and correct copy of the document Bates numbered LABS01144674 – LABS01144678 that the Labs produced to Cigna in this litigation.

30.    Attached hereto as Exhibit 18 is a true and correct copy the document Bates numbered LABS00493304 – LABS00493307 that the Labs produced to Cigna in this litigation.

31.     Attached hereto as Exhibit 19 is a true and correct copy of the document Bates numbered LABS00490895 – LABS00490898 that the Labs produced to Cigna in this litigation.

32.     Attached hereto as Exhibit 20 is a true and accurate copy of the document Bates numbered LABS00495926 – LABS00495954 that the Labs produced to Cigna in this litigation, which was labeled Exhibit 18 in the Jan. 27, 2023 Deposition of Seamus Lagan.

33.     Attached hereto as Exhibit 21 is a true and accurate copy of the document Bates numbered LABS00550343 – LABS00550433 that the Labs produced to Cigna in this litigation, which was labeled Exhibit 4 in the Jan. 27, 2023 Deposition of Seamus Lagan.

34.     Attached hereto as Exhibit 22 is a true and accurate copy of the document Bates numbered LABS00490397 that the Labs produced to Cigna in this litigation.

35.     Attached hereto as Exhibit 23 is a true and accurate copy of the document Bates numbered LABS01138512 that the Labs produced to Cigna in this litigation.

36.     Attached hereto as Exhibit 24 is a true and accurate copy of the document Bates numbered LABS00494225 that the Labs produced to Cigna in this litigation.

37.     Attached hereto as Exhibit 25 is a true and accurate copy of the document Bates numbered LABS00965637 that the Labs produced to Cigna in this litigation.

38.     Attached hereto as Exhibit 26 is a true and accurate copy of the document Bates numbered LABS00534343 that the Labs produced to Cigna in this litigation.

39.     Attached hereto as Exhibit 27 is a true and accurate copy of the documents Bates numbered LABS00643229; LABS00643279 – LABS00643280 that the Labs produced to Cigna in this litigation.

40.     Attached hereto as Exhibit 28 are true and accurate excerpts from the deposition transcript of Michael Goldfarb taken in the above-captioned action on February 16, 2023 that Alston & Bird received from Esmeralda Guzman with Brandon Legal Tech, LLC.

41.     Attached hereto as Exhibit 29 are true and accurate excerpts from the Deposition transcript of Mike Nicholson taken in the above-captioned action on December 13, 2022 that Alston & Bird received from Sherry L. Malia with Huseby Global Litigation.

42.     Attached hereto as Exhibit 30 are true and accurate excerpts from the Deposition transcript of Seamus Lagan taken in the above-captioned action on January 27, 2023 that Alston & Bird received from Lisa T. Adkins with Huseby Global Litigation.

43.     Attached hereto as Exhibit 31 are true and accurate excerpts from the Deposition of Sharon Hollis taken in the above-captioned action on February 3, 2023 that Alston & Bird received from Nancy E. Paulsen with Huseby Global Litigation.

44.     Attached hereto as Exhibit 32 are true and accurate excerpts from the Deposition of Christopher Haney taken in the above-captioned action on June 20, 2023 that Alston & Bird received from Lisa Barbera with Huseby Global Litigation.

45.     Attached hereto as Exhibit 33 are true and accurate excerpts from the deposition of Dr. Robert J. Boorstein taken in the above-captioned action on June 23, 2023 that Alston & Bird received from Tami H. Takahashi with Huseby Global Litigation.

46.     Attached hereto as Exhibit 34 are true and accurate excerpts from the deposition of Jacqueline Thelian taken in the above-captioned action on June 22, 2023 that Alston & Bird received from Tami H. Takahashi with Huseby Global Litigation.

47.     Attached hereto as Exhibit 35 is a true and accurate copy of the expert report of Christopher Haney that Alston & Bird received on March 1, 2023.

48.     Attached hereto as Exhibit 36 is a true and accurate copy of a Centers for Disease Control web article titled *Understanding the Opioid Overdose Epidemic* retrieved from https://www.cdc.gov/opioids/basics/epidemic.html on July 14, 2023.

49.     Attached hereto as Exhibit 37 is a true and accurate copy of the 2017 *Palm Beach County Sober Homes Task Force Report*, retrieved from http://www.sa15.state.fl.us/stateattorney/SoberHomes/_content/SHTFReport2017.pdf on July 10, 2023.

50.     Attached hereto as Exhibit 38 is a true and accurate copy of a Department of Justice Press Release, dated June 28, 2018, titled "*Southern District of Florida Charges 124 Individuals Responsible for $337 million in False Billing as Part of National Healthcare Fraud Takedown*", retrieved from https://www.justice.gov/usao-sdfl/pr/southern-district-florida-charges-124-individuals-responsible-337-million-false-billing on July 14, 2023.

51.     Attached hereto as Exhibit 39 is a true and accurate copy of the publicly available plea agreement entered in the action *U.S. v. Michael Ligotti* (S.D. Fla. Oct. 4, 2022), No. 9:20-cr-80092-RAR (ECF No. 74), retrieved from PACER (Public Access to Court Electronic Records) and also identified as CIGNA19-1326 0317980 – CIGNA19-1326 0317992 in Cigna's production in this litigation.

52.     Attached hereto as Exhibit 40 is a true and accurate copy of the publicly available plea agreement entered in the action *U.S. v. Joaquin Mendez* (S.D. Fla. July 14, 2017), No. 9:17-cr-80013-DMM (ECF No. 270), retrieved from PACER (Public Access to Court Electronic Records) and also identified as CIGNA19-1326 0317798 – CIGNA19-1326 0317805 in Cigna's production in this litigation.

53.     Attached hereto as Exhibit 41 is a true and accurate copy of the publicly available plea agreement entered in the action *U.S. v. Mark Hernandez* (S.D. Fla. Aug. 17, 2021), No. 1:19-cr-20583-AHS (ECF No. 162), retrieved from PACER (Public Access to Court Electronic Records).

54.     Attached hereto as Exhibit 42 is a true and accurate copy of the publicly available Amended Judgment entered in the action *U.S. v. Mark Agresti* (S.D. Fla. June 24, 2022), No. 9:18-cr-80124-RAR (ECF No. 559), retrieved from PACER (Public Access to Court Electronic Records).

55.     Attached hereto as Exhibit 43 is a true and accurate copy of the document Bates numbered LABS00566365- LABS00566368 that the Labs produced to Cigna in this litigation.

56.     Attached hereto as Exhibit 44 is a true and accurate copy of the document Bates numbered LABS00573335-3337 that the Labs produced to Cigna in this litigation.

57.     Attached hereto as Exhibit 45 is a true and accurate copy of the document Bates numbered LABS00513351 that the Labs produced to Cigna in this litigation.

58.     Attached hereto as Exhibit 46 is a true and accurate copy of the document Bates numbered LABS00574122- LABS00574126 that the Labs produced to Cigna in this litigation.

59.     Attached hereto as Exhibit 47 is a true and accurate copy of the publicly available Judgment (ECF No. 42) and Factual Proffer (ECF No. 17), also identified as CIGNA19-1326 0317939- CIGNA19-1326 0317944 in Cigna's production, entered in the action *U.S. v. Tovah Jasperson* (S.D. Fla. Jan. 12, 2018), No. 9:17-cr-80194-DMM, retrieved from PACER (Public Access to Court Electronic Records).

60.     Attached hereto as Exhibit 48 is a true and accurate copy of the publicly available Judgment (ECF No. 43) and Factual Proffer (ECF No. 20), also identified as CIGNA19-1326

0317945 – CIGNA19-1326 0317950 in Cigna's production, entered in the action *U.S. v. Alan Bostom* (S.D. Fla. Jan. 12, 2018), No. 9:17-cr-80194-DMM, retrieved from PACER (Public Access to Court Electronic Records).

61.    Attached hereto as Exhibit 49 is a true and accurate copy of the document Bates numbered LABS00415302 that the Labs produced to Cigna in this litigation.

62.    Attached hereto as Exhibit 50 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0075690 – CIGNA19-1326 0075756 that Cigna produced in this litigation.

63.    Attached hereto as Exhibit 51 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0023966 – CIGNA 19-1326 0024369 that Cigna produced in this litigation.

64.    Attached hereto as Exhibit 52 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0008923 – CIGNA19-1326 0008987 that Cigna produced in this litigation.

65.    Attached hereto as Exhibit 53 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0008988 – CIGNA19-1326 0009048 that Cigna produced in this litigation.

66.    Attached hereto as Exhibit 54 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0011383 – CIGNA19-1326 0011452 that Cigna produced in this litigation.

67.    Attached hereto as Exhibit 55 is a true and accurate copy of the document Bates numbered CIGNA19-1326 0018779 – CIGNA19-1326 0018845 that Cigna produced in this litigation.

68.    Attached hereto as Group Exhibit 56 are true and accurate copies of the following documents produced by Cigna in this action.

| Exhibit | Bates Range |
|---------|-------------|
| 56-A | CIGNA19-1326 0005794 – CIGNA19-1326 0005851 |
| 56-B | CIGNA19-1326 0005852 – CIGNA19-1326 0005909 |
| 56-C | CIGNA19-1326 0005910 – CIGNA19-1326 0005979 |
| 56-D | CIGNA19-1326 0005980 – CIGNA19-1326 0006049 |
| 56-E | CIGNA19-1326 0009240 – CIGNA19-1326 0009297 |
| 56-F | CIGNA19-1326 0009365 – CIGNA19-1326 0009422 |
| 56-G | CIGNA19-1326 0042504 – CIGNA19-1326 0042525 |
| 56-H | CIGNA19-1326 0009481 – CIGNA19-1326 0009538 |
| 56-I | CIGNA19-1326 0009539 – CIGNA19-1326 0009608 |
| 56-J | CIGNA19-1326 0009609 – CIGNA19-1326 0009678 |
| 56-K | CIGNA19-1326 0009679 – CIGNA19-1326 0009748 |
| 56-L | CIGNA19-1326 0009749 – CIGNA19-1326 0009818 |
| 56-M | CIGNA19-1326 0009819 – CIGNA19-1326 0009888 |
| 56-N | CIGNA19-1326 0009889 – CIGNA19-1326 0009958 |
| 56-O | CIGNA19-1326 0009959 – CIGNA19-1326 0010028 |
| 56-P | CIGNA19-1326 0010029 – CIGNA19-1326 0010098 |
| 56-Q | CIGNA19-1326 0010801 – CIGNA19-1326 0010871 |
| 56-R | CIGNA19-1326 0010169 – CIGNA19-1326 0010238 |
| 56-S | CIGNA19-1326 0010239 – CIGNA19-1326 0010308 |
| 56-T | CIGNA19-1326 0010309 – CIGNA19-1326 0010378 |
| 56-U | CIGNA19-1326 0010379 – CIGNA19-1326 0010448 |
| 56-V | CIGNA19-1326 0010449 – CIGNA19-1326 0010518 |
| 56-W | CIGNA19-1326 0010519 – CIGNA19-1326 0010588 |
| 56-X | CIGNA19-1326 0010589 – CIGNA19-1326 0010658 |
| 56-Y | CIGNA19-1326 0010659 – CIGNA19-1326 0010729 |
| 56-Z | CIGNA19-1326 0010730 – CIGNA19-1326 0010800 |

69.    Attached hereto as Exhibit 57 is a true and accurate copy of the document Bates numbered LABS00535783 that the Labs produced to Cigna in this litigation, which was labeled Exhibit 8 in the June 22, 2023 Deposition of Jacqueline Thelian.

70.    Attached hereto as Exhibit 58 is a true and accurate copy of the document Bates numbered LABS00642392 – LABS00642396 that the Labs produced to Cigna in this litigation, which was labeled Exhibit 9 in the  June 22, 2023 Deposition of Jacqueline Thelian.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2023                                    */s/ Edward T. Kang*
                                                         Edward T. Kang