# EXHIBIT 3-A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE<br>INSURANCE COMPANY and<br>CIGNA HEALTH AND LIFE<br>INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>        v.<br><br>BIOHEALTH LABORATORIES, INC.,<br>PB LABORATORIES, LLC,<br>EPIC REFERENCE LABS, INC., and<br>EPINEX DIAGNOSTICS, INC.,<br><br>        Defendants. | Case No.: 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall |

**BIOHEALTH'S RESPONSES TO CIGNA'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO BIOHEALTH MEDICAL LABORATORY, INC.**

Defendant BioHealth Medical Laboratory, Inc. ("BioHealth"),[1] through its undersigned counsel, serves *BioHealth's Responses to Cigna's Second Set of Requests for Production of Documents to BioHealth Medical Laboratory, Inc.* and responds as follows:

### GENERAL OBJECTIONS

BioHealth incorporates into each Specific Response the following General Objections ("General Objections"):

1.    BioHealth objects to the Requests for Production, and to each instruction, definition, and request therein, to the extent that it would impose on BioHealth any obligations beyond those contained in the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure for the District of Connecticut, the *Amended Standing Protective Order*, [D.E. 35] (the "Protective

---

[1] The above-captioned suit refers to BioHealth as "BioHealth Laboratories, Inc."

solvents, disposal costs, labor costs for each employee involved with each service, transportation of samples, and more), which would also require BioHealth to account for variations in prices of materials and labor throughout the provision of those services. Medical Billing Choices, Inc., on behalf of BioHealth, submitted more than 90,000 claims for payment to Cigna for services that BioHealth provided to Cigna's members during the years 2013 through 2016, and each claim includes at least one service. Accordingly, the outrageous burden and expense of attempting to reconstruct these cost variations for over 90,000 services provided from 2013 to 2016 are disproportionate to the needs of this case. Furthermore, the Cost of each service is not relevant to any issues at stake in this action and such information is unlikely to be reasonably available to BioHealth.

**REQUEST FOR PRODUCTION NO. 46:** All Documents and Communications regarding BioHealth's policies, practices, and procedures for billing patients their Cost-Share Obligations.

**BioHealth's Response**: BioHealth objects to this Request as seeking irrelevant documents insofar as this Request seeks documents dated after 2017. Without waiver of the foregoing objection, to the extent that BioHealth possesses and can reasonably locate any responsive, non-privileged documents, it will produce such documents consistent with the parties' Stipulation and other agreements governing production.

**REQUEST FOR PRODUCTION NO. 47:** All Documents and Communications regarding BioHealth's policies, practices, and procedures for collecting payment from patients their Cost-Share Obligations.

- 10 -

**BioHealth's Response**: BioHealth objects to this Request as seeking irrelevant documents insofar as this Request seeks documents dated after 2017. Without waiver of the foregoing objection, to the extent that BioHealth possesses and can reasonably locate any responsive, non-privileged documents, it will produce such documents consistent with the parties' Stipulation and other agreements governing production.

*/s/ Anthony T. Gestrich*
Scott M. Hare (phv10339)
Anthony T. Gestrich (phv11119)
WHITEFORD, TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-618-5600
Facsimile: 412-618-5596
E-mail:   SHare@wtplaw.com
          AGestrich@wtplaw.com

Fred Alan Cunningham (phv20210)
Matthew Christ (phv20209)
DOMNICK CUNNINGHAM & WHALEN
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone: 561-625-6260
Facsimile: 561-625-6269
E-mail:   fred@dcwlaw.com
          mtc@dcwlaw.com

John J. Radshaw III
(ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
Telephone: 203-654-9695
Facsimile: 203-721-6182
E-mail:   jjr@jjr-esq.com

*Counsel for Defendants*

Date:   March 21, 2022

**CERTIFICATION**

The undersigned certifies that a copy of the above was served electronically or via US Mail, postage prepaid on March 21, 2022 to all counsel of record as follows:

> Edward T. Kang, Esq.
> edward.kang@alston.com
> Kelsey Kingsbery, Esq.
> Kelsey.kingsbery@alston.com
> Emily Costin, Esq.
> Emily.costin@alston.com
> Alston & Bird LLP
> 950 F Street NW
> Washington, DC 20004
>
> *Counsel for Plaintiffs*
>
> */s/ Anthony T. Gestrich*
> Anthony T. Gestrich