# EXHIBIT 3-B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., and EPINEX DIAGNOSTICS, INC.,<br><br>Defendants. | Case No.: 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall |

**PB'S RESPONSES TO CIGNA'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PB LABORATORIES, LLC**

Defendant PB Medical Laboratory, Inc. ("PB"), through its undersigned counsel, serves *PB's Responses to Cigna's Second Set of Requests for Production of Documents to PB Laboratories, LLC* and responds as follows:

**GENERAL OBJECTIONS**

PB incorporates into each Specific Response the following General Objections ("General Objections"):

1. PB objects to the Requests for Production, and to each instruction, definition, and request therein, to the extent that it would impose on PB any obligations beyond those contained in the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure for the District of Connecticut, the *Amended Standing Protective Order*, [D.E. 35] (the "Protective Order"), the

which would also require PB to account for variations in prices of materials and labor throughout the provision of those services. Medical Billing Choices, Inc., on behalf of PB, submitted more than 43,000 claims for payment to Cigna for services that PB provided to Cigna's members during the years 2012 through 2014, and each claim includes at least one service. Accordingly, the outrageous burden and expense of attempting to reconstruct these cost variations for over 43,000 services provided from 2012 to 2014 are disproportionate to the needs of this case. Furthermore, the Cost of each service is not relevant to any issues at stake in this action and such information is unlikely to be reasonably available to PB.

**REQUEST FOR PRODUCTION NO. 46:** All Documents and Communications regarding PB's policies, practices, and procedures for billing patients their Cost-Share Obligations.

**PB's Response**: PB objects to this Request as seeking irrelevant documents insofar as this Request seeks documents dated after 2017. Without waiver of the foregoing objection, to the extent that PB possesses and can reasonably locate any responsive, non-privileged documents, it will produce such documents consistent with the parties' Stipulation and other agreements governing production.

**REQUEST FOR PRODUCTION NO. 47:** All Documents and Communications regarding PB's policies, practices, and procedures for collecting payment from patients their Cost-Share Obligations.

**PB's Response**: PB objects to this Request as seeking irrelevant documents insofar as this Request seeks documents dated after 2017. Without waiver of the foregoing objection, to the extent that PB possesses and can reasonably locate any responsive, non-privileged documents, it will

produce such documents consistent with the parties' Stipulation and other agreements governing production.

*/s/ Anthony T. Gestrich*
Scott M. Hare (phv10339)
Anthony T. Gestrich (phv11119)
WHITEFORD, TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-618-5600
Facsimile: 412-618-5596
E-mail:   SHare@wtplaw.com
          AGestrich@wtplaw.com

Fred Alan Cunningham (phv20210)
Matthew Christ (phv20209)
DOMNICK CUNNINGHAM & WHALEN
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone: 561-625-6260
Facsimile: 561-625-6269
E-mail:   fred@dcwlaw.com
          mtc@dcwlaw.com

John J. Radshaw III
(ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
Telephone: 203-654-9695
Facsimile: 203-721-6182
E-mail:   jjr@jjr-esq.com

*Counsel for Defendants*

Date:   March 21, 2022

- 10 -

## **CERTIFICATION**

The undersigned certifies that a copy of the above was served electronically or via US Mail, postage prepaid on March 21, 2022 to all counsel of record as follows:

> Edward T. Kang, Esq.
> edward.kang@alston.com
> Kelsey Kingsbery, Esq.
> Kelsey.kingsbery@alston.com
> Emily Costin, Esq.
> Emily.costin@alston.com
> Alston & Bird LLP
> 950 F Street NW
> Washington, DC 20004
>
> *Counsel for Plaintiffs*
>
> */s/ Anthony T. Gestrich*
> Anthony T. Gestrich