# EXHIBIT 3-C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., and EPINEX DIAGNOSTICS, INC.,<br><br>        Defendants. | Case No.: 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall |

## EPIC'S RESPONSES TO CIGNA'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO EPIC REFERENCE LABS, INC.

Defendant Epic Reference Labs, Inc. ("Epic"), through its undersigned counsel, serves *Epic's Responses to Cigna's Second Set of Requests for Production of Documents to Epic Reference Labs, Inc.* and responds as follows:

### GENERAL OBJECTIONS

Epic incorporates into each Specific Response the following General Objections ("General Objections"):

1. Epic objects to the Requests for Production, and to each instruction, definition, and request therein, to the extent that it would impose on Epic any obligations beyond those contained in the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure for the District of Connecticut, the *Amended Standing Protective Order*, [D.E. 35] (the "Protective Order"), the

more), which would also require Epic to account for variations in prices of materials and labor throughout the provision of those services. Medical Billing Choices, Inc., on behalf of Epic, submitted more than 139,000 claims for payment to Cigna for services that Epic provided to Cigna's members during the years 2014 through 2017, and each claim includes at least one service. Accordingly, the outrageous burden and expense of attempting to reconstruct these cost variations for over 139,000 services provided from 2014 to 2017 are disproportionate to the needs of this case. Furthermore, the Cost of each service is not relevant to any issues at stake in this action and such information is unlikely to be reasonably available to Epic.

**REQUEST FOR PRODUCTION NO. 46:** All Documents and Communications regarding Epic's policies, practices, and procedures for billing patients their Cost-Share Obligations.

**Epic's Response**: Epic objects to this Request as seeking irrelevant documents insofar as this Request seeks documents dated after 2017. Without waiver of the foregoing objection, to the extent that Epic possesses and can reasonably locate any responsive, non-privileged documents, it will produce such documents consistent with the parties' Stipulation and other agreements governing production.

**REQUEST FOR PRODUCTION NO. 47:** All Documents and Communications regarding Epic's policies, practices, and procedures for collecting payment from patients their Cost-Share Obligations.

**Epic's Response**: Epic objects to this Request as seeking irrelevant documents insofar as this Request seeks documents dated after 2017. Without waiver of the foregoing objection, to the

extent that Epic possesses and can reasonably locate any responsive, non-privileged documents, it will produce such documents consistent with the parties' Stipulation and other agreements governing production.

                    */s/ Anthony T. Gestrich*
                    Scott M. Hare (phv10339)
                    Anthony T. Gestrich (phv11119)
                    WHITEFORD, TAYLOR & PRESTON, LLP
                    11 Stanwix Street, Suite 1400
                    Pittsburgh, PA 15222
                    Telephone: 412-618-5600
                    Facsimile: 412-618-5596
                    E-mail:    SHare@wtplaw.com
                                   AGestrich@wtplaw.com

                    Fred Alan Cunningham (phv20210)
                    Matthew Christ (phv20209)
                    DOMNICK CUNNINGHAM & WHALEN
                    2401 PGA Boulevard, Suite 140
                    Palm Beach Gardens, FL 33410
                    Telephone: 561-625-6260
                    Facsimile: 561-625-6269
                    E-mail:    fred@dcwlaw.com
                                   mtc@dcwlaw.com

                    John J. Radshaw III
                    (ct19882)
                    65 Trumbull Street, 2nd Fl.
                    New Haven, CT 06510
                    Telephone: 203-654-9695
                    Facsimile: 203-721-6182
                    E-mail:    jjr@jjr-esq.com

                    *Counsel for Defendants*

Date:   March 21, 2022

## **CERTIFICATION**

The undersigned certifies that a copy of the above was served electronically or via US Mail, postage prepaid on March 21, 2022 to all counsel of record as follows:

Edward T. Kang, Esq.
edward.kang@alston.com
Kelsey Kingsbery, Esq.
Kelsey.kingsbery@alston.com
Emily Costin, Esq.
Emily.costin@alston.com
Alston & Bird LLP
950 F Street NW
Washington, DC 20004

*Counsel for Plaintiffs*

/s/ *Anthony T. Gestrich*
Anthony T. Gestrich