# EXHIBIT 4-B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., and EPINEX DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. 3:19-cv-01324<br><br>Hon. Janet C. Hall |

**PB LABORATORIES, LLC'S SUPPLEMENTAL RESPONSES TO CONTENTION INTERROGATORY NOS. 11 AND 12 IN CIGNA'S FIRST SET OF INTERROGATORIES**

Defendant PB Laboratories, LLC ("PB"), by its undersigned counsel, serves *PB Laboratories, LLC's Responses to Contention Interrogatory Nos. 11 and 12 in Cigna's First Set of Interrogatories* and responds as follows:

**INTERROGATORY NO. 11:** Identify the complete factual basis for PB's assertion that it benefitted Cigna by rendering services to Cigna Members that form the basis for the claims for reimbursement at issue in this lawsuit.

**PB's Original Response:** PB objects to this contention interrogatory as premature when discovery has just begun in earnest. PB will answer this interrogatory "after a substantial amount of discovery has been conducted." *McCarthy v. Paine Webber Group, Inc.*, 168 F.R.D. 448, 450 (D. Conn. 1996) (quoting *Fischer and Porter Co. v. Tolson*, 143 F.R.D. 93, 95 (E.D. Pa. 1992)). Because substantial discovery remains to be completed, PB cannot identify "the complete

factual basis" for its assertion that it benefited Cigna by rendering services to Cigna Members that form the basis for the claims for reimbursement at issue in this lawsuit.

**PB's Supplemental Response:** In accordance with the Parties' agreement on contention interrogatories, PB answers this interrogatory as follows.

Cigna received payment for the insurance policies issued in favor of its members. PB provided services that were covered under the members' plans. Cigna refused to pay the insurance benefits under each of the plans at issue.

**INTERROGATORY NO. 12:** Identify the complete factual basis for PB's assertion in Paragraph 80 of the FAC that Cigna and the Cigna Members had a "clear and manifest intent" to benefit PB.

**PB's Original Response:** PB objects to this contention interrogatory as premature when discovery has just begun in earnest. PB will answer this interrogatory "after a substantial amount of discovery has been conducted." *McCarthy v. Paine Webber Group, Inc.*, 168 F.R.D. 448, 450 (D. Conn. 1996) (quoting *Fischer and Porter Co. v. Tolson*, 143 F.R.D. 93, 95 (E.D. Pa. 1992)). Because substantial discovery remains to be completed, PB cannot identify "the complete factual basis" for its assertion in Paragraph 80 of the FAC that Cigna and Cigna Members had a "clear and manifest intent" to benefit PB.

**PB's Supplemental Response:** In accordance with the Parties' agreement on contention interrogatories, PB answers this interrogatory as follows.

By operation of law, the provisions of Fla. Stat. § 627.6131 are incorporated into Cigna's policies in favor of PB.

2

Respectfully submitted,

*/s/ Anthony T. Gestrich*
Scott M. Hare (phv10339)
Anthony T. Gestrich (phv11119)
WHITEFORD, TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-618-5600
Facsimile: 412-618-5596
E-mail: SHare@wtplaw.com
    AGestrich@wtplaw.com

Fred Alan Cunningham (phv20210)
Matthew Christ (phv20209)
DOMNICK CUNNINGHAM & WHALEN
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone: 561-625-6260
Facsimile: 561-625-6269
E-mail: fred@dcwlaw.com
    mtc@dcwlaw.com

John J. Radshaw III
(ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
Telephone: 203-654-9695
Facsimile: 203-721-6182
E-mail: jjr@jjr-esq.com

*Counsel for Defendants*

Dated:  October 7, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing was served by e-mail to counsel for Plaintiffs, including:

EDWARD T. KANG (CT26653)
EMILY COSTIN (PHV No. 10291)
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3300
Facsimile: 202-239-3333
E-mail: edward.kang@alston.com
E-mail: emily.costin@alston.com

KELSEY L. KINGSBERY
(PHV No. 10282)
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-862-2200
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

*Counsel for Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company*

> */s/ Anthony T. Gestrich*
> Anthony T. Gestrich

Date: October 7, 2022

4