# EXHIBIT 5-A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>   v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., and EPINEX DIAGNOSTICS, INC.,<br><br>        Defendants. | Case No.: 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall |

### BIOHEALTH MEDICAL LABORATORIES, INC.'S RESPONSES TO CIGNA'S FIRST SET OF INTERROGATORIES[1]

BioHealth Medical Laboratories, Inc. ("BioHealth"), by its undersigned counsel, serves *BioHealth Medical Laboratories, Inc.'s Responses to Cigna's First Set of Interrogatories* and responds as follows:

**INTERROGATORY NO. 13:** Identify each provision of the "contracts of health insurance" that BioHealth claim Cigna breached giving rise to Count IV in the FAC.

**BioHealth's Original Response:** BioHealth cannot, at this time, identify each provision of the "contracts of health insurance" that BioHealth claims Cigna breached giving rise to Count IV in the FAC because BioHealth is not in possession of every contract of health insurance at issue in this case. BioHealth has requested from Cigna copies of these contracts which Cigna issued

---

[1] These supplemental responses are responsive to Cigna's First Set of Interrogatories served in the Labs-Plaintiffs suit, 3:19-cv-01326-JCH.

and maintained. BioHealth has also suggested the parties agree to a sampling protocol after production of these contracts. As for Cigna's request that BioHealth identify each provision of every health insurance contract that gives rise to Count IV of the FAC, the information requested by Cigna is disproportionate to the case and accordingly, BioHealth objects to providing such individualized answers.

**BioHealth's Supplemental Response**: Cigna continues its discovery abuses by trickling out few policies, which has forced BioHealth to seek court intervention to obtain the documents that Cigna refuses to produce, including the very policies at issue in this suit. In the event that Cigna produces the policies, then BioHealth's response to this interrogatory is not due until 45 days before the close of discovery by agreement of the parties.

To the extent that Cigna seeks identification of the statutory provisions constructively incorporated in the plans by operation of Florida law, those provisions are identified in the Amended Complaint and correspondence to Cigna dated February 10, 2022, and those provisions include without limitation the provisions codified at Florida Statute Sections 627.6131, 627.638, and 627.64194. Notwithstanding the foregoing, discovery is ongoing, thus the foregoing list of provisions is non-exhaustive.

Respectfully submitted,

*/s/ Anthony T. Gestrich*
Scott M. Hare (phv10339)
Anthony T. Gestrich (phv11119)
WHITEFORD, TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: 412-618-5600
Facsimile: 412-618-5596
E-mail: SHare@wtplaw.com
          AGestrich@wtplaw.com

        Fred Alan Cunningham (phv20210)
        Matthew Christ (phv20209)
        DOMNICK CUNNINGHAM & WHALEN
        2401 PGA Boulevard, Suite 140
        Palm Beach Gardens, FL 33410
        Telephone: 561-625-6260
        Facsimile: 561-625-6269
        E-mail: fred@dcwlaw.com
               mtc@dcwlaw.com

        John J. Radshaw III
        (ct19882)
        65 Trumbull Street, 2nd Fl.
        New Haven, CT 06510
        Telephone: 203-654-9695
        Facsimile: 203-721-6182
        E-mail: jjr@jjr-esq.com

        *Counsel for Epic Reference Labs, Inc., BioHealth Laboratories, Inc., and PB Laboratories, LLC*

Dated:  May 6, 2022

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | Case No.: 3:19-cv-01324-JCH |
| Plaintiffs, | Hon. Janet C. Hall |
| v. | |
| BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., and EPINEX DIAGNOSTICS, INC., | |
| Defendants. | |

## **VERIFICATION**

I, Seamus Lagan, am CEO of BioHealth Medical Laboratory, Inc., Epic Reference Labs, Inc., and PB Laboratories, LLC, and I verify, under the penalty of perjury, that the answers provided in each of *BioHealth Medical Laboratories, Inc.'s Responses to Cigna's First Set of Interrogatories*, *Epic Reference Laboratories, Inc.'s Supplemental Responses to Cigna's First Set of Interrogatories*, and *PB Laboratories, LLC's Responses to Cigna's First Set of Interrogatories*, dated May 6, 2022, are true and correct to the best of my knowledge and belief based upon the information made available to me.

*/s/ Seamus Lagan*
Seamus Lagan
CEO

Date: May 31, 2022