# EXHIBIT 6-A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, EPIC REFERENCE LABS, INC., and EPINEX DIAGNOSTICS, INC.,<br><br>  Defendants. | Case No. 3:19-cv-01324-JCH<br><br>Hon. Janet C. Hall |

## BIOHEALTH MEDICAL LABORATORY, INC.'S RESPONSES TO CIGNA'S FIRST SET OF REQUESTS FOR ADMISSIONS TO <u>BIOHEALTH MEDICAL LABORATORIES, INC.</u>

Defendant BioHealth Medical Laboratory, Inc. ("BioHealth"), through its undersigned counsel, serves *BioHealth Medical Laboratory, Inc.'s Responses to Cigna's First Set of Requests for Admissions to BioHealth Medical Laboratories, Inc.* and responds as follows:

**REQUEST FOR ADMISSION NO. 1:** Admit that all of the claims for which You seek relief appear on Exhibit A.

**Response**: BioHealth objects to this request as ambiguous because it is unclear whether "relief" refers to (1) the relief sought in BioHealth's claims against Cigna in case number 3:19-cv-01326-JCH or (2) the relief sought in BioHealth's affirmative defenses, such as its setoff defense, in case number 3:19-cv-01324-JCH. For purposes of answering this request, BioHealth defines "relief" as the relief sought in BioHealth's claims against Cigna in case number 3:19-cv-01326-JCH.

BioHealth admits that claims for which BioHealth seeks relief appear on Exhibit A. BioHealth denies that all of such claims appear on Exhibit A. First, Cigna enigmatically insists that it cannot locate claims and patients identified on Exhibit A, though Cigna has never identified for BioHealth any of the specific claims or patients identified on Exhibit A that it cannot locate. Second, discovery is ongoing, and it is premature to make any final determinations as to the claims that remain in dispute and whether there are additional claims that do not appear on Exhibit A. Accordingly, BioHealth qualifies its admission with a denial that is consistent with Cigna's assertions, and BioHealth notes that there may be additional claims for which it seeks relief that do not appear on Exhibit A.

**REQUEST FOR ADMISSION NO. 2:** Admit that all of the claims for which You allege Cigna "failed to respond" (as referenced in Paragraphs 20 and 50 of the First Amended Complaint) appear on Exhibit B.

**Response**: After reasonable investigation, BioHealth is without sufficient information to respond to the reference to Paragraph 50 of the First Amended Complaint because Paragraph 50 of the First Amended Complaint does not contain an allegation that Cigna "failed to respond" to claims. Instead, Paragraph 50 of the First Amended Complaint states: "All prerequisites to suit have been satisfied, and the claims asserted herein are ripe for adjudication by this Court." Accordingly, BioHealth is unable to ascertain any intended connection between Paragraph 50 and this request.

BioHealth admits that claims for which BioHealth alleges Cigna "failed to respond" appear on Exhibit B. BioHealth denies that all of such claims appear on Exhibit B. First, Cigna enigmatically insists that it cannot locate claims and patients identified on Exhibit B, though Cigna has never identified for BioHealth any of the specific claims or patients identified on Exhibit B

that it cannot locate. Second, discovery is ongoing, and it is premature to make any final determinations as to the claims that remain in dispute and whether there are additional claims that do not appear on Exhibit B. Accordingly, BioHealth qualifies its admission with a denial that is consistent with Cigna's assertions, and BioHealth notes that there may be additional claims for which Cigna failed to respond that do not appear on Exhibit B.

**REQUEST FOR ADMISSION NO. 3:** Admit that all of the claims on Exhibit A for BioHealth which you possess no assignment of benefits appear on Exhibit D.

**Response**: Admitted.

**REQUEST FOR ADMISSION NO. 4:** Admit that You are not seeking relief for any claims submitted on behalf of patients for whom You possess a valid assignment of benefits.

**Response**: BioHealth objects to this request as ambiguous because it is unclear whether "relief" refers to (1) the relief sought in BioHealth's claims against Cigna in case number 3:19-cv-01326-JCH or (2) the relief sought in BioHealth's affirmative defenses, such as its setoff defense, in case number 3:19-cv-01324-JCH. For purposes of answering this request, BioHealth defines "relief" as the relief sought in BioHealth's claims against Cigna in case number 3:19-cv-01326-JCH.

BioHealth admits, in part, that it does not seek relief for claims for which BioHealth possesses a valid assignment of benefits. BioHealth denies that a "valid assignment of benefits" for one patient can be applicable to all claims for that patient, and therefore BioHealth denies this request in part.

>  */s/ Anthony T. Gestrich*
>  Scott M. Hare (phv10339)
>  Anthony T. Gestrich (phv11119)
>  WHITEFORD, TAYLOR & PRESTON, LLP
>  11 Stanwix Street, Suite 1400
>  Pittsburgh, PA 15222

|  |  |
|---|---|
|  | Telephone: 412-618-5600<br>Facsimile: 412-618-5596<br>E-mail:    SHare@wtplaw.com<br>              AGestrich@wtplaw.com<br><br>Fred Alan Cunningham (phv20210)<br>Matthew Christ (phv20209)<br>DOMNICK CUNNINGHAM & WHALEN<br>2401 PGA Boulevard, Suite 140<br>Palm Beach Gardens, FL 33410<br>Telephone: 561-625-6260<br>Facsimile: 561-625-6269<br>E-mail:    fred@dcwlaw.com<br>              mtc@dcwlaw.com<br><br>John J. Radshaw III<br>(ct19882)<br>65 Trumbull Street, 2nd Fl.<br>New Haven, CT 06510<br>Telephone: 203-654-9695<br>Facsimile: 203-721-6182<br>E-mail:    jjr@jjr-esq.com<br><br>*Counsel for Defendants* |
| Date:   April 21, 2022 |  |

- 4 -

**CERTIFICATION**

The undersigned certifies that a copy of the above was served electronically or via US Mail, postage prepaid on April 21, 2022 to all counsel of record as follows:

Edward T. Kang, Esq.
edward.kang@alston.com
Kelsey Kingsbery, Esq.
Kelsey.kingsbery@alston.com
Emily Costin, Esq.
Emily.costin@alston.com
Alston & Bird LLP
950 F Street NW
Washington, DC 20004

*Counsel for Plaintiffs*

*/s/ Anthony T. Gestrich*
Anthony T. Gestrich