# EXHIBIT 7

# ALSTON & BIRD

555 Fayetteville Street, Suite 600
Raleigh, NC  27601
919-862-2200 | Fax: 919-862-2260

Kelsey L. Kingsbery                Direct Dial:  919-862-2227                Email:  kelsey.kingsbery@alston.com

June 15, 2022

VIA EMAIL

Anthony Gestrich
Whiteford, Taylor & Preston
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
agestrich@wtplaw.com

> Re: *Conn. Gen. Life Ins. Co., et al. v. BioHealth Laboratories, Inc., et al.*
> Case No. 3:19-CV-01324-JCH (Consolidated)

Dear Tony:

As discussed, below is a list of unresolved disputes regarding Cigna's discovery requests because either (1) the parties have reached an impasse; or (2) the dispute remains open but the parties are working toward a resolution.

The discovery requests for which the parties have reached an impasse are as follows:

- Request for Production No. 49
    - **Request:**  Any and all Communications between You and any referring "licensed medical professionals" (as referenced in Paragraph 11 of the First Amended Complaint).

- Request for Production No. 50
    - **Request:**  Any and all agreements between You and any referring "licensed medical professionals") (as referenced in Paragraph 11 of the First Amended Complaint).

The discovery requests which remain unresolved but for which the parties are working toward a resolution are as follows:

- Interrogatory Nos. 2, 4, 14, 15, 18-19 (Labs Action) 1-5 (Cigna Action)
    - **Agreed Resolution**:  The Labs will serve amended responses that specify the documents that answer the interrogatories pursuant to Rule 33(d).

- Interrogatory No. 16:

Alston & Bird LLP                                                                                            www.alston.com

Atlanta  |  Beijing  |  Brussels  |  Charlotte  |  Dallas  |  Los Angeles  |  New York  |  Research Triangle  |  San Francisco  |  Silicon Valley  |  Washington, D.C.

- o **Interrogatory:** Explain whether and to what extent the Labs' *quantum meruit* claim (Count III) relates in any way to the benefit plans to which the Cigna Members to whom you provided Testing Services were subscribers or beneficiaries.
  - o **Agreed Resolution**: The Labs have represented that they will fully and completely respond to the amended version served on June 10, 2022, by July 1, 2022.

- Interrogatory No. 17:
  - o **Interrogatory:** Explain whether and to what extent the Labs' third-party beneficiary claim (Count IV) relates in any way to the benefit plans to which the Cigna Members to whom you provided Testing Services were subscribers or beneficiaries.
  - o **Agreed Resolution:** The Labs have represented that they will fully and completely respond to the amended version served on June 10, 2022, by July 1, 2022.

- Request for Production No. 41
  - o **Request:** All Documents and Communications between the Labs and Medical Billing Choices.
  - o **Agreed Resolution:** Cigna provided proposed search terms for this request. The Labs will confirm whether they are utilizing the proposed terms.

- Request for Production No. 43
  - o **Request:** All Documents and Communications sufficient to identify how much the Labs were paid or reimbursed by other insurers for the same testing services that the Labs provided to subscribers or beneficiaries of plans insured and/or administered by other insurers as the testing services for which Epic submitted the claims on Exhibit A.
  - o **Agreed Resolution**: The Labs have agreed to provide the average amount paid per CPT code during the relevant time period by Aetna, United, Blue Cross, and Humana.

- Request for Production No. 51
  - o **Request:** Any and all Documents supporting the Labs' use of CPT Code Modifiers 59, 90, and/or 91 in submitting claims for reimbursement to Cigna for the Testing Services.
  - o **Agreed Resolution:** Cigna has agreed to provide proposed search terms for this request.

- Request for Production No. 53
    - **Request:** All Documents regarding any services that Medical Billing Choices provided to the Labs between 2012 and 2017.
    - **Proposed Resolution:** The Labs agreed to provide the relevant contracts and Cigna agreed to propose search terms based on those contracts. The Labs have advised Cigna that no contract exists. Cigna will reach out to the Labs regarding search terms in the absence of a written agreement.

- Request for Admission No. 1
    - **Request:** Admit that all of the claims for which You seek relief appear on Exhibit A.
    - **Agreed Resolution:** The Labs will serve an amended Exhibit A, which identifies all of the claims for which they seek relief once Cigna provides answers to the Labs' questions regarding Cigna's claim-level and line-level reports.

- Request for Admission No. 2
    - **Request:** Admit that all of the claims for which You allege Cigna "failed to respond" (as referenced in Paragraphs 20 and 50 of the First Amended Complaint) appear on Exhibit B.
    - **Agreed Resolution:** The Labs will serve an amended Exhibit B, which identifies all of the claims to which the Labs claim Cigna did not respond once Cigna provides answers to the Labs' questions regarding Cigna's claim-level and line-level reports.

- Request for Production Nos. 3, 6, 8, 11, 13, 16, 17, 20, 21, 22, 26, 27, 28, 42, 44, 46, 47
    - **Agreed Resolution**: The Labs have not produced documents responsive to the foregoing categories but will complete production by August 31, 2022.

Sincerely,

*/s/ Kelsey L. Kingsbery*

Kelsey L. Kingsbery

cc: Counsel of record