# EXHIBIT 9

Stephanie Canto
Senior Fraud Specialist
Special Investigations



December 30, 2014

900 Cottage Grove Road
W3SIU
Hartford, CT 06152
Tel  860-226-1096
stephanie.canto@cigna.com

**Report of Investigation**

Case Name: Collectaway

Case Number: 20140711-21559

Subject(s) Under Investigation: Collectaway, PB Labs LLC

Date Referral Received: 04/05/2013

Date Case Created: 06/20/2013

Contract Status: non-contracted

*NOTICE: This report is the written summary of pertinent information gathered during an investigation and it provides factual information only.  It may not contain each and every fact or detail learned during the investigation.  It is believed accurate as of the date of publication and is subject to change.  Cigna does not render affirmative conclusions regarding fraud, criminal acts, or violations of law, and does not make determinations of violations of workplace policies in performing the fact finding described in this report, creating this report, and /or providing this report to the recipient.  Any and all such determinations must be made by the plan administrator / policyholder and not by Cigna.*

*This report is confidential and may contain protected health information. It is provided based on your representation that any use, distribution or other disclosure of information contained herein complies and will continue to comply with applicable law.*

**Summary**

Cigna Special Investigations Unit (SIU) received a referral from a client requesting an investigation be initiated for this Health Care Professional (HCP). The client had alleged that Cigna has been allowing significant reimbursement for a suspect procedure (CPT) code: 80299. SIU opened an investigation on this HCP to perform data analysis and a retrospective medical record review on the HCP.  Data analysis indicated that the highest paid CPT code for this HCP was 80299 at just over $1.1 million dollars. According to medical CPT code reference material;
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2014 Cigna.*

"Cigna" is registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries, including Connecticut General Life Insurance Company, and not by Cigna Corporation.

January 2, 2014
Page 2

this CPT code's definition indicates "Quantitation of drug, not elsewhere classified". The SIU investigator had performed a retrospective medical record review with the assistance of a Cigna medical director and was able to determine that the HCP was inappropriately billing for a dozen CPT codes. A flag was placed on the HCPs Tax Identification Number (TIN): ▮0491 and ▮0491 to deny these CPT codes as "Services Not Rendered As Billed". The investigator also performed research with respect to the HCP's billing practices with Cigna customers. Based on Verification of Services letters and customer outreach calls, the investigator was able to confirm that the HCP was not collecting the customer's costshare for the services being rendered. This practice is known as Fee Forgiving and is not covered per Cigna plan language. The flag was updated to reflect a straight denial related to Fee Forgiving practices and the case was closed by the investigator.

**Basis of Investigation**

SIU received a complaint from a client on April 5, 2013 requesting an investigation on this HCP. The client had indicated that this HCP received payment from Cigna in excess of $100,000.00 for one customer and that a majority of the payment was with respect to CPT code 80299. The client alleged that this billing pattern was suspect and requested further review by SIU.

**Investigative Findings**

Collectaway AKA PB Labs LLC is a non-contracted clinical laboratory located in Lake Worth, Florida. According to their website, Collectaway is a subsidiary of Medytox Solutions, Inc. the website address located by the investigator was: info@medytoxsolutionsinc.com . Given the information provided by the client in their referral, the investigator performed data analysis for claims submitted by the HCP for TIN ▮0491 from January 1, 2012 through May 31, 2013. The data analysis indicated that the highest paid CPT code for this HCP was 80299 followed by 80101 and 80102. These codes were almost exclusively billed with modifiers 90, 91, and 59 which indicate that the service is distinct from other services billed on the same day and should be reimbursed separately. This type of billing format had the potential for unbundling services and the investigator created a medical record request to send to the HCP. The retrospective medical record review occurred in September 2013. A Cigna medical director had reviewed the
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2014 Cigna.*

"Cigna" is registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries, including Connecticut General Life Insurance Company, and not by Cigna Corporation.

January 2, 2014
Page 3

records received from the HCP. The investigator and the medical director had concluded that there were several discrepancies between what was billed by the HCP and what was documented within the records. The medical director had noted the following significant findings based on the medical records supplied by the HCP:

- CPT 80102 is a confirmatory analysis following a positive screening test as noted in a medical journal web posting.

- Multiple units were billed for each type of substance and all were reported as negative; it was clear that the testing was not being used as confirmatory of a positive test.

- HCP also billed for testing of urine for pH specific gravity using CPT code 83986 (specific gravity) which is a component of 81003 which suggests unbundling.

- CPT code 82145 is for Amphetamines testing and again is for the confirmatory test as the CPT book clearly denotes 80100 as the screening test. The same is noted for CPT codes 82205, 80154, 82520, 83840, 83925, 83992

- The 80299 measures are again quantitative measures of various substances.

- In summary, rather than performing the screening test for various substances, the HCP is documenting the confirmatory or quantitative testing which is neither appropriate nor medically necessary.

- It is noteworthy that of the 10 charts examined NONE had a positive quantitative test and ALL had multiple substances tested. This would imply either very unreliable qualitative testing (requiring negative confirmation despite preliminary positive testing) or more likely the use of the quantitative testing without the appropriate qualitative test.

Based on the medical record findings, the investigator discussed the case with legal counsel and the medical director, **Redacted** **Redacted** **Redacted** and to request a formal overpayment from the HCP for these codes. An overpayment letter was issued to the HCP on March 27, 2014 asking for a refund totaling $2,418,700.20.

Due to the amount of financial exposure and the HCPs non-contracted status, the investigator also initiated an investigation into Fee Forgiving in April 2014. Another retrospective review was performed with respect to claims for customers with Out of Network cost share liability. The investigator mailed customers questionnaires and made outreach calls pertaining to the HCP collecting their cost share for services billed. The investigator had also requested from the HCP, a copy of their billing practices in addition to patient ledgers for those patients selected for the retrospective review. None of the customers that responded to the questionnaires had paid their cost share at the time of service nor did they receive a bill from the HCP. None of the customers that the investigator contacted by phone had paid their cost share or received a bill from the HCP as well. The billing practice information and the patient billing ledgers supplied by the HCP

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.* © *Copyright 2014 Cigna.*

"Cigna" is registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries, including Connecticut General Life Insurance Company, and not by Cigna Corporation.

January 2, 2014
Page 4

were unclear as to whether or not any attempt to collect cost share had occurred. Cigna legal counsel made attempts to receive clarification from the HCP to no avail. Cigna plan language stipulates that Fee Forgiving a customer's cost share constitutes denial of services. The flag was updated in December 2014 to reflect a full denial of all services billed on the basis of Fee Forgiving. The HCP received a formal communication by Cigna's legal counsel regarding this denial decision on December 12, 2014.

The investigator referred this HCP to the Florida Department of Insurance on December 31, 2014 and close flagged the case. The referral number is T14-20716.


*Stephanie Canto*___

SIU Investigator


Reviewed by:

*Matthew Pirog*_____

SIU Manager

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.* © *Copyright 2014 Cigna.*

"Cigna" is registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries, including Connecticut General Life Insurance Company, and not by Cigna Corporation.

CONFIDENTIAL

CIGNA19-1326 0004548