# EXHIBIT 10

| | |
|---|---|
| **From:** | Canto, Stephanie L W3SIU [/O=CIGNA/OU=REGION01/CN=RECIPIENTS/CN=SLFRAN] |
| **Sent:** | 10/30/2013 5:24:13 PM |
| **To:** | markhicks203@gmail.com |
| **Subject:** | Cigna Audit |

Good afternoon Mr. Hicks – per our phone conversation, I am providing a written follow up to our discussion as requested.

The below information is just an outline of what was discussed, if you have any additional questions or concerns, please let me know.  Thank you

- Cigna conducted retrospective audit of medical claims submitted by Collectaway/PB Labs
- Audit consisted of random patient sample to review claim data in comparison to requested medical record documentation
- Cigna medical director reviewed information supplied by Collectaway/PB Labs and determined that the information provided within the record documentation did not substantiate the claim information billed to Cigna
- A formal letter for a refund based on the audit has not been provided to Collectaway/PB Labs yet but is in progress
- Claims submitted during and after the audit have not been paid and Mark Hicks/Evelyn Gills have agreed to provide a sample of outstanding claims to Cigna for additional medical review
- Cigna will conduct a medical review of the sample provided for an additional assessment/determination
- Once additional records have been reviewed by medical director, Cigna will indicate how current claims billed by Collectaway/PB Labs will be handled

Stephanie Canto
Special Investigations Unit
Phone: 860-226-1096
Fax: 860-226-3598
Email: stephanie.canto@cigna.com



If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it was intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

Confidential, unpublished property of Cigna
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2013 Cigna