# EXHIBIT 11

| | |
|---|---|
| **From**: | Mike Nicholson [arc_ceo@usa.net] |
| **Sent**: | 10/30/2013 8:53:12 PM |
| **To**: | Canto, Stephanie L W3SIU [stephanie.canto@cigna.com] |
| **CC**: | 'Mark Hicks' [markhicks2013@gmail.com] |
| **Subject**: | RE: Cigna Audit |

Thank you Stephanie,

What are the dates of service you are looking for on these 20 patients? I do not understand how a sample audit of 20 patients has kept our payments on hold for over 3 months now.

I will need your claim information to properly submit to you the lab reports for your medical claim audit. My fax is 704-943-1534

Please continue to send all communication regarding this matter directly to me.

Thank you! We will get you what is needed to have our claims properly processed and paid.

Have a good evening.

Mike

---

**From:** Canto, Stephanie L W3SIU [mailto:Stephanie.Canto@Cigna.com]
**Sent:** Wednesday, October 30, 2013 4:30 PM
**To:** Mike Nicholson
**Subject:** RE: Cigna Audit

Good afternoon Mr. Nicholson – I am providing a copy of the initial audit request that Dolores had received regarding our medical claim audit. The retrospective audit was related to the patients contained in the sample listing. I have removed the patient's SSN on this copy as these letters are not being sent via secure messaging. If you needed to be provided with the patient SSN please let me know and I can either fax or send to you via secure messaging.
As mentioned below, a formal communication regarding the medical review and possible overpayment has not been completed but upon completion can you advise who the communication should be issued to?
Thank you for your assistance.


Stephanie Canto
Special Investigations Unit
Phone: 860-226-1096
Fax: 860-226-3598
Email: stephanie.canto@cigna.com

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only                                    CIGNA19-1326 0289800



If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it was intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

Confidential, unpublished property of Cigna
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2013 Cigna

---

**From:** Mike Nicholson [mailto:arc_ceo@usa.net]
**Sent:** Wednesday, October 30, 2013 1:50 PM
**To:** 'Mark Hicks'; Canto, Stephanie L W3SIU
**Cc:** 'Evelyn Gill'
**Subject:** RE: Cigna Audit

Hi Ms. Canto,

My name is Mike Nicholson and I am the CEO of ARC Medical Billing. I appreciate your assistance. Can you please send me the initial audit request you sent to Dolores Register in July 2013. I want to have all these labs reports and corresponding claims reviewed by our internal compliance committee to see where your unsatisfactory medical review determination is coming from.

We have not received a formal letter from Cigna that our lab is under 100% medical review and we have not received payment for our lab services in over 3 months now.

Cigna is one of our largest patient insurance carriers, we are currently owed over $1.5 million dollars in past due medical claims that we have submitted to Cigna awaiting payment.

We are currently billing all new charges via paper submission with the lab reports attached. This process is not only time consuming for us but also on your processing end as well. I would like to get this 100% review lifted as quickly as possible so we can get back to a normal claims processing for your insured patients.

Please contact me directly if you need any additional information that is not currently being provided.

Regards
Mike Nicholson
CEO
ARC Medical Billing

980-333-6738

**From:** Mark Hicks [mailto:markhicks2013@gmail.com]
**Sent:** Wednesday, October 30, 2013 1:36 PM
**To:** Canto, Stephanie L W3SIU
**Cc:** Mike Nicholson; Evelyn Gill
**Subject:** Re: Cigna Audit

Hello Mrs. Canto

Thank you very much for your help. If you need any additional information, please do not hesitate to contact me.

Best regards,


Mark C. Hicks
COO, Medical Billing
ARC Medical Billing Services Inc.
814 Tyvola Road
Suite 116
Charlotte, NC 28217
Phone # 908-333-6745
Fax # 704-527-6062
markhicks2013@gmail.com


On Wed, Oct 30, 2013 at 1:31 PM, Canto, Stephanie L W3SIU <Stephanie.Canto@cigna.com> wrote:
> Good afternoon Mr. Hicks – per our phone conversation, I am providing a written follow up to our discussion as requested.
>
> The below information is just an outline of what was discussed, if you have any additional questions or concerns, please let me know.  Thank you
>
> - Cigna conducted retrospective audit of medical claims submitted by Collectaway/PB Labs
> - Audit consisted of random patient sample to review claim data in comparison to requested medical record documentation
> - Cigna worked with Dolores at Collectaway/PB Labs in July 2013 in receiving a copy of the medical record documentation related to Cigna audit

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only
CIGNA19-1326 0289802

- Cigna medical director reviewed information supplied by Collectaway/PB Labs and determined that the information provided within the record documentation did not substantiate the claim information billed to Cigna
- A formal letter for a refund based on the audit has not been provided to Collectaway/PB Labs yet but is in progress
- Claims submitted during and after the audit have not been paid and Mark Hicks/Evelyn Gills have agreed to provide a sample of outstanding claims to Cigna for additional medical review
- Cigna will conduct a medical review of the sample provided for an additional assessment/determination
- Once additional records have been reviewed by medical director, Cigna will indicate how current claims billed by Collectaway/PB Labs will be handled

Stephanie Canto
Special Investigations Unit
Phone: 860-226-1096
Fax: 860-226-3598
Email: stephanie.canto@cigna.com



If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it was intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

Confidential, unpublished property of Cigna
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2013 Cigna

------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: If you have received this email in error,
please immediately notify the sender by e-mail at the address shown.
This email transmission may contain confidential information. This
information is intended only for the use of the individual(s) or entity to
whom it is intended even if addressed incorrectly. Please delete it from
your files if you are not the intended recipient. Thank you for your
compliance. Copyright (c) 2013 Cigna
==============================================================================

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4158 / Virus Database: 3615/6789 - Release Date: 10/28/13

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only                                    CIGNA19-1326 0289803