# EXHIBIT 12

| | |
|---|---|
| **From:** | Canto, Stephanie L W3SIU [/O=CIGNA/OU=REGION01/CN=RECIPIENTS/CN=SLFRAN] |
| **Sent:** | 9/20/2013 6:50:04 PM |
| **To:** | Nicoll, Daniel (Dan) 526 [daniel.nicoll@cigna.com] |
| **Subject:** | RE: SIU Case P-2013-169 Collectaway Labs |

Hi Dan, thanks for going through these so quickly! Right now the lab is flagged for records but I can update the protocol based on your review and get to work on developing an overpayment plan.
Please return the favor to the below address – thanks!!

If UPS:
Cigna
Attn: Stephanie Canto – W3SIU
900 Cottage Grove Rd
Bloomfield, CT 06002

If snail mail:
Cigna
Attn: Stephanie Canto – W3SIU
900 Cottage Grove Rd
Hartford, CT 06152


**From:** Nicoll, Daniel (Dan) 526
**Sent:** Friday, September 20, 2013 2:34 PM
**To:** Canto, Stephanie L W3SIU
**Subject:** RE: SIU Case P-2013-169 Collectaway Labs

Attachment was too big to go thru.
Will try it alone.
Dan


**From:** Nicoll, Daniel (Dan) 526
**Sent:** Friday, September 20, 2013 2:32 PM
**To:** Canto, Stephanie L W3SIU
**Subject:** RE: SIU Case P-2013-169 Collectaway Labs

Stephanie,

Didn't need this much volume and will soon "return the compliment."

Issue is really quite straightforward, there is serious abuse.

CPT 80102 is a confirmatory analysis following a positive screening test as noted in a web posting.
Since multiple units are billed for each type of substance and they are all reported as negative it is clear that the testing is not being used as confirmatory of a positive test.

They also billed for testing of urine for pH, specific gravity using CPT codes 83986 (specific gravity) which is a component of 81003
82145 for Amphetamines again is for the confirmatory test and the CPT book clearly denotes 80100 as the screening test
Ditto (different substances) for 82205, 80154, 82520, 83840, 83925, 83992,
The 80299 measures are again quantitative measures of various substances.

In summary, rather than doing the screening test for various substances they are doing (or claim to be doing) the confirmatory or quantitative testing which is neither appropriate nor medically necessary.

It is noteworthy that of the 10 charts I examined NONE had a positive quantitative test and ALL had multiple substances tested. This would imply either very unreliable qualitative testing (requiring negative confirmation despite preliminary positive testing) or more likely the use of the quantitative testing without the appropriate qualitative test.

*Would stop payment, consider recovery.*
*Can't tell if the MD is par.*
*That said, the referring MD has issues (see attached)*

*Finally, to where should I return the material you sent to me.*

Dan

---

80100-A test performed on a blood or urine sample to **detect the presence of drugs** or alcohol in the subject's bloodstream. The physician uses a chromatograph to separate the blood or urine sample to identify any substances in the bloodstream. <u>Code 80101 if this test is performed for a specific class of drugs.</u>

80102=**This test is performed after a positive drug test in order to confirm the result of the positive test**. The test must use a different procedure than the primary test, and must test only for the specific drug.

Hope this helps....
_____
Rebecca CPC, CPMA, CEMC

CONFIDENTIAL
CIGNA19-1326 0289607

**From:** Canto, Stephanie L W3SIU
**Sent:** Thursday, September 19, 2013 3:23 PM
**To:** Nicoll, Daniel (Dan) 526
**Subject:** re: SIU Case P-2013-169 Collectaway Labs

Dan, just an fyi that you will receive 2 UPS items from me.  One is a large box for Collectaway & the other is a letter also for Collectaway.  The box was picked up about 25 mins ago and I just realized that 2 records didn't make their way back into the box so I needed to mail them out separately.

Sorry for any confusion!

---

**From:** Canto, Stephanie L W3SIU
**Sent:** Thursday, September 19, 2013 2:42 PM
**To:** Nicoll, Daniel (Dan) 526
**Subject:** RE: SIU Case P-2013-169 Collectaway Labs

Ok, I'll get these out today for you.  Thank you!

---

**From:** Nicoll, Daniel (Dan) 526
**Sent:** Thursday, September 19, 2013 2:35 PM
**To:** Canto, Stephanie L W3SIU
**Subject:** RE: SIU Case P-2013-169 Collectaway Labs

I like paper.
Send them to me in Melville.

Cigna
3 Huntington Quadrangle, 4 Fl North
Melville, NY 11747

Thanks
Dan

---

**From:** Canto, Stephanie L W3SIU
**Sent:** Thursday, September 19, 2013 2:18 PM
**To:** Nicoll, Daniel (Dan) 526
**Subject:** RE: SIU Case P-2013-169 Collectaway Labs

I thought that they might be suspect. Did you want all 20 patient files?  It's paper and there's one really large box with the records.

---

**From:** Nicoll, Daniel (Dan) 526
**Sent:** Thursday, September 19, 2013 2:07 PM
**To:** Canto, Stephanie L W3SIU
**Subject:** RE: SIU Case P-2013-169 Collectaway Labs

Very much want to see the lab reports.
Key will be what the 80299 actually represents.
In general, unlisted procedures should go to clinical review to determine into which of 3 categories the service fits

a. Standard service that could/should have been billed with an explicit CPT
b. Unlisted service that is either
   1. Medically necessary and appropriate
   2. E/I/U

For services billed using the "99" codes, a very significant proportion will be a or b2.

Dan

---

**From:** Canto, Stephanie L W3SIU
**Sent:** Thursday, September 19, 2013 2:01 PM
**To:** Nicoll, Daniel (Dan) 526
**Subject:** SIU Case P-2013-169 Collectaway Labs

Good afternoon Dan – last month during our 1:1 I had briefly discussed a lab that I had in FL regarding a non-par lab billing excessively for CPT code 80299. I had requested records from the lab and after some back & forth with them, I received records. I had requested records for 20 patients and they have supplied what appears to be claim copies and the members' lab results. I was wondering if you would be able to review some of the records to try and determine if their records substantiate what they billed to Cigna for the DOS in question?
In addition to the use of an unlisted code (80299) they also bill a lot of CPT code 80102 with modifiers 59 & 91 billed for each service line.

The lab is non-par and has already been identified as an outlier based on a report that Tom Hixson ran using Fraud Shield reporting. Here is a breakdown of what he shared:

I ran a Fraud Shield report and it has a high score firing on 5 alerts: Excessive procedures per day, SNR modifier 91, Duplicate claim lines same provider, inappropriate units, duplicate claim lines any provider. The report coincidentally highlighted their use of 80299 is 65% which is higher than their peers usage of 23%.

Thank you for your input

Stephanie Canto
Special Investigations Unit - Fraud Specialist
Phone: 860-226-1096
Fax: 860-226-3598
Email: stephanie.canto@cigna.com



If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it was intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

Confidential, unpublished property of Cigna
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2013 Cigna

CONFIDENTIAL

CIGNA19-1326 0289610