# EXHIBIT 14

Stephanie Canto
Senior Fraud Specialist
Special Investigations

*Cigna*

July 8, 2015

900 Cottage Grove Road
W3SIU
Hartford, CT 06152
Tel  860-226-1096
stephanie.canto@cigna.com

**Report of Investigation**

Case Name: BioHealth Medical Laboratory

Case Number: 20140425-20771

Subject(s) Under Investigation: BioHealth Medical Laboratory

Date Referral Received: 04/24/2014

Date Case Created: 04/25/2014

Contract Status: Non-contracted

*NOTICE: This report is the written summary of pertinent information gathered during an investigation and it provides factual information only.  It may not contain each and every fact or detail learned during the investigation.  It is believed accurate as of the date of publication and is subject to change.  Cigna does not render affirmative conclusions regarding fraud, criminal acts, or violations of law, and does not make determinations of violations of workplace policies in performing the fact finding described in this report, creating this report, and /or providing this report to the recipient.  Any and all such determinations must be made by the plan administrator / policyholder and not by Cigna.*

*This report is confidential and may contain protected health information. It is provided based on your representation that any use, distribution or other disclosure of information contained herein complies and will continue to comply with applicable law.*

**Summary**

BioHealth Medical Laboratory is a non-contracted Health Care Professional (HCP) billing Cigna primarily for quantitative urine drug testing. An investigation was initiated based on an allegation that the HCP may be misrepresenting services billed to Cigna. While the investigation did not provide sufficient evidence to support the initial allegation, the Investigator was able to substantiate that the HCP engaged in the practice of Fee Forgiving. Fee Forgiving is the waiving of customer cost share and this practice violates the terms and conditions of Cigna's health

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.* © *Copyright 2015 Cigna.*

"Cigna" is registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries, including Connecticut General Life Insurance Company, and not by Cigna Corporation.

CONFIDENTIAL                                                                                                                                           CIGNA19-1326 0004762

January 2, 2014
Page 2

benefits and deems a HCPs charges as non-coverable. A denial flag was placed on the HCPs Tax Identification Number (TIN) ███6376 to deny billed charges due to our Fee Forgiving guidelines. Cigna legal counsel communicated the investigative findings to the HCP and is presently determining and coordinating the overpayment with the HCP based on the Special Investigations Unit (SIU) investigation. A referral was made to the Department of Insurance (DOI) on June 16, 2015. The DOI referral number is T15-7831.

**Basis of Investigation**

A referral was created in April 2014 for this HCP during the course of an active investigation into a laboratory that was allegedly affiliated with BioHealth Medical Laboratory. The initial allegation for this HCP was misrepresentation of services. The HCP primarily bills for repeat quantitative urine drug testing for Cigna customers and an investigation was requested to review the billing of these services.

**Investigative Findings**

The Investigator began an investigation for this HCP in May 2014; the basis of the initial investigation was to substantiate an allegation that the laboratory may be misrepresenting the services billed to Cigna. Data analysis performed on the claims submitted suggested that the HCP may have been performing repeat or excessive quantitative testing on Cigna customers while they resided in substance abuse facilities but medical records received did not confirm allegations of misrepresentation. During the course of the investigation, it was confirmed that BioHealth Medical Laboratories was owned by the Medytox Company. This conglomerate also owned another laboratory, PB Labs DBA Collectaway that was under investigation with Cigna SIU in 2013. This prior investigation into PB Labs determined that the HCP engaged in the practice of Fee Forgiving. A flag was placed on PB Labs in July 2013 and the case was later close flagged upon referral to the DOI. During the course of the initial investigative research for BioHealth Medical Laboratories, the Investigator determined that the financial exposure was very low in 2012 at $3100 but in 2013 the total financial exposure was significantly higher at almost $1.4 million. Based on information located on the Medytox website, both laboratories had their private insurance billing handled by a company called "ARC Medical Billing". The investigation for PB Labs had requested the billing practice policy and a sample of patient billing ledgers from ARC Medical Billing. The information supplied by ARC Medical Billing substantiated the allegation of Fee Forgiving and the HCP was flagged to deny claims as such.

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

"Cigna" is registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries, including Connecticut General Life Insurance Company, and not by Cigna Corporation.

January 2, 2014
Page 3

Given that both HCPs were noted on the Medytox website as having the same billing entity, the investigator contacted ARC Medical Billing to be provided with their billing practice statement in addition to a sample of patient billing ledgers related to BioHealth Medical Laboratories. The request was made by the Investigator using the same contact information obtained during the PB Labs investigation. While the phone number, physical address and contact person of the billing company remained the same from 2013, it was noted that the name of the billing company had been changed to Medical Billing Choices. The contact person at Medical Billing Choices had responded to the Investigator's initial request for information stating that the company's compliance/legal lead would be responsible for responding to the request for information. The Investigator had made multiple attempts at receiving the requested information between April 2015 and May 2015 but no response was received. While attempting to receive information from the HCP, the Investigator also conducted interviews with customers to determine if they were ever billed for their cost share for services rendered by the HCP. Six interviews were conducted via phone conversation and 193 claims questioned through surveys mailed directly to the customers. Seventy five percent of the customers that responded via mailed survey had indicated that they did not pay their cost share at the time of treatment nor were they later balance billed by the HCP. 100% of customers interviewed indicated that payment was not made to the HCP. Due to the inability to receive the requested information from the HCP and the information supplied by customers, the investigator consulted with legal counsel and [Redacted] [Redacted] A referral was made to Florida DOI on June 16th; referral number T15-7831 and SIU legal counsel is actively pursuing an overpayment with the HCP.

*Stephanie Canto*___

SIU Investigator


Reviewed by:

_Deanna L. Anderson_____

SIU Manager


*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.* © *Copyright 2015 Cigna.*

"Cigna" is registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries, including Connecticut General Life Insurance Company, and not by Cigna Corporation.