# EXHIBIT 17

**Medytox** & **PB Laboratories**
MEDICAL MANAGEMENT SOLUTIONS

EXHIBIT 17
LaganS   01/27/2023

SALES PERSON: _____   CLIENT SERV.: _____

**CLIENT REGIST**

AGENCY NAME:
ADDRESS:                                              CITY:
STATE:        ZIP CODE:        PHONE #: (    )        FAX #: (    )
CLIA NUMBER:                   OCCUPATIONAL LICENSE:

CONTACT PERSON:
TITLE:
EMAIL:
PHONE #: (    )
FAX #: (    )

**FOR OFFICE USE ONLY:**
SITE ID:
LAB PANEL CODE1:
LAB PANEL CODE2:
RAPID TEST CODE:

PRACTITIONER NAME:                     ○ MD ○ PA ○ DO ○ ARNP   CODE:
EMAIL:                     NPI #:                    DEA #:

PRACTITIONER NAME:                     ○ MD ○ PA ○ DO ○ ARNP   CODE:
EMAIL:                     NPI #:                    DEA #:

PRACTITIONER NAME:                     ○ MD ○ PA ○ DO ○ ARNP   CODE:
EMAIL:                     NPI #:                    DEA #:

PRACTITIONER NAME:                     ○ MD ○ PA ○ DO ○ ARNP   CODE:
EMAIL:                     NPI #:                    DEA #:

PRACTITIONER NAME:                     ○ MD ○ PA ○ DO ○ ARNP   CODE:
EMAIL:                     NPI #:                    DEA #:

**RESULTS DELIVERY METHOD**
☐ FAX (    )
☐ SECURE EMAIL
☐ ONLINE
☐ FEDEX/UPS SCHEDULE *(Provide the following information)*
   DAILY PICK-UP (TIME)
   ACCT #:

**TYPE OF MEDICAL PRACTICE**
OR   ○ REHAB CENTER   ○ PAIN CENTER
DAYS OPEN PER WEEK         DAILY PATIENT VOLUME:
PROJECTED DAILY SAMPLE VOLUME:
% PATIENTS CLINIC SEES:
   % CARE    % CAID    % PRIVATE    % WK COMP    % CASH

**PRACTITIONER AUTHORIZATION** I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

Practitioner Signature _____   Date: _____

400 S Australian Ave, 8th Floor | West Palm Beach, FL 33401 | Tel (561) 855-1626 | Fax (561) 328-9303 | www.medytoxsolutionsinc.com

CONFIDENTIAL                                                              LABS01144674

# Medytox ADVANTAGE

**SOFTWARE ACCESS REGISTRATION**

## ADVANTAGE PRINTING PREFERENCES
- ○ DYMO LABELER
- ○ 8X5 LABELSHEETS
- ○ REQUISITION FORMS

## POINT OF CARE & BILLING PREFERENCES

RECORDING POC?  ○ YES  ○ NO     IF "YES" WHO WILL BILL FOR POC?  ○ ACCOUNT  ○ MEDYTOX

CUP NAME & MAKER

LIST THE DRUGS IN THE ORDER THAT THEY APPEAR IN THE RAPID TEST CUP (USE DRUG NAME ABBREVIATION):

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15

## ADVANTAGE USER ACCESS SETUP INFORMATION

| FIRST NAME | LAST NAME | TITLE | USER ACCESS |
|---|---|---|---|
| EMAIL: | | | ○ ADMIN  ○ USER  ○ BILLING |
| FIRST NAME | LAST NAME | TITLE | USER ACCESS |
| EMAIL: | | | ○ ADMIN  ○ USER  ○ BILLING |
| FIRST NAME | LAST NAME | TITLE | USER ACCESS |
| EMAIL: | | | ○ ADMIN  ○ USER  ○ BILLING |
| FIRST NAME | LAST NAME | TITLE | USER ACCESS |
| EMAIL: | | | ○ ADMIN  ○ USER  ○ BILLING |
| FIRST NAME | LAST NAME | TITLE | USER ACCESS |
| EMAIL: | | | ○ ADMIN  ○ USER  ○ BILLING |
| FIRST NAME | LAST NAME | TITLE | USER ACCESS |
| EMAIL: | | | ○ ADMIN  ○ USER  ○ BILLING |

## CURRENT EMR INFORMATION

| EMR PROVIDER NAME | | VERSION | PUBLISHER |
|---|---|---|---|
| CONTACT NAME | TELEPHONE | | EMAIL |

## NOTICE OF PRIVACY PRACTICES

**THIS NOTICE DESCRIBES HOW MEDICAL/PROTECTED HEALTH INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.** We may use health information about you for treatment (such as sending your information to your physician), to obtain payment for treatment, and for our internal administrative purposes.

### Acknowledgement of Notice of Privacy Practices

"I hereby acknowledge that I have received a copy of this practice's NOTICE OF PRIVACY PRACTICES. I understand that if I have questions or complaints regarding my privacy rights that I may contact the person listed above. I further understand that the practice will offer me updates to this NOTICE OF PRIVACY PRACTICES should it be amended, modified, or changed in any way."

Practice Representative Name (please print)     Practice Representative Signature     Date

v 02.12

400 S Australian Ave, 8th Floor | West Palm Beach, FL 33401 | Tel (561) 855-1626 | Fax (561) 328-9303 | www.medytoxsolutionsinc.com

CONFIDENTIAL                                                                                           LABS01144675

# Medytox
## MEDICAL MANAGEMENT SOLUTIONS

**SUPPLY REQUEST FORM**

**OFFICE USE ONLY**
ORDER RECEIVED VIA

| @ | REP |
|---|---|

| PRACTICE NAME | | CONTACT/RECEIVER |
|---|---|---|
| SHIP TO ADDRESS | | |
| PHONE | FAX | EMAIL |

## CLIA-WAIVED POINT OF CARE TEST DEVICES

| 12 Panel Test Cup | $5.50/Cup (AMP, BAR, BZO, COC, MDMA, THC, MTD, MET, OPI, OXY, PCP, TCA) |
|---|---|
| 6 Panel Test Cup | $6.00/Cup (BAR, BZO, MAD, OPI, OXY, TCA) |

| Specimen Cups (full size) | No Charge, Includes Bags |
|---|---|
| Specimen Cups (small) | No Charge, Includes Bags |

| Pre-Printed Test Request Forms | No Charge, 100 Per Package |
|---|---|
| Specimen Bags | No Charge, 100 Per Package |
| FedEx Shipping Bags | No Charge, 100 Per Package |
| FedEx Shipping Labels | No Charge, 100 Per Package |
| FedEx Shipping Boxes (S, M, L) | No Charge, 100 Per Package |
| Label Sheets for Barcodes | No Charge, 100 Per Package |
| Dymo Labels | 2 x 260 labels 3 1/8 x 1 1/4 address labels |

## CREDIT CARD INFORMATION

Print Cardholder's name

HEREBY AUTHORIZE "MEDYTOX MEDICAL MANAGEMENT SOLUTIONS" TO DEBIT MY CREDIT CARD

| CARD NO.: | | EXP. DATE | CW CODE* Located on back of card |
|---|---|---|---|

| IN THE AMOUNT OF $ | | FOR THE ABOVE SUPPLIES. | ☐ VISA  ☐ MC  ☐ DISCOVER  ☐ |

| BILLING ADDRESS | CITY | STATE |
|---|---|---|
| ZIP  PHONE | FAX | |

☐ CREDIT CARD INFORMATION ALREADY ON FILE

CARDHOLDER SIGNATURE _____  DATE _____

CONFIDENTIAL                                                                                                                LABS01144676




a Medytox affiliated lab

**Recurring Provider Acknowledgement & Consent**  As part of my practice's compliance protocols, I hereby request and authorize PB Laboratories LLC to establish for me a customized toxicology testing panel for patient specimens from my practice for each of the prescription drugs and/or drug classes and illicit substance analytes selected by me below:

| PRESET PANELS* | PRESET PANELS | CUSTOM PANELS | CONFIRMS |
|---|---|---|---|
| ☐ A | ☐ E | ☐ CUSTOM (no POC) | ☐ Positives |
| ☐ B | ☐ BASIC | ☐ GAB | ☐ ---- |
| ☐ C | | ☐ K2 | ☐ Alerts |
| ☐ D | | ☐ 6AM | ☐ Negatives # ___ % |
| *Only without POC | | | |

☐ OTHER _____
☐ OTHER _____
☐ OTHER _____

The Custom Drug Assay Panel described above is identified and ordered by me as a Comprehensive Urine Test.

As preparation for the Test Panel to be performed by PB Laboratories LLC, I will perform collection of urine specimen for each patient at my office. In addition, in the event the custom testing panel analysis does not detect prescribed medications that are in my Customized Toxicology Test Menu or ordered seperately, PB Laboratories LLC is hereby directed to perform confirmatory testing for such medications unless I have specified otherwise in a requisition or order.

To enable me to assess the costs of testing my patients with this toxicology custom panel, and confirmatory testing hereby directed, I have carefully reviewed the tests that I have selected here to include in the panel. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed may be subject to civil penalties.

4. I am directing PB Laboratories LLC to perform semi-quantitative assays and confirmatory testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

Facility Name _____  Address _____
City _____  State _____  Zip _____

Provider's Name (Printed) _____  Provider's Signature _____  Date _____
For each provider use a seperate sheet and indicate here how many ____ out of ____

CONFIDENTIAL                                                                          LABS01144677




# LABORATORY TEST PANEL AND POC TESTING SELECTION SHEET

Make your selections from the below menus or customize your own panel from the custom column. If doing POC please indicate which panels you will be screening for. For confirmations on positives mark with a 'C', for alerts mark with an 'A'.

| SELECT PANELS | A | B | C | D | E | F | BASIC | GAB | GAP | K2 | CUSTOM | POC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMPH 1000 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| BARB 200 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | |
| BENZ 200 | 3 | 3 | 3 | 3 | 3 | 3 | | | | | | |
| BUP | 4 | | | | 4 | 4 | | | | | | |
| COCN 300 | 5 | 4 | 4 | 4 | 5 | 5 | | | | | | |
| ECSTACY | 6 | | 5 | | 6 | 6 | | | | | | |
| ETOH | 7 | 5 | 6 | 5 | 7 | 7 | | | | | | |
| FENTANYL | 8 | 6 | 7 | | 8 | 8 | | | | | | |
| MEPERIDINE | | | | | 9 | 9 | | | | | | |
| MTD | | | | | 10 | 10 | | | | | | |
| METH 300 | 9 | 7 | | 6 | 11 | 11 | | | | | | |
| OPIA 300 | 10 | 8 | 8 | 7 | 12 | 12 | | | | | | |
| OXY 300 | 11 | 9 | 9 | 8 | 13 | 13 | | | | | | |
| PCP | 12 | | | | 14 | 14 | | | | | | |
| PPX | | | 10 | | 15 | 15 | | | | | | |
| SOMA | 13 | | | | 16 | 16 | | | | | | |
| TCA | 14 | | 11 | 9 | 17 | 17 | | | | | | |
| THC 50 | 15 | 10 | 12 | 10 | 18 | 18 | | | | | | |
| TRAMADOL | | | | | 19 | 19 | | | | | | |

**VALIDITY TESTING** (included in all Lab tests)

| | A | B | C | D | E | F | BASIC | GAB | GAP | K2 | CUSTOM | POC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CREAT | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | ✓ | |
| SG | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | ✓ | |
| PH | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | ✓ | |
| OXI | | | | | ✓ | ✓ | | | | | ✓ | |

**SEND OUTS** (Send a separate lab order with the following cases)   OTHER(S)

| | A | B | C | D | E | F | BASIC | GAB | GAP | K2 | CUSTOM | OTHER(S) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAB (14 days) | | ✓ | | | ✓ | | | ✓ | | | | |
| K2 (14 days) | | ✓ | | | ✓ | | | | | ✓ | | |
| SAM (72 hrs) | | | | | ✓ | | | | ✓ | | | |

Confirm Positives
Confirm Alerts

*Select the drugs using the check box and then enter the order in which the drugs appear in the rapid test cup.
*PLEASE NOTE: If the medical facility is testing, recording and billing for POC PB Laboratories LLC will ONLY test for all other panels in the selection.

*Provider Name: _____    Provider Signature: _____