# EXHIBIT 18

# PB Laboratories LLC

a Medytox affiliated lab

7451 S. MILITARY TRAIL • LAKE WORTH, FL 33463
Phone : 561-641-9024
Fax : 561-641-9025
http://www.clabs4u.com

**Recurring Provider Acknowledgement & Consent**   As part of my practice's compliance protocols, I hereby request and authorize PB Laboratories LLC to establish for me a customized toxicology testing panel for patient specimens from my practice for each of the prescription drugs and/or drug classes and illicit substance analytes selected by me below:

| PRESET* | PRESET | CUSTOM PANELS | | CONFIRMS |
|---|---|---|---|---|
| ☐ A | ☒ E | ☐ CUSTOM (no POC) | ☐ ALL | ☒ Positives |
| ☐ B | ☐ BASIC | ☒ GAB | ☐ W/O ILLICITS | ☐ ---- |
| ☐ C | | ☒ K2 | ☐ CUSTOM | ☐ Alerts |
| ☐ D | | ☒ 6AM | | ☒ Negatives # __ % |

*Only without POC

☐ OTHER
☐ OTHER
☐ OTHER

The Custom Drug Assay Panel described above is identified and ordered by me as a Comprehensive Urine Test.

As preparation for the Test Panel to be performed by PB Laboratories LLC, I will perform collection of urine specimen for each patient at my office. In addition, in the event the custom testing panel analysis does not detect prescribed medications that are in my Customized Toxicology Test Menu or ordered seperately, PB Laboratories LLC is hereby directed to perform confirmatory testing for such medications unless I have specified otherwise in a requisition or order.

To enable me to assess the costs of testing my patients with this toxicology custom panel, and confirmatory testing hereby directed, I have carefully reviewed the tests that I have selected here to include in the panel. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed may be subject to civil penalties.

4. I am directing PB Laboratories LLC to perform semi-quantitative assays and confirmatory testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

Facility Name: Angels Recovery
Address:
City:                State:        Zip:
Provider's Name (Printed):           Provider's Signature: X           Date: 12·31·12

For each provider use a seperate sheet and indicate here how many: ___ out of ___

CONFIDENTIAL                                                                                             LABS00493304

# PB Laboratories LLC
a Medytox affiliated lab

7451 S. MILITARY TRAIL • LAKE WORTH, FL 33463
Phone: 561-641-9024
Fax: 561-641-9025
http://www.clabs4u.com

## LABORATORY TEST PANEL AND POC TESTING SELECTION SHEET

Make your selections from the below menus or customize your own panel from the custom column. If doing POC please indicate which panels you will be screening for. For confirmations on positives mark with a 'C', for alerts mark with an 'A'.

☐ CHECK FOR ORAL FLUID   (NOTE: 5 drug minimum selection)

| SELECT PANEL | A | B | C | D | E | BASIC | CUSTOM | | ORAL FLUID PANELS (5 DRUG MINIMUM) | | | | POC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ✗ | | | | A | B | W/OTHC | CUSTOM | | | |
| ■ AMPH 1000 | 1 | 1 | 1 | 1 | 1 | 1 | ■ ☐ | | 1 | 1 | | ■ ☐ | ■ # 12 | ☐ |
| ■ BARB 200 | 2 ■ | 2 ■ | 2 ■ | 2 ■ | 2 ■ | 2 ■ | ■ ☐ | | 2 ■ | 2 ■ | | ■ ☐ | ■ # 2 | ☐ |
| ■ BENZ 200 | 3 | 3 | 3 | 3 | 3 | 3 | ■ ☐ | | 3 | 3 | | ■ ☐ | ■ # 1 | ☐ |
| ■ BUP | 4 ■ | | | 4 ■ | 4 ■ | | ■ ☐ | | 4 ■ | 4 ■ | | ■ ☐ | ■ # __ | ☐ |
| ■ COCN 300 | 5 | 4 | 4 | 4 | 5 | 5 | ☐ ☐ | | 5 | | | ☐ ☐ | ☐ # 3 | ☐ |
| ☐ ECSTACY | 6 | | 5 | | 6 | 6 | ☐ ☐ | | | | | | ☐ # 10 | ☐ |
| ■ ETOH/ETG | 7 | 5 | 6 | 5 | 7 | 7 | ☐ ☐ | | 6 | | | ☐ ☐ | ☐ # __ | ☐ |
| ☐ FENTANYL | 8 | 6 | 7 | | 8 | 8 | ☐ ☐ | | | | | | ■ # __ | ☐ |
| ☐ MEPERIDINE | | | | | 9 | 9 | ☐ ☐ | | | | | | ■ # __ | ☐ |
| ■ MTD | | | | | 10 ■ | 10 ■ | ■ ☐ | | 7 | 5 | | ■ ☐ | ■ # 7 | ☐ |
| ■ METH 300 | 9 | 7 | | 6 | 11 | 11 | ☐ ☐ | | 8 | 6 | | ■ ☐ | ☐ # 5 | ☐ |
| ■ OPIA 300 | 10 ■ | 8 ■ | 8 ■ | 7 ■ | 12 ■ | 12 ■ | ■ ☐ | | 9 ■ | 7 ■ | | ■ ☐ | ■ # 6 | ☐ |
| ■ OXY 300 | 11 ■ | 9 ■ | 9 ■ | 8 ■ | 13 ■ | 13 ■ | ■ ☐ | | 10 ■ | 8 ■ | | ■ ☐ | ■ # 9 | ☐ |
| ■ PCP | 12 ■ | | | | 14 ■ | 14 ■ | ■ ☐ | | 11 ■ | 9 ■ | | ■ ☐ | ■ # 11 | ☐ |
| ■ PPX | | | 10 ■ | | 15 ■ | 15 ■ | ■ ☐ | | | | | | ■ # __ | ☐ |
| ■ SOMA | 13 ■ | | | | 16 ■ | 16 ■ | ■ ☐ | | | | | | ■ # __ | ☐ |
| ■ TCA | 14 ■ | | 11 ■ | 9 ■ | 17 ■ | 17 ■ | ■ ☐ | | | | | | ■ # 8 | ☐ |
| ■ THC 50 | 15 ■ | 10 ■ | 12 ■ | 10 ■ | 18 ■ | 18 ■ | ■ ☐ | | 12 ■ | | | ■ ☐ | ■ # 4 | ☐ |
| ■ TRAMADOL | | | | | 19 ■ | 19 ■ | ■ ☐ | | | | | | ■ # __ | ☐ |
| ■ 6AM | | | | | 20 ■ | | ■ ☐ | | | | | | ■ # __ | ☐ |

**VALIDITY TESTING** Included in all Lab Tests

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CREAT | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SG | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PH | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| OXI | | | | ✓ | ✓ | ✓ | ☐ |

**SEND OUTS** Bill to patient lab order with the following codes:   OTHER(S)

| GAB | | | ✓ | ✓ | | ☐ | # __ ☐ |
| K2 | | | ✓ | ✓ | | ☐ | # __ ☐ |

| Confirm Positives | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| Confirm Negatives | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| Confirm Alerts | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Select the drugs using the check box and then enter the order in which the drugs appear in the rapid test cup.
*PLEASE NOTE- if the medical facility is testing, recording and billing for POC PB Laboratories LLC will ONLY test for all other panels in the selection.

Do Not bill on 80101

*Provider Name: Kenneth Rivera-Kolb MD   Provider Signature: X _____

CONFIDENTIAL                                                                                        LABS00493305

# Medytox & PB Laboratories LLC

**MEDICAL MANAGEMENT SOLUTIONS**

**CLIENT REGISTRATION**

SALES PERSON: Leyda
CLIENT SERV.: Susai

**AGENCY NAME:** Angels Recovery
**ADDRESS:** 11576 Pierson Rd # K5
**CITY:** Wellington
**STATE:** Fl  **ZIP CODE:** 33414  **PHONE #:** (561) 721-4142  **FAX #:** 561 753-8864
**CLIA NUMBER:** 10D2025169  **OCCUPATIONAL LICENSE:** 1550AD608201

**CONTACT PERSON:** Lisa Love
**TITLE:** Administrator
**EMAIL:** Lisa@Angelsrecovery.com
**PHONE #:** 561) 707 3265
**FAX #:** 561 753-8864

**FOR OFFICE USE ONLY:**
- SITE ID:
- LAB PANEL CODE1:
- LAB PANEL CODE2:
- RAPID TEST CODE:

**PRACTITIONER NAME:** Kenneth Rivera-Kolb   ● MD ○ PA ○ DO ○ ARNP   CODE:
**EMAIL:**
**NPI #:** 1720256324   **DEA #:**

**PRACTITIONER NAME:**   ○ MD ○ PA ○ DO ○ ARNP   CODE:
**EMAIL:**   **NPI #:**   **DEA #:**

**PRACTITIONER NAME:**   ○ MD ○ PA ○ DO ○ ARNP   CODE:
**EMAIL:**   **NPI #:**   **DEA #:**

**PRACTITIONER NAME:**   ○ MD ○ PA ○ DO ○ ARNP   CODE:
**EMAIL:**   **NPI #:**   **DEA #:**

**PRACTITIONER NAME:**   ○ MD ○ PA ○ DO ○ ARNP   CODE:
**EMAIL:**   **NPI #:**   **DEA #:**

**RESULTS DELIVERY METHOD**
- ☐ FAX ( )
- ☐ SECURE EMAIL
- ☒ ONLINE
- ☐ FEDEX/UPS SCHEDULE (Provide the following information) DAILY PICK-UP (TIME)
- ACCT #:

**TYPE OF MEDICAL PRACTICE**
OR ● REHAB CENTER ○ PAIN CENTER
DAYS OPEN PER WEEK: 7 days   DAILY PATIENT VOLUME:
PROJECTED DAILY SAMPLE VOLUME: 15-20   3x wk
% PATIENTS CLINIC SEES: 85-90
% CARE   % CAID 85  % PRIVATE   % WK COMP 10-15  % CASH

**PRACTITIONER AUTHORIZATION** I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

Practitioner Signature: _[signature] Jasperson_   Date: 12-4-12

400 S Australian Ave, 8th Floor | West Palm Beach, FL 33401 | Tel (877) MEDYTOX | Fax (561) 328-9303 | www.medytoxsolutionsinc.com

CONFIDENTIAL   LABS00493306

# Medytox ADVANTAGE

**ADVANTAGE PRINTING PREFERENCES**
◯ DYMO LABELER   ◯ 6X3 LABELSHEETS   ◯ REQUISITION FORMS

**POINT OF CARE & BILLING PREFERENCES**

RECORDING POC? ● YES  ◯ NO          IF 'YES' WHO WILL BILL FOR POC? ● ACCOUNT  ◯ MEDYTOX

CUP NAME & MAKER: UCP Home ™

LIST THE DRUGS IN THE ORDER THAT THEY APPEAR IN THE RAPID TEST CUP (USE DRUG NAME ABBREVIATION):

BZO[1] BAR[2] COC[3] THC[4] MET[5] OPI[6] MTD[7] TCA[8] OXY[9] MDMA[10] PCP[11] AMP[12]  13  14  15

## ADVANTAGE USER ACCESS SETUP INFORMATION

| FIRST NAME | LAST NAME | TITLE | USER ACCESS |
|---|---|---|---|
| Lisa | Love | Adm | ● ADMIN  ● USER  ● BILLING |
| Tara | Jasperson | Owner | ● ADMIN  ● USER  ● BILLING |
| Gina | McGuire | Admit coordi | ● ADMIN  ◯ USER  ● BILLING |
| Alan | Boston | Owner | ● ADMIN  ◯ USER  ● BILLING |
| Velene | Yanes | Tech | ◯ ADMIN  ● USER  ◯ BILLING |
|  |  |  | ◯ ADMIN  ◯ USER  ◯ BILLING |

**SOFTWARE ACCESS REGISTRATION**

## CURRENT EMR INFORMATION

EMR PROVIDER NAME          VERSION          PUBLISHER

CONTACT NAME               TELEPHONE        EMAIL

## NOTICE OF PRIVACY PRACTICES

THIS NOTICE DESCRIBES HOW MEDICAL/PROTECTED HEALTH INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY. We may use health information about you for treatment (such as sending your information to your physician), to obtain payment for treatment, and for our internal administrative purposes.

### Acknowledgement of Notice of Privacy Practices

"I hereby acknowledge that I have received a copy of this practice's NOTICE OF PRIVACY PRACTICES. I understand that if I have questions or complaints regarding my privacy rights that I may contact the person listed above. I further understand that the practice will offer me updates to this NOTICE OF PRIVACY PRACTICES should it be amended, modified, or changed in any way."

Tovah Jasperson                    *[signature]*                     12-4-12
Practice Representative Name (please print)    Practice Representative Signature    Date

400 S Australian Ave, 8th Floor | West Palm Beach, FL 33401 | Tel (877) MEDYTOX | Fax (561) 328-9303 | www.medytoxsolutionsinc.com

CONFIDENTIAL                                                                                                    LABS00493307