# EXHIBIT 19



# BIOHEALTH
## MEDICAL LABORATORY
—a Medytox owned Lab

## RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

3399 NW 72nd Ave Ste 222 • MIAMI, FL 33122
Phone 305.436.1413 • 877MEDYTOX • Fax 305.436.1447

As part of my practice's compliance protocols, I hereby request and authorize BioHealth Medical Laboratory, Inc. to establish for me an online ordering system with the following clinical test panels available for request:

| SALES PERSON | | FACILITY NAME | | |
|---|---|---|---|---|
| ADDRESS | | | | |
| CITY | | | STATE | ZIP |

| AMA PANELS | ✓ | HEMATOLOGY | ✓ | ALPHABETICAL TESTS CONT. | ✓ |
|---|---|---|---|---|---|
| 001 ACUTE HEPATITIS PANEL | ☐ R | 023 CBC W DIFF W PLT | ☐ L | 051 CREATININE SERUM | ☐ R |
| 002 BASIC METABOLIC PANEL | ☐ R | 024 CBC W/O DIFF W PLT | ☐ L | 052 ESTRADIOL | ☐ R |
| 003 COMPREHENSIVE METABOLIC | ☐ R | 025 HEMATOCRIT | ☐ L | 053 FOLIC ACID | ☐ R |
| 004 ELECTROLYTE PANEL | ☐ R | 026 HEMOGLOBIN | ☐ L | 054 GGT | ☐ R |
| 005 GENERAL HEALTH PANEL | ☐ R/L | 027 PLATELET COUNT | ☐ L | 055 GLUCOSE FASTING | ☐ GY |
| 006 COMPREHENSIVE THYROID PANEL | ☐ R | 028 PROTOMBINE TIME (PT) | ☐ LB | 056 GLUCOSE 2PP | ☐ GY |
| 007 HEALTH PROFILE | ☐ R/L/U | 029 PTT ACTIVED | ☐ LB | 057 GLUCOSE TOTAL | ☐ GY |
| 008 LIPID PANEL | ☐ R | 030 RETIC-COUNT | ☐ L | 058 GLYCOHEMOGLOBIN | ☐ L |
| 009 ARTHRITIS PANEL I | ☐ L/R | 031 SED RATE WESTERGEN | ☐ L | 059 HDL CHOLESTEROL | ☐ R |
| 010 RENAL FUNCTION PANEL | ☐ R/GY | 033 WBC COUNT | ☐ L | 060 BHCG QUALITATIVE, SERUM | ☐ R |
| 011 ANEMIA PANEL | ☐ R/L | 034 WBC DIFFERENTIAL | ☐ L | 061 BHCG QUANTITATIVE, URINE | ☐ U |
| 012 HEPATIC FUNCTION PANEL | ☐ R | **ALPHABETICAL TESTS** | ✓ | 062 BHCG QUANTITATIVE | ☐ R |
| 014 ARTHRITIS PANEL II | ☐ R/L | 035 ALBUMIN | ☐ R | 063 HBS AG | ☐ R |
| 015 COAGULATION PANEL | ☐ L/B | 036 ALKALINE PHOSPHATASE | ☐ R | 064 HBS AB | ☐ R |
| 016 ANEMIA PANEL II | ☐ R/L | 037 ALT (SGPT) | ☐ R | 065 HCV AB | ☐ R |
| 017 IMMUNOGLOBULINS TOTAL | ☐ R | 038 AST | ☐ R | 067 IRON | ☐ R |
| 018 CORONARY RISK PANEL | ☐ R | 039 AMMONIA | ☐ L | 068 IRON & TIBC | ☐ R |
| 019 OBSTETRIC PANEL | ☐ L/R | 040 AMYLASE | ☐ R | 069 LDH | ☐ R |
| 020 OVARIAN FUNCTION | ☐ R | 041 B12 & FOLATE | ☐ R | 070 LDL | ☐ R |
| 021 TESTICULAR FUNCTION | ☐ R | 042 BILIRUBIN TOTAL | ☐ R | 072 LIPASE | ☐ R |
| 022 AMENORRHEA PANEL | ☐ R | 043 BUN | ☐ R | 073 LH & FSH | ☐ R |
| **AMA PANELS** | ✓ | 044 CALCIUM | ☐ R | 074 MAGNESIUM | ☐ R |
| OTHER: | ☐ | 045 CEA | ☐ R | 075 MICROALB/CREAT RATIO | ☐ U |
| OTHER: | ☐ | 046 CHOLESTEROL TOTAL | ☐ R | 076 POTASSIUM | ☐ R |
| OTHER: | ☐ | 048 CPK | ☐ R | 078 PSA | ☐ R |
| OTHER: | ☐ | 049 CPK ISOENZYME | ☐ R | 079 PROGESTERONE | ☐ R |
| OTHER: | ☐ | 050 CREATININE CLEARANCE | ☐ R/U/P | 080 PROLACTIN | ☐ R |
| | | | | 082 SERUM PROTEIN ELECT. | ☐ R |
| | | | | 083 SODIUM | ☐ R |
| | | | | 084 TESTOSTERONE | ☐ R |
| | | | | 085 TOTAL PROTEIN | ☐ R |
| | | | | 088 T3 FREE | ☐ R |
| | | | | 089 T3 TOTAL | ☐ R |
| | | | | 090 T3 UPTAKE | ☐ R |
| | | | | 091 T4 | ☐ R |
| | | | | 092 TRIGLYCERIDES | ☐ R |
| | | | | 093 TSH | ☐ R |
| | | | | 094 URIC ACID | ☐ R |
| | | | | **IMMUNOSEROLOGY** | ✓ |
| | | | | 096 ANA | ☐ R |
| | | | | 097 ANTISTREPTOLYSIN (ASO) | ☐ R |
| | | | | 102 HERPES I/II IGG | ☐ R |
| | | | | 103 HIV | ☐ R |
| | | | | 106 RHEUMATOID FACTOR | ☐ R |
| | | | | 107 RPR | ☐ R |
| | | | | **URINALYSIS** | ✓ |
| | | | | 114 URINALYSIS (NO MICRO) | ☐ U |
| | | | | 115 URINALYSIS (MICRO ON POS) | ☐ U |

**PRACTITIONER AUTHORIZATION** I authorize Medytox through its affiliated labs to perform clinical testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.

2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.

_____          Kenneth Rivera-Kolb          1/10/14
PROVIDER'S SIGNATURE             PROVIDER'S NAME (PRINTED)    DATE     V03122013

FOR EACH PROVIDER USE A SEPERATE SHEET AND INDICATE HERE HOW MANY: _____ OUT OF _____

CONFIDENTIAL                                                                                         LABS00490895

Jan. 17. 2014  3:30PM   Collectaway Diagnostics                No. 7800  P. 1



## BIOHEALTH MEDICAL LABORATORY
— a Medytox owned Lab

### RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

**TESTS ORDER:**
PANEL  (Positives Only ☐)          POINT OF CARE (Positives Only ☐)
Perform qualitative testing ☐         Perform qualitative testing* ☐
Perform quantitative testing ☒        Perform quantitative testing ☒
*NOTE: If we perform qualitative testing we will bill code 80101

| SALES PERSON | | ACCOUNT | Angels Recovery | | |

As part of my practice's compliance protocols, I hereby request and authorize Biohealth Medical Lab, Inc. to establish for me an online ordering system with the following clinical test panels available for request:

| DRUG CLASS MENU | POC ☐ | CUSTOM ☐ | BASIC ☐ | PANEL E ☐ | PAIN ☐ |
|---|---|---|---|---|---|
| 1 ⊙ 6-Acetylmorphine (6-AM) | ⊙ #___ 6AM | 1 ⊙ 6AM ☒ | | 1 ⊙ 6AM | |
| 2 ⊙ Amphetamines | ⊙ # 12 AMP | 2 ⊙ AMP ☐ | 1 ⊙ AMP | 2 ⊙ AMP | 1 ⊙ AMP |
| 3 ⊙ Barbiturates | ⊙ # 2 BAR | 3 ⊙ BAR ☐ | 2 ⊙ BAR | 3 ⊙ BAR | 2 ⊙ BAR |
| 4 ⊙ MDPV (Bath Salts) | | 4 ⊙ MDP ☐ | | | |
| 5 ⊙ Benzodiazepines | ⊙ # 1 BEN | 5 ⊙ BEN ☐ | 3 ⊙ BEN | 4 ⊙ BEN | 3 ⊙ BEN |
| 6 ⊙ Buprenorphine | ⊙ #___ BUP | 6 ⊙ BUP ☒ | 4 ⊙ BUP | 5 ⊙ BUP | 4 ⊙ BUP |
| 7 ⊙ Carisoprodol (Soma) | ⊙ #___ CAR | 7 ⊙ CAR ☒ | 5 ⊙ CAR | 6 ⊙ CAR | 5 ⊙ CAR |
| 8 ⊙ Cocaine | ⊙ # 3 COC | 8 ⊙ COC ☐ | 6 ⊙ COC | 7 ⊙ COC | 6 ⊙ COC |
| 9 ⊙ Dextromethorphan (DXM) 7-day turn around | | 9 ⊙ DXM ☐ | | | |
| 10 ⊙ Ecstasy | ⊙ # 10 EOS | 10 ⊙ ECS ☒ | 7 ⊙ ECS | 8 ⊙ ECS | |
| 11 ⊙ EtOH Alcohol | ⊙ # ETO | 11 ⊙ ETO ☒ | 8 ⊙ ETO | 9 ⊙ ETO | 7 ⊙ ETO |
| 12 ⊙ Fentanyl | ⊙ #___ FEN | 12 ⊙ FEN ☒ | 9 ⊙ FEN | 10 ⊙ FEN | 8 ⊙ FEN |
| 13 ⊙ Gabapentin | ⊙ #___ GAB | 13 ⊙ GAB ☒ | | 11 ⊙ GAB | 9 ⊙ GAB |
| 14 ⊙ Synthetic cannabis (K2 Spice) | | 14 ⊙ K2 ☒ | | 12 ⊙ K2 | |
| 15 ⊙ Meperidine | ⊙ #___ MEP | 15 ⊙ MEP ☒ | 10 ⊙ MEP | 13 ⊙ MEP | 10 ⊙ MEP |
| 16 ⊙ Methamphetamine | ⊙ # 5 MET | 16 ⊙ MET ☐ | 11 ⊙ MET | 14 ⊙ MET | |
| 17 ⊙ Methadone | ⊙ # 7 MTD | 17 ⊙ MTD ☐ | 12 ⊙ MTD | 15 ⊙ MTD | 11 ⊙ MTD |
| 18 ⊙ Opiates | ⊙ # 6 OPI | 18 ⊙ OPI ☐ | 13 ⊙ OPI | 16 ⊙ OPI | 12 ⊙ OPI |
| 19 ⊙ Oxycodone | ⊙ # 9 OXY | 19 ⊙ OXY ☐ | 14 ⊙ OXY | 17 ⊙ OXY | |
| 20 ⊙ Phencyclidine (PCP) | ⊙ # 11 PCP | 20 ⊙ PCP ☐ | 15 ⊙ PCP | 18 ⊙ PCP | 13 ⊙ PCP |
| 21 ⊙ Propoxyphene (PPX) | ⊙ #___ PPX | 21 ⊙ PPX ☒ | 16 ⊙ PPX | 19 ⊙ PPX | 14 ⊙ PPX |
| 22 ⊙ Tricyclic antidepressant | ⊙ # 8 TCA | 22 ⊙ TCA ☐ | 17 ⊙ TCA | 20 ⊙ TCA | |
| 23 ⊙ Tetrahydrocannabinol (Marijuana) | ⊙ # 4 THC | 23 ⊙ THC ☐ | 18 ⊙ THC | 21 ⊙ THC | 15 ⊙ THC |
| 24 ⊙ Tramadol | ⊙ #___ TRA | 24 ⊙ TRA ☒ | 19 ⊙ TRA | 22 ⊙ TRA | 16 ⊙ TRA |

»A validity test consisting of Urine Creatinine, pH, Specific Gravity and Oxidants is performed on every urine specimen. Provider Initials: ___

**PRACTITIONER AUTHORIZATION** I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the Individual patient test requisition form as well as the provided Custom Profile on file. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requested through the individual patient test requisition form and Custom Profile.

The selected test panels described above are identified and ordered by me. I have carefully reviewed the tests that I have selected here to include in the online ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary for each individual patient to ensure patient compliance with the therapy I have prescribed for that patient, and I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests or a less inclusive profile I believe to be medically appropriate.
2. Utilizing a custom profile may result in the ordering of tests for which Medicare or other payers may deny payment.
3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed, may be subject to civil penalties.
4. I am directing Biohealth Medical Lab, Inc. to perform semi-quantitative assays and quantitative testing for medications prescribed and illicit drugs when Point of Care methods do not detect them.

PROVIDER'S SIGNATURE ___        PROVIDER'S NAME (PRINTED) Kenneth River-Kolb        DATE 1/16/14

FOR EACH PROVIDER USE A SEPARATE SHEET AND INDICATE HERE HOW MANY: ___ OUT OF ___

3399 NW 72nd Avenue, Suite 222   |   Miami, FL 33122   |   Tel (305) 436-6094   |   Fax (305) 346-1447

CONFIDENTIAL                                                                                             LABS00490896

# Medytox | BIOHEALTH
MEDICAL MARKETING AND SALES | MEDICAL LABORATORY — a Medytox owned Lab

**CLIENT REGISTRATION**

CLIA NUMBER: 10D2025169
OCCUPATIONAL LICENSE: 1550MD608201

| Field | Value |
|---|---|
| AGENCY NAME | Angels Recovery |
| ADDRESS | 11576 Pierson Rd. #K5 |
| CITY | Wellington |
| STATE | FL |
| ZIP | 33414 |
| PHONE | 561-721-4142 |
| FAX | 561-753-8864 |

| Field | Value |
|---|---|
| CONTACT PERSON | Lisa Love → Administrator |
| EMAIL | Lisa@Angelsrecovery.com |
| PHONE | 561-907-3265 |
| FAX | 561-753- |

**FOR OFFICE USE ONLY:**
- SALES REP: Frank
- CSR: Maria
- SITE ID: 00213
- LAB PANEL: ARE
- LAB PANEL:
- POC CODE:

**RESULTS DELIVERY METHOD**
- ☐ FAX ( )
- ☑ ONLINE ADVANTAGE
- ☐ FEDEX / UPS SCHEDULE
- DAILY PICK-UP:
- ACCT #:

**PRACTICE TYPE:** Rehab Center
DAYS OPEN PER WEEK: 7
DAILY PATIENT VOLUME:
PROJECTED DAILY SAMPLE VOLUME: 20-30  3x week
% PATIENTS CLINIC SEES: % CARE | % CAID | % PRIVATE 90 | % WK COMP | % CASH 10

## SUPPLIES REQUEST

| WORKSTATION SET UP | MODEL, DESCRIPTION, ETC. | SERIAL NUMBER |
|---|---|---|
| Laptop | | |
| Printer | | |
| DYMO Label Writer | | |
| ID Scanner | | |
| Signature Pad | | |

| OTHER SUPPLIES | PRICING |
|---|---|
| Pre-Printed Test Request Forms | No Charge, 100 Per Package (Clinical / Toxicology) |
| Specimen Bags | No Charge, 100 Per Package |
| FedEx/UPS Shipping Bags | No Charge, 100 Per Package |
| FedEx/UPS Shipping Labels | No Charge, 100 Per Package |
| FedEx/UPS Shipping Boxes (s, m, l) | No Charge, 100 Per Package |
| Label Sheets for Barcodes | 2 x 260 labels 3 1/8 x 1 1/4 address labels |
| Dymo Labels | ☐ Toxicology Labels ☐ Clinical Labels |
| Gloves (s, m, l) | |
| Sharps | |
| Lids | |
| Vials | |
| Sharps Box | |
| Centrifuge | |

NOTES:

V03122013

400 S Australian Ave, 8th Floor | West Palm Beach, FL 33401 | Tel (877) MEDYTOX | Fax (561) 328-9303 | www.medytoxsolutionsinc.com

CONFIDENTIAL                                                                    LABS00490897

# Medytox ADVANTAGE
## POINT OF CARE & BILLING

**ADVANTAGE PRINTING PREFERENCES**
- ☐ DYMO LABELER  ☐ 3X6 LABEL SHEETS  ☐ REQUISITION FORMS

RECORDING POC? ☒ YES ☐ NO    IF 'YES' WHO WILL BILL FOR POC? ☒ ACCOUNT ☐ MEDYTOX

**CUP NAME & MAKER:** UCP Home

## ADVANTAGE USER ACCESS SETUP INFORMATION

| First Name | Last Name | Title | Access |
|---|---|---|---|
| Lisa | Love | Administrator | ☒ ADMIN ☒ USER ☒ BILLING |
| Tera | Jesperson | CEO | ☒ ADMIN ☒ USER ☒ BILLING |
| Gina | McGuire | Admin / Coordinator | ☒ ADMIN ☐ USER ☒ BILLING |
| Yelane | Yengs | Tech | ☐ ADMIN ☒ USER ☐ BILLING |

## PRACTITIONER REGISTRATION

**Practitioner Name:** Kenneth Rivera-Kolb
- ☒ MD ☐ PA ☐ DO ☐ ARNP  ☐ ADMIN ☐ USER
- NPI #: 1720256324
- DEA #:

## CURRENT EMR INFORMATION

(blank)

## NOTICE OF PRIVACY PRACTICES

THIS NOTICE DESCRIBES HOW MEDICAL/PROTECTED HEALTH INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY. We may use health information about you for treatment (such as sending your information to your physician), to obtain payment for treatment, and for our internal administrative purposes.

As a patient, you have the following rights:
1. The right to inspect and copy your information;
2. The right to request corrections to your information;
3. The right to request that your information be restricted;
4. The right to request confidential communications;
5. The right to a report of disclosures of your information; and
6. The right to a paper copy of this Notice.

We want to assure you that your medical/protected health information is secure with us. This Notice contains information about how we will insure that your information remains private. For further information, contact Medytox Diagnostics and its affiliated laboratories' client services at: 1-877-577-7077. ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICES "I hereby acknowledge that I have received a copy of this practice's NOTICE OF PRIVACY PRACTICES. I understand that if I have questions or complaints regarding my privacy rights that I may contact the person listed above. I further understand that the practice will offer me updates to this NOTICE OF PRIVACY PRACTICES should it be amended, modified, or changed in any way."

**Practice Representative Name (please print):** Tovah Jasperson
**Practice Representative Signature:** Tovah Jasperson
**Date:** 1-9-14

V03122013

400 S Australian Ave, 8th Floor | West Palm Beach, FL 33401 | Tel (877) MEDYTOX | Fax (561) 328-9303 | www.medytoxsolutionsinc.com

CONFIDENTIAL    LABS00490898