EXHIBIT 21



**EXHIBIT**

4

Logans          01/27/2023

## MEDYTOX SALES TRAINING MANUAL

### 1. Introduction

Welcome to Medytox! We are delighted that you have made the choice to join our growing company and become part of our dynamic sales team. At Medytox, we value our Account Executives, their competence and their expertise very highly, and understand the importance of the interdependent relationship between our sales force and our ability to achieve strategic success in our marketplace. We hope that each of you can become an integral part of that success and reap the benefits that come from your individual positive contributions to our overall growth.

This Sales Training Manual is divided into two parts. Part I will provide you with an overview of our products, the market, and our sales structure and techniques, while introducing you to key concepts that define our brand and emphasize what distinguishes us from our competitors. Part II will provide specific supporting detail regarding the regulatory and compliance climate within which we are required to operate, while presenting targeted, expanded information on both discrete market sectors and on the specifics of clinical laboratory testing. Because **strict compliance with regulatory requirements is mandatory** in our industry, and failure to comply with regulatory guidelines in all respects and at all times can expose the company to significant liability, potentially leading to legal action against the company, legal action against you individually, severe financial penalties or a combination of these outcomes, we correspondingly require that all Account Executives become thoroughly conversant with the compliance and regulatory environment that defines the manner in which we are permitted to operate. In keeping with our Zero Tolerance Policy toward compliance breaches in all respects, becoming fluent in your knowledge of the Stark laws, of HIPAA requirements and of the OIG Guidelines, as well as of the pertinent State and Federal laws governing our operations, is in your own best interest, and we shall strive to fulfil our obligation to you by ensuring that we provide you with a thorough overview of the necessary compliance-related information.

We know that this manual will serve as an invaluable reference tool for you as you gain confidence and accumulate experience in your tenure with Medytox. Please safeguard this resource as you would any confidential company document, and know that you are expressly prohibited from sharing this manual with any third parties whatsoever.

## 2. Medytox Corporate Structure and Management Team

## a. Company Organization Chart



LABS00550344

As is evident from the preceding chart, Medytox Solutions, Inc. is a publicly-listed holding company whose structure encompasses a variety of subsidiaries. These subsidiary companies have been organized according to functionality, so that each provides a distinct set of services to the overall organization. The sales and marketing function, the billing function, and the clinical laboratory testing function all operate under their own structure, supporting each other's activities while reporting back to the corporate management group, who oversee the operations of each affiliated entity.

All Medytox Account Executives are employees of Medytox Medical Marketing and Sales, Inc., reporting directly to the Sales Director. The Sales Director, in turn, conveys information and intelligence received from the Account Executives to corporate management, and correspondingly serves as the conduit for information flowing from corporate management to the Account Executives.

All company-owned laboratories are subsidiary to Medytox Diagnostics, Inc. As the preceding chart demonstrates, Medytox-owned laboratories are located throughout the United States, allowing us the capability to optimize the testing process and minimize sample turnaround times by directing client specimens to the laboratory facility that best suits the client's needs, based on both the type of testing required and on geographic location. Presently, our Lake Worth-based facility, PB Laboratories LLC, serves as our primary testing location, performing screens on client samples in preparation for the forwarding of those samples to a reference laboratory; the reference laboratory then confirms the results of the screens. Similar screening operations are also performed at our facilities in Miami, New Jersey and New Mexico, and these facilities, together with PB Labs, also perform client-ordered testing on blood samples, which contributes an increasingly significant portion of company revenue.

Medytox is currently in the process of setting up its own reference laboratory, eliminating the need to send client specimens to any third party for confirmation testing, and anticipates that our reference lab will become fully functional in 2013. In addition, it is important to note that Medytox is continually expanding as it seeks to acquire further strategically-beneficial laboratory facilities.

All receivables billing, collection activities and accounts receivable oversight are performed by our subsidiary ARC Medical Billing, Inc. Located in North Carolina, ARC's daily function is the invoicing of major payers—typically insurance companies—in support of our laboratory testing.

CONFIDENTIAL

Of course, ARC is also responsible for the collection of monies due us from Medicare, which represent a smaller, yet still critical, portion of our revenues. It is important to note that ARC's professional billing services are also available to our clients, and that the marketing of ARC's services to your clients is highly encouraged by Medytox.

CONFIDENTIAL

LABS00550346

## b. Medytox Management Team

**Medytox Solutions, Inc.**

| | |
|---|---|
| Chief Executive Officer | William G. Forhan |
| Chief Financial Officer | Jace Simmons |
| Chief Operating Officer | Seamus Lagan |
| VP of Operations | Sharon Hollis |
| VP Business Development | Francisco Roca III |
| Sales and Marketing Director | Steve Ziemian |
| Business Development & Training | Frank Dias |
| Customer Liaison | Lisa Henderson |
| Human Resources | Kelly Marsden |

**Medytox Diagnostics, Inc.**

| | |
|---|---|
| Chairman and CEO | Seamus Lagan |
| President and Secretary | William G. Forhan |
| Director | Francisco Roca III |

**Medytox Medical Marketing & Sales, Inc.**

| | |
|---|---|
| Chairman and CEO | Seamus Lagan |
| President and Secretary | William G. Forhan |
| Director | Francisco Roca III |

**PB Laboratories, LLC**

| | |
|---|---|
| President, CEO & Secretary | Sharon Hollis |
| Vice President | MaryLu Hall |
| Lab Supervisor | Alexandra Speranza |

**Biohealth Medical Laboratory, Inc.**

| | |
|---|---|
| President and CEO | Sharon Hollis |
| Lab Manager | Luisa Suarez |
| Lab Supervisor | Marlene Perez |
| Secretary | William G. Forhan |

**Alethea Laboratories, Inc.**

| | |
|---|---|
| President and CEO | Dr. Thomas Mendolia |
| Lab Manager | Stefan Long |

**International Technologies, LLC**

| | |
|---|---|
| President and CEO | Ralph Perricelli |
| Lab Manager | Reginald Samuels |

**ARC Medical Billing**

| | |
|---|---|
| President and CEO | Michael Nicholson |

LABS00550347

### 3. The Sales Opportunity: What Do We Sell?

As a toxicology company providing clinical laboratory testing and related services, Medytox offers our Account Executives the opportunity to sell an important portfolio of services and products to clients, including:

### A. Urine Drug Testing (UDT)

Urine toxicology testing is the foundation of Medytox's core business. Our clients, who typically comprise drug rehabilitation facilities of various kinds (the distinctions between the various types of drug rehab and detox facilities will be discussed later in this manual), pain management facilities and physician practices and clinics, routinely collect urine samples from their patients and require that these samples be tested in a clinical laboratory setting in order to determine the presence (or lack) of alcohol, prescription drugs or drugs of abuse in their patients' system at the time of specimen collection.

Many of our clients collect patient urine in a specimen cup that is outfitted with testing strips which provide a so-called "**rapid result**", indicating whether the collected urine may appear to prove positive or negative for traces of a range of substances. These "rapid result" cups, **also called "point-of-care", or "POC" cups**, are available from a variety of manufacturers and typically test for a standard panel of the most widely-abused controlled substances, such as THC (the active ingredient in marijuana), cocaine, PCP, opium, morphine, methamphetamines, antidepressants and various barbiturates.

The results indicated by these POC cups are simply either a finding of "positive" or "negative" for the presence of the tested substances in the patient's urine sample. **A result of "positive" or "negative" is known as a "qualitative" result.**

Other clients prefer to collect their patient urine samples in a cup without test strips, which provides no qualitative results. **Such cups are known as "clear cups"**, and specimens collected in clear cups must be screened at the laboratory in order to obtain initial qualitative (that is, positive or negative) results for the tested substances.

From a regulatory standpoint, specimen cups that are outfitted with test strips, that is, the so-called "rapid result" or "POC" cups, are **also known as "CLIA-waived" cups**. "CLIA" is an acronym for **"Clinical Laboratory Improvement Amendments"**, passed by Congress in 1988 to

LABS00550348

ensure the accuracy, reliability and timeliness of patient test results regardless of where the test was performed. CLIA requirements are based on the complexity of the performed test, not on the type of laboratory or facility where the test was performed. We will learn more about CLIA later in this manual.

Clear specimen cups which provide no initial qualitative results are also known as **"non CLIA-waived"** cups.

Regardless of whether a client chooses to collect specimens in a CLIA-waived, rapid result, POC cup or in a clear, non CLIA-waived cup, once qualitative results have been obtained the collected specimen must undergo further testing so that the treating physician can be confident that the received results are both accurate and valid: **it is estimated that POC cups provide inaccurate results up to 60% of the time.** So-called "false positive" results can be inadvertently generated if, for example, the patient has eaten anything containing poppy seeds (causing a false positive for opium) or if the patient has excessively used hand sanitizer (causing a false positive for alcohol). Further, all specimens must also undergo so-called "validity" testing at the laboratory in order to ensure that the specimen has not been diluted or adulterated in any manner, which will also cause incorrect or invalid results.

When patient urine samples arrive at our laboratory, an analysis is carried out using specialized immunoassay equipment and reagents to test for drugs that the treating physician has requested the lab to check for. These tests also provide a positive or negative reading for the presence of the tested substances. In addition, even if qualitative results are accurate, treating physicians must also know the quantity, within a specific range, of tested substances present in a patient's system at the time that the specimen was collected. Such **quantitative results** are obtained through the further testing of the collected specimens.

Thus, even as the specimen moves from collection to qualitative immunoassay testing, the testing process for that sample is still not finished, because it must move through **quantitative testing** to enable the reporting of final results. All samples must be tested a final time by a so-called **reference laboratory**, the purpose of which is to confirm the sample's quantitative results. These tests are known as **"confirmations"**. A confirmation test is a **forensic test** used to provide an exact quantity of a drug or substance in patient urine, and is carried out using either GCMS (Gas Chromatographic-Mass Spectrometric) or LCMS (Liquid Chromatographic-Mass Spectrometric) equipment.

CONFIDENTIAL

LABS00550349

Medytox is currently in the process of setting up its own reference laboratory in Riviera Beach, Florida, entailing an investment of $10 million, for the purpose of performing its own confirmations. At the moment, however, most specimens are sent to a third-party reference lab for confirmation testing, while the remainder undergoes confirmation testing at our laboratory in New Mexico.

**Your primary function as a Medytox Account Executive is to sell our UDT testing services.**

CONFIDENTIAL

# Point of Care vs. Clear Cup



CLIA Waived
Rapid Results

Non-CLIA Waived
No Results

CONFIDENTIAL

LABS00550351



LABS00550352

# THE PURPOSE OF THE THREE DIFFERENT TYPES OF URINE DRUG TESTING

✓ A point of care, rapid result test can provide the treating physician with an immediate indication of the presence of certain drugs and substances in patient urine.

✓ Laboratory Immunoassay and reagent testing provides the treating physician with an indication of all drugs that are present in patient urine, including substances that may not have been included in the POC cup's test strips. A report from this test is usually made available to the client within 24 hours from the time that the urine sample was collected.

✓ A confirmation test will provide specific quantities of any drugs or substances that were found in the patient's urine sample. A report on these substances and their specific quantities is usually made available to the client within 72 hours from the time that the urine specimen arrived at our laboratory.

CONFIDENTIAL

B. Blood Testing

Many of our clients also test their patient's blood specimens. These clients may be physician practices or clinics who serve a variety of patients, that is, whose practice is not limited solely to the treatment of addiction or pain-related issues, or may even be assisted living facilities or nursing homes routinely collecting blood specimens from their residents.

In cases where Medytox is testing blood specimens for clients, Medytox typically provides a licensed phlebotomist to perform the venipuncture and collect the sample; the phlebotomist also transports the sample back to our laboratory for testing. Such transport is critical not only because it preserves the chain-of-custody of the sample but also because the collected blood samples must be kept below a certain temperature, and must be tested within a certain limited time frame.

Blood samples are currently tested at PB Laboratories in Lake Worth, at Biohealth Laboratories in Miami and at International Technologies in New Jersey.

**When marketing our UDT services to prospective clients, Account Executives should also pursue the opportunity to engage the client for the provision of Medytox's blood sample collection and testing services.**

LABS00550354

## C. Billing Services

Medytox's billing subsidiary **ARC Medical Billing** not only fulfills the billing function for the company, ensuring that we are remunerated for services rendered in a timely manner, but also makes its services available to our clients in the case that they either want to improve their collections, streamline their accounts receivable process or outsource the billing and accounts receivable process in its entirety to a third party. Your colleagues at ARC Medical Billing are American Collections Association-certified and competently handle a wide range of billing-related matters, including the electronic submission of claims, the mailing of self-pay patient statements, thorough follow-up on all incorrectly rejected or unpaid claims and the answering of third-party inquiries on claims and bills, providing comprehensive monthly management reports detailing all activity for the prior month period.

While many companies offer clinical toxicology testing services, Medytox is unique in its ability to offer its clients the flexibility and convenience of outsourcing their complete billing and collection function to a fully-automated, highly experienced and streamlined team of competent accounts receivable professionals who know the codes, processes and procedures necessary to maximize cash flow and revenue, and who enjoy longstanding relationships with the country's major insurance carriers, resulting in quicker payment of claims. ARC's success rate in obtaining payment from insurers is well above accepted industry standards, and your clients can receive a direct bottom-line benefit as a result of engaging the services of ARC Medical Billing.

**All Medytox Account Executives should include a discussion of the services provided by ARC Medical Billing, and the benefits inherent in using their range of services, in every meeting with prospective clients.**

LABS00550355

D. In the Pipeline

As an innovator in the toxicology business, Medytox is constantly seeking to add new products and services to our corporate arsenal in response to and anticipation of client and market demand. As of the time of the writing of this manual, some of the exciting new products which we hope to soon offer our clients include:

1. **Oral Fluid (Saliva) Testing**: Because of its non-invasive nature coupled with advances in technology permitting the more accurate determination of results, the testing of oral fluid via swabs or special strips is becoming increasingly popular and accepted among our targeted client base. We intend to participate in this trend by soon making this testing method available to our clients.

2. **Neurotransmitter Testing**: Because mental health issues and addiction behaviors are often interconnected, testing for neurotransmitters — the chemicals that determine our mood — is becoming an increasingly valuable component in assisting the treating physician to design a patient's plan of care, particularly in the case of a so-called "dual diagnosis" in which a patient demonstrates addictive behaviors coupled with a mental health disorder. In addition, assessing the levels of such important neurotransmitters as serotonin and dopamine in a patient's system gives treating psychiatrists the ability to better decide which medications to prescribe for specific psychiatric disorders or to change the dosage of a patient's medication based on their body's naturally-occurring neurotransmitters. We intend to soon be able to offer our clients the ability to add neurotransmitter testing to their chosen test panels in service to these opportunities.

3. **Electronic Medical Records Integration**: Later on in this manual you will learn about Medytox Advantage, our proprietary, web-based paperless reporting software which we provide free of charge to our clients and through which we communicate electronically with our clients, whether because they upload their patient information and manifests of samples collected into the Advantage system for our knowledge, or because we report the results of tests performed back to the client by uploading these results into Advantage for physician viewing. As you may be aware, switching from manual to electronic medical recordkeeping will become mandatory for all healthcare providers by 2015; in keeping with this mandated reliance on electronic recordkeeping and the digital recording of information, therefore, Medytox

intends to enhance Advantage to allow for the integration of information between Advantage and the client's in-house EMR system.

4. **Workmen's Compensation Testing:** Increasing numbers of employers in the United States require that employees who claim to have been injured at their place of employment submit to intermittent urine drug testing as a condition toward receiving continued benefits. Such testing helps to reduce employee-related healthcare fraud while simultaneously confirming that the employee continues to follow their physician-mandated plan of care, taking their prescribed medications as required and avoiding any indulgence in illicit substances. Medytox has been working toward putting the necessary administrative structure in place required to process workmen's comp-associated testing, and hopes to be able to begin testing workmen's comp origin specimens by 2014.

5. **Dry Urine Testing:** NEED MORE INPUT FROM YOU GUYS ON THIS

6. **Dry Blood Spot Testing:** NEED MORE INPUT FROM YOU GUYS ON THIS

CONFIDENTIAL

## 4. What Are the Benefits of What We Sell?

### A. Urine Drug Testing (UDT)

The benefits of urine drug testing are numerous and well-known, and urine drug testing has valid applications and provides wide-ranging benefits to client users in a variety of scenarios. Treating physicians in the addiction, rehab or detox milieu have a demonstrated need to know exactly which substances are present in their patients' systems prior to prescribing medications or designing a plan of care  and have a further, on-going need to test patient urine in order to measure patient adherence to the plan of care that has been designed. Physicians who operate in the pain management sector must be able to determine whether a patient is taking their medications as prescribed, because it is critical for them to know whether a patient suffering from chronic pain continues to suffer in spite of the medications the physician has prescribed (meaning that the patient can have built up a tolerance to the medication in question), or whether the patient continues to suffer because they are not taking the medication as prescribed by the treating physician. Further, all physicians, regardless of their specialty, benefit from knowing which medications or substances are already present in a patient's system prior to prescribing any new or additional medications, in order to reduce both the potential medical consequences for the patient and the potential liability that may accrue to the physician as a result of negative interactions between different medications and substances. Psychiatric practitioners have an equally important need to measure the presence of prescribed medications in their patients' systems in order to adjust treatment plans where necessary, as do urologists, endocrinologists, general practitioners, osteopaths and even OB-GYN's. Further, while the need for urine drug testing in healthcare practices is widely accepted, there is growing market demand for urine drug testing among employers, in the criminal justice system, and among those who process workmen's compensation claims. In the United States in general, it can be said that the urine toxicology testing market is robustly healthy, that it encompassed $2 billion in billings in 2011 and that it is projected to continue to grow at a rate of at least 2% per year through 2020.

As a Medytox Account Executive, you should determine from any prospective client whether they are already currently collecting urine samples from their patients for UDT testing purposes. If they are, your goal is to persuade them to switch from their current toxicology testing company to Medytox; if they are not, your goal is to achieve their agreement to begin testing, based on the following benefits to be derived from testing:

- Better patient outcomes resulting from a targeted plan of care that accounts for other medications and substances already present in the patient's system
- Better patient outcomes resulting from specific proof—the testing results—that the patient is (or is not) taking their medications as prescribed
- Reduced physician liability as a result of reduced chances of negative drug interactions
- Reduced physician liability as a result of the demonstrable record of regular UDT testing

It is important to note that Account Executives are **specifically prohibited by law** from persuading a healthcare provider to begin UDT testing by pointing out that the healthcare provider can increase their revenue if they collect urine samples. While it is true that the healthcare provider may generate a bill for having collected the specimen (as distinct from our billing for the testing of the specimen collected), we are not permitted to mention this in a sales call; nevertheless, most healthcare providers who are currently not testing figure this out by themselves.

CONFIDENTIAL

B. Blood Testing:

You are unlikely to encounter a healthcare professional who questions, or is unfamiliar with, the benefits of blood testing. The benefits associated with utilizing Medytox for blood testing services lies chiefly in the ability to reduce the number of service providers, relying on one company for both urine and blood testing services; further, many physicians and clinics appreciate the benefits derived from having blood test reports made available through Medytox Advantage, including reduced paperwork, convenient access and streamlined reporting results delivered through a single web portal. Other clients appreciate the fact that Medytox not only provides travelling phlebotomists to collect and transport blood specimens, but further, will also provide the client with a centrifuge, if needed, to spin the collected samples before transport.

C. Billing Services:

There are clear and demonstrable benefits, which can be easily conveyed to your clients, associated with utilizing the services of ARC Medical Billing. These benefits include:

- The freedom associated with outsourcing the billing, collection and accounts receivables functions to a highly-competent third party
- Reduced staff costs
- Reduced paperwork
- Most clients experience a decrease in accounts receivables, with a corresponding increase in collections: higher collection rate
- Most clients experience fewer write-offs for bad debt: higher collection rate
- Most clients receive payment from major insurance providers significantly more quickly than before
- Follow-upon all improperly rejected or unpaid claims
- A comprehensive monthly management report detailing all collection and A/R activity

The professionals at ARC Medical Billing have accumulated decades of experience in dealing and forging valuable relationships with the country's major insurance companies, translating into faster payment at a higher collection rate, and eliminating the need for the client to process any paperwork.

CONFIDENTIAL

5. What Are Our Key Messages?

a. As a vertically-integrated provider of toxicology testing services, Medytox:

- Offers its clients a complete solution, with faster turnaround times and more reliable and accurate results, in a manner that is:
- Local to your area (if applicable)
- Customizable (within reason)
- Safe, secure and HIPAA-compliant in all respects

b. As a result of its aggressive expansion and acquisition program, Medytox:

- Remains on the cutting-edge of clinical laboratory testing, continually adding new testing capabilities in response to customer and market demand
- Seeks to occupy a leadership position in the toxicology market by combining advanced testing capabilities with proven marketing techniques
- Conducts its testing services on the most accurate and advanced equipment available, using proven methodologies that provide superior results

c. As your partner in toxicology testing, Medytox:

- Supports your operations with personnel, equipment and services dedicated to assisting you in providing an optimized level of enhanced patient care
- Offers unparalleled levels of customer service
- Provides turnkey toxicology testing and electronic reporting in support of your patients' plans of care

CONFIDENTIAL

## 6. Why Sell These Services Now?

Illicit and prescription medication drug abuse is a growing problem in the United States, where on any given day, 100 deaths are attributed to drug overdoses. Some of the most sobering statistics regarding drug abuse and misuse in the United States are the following:

- By the year 2008, overdose deaths had increased 300% from 1999 levels.
- Painkillers—specifically opioid pain relievers such as Vicodin and OxyContin— contributed to over 14,800 overdose deaths in the US in 2008, *more than cocaine and heroin combined*.
- In 2012, 12 million people reported using prescription painkillers for non-medical purposes
- The misuse and abuse of prescription painkillers was directly responsible for more than 475,000 emergency room visits in 2009 alone, *nearly double the number reported in 2004*.
- Opioid users generate, on average, annual direct healthcare costs that are 8.7 times higher than healthcare costs generated by non-abusers
- In a study released in 2011, 22.5 million Americans aged 12 or older reported having used an illicit drug, or having abused a psychotherapeutic medication (such as a pain reliever, a stimulant or a tranquilizer) within the prior month. This figure represents 8.7% of the population.
- Also in 2011, 16.5 million Americans (or 6.5% of the population) reported their dependency on alcohol, or their problems related to their chronic alcohol use/abuse.
- *Drug and alcohol misuse and abuse alone generates $72.5 billion in annual healthcare costs*.

It is abundantly clear that **drug abuse statistics support the need for urine toxicology testing.**

In addition, the 2010 passing of the Patient Protection and Affordable Care Act, which by 2019 will expand healthcare coverage to an estimated 32 million individuals not currently covered, will certainly lead to an increase in medically-ordered toxicology testing. Coupled with current trends in illicit and prescription drug abuse, then, the demand for toxicology testing will emphatically rise, and Medytox aims to position itself now to be a leading provider of these services.

CONFIDENTIAL

In 2008, there were 14,800 prescription painkiller deaths.[4]



Drug Overdose Rates by State, 2008[6]



LABS00550363



Drug use is highest among people in their late teens and twenties. In 20[..] 23.8 per[..]nt of 18-[..] 20-year-[..] repor[..] using an [...] drug in the past month[...]



LABS00550364

## 7. What's In It for You?

Each of you has joined Medytox with the understanding that you shall be remunerated with a percentage of monies collected by ARC Medical Billing for each client that is attributed to you. While this is our commitment to you, the power to increase your monthly commission checks lies squarely in your own hands and is a direct result of your own sales efforts, coupled with your ability to ensure that when signing a new client, you have done your utmost to reach agreement with that client for the provision of as many Medytox products and services as possible. Because this truism may be less obvious to some of you and more obvious to others, we'd like to take a moment to provide insight into some of the strategies which our Account Executives can utilize to improve their bottom-line commissions:

- While we do not advocate that clients engage in frivolous or unnecessary testing, and indeed are **expressly prohibited by law from encouraging clients to perform unnecessary tests**, it is logical that revenues are higher from clients who specify that their submitted samples undergo confirmation testing not only of positive results, but also of negative results
- A client requiring a high volume of testing for a limited range of substances will typically generate more revenue than a client testing for a wider range of substances, but with lower testing volume
- Revenues generated by clients operating in the drug rehabilitation and detox sector are typically higher than revenues generated by clients operating in the pain management sector
- Significant revenue can be generated from clients requiring a negotiated price-per-sample despite this lower per-sample price, because such clients typically submit a very large volume of tests
- Clients who collect their patient samples in non CLIA-waived clear cups generate higher per-sample revenues than clients who collect their patient samples in CLIA-waived, rapid result POC cups

In addition to the above tips and strategies, an Account Executive who also successfully up-sells such additional Medytox services as venipuncture and blood sample collecting and related testing, or the services of ARC Medical Billing, shall be entitled to a commission based on actual monies collected for services rendered to the client in question.

LABS00550365

## QUIZ ONE

(Please circle the correct answer where indicated)

T/F   1. Medytox laboratories are located in Florida, New Jersey, New Mexico and Texas

T/F   2. POC cups can display both qualitative and quantitative results, depending on the manufacturer

T/F   3. The results indicated by POC cups are generally reliable

T/F   4. Our laboratories typically require 48 hours after receiving a sample to report the results of immunoassay testing

T/F   5. Urine Drug Testing accounts for the most significant portion of Medytox's overall business

T/F   6. Your chances of landing a new account are greatly increased if you and your prospect discuss the incremental revenue that can be earned from UDT testing

T/F   7. Medytox Advantage streamlines client office procedures and allows for the delivery of paperless results

T/F   8. While the US toxicology testing market is growing, the annual rate of market growth is declining

T/F   9. Stool testing is performed at Medytox's Miami laboratory facility

10. List 2 important benefits that treating physicians derive from UDT:

1. _____

2. _____

LABS00550366

## 8. The Customer

### a. Who Are Our Customers?

### 1. The Substance Dependence and Substance Abuse Community

*We draw the most significant portion of our primary customers from the universe of more than 14,500 specialized drug treatment facilities and centers* providing counseling, behavioral therapy medication, case management and other types of services to persons with substance abuse disorders.

Along with specialized drug treatment facilities, drug abuse and addiction are also treated in *physicians' offices and in mental health clinics* by a variety of providers, including physicians, psychiatrists, psychologists, nurses, counselors and social workers. Treatment is delivered in inpatient, outpatient and in residential settings.

**There are multiple types of drug and alcohol treatment programs and facilities,** and there is no one treatment program or model that fits all. If the goal of drug abuse treatment is to stop drug use and allow affected persons to lead active and meaningful lives within their family, their workplace and their community, then the corresponding challenge is keeping affected people in treatment long enough for them to achieve this goal.

Finding the right treatment for a patient's specific needs is critical to achieving success, and urine toxicology testing is an equally critical part of the patient's assessment process, allowing the treating professional to more accurately determine the best program to meet the patient's needs.

Because our target market includes all types of treatment centers, we are providing you with a comprehensive listing of the various such types of centers, as follows:

- **Long-Term Residential Treatment:** Long-Term Residential Treatment centers provide care 24 hours a day, generally in non-hospital settings. The best-known residential treatment model is the so-called "therapeutic community" (TC), with planned lengths of stay of between 6 and 12 months.
- **Short-Term Residential Treatment:** Short-Term residential programs provide intensive but relatively brief treatment based on a modified 12-step approach.

LABS00550367

Originally conceived to treat alcohol-related problems, during the 1980s and in response to the then-growing cocaine epidemic, many began to treat other types of substance abuse disorders. The original residential treatment model consisted of a 3 to 6 week hospital-based inpatient treatment phase followed by extended outpatient therapy and participation in a self-help group such as AA. It is important that patients remain engaged in outpatient treatment programs and/or aftercare programs subsequent to being released from a residential treatment program in order to reduce or curtail the risk of relapse.

- **Detox Treatment:** Detoxification, whether for drug or alcohol abuse, is the process of removing all residual traces of the substance from the body. Because stoppage of any drug, including alcohol, can trigger often severe side effects as well as intense cravings, the withdrawal phase of recovery is often unpleasant and dreaded enough to prevent many substance abusers from seeking treatment. Alcohol and drug detox, performed under medical supervision, is a managed process which helps the addict through this vital phase of recovery. It is conducted on an inpatient or outpatient basis in accordance with the severity of the addiction, which can only be evaluated by a qualifying physician.

- **Partial Hospitalization Program (PHP):** Partial hospitalization is for people who require on-going medical monitoring but have a stable living situation. These treatment programs usually meet at a hospital for 3-5 days a week, 4-6 hours per day.

- **Intensive Outpatient Treatment Programs (IOP):** Outpatient treatment varies in the type and intensity of services offered. Such treatment costs less than residential or inpatient treatment and often is more suitable for people with jobs or with extensive social supports. It should be noted, however, that low-intensity programs may offer little more than drug education. Other outpatient models, such as **intensive day treatment**, can be comparable to residential programs in services and effectiveness, depending on the individual patient's characteristics and needs.

- **Counseling (Individual, Group or Family):** Counseling works best in conjunction with other types of treatment, or as follow-up support. Therapy can help to identify the root causes of drug use, to repair relationships and to teach healthier coping skills.

LABS00550368

- **Sober Living:** Patients residing in a sober living facility typically do so after leaving a residential treatment facility, or following other intensive treatment. The patients live with other recovering addicts in a supportive and drug-free environment. Sober living facilities are useful if the patient has nowhere to go or if they are worried that returning to their home environment might lead to relapse.

When marketing Medytox products and services to the substance dependence and abuse community, you most likely will deal with IOP's, PHP's and short-term residential facilities.

LABS00550369

# Medications used to Treat Addiction



*"Currently, medications are available to treat opioid, tobacco, and alcohol addictions"*

Methadone, buprenorphine, (Subutex, Suboxone), and naltrexone (including the long-acting formulation Vivitrol) are used to treat people addicted to opiates (e.g. heroin, prescription pain relievers)

Nicotine patches, gum, lozenges, nasal spray and the medications varenicline

Medical detoxification is a necessary first step in the treatment of certain addictions, but by itself does little to change long-term drug use.



CONFIDENTIAL

# Components of Comprehensive Drug Abuse Treatment



*The best programs provide a combination of*
*therapies and other services to meet a patient's needs.*

LABS00550371

## 2. The Pain Management Community

While the purpose of urine toxicology testing in a substance abuse setting is to identify whether illicit substances may be present in a patient's system at a given time, the pain management community tests urine primarily to determine whether the patient in question is adhering to, and in compliance with, their treating physician's plan of care. As such, urine drug testing is a valuable tool in pain management, providing equally valuable objective information to assist in diagnostic and therapeutic decision making. Pain management practitioners rely on urine drug testing primarily:

- To ensure that the patient is taking their prescribed medications in compliance with the physician's instructions
- As a corollary to the above, to ensure that the patient is not selling or otherwise diverting their prescribed medications to third parties
- To determine whether the patient is taking too much of the prescribed medication because of inadequate pain control or addiction
- To adjust or change the patient's prescription medications if their chronic pain continues despite taking their medications per physician instructions (that is, if they have built up a tolerance for the medication)
- To ensure that the patient is not "enhancing" their treatment plan by self-medicating with additional, not prescribed drugs or substances
- To reduce his potential liability by determining exactly which substances are present in the patient's system prior to prescribing any medication which might cause harmful interactions
- To eliminate the possibility of being labeled a "pill mill" provider, by properly and legitimately testing patient urine on an on-going basis, and by considering the results of UDT testing when devising or amending the patient's plan of care

**When marketing Medytox products and services to the Pain Management community, you will discover that there are significantly more pain management clinics and practices than you had realized,** however, not all such facilities are good client candidates. It is important that your conversations with potential pain management clients be particularly frank and thorough in order that you can best determine the legitimacy of the practice, avoiding the association with perceived "pill mills" to every possible extent.

CONFIDENTIAL

It is also important to note that while the sample volume generated by pain management practices is typically less than what is generated by substance abuse treatment centers and practices, **the revenue per urine sample collected from pain management facilities is typically higher than the revenue per urine sample generated by substance abuse treatment centers**.

### 3. Doctors' Offices and Private Clinics

Many private physician practices and clinics engage in both urine and blood toxicology testing as part of their standard program of patient care. This is true of physician practices regardless of their specialty, and we are know from our collective market experience that in many cases, such private practices and clinics do not express any particular loyalty to their current toxicology service providers. Physicians and clinics can be persuaded to switch to Medytox based on the perceived value of the benefits inherent in Medytox's services, such as our faster-than-industry-standard reporting times, our dedicated Client Service Representatives, who in the first 90 days of a new client relationship are on-site, assisting the client with the inputting of patient and sample information into Medytox Advantage every day that the client collects specimens, and our willingness not only to train our client's staff in the use of Advantage on both a preliminary and an on-going basis , but to also provide all of the necessary equipment, including laptop, printer and Dymo labeler, needed to make Advantage function optimally.

Each of you has a personal relationship with a primary care physician or similar medical professional, and the chances are good that you also have a social relationship with one or more such healthcare providers. In our experience, **the chances of having a physician or clinic agree to switch from their current service provider to Medytox are greatly increased if a personal or social relationship already exists between you and the targeted client**.

### 4. Nursing Homes and Assisted Living Facilities

Nursing homes and assisted living facilities are prime candidates for the selling of Medytox's phlebotomist, venipuncture and blood collection and testing services. While it is often true that such potential clients must be approached at the corporate level, this is not always the case, and these types of facilities in particular appreciate not only the provision of phlebotomist and venipuncture services (leading to reduced staffing costs), but also recognize and appreciate the reduced level of paperwork associated with the electronic delivery of test results through Medytox Advantage. Significant commissions can be earned by Account Executives who manage to acquire high-volume blood collection and testing clients.

## QUIZ TWO

(Please circle the correct answer where indicated)

T/F    1. Substance dependence and abuse treatment facilities and pain management facilities

each account for relatively equal portions of Medytox's overall business

T/F    2. Regular and continued testing of pain management patients is necessary to

monitor their on-going adherence to their plan of care

T/F    3. The choice of type of substance abuse treatment facility is made by the patient

T/F    4. Pain management clinics primarily perform UDT testing in order to identify whether

illicit substances are present in patient urine

T/F    5. Treating physicians must remain aware of what substances are present in their

patients' systems, because this affects their decision of which medications to prescribe

T/F    6. Pain management clinics that do not test patient urine are good candidates for

Medytox services

T/F    7. When seeking to recruit new clients, it's ok to capitalize on personal relationships

T/F    8. The goals of substance abuse treatment are only attainable if patients remain in treatment

long enough to effect behavioral change

T/F    9. Regular blood testing is an important on-going component of elder care

10. Multiple choice: A substance abuse patient who has progressed through treatment and now
resides in a halfway house is:

A). Undergoing detoxification

B). Participating in a short-term residential treatment program

C). Enrolled in a sober living facility

D). Enrolled in an intensive outpatient program

LABS00550374

## 9. The Competition

### A. Who Are Our Competitors?

The toxicology market in the United States has no lack of testing service providers, yet no one company has the dominant market share, or is perceived as the market leader. While this is good for Medytox and affords us the opportunity to carve out our own market share, it is important that you familiarize yourselves with the names of those competitors who our Account Executives typically encounter, whether anecdotally or in person (for example, in a physician's waiting room), as they go about their routine sales activities. These competitors are not listed in any kind of order of ranking, priority or importance.

- PCLS (website: www.pcls.com) - formerly known as "Physicians Choice Laboratory Services", this North Carolina-based toxicology company provides substance abuse testing similar to Medytox with similar turnaround times, however, PCLS makes results available through their web portal ("PCLS Access"), via fax or through the client's EMR system. PCLS offers saliva testing in addition to urine, and markets their testing as customizable for each individual patient. They provide live customer service via telephone and Face Time through their so-called "PCLS Live" program, and offer their clients a service called "PCLS Genetics", testing patient DNA to allow the treating physician to personalize the plan of care based on the patient's own DNA characteristics. According to their website, they plan to soon begin offering cytology and infectious disease testing as well.

- Avee (website: www.avee.com and www.aleretoxicology.com): Avee is the Clearwater, Fl-based toxicology testing location of Alere, a New York Stock Exchange-listed healthcare management, healthcare product and diagnostic company. Their web-based reporting portal "AlereDataLink" is similar to Medytox Advantage but allows for the automatic retrieval of results without the need to manually log-in to the system, in addition to providing test results through AlereDataLink, the company also uses the program to deliver statistical analysis and database management, and allows for integration with the client's EMR system. The company claims to make all web-based toxicology reports available within 36 hours of receipt of the specimen at their laboratory, and tests not only urine, but also saliva and hair, for the presence of drugs and drugs of abuse. All Alere toxicology subsidiaries including Avee market their toxicology testing services not only in the clinical marketplace but also in the occupational health and forensic sectors.

LABS00550375

- **Ameritox** (website: www.ameritox.com): Headquartered in Baltimore and majority-owned by Bain Capital, Ameritox has laboratory locations in Texas and North Carolina. While the company currently screens only urine and does not test either saliva or hair, the reports that they provide their clients through their web portal called "Rx Guardian" are interesting because they provide the client with test results in graphic format (that is, utilizing line charts, bell charts and tables), enabling the treating facility to obtain a visual representation of test results. Rx Guardian reports also include information on whether results are consistent with a patient's prescribed medication plan, and results are further accompanied by a narrative description of findings, while comparing results to a proprietary reference database.  Ameritox also offers its clients certain services which it describes as "practice management resources", including the sending of automatic reminders to physicians to monitor or test both specifically-chosen as well as randomly-selected patients according to pre-set parameters determined by the physician. Ameritox is an **extremely litigious company** with a history of pursuing claims against competitors, and has been prosecuted many times for providing treating physicians with kickbacks: in 2010 alone, Ameritox had to disgorge $16.3 million in fines. Further, in 2011, AHCA (Florida's Agency for Health Care Administration) ordered Ameritox to cease and desist from sending specimen collectors to client offices and clinics.

- **Calloway Labs** (website: www.callowaylabs.com): Headquartered in the suburbs of Boston, Calloway is a single-location toxicology company who was acquired by Ampersand Capital Partners after having paid a $20 million fine to the State of Massachusetts in 2012 for funneling funds to owners of sober living facilities in return for the facilities performing excessive UDT screenings that were billed to Medicaid, resulting in the conviction of Calloway's two most senior executives on charges of Medicaid fraud. Despite its single location, Calloway's clients are spread out through the United States. All Calloway clients utilize the so-called "Calloway Cup", which has a split chamber for rapid results and a snap-top to prevent spillage and leakage in transit, and which is provided to clients by the company free of charge, together with pre-labeled, prepaid UPS shipping boxes. The company claims to provide 24-hour results on a limited range of 17 drugs only, yet also claims to own a proprietary process known as "laser toxicology", wherein lasers are utilized in the confirmation testing process to increase reporting speed and accuracy.

- **Millennium Laboratories** (website: www.millenniumlabs.com): headquartered in San Diego, Millennium tests both saliva and urine, marketing themselves as having no pre set test panels but rather permitting the client to individually select all tests to be performed. The company claims to need the smallest possible volume of urine in order to complete the testing process, effectively eliminating the occurrence of QNS (that is, **Quantity Not Sufficient** for testing) results. Millennium's so-called "RADAR" results report provides the option to receive graphed results and customized comments, and Millennium makes five toxicologists available to review and discuss reported results with clients via telephone for 12 hours each day. In addition, Millennium provides its client with quarterly "Practice Profiles" summarizing submitted specimens and comparing results to results received from samples submitted nationwide. Similar to the testing provided by PCLS, Millennium markets their "Millennium PGT" pharmacogenetic testing, saliva-based testing designed to detect genetic variations in enzymes as the body metabolizes pain medications. Their claim is that such testing is useful in customizing patient treatment plans, whether in adjusting dosages or in determining whether to prescribe one medication vs. another.

- **Physician-owned Laboratories:** In keeping with a trend currently gaining momentum in the United States, clinical laboratories owned by physicians, or by a group of physicians, are becoming more prevalent in the toxicology testing landscape. In order to remain within Federal regulations as required under the **Ethics in Patient Referrals Act** (also known as the **Stark Law**) prohibiting physician referrals of Medicaid patients to facilities owned in whole or in part by the referring physician, such laboratories must meet the 3-pronged exception requirement as defined by the Stark self-referral law; these exceptions focus on the supervision of the laboratory, the location of the laboratory and the billing methods used by the laboratory. All three criteria must be met in order for the clinical laboratory to process specimens from the physician-owner's patients. The Stark rules apply not only to physician-owned toxicology laboratories, but to any facility, owned in whole or in part by the referring physician, that provides designated health services such as MRI's, pathology testing, radiation therapy and physical therapy.

LABS00550377

## B. How Do I Beat Them?

Your ability to persuade a prospective client to switch toxicology testing service providers from their current relationship to Medytox will depend on a mixture of several factors, among which your own innate sales abilities, and the confidence and professionalism which you project, play a major role. Your task begins with identifying which toxicology competitor your prospect is currently using and defining as finitely as possible which range of services the prospect chooses to utilize from that provider. If, for example, your prospect relies heavily on the competitor for saliva or hair-based testing, then until we also provide those services your pitch must focus on alternative advantages of switching to Medytox; on the other hand, if the prospect's current provider's services are substantially similar to what Medytox offers, the you should use the limited amount of time available to you with the targeted prospect to deliver our key messages in a manner that highlights the benefits of switching toxicology testing providers. Determining the extent to which the prospective client is satisfied or dissatisfied with their current provider and exploiting any perceived dissatisfaction is a key strategy toward success, as is your ability to lay the groundwork for a personal relationship with the prospect by discovering common interests or discussing mutual acquaintances.

In our experience, the following are key competitive points that you can emphasize when meeting with your prospective clients:

- **Medytox Advantage:** While most toxicology testing companies offer their clients a web-based communication and results reporting portal, many appreciate not only the simplicity and flexibility of Advantage, but also highly value the training in Advantage usage and the personal Advantage assistance embodied in our on-site client service representatives (CSR's), who train client staff in all aspects of Advantage use and reporting. We will learn more about Advantage later in this document, and more about our excellent CSR staff below.

- **Client Service Representatives (CSR's):** Many of our competitors proudly speak of the telephone-based customer service representatives which they make available to their clients. At Medytox, instead of providing telephone-based assistance, we provide personal on-site assistance in the form of our CSR's. Our CSR's are thoroughly trained in all aspects of Medytox Advantage and as such, function as our Advantage experts, providing an invaluable resource to both the company and our client base. Upon the establishment of a new relationship with a client, a specific CSR will be assigned to the account; the CSR will train the

LABS00550378

appropriate client staff members in all aspects of the use of Advantage, will assist client staff in inputting and uploading pertinent patient information and demographics into Advantage, and will, for the first 90 days of any new client relationship, always be present at the client location whenever the client is collecting patient specimens. In addition, the CSR will report to both the Account Executive and the Company on a daily basis in order to keep all interested parties up-to-date with client progress, concerns and developments. In this respect our CSR's embody the daily face of Medytox toward our clients and correspondingly provide us with important market and client intelligence, gleaned from their client rounds. Our CSR's continue to regularly visit all clients even after the initial 90-day period has passed, and make themselves available to clients in response to specific client requests as well (such as when a client hires a new staff member, requiring personal Advantage training), or in response to corporate requests (such as when there is an issue with client samples, requiring notification to the client). The strength of many of our most enduring client relationships can be attributed to the close relationship that develops between our clients and our CSR's.

- **Local Courier Specimen Pickup and Supply Drop-off:** Samples collected from clients located in Miami-Dade, Broward or Palm Beach Counties are picked up on the day of collection by one of our staff of experienced couriers, who then deliver the received samples directly to the designated laboratory. In addition, our couriers also deliver any needed supplies to our clients as requested, and as reported to and through the CSR, which may be lacking, such as Dymo labels, clear (that is, non-CLIA-waived) cups, specimen collection bags, etc. Our couriers also retrieve samples from client collection boxes if so requested by the client, according to the client's desired schedule. Please note that if the client chooses to deposit their specimens into such a collection box for retrieval by the courier, but does not have such a box, Medytox will supply the box upon request. Clients who are not located in the South Florida Tri-County area do not receive sample pickup by courier, rather, such clients are supplied with UPS shipping bags and all necessary related items required for forwarding their samples to our laboratory at our expense.
- **Faster Turnaround Times:** In the toxicology testing business, the speed with which a client is provided with their patient results is critical. This is particularly true of patient specimens received from a substance abuse treatment facility, as

LABS00550379

patients in recovery typically must provide urine samples at very short intervals, and their treating physician must know the results of the patient's prior test by the time that the next sample is provided. Medytox is proud of its history of providing our clients with initial screening results within 24 hours of the time that the sample arrives at our laboratory, with final results typically available within 72 hours of receipt of the patient specimen by our lab. Both preliminary and final test results are delivered to the client in Advantage, allowing for effortless retrieval of patient test results.

- **Equipment Provided:** All clients are provided with the full range of equipment necessary for the proper usage of Medytox Advantage, including a laptop, a laser printer/scanner, a Dymo labeler and a supply of Dymo labels (which we regularly replenish). This streamlines processes and eliminates any need for the client to overburden their own office equipment; however, if the client chooses to forego utilizing equipment provided by us and prefers instead to make use of their own, this is acceptable to us. It is extremely important to note that despite the rules and provisions of the Federal Anti-Kickback Statute, we are emphatically permitted to provide our client base with this equipment, because it is necessary for the proper usage of Advantage and dedicated to Advantage use only (that is, the client receives the equipment loaded only with Advantage software, with Mozilla Firefox, the web browser through which Advantage functions, and nothing else).

- **High-Complexity Laboratory:** We have already mentioned CLIA, the Clinical Laboratory Improvement Amendments passed by Congress in 1988, in the context of specimen collection cups. It is important for you to know that the CLIA provisions also set guidelines for different laboratories based on the complexity of the tests that the laboratory may perform. The CLIA guidelines provide for three levels of complexity, ranging from "waived" (meaning the laboratory only performs simple tests that do not require additional quality assessment) to "moderate complexity" (meaning that the lab performs automated testing that do not meet the waiver criteria, or that the lab handles provider-performed microscopy procedures) through to "high complexity" (meaning that the lab performs non-automated tests, involving a higher degree of complexity and evaluation). All Medytox laboratories are certified by CLIA as high complexity.

  - **SAMHSA-Certified Laboratory:** The Substance Abuse and Mental Health Services Administration (SAMHSA) is the branch of the US Department of Health and Human Services charged with improving the quality and availability of prevention, treatment and rehabilitative services in order to reduce illness, death, disability

and cost to society resulting from substance abuse and mental illnesses. No laboratory can be SAMHSA-certified unless they also possess a CLIA certificate, because the CLIA certificate is needed for all testing conducted by a SAMHSA-certified laboratory. **All Medytox laboratories are SAMHSA-certified,** providing our clients with the comfort and assurance that patient samples are consistently processed in the appropriate and professional clinical manner.

- **Mobile Phlebotomists:** Clients who collect blood samples from their patients appreciate the fact that Medytox provides the phlebotomist to perform the venipuncture, collect the sample and transport the sample directly to the laboratory. This reduces the client's staffing burden while correspondingly reducing their paperwork, and also leads to a quicker reporting of results while preserving the sample's chain-of-custody.

  - **Billing Capabilities:** Medytox is unique in offering our clients the ability to outsource their complete billing, collection and accounts receivable function to ARC Medical Billing, enjoying the benefits of ARC's higher-than-industry-standard collection rate while reducing their provision for uncollected debt and receiving monthly, detailed reports summarizing all billing, collection and A/R activity for the prior month.

  - **Public Company:** As a publicly listed company, Medytox must comply not only with all applicable Federal, State and locally-mandated healthcare rules, laws and regulations, but must also remain in strict compliance with all Securities and Exchange Commission regulations. Being thus held to a higher standard, our clients can take comfort in the knowledge that we have never been tainted by any hint of fraud, kickbacks or misdoings, have never been compelled to pay fines of any kind for failure to comply with any mandated rules or regulations, and never will.

LABS00550381

FRANK IS MAKING A CHART, TO BE INSERTED HERE AS PAGE 38, SCHEMATICALLY-SHOWING
THE DIFFERENCES AND DISTINCTIONS BETWEEN US AND OUR COMPETITORS

CONFIDENTIAL

LABS00550382

## 10. Selling Medytox Effectively

### A. Qualify Your Prospects

Selling our services effectively means not only achieving the highest possible success rate in new client conversions and additions, but also involves achieving the highest and best use of your time, energy and resources as you engage in your sales activities. In order to do this, you must be cognizant of the range of factors that distinguish a good prospective client from a bad one. The following is a listing of the items you must determine from your prospect before you can know whether the prospect is a good fit for Medytox, and vice-versa:

   1. **Percentage of privately-insured patients**: Ask your prospect what percentage of his patient population is privately insured, what percentage is covered by Medicare or Medicaid, and what percentage is comprised of self-pay patients. Ideally, we seek to acquire new clients whose patient population is primarily privately insured, as it is the private insurance companies who remunerate us for services rendered in the most lucrative manner. Prospects whose patient population is comprised primarily of self-pay patients or of CMS patients (that is, patients covered by Medicare and/or Medicaid) are less attractive and in fact, while we do accept and process samples from Medicare patients, we **do not accept or test any samples received from Medicaid patients** at this time.

   2. **Testing frequency and volume**: Ask your prospect how often they routinely test, and how many patients typically submit specimens each time that specimens are collected. This is important to know for a variety of reasons and affects not only your bottom-line commission, but also affects such internally-determined decisions as which lab to direct the client's specimens to, or which CSR to assign to the account. Typically, clients operating in the substance abuse and treatment space will test more frequently than clients who operate in the pain management space, but the number of specimens tested can vary greatly depending on whether the facility is inpatient or outpatient (if inpatient: how many beds does it have? If outpatient: how many participants are there in their program, how often does their program meet, and how long does their program last?) Pain management clients typically test each time the patient has an appointment, such that their volume may vary, with staggered collection dates; other pain management clients schedule their patients' appointments in such a way that all samples are collected on the same day, or within a day of each other, for easier shipment and to reduce the number of manifests that need to be created in Advantage. For a variety of important reasons, therefore, knowing the frequency and volume of testing is critical to determining whether—and how—the prospect's "rhythm" meshes with ours.

LABS00550383

3. **Type of specimen cup used**: As we have already learned, many clients prefer to utilize CLIA-waived point-of-care cups while others collect their patient specimens in non CLIA-waived clear cups. Asking which type of cup the prospective client utilizes—or determining whether they perhaps are not yet testing at all—is an important part of the client qualification process. While the contents of POC cups are screened at our laboratory, validating the displayed rapid results (positive or negative for the tested substances), the contents of clear cups undergo each phase of laboratory testing once in our possession and thus, on a per-cup basis, generate higher revenue (and higher commissions to you upon collection).

4. **Need for negotiated price**. You may encounter a prospective client, particularly in the substance abuse and detox market, requiring what is known as a "negotiated price" per sample. Generally speaking, negotiated prices are significantly lower than what is typically billed for the testing of a urine sample, however, such clients typically submit a volume of samples so significantly large that we are willing to receive, process and test their samples based on the advantages of the economy of scale generated by their high sample volume. Prospects requiring a negotiated price will always be large substance abuse treatment facilities dependent on State or Federal government monies for their on-going operations, or similar, and will never be private physician practices.

5. **Additional or satellite locations**: Many clients have additional locations operating under the same corporate structure, under an affiliated structure, or under common management or ownership. Such locations are easy to identify when they operate under the same brand, but may not be easily identified if they do not share the same brand name, which is often the case. In speaking with prospective clients, you should seek to identify whether any such additional, satellite or affiliated locations exist, and should determine whether the decision makers for these additional locations are correspondingly spread out, or whether decision making is centralized at one office. It is often the case that once one location agrees to switch to Medytox, further affiliated locations also do so, either simultaneous to the successful signing of the first affiliated location or subsequently, once the new client has reported his satisfaction with our services to his colleagues.

6. **Testing Panels**: A prospective client who is already testing and currently utilizing the services of one of our competitors will know with 100% certainty which range of substances their current toxicology testing provider is testing for. This range of tested substances is known as a "test panel", "testing panel" or simply "panel", and **it is critically important to know which substances the prospect wants to test patient urine for.** In principle, physicians and facilities specializing in substance abuse treatment will all be testing for the same general set of drugs, as will pain management professionals. Thus, Medytox offers our clients a range of standard

panels from which they can pick; in addition, and if so desired or required by the client, these panels can be customized to account for the practitioner's individual preferences or specialties.

7. **Provider payment history:** This can be tricky to find out, but important to know. Regardless of test frequency or volume, if it can be determined that the prospect's patients' insurers are not effecting payment for bills submitted in a timely manner, such intelligence is very valuable and should be reported back to the company. It should be noted that as the treating physician or facility, your prospect may be thoroughly unaware of the realities of the billing function, however, it may be equally true that they are fully aware. A history of questionable testing or incorrectly submitted paperwork, or similar, may be all that it takes to cause the major insurance carriers to approve payment for testing services rendered at an exceedingly slow pace. If you are comfortable enough with your prospect and have established the appropriate rapport, gently probing for such information is worthwhile.

LABS00550385

B. Common Attributes of Likely Prospects

A good prospect worthy of your investment of time and effort will very likely display one or more of the following characteristics, which tend to be indicative of the potential for successfully obtaining their agreement to switch to Merlytox:

- A personal or social relationship already exists between you and the prospect, or between someone that you and the prospect both know in common
- The prospect's attitude is neutral toward, or they express dissatisfaction with, their current toxicology testing provider
- The prospect is interested in streamlining office procedures and reducing paperwork
- The prospect is interested in speeding up reporting times
- The prospect is interested in reducing their potential liability
- The prospect is interested in increasing revenue (careful! The prospect can mention this, but you cannot)


C. Key Questions to Ask

Your initial visit with a prospective new client will likely be very short, as it is difficult to get appointments and even more difficult to take the practitioner or decision maker away from his duties for any extended length of time. Maximize the time made available to you in your first visit with your prospect by posing and obtaining answers to as many of the following questions as possible:

1. Are you currently testing urine?

2. What opioids does your practice typically prescribe? (for pain management prospects)

3. How long do you maintain a patient on opioid pain medication therapy?

4. How many patients do you see each month?

5. Are you currently testing blood?

6. Are you happy with your current toxicology testing provider?

7. Would you like faster reporting turnaround times?

LABS00550386

8. Would you like to reduce the paperwork burden on your staff?

9. Have you heard of Medytox?

10. Are you the decision maker?

11. May I schedule a follow-up meeting and demonstration of Medytox Advantage?

You should be aware that quite often, it is the facility's Office Manager, Administrative Manager, Head Nurse or similar who makes the decision to switch to Medytox, because they are the staff members who handle the collected patient samples and manage the associated paperwork burden, so they quickly recognize the benefits to be gained from switching; therefore, meetings with such perceptibly "non-executive" individuals can counterintuitively prove to be extremely valuable. At the same time, however, it is equally important to understand that while these individuals might be responsible for making the decision to switch to Medytox, they are not legally permitted to execute the paperwork necessary to formalize our engagement. This paperwork can only be executed by the physician-owner, owner, Medical Director or Executive Director of the practice or facility in question.

Your **follow-up visit** with a prospective new client is your opportunity to progress toward cementing an on-going and mutually-beneficial relationship. This visit should include a demonstration of Medytox Advantage to all staff members who would be using it on a daily or regular basis, and you should allow ample opportunity for these staff members to ask questions, and for you (or your accompanying CSR) to demonstrate Advantage's capabilities to the fullest possible extent. During this meeting, you should try to create opportunities for the prospect to agree to switch by posing such questions as:

1. Do you like what you see?

2. Can you think of any reason not to switch to Medytox?

3. Can we schedule a time to discuss and fill out the necessary paperwork?

And, in the case of perceived resistance to change:

1. What Are Your Concerns?

2. Will you allow us the privilege of processing a percentage of your samples for an initial trial period, so that you can experience the Medytox difference?

ROLE-PLAYING EXERCISES SHOULD NOW TAKE PLACE/INSERT PAGE 43 OF FRANK AND STEVE'S ORIGINAL DRAFT HERE

CONFIDENTIAL

LABS00550388

## 11. The Sales Process

### A. Obtaining A Verbal Commitment

Once you have obtained a verbal commitment from your prospect to switch from their current provider to Medytox, it is imperative that the verbal commitment be memorialized in writing as soon as possible. As we will see below, while the paperwork necessary to engage our services is neither overwhelming nor cumbersome, it contains much detail and information, requires the involvement or oversight of corporate personnel, and involves the completion of various forms designed to provide a range of information needed by the different operating units of the overall Medytox corporate structure. Of course, it is also critical that the paperwork be completed as expeditiously as possible to mitigate the chance that the newly-landed client might change his mind, or might mention his intention to switch to Medytox to his current provider, allowing them the opportunity to sway his intentions.

### B. Components of the Written Commitment

1. **The Client Registration Form**: This form, to be completed by the Account Executive together with the new client, contains all of the fundamental information regarding the client's practice or facility necessary to initiate and formalize our relationship, including all contact information, the names of relevant staff and contact personnel and anticipated Advantage users, the practice or facility's unique CLIA number, the practitioners' unique NPI numbers, the expected sample volume, the breakdown of the patient population in terms of whether they are privately insured, self-pay or covered by Medicare, the workstation equipment and supplies needed to process samples and utilize Advantage, and the signature of the appropriate individual, that is, **the physician in charge, owner, Medical Director or Executive Director of the client**, officially enabling us to legally take custody of, perform testing on and generate bills for their submitted patient samples. The Client Registration Form encompasses several pages including the Software Access Registration form and the Recurring Provider Acknowledgment and Consent form, as well as the Laboratory Test Panel and POC Testing Selection Sheet.

Because the Client Registration Form with all its related parts is both so critical in its function and so detailed in its scope, we will engage in a workshop allowing you to familiarize yourself with its components and practice filling it in immediately after completion of this section of training.

LABS00550389

2. **The Chargemaster**: Once we have received the completed and executed Client Registration Form from you, your colleagues at corporate headquarters will use this information to arrange for the setting up of the new account in all respects. One way in which the information contained in the Client Registration Form will be used will be as the basis for the creation of the Chargemaster, a confidential internal form that summarizes the tests that will be performed for the client and that serves as the basis for the billing that will be performed by ARC once testing begins. While you most likely will never see the Chargemaster for any of your clients, testing cannot begin until the Chargemaster has been created by corporate based on the information supplied by you in the completed Client Registration Form, and has then been provided to ARC.

3. **New Physician Enrollment Form**: If you have successfully managed to get your new account to agree to use the services of ARC Medical Billing, then ARC will provide the newly-acquired client with a Billing Agreement and will ask the client to return the executed Billing Agreement directly to them, together with certain required practice, banking and insurance-related information.

LABS00550390

CONFIDENTIAL

LABS00550391

# Medytox

**MEDICAL MARKETING AND SALES**

**CLIENT REGISTRATION**

FOR OFFICE USE ONLY.

## RESULTS DELIVERY METHOD

## SUPPLIES REQUEST

| WORKSTATION SET UP | MODEL, DESCRIPTION, ETC. | SERIAL NUMBER |
|---|---|---|
| Laptop | | |
| Printer | | |
| DYMO Label Printer | | |
| ID Scanner | | |
| Signature Pad | | |

| OTHER SUPPLIES | PRICING | |
|---|---|---|
| Pre-Printed Test Request Forms | No Charge, 100 Per Package (Clinical / Toxicology) | |
| Specimen Bags | No Charge, 100 Per Package | |
| FedEx UPS Shipping Bags | No Charge, 100 Per Package | |
| FedEx UPS Shipping Labels | No Charge, 100 Per Package | |
| FedEx UPS Shipping Boxes (S M L) | No Charge, 100 Per Package | |
| Label Sheets for Barcodes | 5 x 250 label 2 5/8 x 1 1/4 address label | |
| Dymo Labels | ☐ Toxicology Labels  ☐ Clinical Labels | |
| Boxes (S M L) | | |
| Shaps | | |
| Lids | | |
| Vials | | |
| Sharps Box | | |
| Cardflags | | |

**NOTES:**

400 S. Australian Ave, 6th Floor | West Palm Beach, FL 33401    Tel (877) MEDYTOX | Fax (561) 328-9300 | www.medytoxsolutionsinc.com

CONFIDENTIAL

LABS00550392

**Medytox**
**ADVANTAGE**

**ADVANTAGE PRINTING PREFERENCES**

**SOFTWARE ACCESS REGISTRATION**

**POINT OF CARE & BILLING**

**ADVANTAGE USER ACCESS SETUP INFORMATION**

**PRACTITIONER REGISTRATION**

**CURRENT EMR INFORMATION**

**NOTICE OF PRIVACY PRACTICES** THIS NOTICE DESCRIBES HOW MEDICAL, PROTECTED HEALTH INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

Practice Representative Name (please print)    Practice Representative Signature    Date

400 S Australian Ave, 5th Floor | West Palm Beach, FL 33401 | Tel (877) MEDYTOX | Fax (561) 328-9300 | www.medytoxsolutionsinc.com

CONFIDENTIAL

LABS00550393



CONFIDENTIAL

# RECURRING PROVIDER ACKNOWLEDGEMENT & CONSENT

**TESTS ORDER:**

PANEL   Positive Only ☐
Perform qualitative testing ☐
Perform quantitative testing ☐

RIGHT OF REFL  Positive Only ☐
Perform qualitative testing ☐
Perform quantitative testing ☐

*NOTE: If you perform quantitative testing you will bill code 80301*

**PRESET PANELS**

| DRUG CLASS NAME | | POC | CUSTOM | | BASIC | PANEL B | MAIN |
|---|---|---|---|---|---|---|---|
| 1 | 6-Acetylmorphine (6-AM) | 6AM | 6AM | | | 6AM | |
| 2 | Amphetamines | AMP | AMP | | AMP | AMP | AMP |
| 3 | Barbiturates | BAR | BAR | | BAR | BAR | BAR |
| 4 | MDP1 (Bath Salts) | | MDP | | | | |
| 5 | Benzodiazepines | BEN | BEN | | BEN | BEN | BEN |
| 6 | Buprenorphine | BUP | BUP | | BUP | BUP | BUP |
| 7 | Carisoprodol (Soma) | CAR | CAR | | CAR | CAR | CAR |
| 8 | Cocaine | COC | COC | | COC | COC | COC |
| 9 | Dextromethorphan (DXM) 7-day turn around | DXM | DXM | | | | |
| 10 | Ecstasy | ECS | ECS | | ECS | ECS | |
| 11 | EDDP / Alcohol | ETD | ETD | | ETD | ETD | ETD |
| 12 | Fentanyl | FEN | FEN | | FEN | FEN | FEN |
| 13 | Gabapentin | GAB | GAB | | | GAB | GAB |
| 14 | Synthetic cannabis (K2 Spice) | K2 | K2 | | K2 | | |
| 15 | Meperidine | MEP | MEP | | MEP | MEP | MEP |
| 16 | Methamphetamines | MET | MET | | MET | MET | MET |
| 17 | Methadone | MTD | MTD | | MTD | MTD | MTD |
| 18 | Opiates | OPI | OPI | | OPI | OPI | OPI |
| 19 | Oxycodone | OXY | OXY | | OXY | OXY | OXY |
| 20 | Phencyclidine (PCP) | PCP | PCP | | PCP | PCP | PCP |
| 21 | Propoxyphene (PPX) | PPX | PPX | | PPX | PPX | PPX |
| 22 | Tricyclic antidepressants | TCA | TCA | | TCA | TCA | TCA |
| 23 | Tetrahydrocannabinol (Marijuana) | THC | THC | | THC | THC | THC |
| 24 | Tramadol | TRA | TRA | | TRA | TRA | TRA |

**PRACTITIONER AUTHORIZATION** I authorize Medytox through its affiliated labs to perform drug testing on patients from my practice as directed by the individual patient test requisition form as well as the provided Custom Profile below. I understand that it is the practitioner's responsibility to determine the medical necessity of each test requisition through the individual patient test requisition form and Custom Profile.

The requisite test panels account for above and ordered by me. I have carefully reviewed the tests that I have selected here in the context of the entire ordering system. I understand and hereby acknowledge:

1. I only order tests that I believe to be medically necessary in each individual patient to ensure proper compliance with the Therapy I have prescribed for the patient. As I will order this panel accordingly. If not all of the components of this custom profile are medically necessary, I will order only those individual tests at a less intensive profile I believe to be medically appropriate.

2. Ordering a routine panel may result in the ordering of tests for which Medicare or other payers are only paying.

3. The Office of Inspector General (OIG) takes the position that a physician who orders medically unnecessary tests for which Medicare reimbursement is claimed may be subject to civil penalties.

4. I am directing POS Laboratories LLC to perform semi-quantitative assays and quantitative testing for confirmation, prescribed and illicit drugs when Point of Care methods do not detect them.

PRINCIPAL'S SIGNATURE _____  (PRINCIPAL) NAME (PRINTED) _____  DATE _____  FOR OFFICE _____

7431 S. MILITARY TRAIL · LAKE WORTH, FL 33463 · Tel (561) 441-9024 / Secure Fax (561) 641-9025  WWW.PSLABORATORIES.COM

CONFIDENTIAL

LABS00550325



CONFIDENTIAL

LABS00550396



# PATIENT CONSENT FORM

**NOTICE OF PRIVACY PRACTICES** THIS NOTICE DESCRIBES HOW MEDICAL, PROTECTED HEALTH INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

**CONSENT/INSURANCE RELEASE:** I voluntarily consent to the collection and testing of my specimen.

---

Patient or Representative Name (please print)        Patient or Representative Signature        Date

☐ Patient refused to sign        ☐ Patient was unable to sign because:

# Workshop: Completing the Client Registration Form

CONFIDENTIAL

LABS00550398

## C. Introducing the CSR

As we have already discussed, our staff of highly-skilled CSR's are an integral and valuable component of the company's customer service function, and their continual presence at the client's location distinguishes us from our competitors, enhancing our reputation as a provider of exceptional customer service. By the time that you have signed a new client, many of you may have already brought a CSR with you to the client location for the purposes of performing a live demonstration of Medytox Advantage. That individual may or may not be assigned to the client as the account's CSR: corporate headquarters will assign a CSR to your new account based on such criteria as location and time and frequency of testing, taking the CSR's existing client schedules and locations into account.

In addition to their on-going presence at the client's location and the assistance which the CSR's provide your accounts, the CSR's are also thoroughly involved in the four-step process of bringing a new client account on board and fully integrating the account into our system.

The Account Executive will schedule an introductory consultation meeting, to be attended by both the Account Executive and the CSR, the goal of which is to ensure that the account has been correctly established and that the CSR fully understands the account's needs. This is your first opportunity to impress your new client with our best-in-class level of customer service.

At the introductory meeting, you will arrange a time with your new client for the so-called "Kickoff Meeting". The purpose of the kickoff meeting is to inform the client's necessary staff members of Medytox's testing and compliance processes, and to train these individuals in the proper use of Advantage. This training, of course, is more in-depth and thus not comparable to the demonstration of Advantage that may have already taken place at the client's location.

The next step in the process of beginning to service a new account is the account set-up in Advantage. This takes place via the CSR, who accumulates patient demographics for inputting into Advantage, making sure that all relevant details needed to begin testing, reporting and billing are properly and thoroughly entered into the system.

The CSR will continue to assist in account management by maintaining their presence at the client location each time that specimens are collected for the first 90 days of the account relationship. This allows them to troubleshoot any problems or difficulties encountered by client staff in familiarizing themselves with Advantage or with Medytox procedures, and provides client staff with the confidence and peace of mind that comes from knowing that competent expertise is always close at hand.

LABS00550399

As we have already mentioned, the CSR's also perform a valuable function in that they report daily to management, copying the appropriate Account Executive, on any news or developments which they may have gleaned from the client that day. The information contained in the CSR's daily report may be as mundane as the need for additional supplies, or as relevant as a change in testing schedule, in testing volume, or in client personnel and policies. Client requests of all types are routinely communicated to the CSR, who passes them along to the company and to the Account Executive, keeping everyone in the loop; conversely, other clients prefer to pass their requests along to the Account Executive, who correspondingly should keep the CSR informed of any information or intelligence related to the client of which the CSR should be aware. The communication between the CSR and the account executive should be a two-way street, and you and your CSR should always present a united and synchronized face to the client.

CONFIDENTIAL



Establishing a New Account

Your Four Step Process

**Step 1 is the most important step for the client, for you and for Medytox.**

> Account Executive & Customer Service Representative will both be part of this meeting
* [illegible] expectation is that of it depends - no phones - unable to - item missing
> Goal is to ensure account is established correctly and to fully understand the client's needs
> This is clients first impression of Medytox Advantage and our Best in Class Customer Service

**Step 2 is should be reviewed and scheduled during step 1**

> ALL relevant facility staff members will be informed and educated of the Medytox processes - testing, compliance, and Medytox role

**Step 3 the account will be Set-Up to use Medytox services**

LABS00550401

## 12. The Post-Sale Relationship

### A. Staying in Regular Contact

The on-going presence of the CSR's notwithstanding, as the designated Account Executive you are responsible for staying in regular contact with your clients. If you are collecting a commission on an account that is attributed to you, then Medytox expects that you regularly check in with your client to assess their level of satisfaction, garner information on any new developments, plans or changes that may be on the horizon, and maintain the convivial relationship with your client that is the hallmark of a sales professional. While we are not averse to telephone contact with the client, we require that you personally visit each account from whose collections you receive a commission at least once a month, and further expect that you will inform the CSR of your planned visit such that the united front presented to the client is maintained. Any intelligence that you receive as a result of your client communication should be reported back to the Sales Director, for further dissemination, if appropriate, to company management or colleagues.

### B. Up-selling Additional Products and Services

When meeting or communicating with your clients, you should always be probing, in a polite and professional manner, to determine whether the client is open to expanding their relationship with us by allowing us to provide them with additional services, such as billing, or additional testing opportunities, whether the confirmation of negatives, the addition of further tested substances to their current panels, or similar. Equally important is determining whether additional client locations that may exist, or that may be in the planning stages, are open to using Medytox services, and if so, whether your contact is willing to facilitate an introduction to the appropriate decision makers.

### C. Obtaining New Leads and Referrals

In addition to probing the potential for expanding our services to include an existing client's current or planned additional locations, you should also capitalize on any opportunity that may present itself, or that you can create, to encourage your client to provide you with leads or referrals to further potential new clients. A hearty endorsement from a satisfied customer can open many closed doors, and it takes only one strong referral to lead to a plenitude of new business.

LABS00550402

## 13. Medytox Codes and Policies of Note

### A. Dress Code

Our sales force is the outward manifestation of our corporate brand to the general public. As such, each Account Executive embodies the messages that we choose to project in the marketplace. In acknowledgement of this fact, we require that when representing Medytox, you present yourself in the most professional manner possible in both conduct and appearance. Jeans, shorts, flip-flops and casual sandals are never appropriate in a business setting and are particularly inappropriate when seeking to impress new contacts in a positive manner and achieve sales targets, and Account Executives are expressly prohibited from wearing any of these when engaging in company business. Extreme hairstyles and excessive makeup, jewelry or piercings are equally unacceptable, as is the display of excessive cleavage or the wearing of extremely high hemlines. Breaches of the company's dress code will result in an official warning, and continued breaches will lead to more serious consequences.

### B. Ethics

Medytox expects that all Account Executives display the highest level of ethical dealing with clients, with prospects, and with colleagues at all times. Whether because of the nature of our business, we may at times be privy to HIPAA-protected patient information which we are **expressly prohibited by law from disclosing**, or whether because of your individual sales activities, you may come to know of the personal history or details of a client or prospect's background (as you will find, many owners, managers and decision makers in the substance abuse and rehab market were themselves in treatment at one point), you are expected to **exercise your powers of discretion at all times**, consistently treating all individuals with whom you come in contact while representing Medytox with the utmost courtesy and respect. Similarly, we expect you to display this same level of respect and courtesy toward co-workers and colleagues, conducting yourself in the most professional and ethical manner possible at all times.

LABS00550403

C. Travel, Entertainment and Related Expenses

Any Account Executive seeking reimbursement for client-related travel or entertainment expenses will be required to submit their reimbursement request, together with all relevant **original receipts** indicating the amount, date, place and fundamental character of the expense, by completing a corporate Expense Reimbursement Form, which is available from Human Resources. **All requested expense reimbursements must be properly submitted within 45 days from the date that the expense was incurred**, or your request for reimbursement will be denied, and no exceptions to this policy are permitted. Reimbursements will be made by company check, so long as the expenses incurred exceed the amount of any cash advances that may have been made to you, and so long as your expense report does not erroneously include prepaid items.

Reimbursable expenses include the following:

- ✓ The cost of air travel discussed and approved in advance prior to the trip taking place
- ✓ Business entertainment, including meals with prospective clients, **not to exceed $50.00 per attendee.**
- ✓ The cost of lunch, snacks or similar brought to a client by you, **not to exceed a total cost of $100**
- ✓ The cost of a car rental that has been discussed and approved in advance prior to signing the Rental Agreement
- ✓ Hotel accommodations discussed and approved in advance prior to check-in, **not to exceed $125.00 per night**
- ✓ Public transportation (railroad, bus, taxi, etc)
- ✓ Mileage pursuant to the company's official reimbursement rate of 0.555 cents per mile after the first 15 miles
- ✓ Parking and tolls

Requests for exceptions to our reimbursement policy will be evaluated on a case-by-case basis, and while every attempt will be made in good faith to accommodate special circumstances, it is your own best interest to remain within the parameters of these guidelines at all times.

LABS00550404

### D. Compliance and our Code of Conduct

Part II of this manual will deal in significant detail with the subject of the legal and regulatory climate within we operate, so that each Account Executive who undergoes this training will be sufficiently well-versed in the complex range of issues related to what is permissible, and what is not. Because we operate in the increasingly complex and highly regulated healthcare industry, we are committed to doing business ethically and to complying with the Office of the Inspector General's (OIG) Compliance Program Guidelines for Clinical Laboratories and with all applicable state and federal laws, rules and regulations pertaining to clinical laboratory services. Medytox's commitment to the highest standards of ethical business practices is evidenced in our company's written policies and procedures; in our commitment to compliance education and training, required of all employees; in the billing decisions made by our company-owned experts; in the regular auditing and monitoring of our operations and business practices; in our creation of a corporate Compliance Board; and in our willingness and commitment to immediately undertake disciplinary and corrective action in the case of any violation of compliance policies whatsoever.

1. **Written Policies and Procedures**: Medytox has adopted comprehensive written compliance policies which address fraud, waste and abuse, as well as guidelines surrounding federally-funded healthcare programs.

We only submit claims for payment for laboratory services ordered by a treating physician. We provide education to our customers regarding the requirement of medical necessity for each test ordered, and our fully customizable test requisition forms do not force a physician to order a laboratory-determined panel of tests, but rather allow the physician to select the individual tests that they believe to be medically necessary for their patients.

Should physicians request a custom profile for their patient population, Medytox requires a signed acknowledgment on their Client Registration Form that the physician has requested the creation of the custom profile, has been provided with the Medicare reimbursement amount for each test, has been instructed to order medically-necessary tests only, has acknowledged that some tests may not be reimbursed, and understands he has the right to not use the custom profile for any patient, ordering different tests instead.

2. **Compliance Education and Training**: Medytox requires compliance and ethics training for all employees, with particular emphasis for employees engaged in billing, sales, marketing and specimen resolution-related activities. All employees who have interaction with customers and

 LABS00550405

healthcare providers, including physicians and consultants who speak on the company's behalf, are trained in HIPAA, the Anti-Kickback Statute and the Stark laws.

3. **Billing Procedures:** All billing decisions are made by the experienced billing experts at ARC Medical Billing. ARC is responsible for ensuring that the codes that are used to bill Medicare or other publicly-funded healthcare programs are accurate, and accurately describe the services that were ordered and performed. We only bill for tests that have been performed, as ordered by a physician, and for which test results have been reported to the physician. Medical records are retained in a secure environment for the legally-required time period.

4. **Auditing and Monitoring:** Sales and billing policies and procedures are reviewed regularly and are updated as necessary to comply with applicable federal and state laws, rules and regulations. Medytox meets regularly to review and resolve any corporate and laboratory operations-related issues that may arise.

5. **Compliance Board:** Medytox has created an advisory board to oversee all compliance-related matters. This Compliance Board is comprised of experienced professionals educated in compliance laws and regulations, and management-level employees possessing extensive knowledge of the company's policies, procedures and day-to-day compliance functions. The Compliance Board reports to both the CEO and the Board of Directors.

6. **Disciplinary Actions:** Medytox will initiate corrective and/or disciplinary action against any individual who fails to comply with corporate compliance policies, or who fails to comply with all relevant federal and state laws, rules and regulations, or who otherwise engages in wrongdoing potentially capable of impairing Medytox's unblemished reputation as a reliable, honest and trustworthy service provider.

7. **Corrective Actions:** If Medytox receives credible evidence of misconduct from any source and, after appropriate investigative inquiry, has reasonable grounds to believe that misconduct either (a) violates criminal law or (b) constitutes a material violation of the civil law, rules and regulations governing federally-funded healthcare programs, Medytox will report the misconduct to the appropriate federal and state regulatory entities. Additionally, Medytox prohibits the employment of individuals who have been convicted of a criminal offense related to healthcare or who are listed by a federal agency as debarred, excluded or otherwise ineligible for participation in federally-funded healthcare programs.

CONFIDENTIAL

## 14. Medytox Advantage

Advantage is Medytox's proprietary software, a sophisticated, web-based Laboratory Ordering and Reporting System that is hosted in a high security, HIPAA-compliant server. Advantage is chain-of-custody software that enables physicians to readily access and track patient results in real time. Clients can access their information 24/7, without any hardware upgrades or software installation, directly from their practice or their personal devices. Implementation of Advantage is quick and does not interrupt client workflow. Clients and their staff can digitally submit lab requisitions, check patient results, and manage the automatic selection of patients for urine drug monitoring and can access a wide array of informative reports—24 hours a day, 7 days a week.

### A. Submitting Lab Requisitions

Submitting lab requisitions online saves both time and paper. The same information required for paper requisitions need only be entered or imported online once, after which all subsequent requisitions will automatically include the preferred monitoring panel, the relevant patient data and the diagnosis code from previously processed specimens, which the client need only confirm or modify. The rapid screen result is quickly updated with just a few clicks. With this secure and paperless system, patient billing and insurance information is saved so that it's instantly available for future requisitions.

### B. Chain of Custody

With Advantage, clients can track specimen results every step of the way. An icon will appear on their Advantage page for each completed step in the collection, testing and reporting process beginning with "specimen collected" and moving through the subsequent steps of "rapid test recorded", "manifest created", "received at the laboratory", "confirmation completed", "results available" and "alert for non-compliance; further, Advantage keeps clients informed of related issues by posting flags for missing patient information, and for "billing printed" and "billing approved". Clients thusly remain informed and in control throughout the entire process.

LABS00550407

C. Live Demonstration

Because seeing is believing, we have arranged for one of our CSR's to provide you now with a live demonstration of Medytox Advantage and its capabilities. Please use this space to make notes on the presentation, or to write down your questions for asking once the presentation has finished.

END OF PART I

LABS00550408

## Part II

## A. Corporate Compliance

### 1. What is a Compliance Program?

"Corporate Compliance" means the efforts we make to obey the legal requirements for proper business arrangements with clients, vendors, contacts, independent contractors, colleagues, business associates, and anyone with whom you may interact while representing Medytox. In the context of compliance, "proper business arrangements" means, very specifically, ensuring that all of our activities take place within the legal and regulatory framework that defines the manner in which we are permitted to do business. Because this framework is complex and far-reaching and encompasses various overlapping parts, it is important that we provide you with the information needed to allow you to perform your sales function in a thoroughly compliant manner, and equally important that you understand this information sufficiently to represent Medytox on a daily basis without exposing either the Company or yourselves to unnecessary and unwanted liability.

A Compliance Program is a written and operational program specifying an organization's policies, procedures and actions to help prevent and detect violations of federal, state and local laws and regulations, including detecting and preventing any allegation of fraud and abuse. A commitment to organization-wide compliance with all applicable laws, including fraud and abuse-specific laws such as the Anti-Kickback Statute and the Federal False Claims Act and privacy-specific laws such as HIPAA helps us to focus on the quality of the services that we provide, and functions as an internal control to monitor our adherence to applicable statutes, regulations and guidelines, while avoiding federal and state allegations of fraud and abuse. Thus, the adoption of and adherence to a compliance program comprises a form of risk management.

LABS00550409

**Compliance with applicable laws, statutes, rules, guidelines and legislation is mandatory at all times**, regardless of whether the Company has instituted an official compliance policy. At Medytox, we have chosen to voluntarily establish, enforce and provide training regarding our compliance policy, in order to help our employees and officers better understand which actions and behaviors are (or are not) permissible, while providing the framework to monitor, on an on-going basis, our compliance with both applicable laws and with our company policies.

CONFIDENTIAL

## 2. Medytox Corporate Compliance Program

### A. Components

Medytox has implemented a corporate compliance program designed to promote compliance while incorporating certain checks and balances to confirm adherence. In order to be maximally effective, our compliance program also comprises various aspects that reinforce each other. The components of our Company Compliance Program include:

- A Compliance Committee, responsible for developing and monitoring our Compliance program
- A Compliance Officer, responsible for the operation and oversight of our Company Compliance Program, for the development and implementation of a reporting system to encourage questions, complaints and concerns and for assuring the confidentiality of reports and the protection of reporting employees against retaliation
- Conducting Effective Training and Education, ensuring that all officers, employees and outside contractors understand our standards of conduct, our need for compliance with all mandated requirements, the prohibition on payments for referrals and the duty to report misconduct
- Including Adherence to the Company's Compliance Program as a factor in evaluating and reviewing employee performance, ensuring that each employee understands that strict compliance in all respects is a condition of continued employment, and clarifying that failure to comply will result in disciplinary action and the reporting of the employee's compliance breach to the appropriate authorities
- The Development and Distribution of Written Standards of Conduct to which all officers, employees and agents are required to adhere
- Internal Auditing and Monitoring designed to identify and resolve potential problem areas

                                      LABS00550411

- **On-Going Assessment** of the effectiveness of the Company's Compliance
  Program

The components of our Company Compliance program incorporate and reflect the
suggested compliance policy guidelines as recommended by the Department of Health
and Human Services' Office of Inspector General (OIG). In addition to recommending
compliance programs to healthcare providers, the OIG also is charged with enforcing
many of the federal fraud and abuse laws applicable to healthcare providers.

CONFIDENTIAL

## B. Benefits

Properly implemented, Medytox's Compliance Program provides the Company and its officers and employees with multiple quantifiable benefits. These benefits include:

- Helping us to obtain an accurate assessment of employee behavior

- Outwardly demonstrating our commitment to responsible corporate conduct

- Increasing the likelihood of preventing or identifying unlawful conduct and unethical behavior

- Improving the quality and efficiency of our services

- Providing procedures that allow for prompt and thorough investigation of alleged misconduct

- Creating a centralized source for distributing information on healthcare statutes, regulations and other program directives related to fraud and abuse

- Minimizing the potential for financial loss, through early detection and correction

- Upholding and improving our reputation for integrity, which increases our market competitiveness

Now that we have provided you with an overview of our compliance-related corporate programs and internal mechanisms, we shall turn our attention toward the variety of federal and state laws, regulations, rules and guidelines within which we are required to operate, and to which strict adherence at all times is mandatory.

CONFIDENTIAL

## 3. The Federal Anti-Kickback Statute

### A. General Description and Overview of Provisions

Originally enacted in 1972 to protect patients and federal healthcare programs from fraud and abuse, this statute focuses on referrals for services which are paid for, in whole or in part, by any federal healthcare program, including Medicare and Medicaid. The key is referrals, how they are made or received, and whether you give, receive, solicit or help to arrange for anything of value as part of the process of obtaining new business.

**The Anti-Kickback Statute is a criminal statute prohibiting the giving, accepting, soliciting or arranging for items of value in any form, either directly or indirectly, for the purpose of rewarding a referring party in return for the referral of a user of services paid for by a federal healthcare program, or as an inducement to provide such referrals.** The Statute is very broad, and covers not only the referral of prospective clients but also the arranging for, or recommendation of purchase of, related services and supplies, such as specimen cups.

Because this Statute is criminal in nature, violations can result in jail time, monetary penalties and exclusion from federal healthcare programs, such as Medicare and Medicaid, and the violator can be either the giver or the receiver of the prohibited benefits.

**Compliance with the Anti-Kickback Statute is a condition of participation under Medicare.**

CONFIDENTIAL

LABS00550414

Account Executives may find themselves confronted with *potential* Anti-Kickback Statute violations in the course of pursuing their regular business activities, and so must be cognizant at all times of what is and is not permissible. Some examples of prohibited behaviors include:

- Agreeing to provide a prospective client with a percentage of the Account Executive's commission earned on billings received from that client's own account, or from any account referred by that client
- Agreeing to pay for or contribute to any of the prospective client's expenses (such as cell phone bills or the costs of a staff member) in return for obtaining the prospective client's business
- Agreeing to provide the client with rapid result, POC specimen cups free-of-charge (**Note: clear cups are an exception**)
- Agreeing with a supplier of rapid result, POC cups to receive a fee in return for introducing the cup supplier to a new client
- Accepting a percentage of monies earned by a supplier of rapid result, POC cups from their sale of cups to a client introduced by the Account Executive
- Making an offer of employment to a family member of a prospective client in return for obtaining their business

Any Account Executive who is confronted with the "what's in it for me?" prompt from a prospective client should respond by focusing on the benefits to be derived from switching to Medytox (as discussed in Part I of this manual), assiduously avoiding engaging in discussions with prospects that could even remotely be interpreted as having offered an incentive, in any form, in return for the prospect's business.

LABS00550415

B. The Anti-Kickback Statute and the False Claims Act

When discussing the provisions of the federal Anti-Kickback Statute, we must of necessity also discuss the federal False Claims Act (also known as the "Lincoln Law"). **The False Claims Act imposes liability on companies that defraud government programs,** such as Medicare and Medicaid. Such liability is immediately established upon the presentation of a false claim for payment or approval, and/or for the making or using of false records in support of such false or fraudulent claims.

If a referral that leads to the acquisition of a new client was made in violation of the Anti-Kickback Statute, that is, if the referring party received any benefit, monetary or otherwise, in exchange for making the referral, then *de facto* any billing undertaken by ARC Medical Billing for services rendered to the new, referred client is done in violation of the False Claims Act. This is so because **any billing claim submitted to Medicare or Medicaid from a client obtained in this manner is deemed to be false in the context of the False Claims Act.**

C. The Anti-Kickback Statute, the False Claims Act and the Patient Protection and Affordable Care Act

When the **Patient Protection and Affordable Care Act** was signed into law in 2010, it caused certain amendments to be made to the False Claims Act, and these amendments, in turn, caused specific changes in the interpretation of the Anti-Kickback Statute. Specifically, the coming into effect of the PPACA changed the Anti-Kickback Statute in such a way that claims submitted in violation of the Anti-Kickback Statute **automatically** constitute false claims under the False Claims Act, closing the door on the chance that any local court might rule in favor of the violating company in the case that the company would argue that they were unaware of the Anti-Kickback Statute violation.

CONFIDENTIAL

It is also very important to note that thirty states, including Florida (where Medytox is headquartered) and North Carolina (where ARC Medical Billing is headquartered) and the District of Columbia have their own False Claims Acts and further, while many of these individual state-level False Claim Acts refer to Medicaid-related fraud only, many states in which we operate, such as New York and Michigan, have False Claim Acts that are as equally strong as the federal Act.

D. Office of Inspector General Questions

As mentioned above in this manual, the Office of the Inspector General is charged with enforcing many of the federal fraud and abuse laws applicable to healthcare providers, including the Anti-Kickback Statute. The OIG carefully scrutinizes transactions and business arrangements for the characteristics that they believe present a "significant potential for abuse". In an effort to assist providers in mitigating the chance of coming under such potential scrutiny, the OIG has published several guideline questions that should be asked, in order to help identify and help avoid entering into business arrangements which will incur such scrutiny, as follows:

- Do we, or our representatives or affiliates, directly or indirectly *provide* anything of value to persons in a position to influence or to generate federal healthcare program business for our laboratories or our other subsidiaries and operating entities?
- Do we, or our representatives or affiliates, directly or indirectly *receive* anything of value from persons for whom we, our laboratories or our other subsidiaries and operating companies generate federal healthcare program business?
- Could one purpose of any business arrangement to which we are a party be to induce or reward the generation of business that is paid for, in whole or in part, by a federal healthcare program?

CONFIDENTIAL

E. Aggravating Factors

Should the answer to any of the above qualifying questions prove to be "yes", then there are several so-called "aggravating factors" which the OIG may consider in determining whether to prosecute the parties engaged in the offending transaction. These aggravating factors include:

1. Does the arrangement have the potential to interfere with or skew objective clinical decision making?

2. Does the arrangement have the potential to increase costs to a federal healthcare program or beneficiaries?

3. Does the arrangement have the potential to increase the risk of overutilization or inappropriate utilization (for example, the provision of services which are not medically necessary)?

4. Does the arrangement raise patient safety or quality-of-care concerns?

5. To the extent that the arrangement involves appropriate and medically necessary services, is the payment that is being made or received for those services consistent with fair market value for similar services?

Unfortunately, business arrangements and transactions that take place in violation of the Anti-Kickback Statute, triggering an automatic concurrent violation of the False Claims Act, are not a rare occurrence; further, the presence of one or more of the OIG's "aggravating factors" typically are also characteristic of such offending transactions. Here is one example of how such a business arrangement can spiral out of control:

> *Imagine that unbeknownst to Medytox, a hypothetical Account Executive obtains a new client by agreeing to share commissions earned on the client's own account with the client once the commission has been paid to the Account Executive (that is, after ARC Medical Billing has collected monies for services rendered to the client). Motivated by profit and wanting to increase the size of the commission "pot" payable to the Account Executive (and his portion thereof), the client changes his testing panel, and begins to test his patients for substances whose*

*testing is not medically necessary. What are the implications and potential consequences for both Medytox and the Account executive of this profit-sharing arrangement?*

The answer is that the implications of this arrangement are significant, and the resulting consequences severe. In offering the client a share of his commission, the Account Executive has violated the Anti-Kickback Statute. In accepting the commission share, the client has equally violated the Statute's provisions. In that the Statute was violated, at the moment that ARC Billing generates a request for payment for services rendered by our laboratory, ARC has violated the federal False Claims Act, simultaneously violating the corresponding state-level False Claims Act. The client's decision to order additional, non-medically necessary testing has aggravated the violation, as does each instance wherein ARC bills for the unnecessary tests; the increased costs inherent in the unnecessary test billings are a further aggravating factor. Medytox's ignorance of the arrangement between the Account Executive and the client does not remove Medytox from liability. In this case, then, the Account Executive's willingness to skirt the rules, whether in an attempt to induce the client to switch to Medytox or in response to a client's request to share commissions as a condition of switching has opened the door to significant liability and severe financial penalties for himself, the client, for Medytox and for ARC. Such behavior not only is patently unacceptable, but will be **cause for the immediate termination of the Account Executive and the corresponding immediate reporting of the Account Executive's violations to all appropriate authorities.**

CONFIDENTIAL

## F. Safe Harbors

In an attempt to shield legitimate business arrangements from being incorrectly or inadvertently captured by the Anti-Kickback Statute's broadness, the OIG has also established a set of regulations, called "Safe Harbors", defining transactions that are not prohibited by the Statute and which will not be prosecuted by the OIG even though they could technically be interpreted as being violative in nature. In order to take advantage of a Safe Harbor provision, the business arrangement must be structured and operated exactly as described in the Safe Harbor regulations. Some of the primary Safe Harbor regulations involve:

- Investment Interests
- Space Rental
- Equipment Rental
- Personal Services and management Contracts
- Discounts
- Employee Relationship
- Managed Care

If you are discussing the possibility of switching to Medytox with a prospective client requiring or requesting a discount, or if despite your desire to land a new client, you suspect that the client's stated requirements may be in violation of the Anti-Kickback Statute, **or if you are unsure,** you should immediately bring your concerns to the attention of the Sales Director, who will ensure that the Compliance Officer is aware of your concern and will consult with the Compliance Officer on the appropriate way to proceed. The Sales Director and the Compliance Officer will thus jointly provide you with company-approved guidance on how—or whether—to continue to engage with your prospective client.

CONFIDENTIAL

LABS00550420

## G. Free Goods and Services

The Anti-Kickback Statute also governs the provision of free goods or services to existing or potential clients and referral sources, with the goal of uncovering instances where such **free services and goods may actually constitute a form of disguised remuneration**. If the goods or services which have been provided free-of-charge have independent value to the recipient, for which the recipient would otherwise have to pay, then according to the OIG the provision of such goods or services may constitute the conferring of a "benefit" or of "remuneration", which may be tantamount to unlawful payment.

The OIG has identified several types of such free goods and services which it considers to be highly suspect and which raise the potential for scrutiny and prosecution, including:

- Giving a free computer *except* (as in the case of Medytox Advantage) where the computer can only be used as part of a service provided by a company such as Medytox. If the computer could be used for other purposes, then it would be deemed by the OIG to have "independent value", and its provision to the client would violate the Anti-Kickback Statute
- Placing free staff in a client's facility, who then perform services *not related solely to the services for which the employee was hired or contracted.* Our provision of traveling phlebotomists to our blood testing clients is thus expressly permitted, because the phlebotomists simply draw blood, without performing any additional administrative or other tasks for the client while at the client facility.
- Providing free medical supplies, such as CLIA-waived POC urine specimen cups, which the client facility would otherwise be obligated to purchase. The provision of non CLIA-waived clear cups to a client facility free-of-charge is permissible.

 LABS00550421

Medytox has formulated its corporate policies regarding the goods and services that we provide free-of-charge to our clients after much careful study and evaluation of the applicable regulatory climate, and after thorough consultation with the company's expert legal counsel. Account executives have no latitude to deviate from these policies, nor shall any Account Executive offer, nor enter into agreement with a client to provide, services or benefits of any kind in violation of the Anti-Kickback Statute. Because violation of this zero-tolerance policy will result in swift and definitive corrective action, we encourage you to speak with the Sales Director for clarification and instruction should you encounter any requests or activities that you suspect may be prohibited by the Statute.

Because the ramifications of violating the federal Anti-Kickback Statute, with its automatic concurrent violations of the federal and (potentially) state False Claim Acts, are obvious and sufficiently severe, we will engage in a workshop for the purpose of reinforcing your knowledge and understanding of permissible and prohibited behaviors.

LABS00550422

**WORKSHOP: ANTI-KICKBACK STATUTE AND FALSE CLAIMS ACT ROLE-PLAYING**

CONFIDENTIAL

## 4. The Health Insurance Portability and Accountability Act (HIPAA)

The shift of medical records from paper to electronic format has increased the potential for individuals to access, use and disclose sensitive personal health data. The Health Insurance Portability and Accountability Act of 1996, known as HIPAA, was adopted not only to ensure continued health coverage to individuals after parting ways with an employer, but also, and equally importantly, to provide standards for facilitating electronic healthcare-related transactions. HIPAA includes so-called "Administrative Simplification" provisions that required the adoption of national standards for electronic healthcare transactions, including provisions adopting federal privacy protections for certain individually-identifiable health information.

HIPAA is divided into Titles, with Title I addressing the portability of health insurance, and Title II addressing the protection and confidential handling of a patient's protected health information, also known as "PHI", when it is transferred, received, handled or shared. HIPAA also includes a Title III, which addresses related health provisions, a Title IV addressing group health plan requirements, and a Title V addressing company-owned life insurance and general revenue offsets.

At Medytox, we are primarily concerned with the provisions of HIPAA Title II, the so-called "Administrative Simplification" provisions and their resultant so-called "Privacy Rule", "Security Rule" and "Enforcement Rule".

CONFIDENTIAL

A. <u>Administrative Simplification</u>

HIPAA privacy regulations apply to all forms of protected health information, whether paper, electronic or oral. Furthermore, only the minimum health information necessary to conduct business is to be used or shared. **The goal is to protect the privacy of an individual's health information,** while governing how healthcare providers collect, maintain, use and disclose PHI.

1. **Privacy Rule**: The HIPAA Privacy Rule provides the first-ever national standards for protecting the privacy of health information. The Privacy Rule regulates how certain entities, called "covered entities", use and disclose certain individually-identifiable health information, called "protected health information" or PHI. PHI can be transmitted or maintained in any form or medium.

The purposes of the HIPAA Privacy Rule are multi-fold and include:

- Giving patients more control over their health information
- Setting boundaries on the use and release of health records
- Establishing appropriate safeguards that must be achieved by healthcare providers to protect the privacy of health information
- Holding violators accountable with both civil and criminal penalties if they violate patients' privacy rights
- Enabling patients to make informed choices based on how their health information may be used
- Enabling patients to know how their information may be used, and what disclosures of their information have been made
- Limiting the release of information to the minimum reasonably needed for the purpose of the disclosure
- Giving patients the right to obtain a copy of their own health records
- Empowering individual patients to control certain uses and disclosures of their health information

LABS00550425

Adherence to the Privacy Rule is mandatory not only for providers and covered entities such as Medytox, but also for our non-employee business associates (such as our attorneys, accountants, IT providers and other contractors) whose relationship with us requires the sharing of PHI. PHI that is covered by the Privacy Rule must relate to:

- The past, present or future physical or mental health, or condition of an individual
- The provision of health care to an individual
- The payment for the provision of healthcare to an individual

**If the information identifies, or provides a reasonable basis to believe that it can be used to identify an individual, it is considered Individually-Identifiable health information.**

CONFIDENTIAL

LABS00550426



CONFIDENTIAL

**BOX 2. Individual identifiers under the Privacy Rule**

The following 18 identifiers of a person, or of relatives, employers, or household members of a person must be removed, and the covered entity must not have actual knowledge that the information could be used alone or in combination with other information to identify the individual, for the information to be considered de-identified and not protected health information (PHI):

- names;
- all geographic subdivisions smaller than a state, including county, city, town address, precinct, zip code,* and their equivalent geocodes;
- all elements of dates (except year) directly related to an individual: all ages >89 and all elements of dates (including year) indicative of such age (except for an aggregate into a single category of age >90);
- telephone numbers;
- fax numbers;
- electronic mail addresses;
- Social Security numbers;
- medical record numbers;
- health-plan beneficiary numbers;
- account numbers;
- certificate and license numbers;
- vehicle identifiers and serial numbers, including license plate numbers;
- medical device identifiers and serial numbers;
- Internet universal resource locators (URLs);
- Internet protocol (IP) addresses;
- biometric identifiers including fingerprints and voice prints;
- full-face photographic images and any comparable images; and
- any other unique identifying number, characteristic, or code, except that covered entities may, under certain circumstances, assign a code or other means of record identification that allows de-identified information to be re-identified.

Source: Adapted from 45 CFR § 164.514(a)-(c)(2001).
* The first three digits of a zip code are excluded from the PHI list if the geographic unit formed by combining all zip codes with the same first three digits contains >20,000 persons.

CONFIDENTIAL

LABS00550428

B. Medytox HIPAA Compliance Practices

Because we have built certain safeguards into our operating procedures and corporate policies, Medytox complies with HIPAA's Privacy Rule requirements in a number of ways. Some of the practices, procedures and processes which we have implemented in order to remain compliant under the HIPAA privacy rule include:

- ✓ Notifying individuals of their privacy rights, and of how their PHI is used or disclosed
- ✓ Adopting and implementing internal privacy policies and procedures
- ✓ Training employees to understand these privacy-related policies and procedures
- ✓ Designating a Compliance Officer who is responsible for implementing privacy-related policies and procedures
- ✓ Establishing privacy-related requirements in contracts with business associates and contractors who perform covered functions
- ✓ Having in place appropriate administrative, technical and physical safeguards to protect the privacy of health information

Of all of the above-listed Privacy Rule compliance procedures and practices which we have adopted, the most important may be putting into place of administrative, technical and physical safeguards.

1. **Administrative Safeguards** include the implementation of our Code of Conduct and Compliance Code, and the training of all employees in thorough knowledge of these policies; the ability of employees to report behavior or activity of concern to the Compliance Officer and the Compliance Officer's corresponding ability to address employee concerns; the requirement that all Medytox employees sign the acknowledgment of the Company's Compliance Code of Conduct; and the inclusion of the employee's record of adherence to compliance-related codes and regulations as a regular and integral part of the performance review process.

LABS00550429

2. **Physical Safeguards** include the shredding of all patient-related forms and information after expiry of the necessary retention period; the keeping of all patient-related PHI that may be physically present in our offices in secure files offering limited access; the locating of our servers in such a way that access is available to the fewest possible individuals; and the tracking, through serial numbers and the information contained in our Client Registration Forms, of the physical location of all Company-owned laptops and related hardware running or printing reports from Advantage that have been provided to our client base.

3. Multi-layered **Technical Safeguards** are built into Medytox Advantage, which houses substantial amounts of PHI. Advantage functions in a fully HIPAA-compliant manner, permitting clients to only access PHI for their own patients by creating a discrete site for each client and thus denying user access to patient information unless the PHI being accessed was originally input by them, their staff, or a CSR assisting on their behalf. Further, access to Advantage requires a password unique to each user, and both log-ins as well as activity once logged onto the site are recorded and tracked. Information that is exchanged through, uploaded into or downloaded from Advantage is encrypted, and access to the information contained in Advantage is limited—even within Medytox—to a narrow range of need-to-know employees; even our CSR's can only access Advantage-based information for their own accounts, and are locked out of seeing any information relating to client accounts that they do not service. Further, because we may have occasion to communicate with clients or with the laboratories regarding specific patient samples, and because these communications may refer to a patient by name or may discuss specific test results (for example, in the case of unexpected results), even Company e-mail remains HIPAA-compliant by being routed through a specially-encrypted server.

LABS00550430

C. Security Rule

As distinct from the administrative, technical and physical safeguards to be adopted under the Privacy Rule, The Security Rule also specifies a series of administrative, technical and physical security procedures which covered entities must follow **specifically to protect the confidentiality of electronic PHI**. These standards and procedures are divided into either "required specifications" or "addressable specifications". Simply put, the Privacy Rule deals with PHI in general, while the Security Rule deals with electronic PHI (also known as e-PHI), requiring that we document our processes and essentially serving as a subset of the Privacy Rule.

While the first purpose of the HIPAA Security Rule standards is to implement sufficient safeguards necessary to protect certain e-PHI that may otherwise be at risk, a concurrent and equally important goal of the Security Rule is to permit the appropriate access to and usage of the e-PHI, promoting the use of e-PHI in the healthcare industry.

In a manner very analogous to the Privacy Rule, the Security Rule requires us to maintain reasonable and appropriate administrative, technical and physical safeguards for protecting e-PHI. Specifically, a covered entity such as Medytox must:

- Ensure the confidentiality, integrity and availability of all e-PHI we create, receive maintain or transmit
- Identify and protect against reasonably-anticipated threats to the security or integrity of the PHI
- Protect against reasonably-anticipated impermissible uses or disclosures
- Ensure employee compliance

Prior to the enactment of HIPAA, no generally-accepted set of security standards existed in the healthcare industry; HIPAA addresses this void in anticipation of the coming federally-imposed migration to electronic medical recordkeeping, which according to the terms of the 2009 Economic Stimulus Act must be completed by 2014.

In the context of the Security Rule, "confidentiality" means that e-PHI is not available or disclosed to unauthorized persons. This requirement supports the Privacy Rule's prohibitions against improper uses and disclosures of PHI. Further, the Security Rule defines "integrity" as meaning that e-PHI is neither altered nor destroyed in any unauthorized manner. "Availability" under the Security Rule is defined as meaning that e-PHI is accessible and usable on demand by an authorized person, such as a client reviewing final patient UDT results in Advantage.

The HIPAA Security and Privacy Rules work together to govern how we handle patient information. HIPAA Privacy Rules cover how we can use and disclose patient information, while HIPAA Security Rules provide standards for safeguarding and protecting electronic patient information. They are designed to protect this e-PHI while also permitting the appropriate access to and use of the information.

### D. Enforcement Rule

The Enforcement Rule sets civil monetary penalties for violations of HIPAA rules, and establishes procedures for investigations and for hearings of HIPAA violations.

1. **The HITECH Act: The Health Information Technology for Economic and Clinical Health Act of 2009,** known as the HITECH Act, was enacted as part of the 2009 economic stimulus package to promote the adoption and expansion of health information technology. The HITECH Act requires all HIPAA covered entities to report data breaches affecting 500 or more individuals to the Department of Health and Human Services and to the media. In addition to notifying the affected individuals, HITECH also extends the HIPAA Privacy and Security Rules to encompass business associates of covered entities, including the extension of civil and criminal penalties to business associates. Most significantly, the HITECH Act required the making of drastic changes to the HIPAA enforcement structure, involving increased sanctions for violations and providing explicit authority for state attorneys general to pursue private claims on behalf of affected individuals.

LABS00550432

**Next: Controlled Substances Act/Schedules**

Still to Add:

-highlighted Patient Consent Form showing wording of their consent

-highlighted Software Access Form showing how we limit/keep track of users having access to e-PHI

-Akerman Compliance Code doc

-Frank's Acknowledgment Form

-Compliance Quiz (maybe 2)

-Script for Compliance Role-Play

- Update Table of Contents with New Page Numbers

LABS00550433