# EXHIBIT 26

**To:** SEAMUS LAGAN[s.lagan@btinternet.com]; 'Sharon Hollis'[sharonlhollis@gmail.com]; Melissa Tzirtziropoulos[mtzirt@medicalbillingchoices.com]; Charlie Darcy[CDarcy@MedytoxMMS.com]; DeanViskovich[dviskovich@medytoxmms.com]
**From:** MNicholson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8ECF5EC02B2845458EBB822A3D2DAE47-MNICHOLSON]
**Sent:** Fri 1/23/2015 9:30:56 PM (UTC)
**Subject:** Bio Health

Seamus,

As we discussed, I feel we need to start the process of billing out the Cigna Patients for 2013 for Bio Health. Cigna will be looking at our patient billing practices for ALL labs soon enough, we might as well get this process moving?

Mike

CONFIDENTIAL
LABS00534343