# EXHIBIT 27

| | |
|---|---|
| **Message** | |
| **From**: | Jace Simmons [jsimmons@medytoxsolutionsinc.com] |
| **Sent**: | 12/10/2014 8:58:56 PM |
| **To**: | Richard Sacher [Richard.Sacher@us.gt.com] |
| **CC**: | Jeff Wadman [JWadman@medytoxsolutionsinc.com]; Seamus Lagan [slagan@medytoxsolutionsinc.com]; Sebastien Sainsbury [SSainsbury@medytoxsolutionsinc.com]; 'John Wittler' [jwittler@wittlerintl.com] |
| **Subject**: | Medytox Accounting Position Memoranda |
| **Attachments**: | 250-10-45 Accounting Changes.pdf; ASC 954-605-45.pdf; ASC 954-605-25.pdf; SAB 108.pdf; SEC Staff Accounting Bulletin No 99.pdf; ASC 718-10-25.pdf; ASC 480-10-25.pdf; Memorandum to File Pref B Purchase Option .pdf; Memorandum to File Pref B Initial Call Option.pdf; Memorandum to File Bad Debts 2014-09-30.pdf |
| **Importance**: | High |

Richard,

As promised, attached are the Medytox accounting position memoranda for the issues at hand, along with supporting documentation.

We sincerely hope that Grant Thornton will concur with our positions and we look forward to your response within 24 to 48 hours.

Thanks

Jace


Jace Simmons
CFO
Medytox Solutions, Inc.
400 S. Australian Ave
Suite 855
West Palm Beach, FL 33401
(561) 855 1622
jsimmons@medytoxsolutionsinc.com

CONFIDENTIAL                                    LABS00643229

Memorandum to File

Re:   Accounting for and Presentation of Bad Debts

From: Jace Simmons, CFO

Historical Background

During the fiscal year ended December 31, 2012, the Company acquired PB laboratories LLC. and began generating revenues from its primary services. At that time, and through December 31, 2013, the Company utilized a proprietary billing system to bill its third party payers (primarily insurance companies) by its subsidiary Medical Billing Choices ("MBC").

While the billing system captured gross charges, collections and adjustments, it did not identify the type of adjustment between contractual allowances and bad debt write-offs. During this time, the billing system also did not allow for the physical billing of patient billed services. The Company had intended to modify the billing system to provide for patient billing as resources became available; however, this did not happen until after December 2013.

As a startup enterprise, the quality of available data and underlying systems to gather that data were extremely limited. As a consequence management was forced to make very general estimates of bad debts. Utilizing data from the billing system, the Company was able to determine payments received and total adjustments posted to accounts receivable, the combination of which represented theoretical revenue. The ratio of adjustments to this total represented the combination of contractual allowances and bad debts. The Company began with estimates of how much of this total represented the contractual allowances versus bad debts and posted the computed contractual allowances as a reduction of revenue and the bad debts as operating expense.

As changes in the estimates of these amounts occurred, the Company appropriately accounted for the change in estimates in accordance with ASC 250-10-45-17 which states "*a change in accounting estimate shall not be accounted for by restating or retrospectively adjusting amounts reported in the financial statements of prior periods or by reporting pro forma amounts for prior periods*".

Beginning January 2014, the Company was able to invest in a new billing and reporting system and additional qualified human resources. Resulting from these investments, the Company is now becoming able to gather enhanced quality of data regarding accounts receivable and adjustments, and will soon begin the practice of billing patients directly for their responsibility portion of the services provided (co-pays, deductibles, and self-pay).

Changes to Financial Reporting and Presentation of Bad Debts

As the Company now has sufficient data to better analyze the adjustments to accounts receivable, it believes it has a change in accounting principle, as follows:

- ASC 954-605-45-5 States that bad debts that shall continue to be presented as an operating expense in the statement of operations are the following:
  a. Bad debts relating to receivables from revenue other than patient service revenue
  b. Bad debts related to receivables from patient service revenue if the entity only recognizes revenue to the extent it expects to collect that amount.

As the Company has yet to be able to bill patients for their portion of the services rendered, the total amount of such billings is included as a reduction of revenue and any related bad debt provisions should also be deducted from revenue.

This change represents a change in accounting principle as follows:

1. ASC 250-10-45-2 states that a reporting entity shall change an accounting principle only if either of the following apply:
   a. The change is required by a newly issued Codification update.
   b. The entity can justify the use of an allowable alternative accounting principle on the basis that it is preferable.
2. ASC 250-10-45-5 states that an entity shall report a change in accounting principle through retrospective application of the new accounting principle to all prior periods, unless it is impracticable to do so.

As the Company believe that the recording of bad debts under ASC 954-605-45-5 is preferable, it believes it has incurred a change in accounting principle. The required reporting of the change per ASC 250-10-45-5 is to be done retrospectively in all current and future period comparative financial statements (as opposed to restatement). Accordingly, the Company shall report bad debts as a reduction of revenue, and not as an operating expense, in all comparative financial statements presented beginning with the quarter ended September 30, 2014.

CONFIDENTIAL
LABS00643280