# EXHIBIT 17

```
1              UNITED STATES DISTRICT COURT
2                DISTRICT OF CONNECTICUT
3    - - - - - - - - - - - - - - - -x
4    CONNECTICUT GENERAL LIFE           :
5    INSURANCE COMPANY and CIGNA        :
6    HEALTH AND LIFE INSURANCE          :    Case No.
7    COMPANY,                           :    3:19-cv-01324
8           Plaintiffs,                 :
9    -v-                                :
10                                      :
11   BIOHEALTH LABORATORIES, INC.,      :
12   PB LABORATORIES, LLC, EPIC         :
13   REFERENCE LABS, INC., and          :
14   EPINEX DIAGNOSTICS, INC.,          :
15           Defendants.                :
16   - - - - - - - - - - - - - - - -x
17
18              *** CONFIDENTIAL ***
19         Deposition of KELLY CLARK, M.D.
20              CONDUCTED VIRTUALLY
21             Friday, June 16, 2023
22                   9:43 a.m.
23   Job No.: 496561
24   Pages: 1 - 176
25   Reported By: Brooklyn E. Schweitzer, RPR, CRR
```

| | | |
|---|---|---|
| 1 | multiple patterns of problems in billing by the | 09:51:06 |
| 2 | Labs, and I might use the term "Medytox" to mean | 09:51:15 |
| 3 | the Labs as well.  So when you say lab, I will | 09:51:18 |
| 4 | understand the totality.  I mean the totality of | 09:51:22 |
| 5 | Medytox. | 09:51:25 |
| 6 | So the billings, I saw multiple problems | 09:51:26 |
| 7 | throughout, and what I put in are examples of the | 09:51:28 |
| 8 | underlying themes.  There may be other examples of | 09:51:31 |
| 9 | underlying themes, but these are the ones that -- | 09:51:35 |
| 10 | the underlying themes are as I've discussed. | 09:51:39 |
| 11 | Q   Okay.  Did you reach any opinions in the | 09:51:41 |
| 12 | course of your review that are not identified | 09:51:46 |
| 13 | somewhere in the March 1st report or the rebuttal | 09:51:49 |
| 14 | report? | 09:51:55 |
| 15 | A   No. | 09:51:56 |
| 16 | Q   Okay. | 09:51:56 |
| 17 | A   I don't know. | 09:51:57 |
| 18 | Q   Okay.  Dr. Clark, is it your opinion in | 09:51:57 |
| 19 | this case that there is not one test that was | 09:52:02 |
| 20 | billed by the Labs that was medically necessary? | 09:52:06 |
| 21 | A   That is not my opinion. | 09:52:09 |
| 22 | Q   Okay.  Is it your opinion that there's at | 09:52:14 |
| 23 | least one test that may have been medically | 09:52:16 |
| 24 | necessary? | 09:52:18 |
| 25 | A   Nor is that my opinion. | 09:52:18 |

| | | |
|---|---|---|
| 1 | Q Do you have -- | 09:52:20 |
| 2 | A You said may have been. There may have | 09:52:26 |
| 3 | been. I don't have the documentation to show that | 09:52:30 |
| 4 | they were. | 09:52:32 |
| 5 | Q Okay. What would that documentation | 09:52:33 |
| 6 | necessarily include? | 09:52:36 |
| 7 | MS. COSTIN: Wait, wait, wait. Scott, can | 09:52:40 |
| 8 | you just reframe that question? It's just a | 09:52:42 |
| 9 | little bit vague. | 09:52:44 |
| 10 | MR. HARE: Sure. The witness' answer was | 09:52:45 |
| 11 | she doesn't have the documentation to conclude | 09:52:47 |
| 12 | whether a given bill was medically -- or service | 09:52:52 |
| 13 | was medically necessary. | 09:52:56 |
| 14 | BY MR. HARE: | 09:52:58 |
| 15 | Q Did I hear that answer correctly? | 09:52:59 |
| 16 | A That's correct. | 09:53:01 |
| 17 | Q Okay. So I'm asking what documentation | 09:53:01 |
| 18 | would be necessary for you to perform that | 09:53:06 |
| 19 | analysis and reach that conclusion? | 09:53:08 |
| 20 | A Well, if we could go to Thelian's rebuttal | 09:53:10 |
| 21 | report, I think she lays that out quite nicely. | 09:53:18 |
| 22 | On Page 6. | 09:53:26 |
| 23 | Q Okay. Go ahead. | 09:53:27 |
| 24 | A So as she says here for CPT codes related | 09:53:29 |
| 25 | to drug testing, Medicare provides specific | 09:53:36 |

| | | |
|---|---|---|
| 1 | references, and it follows the following guidance | 09:53:38 |
| 2 | and defines medical necessity as follows: | 09:53:42 |
| 3 | Designates documentation by the clinician and the | 09:53:46 |
| 4 | patient's record of medical necessity for and | 09:53:49 |
| 5 | testing ordered on an individual patient basis; | 09:53:53 |
| 6 | that the patient's medical record must include | 09:53:57 |
| 7 | approximate frequency based on stage of recovery, | 09:54:01 |
| 8 | the rationale for the drug/drug classes ordered, | 09:54:02 |
| 9 | and the results documented in the medical record | 09:54:06 |
| 10 | and used to direct care. | 09:54:07 |
| 11 | The testing frequency must meet the | 09:54:08 |
| 12 | medical necessity -- must meet the medical | 09:54:10 |
| 13 | necessity and be documented in the patient's | 09:54:11 |
| 14 | medical report.  Criteria to establish medical | 09:54:14 |
| 15 | necessity for drug testing must be based on | 09:54:16 |
| 16 | patient's specific elements, identified in the | |
| 17 | clinical assessment, and documented by the | |
| 18 | clinician in the patient's medical record, and | |
| 19 | must include the following elements:  Patient's -- | |
| 20 | (A clarification was made by the court | |
| 21 | reporter.) | |
| 22 | THE WITNESS:  I don't know where I was. | 09:54:45 |
| 23 | It includes the following elements:  Patient | 09:54:46 |
| 24 | history, physical examination and previous | 09:54:49 |
| 25 | laboratory findings, current treatment plan, | 09:54:51 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                              19

| | | |
|---|---|---|
| 1 | prescribed medications, and risk assessment plans. | 09:54:54 |
| 2 | Testing must be based on clinician's documented | 09:54:59 |
| 3 | medical necessity and reviewed by the clinician in | 09:54:59 |
| 4 | the management of the prescribing/reviewing of | 09:54:59 |
| 5 | controlled substance. | 09:55:06 |
| 6 |     And then the -- the -- I think that | 09:55:06 |
| 7 | summarizes, you know, a substantial amount of | 09:55:12 |
| 8 | documentation that shows. | 09:55:15 |
| 9 |    Q  And do you agree with that statement that | 09:55:21 |
| 10 | you just read from her report into the record? | 09:55:23 |
| 11 |    A  I have no reason to think that she is | 09:55:25 |
| 12 | misquoting from Medicare's local coverage | 09:55:29 |
| 13 | determination.  I haven't read the local coverage | 09:55:32 |
| 14 | determination, but the underlying constructs here | 09:55:35 |
| 15 | are correct. | 09:55:38 |
| 16 |    Q  Okay.  And you identified -- in reading | 09:55:39 |
| 17 | that passage from Ms. Thelian's report, you | 09:55:41 |
| 18 | identified a number of documents.  Were those | 09:55:47 |
| 19 | documents that you identified made available to | 09:55:49 |
| 20 | you for your review in this case? | 09:55:53 |
| 21 |    A  There were no documents that are actual | 09:55:55 |
| 22 | medical records that I have reviewed in this case. | 09:55:57 |
| 23 | There are laboratory results in some of the | 09:56:00 |
| 24 | patient records, but those are not medical -- | 09:56:05 |
| 25 | those are insufficient to justify billing for the | 09:56:08 |

| | | |
|---|---|---|
| 1 | labs.  Simply having done a lab is not sufficient | 09:56:14 |
| 2 | justification for the medical necessity as | 09:56:17 |
| 3 | asserted. | 09:56:23 |
| 4 | Q   And is the medical record an example of | 09:56:23 |
| 5 | the type of document that would be necessary in | 09:56:26 |
| 6 | order to assess medical necessity? | 09:56:28 |
| 7 | A   That -- that is the underlying construct. | 09:56:31 |
| 8 | So if you -- if you -- that's where the | 09:56:36 |
| 9 | information lies.  So any other way of documenting | 09:56:39 |
| 10 | the information would -- would be -- how do I say | 09:56:42 |
| 11 | this?  The medical record is where the information | 09:56:50 |
| 12 | for the treating provider or whoever else is | 09:56:55 |
| 13 | providing the service keeps the information about | 09:56:58 |
| 14 | that patient, their clinical status, their | 09:57:01 |
| 15 | clinical needs, what was done, the results of what | 09:57:05 |
| 16 | was done, what they did, et cetera.  Those | 09:57:07 |
| 17 | together would make the medical record.  That's | 09:57:11 |
| 18 | where the information lives. | 09:57:13 |
| 19 | Q   And is that -- would that information be | 09:57:14 |
| 20 | necessary to inform a determination with respect | 09:57:16 |
| 21 | to medical necessity for any given test and any | 09:57:20 |
| 22 | given patient? | 09:57:24 |
| 23 | A   No. | 09:57:25 |
| 24 | Q   Can you explain why not? | 09:57:25 |
| 25 | A   The U.S. health system is a trust-based | 09:57:30 |

| | | |
|---|---|---|
| 1 | system.  So when a provider puts in a bill, | 09:57:38 |
| 2 | generally it's accepted that they are legitimately | 09:57:46 |
| 3 | billing for a service.  They are asserting, | 09:57:52 |
| 4 | affirmatively asserting that the service was done, | 09:57:56 |
| 5 | that it was as coded in the claim, and that it was | 09:58:00 |
| 6 | a covered service, that they believed it was a | 09:58:07 |
| 7 | covered service by the payor. | 09:58:11 |
| 8 | A covered service includes being medically | 09:58:15 |
| 9 | necessary but involves a host of other issues to | 09:58:18 |
| 10 | determine whether something is a covered service | 09:58:24 |
| 11 | or not.  Typically, we trust.  The computers go | 09:58:26 |
| 12 | through millions of claims, and we trust. | 09:58:34 |
| 13 | When there are providers, referring | 09:58:37 |
| 14 | providers, specific codes for services that have | 09:58:43 |
| 15 | been identified as problematic, as being unusual, | 09:58:49 |
| 16 | as being outside of the norms, as being consistent | 09:58:55 |
| 17 | with fraud, waste, or abuse, then payers, | 09:58:58 |
| 18 | including Medicare, look at those codes, look at | 09:59:03 |
| 19 | those providers, look at those services carefully. | 09:59:05 |
| 20 | And in order to bill, the provider must | 09:59:12 |
| 21 | have the documentation to support their assertion | 09:59:13 |
| 22 | that something -- that what they are billing was | 09:59:19 |
| 23 | appropriate in a covered service, which includes | 09:59:24 |
| 24 | medical necessity.  We don't typically get | 09:59:27 |
| 25 | documents and health plans with every claim, but | 09:59:30 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023

22

| | | |
|---|---|---|
| 1 | for a number of procedures or providers, the | 09:59:34 |
| 2 | medical records are requested, often in order to | 09:59:39 |
| 3 | determine whether they really are covered services | 09:59:44 |
| 4 | or not. | 09:59:47 |
| 5 | Q  All right.  We'll come back to that. | 09:59:51 |
| 6 | Continuing with the introduction in your report | 10:00:00 |
| 7 | marked as Exhibit 1, you're aware that Ms. Thelian | 10:00:06 |
| 8 | identified four specific denial codes or stated | 10:00:11 |
| 9 | grounds for denial that were reported by Cigna at | 10:00:19 |
| 10 | the time that she addresses; correct? | 10:00:24 |
| 11 | A  I have a report here if you like to -- | 10:00:29 |
| 12 | need to turn to it, I can see what her opinions | 10:00:31 |
| 13 | were and the numbers, et cetera. | 10:00:34 |
| 14 | Q  Sure.  If you want to turn to Page 4, and | 10:00:36 |
| 15 | we'll look at Pages 4 and 5 of her report. | 10:00:41 |
| 16 | And do you agree with me that Ms. Thelian | 10:00:54 |
| 17 | identifies denial for Code 1698, which is an | 10:00:57 |
| 18 | unlisted code denial? | 10:01:04 |
| 19 | A  Yes. | 10:01:07 |
| 20 | Q  And she identifies claims that were denied | 10:01:07 |
| 21 | for Denial Code 1648, which references invalid | 10:01:10 |
| 22 | service code? | 10:01:16 |
| 23 | A  Yes. | 10:01:18 |
| 24 | Q  She identifies claims that were denied for | 10:01:19 |
| 25 | Denial Code 0322, which is fee forgiveness? | 10:01:24 |

| | | |
|---|---|---|
| 1 | documents were used. | 10:04:22 |
| 2 | If you're asking me if a billed coded | 10:04:23 |
| 3 | claim, a specific claim, the psychotherapy session | 10:04:29 |
| 4 | that I did on a patient on this date, if it was | 10:04:32 |
| 5 | denied for lack of documentation for lack for | 10:04:36 |
| 6 | medical necessity, which it may be because that | 10:04:40 |
| 7 | particular code is highly monitored in add-on | 10:04:42 |
| 8 | psychotherapy code.  90833, it's highly monitored | 10:04:48 |
| 9 | by health plans, so they often flag those. | 10:04:54 |
| 10 | Then I would have to then send a | 10:04:54 |
| 11 | documentation of a specific separate psychotherapy | 10:04:56 |
| 12 | note.  They would get that information, and it | 10:04:59 |
| 13 | would go back through the computer, and it could | 10:05:01 |
| 14 | say approved because I've given the appropriate | 10:05:04 |
| 15 | documentation. | 10:05:06 |
| 16 | So are you asking me -- because they're | 10:05:07 |
| 17 | different questions.  Which of those are you | 10:05:10 |
| 18 | asking me?  Because I have different answers. | 10:05:12 |
| 19 | Q  Do we sometimes speak of claim lines? | 10:05:14 |
| 20 | A  A claim line would be a specific coded -- | 10:05:17 |
| 21 | that's a third thing.  So a claim line on a | 10:05:22 |
| 22 | spreadsheet is a specific claim.  So say I -- the | 10:05:25 |
| 23 | exact situation I just gave you.  Right?  I send | 10:05:32 |
| 24 | an E&M code and I sent a psychotherapy code. | 10:05:36 |
| 25 | They paid my E&M code, and they said we | 10:05:40 |

| | | |
|---|---|---|
| 1 | difference between claims, claim codes, and claim | 10:12:15 |
| 2 | lines.  I think you described an encounter with a | 10:12:18 |
| 3 | patient resulting in a claim that had two billed | 10:12:24 |
| 4 | claim codes, and if I recall, I think you said one | 10:12:27 |
| 5 | of them in the example you gave was for a | 10:12:32 |
| 6 | 25-minute psychotherapy session.  Do I recall that | 10:12:36 |
| 7 | correctly? | 10:12:40 |
| 8 |     A   Yes. | 10:12:40 |
| 9 |     Q   And you said that that's a claim code that | 10:12:40 |
| 10 | is closely scrutinized and might result in a | 10:12:45 |
| 11 | request for the payor for some additional | 10:12:49 |
| 12 | information.  Do I recall that correctly? | 10:12:54 |
| 13 |     A   Yes. | 10:12:57 |
| 14 |     Q   And you would then provide that additional | 10:12:58 |
| 15 | information in response to the request from the | 10:12:59 |
| 16 | payor; correct? | 10:13:05 |
| 17 |     A   Yes. | 10:13:06 |
| 18 |     Q   And you would hope that that would satisfy | 10:13:06 |
| 19 | their review and result in payment of the claim | 10:13:11 |
| 20 | including that specific claim code? | 10:13:15 |
| 21 |     A   I hope that my medical records are | 10:13:16 |
| 22 | appropriate and sufficient and that I can justify | 10:13:23 |
| 23 | what I have billed, which is my responsibility by | 10:13:26 |
| 24 | billing. | 10:13:28 |
| 25 |     Q   And it would be the medical records that | 10:13:29 |

| | | |
|---|---|---|
| 1 | testing-related urinalysis tests.  It's not there. | 10:19:59 |
| 2 | I did not see any. | 10:20:05 |
| 3 |    Q  Okay. | 10:20:07 |
| 4 |    A  So when I look at the order sheet, there | 10:20:09 |
| 5 | is no order for urinalysis.  I look at the claims | 10:20:12 |
| 6 | data, there's a claim for urinalysis.  I look | 10:20:16 |
| 7 | at -- in the situations of the documents where | 10:20:19 |
| 8 | patients were sent bills, I look at what was | 10:20:25 |
| 9 | listed there for the master claims data that was | 10:20:30 |
| 10 | sent back.  That's where those data come from, and | 10:20:32 |
| 11 | I cross-reference these and see bills are done and | 10:20:35 |
| 12 | there are no orders. | 10:20:42 |
| 13 |    Q  You said that some minority of claims were | 10:20:43 |
| 14 | denied by Cigna for lack of medical necessity. | 10:21:12 |
| 15 | You didn't perform any statistical analysis to | 10:21:17 |
| 16 | give a percentage. | 10:21:21 |
| 17 |       When that happened in the instances that | 10:21:28 |
| 18 | you saw, was the lack of medical necessity | 10:21:30 |
| 19 | communicated at the time? | 10:21:33 |
| 20 |    A  I'm not sure what you're asking. | 10:21:35 |
| 21 |    Q  Sure. | 10:21:47 |
| 22 |    A  Say it again. | 10:21:47 |
| 23 |    Q  Lack of medical necessity is a basis for | 10:21:48 |
| 24 | denial of a claim code; correct? | 10:21:51 |
| 25 |    A  It is one. | 10:21:55 |

| | | |
|---|---|---|
| 1 | medical treatment of a patient begins when a | 11:15:38 |
| 2 | doctor or other medical clinician sees a patient. | 11:15:40 |
| 3 |     Do you know whether any of the Labs in | 11:15:44 |
| 4 | this case ever had a patient encounter with a | 11:15:47 |
| 5 | patient? | 11:15:53 |
| 6 |    A   No.  I'm talking about the practice of | 11:15:54 |
| 7 | medicine here. | 11:16:00 |
| 8 |    Q   I understand.  And I'm asking you, to your | 11:16:02 |
| 9 | knowledge, did any of these labs ever see in their | 11:16:06 |
| 10 | facility any of the patients? | 11:16:08 |
| 11 |    A   Not that I'm aware of. | 11:16:10 |
| 12 |    Q   Do you agree that it is the responsibility | 11:16:11 |
| 13 | of the physician or other licensed clinician to | 11:16:24 |
| 14 | assess and determine medical necessity? | 11:16:32 |
| 15 |    A   No. | 11:16:34 |
| 16 |    Q   What's incorrect in what I just asked? | 11:16:34 |
| 17 |    A   Medical necessity is determined by the | 11:16:40 |
| 18 | language in the contract between the payor and the | 11:16:48 |
| 19 | entity that purchased that healthcare.  So every | 11:16:54 |
| 20 | contract will have a definition of medical | 11:16:59 |
| 21 | necessity. | 11:17:01 |
| 22 |     It is determined whether a medical service | 11:17:03 |
| 23 | or device is medically necessary by the physician | 11:17:07 |
| 24 | at the health plan that are part of whatever payor | 11:17:15 |
| 25 | entity that are administering the health plan. | 11:17:19 |

Confidential

Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                                        63

| | | |
|---|---|---|
| 1  | That's who determines medical necessity. | 11:17:25 |
| 2  | Q It's not the Labs in this case who | 11:17:28 |
| 3  | determine medical necessity; you'll agree with | 11:17:30 |
| 4  | that? | 11:17:34 |
| 5  | A No. Medical necessity is determined by | 11:17:34 |
| 6  | the payor. | 11:17:37 |
| 7  | Q Right. Not by the Labs? | 11:17:38 |
| 8  | A That's right. They don't determine it. | 11:17:41 |
| 9  | By billing, by submitting a bill, they | 11:17:43 |
| 10 | affirmatively assert that they have provided a | 11:17:46 |
| 11 | covered service, and one of the things that makes | 11:17:49 |
| 12 | up a covered service is that whatever service was | 11:17:55 |
| 13 | done was medically necessary. There are many | 11:17:57 |
| 14 | other reasons something is not a covered service, | 11:18:00 |
| 15 | which is what I see in this case, but by billing | 11:18:04 |
| 16 | that, they are asserting that it was a covered | 11:18:08 |
| 17 | service including being medically necessary, and | 11:18:12 |
| 18 | it is the obligation of them to have a | 11:18:15 |
| 19 | documentation to support those billings. | 11:18:17 |
| 20 | Q Okay. Do the Labs -- do these labs | 11:18:21 |
| 21 | perform any diagnosis of patients? | 11:18:30 |
| 22 | A Diagnosis of patients, no. | 11:18:33 |
| 23 | Q Do these labs take any -- pardon me? | 11:18:39 |
| 24 | A They shouldn't. | 11:18:42 |
| 25 | Q Do these labs take any patient history | 11:18:43 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023

64

| | | |
|---|---|---|
| 1 | from the patient? | 11:18:46 |
| 2 | A  There's usually some diagnosis or some | 11:18:47 |
| 3 | history, but no, they aren't taking the history, | 11:18:51 |
| 4 | correct. | 11:18:54 |
| 5 | Q  Do these labs perform any physical | 11:18:55 |
| 6 | examinations of the patients? | 11:18:58 |
| 7 | A  Not that I'm aware of. | 11:18:59 |
| 8 | Q  The treating physician does all these | 11:19:01 |
| 9 | things, correct, for that physician's staff? | 11:19:05 |
| 10 | MS. COSTIN:  Let him -- let him ask the | 11:19:09 |
| 11 | question.  I'm sorry, Scott.  Can you repeat the | 11:19:11 |
| 12 | question? | 11:19:14 |
| 13 | MR. HARE:  Sure. | 11:19:14 |
| 14 | BY MR. HARE: | 11:19:15 |
| 15 | Q  It is incumbent on the physician or the | 11:19:15 |
| 16 | physician's staff to take a patient history, | 11:19:20 |
| 17 | examine a patient, diagnose a patient, and to | 11:19:25 |
| 18 | determine a course of care for the patient; is | 11:19:30 |
| 19 | that fair to say? | 11:19:35 |
| 20 | A  That's correct. | 11:19:36 |
| 21 | Q  And it is incumbent on the physician or | 11:19:36 |
| 22 | the physician's staff to make determinations with | 11:19:41 |
| 23 | respect to medical testing that's appropriate for | 11:19:44 |
| 24 | the care of that patient? | 11:19:49 |
| 25 | A  It should be, yes. | 11:19:50 |

| | | |
|---|---|---|
| 1 | if they were questioned.  This is the part about | 11:36:32 |
| 2 | billing insurance.  You can bill insurance, but if | 11:36:34 |
| 3 | you don't have the documentation to back it up, | 11:36:36 |
| 4 | the insurance cannot pay for it.  They're required | 11:36:39 |
| 5 | to not pay if you cannot show the medical | 11:36:45 |
| 6 | necessity. | 11:36:47 |
| 7 | So typically documents don't go with every | 11:36:48 |
| 8 | claim.  That would just be a huge amount of | 11:36:56 |
| 9 | information.  But when a health plan says I want | 11:37:01 |
| 10 | to see the documentation for this claim to support | 11:37:04 |
| 11 | this claim, if that documentation is not provided | 11:37:07 |
| 12 | by whoever is billing for the service, the health | 11:37:12 |
| 13 | plan is required to not pay. | 11:37:14 |
| 14 | Q   Do you know whether -- | 11:37:19 |
| 15 | A   They will not have the information -- at | 11:37:22 |
| 16 | that point, they don't have the information | 11:37:24 |
| 17 | necessary to support the medical necessity of the | 11:37:26 |
| 18 | claim. | 11:37:30 |
| 19 | Q   Do you know whether in the instance of | 11:37:30 |
| 20 | this case where claims were denied for lack of | 11:37:36 |
| 21 | documentation? | 11:37:39 |
| 22 | A   Yes. | 11:37:40 |
| 23 | Q   And do you know whether Cigna asked the | 11:37:42 |
| 24 | Labs to provide supplemental documentation? | 11:37:44 |
| 25 | A   I would have to look at the language | 11:37:50 |

| | | |
|---|---|---|
| 1 | A   They provide diagnostic services. | 11:40:16 |
| 2 | Q   Right.  Do they provide any treatment | 11:40:19 |
| 3 | other than performing diagnostic testing? | 11:40:21 |
| 4 | A   I don't think these -- I didn't see any | 11:40:24 |
| 5 | evidence that these entities did. | 11:40:27 |
| 6 | Q   Okay.  And do commercial labs meet with | 11:40:29 |
| 7 | patients at any point to take patient histories? | 11:40:34 |
| 8 | A   Not in this kind of case, no. | 11:40:41 |
| 9 | Q   Okay.  Do commercial labs perform any | 11:40:44 |
| 10 | physical or mental examinations of patients apart | 11:40:57 |
| 11 | from laboratory testing of specimens? | 11:41:00 |
| 12 | A   Not in this kind of lab case. | 11:41:03 |
| 13 | Q   Do commercial labs such as the Labs in | 11:41:05 |
| 14 | this case render any diagnoses for patients? | 11:41:13 |
| 15 | A   They shouldn't. | 11:41:16 |
| 16 | Q   And you say they shouldn't.  To your | 11:41:18 |
| 17 | knowledge, do the Labs in this lawsuit, in fact, | 11:41:27 |
| 18 | ever diagnose a patient? | 11:41:30 |
| 19 | A   Well, I think in my reports, I show | 11:41:32 |
| 20 | several patterns of odd diagnoses that were | 11:41:35 |
| 21 | performed as the justification -- that were listed | 11:41:41 |
| 22 | in the bills as justification for tests billed. | 11:41:45 |
| 23 | Q   My question to you is whether the Labs | 11:41:52 |
| 24 | were issuing diagnoses? | 11:41:54 |
| 25 | A   I'm not sure.  This is -- the bills that | 11:41:56 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                                     94

| | | |
|---|---|---|
| 1 | fact, satisfied.  So, for example, assume that | 12:50:29 |
| 2 | there is a contract in place, and assume that the | 12:50:33 |
| 3 | service is a service that is reimbursable under | 12:50:36 |
| 4 | the contract, and everything else you identified | 12:50:46 |
| 5 | making up that Venn diagram, assume those | 12:50:48 |
| 6 | requirements are all satisfied. | 12:50:50 |
| 7 |     Do you agree with me that in order to be | 12:50:51 |
| 8 | medically necessary, the services of a provider | 12:50:56 |
| 9 | must be directly related to the medical needs and | 12:51:02 |
| 10 | the treatment of a particular patient? | 12:51:04 |
| 11 |    A   Yes. | 12:51:06 |
| 12 |    Q   Do you agree with me that in order to be | 12:51:07 |
| 13 | medically necessary, a test must be directly | 12:51:11 |
| 14 | related to the care for a specific patient? | 12:51:20 |
| 15 |    A   Yes. | 12:51:22 |
| 16 |    Q   Forgive me.  I think you've already told | 12:51:23 |
| 17 | us this, but I didn't catch it.  You've got the | 12:52:00 |
| 18 | binder of -- of reports and rebuttal reports in | 12:52:04 |
| 19 | this case.  Do you have the report of Mr. Ryan? | 12:52:10 |
| 20 |    A   No. | 12:52:15 |
| 21 |    Q   Okay.  I want to talk a little bit about | 12:52:16 |
| 22 | care for patients with substance abuse disorders | 12:52:36 |
| 23 | or addiction disorders, and I want to understand | 12:52:39 |
| 24 | some basic principals of treatment.  Do you agree | 12:52:44 |
| 25 | that drug testing, as a general rule, is an | 12:52:51 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                                    95

| | | |
|---|---|---|
| 1 | essential component of treating patients with | 12:52:53 |
| 2 | substance abuse disorders and addictions | 12:52:57 |
| 3 | disorders? | 12:53:00 |
| 4 |    A  Of substance abuse disorders, yes. | 12:53:01 |
| 5 |    Q  Okay.  Is there a difference between a | 12:53:04 |
| 6 | substance abuse disorder and an addiction | 12:53:06 |
| 7 | disorder? | 12:53:09 |
| 8 |    A  Substance abuse disorder is not a thing. | 12:53:10 |
| 9 | It's not a diagnosis.  It's not a term of art. | 12:53:13 |
| 10 | It's not a -- it's not a thing. | 12:53:16 |
| 11 |    Q  Okay.  What is the appropriate term of art | 12:53:17 |
| 12 | that I should use? | 12:53:21 |
| 13 |    A  Substance use disorders or addiction. | 12:53:22 |
| 14 |    Q  Substance use, U-S-E? | 12:53:28 |
| 15 |    A  Yes. | 12:53:30 |
| 16 |    Q  And forgive me.  Over Zoom, I was not | 12:53:31 |
| 17 | hearing clearly. | 12:53:39 |
| 18 |       Do you agree that drug testing is an | 12:53:40 |
| 19 | essential component of treating patients who have | 12:53:46 |
| 20 | been prescribed controlled substances? | 12:53:49 |
| 21 |    A  Generally, yes. | 12:53:52 |
| 22 |    Q  And that's necessary to confirm that the | 12:53:56 |
| 23 | patients are actually taking the medication that's | 12:54:03 |
| 24 | been prescribed to them; correct? | 12:54:08 |
| 25 |    A  It's a diversion control protocol to help | 12:54:09 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023

156

| | | |
|---|---|---|
| 1 | A   Yes. | 15:22:18 |
| 2 | Q   Has Cigna paid you in full for all amounts | 15:22:19 |
| 3 | you've billed to date? | 15:22:23 |
| 4 | A   No.  They haven't paid me for the last | 15:22:27 |
| 5 | month's bill, but that's included in my total. | 15:22:30 |
| 6 | Q   Okay.  And that's still within the billing | 15:22:33 |
| 7 | cycle, net 30 or whatever it may be? | 15:22:38 |
| 8 | A   Yes. | 15:22:40 |
| 9 | Q   Just a couple of follow-up questions, and | 15:22:41 |
| 10 | let me preface by saying, Dr. Clark, I don't want | 15:22:44 |
| 11 | you to disclose to me the substance or content of | 15:22:50 |
| 12 | any conversations you've had with counsel, but let | 15:22:54 |
| 13 | me just ask with regard to the documents that were | 15:22:57 |
| 14 | provided for your review, did you ask to see any | 15:23:02 |
| 15 | documents that were not made available for you? | 15:23:06 |
| 16 | A   If I asked to -- for documents, I was | 15:23:10 |
| 17 | given what counsel told me were the only documents | 15:23:17 |
| 18 | available of those types. | 15:23:20 |
| 19 | Q   Okay.  Were there any types of documents | 15:23:21 |
| 20 | that you requested for which the answer is there | 15:23:24 |
| 21 | are none? | 15:23:26 |
| 22 | A   Yes, medical records which support the | 15:23:27 |
| 23 | medical necessity of any of the claims billed. | 15:23:30 |
| 24 | Q   Okay.  Anything else? | 15:23:33 |
| 25 | A   No.  I believe that was it. | 15:23:34 |