# EXHIBIT 28

Connecticut General Life Ins. Co., et al. v. Biohealth Laboratories, Inc., et al.
Michael Goldfarb
Job Date:2/16/2023

```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF CONNECTICUT
 3
 4   CONNECTICUT GENERAL LIFE        )
 5   INSURANCE COMPANY and            ) Case No.
 6   CIGNA HEALTH AND LIFE            ) 3:19-CV-01324-JCH
 7   INSURANCE COMPANY,               )
 8   VS.                              )
 9   BIOHEALTH LABORATORIES, INC.,)
10   PB LABORATORIES, LLC, and        )
11   EPIC REFERENCE LABS, INC.,       )
12
13
14
15
16        REMOTE VIDEOTAPED DEPOSITION OF MICHAEL GOLDFARB
17                      February 16, 2023
18                         9:04 a.m.
```

Connecticut General Life Insurance Co. v. BioHealth Laboratories, Inc., et al.
Michael Goldfarb
Job Date: 2/16/2023

```
 1                    APPEARANCES
 2
 3    SCOTT M. HARE, ESQUIRE
 4    Whiteford Taylor Preston, LLP
 5    11 Stanwix Street
 6    Pittsburgh, PA 15222
 7    (412) 275-2399
 8    share@wtplaw.com
 9         Counsel for Defendants
10
11    EDWARD T. KANG, ESQUIRE
12    Alston & Bird
13    950 F Street, NW
14    Washington, D.C. 20004-1404
15    (202) 239-3728
16    edward.kang@alston.com
17         Counsel for Plaintiffs
18
19    Also Present:
20    Rocco Mercurio, Videographer
21    Anthony Gestrich, Esquire
22    Kelsey Kingsbery, Esquire
23    Matthew Christ, Esquire
24    Emily Costin
25
```

Connecticut General Life Ins. Co., et al. v. BioHealth Laboratories, Inc., et al.
Michael Goldfarb                                                    Job Date:2/16/2023

1   Q.  Okay.  Well, let's turn to that.  You mentioned
2   EOPs.  So we've now gone through the work flow.  Claim
3   submission.  Auto-adjudication.  A coverage determination
4   has been made.  If it's an allowed claim, it would be
5   priced.  And you said the next step would be the issuance
6   of an EOP to the provider.  An Explanation of Payment.
7       Is that correct?
8   A.  Yeah.
9   Q.  And let me just start with that.
10      Would Cigna issue an EOP to the provider in every
11  instance when the provider submitted a claim for payment
12  to Cigna?
13  A.  Yes.  Upon the claim being adjudicated, yeah, an
14  EOP is auto-generated and is sent to the provider.
15  Q.  Okay.  And -- and how is the EOP sent to the
16  provider?
17  A.  As it relates to this case, the providers were
18  submitting claims electronically through a portal, and the
19  EOP was remitted back to the provider electronically.
20  Q.  So let's just break down the claim submission
21  method and the EOP notice.
22      When a claim is submitted in paper form, would the
23  EOP then be returned to the provider on paper?
24  A.  It's based on the election of the provider.  So I
25  think it would be strange if a provider was submitting

Case 3:19-cv-01324-JCH  Document 240  Filed 07/20/23  Page 5 of 7
Connecticut General Life Ins. Co., et al. v. Biohealth Laboratories, Inc., et al.
Michael Goldfarb                                                  Job Date:2/16/2023

1   MR. KANG: Objection to form.

2   THE WITNESS: Well, why don't we start with
3   the first one. Okay. PB Labs. As you know, 'cause I'm
4   sure you've reviewed the records in this case, it came to
5   the attention of SIU based on a client, SAMBA. SAMBA is
6   the Special Agent Mutual Benefit Association. They have a
7   health benefits plan that is administered by Cigna.

8   And they sent essentially a complaint to
9   Cigna or asked Cigna to look into PB Labs as a result of,
10  from their perspective, large billing for one particular
11  client. That request also related to a recovery, Sober
12  Living, or recovery treatment center. I don't remember
13  which. And a doctor by the name of Victor Balta. So they
14  were asking Cigna to look into all three of those things.
15  And that is how it initially came into Cigna for PB Labs.
16  BY MR. HARE:
17      Q.  Okay. How about BioHealth?
18      A.  BioHealth came into Cigna based on a separate
19  referral or request from a client. That client was called
20  American Nutrition. American Nutrition was concerned that
21  BioHealth was engaged in double billing. And that was the
22  initial allegation that came into Cigna.
23      Q.  Is American Nutrition an employer, a plan sponsor,
24  or is that a provider?
25      A.  American Nutrition, as I understand it, is a plan

Case 3:19-cv-01324-JCH Document 240 Filed 07/20/23 Page 6 of 7
Connecticut General Life Insurance v. BioHealth Laboratories, Inc., et al.
Michael Goldfarb
Job Date:2/16/2023

```
 1    Q.  Mr. Goldfarb, why did Cigna not flag Epic Labs?
 2    A.  So I'll start by saying that Cigna had developed
 3  evidence that Epic Labs was fee forgiving.  We all know
 4  certainly today that Epic Labs was fee forgiving.  But you
 5  have to consider the posture of the case, if you will, at
 6  the time.
 7        And so at the time, PB Labs and BioHealth were
 8  already in litigation with Cigna.  We were in mediation
 9  discussions.  And as part of those mediation discussions,
10  we had included as part of Cigna's damages that we were
11  discussing in the mediation the damages for Epic Labs.  So
12  -- so the labs knew that Cigna was asserting damages on
13  Epic, notwithstanding the fact that it was not flagged.
14        And ultimately, it was out of consideration for
15  the fact that we were in litigation and trying to resolve
16  it, that Epic was not flagged, and their billing trailed
17  off, and -- and there was no need to flag it at that
18  point.
19    Q.  Was there ever any conclusion that the -- timing
20  aside, was there ever any conclusion that the evidence of
21  billing improprieties by Epic was insufficient to warrant
22  any particular flag?
23    A.  No.  And in fact, if you look in the case notes
24  for Epic, Deanna Anderson is advocating that Epic should
25  be flagged and that there is sufficient evidence.
```

Case 3:19-cv-01324-JCH  Document 240  Filed 07/20/23  Page 7 of 7
Connecticut General Life Insurance v. BioHealth Laboratories, Inc., et al.
Michael Goldfarb                                                           Job Date:2/16/2023

```
 1   STATE OF CONNECTICUT
 2   HARTFORD, SS.
 3
 4           I, Esmeralda Guzman, a Certified Shorthand
 5   Reporter and Notary Public in and for the State of
 6   Connecticut, do hereby certify that the foregoing
 7   transcript of the REMOTE VIDEOTAPED DEPOSITION OF
 8   MICHAEL GOLDFARB, having previously been sworn on
 9   February 16, 2023, is true and accurate to the best of my
10   knowledge, skill, and ability.
11           I further certify that I am not a relative
12   or employee or attorney or counsel of any of the parties
13   hereto, nor am I a relative or employee of such attorney
14   or counsel; nor do I have any interest in the outcome or
15   events of this action.
16           IN WITNESS WHEREOF, I have hereunto set my hand
17   and seal this 20th day of February, 2023.
18
19
20
21                              ESMERALDA GUZMAN
22
23   My Commission Expires:
24   September 30, 2025
25
```