# EXHIBIT 31

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023

```
 1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF CONNECTICUT
 2

 3                        CASE NO. 3:19-cv-01324

 4

 5    CONNECTICUT GENERAL LIFE INSURANCE
      COMPANY and CIGNA HEALTH AND LIFE
 6    INSURANCE COMPANY,

 7                    Plaintiffs,

 8         vs.

 9    BIOHEALTH LABORATORIES, INC., PB
      LABORATORIES, LLC, and EPIC REFERENCE
10    LABS, INC.,

11                    Defendants.
      ------------------------------------/
12

13

14                     VIDEOTAPED DEPOSITION
                   VIA ZOOM VIDEOCONFERENCE OF:
15                        SHARON HOLLIS

16

17                        Pages 1 to 96

18
                       Friday, February 3, 2023
19                      9:01 a.m. - 11:34 a.m.

20

21

22

23


24              STENOGRAPHICALLY REPORTED BY:
                NANCY E. PAULSEN, CRR, CRC, RPR
25
```

Case 3:19-cv-01324-JCH   Document 240-3   Filed 07/20/23   Page 3 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023                                           Page 2

```
 1                      APPEARANCES:

 2
      On Behalf of the Plaintiffs
 3
             EMILY COSTIN, ESQUIRE
 4           EDWARD T. KANG, ESQUIRE
             Alston & Bird, LLP
 5           950 F Street, NW
             Washington, DC  20004
 6           202-239-3300
             Emily.costin@alston.com
 7           Edward.kang@alston.com


 8


 9
      On Behalf of the Plaintiffs
10
             MICHELLE JACKSON, ESQUIRE
11           Alston & Bird, LLP
             1201 West Peachtree Street
12           Suite 4900
             Atlanta, Georgia  30309
13           404-881-7000
             Michelle.jackson@alston.com
14


15


16    On Behalf of the Defendants

17           ANTHONY T. GESTRICH, ESQUIRE
             KENNETH J. LUND, ESQUIRE
18           Whiteford, Taylor & Preston, LLP
             11 Stanwix Street
19           Pittsburgh, Pennsylvania  15222
             412-275-2400
20           Agestrich@wtplaw.com
             Klund@wtplaw.com
21


22


23


24


25
```

Case 3:19-cv-01324-JCH   Document 240-3   Filed 07/20/23   Page 4 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023                                           Page 3

```
 1   On Behalf of Defendants

 2         FRED A. CUNNINGHAM, ESQUIRE
           MATTHEW T. CHRIST, ESQUIRE
 3         Domnick, Cunningham & Yaffa
           2401 PGA Boulevard
 4         Suite 140
           Palm Beach Gardens, Florida  33410
 5         561-625-6260
           Fred@dcwlaw.com
 6         Mtc@pbglaw.com

 7

 8

 9   Also Present:

10         Jack McKenzie, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:19-cv-01324-JCH   Document 240-3   Filed 07/20/23   Page 5 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023                                        Page 15

 1   schools to.
 2           And we would have a festival once a year as
 3   well, which was a whole weekend festival.  So there was
 4   an awful lot of coordination, marketing, promotion, and
 5   organization of that as well.
 6       Q.  Did you dance with one of the professional
 7   ballets in London?
 8       A.  No.  Not ballet, no.
 9       Q.  Did you dance with any professional troupes in
10   London?
11       A.  I got the opportunity to be first cast in --
12   and this is kind of a big deal in the dance world.  I
13   was first cast in Saturday Night Fever when that first
14   hit the West End.  Which was very apt considering that
15   the dance school that my mom ran was actually a disco
16   dance school.
17           So the -- that was the first piece that I got
18   into.  I was the lead dancer in that as the -- I don't
19   know that this has got anything to do with anything
20   else, but, yeah, this was -- this was the dancer Maria.
21   So the choreography was based around my skill set for
22   that role.
23       Q.  Okay.  Okay.  Then let me ask -- you know, at
24   some point in time did you, you know, switch careers and
25   start pursuing something other than dancing?

Case 3:19-cv-01324-JCH    Document 240-3    Filed 07/20/23    Page 6 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023
Page 19

1     A.    I took a moment there -- actually, this was a
2  really nice change in the road.  This was kind of an
3  interesting change in the road.
4           I went into retail sales, not something I
5  thought I was going to jump into, but actually, it was
6  very interesting, the training we -- so actually I got a
7  job at Mattress Giant.  And that's where I really
8  started learning corporate.
9           Because we had a two-week training, sales
10 training.  And, of course, you've got all the corporate
11 books there, all the corporate training, which was, you
12 know, my first insight to the corporate hierarchy and
13 the how the corporation worked and how the training
14 worked, et cetera.
15          So I did a moment there, not long, I don't
16 know whether that was six to eight months.  Maybe it was
17 a little bit longer, I don't remember exactly.
18          Yeah.  So we did some sales training there and
19 did some retail sales there.  This is after -- obviously
20 after lots of training in real estate for marketing and
21 sales in marketing.
22    **Q.    And when you say you worked at Mattress Giant,**
23 **you mean that you were working in the store, in the**
24 **mattress store?**
25    A.    Yeah.

Case 3:19-cv-01324-JCH   Document 240-3   Filed 07/20/23   Page 7 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023                                          Page 44

```
 1      A.   Um-hum (affirmative).
 2      Q.   -- did you have any experience in the medical
 3   field?
 4      A.   I -- I do not claim to have any clinical
 5   experience, no, Emily.  I'm not a clinical individual,
 6   if that's what you're referring to.
 7      Q.   Well, not -- not clinical experience, just any
 8   experience in general in the medical industry.
 9      A.   In business, certainly I have experience in
10   business.  I think quite transferrable.  You still have
11   sales.  You still have customer service.  You still have
12   marketing.  You still have processes.
13      Q.   Ma'am, that -- that's lovely, but that wasn't
14   my question.  So my question is a yes/no question.
15      A.   I don't think it is.  I don't think it is.
16           There is a medical industry, certainly, but if
17   you are trying to corner that, pigeonhole that into not
18   understanding business, I think the question isn't quite
19   clear or clarified.
20      Q.   Just simply not my question, ma'am.
21           Did you ever have any experience working in a
22   clinical drug testing laboratory before Medytox?
23      A.   No, I think we've clearly shown that already
24   in the history of what I've done.
25      Q.   Okay.  I still get to ask my questions, ma'am.
```

Case 3:19-cv-01324-JCH   Document 240-3   Filed 07/20/23   Page 8 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023                                           Page 45

1  I understand that, you know -- I get to ask my
2  questions.  Okay?
3       A.   Okay.  And I get to answer my questions, too,
4  that's the point -- point of this.
5       Q.   Before you started working for Medytox, did
6  you have any experience with the equipment that actually
7  performs clinical drug testing services?
8       A.   No.  And I certainly never did throughout the
9  entire period of time either.
10      Q.   Okay.  And you don't have any medical
11 training; correct?
12      A.   No.  And I wasn't performing anything
13 medically.
14      Q.   Okay.  Do you have any experience working with
15 patients who have substance abuse problems?
16           MR. GESTRICH:  Objection to form.
17      A.   No.  And we were not in the substance use
18 sector, Emily.  We provided ancillary services to
19 various different medical sectors, but we were not
20 providing services directly to any patient.  We are not
21 patient-facing.  That is not what a lab does.
22 BY MS. COSTIN:
23      Q.   Before you started working for Medytox, did
24 you have any professional experience in medical coding?
25           MR. GESTRICH:  Objection to form.

Case 3:19-cv-01324-JCH   Document 240-3   Filed 07/20/23   Page 9 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023
Page 46

1    A.   Emily, I still do not have any experience in
2  medical coding.
3  BY MS. COSTIN:
4    Q.   Before you started working for Medytox, did
5  you have any experience working in medical billing?
6         MR. GESTRICH:  Objection to form.
7    A.   No, Emily, and I still do not, that's the
8  purpose of hiring good, skilled individuals.
9  BY MS. COSTIN:
10   Q.   Prior to working for Medytox, did you have any
11 professional experience working with health insurance
12 companies?
13        MR. GESTRICH:  Objection to form.
14   A.   No, I didn't.
15 BY MS. COSTIN:
16   Q.   And -- and I think as we established before,
17 but I just want to be clear, before working for Medytox,
18 you never worked directly for any Fortune 500 companies;
19 correct?
20        MR. GESTRICH:  Objection to form.
21   A.   No, I didn't, Emily, no.
22 BY MS. COSTIN:
23   Q.   Did you ever hold the title of CEO of
24 Laboratories with Medytox?
25   A.   For a very brief moment, yes.

Case 3:19-cv-01324-JCH   Document 240-3   Filed 07/20/23   Page 10 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023                                                Page 47

1   Q.   How did the role of CEO of laboratories differ
2   from what we just discussed as your role of VP of
3   operations?
4   A.   At the time, it was a focus on hiring the
5   right people to build the -- to build out PB Labs, I
6   believe that was the time.
7        So when we got into agreement with PB Labs,
8   there were -- there was one individual working there, I
9   believe, with perhaps a couple of phlebotomists.  So
10  there was no equipment.  There was no lab supervisor or
11  med techs, et cetera.
12       So my role there was to get PB Labs up and
13  running by hiring the right skill set to do that.
14  Q.   I'm sorry, and when was that, as best you can
15  recall?
16  A.   I think that was 2012.
17  Q.   Did you ever have any specific role or title
18  just with PB Labs?
19  A.   I don't believe so.
20  Q.   You were never the CEO of PB Labs?
21  A.   I don't remember whether I was the CEO of PB
22  Labs or whether there was a company that was the owner
23  of PB Labs that I was the CEO of.  I don't recall
24  specifically, Emily.
25  Q.   Okay.

Case 3:19-cv-01324-JCH   Document 240-3   Filed 07/20/23   Page 11 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023                                                Page 94

1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA                  )

4    COUNTY OF SARASOTA                )

5

6        I, Nancy E. Paulsen, CRR, CRC, RPR, FPR, CRSA,

7    certify that I was authorized to and did

8    stenographically report the deposition of Sharon Hollis,

9    Pages 1 to 96; that a review of the transcript was

10   requested; and that the transcript is a true record of

11   my stenographic notes.

12       I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties,

14   nor am I a relative or employee of any of the parties'

15   attorneys or counsel connected with the action, nor am I

16   financially interested in the action.

17       Dated this 8th day of February, 2023.

18

19   _____
     Nancy E. Paulsen, CRR, CRC, RPR, FPR

20

21

22

23

24

25

Case 3:19-cv-01324-JCH   Document 240-3   Filed 07/20/23   Page 12 of 12

Connecticut General Life Ins. Co. et al. vs Biohealth Laboratories, Inc., et al.
Sharon Hollis on 02/03/2023                                    Page 95

1                    CERTIFICATE OF OATH

2

3     STATE OF FLORIDA                    )

4     COUNTY OF SARASOTA                  )

5

6         I, Nancy E. Paulsen, CRR, CRC, RPR, FPR, Notary

7     Public, State of Florida, certify that Sharon Hollis

8     appeared via videoconference before me on

9     February 3, 2023, produced a Florida driver's license

10    for identification, and was duly sworn.

11        Signed this 8th day of February, 2023.

12

13

14

15

16    _____
      Nancy E. Paulsen, CRR, CRC, RPR, FPR
17    Notary Public
      State of Florida at Large
18    My Commission Number: GG364118
      Expires: September 17, 2023
19

20

21

22

23

24

25