# EXHIBIT 33

Case 3:19-cv-01324-JCH   Document 240-5   Filed 07/20/23   Page 2 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential              Robert J. Boorstein, M.D., Ph.D on 06/23/2023

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3

 4   CONNECTICUT GENERAL LIFE          ) Case No.
     INSURANCE COMPANY and CIGNA       ) 3:19-cv-1324
 5   HEALTH AND LIFE INSURANCE         ) (JHCH)
     COMPANY,                          )
 6                                     )
                 Plaintiffs,           )
 7                                     )
               vs.                     )
 8                                     )
     BIOHEALTH LABORATORIES,           )
 9   INC., PB LABORATORIES, LLC,       )
     and EPIC REFERENCE LABS,          )
10   INC.,                             )
                                       )
11               Defendants.           )
                                       )
12   ----------------------------------)

13

14

15                       CONFIDENTIAL

16            VIDEOCONFERENCE DEPOSITION OF

17         ROBERT J. BOORSTEIN, M.D., Ph.D

18               New York, New York

19             Friday, June 23, 2023

20

21

22

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. 1326
```

Case 3:19-cv-01324-JCH   Document 240-5   Filed 07/20/23   Page 3 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential        Robert J. Boorstein, M.D., Ph.D on 06/23/2023        Page 2

```
 1                  June 23, 2023

 2                   9:32 a.m.

 3

 4         Confidential Videoconference

 5   Deposition of ROBERT J. BOORSTEIN, M.D.,

 6   Ph.D, held via Zoom remote video conferencing

 7   software in New York, pursuant to Notice,

 8   before TAMI H. TAKAHASHI, a Registered

 9   Professional Reporter and Notary Public of

10   the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:19-cv-01324-JCH   Document 240-5   Filed 07/20/23   Page 4 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential           Robert J. Boorstein, M.D., Ph.D on 06/23/2023           Page 3

```
 1    A P P E A R A N C E S:
 2    (All parties appearing remotely)
 3
 4    Representing the Plaintiffs:
 5        ALSTON & BIRD
 6              The Atlantic Building
 7              950 F Street, NW
 8              Washington, D.C.  20004-1404
 9              202.239.3728
10        BY:   EDWARD T. KANG, ESQ.
11              edward.kang@alston.com
12
13
14    Representing the Defendants:
15        WHITEFORD TAYLOR & PRESTON, LLP
16              11 Stanwix Street, Suite 1400
17              Pittsburgh, Pennsylvania 15222
18              412.275.2400
19        BY:   SCOTT M. HARE, ESQ.
20              share@whitefordlaw.com
21              ANTHONY T. GESTRICH, ESQ.
22              a.gestrich@whitefordlaw.com
23
24
25
```

Case 3:19-cv-01324-JCH   Document 240-5   Filed 07/20/23   Page 5 of 9

CT GENERAL LIFE INSURANCE, ET AL. vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential          Robert J. Boorstein, M.D., Ph.D on 06/23/2023          Page 4

```
 1   A P P E A R A N C E S:
 2   (All parties appearing remotely)
 3
 4   Representing the Defendants:
 5       WHITEFORD TAYLOR & PRESTON, LLP
 6            7 Saint Paul Street
 7            Baltimore, Maryland 21202-1636
 8            410.347.9421
 9       BY:  TODD M. BROOKS, ESQ.
10            tbrooks@whitefordlaw.com
11            KENNETH J. LUND, ESQ.
12            klund@whitefordlaw.com
13
14
15   ALSO PRESENT:
16       JACK McKENZIE, Videographer
17
18
19
20
21
22
23
24
25
```

Case 3:19-cv-01324-JCH   Document 240-5   Filed 07/20/23   Page 6 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential          Robert J. Boorstein, M.D., Ph.D on 06/23/2023          Page 155

```
 1         CONFIDENTIAL - R. Boorstein
 2      A.   I mean, this is what -- the opinion
 3   comes to light to deny claims and their
 4   interpretation is what -- you know, we
 5   understand that they deny claims for a
 6   variety of reasons.
 7           When a claim gets denied, you have
 8   an appeals process that may or may not lead
 9   to a claim.  But certainly, you know,
10   insurers have a right to enforce their
11   criteria and deny claims.
12      Q.   And when you say "insurers," that
13   would extend beyond government payors but
14   also commercial health insurance, correct?
15      A.   Correct.
16      Q.   All right.
17           MR. KANG:  Let's just go a couple
18       more minutes.  I know we're almost at
19       quarter till 1:00.  I'll go a couple
20       more.
21   BY MR. KANG:
22      Q.   Do you know what it means to be an
23   "out-of-network provider," Dr. Boorstein?
24      A.   Yes.
25      Q.   What does that mean?
```

Case 3:19-cv-01324-JCH   Document 240-5   Filed 07/20/23   Page 7 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential          Robert J. Boorstein, M.D., Ph.D on 06/23/2023          Page 156

```
 1            CONFIDENTIAL - R. Boorstein
 2       A.   You're not in-network.
 3       Q.   And does that mean that the
 4  provider does not have an agreement with a
 5  payor such as Cigna?
 6       A.   In general, yes.  In general, an
 7  in-network contract would be a fee schedule
 8  that's agreed upon between the provider and
 9  the insurer.  If you don't have a contract,
10  then -- with the provider, then you're then
11  out-of-network.
12            MR. KANG:  Jack, we can take down
13       this exhibit.
14  BY MR. KANG:
15       Q.   And you would agree that, in those
16  instances, because an out-of-network provider
17  does not have a contract with a payor, the
18  provider gets paid according to the terms of
19  the individual patient's plans, correct?
20       A.   Presumably, yes.
21       Q.   Okay.  As well as in accordance
22  with any applicable medical coverage
23  policies, right?
24       A.   Again, if someone has
25  out-of-network benefits, then there may or
```

Case 3:19-cv-01324-JCH   Document 240-5   Filed 07/20/23   Page 8 of 9

CT GENERAL LIFE INSURANCE, ET AL.vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential          Robert J. Boorstein, M.D., Ph.D on 06/23/2023          Page 157

```
 1                 CONFIDENTIAL - R. Boorstein
 2    may not be payment by -- for an
 3    out-of-network test.  But I think that's an
 4    important point, is that a test can be
 5    medically necessary in a clinical sense, but
 6    if there's no out-of-network coverage, the --
 7    the provider may say that's not a covered
 8    item and it's not medically necessary.  But
 9    that doesn't mean it's not medically
10    necessary.
11         Q.   So something can be -- if
12    something -- again, this goes back to what we
13    talked about before.  But something could be
14    determined by the physician to be medically
15    necessary but it still may not be covered by
16    the terms of the plan, correct?
17         A.   Correct.
18         Q.   Okay.
19         A.   And that plan may say it's not
20    medically necessary.
21         Q.   Fair point.
22         A.   Again, that's important.  That --
23    just because an insurer says something is not
24    medically necessary does not mean that it
25    isn't.
```

Case 3:19-cv-01324-JCH   Document 240-5   Filed 07/20/23   Page 9 of 9

CT GENERAL LIFE INSURANCE, ET AL. vs BIOHEALTH LABORATORIES, INC., ET AL.
Confidential          Robert J. Boorstein, M.D., Ph.D on 06/23/2023          Page 214

```
 1
 2                C E R T I F I C A T E
 3    STATE OF NEW YORK    )
 4                         : ss.
 5    COUNTY OF NEW YORK   )
 6
 7            I, TAMI H. TAKAHASHI, a Notary
 8    Public within and for the State of New
 9    York, do hereby certify:
10            That ROBERT J. BOORSTEIN, M.D.,
11    Ph.D, the witness whose deposition is
12    hereinbefore set forth, was duly sworn
13    by me and that such deposition is a true
14    record of the testimony given by the
15    witness.
16            I further certify that I am not
17    related to any of the parties to this
18    action by blood or marriage, and that I
19    am in no way interested in the outcome
20    of this matter.
21            IN WITNESS WHEREOF, I have hereunto
22    set my hand this 30th day of June 2023.
23
24                    _____
25                          TAMI H. TAKAHASHI
```