**PLACEHOLDER SLIPSHEET FOR EXHIBIT 45 TO THE DECLARATION OF EDWARD T. KANG IN SUPPORT OF CIGNA'S MOTION FOR SUMMARY JUDGMENT**

---

**THIS DOCUMENT IS SUBJECT TO CIGNA'S MOTION TO SEAL, WHICH IS BEING FILED CONCURRENTLY HEREWITH AND AS SUCH, IS BEING ATTACHED IN REDACTED FORM AND UNDER SEAL IN ACCORDANCE WITH LR 5(e)(4)(A)**