# EXHIBIT 49

Last Processed: 6/22/2014

From 02/01/2014 to 02/28/2014

Practice: BIOHEALTH MEDICAL LABORATORY INC
Facility:
Billing Code:

| Facility Name | CPT Code | Total Gross Charges | Total Payments | Total Adjustments | Total Sample Count | Charges Per Sample | Payments Per Sample | Adjustments Per Sample | Samples Paid | Samples Unpaid | Outstanding AR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADDICTIONS ALTERNATIVE | | $105,129.40 | $0.00 | $0.00 | 686 | $120.86 | $0.00 | $0.00 | 0 | 686 | $105,129.40 |
| ALFREDO DALLY | | $2,931.00 | $0.00 | $0.00 | 23 | $25.00 | $0.00 | $0.00 | 0 | 23 | $2,931.00 |
| ANGELS RECOVERY | | $4,057,553.90 | $0.00 | $0.00 | 16044 | $118.75 | $0.00 | $0.00 | 0 | 16044 | $4,057,553.90 |
| BERNARD, GRAN | | $105.00 | $0.00 | $0.00 | 3 | $25.00 | $0.00 | $0.00 | 0 | 3 | $105.00 |
| CLEAN SLATE LIVING | | $839,155.20 | $0.00 | $0.00 | 3120 | $118.75 | $0.00 | $0.00 | 0 | 3120 | $839,155.20 |
| COMPREHENSIVE MEDICAL | | $133,034.15 | $0.00 | $0.00 | 995 | $118.75 | $0.00 | $0.00 | 0 | 995 | $133,034.15 |
| CORNER STONE RECOVERY | | $125,754.10 | $0.00 | $0.00 | 510 | $118.75 | $0.00 | $0.00 | 0 | 510 | $125,754.10 |
| DEL VALLE, FELIPE | | $50.00 | $0.00 | $0.00 | 2 | $25.00 | $0.00 | $0.00 | 0 | 2 | $50.00 |
| DIAZ, MAGDIEL | | $1,058.00 | $0.00 | $0.00 | 18 | $25.00 | $0.00 | $0.00 | 0 | 18 | $1,058.00 |
| FLORIDA CENTER FOR | | $2,226,487.40 | $0.00 | $0.00 | 8483 | $121.04 | $0.00 | $0.00 | 0 | 8483 | $2,226,487.40 |
| HIGH POINT TREATMENT | | $333,529.60 | $0.00 | $0.00 | 960 | $236.75 | $0.00 | $0.00 | 0 | 960 | $333,529.60 |
| HORSTMYER, JEFFREY | | $59.00 | $0.00 | $0.00 | 2 | $24.00 | $0.00 | $0.00 | 0 | 2 | $59.00 |
| HOUSE OF PRINCIPLES | | $825,206.60 | $0.00 | $0.00 | 3780 | $118.75 | $0.00 | $0.00 | 0 | 3780 | $825,206.60 |
| INTERVENTIONAL PAIN | | $270,223.20 | $0.00 | $0.00 | 1795 | $120.37 | $0.00 | $0.00 | 0 | 1795 | $270,223.20 |
| MARTINEZ, LUIS | | $225.00 | $0.00 | $0.00 | 4 | $25.00 | $0.00 | $0.00 | 0 | 4 | $225.00 |
| MIRANDA, FRANCISCO | | $954.00 | $0.00 | $0.00 | 16 | $25.00 | $0.00 | $0.00 | 0 | 16 | $954.00 |
| NARCONON FREEDOM | | $1,341,875.35 | $0.00 | $0.00 | 4390 | $236.35 | $0.00 | $0.00 | 0 | 4390 | $1,341,875.35 |
| NARCONON FREEDOM | | $186,642.10 | $0.00 | $0.00 | 819 | $232.93 | $0.00 | $0.00 | 0 | 819 | $186,642.10 |
| NARGIZA, YULDASHEBA | | $50.00 | $0.00 | $0.00 | 2 | $25.00 | $0.00 | $0.00 | 0 | 2 | $50.00 |
| OUR PLACE RECOVERY | | $351,846.75 | $0.00 | $0.00 | 1425 | $118.75 | $0.00 | $0.00 | 0 | 1425 | $351,846.75 |
| PANCORBO, DARIO | | $1,634.00 | $0.00 | $0.00 | 29 | $25.00 | $0.00 | $0.00 | 0 | 29 | $1,634.00 |
| PARVUS | | $54,397.70 | $0.00 | $0.00 | 234 | $210.53 | $0.00 | $0.00 | 0 | 234 | $54,397.70 |
| RAFAEL ANTUN SW | | $694.00 | $0.00 | $0.00 | 8 | $25.00 | $0.00 | $0.00 | 0 | 8 | $694.00 |
| SOUTH FLORIDA DRUG AND | | $93,752.85 | $0.00 | $0.00 | 360 | $118.75 | $0.00 | $0.00 | 0 | 360 | $93,752.85 |
| STEP DOWN INC | | $308,014.80 | $0.00 | $0.00 | 1218 | $118.75 | $0.00 | $0.00 | 0 | 1218 | $308,014.80 |
| STEPHANIE'S FAMILY | | $111,420.80 | $0.00 | $0.00 | 448 | $118.75 | $0.00 | $0.00 | 0 | 448 | $111,420.80 |
| TRI CITIES GASTRO DR | | $1,148.25 | $0.00 | $0.00 | 11 | $118.75 | $0.00 | $0.00 | 0 | 11 | $1,148.25 |
| TRI CITIES GASTRO DR FRY | | $1,148.25 | $0.00 | $0.00 | 11 | $118.75 | $0.00 | $0.00 | 0 | 11 | $1,148.25 |
| VAZQUEZ, CARLOS | | $435.00 | $0.00 | $0.00 | 13 | $25.00 | $0.00 | $0.00 | 0 | 13 | $435.00 |
| Totals: | | $11,374,515.40 | $0.00 | $0.00 | 45409 | $120.86 | $0.00 | $0.00 | 0 | 45409 | $11,374,515.40 |