# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF CONNECTICUT
 3      - - - - - - - - - - - - - - - -x
 4     CONNECTICUT GENERAL LIFE         :
 5     INSURANCE COMPANY and CIGNA      :
 6     HEALTH AND LIFE INSURANCE        :    Case No.
 7     COMPANY,                         :    3:19-cv-01324
 8            Plaintiffs,               :
 9     -v-                              :
10                                      :
11     BIOHEALTH LABORATORIES, INC.,    :
12     PB LABORATORIES, LLC, EPIC       :
13     REFERENCE LABS, INC., and        :
14     EPINEX DIAGNOSTICS, INC.,        :
15            Defendants.               :
16      - - - - - - - - - - - - - - - -x
17
18                *** CONFIDENTIAL ***
19           Deposition of KELLY CLARK, M.D.
20                CONDUCTED VIRTUALLY
21               Friday, June 16, 2023
22                     9:43 a.m.
23     Job No.: 496561
24     Pages: 1 - 176
25     Reported By: Brooklyn E. Schweitzer, RPR, CRR
```

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023

113

| | | |
|---|---|---|
| 1 | 91 pages to this PDF document. | 13:23:46 |
| 2 | A   Okay. | 13:23:48 |
| 3 | Q   Okay.  And is -- forgive me:  Is this the | 13:23:54 |
| 4 | document that you're referencing in Paragraph 115? | 13:23:57 |
| 5 | A   Looks like it. | 13:24:00 |
| 6 | Q   Okay.  You say in 115, training manual for | 13:24:01 |
| 7 | Medytox sales account executives describes their | 13:24:07 |
| 8 | business model, and then there's a colon, and you | 13:24:12 |
| 9 | have a quotation. | 13:24:16 |
| 10 | The phrase "business model," that's your | 13:24:17 |
| 11 | phrase; correct?  That doesn't appear in this | 13:24:22 |
| 12 | document anywhere? | 13:24:23 |
| 13 | A   I don't believe it appears in the | 13:24:24 |
| 14 | document. | 13:24:25 |
| 15 | Q   Okay.  Do you know -- well, strike that. | 13:24:26 |
| 16 | What is your understanding, if any, as to | 13:24:30 |
| 17 | the purpose of this document that we marked as | 13:24:32 |
| 18 | Exhibit 2? | 13:24:35 |
| 19 | A   This appears to be a document for Medytox | 13:24:35 |
| 20 | sales representatives to train them to go out and | 13:24:43 |
| 21 | sell their services. | 13:24:48 |
| 22 | Q   And what's the basis for that | 13:24:50 |
| 23 | understanding? | 13:24:52 |
| 24 | A   It says Medytox sales training manual on | 13:24:53 |
| 25 | top. | 13:24:58 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                              114

| | | |
|---|---|---|
| 1 | Q  Other than gleaning your understanding | 13:24:58 |
| 2 | from Exhibit 2 itself, do you have any | 13:25:03 |
| 3 | understanding as to what the purpose of this | 13:25:08 |
| 4 | Exhibit 2 was? | 13:25:10 |
| 5 | A  No.  I know what is contained within the | 13:25:11 |
| 6 | sales manual itself. | 13:25:17 |
| 7 | Q  Okay.  Do you know whether any of the Labs | 13:25:19 |
| 8 | in this lawsuit actually used this document marked | 13:25:25 |
| 9 | as Exhibit 2? | 13:25:29 |
| 10 | A  No. | 13:25:31 |
| 11 | Q  Do you know whether the Labs actually gave | 13:25:31 |
| 12 | copies of Exhibit 2 to any of their sales | 13:25:38 |
| 13 | employees? | 13:25:41 |
| 14 | A  I don't have that information, no. | 13:25:42 |
| 15 | Q  Do you know whether the Labs actually gave | 13:25:45 |
| 16 | Exhibit 2 to any other employees? | 13:25:47 |
| 17 | A  No. | 13:25:49 |
| 18 | Q  Do you have any information to indicate | 13:25:52 |
| 19 | whether this document was used by the Labs for any | 13:26:02 |
| 20 | purpose at all? | 13:26:10 |
| 21 | A  No.  I don't know if it was used for any | 13:26:12 |
| 22 | purpose at all. | 13:26:20 |
| 23 | Q  Do you know whether Exhibit 2 is a | 13:26:21 |
| 24 | preliminary draft of whatever it purports to be? | 13:26:25 |
| 25 | A  No.  The document is what I know of the | 13:26:31 |

| | | |
|---|---|---|
| 1 | document and what it purports to be. | 13:26:34 |
| 2 | Q  Okay.  I'll ask the mirror image question: | 13:26:40 |
| 3 | Do you know whether Exhibit 2 purports to be a | 13:26:45 |
| 4 | final published version of whatever it is? | 13:26:48 |
| 5 | A  Again, no.  This is the only sales manual | 13:26:55 |
| 6 | that was provided to me among the documents | 13:26:58 |
| 7 | available.  So this is the version that I had to | 13:27:02 |
| 8 | review. | 13:27:05 |
| 9 | Q  In any other case in which you've rendered | 13:27:06 |
| 10 | an opinion, Dr. Clark, have you ever been asked to | 13:27:12 |
| 11 | or formed an opinion based on a sales manual? | 13:27:18 |
| 12 | A  Any kind of sales manual?  So I've | 13:27:22 |
| 13 | reviewed marketing materials from different | 13:27:39 |
| 14 | programs which are related to sales, but a sales | 13:27:42 |
| 15 | training manual is not -- that I can recall of any | 13:27:46 |
| 16 | particular case that I can recall offhand. | 13:27:52 |
| 17 | Q  And by marketing materials, you're | 13:27:54 |
| 18 | referring to materials that a company publishes to | 13:27:56 |
| 19 | provide to the public or to its potential | 13:28:03 |
| 20 | customers? | 13:28:06 |
| 21 | A  That is correct.  Otherwise, internal | 13:28:07 |
| 22 | documents regarding the sales are typically -- | 13:28:14 |
| 23 | that I've reviewed are emails or other types of | 13:28:17 |
| 24 | documents. | 13:28:21 |
| 25 | Q  Okay.  You'll agree with me that Exhibit 2 | 13:28:21 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023

116

| | | |
|---|---|---|
| 1 | does not purport to give medical advice? | 13:28:28 |
| 2 | A   So -- | 13:28:31 |
| 3 | MS. COSTIN:  Object to the form.  You | 13:28:31 |
| 4 | might have to look at the document. | 13:28:37 |
| 5 | THE WITNESS:  You know, so I would look at | 13:28:39 |
| 6 | the document because there's some things in here | 13:28:40 |
| 7 | that I report -- that I've pointed out are simply | 13:28:42 |
| 8 | that I disagree with.  They're making medical | 13:28:46 |
| 9 | statements about their services that I believe are | 13:28:49 |
| 10 | not true, that I disagree with.  So they're -- | 13:28:53 |
| 11 | they're making assertions about their products and | 13:28:56 |
| 12 | the necessity for their products and what their | 13:29:02 |
| 13 | products do and what their physicians need and et | 13:29:02 |
| 14 | cetera that are not true. | 13:29:06 |
| 15 | BY MR. HARE: | 13:29:06 |
| 16 | Q   Okay.  Let's go back to my question.  You | 13:29:06 |
| 17 | agree with me that Exhibit 2 does not purport to | 13:29:09 |
| 18 | render medical advice? | 13:29:12 |
| 19 | MS. COSTIN:  Object to the form. | 13:29:17 |
| 20 | A   Could you define medical advice? | 13:29:18 |
| 21 | Q   Does that phrase have any meaning to you? | 13:29:21 |
| 22 | A   If you could define it so I could | 13:29:24 |
| 23 | understand your question, I could answer your | 13:29:26 |
| 24 | question. | 13:29:28 |
| 25 | Q   Okay.  I'm going to ask you a different | 13:29:28 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                                        117

| | | |
|---|---|---|
| 1 | question:  What does medical advice mean in your | 13:29:30 |
| 2 | mind? | 13:29:34 |
| 3 |    A   I would define medical advice -- I don't | 13:29:35 |
| 4 | have a good definition for medical advice. | 13:29:49 |
| 5 | There's lots of medical advice on the Internet | 13:29:52 |
| 6 | from people who have no medical training | 13:29:54 |
| 7 | whatsoever.  So I don't have a good definition of | 13:29:57 |
| 8 | that.  So if you could tell me yours, I could | 13:29:59 |
| 9 | answer your question. | 13:30:01 |
| 10 |    Q   Does Exhibit 2 to your knowledge purport | 13:30:01 |
| 11 | to offer learned medical advice by an | 13:30:05 |
| 12 | appropriately credentialed and licensed medical | 13:30:13 |
| 13 | professional? | 13:30:16 |
| 14 |      MS. COSTIN:  Scott, I'm going to object to | 13:30:18 |
| 15 | the question because you're asking her about a | 13:30:21 |
| 16 | 91-page document.  So if you'd like her to opine | 13:30:22 |
| 17 | about what it includes or doesn't include, then | 13:30:25 |
| 18 | I'd like you to give her control of the screen to | 13:30:28 |
| 19 | read the document. | 13:30:31 |
| 20 |      MR. HARE:  Tony, go ahead and do that, and | 13:30:32 |
| 21 | while you're doing that, I'll note that Dr. Clark | 13:30:35 |
| 22 | has reported that she reviewed this document, she | 13:30:39 |
| 23 | comments at great length in her primary report | 13:30:46 |
| 24 | with regard to this document, and I thought it was | 13:30:50 |
| 25 | fair game to ask her questions about her | 13:30:54 |

| | | |
|---|---|---|
| 1 | understanding of the document. | 13:30:56 |
| 2 | I'm perfectly happy for her to have the | 13:30:59 |
| 3 | opportunity to examine and refresh her | 13:31:02 |
| 4 | recollection of this document. | 13:31:05 |
| 5 | MS. COSTIN:  That's just what I'm looking | 13:31:07 |
| 6 | for.  And I do think that the document is fair | 13:31:08 |
| 7 | game, Scott, but I just think as she's sitting | 13:31:10 |
| 8 | here today, if you're going to ask her specific | 13:31:13 |
| 9 | questions in this remote deposition environment, | 13:31:15 |
| 10 | she should be given the opportunity to refresh her | 13:31:18 |
| 11 | memory on the document. | 13:31:20 |
| 12 | MR. HARE:  Sure. | 13:31:21 |
| 13 | BY MR. HARE: | 13:31:25 |
| 14 | Q  And let me break it down to try to -- my | 13:31:26 |
| 15 | question bites off a lot, and I recognize.  And | 13:31:28 |
| 16 | let me break it apart a little bit.  To your | 13:31:33 |
| 17 | knowledge, did any licensed and properly | 13:31:35 |
| 18 | credentialed medical professional participate in | 13:31:42 |
| 19 | drafting any of the language in Exhibit 2? | 13:31:48 |
| 20 | A  So, again, I'd have to look through this | 13:31:54 |
| 21 | because your question subsumes a large number of | 13:31:56 |
| 22 | licenses and individuals that might fall under it. | 13:32:00 |
| 23 | Q  Okay.  Do you know the identity of any of | 13:32:03 |
| 24 | the authors of Exhibit 2? | 13:32:13 |
| 25 | A  I'm looking through the document now.  I'm | 13:32:16 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                                  119

| | | |
|---|---|---|
| 1  | not able to give you any answers until I can see | 13:32:21 |
| 2  | through and look through the document. | 13:32:24 |
| 3  |     Q   Okay. | 13:32:26 |
| 4  |     A   At least the questions that you're asking. | 13:32:26 |
| 5  |     MR. HARE:  Emily, we've been going again | 13:33:23 |
| 6  | for about an hour, and I've had two cups of tea. | 13:33:25 |
| 7  | Would this be an appropriate time for a break, and | 13:33:29 |
| 8  | we can afford Dr. Clark some time to finish | 13:33:31 |
| 9  | reviewing Exhibit 2? | 13:33:34 |
| 10 |     MS. COSTIN:  Why don't you just continue | 13:33:36 |
| 11 | to let her review it, and you can go take a break | 13:33:39 |
| 12 | if you want, but we can stay on the record. | 13:33:40 |
| 13 | You've asked her to look at the document.  So -- | 13:33:42 |
| 14 |     THE WITNESS:  Okay.  So they're reporting | 13:37:39 |
| 15 | that there are CLIA certified, SAMHSA certified, | 13:37:40 |
| 16 | which means that there are individuals who meet | 13:37:46 |
| 17 | certain qualifications at the lab.  So I'm looking | 13:37:48 |
| 18 | to see who that might be or if it's just implied | 13:37:53 |
| 19 | by their statement. | 13:37:56 |
| 20 |     Okay.  So, no, they refer to being SAMHSA | 13:42:03 |
| 21 | certified and CLIA certified, but there is no name | 13:42:06 |
| 22 | of the lab director or the person who is involved | 13:42:09 |
| 23 | in building this 91-page manual. | 13:42:12 |
| 24 | BY MR. HARE: | 13:42:16 |
| 25 |     Q   And we just spent some number of minutes | 13:42:16 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023

120

| | | |
|---|---|---|
| 1 | as you scrolled through this 91-page manual.  Did | 13:42:20 |
| 2 | you see anywhere, any identification of any author | 13:42:23 |
| 3 | of this document marked Exhibit 2? | 13:42:28 |
| 4 |     A   As I just said, no. | 13:42:31 |
| 5 |     Q   Do you see any indication -- strike that. | 13:42:33 |
| 6 |         Do you see any material in Exhibit 2 that | 13:42:36 |
| 7 | purports to constitute a licensed medical provider | 13:42:45 |
| 8 | rendering medical advice? | 13:42:50 |
| 9 |     A   Again, there's -- there's CLIA | 13:42:52 |
| 10 | certification and there's SAMHSA certification, | 13:42:54 |
| 11 | but you haven't given me your definition of | 13:42:58 |
| 12 | medical advice. | 13:43:00 |
| 13 |     Q   Do you see any indication anywhere in | 13:43:01 |
| 14 | Exhibit 2 that any licensed medical professional | 13:43:08 |
| 15 | participated in drafting this document? | 13:43:13 |
| 16 |     A   There's no information of who drafted the | 13:43:15 |
| 17 | document at Medytox or their sales team. | 13:43:23 |
| 18 |     Q   You'd agree with me that the document | 13:43:26 |
| 19 | marked as Exhibit 2 is not a physician's order to | 13:43:29 |
| 20 | a lab for drug testing? | 13:43:31 |
| 21 |     A   I do agree with you. | 13:43:33 |
| 22 |     Q   You agree with me that Exhibit 2 does not | 13:43:36 |
| 23 | identify any particular patient? | 13:43:40 |
| 24 |     A   Correct. | 13:43:44 |
| 25 |     Q   It does not identify or describe any | 13:43:46 |

Confidential
Transcript of Kelly Clark, M.D.
Conducted on June 16, 2023                                    121

| | | |
|---|---|---|
| 1 | particular course of care for any patient? | 13:43:49 |
| 2 | A   Correct. | 13:43:54 |
| 3 | Q   Exhibit 2 does not set forth any | 13:43:55 |
| 4 | particular treatment plan for any patient? | 13:44:01 |
| 5 | A   A specific treatment plan, no. | 13:44:03 |
| 6 | Q   I don't know if it caught your eye, but as | 13:44:08 |
| 7 | you were scrolling through the 91 pages of | 13:44:20 |
| 8 | Exhibit 2, I noticed reference to various laws | 13:44:22 |
| 9 | including, for example, the Federal False Claims | 13:44:30 |
| 10 | Act and the Stark Law and HIPAA.  In your view, | 13:44:32 |
| 11 | does Exhibit 2 purport to provide legal advice? | 13:44:38 |
| 12 | A   I couldn't even tell you what legal advice | 13:44:41 |
| 13 | is other than I don't give it. | 13:44:56 |
| 14 | Q   Do you give medical advice? | 13:44:58 |
| 15 | A   Yes, I do.  As a doctor, I do.  So some | 13:45:00 |
| 16 | kinds of medical advice are given by doctors. | 13:45:03 |
| 17 | Q   Do you have any information, Dr. Clark, as | 13:45:06 |
| 18 | to the full range of medical providers on whose | 13:45:42 |
| 19 | behalf or at whose instructions the Labs in this | 13:45:47 |
| 20 | case provided testing services over the years? | 13:45:52 |
| 21 | A   On whose advice and on whose instructions? | 13:45:57 |
| 22 | Again, the majority claims that I looked at didn't | 13:46:05 |
| 23 | do that on any legitimate order or any legitimate | 13:46:08 |
| 24 | instruction. | 13:46:13 |
| 25 | So the number of -- of individuals who at | 13:46:13 |