# EXHIBIT 51



Live the ORANGE Life!

# 2014 BENEFITS SUMMARY

for U.S. Salaried and Full-time Hourly Associates

CONFIDENTIAL

CIGNA19-13260023966

# What's Inside

1 Life Events
13 Eligibility and Enrollment
29 Benefits for Same-sex Domestic Partners
35 U.S. Medical (except California and Hawaii)
145 California Medical
182 Hawaii Medical
202 The Hospital Indemnity Plan
207 The Critical Illness Protection Plan
216 Dental
228 Vision
239 Spending Accounts
252 Health Savings Account
259 Life Insurance
269 Disability for Full-Time Hourly Associates
279 Disability for Salaried Associates
287 Accidental Death and Dismemberment
295 FutureBuilder
329 Employee Stock Purchase Plan
340 Work/Life Benefits
347 Time-Off Benefits
348 Leaves of Absence
349 COBRA Coverage
356 Claims and Appeals
382 Plan Administration
389 Medicare Part D
393 HIPAA Notice
397 Benefits Contact List
399 Payroll Deductions for 2014

## IMPORTANT NOTICE

This *2014 Benefits Summary* contains an important notice about your prescription drug coverage and Medicare.

You will find this notice in the **Medicare Part D** chapter in the back of this book.

### ¿No habla o lee inglés?
Por favor llame al Benefits Choice Center (Centro de Opción de Beneficios) al 1-800-555-4954 y diga "Estados Unidos" para hablar con un representante en español.

The Company benefit plans also provide benefits to the following groups of associates of Home Depot U.S.A., Inc. and its affiliates in the U.S., who receive different versions of the Benefits Summary: part-time hourly associates and certain associates of THD At-Home Services who are paid 100% by commission. The Company benefit plans also provide benefits to full-time hourly, part-time hourly and salaried associates in the Company's affiliates in Guam, Puerto Rico and St. Thomas, who receive different versions of the *2014 Benefits Summary.*

CONFIDENTIAL

CIGNA19-13260023967

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 4 of 405

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH



 Live the ORANGE Life!

# Life Events

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

| | |
|---|---|
| 2 | Life Events |
| 2 | Same-sex Domestic Partner Life Events |
| 3 | Marriage |
| 3 | Divorce/Legal Separation/Annulment |
| 4 | Judgement, Order or Decree, including a Qualified Medical Child Support Order (QMCSO) |
| 4 | Birth |
| 5 | Adoption, Placement or Termination of Adoption |
| 5 | Death of... |
| 6 | Gain or Loss of Coverage Due to Moving |
| 6 | Gain or Loss of Other Coverage |
| 10 | Change of Employment Status |
| 11 | Military Leave |
| 12 | Leaves of Absence |

CONFIDENTIAL

CIGNA19-13260023968

# Life Events

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
| --- | --- |
| Notify the Benefits Choice Center within 30 days of your qualified status change | Call the Benefits Choice Center at 1-800-555-4954 and speak with a representative |
| Make allowed changes in your benefits after qualified status change | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot; or call the Benefits Choice Center at 1-800-555-4954 |

## Life Events

When your life changes, chances are your benefits will need to change too. As you learn more about when you are able to change your benefit elections during the year, you'll find out that marriage, divorce, birth or adoption, or your spouse's employment change are events that may allow you to make certain changes in your benefits. You'll also find out that you have 30 days from the date of the event to contact the Benefits Choice Center or to visit Your Benefits Resources™ and make your changes.

Although, due to IRS regulations, you are generally not permitted to make election changes during the year for benefits paid through a cafeteria plan on a pre-tax basis, the IRS does allow election changes to be made during the year on account of and consistent with certain life events (also referred to in this book as qualified status changes). This section outlines the life events which may permit you to make election changes to the benefits provided to you by the Company. Use the charts to help guide you through the benefit coverages you may need to change following a particular life event. Absent a qualified status change or rolling 12-month election for life insurance

and disability, no mid-year election changes can be made, with the exception of the Critical Illness Protection Plan which can be dropped at any time.

Remember that all election changes made as a result of a life event must be made within 30 days after the date of the event unless noted otherwise.

If you experience a qualified status change, your requested change in benefits must be consistent with, and correspond to, the qualified status change. For example, if you are divorced and had been covered under your spouse's medical plan, it would be consistent to elect coverage under the Company's Medical Plan. However, if you did not lose coverage as a result of the divorce, it would not be consistent for you to elect medical coverage.

If you experience a qualified status change during the grace period under the health care spending account, changes are only allowed for your election in the current year and not in the year to which the grace period applies.

For purposes of this Life Events chapter, your spouse means your spouse as defined in the Eligibility and Enrollment chapter, and references to your child or

children only include your own children, and do not include the child(ren) of your same-sex domestic partner. In addition, references to your dependents do not include your same-sex domestic partner or his or her child(ren) regardless of whether they are considered your dependents under other chapters in this summary.

**Note:** The Plan Administrator may also permit any other changes provided for under the Plan document or IRS regulations in addition to those listed in these charts.

### Same-sex Domestic Partner Life Events

For information on making coverage changes for your same-sex domestic partner or children of your partner, see the Benefits for Same-sex Domestic Partners chapter.

For information on life insurance and/or AD&D coverage for your opposite-sex partner see the Life Insurance and AD&D chapters.

CONFIDENTIAL

CIGNA19-13260023969

**Life Events**

## You can change your benefits as follows:

| If you have the following change in status... | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 30 days after... | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[4,6] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,2,5] | Disability[2] |
|---|---|---|---|---|---|---|---|
| **Marriage[7]** | | | | | | | |
| You wish to add spouse and/or children | Documentation verifying the dependency or status change. | Date of marriage | Can add coverage for spouse and/or children and change medical option (e.g., from HMO to PPO) | Can start or increase contributions to accommodate newly eligible dependent(s) | Can start or increase contributions to accommodate newly eligible dependent(s) | Can add or increase (within limits) coverage for self, spouse and/or children | Not applicable |
| You wish to drop coverage | Documentation verifying the dependency or status change. | Date of marriage or date new coverage gained, whichever is later | Can drop coverage for self and/or children, if covered under spouse's employer's plan | Can stop or decrease contributions, if covered under new spouse's health plan | Can stop or decrease contributions if new spouse is not employed or makes a dependent care election under his or her plan | Can drop or decrease coverage for self, spouse and/or children | |
| **Divorce/Legal Separation/Annulment** | | | | | | | |
| You wish to drop your dependents' coverage under the plan | Documentation verifying the dependency or status change. | Date of decree | Can drop coverage for children with proof of coverage under other parent's plan | Can decrease contributions or cease election for dependent who loses eligibility | Can decrease contributions or cease election for dependent who loses eligibility | Can add, increase, drop or decrease coverage for self and/or children | Not applicable |
| You must drop coverage for spouse and any stepchildren who cease to be your dependents | Documentation verifying the dependency or status change. | | Must drop coverage for spouse and any stepchildren who cease to be your dependents | Can decrease contributions or cease election for dependent who loses eligibility | Can decrease contributions or cease election for dependent who loses eligibility | Must drop coverage for spouse and any stepchildren who cease to be your dependents | |
| You wish to add self and/or your eligible children under the plan[7] | Documentation verifying the dependency or status change. | | Can add or change coverage option for self and/or children if you or at least one child has lost coverage under spouse's plan | Can start or increase contributions where coverage is lost under spouse's health plan | Can start or increase contributions | Can add or increase coverage for self and/or children | |

1 An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2 Must be actively at work for coverage to take effect.

3 If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

4 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

5 Changes to The Legal Services Plan can only be made during Annual Enrollment.

6 You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

7 Marriage includes a marriage to a same-sex spouse as defined in the Eligibility & Enrollment chapter.

CONFIDENTIAL

CIGNA19-13260023970

**Life Events**

## You can change your benefits as follows:

| If you have the following change in status... | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 30 days after... | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[5,7] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,3,6] | Disability[2] |
|---|---|---|---|---|---|---|---|
| Judgement, Order or Decree, including a Qualified Medical Child Support Order (QMCSO)[4] | | | | | | | |
| Requires coverage for your child under this plan | Approved court order, judgement or decree requiring coverage | Issuance of a court order; Coverage will start as soon as order is approved | Coverage is automatically added for child(ren) and self, if not enrolled, as specified by the judgement order or decree; Medical Plan option may change to provide required coverage | Can increase or start contributions | No change permitted | No change permitted | Not applicable |
| Requires coverage of your child under spouse's plan | Approved order requiring coverage | Date other employer plan accepts the order | Drop coverage for child(ren) covered by the order | Can decrease or stop contribution | | | |
| Birth[2] | | | | | | | |
| You wish to add self, spouse and/or new child[4] | Documentation verifying the dependency or status change. | Date of birth | Can add coverage for new child, self, other children and spouse and/or change coverage option (e.g., from HMO to PPO) | Can start or increase contributions | Can start or increase contributions | Can add or increase (within limits) coverage for self, spouse and/or children | Not applicable |
| You wish to drop coverage for self, spouse, or other children and cover under spouse's plan | Documentation verifying the dependency or status change. | | Can drop coverage for self, spouse and/or other dependents if you gain coverage under spouse's plan following birth | Can stop or decrease contributions | No change permitted | No change permitted | |

1 An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2 Must be actively at work for coverage to take effect.

3 If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

4 A QMCSO may require coverage for your child, but not your spouse or former spouse.

5 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

6 Changes to The Legal Services Plan can only be made during Annual Enrollment.

7 You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

CONFIDENTIAL

**Life Events**

## You can change your benefits as follows:

| If you have the following change in status... | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 30 days after... | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[4] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,4,5] | Disability[3] |
|---|---|---|---|---|---|---|---|
| **Adoption, Placement or Termination of Adoption[6]** | | | | | | | |
| You wish to add self, spouse and/or new child[2] | Documentation verifying the dependency or status change. | Date of adoption or placement | Can add self, spouse and child(ren) and change coverage option (e.g., HMO to PPO) | Can start or increase contributions | Can start or increase contributions | Can add or increase (within limits) coverage for self, spouse and/or child | Not applicable |
| You wish to drop coverage and cover child under spouse's plan | | | Can drop coverage for self, spouse and/or dependents if become covered under spouse's plan | Can stop or decrease contributions if adoption proceedings terminate | Can stop or decrease contributions if termination decreases the number of dependents | No change permitted | |
| You wish to drop coverage due to termination of adoption proceedings | | | Must drop coverage for child who ceases to be an eligible dependent | | | Drop affected child only | |
| **Death of...** | | | | | | | |
| Your dependent covered under Home Depot plan | Documentation verifying the dependency or status change. | Date of death | Must drop coverage for dependent who died | Can decrease or stop contributions | Can decrease or stop contributions | Drop coverage for deceased dependent; can drop or decrease your coverage | Not applicable |
| Your spouse, and you and/or your child(ren) lose coverage under your spouse's plan | | Date coverage ends with other employer | Can add coverage for self and/or children or change coverage option if you or any child lost coverage under spouse's plan[1] | Can start or increase contributions | Can start or increase contributions | Can add or increase (within limits) coverage for self and children | |

1 An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2 Must be actively at work for coverage to take effect.

3 If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

4 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

5 Changes to The Legal Services Plan can only be made during Annual Enrollment.

6 You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

CONFIDENTIAL

CIGNA19-13260023972

## Life Events

## You can change your benefits as follows:

| If you have the following change in status... | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 30 days after...[1] | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[5,7] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,5,6] | Disability[2] |
|---|---|---|---|---|---|---|---|
| **Gain or Loss of Coverage Due to Moving** | | | | | | | |
| You have a work site transfer or ZIP Code change resulting in a change to eligibility for coverage under your plan | Address must be updated in pay-roll system | Your move to a new ZIP code | Can change plan option (i.e., HMO to PPO) | No change permitted | No change permitted | No change permitted | You are automatically enrolled in coverage when first eligible. See the Disability chapter for more information on coverage once enrolled |
| You have a work site transfer or ZIP Code change resulting in no change to your plan eligibility | Address must be updated in pay-roll system | Your move to a new ZIP code | No change permitted | No change permitted | No change permitted | No change permitted | No change permitted |
| **Gain or Loss of Other Coverage**[3] | | | | | | | |
| Gain of coverage due to spouse's employer's period of coverage differing from Home Depot's period of coverage[3] | Documentation verifying the dependency or status change. | Effective date of coverage gained | Can drop or decrease coverage for self, spouse and/or children if become covered under spouse's plan | No change permitted | Can stop or decrease contributions | Can drop or decrease coverage for self, spouse and/or children | Not applicable |
| Loss of coverage due to spouse's employer's period of coverage differing from Home Depot's period of coverage | Documentation verifying the dependency or status change. | Effective date of coverage lost | Can add or increase coverage for self, spouse and/or children if covered under the spouse's plan[4] | | Can start or increase contributions | Can add or increase (within limits) coverage for self, spouse and/or children | |
| Gain coverage due to change in spouse's or dependent's employment[4] | Documentation verifying the dependency or status change. | Date coverage begins with other employer | Can drop or decrease coverage for self, spouse and/or children if covered under newly available plan | | No change permitted | Can drop or decrease coverage for self, spouse and/or children | |

1 An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2 Must be actively at work for coverage to take effect.

3 You must notify the Benefits Choice Center after the loss of coverage has occurred but before the 30 days have passed since that loss of coverage.

4 When you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

5 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

6 Changes to The Legal Services Plan can only be made during Annual Enrollment.

7 You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

8 Once the spouse gains coverage and is therefore no longer eligible, he/she must be removed from coverage under the Home Depot plan.

6    To enroll, go to www.livetheorangelife.com; for help, call 1-800-555-4954

CONFIDENTIAL

CIGNA19-13260023973

**Life Events**

## You can change your benefits as follows:

| If you have the following change in status... | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 30 days after... | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[6,8] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,5,7] | Disability[2] |
|---|---|---|---|---|---|---|---|
| **Gain or Loss of Other Coverage[3] (continued)** | | | | | | | |
| Loss of coverage due to child's loss of eligibility under the Home Depot plans | Documentation verifying the dependency or status change. | Effective date of coverage lost | You must drop coverage for dependent child | Can stop or decrease contributions to take into account ineligibility of affected dependent | Can stop or decrease contributions for dependent who loses eligibility | Can drop or decrease coverage for self, spouse and/or children. You must drop coverage for child who loses eligibility | Not applicable |
| You, your child or dependent lose coverage under another health plan because it no longer offers benefits to similarly situated individuals | | | Can add coverage and/or change coverage for you, your spouse or your children[4] | Can increase or start contributions | No change permitted | Not applicable | |
| Loss of coverage due to you, your spouse's or your dependent's loss of eligibility under another health plan[3] | | Date coverage ends | Can add or increase coverage for self, spouse and/or children or change coverage option if you add affected dependent[4] | Can increase or start contributions | No change permitted | Not applicable | Not applicable |
| Loss of coverage due to action of other employer by termination of all plans of the same type or by ceasing all employer contributions to coverage that is not COBRA coverage | | Date other coverage involuntarily ends | Can add or increase coverage for self, spouse and/or children or change coverage option if covered under spouse's plan[4] | Can increase or start contributions | Can increase or start contributions | Not applicable | |

1 An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2 Must be actively at work for coverage to take effect.

3 You must notify the Benefits Choice Center after the loss of coverage has occurred but before the 30 days have passed since that loss of coverage.

4 If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

5 Loss of eligibility does not include loss of coverage due to failure to pay premiums on a timely basis or termination for cause (such as making fraudulent claims).

6 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

7 Changes to The Legal Services Plan can only be made during Annual Enrollment.

8 You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

CONFIDENTIAL

CIGNA19-13260023974

## You can change your benefits as follows:

| If you have the following change in status... | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 30 days after... | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[1,2] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,2,5] | Disability[3] |
|---|---|---|---|---|---|---|---|
| Gain or Loss of Other Coverage[2] (continued) | | | | | | | |
| Loss of coverage due to the exhaustion of COBRA coverage[6] | Documentation verifying the dependency or status change. | Date COBRA coverage ends with other employer | Can add or increase coverage for self, spouse and/or children or change coverage option if covered under spouse's plan[4] | Can increase or start contributions | No change permitted | No change permitted | Not applicable |
| Spouse's employer eliminates or adds a benefit option (e.g., HMO, PPO, POS or Indemnity) | Documentation verifying the dependency or status change. | Effective date of change | If option is eliminated, can add coverage for self, spouse, and/or children<br><br>If option is added, can drop coverage for self, spouse and/or children if covered under new option[4] | No change permitted | | | |
| You, your spouse or your dependent lose coverage under Medicare and you wish to add coverage | Documentation verifying the dependency or status change | Date when coverage ends | Can add or increase coverage for self, spouse and/or children who lost coverage under Medicare or Medicaid (medical only)[4] | Can increase or start contributions | | | Not applicable |
| You or your spouse gain coverage by Medicare and you wish to drop coverage | Documentation verifying the dependency or status change. | Date when Medicare or Medicaid coverage begins | Can drop or decrease coverage for self, spouse and/or children covered by Medicare or Medicaid (medical only) | Can decrease or stop contributions | | | |

1 An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2 Must be actively at work for coverage to take effect.

3 You must notify the Benefits Choice Center after the loss of coverage has occurred but before the 30 days have passed since that loss of coverage.

4 If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

5 Changes to the Legal Services Plan can only be made during Annual Enrollment.

6 Exhaustion of COBRA means that an individual's COBRA continuation coverage ceases for any reason other than failure of the individual to pay premiums on a timely basis, the individual voluntarily drops COBRA coverage or for cause (such as making a fraudulent claim or an intentional misrepresentation of a material fact in connection with the plan)

7 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

8 You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

CONFIDENTIAL

CIGNA19-13260023975

## Life Events

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

### You can change your benefits as follows:

| If you have the following change in status... | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 60 days after... | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[4,7] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,5,6] | Disability[2] |
|---|---|---|---|---|---|---|---|
| **Gain or Loss of Other Coverage³ (continued)** | | | | | | | |
| **Gain eligibility under Medicaid or CHIP** | Documentation verifying the dependency or status change | You must notify the BCC within 60 days after the date you become eligible for Medicaid or CHIP | Can drop or decrease coverage for self, spouse and/or children covered by Medicaid or CHIP (medical only) | Can decrease or stop contributions | No change permitted | Not applicable | Not applicable |
| **Lose coverage under Medicaid or CHIP** | Documentation verifying the dependency or status change | You must notify the BCC within 60 days after the date when Medicaid or CHIP coverage ends | Can add or increase coverage for self, spouse and/or children who lost coverage under Medicaid or CHIP (medical only)³ | Can increase or stop contributions | | | |

1 An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2 Must be actively at work for coverage to take effect.

3 You must notify the Benefits Choice Center after the loss of coverage has occurred but before the 30 days have passed since that loss of coverage.

4 If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

5 Changes to The Legal Services Plan can only be made during Annual Enrollment.

6 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

7 You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

CONFIDENTIAL

CIGNA19-13260023976

**Life Events**

## You can change your benefits as follows:

| If you have the following change in status... | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 30 days after... | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[3] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,2,4] | Disability[7] |
|---|---|---|---|---|---|---|---|
| **Change of Employment Status** | | | | | | | |
| **Salaried to Full-Time Hourly** | | No change allowed | No change allowed | No change allowed | No change allowed | Can add, increase, (within limits) decrease or drop coverage for self | You are automatically enrolled in coverage when first eligible[5] |
| **Full-Time Hourly to Salaried** | | | | | | | |
| **Part-Time Hourly to Full-Time Hourly** | | Date of employment status change or eligibility date | Can add coverage for self, spouse, and/or children[5] or drop coverage for Vision, Hospital Indemnity or Critical Illness | Can start contributions | Can start contributions | Can add, increase, (within limits) decrease or drop coverage for self, spouse and/or children | See the appropriate Disability chapter for more information on coverage changes once enrolled |
| **Full-Time Hourly to Part-Time Hourly** | | | Coverage, except Vision, Critical Illness Protection, Hospital Indemnity, Life Insurance and Disability cancelled for self, spouse and/or children. See the Part-time Benefits Summary | | | | |

1 An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2 Must be actively at work for coverage to take effect.

3 If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

4 Changes to The Legal Services Plan can only be made during Annual Enrollment.

5 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

6 You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

7 If you have a full-time hourly to salaried employment status change, you will be allowed to change your tax option for the Disability plan.

CONFIDENTIAL

**Life Events**

## You can change your benefits as follows:

| If you have the following change in status...<br><br>Leaves of Absence | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 30 days after... | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[1,7] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,6,8] | Disability[2] |
|---|---|---|---|---|---|---|---|
| Going on a leave of absence | | Date leave begins | Can drop coverage for you, your spouse or children | Can stop contributions or continue under COBRA[3] | Contributions stop[3] | Can drop coverage for you, your spouse or children | Coverage ends (medical leave and worker's compensation)[4] |
| Returning from a leave of absence within the same calendar year[4] | | Date leave ends | Coverage before leave will automatically be reinstated | Payroll deductions will automatically be reinstated at the same annual goal amount—this means your contribution level will be higher to reach your annual goal amount before the end of the calendar year OR You can decrease your goal amount so that payroll deductions remain at the same contribution level as before your leave by calling the Benefits Choice Center within 30 days of return from leave | | Coverage before leave will automatically be reinstated | |
| Returning from a leave of absence the following calendar year (or any subsequent year, up to five years, for military leave)[8] | | Date leave ends | Coverage you are enrolled in when you return from leave will continue after you return from leave. If you don't have coverage(s) when you return from leave, you can enroll within 30 days of the date you return from leave | If you return from leave in a subsequent year:<br>• For the health care account: the coverage you enrolled in during Annual Enrollment will start. If you were on COBRA, you can enroll in the health care account within 30 days of your return from leave<br>• For the dependent care account: you can enroll within 30 days of your return from leave. You will need to adjust your contribution amount depending on the number of pay periods remaining in the calendar year | | Coverage before leave will automatically be reinstated. If you want to add/stop or increase/decrease coverage, see the applicable chapter (Life Insurance chapter, AD&D chapter or the Full-time Hourly Disability or Salaried Disability chapter). For information on the Legal Services Plan or other Voluntary Benefits, call the Benefits Choice Center | |

1 An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2 Must be actively at work for coverage to take effect.

3 If your contributions stopped during your leave, you cannot submit expenses you have during the leave even if you elect to increase your biweekly contributions to make up contributions missed during your leave.

4 Disability benefits will continue if your disability began before the start of your leave.

5 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

6 Changes to the Legal Services Plan can only be made during Annual Enrollment.

7 You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

8 Coverage and payroll deductions will automatically be reinstated for the plans you continue to contribute towards through direct billing. If your coverage is dropped during your leave for non-payment of premiums, your coverage will be automatically reinstated upon your return from leave. If you voluntarily drop coverage during your leave, the dropped coverage will not be automatically reinstated upon your return from leave. You will need to call the Benefits Choice Center within 30 days to re-enroll.

CONFIDENTIAL

CIGNA19-13260023978

## Life Events

### You can change your benefits as follows:

| If you have the following change in status... | You will be asked to provide the Benefits Choice Center with... | You must notify the Benefits Choice Center within 30 days after... | Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity & Health Savings Account[2,4] | Health Care Spending Account | Dependent Day Care Spending Account | Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance, Legal Services Plan[1,2,4] | Disability[2] |
|---|---|---|---|---|---|---|---|
| **Military Leave** | | | | | | | |
| Leaving for and returning from a military leave of absence within the same calendar year | Documentation verifying the dependency or status change. | Date leave begins or date leave ends | Coverage before leave will automatically be reinstated. OR can add, change or stop coverage for you, your spouse or your children[3] | Coverage before leave will automatically be reinstated OR can add, increase or stop contributions | Coverage before leave will automatically be reinstated OR can add, increase or stop contributions | Coverage before leave will automatically be reinstated except coverage requiring evidence of insurability OR can add, increase or stop coverage for self, spouse and/or children | Not applicable |
| Leaving for and returning from a military leave of absence in a subsequent year | | | Can add, change or stop coverage for you, your spouse or your children[3] | Can add, increase or stop contributions | Can add, increase or stop contributions | Can add, increase (within limits) or stop coverage for self, spouse and/or children | |

1  An Evidence of Insurability form may be required for adding basic term life insurance for you and for adding or increasing supplemental term life and supplemental dependent term life coverage for you or your spouse/domestic partner. See the Life Insurance chapter for more information.

2  Must be actively at work for coverage to take effect.

3  If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

4  Changes to The Legal Services Plan can only be made during Annual Enrollment.

5  Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

6  You can start, stop, increase or decrease your HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

CONFIDENTIAL





Live the ORANGE Life!

# Eligibility & Enrollment

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

14    **Associate Eligibility**

14    **Temporary Associates, Leased Employees and Independent Contractors**

14    **When Coverage Begins**

15    **Dependent Eligibility: Medical, Dental, Vision, Hospital Indemnity, Critical Illness Protection and Basic Dependent Term Life Insurance Plans**

15    Eligibility: Dependent Children

16    Eligibility: Disabled Dependent Children

16    Special Enrollment Rights

16    Newborn and Adopted Children

17    Eligibility: Family Members Who Can't Participate

17    **Dependent Eligibility: Supplemental Dependent Term Life Insurance (Spouse and Child) and Family AD&D Plans**

18    Under Age 26 Dependent Children

18    Disabled Dependent Children

18    Newborn/Adopted Children and Children for Whom You Are a Legal Guardian

18    Family Members Who Can't Participate

18    **Enrolling for Coverage**

18    Enrolling as a New Associate

19    Annual Enrollment

20    Enrolling in Benefits as a New Associate

21    If You and Your Spouse or Same-sex Domestic Partner Both Work for the Company

22    Healthy Living Credits

23    Qualified Change in Status/Life Events

24    Declining Coverage

24    Opting Out of Automatic Enrollment

24    Cost for Coverage

25    About Before-Tax Contributions

25    **When Your Coverage Ends**

25    **Continuing Coverage**

25    **Employment Status Changes**

26    **If You're Rehired**

26    **Premium Assistance Under Medicaid and the Children's Health Insurance Program (CHIP)**

CONFIDENTIAL    CIGNA19-13260023980

## Eligibility & Enrollment

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Get the Annual Enrollment Guide and the New Associate Guide | www.livetheorangelife.com |
| Enroll for benefits | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot; or call the Benefits Choice Center at 1-800-555-4954 |
| Change your benefit elections if you have a qualified status change | |

## Associate Eligibility

As a full-time hourly or salaried associate, you are eligible to participate in the Company's health and welfare benefit plans, as described in this book if you are classified by the Company as full-time hourly or salaried and have completed your waiting period.[1]

The Company also offers Group Benefits which include the MetLaw Legal Services Plan, Auto and Home Insurance and Veterinary Pet Insurance. For more information on these plans, call the Benefits Choice Center and say "Additional Programs" at the main menu.

Your coverage begins on the first day after you complete your waiting period, as follows:

| Where You Work | Your Waiting Period | When Coverage Begins |
|---|---|---|
| U.S., except California and Hawaii | 90 days | on the 91st day |
| California | 60 days | on the 61st day |
| Hawaii | 28 days | on the 29th day |

When you enroll during Annual Enrollment, your coverage begins on January 1. See When Coverage Begins in this chapter for more information on when coverage begins.

## Temporary Associates, Leased Employees and Independent Contractors

If you are on the Company's payroll system as a temporary associate, you are not eligible to participate in health and welfare benefits or other benefit programs except for the FutureBuilder 401(k) Plan. See the eligibility rules for additional information. Leased employees and independent contractors are also ineligible for these benefits.[2]

If you are working for the Company as a temporary associate and are added to the Company's payroll system as a full-time hourly or salaried associate, your length of employment for eligibility for health and welfare benefits will include your time as a temporary associate. If you are converted from a temporary associate to a full-time hourly or salaried associate, you will become eligible for health and welfare benefits as of the later of your 91st day (61st day in California and 29th day in Hawaii) of employment or the date you are converted to full-time or salaried status.

If you are working for the Company as a leased employee or independent contractor and are added to the Company's payroll system, your length of employment for eligibility for health and welfare benefits will not include your time as a leased employee or independent contractor.

## When Coverage Begins

Coverage may be postponed for all plans, except medical coverage, as follows:

- You are not actively working on the day your coverage begins. Coverage for you and your eligible family members will be delayed until you return to work and complete your waiting period.

- Your dependent is confined at home, in a hospital or elsewhere for medical reasons. Coverage for that individual will be delayed until his or her attending doctor provides a final medical release. (Final medical release refers to a statement from the attending physician that treatment for the condition has been completed and that the patient may return to normal activities.)

If you are not working due to a work-related injury, all coverage, except life insurance, for you and your family will not be delayed. Coverage will start the day after you complete your waiting period.

Life insurance coverage will be delayed if you are not working due to a work-related injury. Life insurance coverage for you and your family will start the day you actively return to work.

---

[1] Associates hired under Red Beacon, Inc. are excluded from the waiting period.
[2] If you are later determined to be an employee of the Company for any reason and become eligible for benefits, you may participate in benefits only from date of determination, even if the determination becomes effective on an earlier date.

CONFIDENTIAL

CIGNA19-13260023981

## Dependent Eligibility: Medical, Dental, Vision, Hospital Indemnity, Critical Illness Protection and Basic Dependent Term Life Insurance Plans

The following dependents can participate in the Company Medical, Dental, Vision, Hospital Indemnity, Critical Illness Protection and Basic Dependent Term Life Insurance (spouse and child) Plans as described in this document:

* Your legal spouse, unless you are legally separated (as defined under applicable law). Your legal spouse is a person of the same or opposite sex to whom you are validly married under the laws of the state or foreign country in which the marriage was performed.

   Your legal spouse or domestic partner is not eligible to be covered under a Home Depot medical plan if he/she is eligible for coverage under his/her employer's plan unless he/she: works for a company with 100 or fewer employees, works part-time, works for The Home Depot (refer to the **If You and Your Spouse Both Work for the Company** chart in this chapter for the enrollment options available if you both work for The Home Depot) or is self-employed. You and your spouse or same-sex domestic partner will be required to sign an affidavit confirming they meet these requirements.[1]

* Common-law spouses are not eligible.

* Your domestic partner, if you do not have a legal spouse. Your domestic partner must meet all of the following requirements:

   —Is an adult who is of the same-sex as you;

   —Is at least age 18 or older;

   —Has not registered as a member of another domestic partnership within the past six months;

   —Is not in the relationship solely for the purpose of obtaining the benefits of coverage;

   —Is in an exclusive, mutually committed relationship with you and intends to continue the relationship indefinitely;

   —Has lived with you for at least six consecutive months and intends to do so indefinitely;

   —Is not related to you in a manner that would bar a legal marriage in the state in which you live;

   —Is not married or in a civil union or similarly recognized relationship with anyone but you; and

   —Shares with you the responsibility for common welfare and basic financial obligations on a continuing basis.

   —In California: You may cover your opposite-sex domestic partner when one or both partners are over age 62, are residents of California and also meet the eligibility criteria for Medicare benefits.

In Georgia and Maryland: You may cover your opposite-sex domestic partner in medical coverage under the Kaiser Permanente—Georgia HMO and Kaiser Permanente—Mid-Atlantic HMO only. The same-sex domestic partner requirements outlined in this chapter apply to opposite-sex domestic partners.

Note: You may at any time be asked to provide required documentation to verify the eligibility of your spouse/domestic partner.

### Eligibility: Dependent Children

Eligible dependent children may be covered under the Company Medical, Dental, Vision, Hospital Indemnity, Critical Illness Protection and Basic Dependent Term Life Insurance (spouse and child) Plans through the last day of the calendar year in which the child turns 26. Eligible dependent children include the following:

* Your natural and adopted children, and children placed with you for adoption;

* Children for whom you are appointed legal guardian;

* Stepchildren; and

* Your eligible domestic partner's dependents may be covered under the same plans that you enroll in, provided:

   —they do not have health coverage available through a natural parent's benefit program;

   —they are in the legal custody or guardianship of you or your same-sex domestic partner;

   —you or your same-sex domestic partner claims them on your federal income tax return; and

   —that enrollment in your current medical plan is permitted for the same-sex domestic partner.

Your domestic partner has to meet the eligibility requirements for your domestic partner's dependents to be eligible; however, you do not have to cover your domestic partner in order to cover his or her eligible dependent children. If you have

1 Spouse eligibility rule does not apply to associates at Red Beacon, Inc.

CONFIDENTIAL

CIGNA19-13260023982

# Eligibility & Enrollment

legally adopted your domestic partner's children, then the children qualify as eligible dependents without regard to your domestic partner's eligibility.

* Dependent grandchildren are not eligible unless the associate is enrolled in a fully insured HMO that is filed in a state that requires coverage for dependent grandchildren. The HMO that is required to cover dependent grandchildren is:

  —Kaiser Permanente—Northwest Kaiser Permanente—Northwest covers dependents of dependents (grandchildren) as long as the parent of the grandchild is your dependent and the grandchild has been covered since birth by any health plan.

* Children for whom you are required to provide coverage under a Qualified Medical Child Support Order (QMCSO), but only for coverage under the group health plans as required under the order.

* Dependents for whom state insurance law requires coverage to be extended under a fully insured plan. Refer to the Plan Administration Section for a list of the fully insured plans.

## Eligibility: Disabled Dependent Children

A dependent is considered to be disabled if that child is incapable of self-support and primarily depends on you for support and maintenance because of mental retardation or physical disability and such disability existed prior to the last day of the calendar year in which the child turns 26.

You may continue to cover a dependent child who is eligible for coverage as defined in Dependent Eligibility: Medical, Dental, Vision, Hospital

Indemnity, Critical Illness Protection and Basic Dependent Term Life Insurance Plans and is incapable of self-support and primarily depends on you for support and maintenance because of a medically determinable mental or physical disability on the last day of the calendar year in which the child turns 26 as long as the child was covered under the plan before that date. You can continue coverage for your disabled child as long as the mental or physical disability continues. To continue coverage, you must contact the Benefits Choice Center within 30 days after coverage would otherwise end. Documentation will be required.

If you first become eligible for the benefit plans after the last day of the calendar year in which your disabled child turns 26, you can cover that child if:

* your child meets the definition of a disabled child above; and

* you enroll yourself and that child within your initial eligibility period.

The Company's plans reserve the right to have your child examined by a physician of their choice to determine the existence of your child's disability.

## Special Enrollment Rights

If you are declining enrollment for yourself or your dependents (including your spouse) because of other health insurance coverage, you may in the future be able to enroll yourself or your dependents in the Company plan, provided that you request enrollment within 30 days after your other coverage ends. In addition, if you have a new dependent as a result of marriage, birth, adoption or placement for adoption, you may be able to enroll yourself and your depend-

ents, provided that you request enrollment within 30 days after the marriage, birth, adoption or placement for adoption. You may also enroll in the plan if you lose Medicaid or CHIP coverage or become eligible to participate in a Medicaid or CHIP premium assistance program. You must request special enrollment in the Company plan within 60 days from the date of loss of coverage or the date of eligibility for Medicaid or CHIP coverage.

## Newborn and Adopted Children

If you are not covered under a Company Medical Plan option, to enroll a newborn or newly adopted child (or child placed for adoption) for coverage, you must call the Benefits Choice Center or access the Your Benefits Resources website and enroll them no later than 30 days after the child's birth, date of adoption or placement for adoption (documentation will be required). Coverage will be effective from the date of birth, adoption or placement for adoption.

However, if you are already covered under the Company's self-insured Medical Plan, and you add your newborn, or newly adopted child (or child placed for adoption) within 60 days, coverage is effective from the date of the birth, adoption or placement for adoption. If you are already covered under the Company's self-insured Medical Plan either as Associate Only or Associate + Spouse, and you add your new child after 60 days but within six months of the child's birth, adoption or placement for adoption, coverage is effective the date the Benefits Choice Center receives your request.

CONFIDENTIAL

CIGNA19-13260023983

# Eligibility & Enrollment

If you are already covered under the self-insured Medical Plan with Associate + Family or Associate + Child(ren), and you add your newborn or newly adopted child (or child placed for adoption) within the first 12 months after birth, adoption or placed for adoption, coverage will be effective from date of the birth, adoption or placement for adoption.

If you wish to change your coverage option due to the birth of a child, you must call the Benefits Choice Center or go to the Your Benefits Resources website to add the child within 30 days if you are not covered under the Medical Plan or within 60 days if you are covered.

Note: You may at any time be asked to provide required documentation to verify the eligibility of your dependent children.

## Eligibility: Family Members Who Can't Participate

The following family members cannot participate in the Company's benefit Plans as described in this book.

- Your spouse, if you are legally separated (as defined under applicable law)

- Your spouse or domestic partner, if he or she is eligible for coverage under his/her employer's plan unless he/she: works for a company with 100 or fewer employees, except for Dental, Vision, Hospital Indemnity, Critical Illness Protection, Basic Dependent Life, Supplemental Spouse Life and Family AD&D coverage, works part-time, works for The Home Depot or is self-employed.

- Your ex-husband or ex-wife, if divorced from you

- Your common-law spouse and his or her children

- Your opposite-sex domestic partner, except where participation is specifically provided for in this Benefits Summary (e.g., Medical coverage in California under certain circumstances, Legal Services, Basic Dependent Term Life, Supplemental Dependent Term Life and Supplemental AD&D).

- Your domestic partner and his or her children if the domestic partner does not or ceases to satisfy the requirements as outlined in Dependent Eligibility: Medical, Dental, Vision, Hospital Indemnity, Critical Illness Protection and Basic Dependent Term Life Insurance Plans.

- Any family member, including yourself, while on active duty in any military service for any country (subject to military leave and continuation of benefits coverage requirements under federal law)

- Children as of the last day of the calendar year in which they turn 26, unless they meet the requirements for disabled children (see Medical, Dental, Vision, Hospital Indemnity, Critical Illness Protection and Basic Dependent Term Life Insurance Plans Eligibility: Disabled Dependent Children) or they have fully insured coverage and the state's insurance laws require that coverage is extended past age 26.

- Foster children, except under the Critical Illness Protection Plan. A foster child can be covered under the Critical Illness Protection Plan if the child is placed with you or your domestic partner by an authorized placement agency or by judgement, decree or other order of any court of competent jurisdiction.

## Dependent Eligibility: Supplemental Dependent Term Life Insurance (Spouse and Child) and Family AD&D Plans

The following dependents can participate in the Company's Supplemental Dependent Term Life Insurance and Family AD&D Plans (except Basic Life Insurance for dependents) as described in the Life Insurance and AD&D chapters:

- Your legal spouse, unless you are legally separated (as defined under applicable law). Your legal spouse is a person of the same or opposite sex to whom you are validly married under the laws of the state or foreign country in which the marriage was performed.

- Your same- or opposite-sex domestic partner and his or her eligible dependents, if you do not have a legal spouse, must meet all of the following requirements:

  —Has an exclusive mutual commitment to you to share responsibility for each other's welfare and financial obligations which has existed for at least six months prior to his or her enrollment in life insurance and/or AD&D coverage(s) and which is expected to last indefinitely;

  —Has shared the same residence with you for at least six months prior to his or her enrollment in life insurance and/or AD&D coverage(s);

  —Is 18 years of age or older;

  —Is not married; and

  —Is not related to you by blood in a manner that would bar marriage in the state in which you reside (does not apply to Maine residents)

CONFIDENTIAL

CIGNA19-13260023984

## Under Age 26 Dependent Children

The following dependents are eligible to participate:

* A natural child

* A child who is legally adopted or placed with you for adoption;

* A child for whom you are a legal guardian; and

* Children of your domestic partner.

Eligibility begins at live birth (stillborn and unborn children are not eligible). Coverage continues until the end of the calendar year in which the child attains age 26.

## Disabled Dependent Children

If your dependent child (as defined in Under Age 26 Dependent Children) is covered under the Supplemental Dependent Term Life Insurance and/or Family Supplemental AD&D Plan on the day before he or she reaches age 26 (or, if later, when first eligible), he or she will continue to be an eligible dependent after reaching age 26 as long as the child remains incapable of self support and is financially dependent on you for one-half of their support and maintenance because of a physical handicap or developmental disability and:

* The child is and remains a dependent as defined in Under Age 26 Dependent Children except for the age limit; and

* You make any payment for the coverage as required by the Company.

## Newborn/Adopted Children and Children for Whom You Are a Legal Guardian

To enroll a newborn, newly adopted child (or child placed with you for adoption) or a child for whom you are appointed legal guardian in Supplemental Dependent Term Life coverage for children, you must call the Benefits Choice Center or access the Your Benefits Resources web site and enroll them no later than 30 days after the child's birth, date of adoption or placement with you for adoption. Even if you have children enrolled in Voluntary Dependent Term Life Insurance coverage for children when you have a newborn or newly adopted child, you must call the Benefits Choice Center or access Your Benefits Resources to enroll your new child. For information on enrolling a newborn or newly adopted child more than 30 days after the child's birth date of adoption or placement with you for adoption, see Enrolling or Making Changes After Initial Enrollment later in this chapter.

## Family Members Who Can't Participate

The following family members cannot participate in the Voluntary Dependent Term Life and Family Voluntary AD&D Plans as described in this book:

* Your spouse, if you are legally separated (as defined under applicable law)

* Your ex-husband or ex-wife, if divorced from you

* Your same-sex or opposite-sex domestic partner and his or her children if the same- or opposite- sex domestic partner does not or ceases to satisfy the requirements as outlined in Dependent Eligibility: Supplemental Dependent Term Life Insurance (Spouse and Child) and Family AD&D Plans in this chapter.

* Foster children

* Stillborn or unborn children

* Children over age 26, unless they are disabled

* Your spouse (or same- or opposite-sex domestic partner) age 70 or over (for Family Supplemental AD&D only)

## Enrolling for Coverage

### Enrolling as a New Associate

You will receive benefits enrollment information after you join the Company. Refer to the Enrolling in Benefits as a New Associate chart in this chapter regarding general enrollment requirements. **You must access the Your Benefits Resources website or call the Benefits Choice Center to enroll within:**

* 90 days of your date of hire for U.S. except California and Hawaii

* 60 days of your date of hire for California

* 28 days of your date of hire for Hawaii

If the enrollment information was mailed to the address on the Company records, no exception will be made to the above enrollment deadlines. You are responsible for updating your postal address in the Company records. Please call the Human Resources Service Center at 1-866-698-4347 to update your information. Paper enrollments will not be accepted.

CONFIDENTIAL

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 22 of 405

**Eligibility & Enrollment**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

If you do not enroll when you are first eligible as a new hire, you will not be able to enroll in Medical, Dental, Vision, Hospital Indemnity, or Critical Illness benefits or the Spending Accounts until the next Annual Enrollment unless you have a qualified status change during the year. You may enroll in Basic Term Life and/or Supplemental Term Life (both are subject to an approved Evidence of Insurability form), Basic Dependent Term Life, Supplemental Dependent Term Life for your spouse (an approved Evidence of Insurability form may be required), Supplemental Dependent Term Life for your child, Basic AD&D, Supplemental AD&D or Short- and Long-Term Disability (subject to an approved Evidence of Insurability form) once during any rolling 12-month period.

**Note:** The Company Full-time Hourly and Salaried Long-term Disability Plans have pre-existing condition limitations.

### Enrolling or Making Changes After Initial Enrollment

By enrolling or making changes to your benefits (including such actions as, but not limited to, adding a dependent), you are responsible for providing truthful and accurate information. Providing false information may result in exclusion from (i.e., loss of eligibility, for which could include the rescission of coverage) all Company-sponsored health and welfare benefit plans and/or disciplinary action as outlined in the Company's code of conduct. As part of an ongoing dependent verification process, you will be asked to provide documentation verifying the eligibility of your dependents. If you request to add one or more dependent(s) to medical coverage who were not previously certified as eligible, you will receive a

Dependent Certification Notice in the mail or you can print it directly from the Your Benefits Resources website. You must provide the required documentation within 45 days of enrolling or coverage for your non-certified dependent(s) will be terminated.

If you decline coverage for yourself and/or your eligible dependents during your initial eligibility period, or if you do not enroll for coverage when you or your eligible dependents are first eligible, you can enroll during the next Annual Enrollment or if you have a qualified status change; subject to certain restrictions. For more information, see the Life Events chapter.

Federal law requires the Company to limit the times that you can change your benefit elections for the Medical, Dental, and Vision Plans and Spending Accounts to:

* Once a year during Annual Enrollment; and
* When you experience a qualified change in status.

Except for these two events, you cannot change your benefits elections during the year.

The Company limits the number of times you can change your elections for the Hospital Indemnity and Critical Illness Protection Plans as follows:

* Once a year during Annual Enrollment; and
* When you experience a qualified change in status.

However, you can drop Critical Illness Protection Plan coverage for yourself or your dependents at any time by calling the Benefits Choice Center.

Any change made during a subsequent Annual Enrollment period for Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity, MetLaw Legal Plans and/or Spending Account coverage will start on January 1 of the new Plan Year.

For more information on qualified status changes, see the Life Events chapter. For information on making coverage changes for your domestic partner or children of your partner, see the Benefits for Same-sex Domestic Partners chapter.

You may change your benefit elections for Basic Term Life Insurance, Supplemental Term Life Insurance, Basic Dependent Term Life Insurance, Supplemental Dependent Term Life Insurance, Basic AD&D Insurance and Supplemental AD&D Insurance:

* once every rolling 12 months from the date of the election; and
* when you experience a qualified change in status.

You will be required to provide an Evidence of Insurability form and be approved before coverage begins for some of these Plans. An Evidence of Insurability form is required if you didn't enroll when first eligible for Basic and Supplemental Term Life. An Evidence of Insurability form may be required for Supplemental Dependent Term Life Insurance for your spouse/domestic partner.

For more information, see the Life Insurance and AD&D chapters.

### Annual Enrollment

The Company usually holds annual benefits enrollment during the last quarter of each year. Annual continued on page 22

CONFIDENTIAL

CIGNA19-13260023986

# Eligibility & Enrollment

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## Enrolling in Benefits as a New Associate

| Plan | Is Enrollment Necessary? |
|---|---|
| Medical | U.S.: **Yes.** (except Hawaii) <br> Hawaii: **No.** Associates, but not their dependents, are enrolled automatically in the Kaiser Permanente POS Medical Plan. If you do not want coverage, you must complete an HC-5 form within 30 days of your date of hire. You must enroll your dependents if you want them to have coverage. |
| Building Better Health Credit | Yes. |
| Tobacco-Free Credit | Yes. |
| Dental | Yes. |
| Vision | Yes. |
| Critical Illness Protection Plan | Yes. |
| Hospital Indemnity Plan | Yes. |
| Basic Term Life Insurance | **Yes.** If you initially decline Basic Life coverage, you must complete and submit an Evidence of Insurability form which must be approved by Minnesota Life. |
| Basic Dependent Term Life Insurance | Yes. |
| Full-time Hourly Associate Disability Insurance: <br> • Short-term Disability (except associates in California, New Jersey, Rhode Island and Hawaii*) <br> • Long-term Disability (all associates) | **No.** Enrollment is automatic for newly eligible associates during their initial eligibility period. If you do not want disability insurance, you must opt out during your enrollment period. If you opt out of STD/LTD coverage, you must complete and submit an Evidence of Insurability form, which must be approved by Aetna, to later enroll for coverage. |
| Salaried Associate Disability Insurance (Short-term and Long-term) | **No.** Enrollment is automatic. You will automatically be defaulted into the Tax Plan Cost option. This means that the Company-paid LTD premium will be charged to you as income and you will pay income taxes on the premium. However, any LTD benefit you receive, if approved, will be tax-free income to you. If you want to receive LTD under the Tax on Benefit option and thus any benefit you receive will be taxable income, you can choose this option during your enrollment session. |
| Supplemental Term Life Insurance | **Yes.** You must complete and submit an Evidence of Insurability form for all coverage more than three times your pay (or over $500,000 for salaried associates only), which must be approved by Minnesota Life. |
| Supplemental Dependent Term Life Insurance for Spouse/Domestic Partner | **Yes.** You must complete and submit an Evidence of Insurability form for all coverage over $20,000, which must be approved by Minnesota Life. |
| Supplemental Dependent Term Life Insurance for Children | Yes. |
| Basic Accidental Death & Dismemberment (AD&D) Insurance | Yes. |
| Supplemental AD&D Insurance | Yes. |
| Spending Accounts (health care and dependent day care) | Yes. |
| Health Savings Account (for Silver and Bronze High Deductible Health Plan participants only) | Yes. |
| Legal Services Plan | Yes. |
| FutureBuilder | Yes. |
| Employee Stock Purchase Plan | Yes. |

* State disability automatically cover associates working in California, Hawaii, New Jersey, New York and Rhode Island. Associates working in New York also have the ability to elect supplemental short-term disability coverage.

CONFIDENTIAL

CIGNA19-13260023987

If you and your spouse or same-sex domestic partner both work for the Company, you have the following enrollment options:

## If You and Your Spouse or Same-sex Domestic Partner Both Work for the Company

| Plan | Choice | Considerations |
|---|---|---|
| Medical<br>See the Medical<br>chapter for more<br>information | Each of you can enroll in associate-only coverage* | |
| | One of you can enroll in associate + spouse (or same-sex domestic partner) coverage | With this choice:<br>• Your spouse is covered as a dependent.<br>• Your spouse must be enrolled in the same Medical Plan Option, such as the Silver Plus PPO option, that you elect. |
| | One of you can enroll in associate + family (children and spouse or same-sex domestic partner) coverage | With this choice:<br>• Your spouse and children are covered as dependents.<br>• Your spouse must be enrolled in the same Medical Plan Option, such as the Silver Plus PPO option, that you elect. |
| Dental, Vision, Hospital Indemnity and Critical Illness Protection Plan<br>See the Dental, Vision, Hospital Indemnity and Critical Illness Protection Plan chapters for more information | Each of you can enroll in associate-only coverage* | |
| | One of you can enroll in associate + spouse (or same-sex domestic partner) coverage | With this choice:<br>• Your spouse is covered as a dependent.<br>• Your spouse must be enrolled in the same Dental, Vision, Hospital Indemnity and/or Critical Illness Protection Plan option that you elect. |
| | One of you can enroll in associate + family (children and spouse or same-sex domestic partner) coverage | With this choice:<br>• Your spouse and children are covered as dependents.<br>• Your spouse must be enrolled in the same Dental, Vision, Hospital Indemnity and/or Critical Illness Protection Plan option that you elect. |
| Basic and Supplemental Term Life See the Life Insurance chapter for more information | Each of you can enroll in Basic and/or Supplemental Term Life* | |
| | Each of you can enroll each other in Basic and/or Supplemental Dependent Term Spouse/Domestic Partner Life* | You and your spouse or same- or opposite-sex domestic partner can be covered as a dependent spouse/domestic partner under each other's plans. |
| | Each of you can enroll your children in Basic and/or Supplemental Dependent Term Child Life* | Both you and your spouse/domestic partner can cover your children under this plan. |
| Basic and Supplemental AD&D See the AD&D chapter for more information | Each of you can enroll in associate-only Basic and/or Supplemental AD&D Option* | |
| | Each of you can enroll in Supplemental Family AD&D* | Both you and your spouse or same- or opposite-sex domestic partner can cover each other and your children under this plan. |

* Assumes you both are employed as full-time hourly or salaried associates.

CONFIDENTIAL

CIGNA19-13260023988

Enrollment is the time when you make your benefit elections for the coming year.

## Enrolling in Medical, Dental, Vision, Hospital Indemnity and Critical Illness Protection Coverage and the Spending Accounts

There may be times when the Company requires you to actively enroll in the Medical, Dental, Vision, Hospital Indemnity and Critical Illness Protection Plans during Annual Enrollment by going to the Your Benefits Resources website or calling the Benefits Choice Center. The spending accounts always require you to re-enroll each year during Annual Enrollment.

In years that the Company does not require you to actively enroll in Medical, Dental, Vision, Hospital Indemnity and Critical Illness Protection coverage during Annual Enrollment and you do not access the Your Benefits Resources website or call the Benefits Choice Center to add, cancel or change your elections, you will be automatically assigned the same coverage if available in the new Plan year. If the same coverage is not available, you will be assigned to the coverage that is most similar to the coverage that is no longer available.

Coverage elections made during Annual Enrollment will be effective January 1 of the following year and will continue until December 31 of that year, unless otherwise noted in your Annual Enrollment communications, subject to any evidence of insurability approval. Basic Life, Basic Dependent Life and Basic AD&D will require you to enroll during Annual Enrollment for 2014 regardless of coverage in the prior year.

## Enrolling in Life and AD&D Insurance and Disability

If you are enrolled in supplemental life, AD&D and/or disability insurance, you do not have to enroll in these plans during Annual Enrollment—you will keep your coverage for the next calendar year unless you make a change. Basic Life, Basic Dependent Life and Basic AD&D will require you to enroll during Annual Enrollment for 2014 regardless of coverage in the prior year.

## Healthy Living Credits

Each year during Annual Enrollment, regardless of whether the Company requires you to re-enroll or not, you must elect the Healthy Living Credits to receive them:

* Building Better Health Credit

* Tobacco-Free Credit

Associates who reside in Hawaii and associates enrolled in the Bronze HDHP medical option are not eligible for Healthy Living Credits.

### Building Better Health Credit

Associates and spouses/domestic partners enrolled in a full-time Company medical plan, except the Bronze HDHP medical option, are eligible to receive this credit by completing the steps below.

#### How to Get the Building Better Health Credit

You'll receive this credit of $25 for yourself (the associate) in each biweekly paycheck and/or $25 in each biweekly paycheck for your spouse/domestic partner if you complete each of these steps:

* Elect the credit for yourself and/or your spouse/

domestic partner during your enrollment session;

* You and/or your spouse/domestic partner complete the Simple Steps Health Assessment within 15 days of your enrollment;

* You and/or your spouse/domestic partner participate in the Hidden Health Risk Screening; and

* You and/or your spouse/domestic partner participate in the annual six-week Home Depot Health Challenge and earn a specific minimum level of points.

### The Simple Steps Health Assessment

Once you elect your Healthy Living Credits, complete your enrollment session and your enrollment has been confirmed, you'll see a link to the Simple Steps Health Assessment on the Aetna website. For complete information on how to access the Health Assessment, go to www.livetheorangelife.com, click Healthy Living > Health Assessments > User Guides. Note that the results of your Health Assessment are completely confidential! The Company will not have access to your results and your results will have no effect on your employment or your medical coverage.

### The Hidden Health Risk Screening

The Hidden Health Risk Screening will take place at work locations or you may also visit a Quest Diagnostics Patient Service Center that offers biometrics near you. The screening results you receive in the mail will give you your five key health risk numbers—your blood pressure, waist circumference, good cholesterol, blood sugar and triglyceride levels. You'll find out if you are at risk and, if so, steps you can take to reduce that risk.

CONFIDENTIAL

CIGNA19-13260023989

You'll receive more information about the Hidden Health Risk Screening at your home address if you elect this credit. If you are hired mid-year, you do not need to participate in the screening until the next screening event, usually in January.

Note that the results of your Hidden Health Risk Screening are completely confidential! The Company will not have access to your results and your results will have no effect on your employment or your medical coverage.

**Note:** If you have a medical condition where it is medically inadvisable or unreasonably difficult for you to participate in the screening, there is a physician waiver process that can be completed that will allow you to continue receiving the credit. For more information, contact the Benefits Choice Center at 1-800-555-4954.

### The Annual Six-Week Home Depot Health Challenge

The annual six-week Home Depot Health Challenge is an opportunity for you to focus on your health and compete with fellow Home Depot associates and their spouses/domestic partners. The challenge will run for six weeks, during which you will complete healthy activities in three categories: Be Active, Eat Healthy, and Outsmart Stress. You can earn points per day for being active, eating healthy and outsmarting stress. Weekly bonus points also can be earned. To qualify for the Challenge portion of the Healthy Living Credit, you and/or your spouse/domestic partner must earn a specific minimum level of points in the six-week Challenge.

You'll receive complete information about participation before the challenge begins. If you are hired on or after

April 1, you do not need to participate in the challenge until the following year.

Note: If you have a medical condition where it is medically inadvisable or unreasonably difficult for you to participate in the Challenge, there is a physician waiver process that can be completed that will allow you to continue receiving the credit. For more information, contact the Benefits Choice Center at 1-800-555-4954.

### *Tobacco-Free Credit*

If you enroll in a full-time Company medical plan, you are eligible to receive a $10 biweekly tobacco-free credit if you meet the following tobacco-free requirements: you have not smoked cigarettes, pipes or cigars or used smokeless tobacco products in the six months prior to the medical coverage effective date. You'll receive an additional $10 biweekly tobacco-free credit if your spouse/domestic partner is enrolled in a Company medical plan and also meets the tobacco-free requirements. During your enrollment session, you will indicate whether you qualify for this per-paycheck credit for yourself only, for yourself and your covered spouse/domestic partner or for your spouse/domestic partner only.

* Those who do not meet the tobacco-free requirements at the time of enrollment may qualify for the credit once they have been tobacco-free for six months. For example, if you quit on August 1, 2013, you may qualify for the credit on February 1, 2014. Once you reach six months of being tobacco-free in 2014, you can notify the Benefits Choice Center at 1-800-555-4954 to become eligible for the tobacco-free credit for the remainder of the year.

* If you think that you are unable to meet the tobacco-free requirement standard, you might qualify for an opportunity to earn the tobacco-free credit by a different means. Contact the Benefits Choice Center at 1-800-555-4954 and we will work with you (and, if you wish, your doctor) to find a reasonable alternative to allow you to earn the credit.

## Qualified Change in Status/Life Events

You cannot change or cancel your Medical, Dental, Vision, Hospital Indemnity, Spending Accounts, Life Insurance or AD&D elections mid-year except as shown in the Life Events chapter (or the Benefits for Same-sex Domestic Partners chapter).

However, you can drop Critical Illness Protection Plan coverage for yourself or your dependents at any time by calling the Benefits Choice Center.

### *When Changes to Coverage Take Effect*

Generally, for your election to become effective, you must call the Benefits Choice Center, and speak to a representative within 30 days after the date the qualified change in status occurs. A 60-day election period applies to changes relating to Medicaid and CHIP coverage.

For your election change to be effective, the Benefits Choice Center must determine that the requested enrollment change is consistent with the qualified change in status. If approved, all new coverages will be effective on the date of the change in status. For Life Insurance and Disability, your election change becomes effective when your Evidence of Insurability is approved, if applicable.

CONFIDENTIAL

CIGNA19-13260023990

If you experience a change in status due to marriage, divorce, birth, adoption, or placement for adoption, you may also access the Your Benefits Resources website to make your election changes within 30 days after the date the event occurred.

The Company may request that you provide required documentation of your qualifying change in status. Providing false information may result in exclusion from (i.e., loss of eligibility for, which could include the rescission of coverage) all Company-sponsored health and welfare benefit plans and/or disciplinary action as outlined in the Company's code of conduct.

## Declining Coverage

Participation in the Company benefit plans is voluntary. When you first become eligible for benefits, if you do not wish to enroll in coverage for yourself and/or your eligible family members (except STD and LTD and Hawaii medical Associate-Only category), you do not have to do anything.

## Opting Out of Automatic Enrollment

All newly eligible associates are automatically enrolled in the following Plans:

* U.S.—Full-time Hourly Associates Only

    —Short-term Disability (STD or Supplemental Short-term Disability in New York), except in CA, HI, NJ and RI—state disability plans automatically cover associates working in these states

    —Long-term Disability (LTD)

* Hawaii—All Associates

    —Medical (Associate-Only category)

* Hawaii—Full-time Hourly Associates Only

    —Long-term Disability (LTD)

If you do not want the coverage, you must opt out by accessing the Your Benefits Resources website or calling the Benefits Choice Center before your 91st day (29th day in Hawaii) of employment or before the end of Annual Enrollment.

**Full-time Hourly Associates:**

If you opt out of the STD (Supplemental Short-term Disability in New York) and LTD plans, you may enroll during any rolling 12-month period, and approval of an Evidence of Insurability form is required. You can enroll in these coverages any time by calling the Benefits Choice Center—but not more than once during a 12-month period or if you experience a family status change. See the Disability for Full-Time Hourly Associates chapter for more information.

Hawaii associates are automatically enrolled in the Kaiser Permanente POS Plan. Hawaii associates who do not want medical coverage must complete an HC-5 form and return the signed form to the Benefits Choice Center before your 28th day of employment or before the end of Annual Enrollment. This form verifies that you are exempt from enrolling in the Medical Plan. Associates who drop the coverage may re-enroll during Annual Enrollment or upon the occurrence of a qualified status change.

## Cost for Coverage

If you are a salaried associate, you are automatically covered and make no contributions to Short-term Disability and Long-term Disability. You must elect to pay income taxes on long-term disability benefits or on the cost of the long-term disability premium that the Company pays on your behalf. See Disability for Salaried Associates for more information.

The other benefit Plans, including the Medical, Dental, Vision, Critical Illness Protection, Hospital Indemnity, Spending Accounts, Health Savings Account, Disability Insurance (for full-time hourly associates), Basic Term Life Insurance, Supplemental Term Life Insurance, Basic Dependent Term Life Insurance, Supplemental Dependent Term Life Insurance, Basic Accidental Death and Dismemberment Insurance, Supplemental Accidental Death and Dismemberment Insurance and MetLaw Legal Services Plans, require contributions from you.

As a convenience to you, if you enroll in any of these Plans, your contributions will be deducted from your paycheck.

CONFIDENTIAL

CIGNA19-13260023991

## About Before-Tax Contributions

By enrolling in Medical, Vision and/or Dental Plans, you authorize the Company to reduce your gross pay with before-tax dollars for the required premiums. By enrolling in the Spending Accounts and/or Health Savings Account, you authorize the Company to reduce your gross pay with before-tax dollars for the amounts you elect. This means you will not pay Social Security taxes, federal income taxes and, in most cases, state income taxes on the money deducted from your paycheck for Medical, Vision, Dental, Spending Accounts and Health Savings Account. While you pay less in current taxes, the amount of your pay used to determine Social Security benefits at retirement may be reduced slightly.

For more information about tax advantages of the Spending Accounts and Health Savings Accounts, see the Spending Accounts and Health Savings Account chapters in this book. If you have additional questions, please seek the advice of your tax or financial advisor.

## When Your Coverage Ends

Medical, Vision, Dental, Hospital Indemnity, Critical Illness Protection, Spending Accounts, Disability, Basic Term Life, Supplemental Term Life, Basic Dependent Term Life, Supplemental Dependent Term Life, Basic AD&D, Supplemental AD&D Insurance and MetLaw Legal Services Plans will end as follows, unless otherwise required by law:

- On midnight on the last day in the pay period that your employment with the Company ends

- At midnight on the date you or any member of your family (dependents) no longer meet the eligibility requirements for participation in the Plans.

- If you are on a leave of absence. See the HR SOP applicable to you for information on when coverage ends for your specific type of leave.

- When you experience an employment status change (from full-time to part-time), your coverage ends at midnight on the date of the employment status change.

- When your payment grace period has expired after you stop making the required contributions for coverage. Your coverage in all Plans will be ended on your paid-through date.

- The date amendments to the Plans terminate certain benefits or terminate the Plans.

- If you are on a medical leave of absence, your eligibility to file a new disability claim ends on the day your leave begins.

- When you or any covered dependent has received the maximum basic benefit amount payable under the Critical Illness Protection Plan.

## Continuing Coverage

In some cases, you may continue Medical, Vision, Dental, Hospital Indemnity and Critical Illness Protection coverage as well as your Health Care Spending Account for you and your eligible family members after your coverage would typically end. See the COBRA Coverage chapter for more information. For information on continuing your Basic/Supplemental Term Life Insurance and AD&D, see the Life Insurance and AD&D chapters.

## Employment Status Changes

If your full-time hourly or salaried employment status changes to part-time, your enrollment in the health and welfare plans will be handled as follows:

- If you have not completed the waiting period (U.S., except California and Hawaii—90 days; California—60 days; Hawaii—28 days), you must complete your waiting period and enroll within 30 days of your employment status change date. All coverages become effective on the first day after you complete your waiting period (U.S., except California and Hawaii—on the 91st day; California—on the 61st day; Hawaii—on the 29th day). If you do not enroll within 30 days of your employment status change, you will have to wait until the next annual enrollment unless you experience a qualified status change.

- If you have completed the waiting period, you can continue the coverage you had before the employment status change under COBRA.

If your employment status changes from hourly to salaried or from salaried to hourly, you are eligible for salaried health and welfare plans on your employment

CONFIDENTIAL

CIGNA19-13260023992

status change date if you have completed your waiting period. If you have not completed your waiting period, you must complete your waiting period and enroll within 30 days of your employment status change date. All coverages become effective on the first day after you complete your waiting period (U.S., except California and Hawaii—on the 91st day; California—on the 61st day; Hawaii—on the 29th day). If you do not enroll within 30 days of your employment status change, you will have to wait until the next annual enrollment unless you experience a qualified status change.

## If You're Rehired

If you stop working for the Company and are rehired on a regular full-time or salaried basis, your enrollment in the Plans will be handled as follows:

- Within 30 days. If you were eligible before termination and are re-employed within 30 days and within the same calendar year, you are automatically reinstated in the same coverage. If you experienced a qualified status change, you must make changes to your benefits within 30 days of your rehire. If you were not eligible prior to termination and are re-employed within 30 days, you must complete the waiting period (U.S., except California and Hawaii—90 days; California—60 days; Hawaii—28 days) and enroll by your enrollment deadline. You will receive credit for previous employment. All coverages become effective on the first day after you complete the waiting period (U.S., except California and Hawaii—on the 91st day; California—on the 61st day; Hawaii—on the 29th day), provided you enroll within 30 days of your rehire date.

- Between 31 days and six months. If you were eligible prior to termination and are rehired between 31 days and six months from your termination date, you are eligible immediately. You will receive an enrollment packet and you must reenroll within 30 days of your rehire date. You may choose different coverages.

If you were not eligible prior to termination, upon rehire you must complete the waiting period (U.S., except California and Hawaii—90 days; California—61 days; Hawaii—28 days). You will receive credit for previous employment. All coverages become effective on the first day after you complete the waiting period (U.S., except California and Hawaii—on the 91st day; California—on the 61st day; Hawaii—on the 29th day), provided you enroll within 30 days of your rehire date.

- After six months. If you are rehired more than six months from the date of your termination, you will be considered a new hire for purposes of most coverage under the benefit Plans and will have to complete the waiting period (U.S., except California and Hawaii—90 days; California—60 days; Hawaii—28 days) to be eligible for benefits. With respect to the FutureBuilder 401(k) Plan, once you have satisfied the 90-day waiting period, if you leave the Company and are later rehired you will be able to rejoin the FutureBuilder 401(k) Plan immediately. See What is a Break in Service? in the FutureBuilder chapter.

In all cases, if you enroll by your enrollment deadline, all coverages are effective on the date you become eligible.

If you leave the Company due to a reduction in force and are rehired within 30 days of and in same calendar year, the coverage you had before your termination will be reinstated with no lapse. You must contact the Benefits Choice Center to have your coverage reinstated.

## Premium Assistance Under Medicaid and the Children's Health Insurance Program (CHIP)

If you or your children are eligible for Medicaid or CHIP and you are eligible for health coverage from your employer, your State may have a premium assistance program that can help pay for coverage. These States use funds from their Medicaid or CHIP programs to help people who are eligible for these programs, but also have access to health insurance through their employer. If you or your children are not eligible for Medicaid or CHIP, you will not be eligible for these premium assistance programs.

If you or your dependents are already enrolled in Medicaid or CHIP and you live in a State listed below, you can contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your dependents might be eligible for either of these programs, you can contact your State Medicaid or CHIP office or dial 1-877-KIDS NOW or www.insurekidsnow.gov to find out how to apply. If you qualify, you can ask the State if it has a program that might help you pay the premiums for an employer-sponsored plan.

CONFIDENTIAL

CIGNA19-13260023993

Once it is determined that you or your dependents are eligible for premium assistance under Medicaid or CHIP, as well as eligible under your employer plan, your employer must permit you to enroll in your employer plan if you are not already enrolled. This is called a "special enrollment" opportunity, and you must request coverage within 60 days of being determined eligible for premium assistance. If you have questions about enrolling in your employer plan, you can contact the Department of Labor electronically at www.askebsa.dol.gov or by calling toll-free 1-866-444- EBSA (3272).

If you live in one of the following States, you may be eligible for assistance paying your employer health plan premiums. The following list of States is current as of July 31, 2013. You should contact your State for further information on eligibility.

To see if any more States have added a premium assistance program since July 31, 2013, or for more information on special enrollment rights, you can contact either:

U.S. Department of Labor
Employee Benefits Security Administration
www.dol.gov/ebsa
1-866-444-EBSA (3272)

U.S. Department of Health and Human Services Centers for Medicare & Medicaid Services www.cms.hhs.gov 1-877-267-2323, Menu Option 4, Ext. 61565.

| STATE | WEBSITE | PHONE |
|---|---|---|
| ALABAMA: Medicaid | http://www.medicaid.alabama.gov | 1-855-692-5447 |
| ALASKA: Medicaid | http://health.hss.state.ak.us/dpa/programs/medicaid/ | (Outside of Anchorage):1-888-318-8890 (Anchorage):1-907-269-6529 |
| ARIZONA: CHIP | http://www.azahcccs.gov/applicants | (Outside of Maricopa County): 1-877-764-5437 (Maricopa County): 602-417-5437 |
| COLORADO: Medicaid | http://www.colorado.gov/ | (In state) 1-800-866-3513 (Out of state) 1-800-221-3943 |
| FLORIDA: Medicaid | https://www.flmedicaidtplrecovery.com/ | 1-877-357-3268 |
| GEORGIA: Medicaid | http://dch.georgia.gov/   Click on Programs, then Medicaid, then Health Insurance Premium Payment (HIPP) | 1-800-869-1150 |
| IDAHO: Medicaid CHIP | www.accesstohealthinsurance.idaho.gov www.medicaid.idaho.gov | 1-800-926-2588 1-800-926-2588 |
| INDIANA: Medicaid | http://www.in.gov/fssa | 1-800-889-9949 |
| IOWA: Medicaid | www.dhs.state.ia.us/hipp/ | 1-888-346-9562 |
| KANSAS: Medicaid | http://www.kdheks.gov/hcf/ | 1-800-792-4884 |
| KENTUCKY: Medicaid | http://chfs.ky.gov/dms/default.htm | 1-800-635-2570 |
| LOUISIANA: Medicaid | http://www.lahipp.dhh.louisiana.gov | 1-888-695-2447 |

CONFIDENTIAL

CIGNA19-13260023994

# Eligibility & Enrollment

| STATE | WEBSITE | PHONE |
|---|---|---|
| MAINE: Medicaid | http://www.maine.gov/dhhs/ofi/public- assistance/index.html | Phone: 1-800-977-6740 TTY 1-800-977-6741 |
| MASSACHUSETTS: Medicaid and CHIP | http://www.mass.gov/MassHealth | 1-800-462-1120 |
| MINNESOTA: Medicaid | http://www.dhs.state.mn.us/<br>Click on Health Care, then Medical Assistance | 1-800-657-3629 |
| MISSOURI: Medicaid | http://www.dss.mo.gov/mhd/participants/pages/hipp.htm | 1-573-751-2005 |
| MONTANA: Medicaid | http://medicaidprovider.hhs.mt.gov/clientpages/clientindex.shtml | 1-800-694-3084 |
| NEBRASKA: Medicaid | www.ACCESSNebraska.ne.gov | 1-800-383-4278 |
| NEVADA: Medicaid | http://dwss.nv.gov/ | 1-800-992-0900 |
| NEW HAMPSHIRE: Medicaid | http://www.dhhs.nh.gov/oii/documents/hippapp.pdf | 1-603-271-5218 |
| NEW JERSEY: Medicaid<br>            CHIP | http://www.state.nj.us/humanservices/ dmahs/clients/medicaid/<br>http://www.njfamilycare.org/index.html | 1-609-631-2392<br>1-800-701-0710 |
| NEW YORK: Medicaid | http://www.nyhealth.gov/health_care/medicaid/ | 1-800-541-2831 |
| NORTH CAROLINA: Medicaid | http://www.ncdhhs.gov/dma | 1-919-855-4100 |
| NORTH DAKOTA: Medicaid | http://www.nd.gov/dhs/services/medicalserv/medicaid/ | 1-800-755-2604 |
| OKLAHOMA: Medicaid and CHIP | http://www.insureoklahoma.org | 1-888-365-3742 |
| OREGON: Medicaid and CHIP | http://www.oregonhealthykids.gov<br>http://www.hijossaludablesoregon.gov | 1-800-699-9075 |
| PENNSYLVANIA: Medicaid | http://www.dpw.state.pa.us/hipp | 1-800-692-7462 |
| RHODE ISLAND: Medicaid | http://www.ohhs.ri.gov | 401-462-5300 |
| SOUTH CAROLINA: Medicaid | http://www.scdhhs.gov | 1-888-549-0820 |
| SOUTH DAKOTA: Medicaid | http://dss.sd.gov | 1-888-828-0059 |
| TEXAS: Medicaid | http://www.gethipptexas.com | 1-800-440-0493 |
| UTAH: Medicaid | http://health.utah.gov/upp | 1-866-435-7414 |
| VERMONT: Medicaid | http://www.greenmountaincare.org/ | 1-800-250-8427 |
| VIRGINIA: Medicaid<br>            CHIP | http://www.dmas.virginia.gov/rcp-HIPP.htm<br>http://www.famis.org/ | 1-800-432-5924<br>1-866-873-2647 |
| WASHINGTON: Medicaid | http://hrsa.dshs.wa.gov/premiumpymt/Apply.shtm | 1-800-562-3022 ext. 15473 |
| WEST VIRGINIA: Medicaid | http://www.dhhr.wv.gov/bms/ | 1-877-598-5820, HMS Third Party Liability |
| WISCONSIN: Medicaid | http://www.badgercareplus.org/pubs/p-10095.htm | 1-800-362-3002 |
| WYOMING: Medicaid | http://health.wyo.gov/healthcarefin/equalitycare | 1-307-777-7531 |

CONFIDENTIAL                                                                                                    CIGNA19-13260023995





Live the ORANGE Life!

# Benefits for Same-Sex Domestic Partners

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

| | |
|---|---|
| 30 | Domestic Partner Eligibility |
| 30 | Certifying Your Relationship |
| 30 | Enrolling Your Partner and/or Your Partner's Children |
| 31 | Benefits Available to Same-sex Domestic Partners |
| 31 | Medical, Critical Illness Protection, Hospital Indemnity, Dental and Vision Benefits |
| 31 | Life and AD&D Insurance Benefits |
| 31 | MetLaw Legal Services |
| 31 | Tax Considerations |
| 32 | Determining Your Premiums and Calculating Your Taxable Income |
| 33 | Plan Coverage Changes |

CONFIDENTIAL    CIGNA19-13260023996

## Benefits for Same-Sex Domestic Partners

### Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Certify your same-sex domestic partner relationship | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot or call the Benefits Choice Center at 1-800-555-4954. |
| Add your same-sex domestic partner as a dependent and enroll him or her in benefits | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot or call the Benefits Choice Center at 1-800-555-4954. |

### Domestic Partner Eligibility

Domestic partner eligibility for the benefit plans is described in Dependent Eligibility: Medical, Dental, Vision, Hospital Indemnity, Critical Illness Protection and Basic Dependent Term Life Insurance Plans and Dependent Eligibility: Supplemental Dependent Term Life Insurance (Spouse and Child) and Family AD&D Plans in the Eligibility and Enrollment chapter.

### Certifying Your Relationship

Before you can enroll your partner and/or your partner's eligible dependents in benefits, you must certify that your relationship qualifies for same-sex domestic partner benefit coverage. To certify your same-sex domestic partner's eligibility, you'll need to answer a series of questions. To certify your relationship, go to Your Benefits Resources or contact the Benefits Choice Center. Certification is also required before enrolling opposite-sex domestic partners and/or their eligible dependents in the Basic and Supplemental Dependent Term Life Insurance (spouse/domestic partner and child) and Family AD&D Plans.

If you and your same-sex partner are legally married, this chapter does not apply to you. Under the Plans, a legal spouse is a person of the same or opposite sex to whom you are validly married under the laws of the state or country where the marriage was performed. See the Eligibility and Enrollment chapter.

### Enrolling Your Partner and/or Your Partner's Children

You may enroll your same-sex domestic partner and/or your partner's eligible dependents in the Company's Medical, Dental, Vision, Hospital Indemnity, Critical Illness Protection Plan and your same- or opposite-sex domestic partner and/or your partner's eligible dependents in the Company's Life and AD&D Plans. After you have reviewed this chapter along with other applicable benefit chapters in this Benefits Summary and made the choices that are right for you and your family, add your same-sex (or opposite-sex for Basic and Supplemental Life and AD&D) domestic partner as a dependent and enroll him or her in benefits by accessing the Your Benefits Resources website or calling the Benefits Choice Center. To add your partner as a dependent, you will need to answer a series of questions to certify your same-sex (or opposite sex for Basic and Supplemental Life and AD&D) domestic partner's eligibility. Then you can make benefits elections for your partner and/or your partner's eligible dependents.

You may enroll your partner in benefits when you first become eligible, when you first experience a life event described in Making Coverage Changes later in this chapter, or within 30 days of meeting both of the following eligibility requirements: you and your partner reach age 18 and you complete the sixth consecutive month of living together. You may also enroll your eligible partner and/or your partner's eligible dependent children during annual benefits enrollment.

**Important!** If enrolling in or making changes to your benefits (including such actions, but not limited to, adding eligible dependents), you are responsible for providing truthful and accurate information. Providing false information may result in exclusion from (i.e., loss of eligibility for, which could include rescission of coverage) all Company-sponsored health and welfare benefit plans and/or disciplinary action as outlined in the Company's code of conduct.

CONFIDENTIAL

CIGNA19-13260023997

# Benefits for Same-Sex Domestic Partners

## Benefits Available to Same-sex Domestic Partners

### Medical, Critical Illness Protection, Hospital Indemnity, Dental and Vision Benefits

You can enroll your same-sex domestic partner and his or her eligible dependents as eligible dependents under your Medical, Hospital Indemnity, Critical Illness Protection, Dental or Vision plans.

For information regarding medical coverage available in a few states for opposite-sex domestic partners, see Dependent Eligibility: Medical, Dental, Vision, Hospital Indemnity, Critical Illness Protection and Basic Dependent Term Life Insurance Plans in the Eligibility and Enrollment chapter.

### Life and AD&D Insurance Benefits

You can enroll your same- or opposite-sex domestic partner and his or her eligible dependents as eligible dependents under the Basic and/or Supplemental Dependent Term Life Insurance (spouse/domestic partner and child/children) and Family AD&D Plans.

You can enroll, cancel or change your coverage once during a rolling 12-month period, or when you have a status change.

For your life insurance or accidental death & dismemberment coverage, you can name your same- or opposite-sex domestic partner as your beneficiary.

### MetLaw Legal Services

If you enroll in the MetLaw Legal Services Plan, coverage under this Plan is also available to your same-sex domestic partner.

### Tax Considerations

If you enroll your same-sex domestic partner and his or her children in coverage, you will pay the same premium as associates who enroll their spouse and/or eligible dependent children in the medical, dental and vision plans. However, the portion of the premium that you and the Company pay to cover your same-sex domestic partner and/or his or her eligible dependent children will be reported as taxable income on your paycheck. This is because the Internal Revenue Code may not recognize domestic partners as qualifying for tax-free benefits. Contact your tax advisor to discuss your specific situation. The portion of the premium that you and the Company pay for your coverage will not be taxable.

In California, if you have registered your partner with the state's Domestic Partner registry, you may be exempt from state income tax on this amount. Contact your tax advisor.

CONFIDENTIAL

## Determining Your Premiums and Calculating Your Taxable Income

The premiums that you pay for medical, dental or vision coverage are the same as those published for covering a spouse and/or child(ren). To determine your taxable income, you must determine the portion of the premium that applies to your same-sex domestic partner's coverage. Call the Benefits Choice Center at 1-800-555-4954 to obtain the total premiums for your specific plans.

## How Taxable Income for SSDP Coverage is Calculated

| Coverage | Premium Calculation |
|---|---|
| You + Spouse | Associate + Spouse total premium minus Associate-only premium |
| You + Child(ren) | Associate + Child(ren) total premium minus Associate-only premium |
| You + Family | Associate + Family total premium minus Associate-only premium |

## 2014 Total Premiums

**2014 Biweekly Total Premium (associate premium + Company subsidy)**

| Coverage | Silver Plus PPO |
|---|---|
| Associate | $226.29 |
| Associate + Spouse | $452.58 |
| Associate + Child(ren) | $407.32 |
| Associate + Family | $656.24 |

## Taxable Income Calculation Examples

| Coverage Scenario | Medical Taxable Income Calculation |
|---|---|
| Associate + Spouse coverage in the Silver Plus PPO plan (associate is covering his or her SSDP) | $452.58 - $226.29 = $226.29 of taxable income biweekly |
| Associate + Child(ren) coverage in the Silver Plus PPO plan (associate is covering his or her SSDP's children) | $407.32 - $226.29 = $181.03 of taxable income biweekly |
| Associate + Family coverage in the Silver Plus PPO plan (associate is covering his or her SSDP and the SSDP's children) | $656.24 - $226.29 = $429.95 of taxable income biweekly |
| Associate + Child(ren) coverage in the Silver Plus PPO plan (associate is covering one of his or her own children and his or her SSDP's children) | No additional taxation |
| Associate + Family coverage in the Silver Plus PPO plan (associate is covering the associate's children and his or her SSDP) | $656.24 - $407.32 = $248.92 of taxable income biweekly |

Because of certain rules under the Internal Revenue Code, you cannot make before-tax contributions or receive tax-free employer contributions for your SSDP or your SSDP's dependent's health coverage (unless they otherwise satisfy the Internal Revenue Code's definition of a dependent). Contact your tax advisor to discuss your specific situation). Accordingly, the company must report these amounts to the IRS as taxable income.

CONFIDENTIAL

## Making Coverage Changes

You may access the Your Benefits Resources website or call the Benefits Choice Center to change coverage for your same-sex domestic partner (SSDP) or opposite-sex domestic partner (OSDP) for Basic Dependent Term Life and Supplemental Life and AD&D coverage and/or your partner's dependent children, only during annual enrollment or when one of the following occurs:

### Plan Coverage Changes

| Change Type | Notification Rules | Full-time & Salaried Medical/Dental/Vision/Hospital Indemnity/Critical Illness Protection[1] | Full-Time & Salaried Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance |
|---|---|---|---|
| Associate & SSDP meeting the following 2 requirements:<br>• Reaching age 18<br>• Reaching the 6th consecutive month of living together | Within 30 days of meeting both requirements (from 18th birthday or end of 6th month of residing together) | Can add SSDP and/or eligible dependents of SSDP to the associate's current coverage[1] | Can add or increase coverage (may be subject to limits) for self, SSDP or OSDP and/or eligible dependents of SSDP or OSDP[2] |
| SSDP's dependent meeting dependent eligibility requirements | Within 30 days of meeting the dependent eligibility requirements | Can add newly qualified dependent(s) of SSDP to the associate's current coverage | Can add or increase coverage (may be subject to limits) for self and/or eligible dependents of SSDP or OSDP[2] |
| Ceasing to satisfy the SSDP requirements | Within 30 days of ceasing to satisfy the SSDP requirements | Drop SSDP and any covered dependents of SSDP (no changes allowed for the associate's coverage) | Drop SSDP or OSDP and dependents of SSDP or OSDP |
| Ending dependent eligibility of SSDP's dependent | Within 30 days of ceasing to be an eligible dependent of SSDP | Drop dependent(s) of SSDP (no changes allowed for the associate's coverage) | Drop dependents of SSDP or OSDP |
| Death of SSDP (dependents of SSDP will not be able to continue coverage) | As soon as possible following death | Drop deceased SSDP & any covered dependents of SSDP | Drop deceased SSDP or OSDP and/or dependent(s) of SSDP or OSDP |
| Death of covered dependent of SSDP | As soon as possible following death | Drop deceased dependent(s) of SSDP | Drop deceased dependent(s) of SSDP or OSDP |
| Birth (of associate's child) | See the Life Events chapter | Since this is the associate's child, the rules in the Life Events chapter would be followed | See the Life Events chapter |
| Birth (of SSDP's child) | Within 30 days of birth | Can add new eligible dependent(s) of SSDP to the associate's current coverage | Can add or increase (may be subject to limits) coverage for self and/or new eligible dependent(s) of SSDP or OSDP[c] |
| Adoption/Legal guardianship (associate adopting) | See the Life Events chapter | Since this is the associate's child, the rules in the Life Events chapter would be followed | See the Life Events chapter |
| Adoption/Legal guardianship (SSDP adopting) | Within 30 days of adoption | Can add newly adopted eligible dependent(s) of SSDP to the associate's current coverage | Can add or increase coverage (may be subject to limits) for self and/or new eligible dependent(s) of SSDP or OSDP[c] |

1 If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

2 An Evidence of Insurability form may be required for adding or increasing basic term life, supplemental term life and supplemental dependent term life coverage for you or your domestic partner. See the Life Insurance chapter for more information.

3 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

CONFIDENTIAL

CIGNA19-13260024000

# Benefits for Same-Sex Domestic Partners

## Plan Coverage Changes

| Change Type | Notification Rules | Full-time & Salaried Medical/Dental/ Vision/ Hospital Indemnity/Critical Illness Protection[1] | Full-Time & Salaried Basic and Supplemental Term Life, Basic and Supplemental Dependent Term Life, Basic and Supplemental AD&D Insurance |
|---|---|---|---|
| QMCSO on Child of SSDP | See the Plan Administration chapter | Can add child as required by valid QMCSO | N/A |
| Gain of coverage due to SSDP's annual enrollment differing from Home Depot's | N/A | No changes allowed, will have to wait until annual enrollment | No changes allowed[4] |
| Loss of coverage due to SSDP's annual enrollment differing from Home Depot's | N/A | No changes allowed, will have to wait until annual enrollment | Can add or increase coverage (limits may apply) for self, SSDP or OSDP and/or eligible dependents of SSDP or OSDP[3] |
| Gain of coverage due to SSDP's or eligible dependent of SSDP's change in employment | N/A | No changes allowed, will have to wait until annual enrollment | No changes allowed[4] |
| Loss of coverage due to SSDP's or eligible dependent of SSDP's change in employment | Within 30 days of loss of coverage | Can add SSDP and/or eligible dependents of SSDP (if each had been covered under the SSDP's plan) to the associate's current coverage[2] | Can add or increase coverage (limits may apply) for self, SSDP or OSDP and/or eligible dependents of SSDP or OSDP[3] |
| Loss of coverage due to action of SSDP's employer by termination of all plans of the same type or by ceasing all employer contributions | Within 30 days of loss of coverage | Can add SSDP and/or eligible dependents of SSDP (if each had been covered under the SSDP's plan) to the associate's current coverage[2] | Can add or increase coverage (limits may apply) for self, SSDP or OSDP and/or eligible dependents of SSDP or OSDP[3] |
| Loss of coverage due to an expiration of SSDP's COBRA coverage | Within 30 days of loss of coverage | Can add SSDP and/or eligible dependents of SSDP (if each had been covered under the SSDP's plan) to the associate's current coverage[2] | No changes allowed[4] |
| SSDP's employer eliminates benefit option (i.e. HMO, PPO, POS...) | N/A | No changes allowed, will have to wait until annual enrollment | No changes allowed[4] |
| SSDP's employer adds a benefit option (i.e. HMO, PPO, POS...) | N/A | No changes allowed, will have to wait until annual enrollment | No changes allowed[4] |
| You or your SSDP loses coverage under Medicare or Medicaid and you wish to add coverage | N/A | No changes allowed, will have to wait until annual enrollment | No changes allowed[4] |
| You or your SSDP gains coverage under Medicare of Medicaid and you wish to add coverage | N/A | No changes allowed, will have to wait until annual enrollment | No changes allowed[4] |

1 Coverage in the Critical Illness Protection Plan can be dropped at any time for self and/or dependents.

2 If you enroll in a full-time Company medical plan (except the Bronze HDHP option), you can elect the Building Better Health Credit and/or the Tobacco-Free Credit. If you enroll your spouse/domestic partner in a full-time Company medical plan (except the Bronze HDHP option), you also can elect these credits for your spouse/domestic partner. View the steps to receive the credits during your enrollment session or by calling the Benefits Choice Center at 1-800-555-4954.

3 An Evidence of Insurability form may be required for adding or increasing basic term life, supplemental term life and supplemental dependent term life coverage for you or your domestic partner. See the Life Insurance chapter for more information.

4 You will have to wait until the next enrollment opportunity based on your rolling 12-month election, see the Eligibility and Enrollment chapter for more information.

CONFIDENTIAL

CIGNA19-13260024001





Live the ORANGE Life!

# U.S. Medical
# (Except California and Hawaii)

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

| | |
|---|---|
| 36 | Contacting Your Medical Plan |
| 36 | The Medical Plans |
| 37 | Types of Plans Available |
| 38 | PPO Plans |
| 39 | Out-of-Area Plans |
| 39 | How the PPO and OOA Plans Work |
| 42 | Using PPO In-Network Providers |
| 43 | Benefit Coverage Charts for the PPO and OOA Plans |
| 65 | Using Out-of-Network Providers (Excluding Dialysis) |
| 67 | Medical Plan Programs: Aetna Programs |
| 72 | Medical Plan Programs: Anthem Blue Cross Blue Shield Programs |
| 75 | Medical Plan Programs: Cigna Programs |
| 77 | What's Covered by the PPO and OOA Plans |
| 88 | What the PPO and OOA Plans Do Not Cover |
| 91 | The Prescription Drug Program for the PPO and OOA Plans |
| 97 | The High Deductible Health Plans |
| 99 | HDHP Prescription Drug Coverage |

| | |
|---|---|
| 101 | What's Covered by the High Deductible Health Plans |
| 112 | What the High Deductible Health Plans Do Not Cover |
| 116 | Benefit Coverage Charts for the HDHPs |
| 124 | HMO Plans |
| 138 | General Information About the Medical Plans |
| 143 | Important Terms |
| 144 | Choosing Your Health Care and Your Providers |
| 144 | Coverage for Associates Working in a Foreign Country |

CONFIDENTIAL

CIGNA19-13260024002

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 39 of 405

**U.S. Medical (except California and Hawaii)** | MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

The information below is provided so that you can get in touch easily with your Medical Plan. You may also contact the Benefits Choice Center at 1-800-555-4954.

## Contacting Your Medical Plan

| Medical Plan Provider | Toll-Free Number | Internet Address |
|---|---|---|
| **PPO and High Deductible Health Plans** | | |
| Aetna | 1-800-695-9744 | www.livetheorangelife.com |
| Anthem Blue Cross Blue Shield | 1-877-434-2734 | www.livetheorangelife.com |
| Cigna | 1-866-634-2385 | www.livetheorangelife.com |
| **HMO Plans** | | |
| Kaiser Permanente | 1-855-9KAISER (1-855-952-4737) | http://my.kp.org/homedepot |
| **Out-of-Area Plans** | | |
| Anthem Blue Cross Blue Shield | 1-877-434-2734 | www.livetheorangelife.com |
| *For information on the California and Hawaii medical plans, see the California Medical chapter and the Hawaii Medical chapter.* | | |

## The Medical Plans

The Company offers you a choice of Medical Plans designed to help you and your family maintain good health and also to offer protection from the financial burden of a serious illness or injury.

All Plans offer access to a selection of doctors, specialists, hospitals and other health care providers. All Plans pay benefits only for covered services that are considered by the claims administrator to be medically necessary or as indicated within the Plan's guidelines for care.

To find out what plans and networks are available to you based on where you live, go to livetheorangelife.com and click on Healthcare > Medical and Prescription Drugs and enter your home zip code. Alternatively, you'll see the Plans available to you on the Your Benefits Resources website when you enroll.

CONFIDENTIAL

CIGNA19-13260024003

## Types of Plans Available

| Type of Plan | How It Works | Administered by: | Network: |
|---|---|---|---|
| PPO Plans:<br>· Gold PPO<br>· Silver Plus PPO | · Allows the use of in- and out-of-network providers<br>· Routine services such as office visits do not require you to meet the deductible<br>· Comparing Gold PPO and Silver Plus PPO: Gold PPO provides lower out-of-pocket expenses but costs more in payroll deductions | Depending on where you live:<br>· Aetna OR<br>· Anthem-Blue Cross Blue Shield OR<br>· Cigna | · Aetna members: Aetna Choice POS II network<br>· Anthem-Blue Cross Blue Shield members: BlueCard PPO network or an alternative network¹:<br>  - Georgia: Blue Open Access POS<br>  - Florida: NetworkBlue<br>  - New York: Empire POS<br>  - Kansas: Preferred Care Blue<br>  - Missouri: BlueAccess Choice<br>· Cigna members: Open Access Plus network |
| High Deductible Health Plan (HDHP) with Health Savings Account (HSA):<br>· Silver Plus HDHP<br>· Bronze HDHP | · Allows the use of in-and out-of-network providers<br>· Requires you to meet the deductible before the plan pays benefits, except for preventive care<br>· Comparing Silver Plus HDHP and Bronze HDHP: Silver Plus has lower deductibles but costs more in payroll deductions | | |
| SmartCare PPO Plans:<br>· SmartCare Gold PPO<br>· SmartCare Silver Plus PPO | · Offers the SmartCare network: a smaller network of high-performing providers at lower out-of-pocket costs<br>· Still have the option to use the broader Aetna Choice POS II network of providers or out-of-network providers | Aetna | · SmartCare network OR<br>· Aetna Choice POS II network |
| HMO Plans:<br>· Gold HMO | · Requires you to use in-network providers for the plan to pay benefits<br>· Typically offers flat dollar copays and has a lower deductible | Depending on where you live:<br>· Kaiser Permanente | Kaiser Permanente local network |
| Out-of-Area (OOA) Plans:<br>· Gold PPO<br>· Silver Plus PPO<br>· Silver Plus HDHP<br>· Bronze HDHP | · Does not require you to use in-network providers<br>· You can choose PPO or HDHP plan | Anthem-Blue Cross Blue Shield | BlueCard PPO network² |

### Coverage Categories

You may select one of four coverage categories for the Medical Plans:

· Associate only

· Associate + spouse (or same-sex domestic partner)

· Associate + child(ren)

· Associate + family (children and spouse or same-sex domestic partner)

### ID Cards

Once you become covered under a Home Depot Medical Plan, you will receive an identification (ID) card(s). Keep your ID card with you at all times, and show it at your doctor's office each time you receive medical treatment. It will help your doctor verify your benefits. If you are in a PPO, the HDHP or an OOA medical plan, you'll receive a separate ID card from CVS Caremark for your prescription drug coverage. Please note that the possession of an ID card does not entitle you to benefits. Your enrollment in a medical plan must be effective when medical services are received for you to be entitled to benefits.

1 Not all zip codes in the states may access the alternative network listed here. Go to www.livetheorangelife.com, click Healthcare Medical and Prescription Drug and enter your home zip code to confirm the network you should access.

2 You can use any doctor; however, consider using a doctor who participates in the BlueCard PPO network to save money by taking advantage of the network discounts.

CONFIDENTIAL

CIGNA19-13260024004

## U.S. Medical (except California and Hawaii)

## Get the Most Value from Your PPO or OOA Plan

| What do you need? | Find it here... | | | For more information in this chapter, find it here... | | |
|---|---|---|---|---|---|---|
| **PPO plans** | **Aetna** | **Anthem Blue Cross Blue Shield** | **Cigna** | **Aetna** | **Anthem Blue Cross Blue Shield** | **Cigna** |
| Find an in-network provider (doctor, hospital) | Go to www.livetheorangelife.com | | | Finding In-Network Providers | | |
| Precertify planned hospital stays, inpatient surgery and other services that require precertification | 1-800-223-6857 | 1-877-434-2734 | 1-866-634-2385 | Aetna: Precertification Program | Anthem-BCBS: Precertification Program | Cigna: Pre-Admission Certification Program |
| Information about the Hidden Health Risk Screenings | Hidden Health Risk Information Line: 1-877-870-5063 | | | Healthy Living Credits | | |
| Find out more about bariatric surgery requirements | 1-800-695-9744 | 1-877-434-2734 | 1-866-634-2385 | Bariatric Surgery | | |
| Prescription Drug Coverage for PPO Plans | CVS Caremark: Call 1-866-490-3376 (866-490-DEPO) or go to www.caremark.com | | | The Prescription Drug Program for the PPO and OOA Plans | | |

### Healthy Living Credits

If you enroll in a Home Depot medical plan, you may be eligible to receive healthy living credits in each biweekly paycheck. If you enroll your spouse/domestic partner in a Home Depot medical plan, you may be eligible to receive additional healthy living credits in each biweekly paycheck. See the chart below for an overview of the credits. More information on these credits can be found in the Eligibility and Enrollment chapter and on www.livetheorangelife.com.

| Credit | Biweekly Amount | Who is Eligible? |
|---|---|---|
| Tobacco-free Credit | Associate: $10 — Spouse: $10 | Associate and spouse/domestic partner who have been tobacco-free for 6 months or more (or have never used tobacco) and are covered under a Company medical plan* |
| Building Better Health Credit | Associate: $25 — Spouse: $25 | Associate and spouse/domestic partner who enroll in a Company medical plan and complete the health assessment AND participate in the Hidden Health Risk Screening AND earn a minimum amount of points in the annual six-week Home Depot Health Challenge* |

* Associates and spouse/domestic partners enrolled in the Bronze HDHP are not eligible for Healthy Living credits.

### PPO Plans

The Company offers PPO options. The plans available to you depend on where you live. You'll see the plans available to you in the electronic enrollment guide on www.livetheorangelife.com and on the Your Benefits Resources website when you enroll. Your benefits depend on whether you use your Plan's in-network providers or you use out-of-network providers. Using in-network providers lowers the cost of health care services for you and for the Company.

For more information, see How the PPO and OOA Plans Work.

Covered services, limitations and exclusions for the PPO Plans are listed in What's Covered by the PPO and OOA Plans and What the PPO and OOA Do Not Cover.

CONFIDENTIAL

CIGNA19-13260024005

The Company also offers two high deductible health plans (HDHP) with a health savings account: the Silver Plus HDHP and the Bronze HDHP. For information about these plans, see The High Deductible Health Plans later in this chapter.

## SmartCare Gold PPO and SmartCare Silver Plus PPO Plans

The SmartCare plans are available to associates in the Chicago, Illinois area and San Antonio, Houston, Beaumont, Dallas and Fort Worth, Texas. Your benefits depend on whether you use SmartCare network providers, Aetna Choice POS II providers or out-of-network providers.

Providers in the SmartCare network are top-performing physicians and hospitals in your area. Most hospitals in the network have a clinical quality score that places it in the top 25% of facilities in your area, with many hospitals in the top 10%. Most SmartCare network hospitals also will offer Home Depot associates extra services, such as private rooms, healthy meals and free parking, as well as visitor services that include dining options, fold-out beds and meal coupons.

For more information, see How the PPO and Out-of-Area Plans Work.

Covered services, limitations and exclusions for the SmartCare Gold and SmartCare Silver Plus PPO plans are listed in What's Covered by the PPO and OOA Plans and What the PPO and OOA Do Not Cover.

## Out-of-Area Plans

If your zip code is outside the standard network areas, you may choose the Gold PPO, Silver Plus PPO, Silver Plus HDHP or Bronze HDHP Out-of-Area Plan. You may go to any doctor and receive the same benefits as you would in-network for the Gold PPO, Silver Plus PPO, Silver Plus HDHP or Bronze HDHP Plans.

The Out-of-Area Plan is administered by Anthem Blue Cross Blue Shield. If you receive services from a provider in the BlueCard PPO network, you will be able to pay your copay and the provider will submit the claim for you. If you receive services from a provider that is not in the network, you will need to pay out of your pocket at the time of service and submit a claim for reimbursement. For more information on finding BlueCard PPO providers, see Finding In-Network Providers earlier in this chapter.

For more information on how the OOA Plans work, see How the PPO and OOA Plans Work in this chapter. If you live in California, see the California Medical chapter.

Covered services, limitations and exclusions for the Out-of-Area Plans are listed in the What's Covered by the PPO and OOA Plans and What the PPO and OOA Plans Do Not Cover sections.

## How the PPO and OOA Plans Work

### Annual Deductible

For most major medical services, such as inpatient hospital stays, the PPO and OOA Plans begin to pay in-network benefits and out-of-network benefits only after you and your family pay an initial amount of covered medical expenses. This is called your annual deductible. The annual deductibles by Plan are:

#### PPO Plans

| | In-Network Individual/ Family | Out-of-Network Individual/ Family |
|---|---|---|
| Gold PPO | $750/$2,250 | $3,000/$9,000 |
| Silver Plus PPO | $1,500/$4,500 | $3,500/$10,500 |
| Gold Out-of-Area Plan | $750/$2,250 | n/a |
| Silver Plus PPO Out-of-Area Plan | $1,500/$4,500 | n/a |

#### SmartCare Plans
(in the Chicago, Illinois area and San Antonio, Houston, Beaumont, Dallas and Ft. Worth, Texas)

| | SmartCare Individual/ Family[1] | Aetna Choice POS II Individual/ Family[1] | Out-of-Network Individual/ Family |
|---|---|---|---|
| SmartCare Gold PPO | $450/$1,350 | $750/$2,250 | $3,000/ $9,000 |
| SmartCare Silver Plus PPO | $1,200/$3,600 | $1,500/$4,500 | $3,500/ $10,500 |

1 Deductibles and out-of-pocket maximums apply across both SmartCare and Aetna Choice POS II.

CONFIDENTIAL

CIGNA19-13260024006

**U.S. Medical (except California and Hawaii)**

If you have three or fewer family members (including yourself) covered by the Medical Plan, you and each of your family members must satisfy the individual deductible. This means that you pay for your covered expenses up to the deductible before the Plan begins paying benefits for that individual (except for services for which the deductible doesn't apply). Medical services received at in-network providers count only toward the in-network deductible. Medical claims incurred at out-of-network providers count only toward the out-of-network deductible.

If you have more than three covered family members (including yourself), once the total amount applied toward your family deductible reaches the maximum amount, no other family member has to pay toward the deductible for the remainder of that Plan Year. No individual family member, however, can be credited with more than the amount of the individual deductible toward the annual family deductible.

For example, if you are enrolled in the Gold PPO Plan, use only in-network providers and have four members in your family with each member incurring covered medical expenses of $600 toward his or her individual deductible within the same year of coverage, your family deductible has been met for in-network coverage when the fourth family member reaches $450 in medical expenses ($600 x 3 + $450 = $2,250).

Copayments, coinsurance and ineligible expenses do not count towards the deductible.

## Hospital Copay

Depending on the Medical Plan you select, you or a covered family member may be required to pay a hospital admission copay in addition to your annual deductible. This copay counts toward your out-of-pocket maximum.

### PPO Plans

| Per Admission Copay | In-Network | Out-of-Network |
|---|---|---|
| Gold PPO | $200 | $600 |
| Silver Plus PPO | $300 | $600 |

### SmartCare Plans
(in the Chicago, Illinois area and San Antonio, Houston, Beaumont, Dallas and Ft. Worth, Texas)

|  | SmartCare | Aetna Choice POS II | Out-of-Network |
|---|---|---|---|
| SmartCare Gold PPO | $0 | $200 | $600 |
| SmartCare Silver Plus PPO | $0 | $300 | $600 |

## Out-of-Pocket Maximums

After your annual deductible is satisfied, the Plan pays a portion of your eligible costs. The amount depends on the type of Plan you choose and whether you use in-network or out-of-network providers. The annual deductible and the portion you pay for covered expenses are your out-of-pocket expenses. However, the Plan limits the amount you have to pay out of your own pocket for in-network and out-of-network services.

### PPO Plans

| Out-of-Pocket Maximums | In-Network Individual/ Family | Out-of-Network Individual/ Family |
|---|---|---|
| Gold PPO | $5,000/$10,000 | $12,000/$24,000 |
| Silver Plus PPO | $5,000/$10,000 | $12,500/$25,000 |
| Gold Out-of-Area Plan | $5,000/$10,000 | n/a |
| Silver Plus PPO Out-of-Area Plan | $5,000/$10,000 | n/a |

*Includes annual deductible.

### SmartCare Plans
(in the Chicago, Illinois area and San Antonio, Houston, Beaumont, Dallas and Ft. Worth, Texas)

| Out-of-Pocket Maximums* | SmartCare Individual/ Family† | Aetna Choice POS II Individual/ Family† | Out-of-Network Individual/ Family |
|---|---|---|---|
| SmartCare Gold PPO | $3,500/ $7,000 | $5,000/ $10,000 | $12,000/ $24,000 |
| SmartCare Silver Plus PPO | $3,500/ $7,000 | $5,000/ $10,000 | $12,500/ $25,000 |

* Includes annual deductible.

† Deductibles and out-of-pocket maximums apply across both SmartCare and Aetna Choice POS II networks.

Out-of-pocket expenses for in-network and out-of-network services are not combined when determining if deductibles or out-of-pocket maximums have been met. If you and your covered family members use in-network and out-of-network providers during the same Plan Year, out-of-pocket expenses will accumulate separately toward the deductibles and out-of-pocket amounts.

CONFIDENTIAL

CIGNA19-13260024007

Case 3:19-cv-01324-JCH     Document 242-1     Filed 07/20/23     Page 44 of 405

**U.S. Medical (except California and Hawaii)**     MAIN MENU for BENEFITS SUMMARY     MAIN MENU for THIS CHAPTER     CONTACT LIST     SEARCH

For the Out-of-Area plans, out-of-pocket maximums are combined for in-network and out-of-network services.

The Plan pays 100% of most covered in-network and out-of-network medical expenses incurred during the remainder of the calendar year when:

* You or a covered family member has reached the individual out-of-pocket expense limit; or
* Your family's out-of-pocket expenses total the family limit.

Your annual deductible counts toward your out-of-pocket maximum. Please keep in mind that in the Gold PPO and Silver Plus PPO plans, there is a separate out-of-pocket maximum for the Prescription Drug Program.

The Plan does not count the following expenses toward your annual out-of-pocket maximum:

* Penalties imposed by the Plan for out-of-network services when you or a covered family member fails to use the precertification program as required (see Aetna Precertification Program or Anthem–Blue Cross Blue Shield Precertification Program or Cigna Pre-Admission Certification Program in this chapter for information)
* Any expenses not covered by the Plan
* The hospital per-admission copay will count toward the out-of-pocket maximum.

* Cost for mail service prescription drugs and the pharmacy management program. See **Prescription Drugs** later in this chapter for more information.
* Amounts over the reasonable and customary charge for the services received. Does not apply to Out-of-Area Plans.

### Lifetime Maximum

The Plan provides medical benefits (in-network and out-of-network services combined) with an unlimited lifetime maximum for you and each covered family member. The Plan has other limitations on specific types of services as listed in the **PPO Plans Summary of Benefits** charts.

### Office Visit Copayments and Coinsurance

The amount of your office visit copayment or coinsurance depends on which medical option you select and whether you visit a Primary Care Physician or a specialist.

Primary Care Physician (PCP) This is the network provider who supervises, coordinates and provides initial care and basic medical services as a general or family care practitioner, or in some cases, as an internist or a pediatrician and initiates referrals for specialist care and maintains continuity of patient care. However, referrals are not required in the PPO and OOA plans.

Specialist A physician who practices in any generally accepted medical or surgical sub-specialty.

## PPO Plans

| | Aetna, Cigna and Anthem–Blue Cross Blue Shield (You Pay) | | Applies to Aetna and Cigna Members Members Only (You Pay) | |
|---|---|---|---|---|
| | PCP Office Visits | Specialist Office Visits | Aexcel or CCN Specialist Office Visits | Non-Aexcel/CCN Specialist When Aexcel/CCN Specialist is Available |
| Gold PPO | $25 | $50 | $25 | $80 |
| Silver Plus PPO | $35 | 30%, no deductible | $35 | 40%, no deductible |

For more information on Aexcel, see **Aetna Programs: Finding an Aexcel Specialist** in this chapter. For more information on CCN, see **Cigna Programs: Finding a CCN Specialist** in this chapter.

## SmartCare Plans
(in the Chicago, Illinois area and San Antonio, Houston, Beaumont, Dallas and Ft. Worth, Texas)

| | Primary Care Office Visits (You Pay) | | Specialist Office Visits (You Pay) | |
|---|---|---|---|---|
| | SmartCare | Aetna Choice POS II | SmartCare | Aetna Choice POS II |
| SmartCare Gold PPO | $10 | $25 | $30 | $50 |
| SmartCare Silver Plus PPO | $20 | $35 | 20%, no deductible | 30%, no deductible |

CONFIDENTIAL

CIGNA19-13260024008

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 45 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Using PPO In-Network Providers

### Using In-Network Providers

It pays to use providers that participate in the network applicable to your claims administrator:

* For the Gold PPO and Silver Plus PPO plans:
  * For Aetna members: the Aetna Choice POS II network
  * For Anthem-Blue Cross Blue Shield members: the BlueCard PPO network or an alternative network
  * For Cigna members: the Open Access Plus network
* For the SmartCare Gold PPO and Silver Plus PPO plans:
  * Use the SmartCare network and receive SmartCare benefits with the lowest out-of-pocket costs; or
  * Use the Aetna Choice POS II network and receive Aetna Choice POS II benefits.

When you use in-network providers (doctors, specialists, hospitals and other health care providers who participate in the network), the Medical Plan begins to work for you immediately. Here's how:

* **Doctor office visits**—You pay a copayment or coinsurance (the amount depends on which medical option you choose) with no deductible for most charges related to the treatment of covered illnesses and injuries.

* **Emergency room care**—Always try to locate an in-network provider when you require emergency room care away from home. However, in a life-threatening emergency if you receive emergency room services from an out-of-network provider, your emergency room services will be covered at the in-network level.

* **Hospitals and other services**—For most other covered medical services (such as inpatient and outpatient surgeries, home health care, inpatient mental health and substance abuse treatment, alternative treatment centers, etc.), you pay a portion of pre-negotiated charges after you meet the Plan's individual annual deductible. You also are required to pay a hospital copay if admitted for an inpatient hospital stay (this does not apply to SmartCare network providers in the SmartCare plans). For deductibles related to the Plans, see Annual Deductible and Hospital Copay in How the PPO and OOA Plans Work.

* **Fees for services**—In general, the pre-negotiated fees charged by in-network providers are lower than those you might otherwise pay out-of-network providers for the same service.

* **Medical claim forms**—You do not file medical claim forms when you receive in-network services. Your doctor will file claims for you and will receive payment from your plan directly for the covered services.

Refer to the PPO Plans Summary of Benefits charts for a detailed list of benefits.

By using network providers, you get the best value from the Plan because you receive the greatest level of coverage.

The same doctors, hospitals and other health care providers may not be included in the provider network from year to year. In addition, before you schedule an appointment, you should always confirm the doctor's, hospital's or other health care provider's participation in the network by contacting your claims administrator.

### Finding In-Network Providers

To find a network provider, go to www.livetheorangelife.com. You also can find a SmartCare network provider by downloading the free SmartCare Locator app to your iPhone or Android phone from your app store. A listing of providers is available to you upon request.

Once you have identified a doctor, call the doctor's office to verify that new patients are being accepted. When you make an appointment, make sure to give the doctor's office your medical ID card.

CONFIDENTIAL

CIGNA19-13260024009

# U.S. Medical (except California and Hawaii)

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

| Gold Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited |
| Deductible—Per calendar year. | $750 | $3,000 |
| Family Deductible Limit—Once met, all family members will be considered as having met their deductible for the remainder of that calendar year. | $2,250 | $9,000 |
| Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. | $5,000 includes deductible | $12,000 includes deductible |
| Family Out-of-Pocket Maximum—Specifies the amount which a family must meet before all family members receive reimbursement at 100%. | $10,000 includes deductible | $24,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | $25 PCP copay | 50% after out-of-network deductible |
| Specialist Office Visit | $50 Specialist copay | 50% after out-of-network deductible |
| Aexcel or CCN Specialist Office Visit—See Finding an Aexcel Specialist and Finding a Cigna Care Network (CCN) Specialist.* | $25 Specialist copay | 50% after out-of-network deductible |
| Office Visit to Non-Aexcel or Non-CCN Specialist When An Aexcel or CCN Specialist is Available* | $60 Specialist copay | 50% after out-of-network deductible |
| Teladoc | $5 copay | Not applicable |
| Walk-in Clinic | $15 copay | 50% after out-of-network deductible |

### Preventive Care
For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of the recommended preventive services, please visit USPSTF website, www.healthcare.gov/center/regulations/prevention/recommendations.html

| | | |
|---|---|---|
| Well Child Care—Includes routine immunizations, travel immunizations & flu shots. | 100% Covered, no copay, no deductible | 50%, no deductible |
| Well Child Care Frequency Limits | 7 exams in 1st 12 months of life, 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | |
| Adult Routine Physical Exam | 100% Covered, no copay, no deductible | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine GYN Exam and Other Women's Preventive Services*** | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine GYN Exam & Pap Smear Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | |
| Routine Mammogram | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine Mammogram Age/Frequency Limits** | 1 baseline at age 35, 1 every 2 calendar years after age 35, and 1 every calendar year after age 40 | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | 1 routine DRE & PSA per calendar year for males age 40 and over | |

*Aexcel and CCN specialists do not apply to Anthem BCBS members.
** Under certain circumstances, age/frequency limits may vary based on risk factors.
***See Women's Preventive Services in What's Covered By the PPO and OOA Plans for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024010

# U.S. Medical (except California and Hawaii)

| Gold Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Preventive Care—continued** | | |
| Colorectal Cancer Screening–Digital rectal exam, Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema. | 100% Covered, no copay, no deductible | 50%, no deductible |
| Colonoscopy—For certain Aetna and Anthem BCBS members subject to the maximum allowable amount . | • Facilities charging at or under the maximum allowable amount: $0—no charge<br>• Facilities charging above the maximum allowable amount: You pay 100% of charges above the maximum allowable amount | 50%, no deductible |
| Colorectal Cancer Screenings Age/Frequency Limits | For all members age 50+. Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years), Colonoscopy (1 every 10 years).* | |
| Routine Eye Exam | Not Covered; discounts available. | |
| Routine Hearing Exam | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine Hearing Exams Frequency Limits | 1 exam per calendar year | |
| Hearing Aids** | 20% after deductible | 50% after out-of-network deductible |
| **Hospital Care** | | |
| Inpatient Copay/Deductible—Per admission. | $200 copay | $600 copay |
| Inpatient Hospital Coinsurance—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 20% after deductible | 50% after out-of-network deductible |
| Outpatient Hospital Expenses—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. Lab and x-ray services benefit level differs based on setting. See Diagnostic Procedures below. | 20% after deductible | 50% after out-of-network deductible |
| **Other Physician Services** | | |
| Acupuncture—Covered in lieu of anesthesia only. | 20% after deductible | 50% after out-of-network deductible |
| Allergy Testing & Treatment—Office Visit | Covered at applicable PCP or Specialist Office Visit cost sharing | 50% after out-of-network deductible |
| Allergy Testing & Treatment—Performed in an independent lab. | 100% Covered, no copay, no deductible | 50% after out-of-network deductible |
| Allergy Injections—Not given by the physician, or not in conjunction with an office visit. | 100% Covered, no copay, no deductible | 50% after out-of-network deductible |
| Second Surgical Opinion | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| Outpatient Surgery—Surgeon's charges performed in an office setting. | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| Outpatient Surgery—Surgeon's charges performed in other settings (outpatient department of hospital or ambulatory surgery center). | 20% after deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy | 20% after deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy—For certain Aetna and Anthem members subject to the maximum allowable amount†. | You pay 20% after deductible plus 100% of charges above the maximum allowable amount | 50% after out-of-network deductible |

* Under certain circumstances, age/frequency limits may vary based on risk factors.
** Excludes hearing aid batteries and repairs.
† For more information, see The Maximum Allowable Amount in Medical Plan Programs: Aetna Programs and in Medical Plan Programs: Anthem Blue Cross Blue Shield Programs

CONFIDENTIAL

CIGNA19-13260024011

# U.S. Medical (except California and Hawaii)

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

| Gold Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Diagnostic Procedures** | | |
| **Diagnostic Lab**—Performed in a doctor's office as part of physician office visit and billed by a physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| **Diagnostic Lab**—Performed in an independent lab. | 100% Covered, no copay, no deductible | 50% after out-of-network deductible |
| **Diagnostic Lab**—Performed in an outpatient hospital. | 20%, no deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed in a free-standing facility. | 100% Covered, no copay, no deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed in an outpatient hospital. | 20%, no deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—free-standing facility. | 20%, no deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—outpatient hospital. | 30%, no deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRI, CT Scans - For Anthem members subject to the maximum allowable amount.[1] | You pay coinsurance listed above based on the place of service plus 100% of the charges above the maximum allowable amount. | 50% after out-of-network deductible |
| **Emergency Medical Care** | | |
| **Urgent Care Facility** | $50 UCF copay | 50% after out-of-network deductible |
| **Emergency Room**—Any copay applies only to E.R. Facility expenses. Related expenses—radiology, pathology, anesthesia, surgeon, etc, covered at E.R. coinsurance, no copay. | 20%, no deductible and $200 copay if not admitted | |
| **Non-Emergency Use of Emergency Room** | Not Covered | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 20% after deductible | |
| **Family Planning** | | |
| **Contraceptive Devices, Implants & Injectables**—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Abortion** | Member cost sharing based on type of service performed and place of service where rendered | |
| **Prenatal Office Visits** | 100% Covered, no deductible | 50%, no deductible |
| **Maternity Delivery Charges (physician and facility)** | Covered under inpatient hospital benefit | |
| **Voluntary Sterilization**—Covers tubal ligation. Reversals not covered. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Sterilization**—Covers vasectomy. Reversals not covered. | Member cost sharing based on type of service performed and place of service where rendered | |
| **Infertility**—Covers diagnosis and treatment of underlying cause. | Member cost sharing based on type of service performed and place of service where rendered | |
| **Advanced Reproductive Technology (ART)** | Not Covered | |

[1] For more information, see The Maximum Allowable Amount in Medical Plan Programs: Anthem Blue Cross Blue Shield Programs.

CONFIDENTIAL

CIGNA19-13260024012

## U.S. Medical (except California and Hawaii)

| Gold Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Other Services** | | |
| Skilled Nursing Facility—90 days per calendar year | 20% after deductible and $200 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Home Health Care—150 visits per calendar year | 20% after deductible | 50% after out-of-network deductible |
| Private Duty Nursing—70 8-hr shifts per calendar year | 20% after deductible | 50% after out-of-network deductible |
| Inpatient Hospice Care | 20% after deductible and $200 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Outpatient Hospice Care | 20% after deductible | 50% after out-of-network deductible |
| Outpatient Short-Term Rehabilitation—Physician's services and services of physical, speech or occupational therapists for diagnosis of developmental delays or for treatment of acute conditions if such services will result in significant improvement in member's condition. | 20% after deductible applies to physical, occupational and speech therapy | 50% after out-of-network deductible applies to physical, occupational and speech therapy |
| Spinal Disorders—Spinal Manipulations performed by an MD, DO, chiropractor or therapist, 25 visits per calendar year. | 100% Covered after $50 specialist copay | 50% after out-of-network deductible |
| Durable Medical Equipment (foot orthotics excluded) | 20% after deductible | 50% after out-of-network deductible |
| Prosthetics Devices—E.g., artificial limb; breast prosthesis. | 20% after deductible | 50% after out-of-network deductible |
| Infusion Therapy—E.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | Member cost sharing based on type of service performed and place of service where rendered | |
| **Mental Health Services** | | |
| Inpatient Copay/Deductible—Applies to inpatient Mental Health & Substance Abuse. | 20% after deductible and $200 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Maximum Inpatient Days Per Year | No Limits | |
| Outpatient Behavioral Health Visit—Applies to outpatient therapy visits in an office or other outpatient setting. | $25 copay | 50% after out-of-network deductible |
| Maximum Outpatient Visits Per Year | No Limits | |
| Residential Treatment Facility—Subject to Inpatient Pre-certification requirements. | 20% after deductible and $200 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Intensive Outpatient—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | $25 copay | 50% after out-of-network deductible |
| Partial Hospitalization—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | $25 copay | 50% after out-of-network deductible |

CONFIDENTIAL

CIGNA19-13260024013

# U.S. Medical (except California and Hawaii)

| Gold Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Alcohol and Drug Abuse Services** | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility. | 20% after deductible and $200 admission copay | 50% after out-of-work deductible and $600 admission copay |
| Maximum Inpatient Days Per Year | No Limits | |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other out-patient setting. | $25 copay | 50% after out-of-network deductible |
| Maximum Outpatient Visits Per Year | No Limits | |
| **CVS Caremark Prescription Drug Coverage** | | |
| Out-of-Pocket Maximum (for prescription drugs only) | $1,250 individual/$2,500 family | $1,250 individual/$2,500 family |
| **Retail (up to 30-day supply)—You Pay** | | |
| Generic | 20% | 50% |
| Preferred Brand | 20% | 50% |
| Non-Preferred Brand | 60% | 75% |
| **Mail Order & CVS/Pharmacy, Walmart & Kroger (90-day supply)—You Pay** | | |
| Generic | 20%, $20 maximum | Not covered |
| Preferred Brand | 20%, $100 maximum | Not covered |
| Non-Preferred Brand | 60%, $300 maximum | Not covered |
| **Specialty Drugs (30-day supply limit through CVS Caremark Specialty Pharmacy only)** | | |
| Generic | $7 | Not covered |
| Non-Generic | $75 | Not covered |

Note: Some drugs may be covered at 100%. Please see the Women's Preventive Services section.

CONFIDENTIAL

# U.S. Medical (except California and Hawaii)

| Silver Plus PPO Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited |
| Deductible—Per calendar year. | $1,500 | $3,500 |
| Family Deductible Limit—Once met, all family members will be considered as having met their deductible for the remainder of that calendar year. | $4,500 | $10,500 |
| Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. | $5,000 includes deductible | $12,500 includes deductible |
| Family Out-of-Pocket Maximum—Specifies the amount which a family must meet before all family members receive reimbursement at 100%. | $10,000 includes deductible | $25,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | $35 PCP copay | 50% after out-of-network deductible |
| Specialist Office Visit | 30%, no deductible | 50% after out-of-network deductible |
| Aexcel or CCN Specialist Office Visit—See Finding an Aexcel Specialist and Finding a Cigna Care Network (CCN) Specialist.* | $35 Specialist copay | 50% after out-of-network deductible |
| Office Visit to Non-Aexcel or Non-CCN Specialist When An Aexcel or CCN Specialist is Available* | 40%, no deductible | 50% after out-of-network deductible |
| Teladoc | $5 copay | Not Applicable |
| Walk-in Clinic | $25 copay | 50% after out-of-network deductible |
| **Preventive Care** For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of the recommended preventive services, please visit USPSTF website, www.healthcare.gov/center/regulations/prevention/recommendations.html | | |
| Well Child Care—Includes routine immunizations, travel immunizations & flu shots. | 100% Covered, no copay, no deductible | 50%, no deductible |
| Well Child Care Frequency Limits | 7 exams in 1st 12 months of life; 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | |
| Adult Routine Physical Exam | 100% Covered, no copay, no deductible | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine GYN Exam and Other Women's Preventive Services*** | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine GYN Exam & Pap Smear Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | |
| Routine Mammogram | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine Mammogram Age/Frequency Limits** | 1 baseline at age 35, 1 every 2 calendar years after age 35, and 1 every calendar year after age 40 | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | 1 routine DRE & PSA per calendar year for males age 40 and over | |

*Aexcel and CCN specialists do not apply to Anthem BCBS members. ** Under certain circumstances, age/frequency limits may vary based on risk factors. ***See Women's Preventive Services in What's Covered By the PPO and OOA Plans for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024015

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 52 of 405

U.S. Medical (except California and Hawaii)    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

| Silver Plus PPO Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Preventive Care—continued** | | |
| Colorectal Cancer Screenings—Digital rectal exam, Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema. | 100% Covered, no copay, no deductible | 50%, no deductible |
| Colonoscopy—For certain Aetna and Anthem BCBS members subject to the maximum allowable amount[1]. | • Facilities charging at or under the maximum allowable amount: $0—no charge<br>• Facilities charging above the maximum allowable amount: You pay 100% of charges above the maximum allowable amount | 50%, no deductible |
| Colorectal Cancer Screenings Age/Frequency Limits | For all members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years), Colonoscopy (1 every 10 years)[*] | |
| Routine Eye Exam | Not Covered, discounts available | |
| Routine Hearing Exam | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine Hearing Exams Frequency Limits | 1 exam per calendar year | |
| Hearing Aids[**] | 30% after deductible | 50% after out-of-network deductible |
| **Hospital Care** | | |
| Inpatient Copay/Deductible—Per admission. | $300 copay | $600 copay |
| Inpatient Hospital Coinsurance—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 30% after deductible | 50% after out-of-network deductible |
| Outpatient Hospital Expenses—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. Lab and x-ray services benefit level differs based on setting. See Diagnostic Procedures below. | 30% after deductible | 50% after out-of-network deductible |
| **Other Physician Services** | | |
| Acupuncture—Covered in lieu of anesthesia only. | 30% after deductible | 50% after out-of-network deductible |
| Allergy Testing & Treatment—Office Visit. | Covered at applicable PCP or Specialist Office Visit cost sharing | 50% after out-of-network deductible |
| Allergy Testing & Treatment—Performed in an independent lab. | 100% Covered, no copay, no deductible | 50% after out-of-network deductible |
| Allergy Injections—Not given by the physician, or not in conjunction with an office visit. | 100% Covered, no copay, no deductible | 50% after out-of-network deductible |
| Second Surgical Opinion | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| Outpatient Surgery—Surgeon's charges performed in an office setting. | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| Outpatient Surgery—Surgeon's charges performed in other settings (outpatient department of hospital or ambulatory surgery center). | 30% after deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy | 30% after deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy—For certain Aetna and Anthem members subject to the maximum allowable amount[1]. | You pay 30% after deductible plus 100% of charges above the maximum allowable amount | 50% after out-of-network deductible |

[*] Under certain circumstances, age/frequency limits may vary based on risk factors. [**] Excludes hearing aid batteries and repairs.
[1] For more information, see The Maximum Allowable Amount in Medical Plan Programs: Aetna Programs and in Medical Plan Programs: Anthem Blue Cross Blue Shield Programs.

CONFIDENTIAL

CIGNA19-13260024016

# U.S. Medical (except California and Hawaii)

| Silver Plus PPO Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Diagnostic Procedures** | | |
| **Diagnostic Lab**—Performed in a doctor's office as part of physician office visit and billed by a physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| **Diagnostic Lab**—Performed in an independent lab. | 100% Covered, no copay, no deductible | 50% after out-of-network deductible |
| **Diagnostic Lab**—Performed in an outpatient hospital. | 30%, no deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed in a free-standing facility. | 100% Covered, no copay, no deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed in an outpatient hospital. | 30%, no deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—Performed in a doctor's office as part of physician office visit and billed by a physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—free-standing facility. | 30%, no deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—outpatient hospital. | 40%, no deductible | 50% after out-of-network deductible |
| **Complex Imaging services**—MRI, CT Scans—For Anthem members subject to the maximum allowable amount.[1] | You pay coinsurance listed above based on the place of service plus 100% of the charges above the maximum allowable amount. | 50% after out-of-network deductible |
| **Emergency Medical Care** | | |
| **Urgent Care Facility** | 30%, no deductible | 50% after out-of-network deductible |
| **Emergency Room**—Any copay applies only to E.R. Facility expenses. Related expenses—radiology, pathology, anesthesia, surgeon, etc. covered at E.R. coinsurance, no copay. | 30%, no deductible, and $200 copay if not admitted | |
| **Non-Emergency Use of Emergency Room** | Not Covered | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 30% after deductible | |
| **Family Planning** | | |
| **Contraceptive Devices, Implants & Injectables**—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Abortion** | Member cost sharing based on type of service performed and place of service where rendered | |
| **Prenatal Office Visits** | 100% Covered, no deductible | 50%, no deductible |
| **Maternity Delivery Charges (physician and facility)** | Covered under inpatient hospital benefit | |
| **Voluntary Sterilization**—Covers tubal ligation. Reversals not covered. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Sterilization**—Covers vasectomy. Reversals not covered. | Member cost sharing based on type of service performed and place of service where rendered | |
| **Infertility**—Covers diagnosis and treatment of underlying cause. | Member cost sharing based on type of service performed and place of service where rendered | |
| **Advanced Reproductive Technology (ART)** | Not Covered | |

[1] For more information, see The Maximum Allowable Amount in Medical Plan Programs: Anthem Blue Cross Blue Shield Programs.

CONFIDENTIAL

CIGNA19-13260024017

## U.S. Medical (except California and Hawaii)

| Silver Plus PPO Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Other Services** | | |
| Skilled Nursing Facility—90 days per calendar year. | 30% after deductible and $300 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Home Health Care—150 visits per calendar year. | 30% after deductible | 50% after out-of-network deductible |
| Private Duty Nursing—70 8-hr shifts per calendar year. | 30% after deductible | 50% after out-of-network deductible |
| Inpatient Hospice Care | 30% after deductible and $300 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Outpatient Hospice Care | 30% after deductible | 50% after out-of-network deductible |
| Outpatient Short-Term Rehabilitation—Physician's services and services of physical, speech or occupational therapists for diagnosis of developmental delays or for treatment of acute conditions if such services will result in significant improvement in member's condition. | 30% after deductible applies to physical, occupational and speech therapy | 50% after out-of-network deductible applies to physical, occupational and speech therapy |
| Spinal Disorders—Spinal Manipulations performed by an MD, DO, chiropractor or therapist, 25 visits per calendar year. | 30%, no deductible | 50% after out-of-network deductible |
| Durable Medical Equipment (foot orthotics excluded) | 30% after deductible | 50% after out-of-network deductible |
| Prosthetics Devices—E.g., artificial limb; breast prosthesis. | 30% after deductible | 50% after out-of-network deductible |
| Infusion Therapy—E.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | Member cost sharing based on type of service performed and place of service where rendered | |
| **Mental Health Services** | | |
| Inpatient Copay/Deductible—Applies to inpatient Mental Health & Substance Abuse. | 30% after deductible and $300 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Maximum Inpatient Days Per Year | No Limits | |
| Outpatient Behavioral Health Visit—Applies to outpatient therapy visits in an office or other outpatient setting. | $35 copay | 50% after out-of-network deductible |
| Maximum Outpatient Visits Per Year | No Limits | |
| Residential Treatment Facility—Subject to Inpatient Pre-certification requirements | 30% after deductible and $300 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Intensive Outpatient—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-certrequirements) | $35 copay | 50% after out-of-network deductible |
| Partial Hospitalization—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | $35 copay | 50% after out-of-network deductible |

CONFIDENTIAL

CIGNA19-13260024018

## U.S. Medical (except California and Hawaii)

MAIN MENU for BENEFITS SUMMARY     MAIN MENU for THIS CHAPTER     CONTACT LIST     SEARCH

| Silver Plus PPO Option | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Alcohol and Drug Abuse Services** | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility. | 30% after deductible and $300 admission copay | 50% after out-of-work deductible and $600 admission copay |
| Maximum Inpatient Days Per Year | No Limits | |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other out-patient setting. | $35 copay | 50% after out-of-network deductible |
| Maximum Outpatient Visits Per Year | No Limits | |
| **CVS Caremark Prescription Drug Coverage** | | |
| Out-of-Pocket Maximum (for prescription drugs only) | $1,250 individual/$2,500 family | $1,250 individual/$2,500 family |
| **Retail (up to 30-day supply)—You Pay** | | |
| Generic | 20% | 50% |
| Preferred Brand | 20% | 50% |
| Non-Preferred Brand | 60% | 75% |
| **Mail Order & CVS/Pharmacy, Walmart & Kroger (90-day supply)—You Pay** | | |
| Generic | 20%, $20 maximum | Not covered |
| Preferred Brand | 20%, $100 maximum | Not covered |
| Non-Preferred Brand | 60%, $300 maximum | Not covered |
| **Specialty Drugs (30-day supply limit through CVS Caremark Specialty Pharmacy only)** | | |
| Generic | $7 | Not covered |
| Non-Generic | $75 | Not covered |

Note: Some drugs may be covered at 100%. Please see the Women's Preventive Services section.

CONFIDENTIAL

CIGNA19-13260024019

# U.S. Medical (except California and Hawaii)

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

| SmartCare Gold PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited | Unlimited |
| Deductible—Per calendar year. | $450 | $750 | $3,000 |
| Family Deductible Limit—once met, all family members will be considered as having met their deductible for the remainder of that calendar year. | $1,350 | $2,250 | $9,000 |
| Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. | $3,500 includes deductible | $5,000 includes deductible | $12,000 includes deductible |
| Family Out-of-Pocket Maximum—Specifies the amount which a family must meet before all family members receive reimbursement at 100%. | $7,000 includes deductible | $10,000 includes deductible | $24,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | $10 PCP copay | $25 PCP copay | 50% after out-of-network deductible |
| Specialist Office Visit | $30 Specialist copay | $50 Specialist copay | 50% after out-of-network deductible |
| Walk-in Clinic | See footnote 1. | $15 copay | 50% after out-of-network deductible |
| Teladoc | See footnote 1. | $5 copay | Not applicable |
| **Preventive Care** For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of the recommended preventive services, please visit USPSTF website, www.healthcare.gov/center/regulations/prevention/recommendations.html. | | | |
| Well Child Care—Includes routine immunizations, travel immunizations & flu shots. | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Well Child Care Frequency Limits | 7 exams in 1st 12 months of life, 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | | |
| Adult Routine Physical Exam | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Routine GYN Exam and Other Women's Preventive Services³ | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Routine GYN Exam and Pap Smear Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | | |
| Routine Mammogram | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Routine Mammogram Frequency Limits | Baseline at age 35, 1 every 2 calendar years after age 35 and 1 every calendar year after age 40² | | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | 1 routine DRE and PSA per calendar year for males age 40 and over² | | |
| Colorectal Cancer Screenings—Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema. | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Colorectal Cancer Screenings Age/Frequency Limits | All members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years). Colonoscopy (1 every 10 years)² | | |

¹ A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.
² Under certain circumstances, age/frequency limits may vary based on risk factors.
³ See Woman's Preventive Services in What's Covered By the PPO and OOA Plans for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024020

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 57 of 405

U.S. Medical (except California and Hawaii) | MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

| SmartCare Gold PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Preventive Care (continued)** | | | |
| Routine Eye Exam | Not Covered; discounts available | Not Covered; discounts available | Not Covered; discounts available |
| **Routine Hearing Exam** | 100% Covered, no copay, no deductible | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Routine Hearing Exams Frequency Limits** | 1 exam per calendar year | | |
| Hearing Aids[3] | See footnote 1. | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| **Hospital Care** | | | |
| Inpatient Copay/Deductible—Per admission. | None | $200 copay | $600 copay |
| Inpatient Hospital Coinsurance—includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 10% after SmartCare deductible | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Outpatient Hospital Expenses—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. | 10% after SmartCare deductible | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| **Other Physician Services** | | | |
| Acupuncture—Covered in lieu of anesthesia only. | See footnote 1. | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Allergy Testing & Treatment—Office Visit | Covered at applicable PCP or Specialist Office Visit cost sharing | Covered at applicable PCP or Specialist Office Visit cost sharing | 50% after out-of-network deductible |
| Allergy Testing & Treatment—Performed in an independent lab. | 100% covered, no copay, no deductible | | 50% after out-of-network deductible |
| Allergy Injections—Not given by the physician, or not in conjunction with an office visit. | 100% Covered, no copay, no deductible | | 50% after out-of-network deductible |
| Second Surgical Opinion | Covered at applicable PCP or Specialist office visit cost sharing | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| Outpatient Surgery—Surgeon's charges performed in an office setting. | Covered at applicable PCP or Specialist office visit cost sharing | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| Outpatient Surgery—Surgeon's charges performed in other settings (outpatient department of hospital or ambulatory surgery center). | 10% after SmartCare deductible | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy | 10% after SmartCare deductible | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| **Diagnostic Procedures** | | | |
| Diagnostic Lab—Performed in a doctor's office as part of physician office visit and billed by a physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | Covered at applicable PCP or Specialist Office Visit cost sharing | 50% after out-of-network deductible |
| Diagnostic Lab—Performed in an independent lab. | 100% Covered, no copay, no deductible | | 50% after out-of-network deductible |

[1] A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.
[2] Services at Aetna Choice POS II children's hospitals will be covered at the SmartCare level of benefits.
[3] Excluding hearing aid batteries and repairs.

CONFIDENTIAL

CIGNA19-13260024021

# U.S. Medical (except California and Hawaii)

| SmartCare Gold PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Diagnostic Procedures (continued)** | | | |
| **Diagnostic Lab**—Performed in an outpatient hospital. | 10%, no deductible | 20%, no deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed in a free-standing facility. | See footnote 1. | 100% Covered, no deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed in an outpatient hospital. | 10%, no deductible | 20%, no deductible | 50% after out-of-network deductible |
| **Complex imaging services**—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—free-standing facility. | See footnote 1. | 20%, no deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—outpatient hospital. | 20%, no deductible | 30%, no deductible | 50% after out-of-network deductible |
| **Emergency Medical Care** | | | |
| **Urgent Care Facility** | $30 UCF copay | $50 UCF copay | 50% after out-of-network deductible |
| **Emergency Room**—Any copay applies only to E.R. Facility expenses. Related expenses—radiology, pathology, anesthesia, surgeon, etc. covered at E.R. coinsurance, no copay. | 20%, no deductible, and $200 copay if not admitted | | |
| **Non-Emergency Use of Emergency Room** | Not Covered | | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 20% after Aetna Choice POS II deductible | | |
| **Family Planning** | | | |
| **Contraceptive Devices, Implants & Injectables**—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages. | 100% Covered, no copay, no deductible | | 50%, no deductible |
| **Voluntary Abortion** | Member cost sharing based on type of service performed, place of service where rendered and provider's network (SmartCare, Aetna Choice POS II or out-of-network) | | |
| **Prenatal Office Visits** | 100% Covered, no deductible | 100% Covered, no deductible | 50%, no deductible |
| **Maternity Delivery Charges (physician and facility)** | Covered under inpatient hospital benefit | | |
| **Voluntary Sterilization**—Covers tubal ligation. Reversals not covered. | 100% Covered, no copay, no deductible | | 50%, no deductible |

CONFIDENTIAL

CIGNA19-13260024022

# U.S. Medical (except California and Hawaii)

| SmartCare Gold PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Family Planning (continued)** | | | |
| Voluntary Sterilization—Covers vasectomy. Reversals not covered. | Member cost sharing based on type of service performed, place of service where rendered and provider's network (SmartCare, Aetna Choice POS II or out-of-network) | | |
| Infertility—Covers diagnosis and treatment of underlying cause. | Member cost sharing based on type of service performed, place of service where rendered and provider's network (SmartCare, Aetna Choice POS II or out-of-network) | | |
| Advanced Reproductive Technology (ART) | Not Covered | | |
| **Other Services** | | | |
| Skilled Nursing Facility—90 days per calendar year. | See footnote 1. | 20% after Aetna Choice POS II deductible and $200 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Home Health Care—150 visits per calendar year | See footnote 1. | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Private Duty Nursing—70 8-hr shifts per calendar year. | See footnote 1. | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Inpatient Hospice Care | 10% after SmartCare deductible | 20% after Aetna Choice POS II deductible and $200 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Outpatient Hospice Care | See footnote 1. | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Outpatient Short-Term Rehabilitation—Physician's services and services of physical, speech or occupational therapists for diagnosis of developmental delays or for treatment of acute conditions if such services will result in significant improvement in member's condition. | See footnote 1. | 20% after Aetna Choice POS II deductible applies to physical, occupational and speech therapy | 50% after out-of-network deductible applies to physical, occupational and speech therapy |
| Spinal Disorders—Spinal Manipulations performed by an MD, DO, chiropractor or therapist, 25 visits per calendar year. | See footnote 1. | $50 specialist copay | 50% after out-of-network deductible |
| Durable Medical Equipment | 10% after SmartCare deductible | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Prosthetics Devices—e.g., artificial limb, breast prosthesis. | See footnote 1. | 20% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Infusion Therapy—e.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | Member cost sharing based on type of service performed, place of service where rendered and provider's network (SmartCare, Aetna Choice POS II or out-of-network) | | |

Note: Some drugs may be covered at 100%. Please see the Women's Preventive Services section.

A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.

CONFIDENTIAL

CIGNA19-13260024023

# U.S. Medical (except California and Hawaii)

| SmartCare Gold PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Mental Health Services** | | | |
| **Inpatient Copay/Deductible**—Applies to inpatient Mental Health & Substance Abuse. | 10% after SmartCare deductible | 10% after SmartCare deductible | 50% after out-of-network deductible and $600 admission copay |
| **Maximum Inpatient Days Per Year** | No Limits | | |
| **Outpatient Behavioral Health Visit**—Applies to outpatient therapy visits in an office or other outpatient setting. | See footnote 1. | $10 copay | 50% after out-of-network deductible |
| **Maximum Outpatient Visits Per Year** | No Limits | | |
| **Residential Treatment Facility**—Subject to Inpatient Pre-certification requirements. | 10% after SmartCare deductible | 10% after SmartCare deductible | 50% after out-of-network deductible and $600 admission copay |
| **Intensive Outpatient**—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | See footnote 1. | $10 copay | 50% after out-of-network deductible |
| **Partial Hospitalization**—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | See footnote 1. | $10 copay | 50% after out-of-network deductible |

1  A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.

CONFIDENTIAL

# U.S. Medical (except California and Hawaii)

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

| SmartCare Gold PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Alcohol and Drug Abuse Services** | | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility. | 10% after SmartCare deductible | 10% after SmartCare deductible | 50% after out-of-network deductible and $600 admission copay |
| Maximum Inpatient Days Per Year | No Limits | | |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other outpatient setting. | See footnote 1. | $10 copay | 50% after out-of-network deductible |
| Maximum Outpatient Visits Per Year | No Limits | | |

| CVS Caremark Prescription Drug Coverage | In-Network[2] (You Pay) | | Out-of-Network (You Pay) |
|---|---|---|---|
| Out-of-Pocket Maximum (for prescription drugs only) | $1,250 individual/$2,500 family | | $1,250 individual/$2,500 family |
| **Retail (up to 30-day supply)—You Pay** | | | |
| Generic | 20% | | 50% |
| Preferred Brand | 20% | | 50% |
| Non-Preferred Brand | 60% | | 75% |
| **Mail Order & CVS/Pharmacy, Walmart & Kroger (90-day supply)—You Pay** | | | |
| Generic | 20%, $20 maximum | | Not covered |
| Preferred Brand | 20%, $100 maximum | | Not covered |
| Non-Preferred Brand | 60%, $300 maximum | | Not covered |
| **Specialty Drugs (30-day supply limit through CVS Caremark Specialty Pharmacy only)** | | | |
| Generic | $7 | | Not covered |
| Non-Generic | $75 | | Not covered |

Note: Some drugs may be covered at 100%. Please see the Women's Preventive Services section.

[1] A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.

[2] In-network pharmacies are CVS, Walmart, Kroger and their affiliated pharmacies

CONFIDENTIAL

CIGNA19-13260024025

# U.S. Medical (except California and Hawaii)

MAIN MENU for BENEFITS SUMMARY   MAIN MENU for THIS CHAPTER   CONTACT LIST   SEARCH

| SmartCare Silver Plus PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited | Unlimited |
| Deductible—Per calendar year. | $1,200 | $1,500 | $3,500 |
| Family Deductible Limit—once met, all family members will be considered as having met their deductible for the remainder of that calendar year. | $3,600 | $4,500 | $10,500 |
| Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. | $3,500 includes deductible | $5,000 includes deductible | $12,500 includes deductible |
| Family Out-of-Pocket Maximum—Specifies the amount which a family must meet before all family members receive reimbursement at 100%. | $7,000 includes deductible | $10,000 includes deductible | $25,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | $20 PCP copay | $35 PCP copay | 50% after out-of-network deductible |
| Specialist Office Visit | 20%, no deductible | 30%, no deductible | 50% after out-of-network deductible |
| Walk-in Clinic | See footnote 1. | $25 copay | 50% after out-of-network deductible |
| Teladoc | See footnote 1. | $5 copay | Not applicable |

**Preventive Care**
For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of the recommended preventive services, please visit USPSTF website, www.healthcare.gov/center/regulations/prevention/recommendations.html.

| | | | |
|---|---|---|---|
| Well Child Care—Includes routine immunizations, travel immunizations & flu shots. | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Well Child Care Frequency Limits | 7 exams in 1st 12 months of life, 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | | |
| Adult Routine Physical Exam | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Routine GYN Exam and Other Women's Preventive Services[3] | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Routine GYN Exam and Pap Smear Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | | |
| Routine Mammogram | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Routine Mammogram Frequency Limits | Baseline at age 35, 1 every 2 calendar years after age 35 and 1 every calendar year after age 40[2] | | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | 1 routine DRE and PSA per calendar year for males age 40 and over[4] | | |
| Colorectal Cancer Screenings—Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema. | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Colorectal Cancer Screenings Age/Frequency Limits | All members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years), Colonoscopy (1 every 10 years)[2] | | |

[1] A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.
[2] Under certain circumstances, age/frequency limits may vary based on risk factors.
[3] See Women's Preventive Services in What's Covered By the PPO and OOA Plans for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024026

**U.S. Medical (except California and Hawaii)**

| SmartCare Silver Plus PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Preventive Care (continued)** | | | |
| Routine Eye Exam | Not Covered; discounts available | Not Covered; discounts available | Not Covered; discounts available |
| Routine Hearing Exam | 100% Covered, no copay, no deductible | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine Hearing Exams Frequency Limits | 1 exam per calendar year | | |
| Hearing Aids[3] | See footnote 1. | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| **Hospital Care** | | | |
| Inpatient Copay/Deductible—Per admission. | None | $300 copay | $600 copay |
| Inpatient Hospital Coinsurance—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care.[2] | 20% after SmartCare deductible | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Outpatient Hospital Expenses—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. | 20% after SmartCare deductible | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| **Other Physician Services** | | | |
| Acupuncture—Covered in lieu of anesthesia only. | See footnote 1. | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Allergy Testing & Treatment—Office Visit | Covered at applicable PCP or Specialist Office Visit cost sharing | Covered at applicable PCP or Specialist Office Visit cost sharing | 50% after out-of-network deductible |
| Allergy Testing & Treatment—Performed in an independent lab. | 100% covered, no copay, no deductible | | 50% after out-of-network deductible |
| Allergy Injections—Not given by the physician, or not in conjunction with an office visit. | 100% Covered, no copay, no deductible | | 50% after out-of-network deductible |
| Second Surgical Opinion | Covered at applicable PCP or Specialist office visit cost sharing | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| Outpatient Surgery—Surgeon's charges performed in an office setting. | Covered at applicable PCP or Specialist office visit cost sharing | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| Outpatient Surgery—Surgeon's charges performed in other settings (outpatient department of hospital or ambulatory surgery center). | 20% after SmartCare deductible | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy | 20% after SmartCare deductible | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| **Diagnostic Procedures** | | | |
| Diagnostic Lab—Performed in a doctor's office as part of physician office visit and billed by a physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | Covered at applicable PCP or Specialist Office Visit cost sharing | 50% after out-of-network deductible |
| Diagnostic Lab—Performed in an independent lab. | 100% Covered, no copay, no deductible | | 50% after out-of-network deductible |

[1] A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.
[2] Services at Aetna Choice POS II children's hospitals will be covered at the SmartCare level of benefits.
[3] Excluding hearing aid batteries and repairs.

CONFIDENTIAL

CIGNA19-13260024027

# U.S. Medical (except California and Hawaii)

| SmartCare Silver Plus PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Diagnostic Procedures (continued)** | | | |
| **Diagnostic Lab**—Performed in an outpatient hospital. | 20%, no deductible | 30%, no deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing. | | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed in a free-standing facility. | See footnote 1. | 100% covered, no deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray**—Performed in an outpatient hospital. | 20%, no deductible | 30%, no deductible | 50% after out-of-network deductible |
| **Complex imaging services**—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | Covered at applicable PCP or Specialist office visit cost sharing | Covered at applicable PCP or Specialist office visit cost sharing | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—free-standing facility. | See footnote 1. | 30%, no deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—outpatient hospital. | 30%, no deductible | 40%, no deductible | 50% after out-of-network deductible |
| **Emergency Medical Care** | | | |
| **Urgent Care Facility** | 20%, no deducible | 30%, no deductible | 50% after out-of-network deductible |
| **Emergency Room**—Any copay applies only to E.R. Facility expenses. Related expenses—radiology, pathology, anesthesia, surgeon, etc. covered at E.R. coinsurance, no copay. | 20%, no deductible, and $200 copay if not admitted | | |
| **Non-Emergency Use of Emergency Room** | Not Covered | | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 30% after Aetna Choice POS II deductible | | |

1 A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.

Chart continued on next page

CONFIDENTIAL

CIGNA19-13260024028

| SmartCare Silver Plus PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Family Planning** | | | |
| Contraceptive Devices, Implants & Injectables—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages. | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Voluntary Abortion | Member cost sharing based on type of service performed, place of service where rendered and provider's network (SmartCare, Aetna Choice POS II or out-of-network) | | |
| Prenatal Office Visits | 100% Covered, no deductible | 100% covered, no deductible | 50%, no deductible |
| Maternity Delivery Charges (physician and facility) | Covered under inpatient hospital benefit | | |
| Voluntary Sterilization—Covers tubal ligation. Reversals not covered. | 100% Covered, no copay, no deductible | | 50%, no deductible |
| Voluntary Sterilization—Covers vasectomy. Reversals not covered. | Member cost sharing based on type of service performed, place of service where rendered and provider's network (SmartCare, Aetna Choice POS II or out-of-network) | | |
| Infertility—Covers diagnosis and treatment of underlying cause. | Member cost sharing based on type of service performed, place of service where rendered and provider's network (SmartCare, Aetna Choice POS II or out-of-network) | | |
| Advanced Reproductive Technology (ART) | Not Covered | | |
| **Other Services** | | | |
| Skilled Nursing Facility—90 days per calendar year. | See footnote 1. | 30% after Aetna Choice POS II deductible and $300 admission copay | 50% after out-of-network deductible and $600 admission copay |
| Home Health Care—150 visits per calendar year. | See footnote 1. | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| Private Duty Nursing—70 8-hr shifts per calendar year. | See footnote 1. | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |

[1]  A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.

CONFIDENTIAL

CIGNA19-13260024029

# U.S. Medical (except California and Hawaii)

| SmartCare Silver Plus PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Other Services—continued** | | | |
| **Inpatient Hospice Care** | 20% after SmartCare deductible | 30% after Aetna Choice POS II deductible and $300 admission copay | 50% after out-of-network deductible and $600 admission copay |
| **Outpatient Hospice Care** | See footnote 1. | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| **Outpatient Short-Term Rehabilitation**—Physician's services and services of physical, speech or occupational therapists for diagnosis of developmental delays or for treatment of acute conditions if such services will result in significant improvement in member's condition. | See footnote 1. | 30% after Aetna Choice POS II deductible applies to physical, occupational and speech therapy | 50% after out-of-network deductible applies to physical, occupational and speech therapy |
| **Spinal Disorders**—Spinal Manipulations performed by an MD, DO, chiropractor or therapist, 25 visits per calendar year. | See footnote 1. | 30%, no deductible | 50% after out-of-network deductible |
| **Durable Medical Equipment** | 20% after SmartCare deductible | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| **Prosthetics Devices**—e.g., artificial limb; breast prosthesis. | See footnote 1. | 30% after Aetna Choice POS II deductible | 50% after out-of-network deductible |
| **Infusion Therapy**—e.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | Member cost sharing based on type of service performed, place of service where rendered and provider's network (SmartCare, Aetna Choice POS II or out-of-network) | | |
| **Mental Health Services** | | | |
| **Inpatient Copay/Deductible**—Applies to inpatient Mental Health & Substance Abuse. | 20% after SmartCare deductible | 20% after SmartCare deductible | 50% after out-of-network deductible and $600 admission copay |
| **Maximum Inpatient Days Per Year** | No Limits | | |
| **Outpatient Behavioral Health Visit**—Applies to outpatient therapy visits in an office or other outpatient setting. | See footnote 1. | $20 copay | 50% after out-of-network deductible |
| **Maximum Outpatient Visits Per Year** | No Limits | | |
| **Residential Treatment Facility**—Subject to Inpatient Pre-certification requirements. | 20% after SmartCare deductible | 20% after SmartCare deductible | 50% after out-of-network deductible and $600 admission copay |
| **Intensive Outpatient**—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | See footnote 1. | $20 copay | 50% after out-of-network deductible |
| **Partial Hospitalization**—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | See footnote 1. | $20 copay | 50% after out-of-network deductible |

1 A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.

chart continued on next page

CONFIDENTIAL

CIGNA19-13260024030

## U.S. Medical (except California and Hawaii)

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

| SmartCare Silver Plus PPO (available in Chicago, IL and Dallas/Fort Worth, Houston/Beaumont and San Antonio, TX) | SmartCare Providers (You Pay) | Aetna Choice POS II Providers (You Pay) | Out-of-Network (You Pay) |
|---|---|---|---|
| **Alcohol and Drug Abuse Services** | | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility. | 20% after SmartCare deductible | 20% after SmartCare deductible | 50% after out-of-network deductible and $600 admission copay |
| Maximum Inpatient Days Per Year | No Limits | | |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other outpatient setting. | See footnote 1 | $20 copay | 50% after out-of-network deductible |
| Maximum Outpatient Visits Per Year | No Limits | | |

### CVS Caremark Prescription Drug Coverage

| | In-Network[2] (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| Out-of-Pocket Maximum (for prescription drugs only) | $1,250 individual/$2,500 family | $1,250 individual/$2,500 family |
| **Retail (up to 30-day supply)—You Pay** | | |
| Generic | 20% | 50% |
| Preferred Brand | 20% | 50% |
| Non-Preferred Brand | 60% | 75% |
| **Mail Order & CVS/Pharmacy, Walmart & Kroger (90-day supply)—You Pay** | | |
| Generic | 20%, $20 maximum | Not covered |
| Preferred Brand | 20%, $100 maximum | Not covered |
| Non-Preferred Brand | 60%, $300 maximum | Not covered |
| **Specialty Drugs (30-day supply limit through CVS Caremark Specialty Pharmacy only)** | | |
| Generic | $7 | Not covered |
| Non-Generic | $75 | Not covered |

Note: Some drugs may be covered at 100%. Please see the Women's Preventive Services section.

1 A SmartCare provider is not yet available for this service. You can use an Aetna Choice POS II network provider and receive Aetna Choice POS II benefits that will apply toward the Aetna Choice POS II deductible and out-of-pocket maximum.

2 In-network pharmacies are CVS, Walmart, Kroger and their affiliated pharmacies.

CONFIDENTIAL

CIGNA19-13260024031

## Using Out-of-Network Providers (Excluding Dialysis)

When you use out-of-network providers (doctors, specialists, hospitals and other health care providers not participating in the network), you pay a portion of most covered services after you meet your plan's individual annual deductible. Refer to the PPO Plans Summary of Benefits for a detailed list of out-of-network benefits.

### Non-Participating Physician Services for Aetna Members

Out-of-network providers can charge any amount for their services. The Plan will pay benefits on physician services only if the charges are less than or equal to the Aetna recognized charge. The recognized charge for a service or supply is the lowest of:

* The provider's usual charge for furnishing it; or

* The charge Aetna determines to be appropriate based on factors such as the cost of providing the same or a similar service or supply and the manner in which charges for the service or supply are made, billed or coded.

If your out-of-network provider charges more than the Aetna recognized charge (for physician services) you will be responsible for paying your share of the recognized charges plus 100% of any charges over the recognized charge. Charges that you pay in excess of the recognized charge do not count toward your deductible or your out-of-pocket maximum.

### Non-Participating Physician Services for Anthem BCBS Members

Since out-of-network providers can charge any amount for their services, the Plan will pay benefits only on charges considered reasonable and customary (R&C). R&C is the amount charged by the majority of doctors for the same medical services and procedures within the same geographical area. This amount is determined by insurance companies and is used as the maximum allowable amount for calculating the benefit they will pay for medical services.

Generally, claims for a particular procedure are eligible for full benefits; however, some medical claims submitted to the plan will be above the R&C level. If your out-of-network doctor charges more than the R&C level, you will be responsible for paying your share of the covered charges plus 100% of any charges over the R&C level.

Fees charged by participating providers are pre-negotiated and do not exceed R&C levels. R&C levels do not apply to the Out-of-Area plans.

### Non-Participating Physician Services for Cigna Members

Out of network providers can charge any amount for their services. The Plan will pay benefits on physician services only if the charges are less than or equal to Cigna's maximum reimbursable charge. Payments made to health care professionals not participating in Cigna's network are determined based on the lesser of:

* The health care professional's normal charge for a similar service or supply; or

* A percentage (110%) of a fee schedule developed

by Cigna that is based on a methodology similar to one used by Medicare to determine the allowable fee for the same or similar service in a geographic area.

In some cases, the Medicare based fee schedule is not used, and the maximum reimbursable charge for covered services is determined based on the lesser of:

* The health care professional's normal charge for a similar service or supply; or

* The amount charged for that service by 80% of the health care professionals in the geographic area where it is received.

### Hospital Services

Out-of-network hospitals can charge any amount for their services. The Plan will pay benefits on hospital services only if the charges are considered reasonable and customary (R&C). R&C is the amount charged by the majority of hospitals for the same medical services and procedures within the same geographical area. This amount is determined by insurance companies and is used as the maximum allowable amount for calculating the benefit they will pay for medical services.

If your out-of-network provider charges more than the R&C level (for hospital services), you will be responsible for paying your share of the covered charges plus 100% of any charges over R&C level. Charges that you pay in excess of R&C level do not count toward your deductible or your out-of-pocket maximum.

Recognized charges and R&C levels do not apply to the following:

CONFIDENTIAL

CIGNA19-13260024032

* Out-of-Area plans

* Care members receive because of circumstances outside of their control such as:

   —emergency care at out-of-network facilities

   —services from out-of-network doctors (radiologists, anesthesiologists, pathologists) at in-network facilities

To receive out-of-network benefits, you must submit a claim form along with original itemized bills for services covered under your Plan.

## Using Out-of-Network Providers for Dialysis

Out-of-network coverage for dialysis services performed at an outpatient dialysis treatment center (including all pharmacy, Epoetin (EPO), injectable drugs, biologics, laboratory, diagnostic testing and supplies) will be as follows:

Gold PPO and Silver Plus PPO Options and the SmartCare Gold PPO and Silver Plus PPO Options: You pay 50% after deductible, subject to a $650 maximum per visit. Charges that you pay above the $650 per-visit maximum do not apply to the annual out-of-pocket maximum and will be your responsibility.

### If You Are in an Aetna Plan

If you decide to utilize an Aetna network dialysis treatment center, you may be eligible for transition of care coverage. For additional information, please call Aetna member services at 1-800-695-9744.

### If You Are in an Anthem BCBS Plan

If you decide to utilize a BlueCard PPO network dialysis treatment center, you may be eligible for transition of care coverage. For additional information, please call Anthem BCBS member services at 1-877-434-2734.

### If You Are in a Cigna Plan

If you decide to utilize a Cigna network dialysis treatment center, you may be eligible for transition of care coverage. For additional information, please call Cigna member services at 1-866-634-2385.

## Using Out-of-Network Providers for Elective Back Surgery and Hip and Knee Replacements

Elective back surgery procedures and hip and knee replacements (arthroplasty) and revisions involving out-of-network providers will not be a covered benefit under the Medical Plan. The elective procedures include:

* Artificial Disc Surgery – Lumbar;

* Artificial Disc Surgery – Cervical;

* Lumbar Spinal Fusion;

* Inpatient and Outpatient Laminectomy;

* Related procedures (Cervical Thoracic and Lumbar); and

* Hip and Knee replacements (arthroplasty) and revisions.

Any exception to this exclusion will require clinical review (a medical director or nurse), prior to the date of surgery. In certain instances, the services can be reviewed on a retroactive basis. Precertification penalties may apply to retroactive approvals.

If either the physician(s) or facility is out-of-network and no exception approval applies, then all services related to the procedure will be denied and the member will be responsible for all costs related to the procedure. If it is believed that an exception applies, it is the member's responsibility to ensure that both their physician and facility get precertification approval prior to the procedure.

Please call your claims administrator's member services for more information, such as which procedure codes are included.

Precertification for coverage of elective back surgery procedures by an out-of-network provider (surgeon and facility) is required. A benefit determination will be made based on the following considerations:

* The procedure is medically necessary based upon the approved criteria/guidelines of the claims administrator

* The procedure is unique or highly specialized and is not otherwise available from an in-network provider; or

* The available in-network provider falls outside of designated market access standards; or

* Complications from a previous surgery, requiring the same surgeon to operate.

## How to Receive Out-of-Network Benefits

To receive out-of-network benefits, you must submit a claim form along with original itemized bills for services covered under your Plan. Refer to Filing Claims Under the Medical Plans in the Claims and Appeals chapter for more information on filing out-of-network claims. When you use out-of-network providers, the Plan begins to pay benefits after you and/or your family meets the Plan's annual deductible (see Annual Deductible for more information).

CONFIDENTIAL

CIGNA19-13260024033

After the annual deductible is met, the Plan pays a percentage of most covered medical expenses incurred during the same year by you and your covered family members. Expenses that you pay in excess of the reasonable and customary level do not count toward your deductible or your out-of-pocket maximum.

You will be responsible for paying the difference between what the Plan pays and what your doctor charges. This includes any amounts over the reasonable and customary level.

## Medical Plan Programs: Aetna Programs

In this section, you'll find information on these Aetna programs:

* Aetna Precertification Program
* Aetna: Finding an Aexcel Specialist in Aetna's Network
* Aetna: Maximum Allowable Amount for Upper GI Endoscopies and Colonoscopies
* Aetna Informed Health Line
* Aetna: Create Your Personal Health Record
* Aetna: Discount Programs and Services

### Aetna Precertification Program

The Aetna precertification program is designed to help ensure that the treatment or surgery recommended for you and your covered family members is the most appropriate. Specifically, the program:

* Coordinates with your doctor to obtain information required for precertification

* May recommend that you or your family member get a second surgical opinion

* May recommend an alternative treatment, which may be considered more appropriate (the choice of which treatment to receive, however, is always yours)

* Advises your doctor or hospital if the recommended treatment is a covered health service or has been otherwise approved (the choice of which treatment to receive, however, is always yours)

* Monitors hospital stays until you or your covered family member is discharged

### Your Responsibilities

If you are enrolled in the Gold PPO or Silver Plus PPO or the SmartCare Gold PPO or Silver Plus PPO plan, your in-network provider should precertify all in-network services that require precertification before treatment or surgery. However, you are responsible for ensuring that the necessary precertification requirements have been met prior to services being rendered.

You are responsible for calling Aetna's Member Services department to ensure your provider has obtained precertification for any out-of-network services listed prior to the services being rendered. Please refer to the When You Need Precertification and In an Emergency sections.

### When You Need Precertification

You or your provider should call Aetna to ensure that precertification has been obtained at least 14 days before any planned hospital admission or inpatient surgery. The list of services for which precertification must be obtained includes, but is not limited to, the following:

* Inpatient confinements
    —surgical and non-surgical, excluding vaginal or Caesarian deliveries
    —skilled nursing facility
    —rehabilitation facility
    —inpatient hospice (except Medicare)

* Reconstructive procedures that may be considered cosmetic
    —blepharaplasty/canthopexy/canthoplasty
    —excision of excessive skin due to weight loss
    —rhinoplasty/rhytidectomy
    —gastroplasty/gastric bypass
    —pectus excavatum repair
    —breast reconstruction/breast enlargement
    —breast reduction/mammoplasty
    —surgical treatment of gynecomastia
    —lipectomy or excess fat removal
    —sclerotherapy or surgery for varicose veins

* Artificial intervertebral disc surgery

* Lumbar spinal fusion surgery

* Laminectomy/Laminotomy Procedures (cervical, thoracic and lumbar)

* Elective back surgery procedures by an out-of-network provider

* Elective knee and hip replacements (arthroplasty) and revisions by an out-of-network provider

* Uvulopalatopharyngoplasty, including laser-assisted procedures

CONFIDENTIAL

CIGNA19-13260024034

# U.S. Medical (except California and Hawaii)

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

* Orthognathic surgery procedures, bone grafts, osteotomies and surgical management of the temporomandibular joint

* Dental implants and oral appliances

* Elective (non-emergent) transportation by ambulance or medical van, and all transfers via air ambulance

* Outpatient hospice care

* Stays in a Residential Treatment Facility

* Private duty nursing care

* The following conditionally eligible services (all services deemed "never effective" by Aetna are excluded from coverage)

  —stereotactic radiosurgery

  —somatosnesory evoked potential studies

  —cognitive skills development

  —hyperbaric oxygen therapy

  —ostochondral allograft/knee

  —cochlear device and/or implantation

  —osseointegrated implant

  —percutaneous implant of neuroelectrode array, epidural

  —GI tract imaging through capsule endoscopy

  —Botox injections—botulinum toxin type A

  —Alpha 1-proteinase inhibitor—human

  —negative pressure wound therapy pump

  —high-frequency chest wall oscillation generator system

* Medical injectables

  —Synagis

  —erythropoesis stimulating agents (ESA), such as darbepoetin alpha (Aranesp), and epotein alpha (Epogen and Procrit), and epoetin beta (Micera)

  —intravenous immunoglobin (IVIG)

  —growth hormone

  —blood-clotting factors

  —interferons, when used for hepatitis C: Pegasys®, Peg Intron®, Rebetron®, Roferon A®, Intron A®, Infergen®

  NOTE: Some medical injectables will only be covered through the Prescription Drug Program. Please check with CVS Caremark; pre-certification may be required.

* All home health care services, including home uterine monitoring

* Selected durable medical equipment

  —electric or motorized wheelchairs and scooters

  —clinitron and electric beds

  —limb prosthetics

  —customized braces

* In-network level of benefits for nonparticipating physicians and providers for non-emergent services only when there is an identified network deficiency. If services are rendered by an out-of-network provider without being precertified as payable at the in-network level of benefits, an appeal can be requested. The appeal will provide a medical review to determine access to in-network doctors performing the services that were rendered by the out-of-network provider.

* Special programs

  —to precertify mental health or substance abuse services, see your Aetna ID card

  —BRCA genetic testing

  —pre-implantation genetic testing

  —transplant services for all major organ transplant evaluations and transplants including, but not limited to, kidney, liver, heart, lung and pancreas, and bone marrow replacement or stem cell transfer after high-dose chemotherapy

  —outpatient imaging precertification for CTs, coronary computed tomographic angiography, MRI/MRA, nuclear cardiology, PET scans through MedSolutions. Providers can request precertifications from MedSolutions via phone, fax or email:

  Phone: 1-888-693-3211

  Fax: 1-888-693-3210

  website: www.medsolutionsonline.com

* Bariatric surgery; see Bariatric Surgery later in this chapter

### Additional Precertification Information

For inquiries regarding pre-certification please call 1-800-223-6857.

* Precertification approvals are valid for six months in all states.

The Plan does not require precertification for lengths of stay 48 hours or less for normal childbirth nor for lengths of stay 96 hours or less for cesarean section deliveries. If the maternity stay exceeds these lengths of stay, however, precertification is required.

CONFIDENTIAL

CIGNA19-13260024035

### In an Emergency

In an emergency, you or your family must notify Aetna within 48 hours of any hospital admission. Precertification is not necessary in emergency situations if you are not admitted to the hospital.

### Penalty for Not Precertifying

If you do not obtain the required precertification, the Plan will reduce your benefits by $500 per occurrence. Penalty amounts do not count toward your out-of-pocket maximum or your deductible.

Precertification does not guarantee coverage for or payment of the service or procedure reviewed. For benefits to be paid, on the date you receive service:

* You must be eligible for benefits;

* The service or surgery must be a covered benefit under your plan and medically necessary;

* The service cannot be subject to an exclusion under your plan; and

* You must not have exceeded any applicable visit limits under your plan.

### *Precertification for Skilled Facility and In-Patient Hospice Care*

* If precertification has been requested and denied:

—no benefits will be paid for room and board

—benefits for all other skilled facility or hospice care facility expenses will be paid at the percentage specified under your medical plan option

* If precertification has not been requested and the confinement (or any day of such confinement) is necessary:

—no benefits will be paid for room and board

—benefits for all other skilled facility or hospice care facility expenses will be paid at the percentage specified under your medical plan option

* If precertification has not been requested and the confinement (or any day of such confinement) is not necessary:

—no benefits will be paid for room and board

—no benefits for will be paid for all other expenses

### *Precertification for Home Health Care, Outpatient Hospice Care and Skilled Nursing Care*

* If precertification for a service or supply has been requested and denied or if certification has not been requested and the service or supply is not necessary, no benefits will be paid for the denied or unnecessary service or supply.

* If certification has not been requested for a service or supply and the service or supply is necessary, benefits for the necessary service or supply will be paid as follows:

—expenses incurred for the service or supply, up to the excluded amount, will not be covered

—benefits for all other covered medical expenses incurred for the service or supply will be paid at percentage specified under your medical plan option

Whether or not a day of confinement or a service or supply has been precertified, no benefit will be paid if the charges for such confinement or service or supply are excluded by any other terms of this Plan.

To get precertification you must call the number shown on your ID card. Such certification must be obtained before an expense is incurred. If a person's physician believes that the person needs more days of confinement or services or supplies beyond those which have been already certified you must call to certify more days of confinement or services or supplies. Prompt written notice will be provided to you of the days of confinement and services or supplies which have been certified.

If services and supplies for hospice care have been certified and the person later requires confinement in a hospital for pain control or acute symptom management, any other precertification requirement in this Plan will be waived for confinement in a hospital.

### *Precertification for Hospital and Treatment Facility Admissions for Alcoholism, Drug Abuse or Mental Disorders*

If, in connection with the treatment of alcoholism, drug abuse, or a mental disorder, a person incurs covered medical expenses while confined in a hospital or treatment facility; and

* it has not been precertified that such confinement (or any day of such confinement) is necessary; and

* the confinement has not been ordered and prescribed by the Behavioral Health Care Coordinator or an Aetna network provider upon referral by the Behavioral Health Care Coordinator

Covered medical expenses incurred on any day not certified during the confinement will be paid only as follows:

* With respect to expenses for hospital and treatment facility board and room:

CONFIDENTIAL

CIGNA19-13260024036

- —If precertification has been requested and denied, or if precertification has not been requested and the confinement is not necessary, no benefits will be paid.

- —If precertification has not been requested and the confinement is necessary, such expenses, up to the excluded amount, will not be covered medical expenses.

- With respect to all other hospital and treatment facility expenses:

  - —if certification has been requested and denied, or if precertification has not been requested and the confinement is necessary, such expenses, up to the excluded amount, will not be covered medical expenses.

  - —if precertification has not been requested and the confinement is not necessary, no benefits will be paid.

Whether or not a day of confinement is certified, no benefits will be payable for covered medical expenses incurred on any day of confinement as a full-time inpatient if excluded by any other terms of this plan; except that, if certification has been given for any day of confinement, the exclusions of services and supplies because they are not necessary will not be applied to hospital and treatment facility board and room.

To get the days certified, you must call the number shown on your ID card. Such certification must be obtained before confinement as a full-time inpatient, or in the case of an emergency admission, within 48 hours after the start of a confinement as a full-time inpatient or as soon as reasonably possible.

If the person's physician believes that the person needs more days of confinement beyond those which have already been certified, additional days of confinement must be certified. This must be done no later than on the last day that has already been certified.

## Aetna: Finding an Aexcel® Specialist in Aetna's Network

Depending on where you live, you may have access to Aetna's Performance Network that provides Aexcel-designated doctors in 12 specialty areas. These Aexcel doctors are some of the best performers, in terms of clinical performance and efficiency, in their specialty areas. When you visit an Aexcel doctor, you can eliminate referrals and you also may lower your out-of-pocket costs.

| The 12 medical specialties are: | |
|---|---|
| Cardiology | Obstetrics and Gynecology |
| Cardiothoracic Surgery | Orthopedics |
| Gastroenterology | Otolaryngology/ENT |
| General Surgery | Plastic Surgery |
| Neurology | Urology |
| Neurosurgery | Vascular Surgery |

Aetna analyzes specialists' performance using nationally recognized standards from many groups, including the American Heart Association, American College of Obstetricians and Gynecologists, Agency for Health Research and Quality, Society of Thoracic Surgeons, and Centers for Medicare & Medicaid Services.

To find out more about Aexcel or to find an Aexcel-designated specialty, go to www.livetheorangelife.com. When you see the blue star symbol and/or dates next to some names, this lets you know if those doctors are Aexcel-designated (and when their designation begins or ends). If you are not in an Aexcel plan and would like to learn more about opting into an Aexcel plan, call the Benefits Choice Center at 1-800-555-4954

## Aetna: The Maximum Allowable Amount for Upper GI Endoscopies and Colonoscopies

Some outpatient procedures, such as colonoscopies and upper GI endoscopies, show little to no variation in quality regardless of the facility you use—however, there can be a wide variation in cost. That's why for Aetna members in certain areas, upper GI endoscopies and colonoscopies are subject to the maximum allowable amount. This means that for endoscopies and colonoscopies performed by in-network providers and out-of-network providers, the plan will pay covered expenses up to maximum allowable amount. If your facility—even if you are using an in-network facility referred by your in-network physician—charges more than the maximum allowable amount, you are responsible for paying any amounts charged over the maximum allowable amount, in addition to any applicable copayments or coinsurance.

CONFIDENTIAL

CIGNA19-13260024037

For example, if you have a colonoscopy at a facility that charges $150 more than the maximum allowable amount:

* If you used an in-network facility, you would be charged $150 (in-network colonoscopies are 100% covered up to the maximum allowable amount).

* If you used an out-of-network facility you would be charged $150 in addition to your 50% coinsurance (out-of-network colonoscopies are covered at 50% of the maximum allowable charge with no deductible).

To find facilities in your area that charge at or below the Maximum Allowable Amount, use one of the following methods:

1. Aetna's Home Depot-specific DocFind through www.livetheorangelife.com. Click on Health Care > Medical and Prescription Drug > Aetna/CVS Caremark > Provider Search. Enter your home zip code. If the Maximum Allowable Amount applies to you, a guide with instructions on how to search for facilities that charge at or below the Maximum Allowable Amount will be available.

2. Submit a pre-determination form found on www.livetheorangelife.com. Follow the same path above to access and complete the form. Aetna will provide you a list of facilities at or below the Maximum Allowable Amount within 5 days.

3. Call Aetna Member Services at 1-800-695-9744.

For colonoscopies received as part of the preventive care services provided under the Patient Protection and Affordable Care Act, there will be an in-network facility available that does not charge over the maximum allowable amount.

### The Maximum Allowable Amount Can Change

Aetna may change a maximum allowable amount at any time, but in no event more than twice during a calendar year. Prior to scheduling a colonoscopy or upper GI endoscopy, please use one of the methods above to ensure the facility is at or below the Maximum Allowable Amount.

### Important Note

Upper GI endoscopy and colonoscopy surgical procedures: a physician may perform more than one surgical procedure during one operation through the same incision or natural body orifice, or in the same operative field. When this happens, the plan covers only one of the procedures that are performed. The plan will pay up to 100% of the maximum allowable amount, as shown in the Schedule of Maximum Allowable Amounts, for the most costly of the procedures.

When two or more surgical or bilateral procedures are performed by a physician during one operation but in separate operative fields, the plan will pay the following in accordance with the maximum allowable amounts as shown in the Schedule of Maximum Allowable Amounts:

* Up to 100% of the maximum allowable amount for the most costly of the procedures;

* 50 percent of the maximum allowable amount for the next most costly procedure; and

* 25 percent of the maximum allowable amount for each of the other procedures, if any.

### Aetna: Informed Health® Line

Aetna plan participants can use the Informed Health Line 24 hours a day, seven days a week to talk with a registered nurse about your health questions. The nurse counselors can help you better understand symptoms, discuss self-care options, and decide if you should see a doctor. They also can help you better understand a diagnosis and your treatment options. Call the Informed Health Line at 1-800-895-9744.

### Go Online for Even More Health Information

Use the Healthwise® Knowledgebase to find out more about a health condition or medications you take. Healthwise Knowledgebase is easy-to-use and has powerful search functions to help you find information about more than 3,400 topics—health conditions, medical tests and procedures, medications and everyday health and wellness issues. Content is written and reviewed by an expert team of physicians, nurses, medical writers and researchers, and updated as new research is reported.

Go to www.aetna.com and access the Aetna Navigator™ member website to reach Healthwise Knowledgebase.

### Aetna: Create Your Personal Health Record

Aetna's Personal Health Record is a secure, online tool that lets you create, view, access, and manage your personal health information and share it with your doctors. By creating your Personal Health History, you can:

CONFIDENTIAL

CIGNA19-13260024038

* Keep your health information in one place. It's always available for you to access in an emergency.

* Share your history with your doctor. You can print your detailed health summary and take it with you to give your doctors a more detailed view of your health.

* Maintain or even improve your health. Based on your health profile provided by insurance claims and information you enter yourself, the Personal Health Record generates personalized health-related alerts that can help you address your health needs in a timely manner.

To access and create a Personal Health Record for yourself and/or covered family members, go to www.aetna.com and access the Aetna Navigator™ member website.

## Aetna: Discount Programs and Services

If you enroll in one of the Aetna medical options, you may have access to these discount programs and services at no extra cost:

* Preferred rates for fitness club memberships in the GlobalFit™ network (with over 2,000 locations). Go to www.globalfit/fitness for a list of participating clubs. Then enroll online or call 1-800-298-7800.

* Discounts on complementary health services and natural products. The Aetna Natural Products and Services™ program provides savings through American Specialty Health Networks, Inc. This includes massage therapy, acupuncture, chiropractic care, dietetic counsel-

ing, and natural products (such as over-the-counter vitamins, yoga equipment, aromatherapy, and nutritional and health supplements).

* Discounts on hearing services and products. Aetna Hearing℠ provides discounts on hearing aids, hearing exams, and hearing aid services. Go to www.hearpo.com/aetna for more information.

* Weight management program discounts. You and your eligible family members can save on weight loss programs and products from Jenny Craig®. A 30-day membership is free, then you get 30% off an OnTrack 6-month (Gold) or 12-month (Platinum) membership. Or you can get 15% off a Jenny Rewards 12-month membership. Get a personalized registration coupon through your Aetna member website.

* Other savings programs! Aetna offers other savings programs such as discounts on Sonicare® toothbrushes, discounts on Zagat.com subscriptions, discounts on eDiets® memberships, and more. Go to www.livetheorangelife.com to find out about other healthy savings programs.

## Medical Plan Programs: Anthem Blue Cross Blue Shield Programs

In this section, you'll find information on these programs:

* Anthem BCBS: Precertification Program

* Anthem BCBS: The Maximum Benefit Allowed Amount for Upper GI Endoscopies, Colonoscopies, CT Scans and MRIs

* Anthem BCBS: 24/7 NurseLine

* Discount Programs SpecialOffers@Anthem

## Anthem BCBS: Precertification Program

The precertification program is designed to help ensure that the treatment or surgery recommended for you and your covered family members is the most appropriate. Specifically, the program:

* Coordinates with your doctor to obtain information required for precertification

* May recommend that you or your family member get a second surgical opinion

* May recommend an alternative treatment, which may be considered more appropriate (the choice of which treatment to receive, however, is always yours)

* Advises your doctor or hospital if the recommended treatment is a covered health service or has been otherwise approved (the choice of which treatment to receive, however, is always yours)

* Monitors hospital stays until you or your covered family member is discharged

If you are enrolled in an Anthem BCBS Plan, your in-network provider will typically precertify all in-network services that require precertification before treatment or surgery. However, you are responsible for ensuring that the necessary precertification requirements have been met prior to treatment or surgery.

You are also responsible for calling Anthem BCBS Member Services department to ensure your provider has obtained precertification for any out-of-network services listed in this section, prior to the services being rendered.

You or your provider should call Anthem-Blue Cross Blue Shield to ensure that precertification has been obtained at least 14 days before any planned hospital admission or inpatient surgery.

CONFIDENTIAL

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 76 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

The list of services for which precertification must be obtained includes, but is not limited to, the following:

### Inpatient Admission:

* Elective admissions

* Emergency admissions (Claims Administrator requires Plan notification no later than two business days after admission)

* Newborn stays beyond that of the mother

* Inpatient skilled nursing facility (SNF)

* Long term acute care facility (LTAC)

* Rehabilitation facility admissions

* OB related admissions (complications, excludes childbirth)

* Bariatric surgery: See Bariatric Surgery under What's Covered by the PPO and OOA Plans or What's Covered Under the HDHP

### Outpatient Services:

* Outpatient imaging services:
  —All CT/CTA scans
  —MRI/MRA/MRS
  —PET Scans
  —Nuclear Cardiology
  —Echocardiograms

* Lumbar spinal surgeries (fusion only)

* Laminectomy/Laminotomy Procedures (cervical, thoracic and lumbar)

* Elective back surgery procedures by an out-of-network provider

* Elective knee and hip replacements (arthroplasty) and revisions by an out-of-network provider

* UPPP surgery (uvulopalatopharyngoplasty, uvulopharyngoplasty)

* Plastic/reconstructive surgeries including but not limited to:
  —Blepharoplasty
  —Rhinoplasty
  —Panniculectomy, Diatasis Recti Repair
  —Insertion/Injection of Prosthetic Material Collagen Implants
  —Chin Implant, Mentoplasty, Osteoplasty Mandible

* DME/Prosthetics: recommendation is to verify benefits for all DME, and medical necessity on the list below
  —Wheelchairs; deluxe, motorized or powered, and accessories
  —Hospital beds, rocking beds and air beds
  —Prosthetics: electronic or externally powered and select other prosthetics
  —Custom made and /or custom fitted prefabricated orthotics and braces

* Private duty nurse services in the home setting

* Bariatric surgery: See Bariatric Surgery under What's Covered by the PPO and OOA Plans or What's Covered Under the HDHP

* Thoracoscopy for treatment of Hyperhidrosis

### Human Organ and Bone Marrow/ Stem Cell Transplants:

* Inpatient admissions for ALL solid organ and bone marrow/stem cells (Including kidney only transplants)

* All outpatient services for the following:

  —Stem Cell/Bone Marrow transplant (with or without myeloablative therapy)

  —Donor Leukocyte Infusion

### Mental Health/Substance Abuse (MHSA):

* Acute inpatient admissions

* Electric convulsive therapy (ECT)

* Transcranial Magnetic Stimulation (TMS)

* Intensive outpatient therapy (IOW)

* Partial hospitalization (PHP)

* Residential care

* Applied Behavioral Analysis: See Short-Term Rehabilitation Expenses under What's Covered by the PPO and OOA Plans or What's Covered Under the HDHP

### Penalty for Not Precertifying

If you do not obtain the required precertification, a $500 penalty will apply and the Plan may not pay for all services rendered. Penalty amounts do not count toward your out-of-pocket maximum or your deductible.

Precertification does not guarantee coverage for or payment of the service or procedure reviewed. For benefits to be paid, on the date you receive service:

* You must be eligible for benefits;

* The service or surgery must be a covered benefit under your plan and medically necessary;

* The service cannot be subject to an exclusion under your plan; and

* You must not have exceeded any applicable visit limits under your plan.

CONFIDENTIAL

CIGNA19-13260024040

# U.S. Medical (except California and Hawaii)

## Anthem BCBS: The Maximum Benefit Allowed Amount for Upper GI Endoscopies, Colonoscopies, CT Scans and MRIs

Some outpatient procedures, such as colonoscopies upper GI endoscopies, CT scans and MRIs, show little to no variation in quality regardless of the provider you use–however, there can be a wide variation in cost. In certain areas, these procedures are subject to a maximum benefit allowed amount. This means that for these procedures performed by in-network providers and out-of-network providers, the plan will allow covered expenses up to the maximum benefit allowed amount. If the providers you use— even if you are using in-network providers referred by your in-network physician—charge more than the maximum benefit allowed amount, you are responsible for paying any amounts charged over the maximum benefit allowed, in addition to any applicable copayments or coinsurance.

For example, if you have a colonoscopy at a facility that charges $150 more than the maximum benefit allowed amount:

* If you used an in-network facility, you would be charged $150 (in-network colonoscopies are 100% covered up to the maximum benefit allowed amount).

* If you used an out-of-network facility you would be charged $150 in addition to your 50% coinsurance (out-of-network colonoscopies are covered at 50% of the maximum benefit allowed amount with no deductible).

To find facilities in your area that charge at or below the Maximum Benefit Allowed Amount, use one of the following methods:

1. Provider Finder through www.livetheorangelife.com. Click on Health Care > Medical and Prescription Drug. Enter your home zip code. If the Maximum Benefit Allowed Amount applies to you, a guide with instructions on how to search for facilities that charge at or below the Maximum Benefit Allowed Amount will be available.

2. Log onto anthem.com and select the 'Estimate Your Cost' option to view participating providers in your area and their associated fees. You can select a provider that is under the Maximum Benefit Allowed Amount to minimize the out-of-pocket costs you will incur for these services.

3. If you need assistance in identifying providers who are under the Maximum Benefit Allowed Amount (also known as Reference Based Benefit), please call Anthem Member Services at 1-877-434-2734.

For colonoscopies received as part of the preventive care services provided under the Patient Protection and Affordable Care Act, there will be an in-network facility available that does not charge over the maximum benefit allowed amount.

### The Maximum Benefit Allowed Amount Can Change

Anthem may change a maximum benefit allowed amount at any time, but in no event more than twice during a calendar year. Prior to scheduling a colonoscopy, upper GI endoscopy, CT scan or MRI please use one of the methods above to ensure the facility is at or below the Maximum Benefit Allowed Amount.

## Anthem BCBS: 24/7 NurseLine

Call the 24/7 NurseLine to talk with a registered nurse about your health concern no matter the time or day, just by calling the Customer Service number on the back of your ID Card and asking for the 24/7 NurseLine. Whether it's a question about allergies, fever, types of preventive care or any other topic, nurses are always there to provide support and peace of mind. And, if you want, a nurse will call you later to see how you're doing.

Anthem's nurses can help you choose the right place for care if your doctor isn't available and you aren't sure what to do. Do you need to head straight to the emergency room? Is urgent care best? Or do you need to see your doctor? Making the right call can save you time and money – and give you access to the best possible care.

Do you speak Spanish or another language other than English? We have Spanish-speaking nurses and translators on call. TTY/TDD services are available, too.

If you'd prefer not to talk about your health concern over the phone, the AudioHealth Library might be for you. These helpful prerecorded messages cover more than 300 health topics in English and Spanish. Just call the 24/7 NurseLine number and choose the AudioHealth Library option.

CONFIDENTIAL

CIGNA19-13260024041

# U.S. Medical (except California and Hawaii)

## Discount Programs SpecialOffers@Anthem™

With SpecialOffers@Anthem, you can access discounts on products and services that help promote better health and well-being. Log in to www.anthem.com.

## Medical Plan Programs: Cigna Programs

In this section, you'll find information on these Cigna programs:

* Pre-Admission Certification/Continued Stay Review for Hospital Confinement Program

* Cigna: Finding a Cigna Care Network (CCN) Provider

* Cigna: Talk to a Nurse

* Cigna: Discount Programs and Services

## Cigna Pre-Admission Certification/ Continued Stay Review for Hospital Confinement Program

Pre-Admission Certification (PAC) and Continued Stay Review (CSR) refer to the process used to certify the Medical Necessity and length of a hospital confinement when you or your dependent requires treatment in a hospital:

* As a registered bed patient;

* For a partial hospitalization for the treatment of mental health or substance abuse; and

* For mental health or substance abuse residential treatment services.

### Your Responsibilities

If you are enrolled in the Gold PPO or Silver Plus PPO, your in-network provider should precertify all in-network services that require precertification before treatment or surgery. However, you are responsible for ensuring that the necessary PAC requirements have been met prior to treatment or surgery.

You are responsible for calling Cigna's Member Services department to ensure your provider has obtained PAC for any out-of-network services listed in this section prior to the services being rendered.

You or your provider should call Cigna to precertify medical treatment at least 14 days before any planned hospital admission or inpatient surgery.

In the case of an emergency admission, you should contact Cigna within 48 hours after the admission. For an admission due to pregnancy, you should call Cigna by the end of the third month of pregnancy. CSR should be requested, prior to the end of the certified length of stay, for continued hospital confinement.

### When you need Pre-Admission Certification or Continued Stay Review

Services that require pre-admission certification include, but are not limited to:

* Inpatient Hospital services;

* Inpatient services at any participating Other Health Care Facility;

* Residential treatment;

* Outpatient facility services;

* Elective back surgery procedures by an out-of-network provider;

* Elective knee and hip replacements (arthroplasty) and revisions by an out-of-network provider;

* Intensive outpatient programs;

* Advanced radiological imaging;

* Non-emergency ambulance; or

* Transplant services.

PAC and CSR are performed through a utilization review program by a Review Organization with which Cigna has contracted.

### Penalty for Not Obtaining Pre-Admission Certification or Continued Stay Review

If you do not obtain the required PAC, a $500 penalty will apply and the Plan may not pay for all services rendered. Penalty amounts do not count toward your out-of-pocket maximum or your deductible.

PAC and CSR do not guarantee coverage for or payment of the service or procedure reviewed. For benefits to be paid, on the date you receive service:

* You must be eligible for benefits;

* The service or surgery must be a covered benefit under your plan and medically necessary;

* The service cannot be subject to an exclusion under your plan; and

* You must not have exceeded any applicable visit limits under your plan.

### Outpatient Certification Requirements

Outpatient Certification refers to the process used to certify the medical necessity of outpatient diagnostic

CONFIDENTIAL

testing and outpatient procedures, including, but not limited to, those listed in this section when performed as an outpatient in a free-standing surgical facility, other health care facility or a physician's office.

## Your Responsibilities

Your in-network provider should precertify all in-network services that require precertification. However, you are responsible for ensuring that the necessary PAC requirements have been met at least 4 working days prior to having the procedure performed or the service rendered.

### Penalty for Not Receiving Outpatient Certification

If you do not obtain the required outpatient certification, a $500 penalty will apply and the Plan may not pay for all services rendered. Penalty amounts do not count toward your out-of-pocket maximum or your deductible.

PAC and CSR do not guarantee coverage for or payment of the service or procedure reviewed. For benefits to be paid, on the date you receive service:

* You must be eligible for benefits;

* The service or surgery must be a covered benefit under your plan and medically necessary;

* The service cannot be subject to an exclusion under your plan; and

* You must not have exceeded any applicable visit limits under your plan.

## Diagnostic Testing and Outpatient Procedures

Including, but not limited to:

* Advanced radiological imaging – CT Scans, MRI, MRA or PET scans

* Hysterectomy

Outpatient certification is performed through a utilization review program by a Review Organization with which Cigna has contracted.

## Cigna: Finding a Cigna Care Network (CCN) Provider

Depending on where you live, you may have access to Cigna's Care Network (CCN) that provides Cigna-designated doctors in 19 specialty areas. These Cigna Care designated doctors are some of the best performers, in terms of clinical performance and efficiency, in their specialty areas. When you visit a CCN doctor, you can eliminate referrals and you also may lower your out-of-pocket costs.

| The 19 medical specialties are: | |
| --- | --- |
| Allergy/Immunology | Nephrology |
| Cardiology | Neurology |
| Cardiothoracic Surgery | Neurosurgery |
| Colon and Rectal Surgery | Obstetrics and Gynecology |
| Dermatology | Opthamology |
| Ear/Nose/Throat | Orthopedics/Surgery |
| Endocrinology | Pulmonology |
| Gastroenterology | Rheumatology |
| General Surgery | Urology |
| Hematology/Oncology | |

Cigna analyzes specialists' performance using nationally recognized standards from many groups, including the American Heart Association, American College of Obstetricians and Gynecologists, Agency for Health Research and Quality, Society of Thoracic Surgeons; and Centers for Medicare & Medicaid Services.

To find out more about CCN or to find a CCN-designated specialty, go to www.livetheorangelife.com. When you see the large blue "C", this indicates those doctors are CCN-designated. If you are not in a CCN plan and would like to learn more about opting into a CCN plan, call the Benefits Choice Center at 1-800-555-4954

## Cigna: Talk to a Nurse

The 24-Hour Health Information Line provides immediate solutions and advice on medical treatment and hundreds of the latest podcasts to help you stay informed about health and wellness. Call 1-866-634-2385 to speak with a specialist trained as a registered nurse. High fever, bad cough, unexpected allergic reaction–whatever your situation—your Cigna nurse will provide guidance and help you decide if urgent care is necessary.

You also can listen to a podcast to get instant advice and information on anything from strep throat to stress management. Cigna has hundreds of podcasts to choose from.

## Cigna: Discount Programs and Services

Improving health has many rewards. Cigna Healthy Rewards® includes special discounts on programs and services designed to help you enhance your health and wellness. The offers include brand names

CONFIDENTIAL

CIGNA19-13260024043

such as Jenny Craig®, Pearle Vision®, Curves®, drugstore™ and more.

If you have Cigna coverage, the choice to use Healthy Rewards is entirely yours. The program is separate from your coverage, so the services don't apply to your plan's copays or coinsurance. No doctor's referral is required – and no claim forms, either. Set the appointments yourself, show your ID card when you pay for services and enjoy the savings.

- Weight management and nutrition
- Fitness
- Tobacco cessation
- Mind/body
- Vision and hearing care
- Alternative medicine
- Healthy lifestyle products
- Dental care

Good health is its own reward. So consider this a well-deserved bonus. For a complete list of Healthy Rewards vendors and programs, visit myCigna.com.

## What's Covered by the PPO and OOA Plans

The PPO and OOA Plans cover most medical bills for illness or injury, as long as the treatment, service or supply is considered medically necessary or is a covered service. The Plan considers a service or supply medically necessary if it is a generally accepted health care practice and is required to treat the condition of the patient, as determined by the claims administrator. The fact that a doctor or other provider of medical services prescribes, recommends or approves a treatment, service or supply does not automatically make it a covered expense under the Medical Plan. The preventive care benefits cover in- and out-of-network preventive prostate cancer screenings, mammograms, pap smears, colorectal screenings, in-network well-child care services and some additional in-network well-adult care services.

For percentages of coinsurance and deductible amounts for the PPO and OOA Plans, see the **PPO and OOA Plans Summary of Benefits** charts.

### Alcoholism or Drug Abuse

Certain expenses for the treatment are covered medical expenses.

#### *Inpatient Treatment*

If a person is a full-time inpatient either in a hospital or in a treatment facility, then coverage is as shown below:

- Hospital: treatment of medical complications of alcoholism or drug abuse, such as cirrhosis of the liver, delirium tremens, or hepatitis; and effective treatment of alcoholism or drug abuse
- Treatment facility: room and board, up to the private room limit; other necessary services and supplies

#### *Outpatient Treatment*

Expenses incurred for the effective treatment of alcoholism or drug abuse while the person is not confined as a full-time inpatient in a hospital or treatment facility will be considered covered medical expenses.

Charges incurred for the treatment of alcoholism or drug abuse on an inpatient or an outpatient basis are covered medical expenses to the same extent as charges incurred for the treatment of any other disease.

### Bariatric Surgery

Coverage for bariatric surgery requires you to satisfy the following eligibility criteria in order to seek approval for the bariatric surgery benefit.

- For Aetna members considering bariatric surgery, call **1-800-695-9744**
- For Anthem BCBS members considering bariatric surgery, call **1-877-434-2734**
- For Cigna members considering bariatric surgery, call **1-866-634-2385**

You will be assigned a case manager that can help you review the eligibility requirements, precertify, find an approved, top-performing facility, hereafter called Center of Excellence (COE)[1], or get other information regarding your bariatric surgery benefit.

You must meet these initial eligibility requirements. Other rules may apply:

- Meet the following Obesity Guidelines:*
  - —BMI of equal to or greater than 40, irrespective of co-morbidities as defined by National Institute of Health (NIH), or

* Obesity Guidelines are based on National Institute of Health (NIH) guidelines. Eligibility design will be updated automatically for BMI as NIH guidelines are updated.

1 Your claims administrator may define their top-performing facilities by a different name:
- Aetna: Institute of Quality (IOQ)
- Anthem: Blue Distinction Bariatric Center of Excellence
- Cigna: Bariatric Centers of Excellence

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 81 of 405

**U.S. Medical (except California and Hawaii)** | MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

—BMI of equal to or greater than 35, with at least one significant co-morbid condition as defined by National Institute of Health (NIH). AND

* Complete a 3-month physician supervised weight loss program that includes nutritionist/ dietician involvement or complete a three-month multi-disciplinary surgical prepatory regimen in accordance with your plan administrator's bariatric medical policy; AND

* Complete a pre-surgery psychological evaluation; AND

* Have the surgery performed at a facility that has been designated a Bariatric Surgery Center of Excellence as defined by Aetna[1,2], Anthem BCBS or Cigna[2]; AND

* Seek prior approval before obtaining any Bariatric Services through pre-certification/prior notification to activate bariatric surgery benefit.

Please Note: *Body weight must be within 103% of starting weight at the beginning of pre-surgery preparatory regimen. If starting weight is 104-105%, an additional 3 months (following your 3-month weight loss program) will be given to meet the 103% or less weight requirement. Other completed criteria will be accepted during the full 6-month period. If your weight is not within 103% of starting weight at the end of the 6-month period, surgery is denied and the pre-surgery preparatory program must start from the beginning. If final reported weight is over 105% of original pre-surgery weight, surgery is denied.*

If you live more than 100 miles from a designated Institute of Quality, you may be eligible for Travel and Lodging reimbursement of up to $50 per night per person (up to $100 total). There is a $10,000 Travel & Lodging maximum per procedure. All Travel and Lodging reimbursement must be pre-approved.

### Exclusions Related to Bariatric Surgery

* Cosmetic Surgery to correct such skin conditions as excess skin after successful weight loss, unless medically necessary

* Breast Reduction and Abdominoplasty, unless medically necessary

* Revisions, unless medically necessary

* Any member under the age of 18

### Skilled Nursing Facility

The Plan covers charges made by a skilled nursing facility for the following services and supplies, provided that they are furnished to a covered person while he or she is confined while convalescing from a disease or injury:

* Room and board, including charges for services, such as general nursing care, made in connection with room occupancy. Not included is any charge for daily room and board in a private room that exceeds the semi-private room limit

* Use of special treatment rooms

* X-ray and lab work

* Physical, occupational or speech therapy

* Oxygen and other gas therapy

* Other medical services usually given by a skilled facility. This does not include private or special nursing, or physician's services

* Medical supplies

Benefits will be paid for no longer than 90 days during any one calendar year.

### Skilled Nursing Facility Limitations

Benefits will not be provided when a member reaches the maximum level of recovery possible and no longer requires other than routine care. Charges for these skilled facility expenses are not covered:

* Drug addiction

* Chronic brain syndrome

* Alcoholism

* Senility

* Mental retardation

* Any other mental disorder

### Emergency Room

It is important that all visits to a hospital emergency room occur in the context of a "true emergency," such as a life-threatening illness or injury. These include severe breathing problems, major burns, head injuries, acute heart attack symptoms, uncontrollable bleeding, unconsciousness or other extreme circumstances.

* Emergency care. Covered medical expense for charges made by the hospital will be covered if

---

1  If you are covered under the SmartCare Gold PPO or Silver Plus PPO plan: benefits will be paid at 90% or 80% respectively after the SmartCare deductible if a SmartCare facility is chosen that is also designated as an Aetna Bariatric Surgery Institute of Quality. Aetna facilities with no IOQ designation will not be covered.
2  Your claims administrator may define their top-performing facilities by a different name:
   • Aetna: Institute of Quality (IOQ)
   • Anthem: Blue Distinction Bariatric Center of Excellence
   • Cigna: Bariatric Centers of Excellence

CONFIDENTIAL

CIGNA19-13260024045

treatment is received in the emergency room of a hospital while a person is not a full-time inpatient. You must verify the treatment is a true emergency.

* Non-emergency care. No benefits are payable if treatment is received in the emergency room of a hospital while a person is not a full-time inpatient and the treatment is not for emergency care.

### Family Planning

The charges made by a physician or hospital services even though they are not incurred in connection with the diagnosis or treatment of a disease or injury, are covered medical expenses.

Benefits will be payable for:

* A vasectomy for voluntary sterilization

* A tubal ligation for voluntary sterilization

* Voluntary abortions

Charges for the reversal of a sterilization procedure are not covered.

### Home Health Care

Home health care provides a program for the member's care and treatment in the home. The program consists of required intermittent skilled care, which may include observation, evaluation, teaching and nursing services consistent with the diagnosis, established and approved in writing by the member's attending physician. Home health care expenses are covered if:

* The charge is made by a home health care agency; and

* The care is given under a home health care plan; and

* The care is given to a person in his or her home.

Home health care expenses are charges for:

* Part-time or intermittent care by an R.N. or by an L.P.N. if an R.N. is not available

* Part-time or intermittent home health aide services for patient care and in direct support of care by an R.N. or an L.P.N.

* Part-time or intermittent medical social services by a social worker when provided in conjunction with, and in direct support of care by an R.N. or an L.P.N.

* Medical supplies, prescription drugs and lab services by or for a home health care agency to the extent they would have been covered under this plan if you had continued your hospital stay

* Physical, occupational, and speech therapy. Note: Covered services available under Home Health Care do NOT reduce outpatient benefits available under the Physical Therapy section shown in this Plan.

* The following expenses to the extent they would have been covered under this Plan if the person had been confined in a hospital or skilled facility:

  —medical supplies;

  —drugs and medicines prescribed by a physician;

  —oxygen and its administration; and

  —lab services provided by or for a home health care agency

The plan covers up to 150 visits in a calendar year. Each visit by a nurse or therapist is considered one visit. Each visit of up to four hours by a home health aide is considered one visit.

Any service not specifically outlined above is not covered under Home Health Care benefits.

### Hospice Care

This is care given to a terminally ill person by or under arrangements with a hospice care program.

#### Hospice Facility Expenses

Charges made by a hospice facility, hospital or skilled facility for:

* Inpatient Care: room and board and other services and supplies furnished to a person while a full-time inpatient for pain control and other acute and chronic symptom management. Charges that exceed the semi-private room limit for daily room and board are not covered.

* Outpatient Care: services and supplies furnished to a person while not confined as a full-time inpatient.

### Hospice Outpatient Care

Charges made by a hospice care agency for:

* Part-time or intermittent nursing care by an R.N. or L.P.N. for up to eight hours in any one day

* Medical social services under the direction of a physician, including:

  —assessment of the person's social, emotional, and medical needs, and home and family situation;

  —identification of the community resources that are available to the person; and

  —assisting the person to obtain those resources as needed.

* Psychological and dietary counseling

* Consultation or case management services by a physician

CONFIDENTIAL

CIGNA19-13260024046

- Physical and occupational therapy

- Part-time or intermittent home health aide services (mainly for caring for the person) for up to eight hours in any one day

- Medical supplies

- Drugs and medicines prescribed by a physician

The plan covers outpatient care charges made by these providers, as long as the provider is not an employee of a hospice care agency and the hospice care agency is responsible for the care of the person:

- Physician for consultant or case management services

- Physical or occupational therapist

- Home health care agency for:

  —physical and occupational therapy

  —part-time or intermittent home health aide services (mainly for caring for the person) for up to eight hours in any one day

  —medical supplies

  —drugs and medicines prescribed by a physician

  —psychological and dietary counseling

Not included are charges for:

- Funeral arrangements

- Pastoral counseling

- Financial or legal counseling, including estate planning and the drafting of a will

- Homemaker or caretaker services that are not solely related to care of the person, including sitter or companion services for either the person who is ill or other members of the family, transportation, housecleaning, and maintenance of the house

- Respite care furnished during a period of time when the person's family or usual caretaker cannot, or will not, attend to the person's needs

## Hospitals

### Inpatient Hospital Expenses

Charges made by a hospital for semi-private room and board and other hospital services and supplies while a covered person is confined as a full-time inpatient. Semi-private room limit is determined based on the room and board charge that an institution applies to the most beds in its semi-private rooms with 2 or more beds. If there are no such rooms, the rate is based on the rate most commonly charged by similar institutions in the same geographic area.

### For In-Network Care

If a private room is used, the daily board and room charge will be covered if your network provider requests a private room and your claims administrator approves this request. If these procedures are not followed, any part of the daily board and room charge that is more than the semi-private room limit is not covered.

### For Out-of-Network Care

You are responsible for any charge for daily room and board in a private room that exceeds the Plan's semi-private room limit.

### Outpatient Hospital Expenses

Charges made by a hospital for hospital services and supplies that are provided to a covered person who is not a full-time inpatient.

## Administration of Drugs in a Hospital-Based Setting

For certain drugs that are administered by a health care provider, such as Intravenous Immunoglobulin, the plan will not cover the drug and associated charges when administered in the hospital-based outpatient setting unless it is deemed to be medically necessary for the drug to be administered in the hospital-based outpatient setting. The determination as to whether it is medically necessary for the drug to be administered in the hospital-based outpatient setting must be completed prior to the service being performed through a clinical review and authorization. If there is no prior authorization completed, the claim charges will be denied and will only be reviewed upon appeal. Appeal requests must include medical documentation showing proof that it would not have been safe to provide administration of the drug in the office, infusion center or through home health care. Some examples where it is not safe to give this medicine in the doctor's office, infusion center, or through home health care include, but are not limited to:

- Significant kidney disease

- Risk for blood clots

- Risk of an allergic reaction with the first dose

- Risk of lung injury (Transfusion-Related Acute Lung Injury)

- The presence of another clinical condition that could result in a need for observation requiring administration in an outpatient setting as determined by medical review.

CONFIDENTIAL

CIGNA19-13260024047

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 84 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Mental Disorders

Charges incurred for the treatment of a mental disorder on an inpatient or an outpatient basis are covered medical expenses to the same extent as charges incurred for the treatment of any other disease.

## Maternity Benefits

As required by federal law, maternity benefits are not restricted for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, the Plan does not require that a provider obtain authorization from or notify the plan for prescribing the length of stay not in excess of 48 hours (or 96 hours as applicable).

In-network maternity benefits include the following:

- All prenatal/postnatal care is covered at 100%.
- Maternity delivery charges covered at hospital care benefit level.

## Mastectomies

Federal law requires group health plans offering mastectomy coverage also to cover reconstructive surgery and prostheses following mastectomies.

Therefore, if you or a covered family member receives benefits for a medically necessary mastectomy and elect breast reconstruction after the mastectomy, coverage will also be provided for the following:

- All stages of reconstruction of the breast on which the mastectomy has been performed
- Surgery and reconstruction of the other breast to produce a symmetrical appearance
- Breast prosthesis (artificial replacements)
- Treatment of physical complications with respect to all stages of a mastectomy, including lymphedemas (swelling associated with the removal of the lymph nodes)

This coverage will be provided in consultation with the attending physician and the patient, and it will be subject to the same annual deductible, coinsurance and/or copayment provisions otherwise applicable.

## Surgery

- Pre-admission tests performed in the hospital or other location, such as a laboratory or doctor's office
- Surgeon's fees related to a surgical procedure covered by the Plan
- Assistant surgeon's fees during a covered surgical procedure, if it is determined that the condition of the patient and the type of surgery performed requires the use of a second doctor
- Doctors' fees for administering anesthesia during a covered surgical procedure. To qualify for benefits, the anesthesia must be administered by a doctor other than the surgeon or the assistant surgeon, except if the attending doctor is performing outpatient oral surgery

## Transplant Services

Covered expenses include charges incurred during a transplant occurrence. The following will be con-

sidered to be one transplant occurrence once it has been determined that you or one of your dependents may require an organ transplant. Organ means solid organ; stem cell; bone marrow; and tissue. For example:

- Heart
- Lung
- Heart/ Lung
- Simultaneous Pancreas Kidney (SPK)
- Pancreas
- Kidney
- Liver
- Intestine
- Bone Marrow/Stem Cell
- Multiple organs replaced during one transplant surgery
- Tandem transplants (Stem Cell)
- Sequential transplants
- Re-transplant of same organ type within 180 days of the first transplant
- Any other single organ transplant, unless otherwise excluded under the plan.

The following will be considered to be more than one transplant occurrence:

- Autologous blood/bone marrow transplant followed by allogenic blood/bone marrow transplant (when not part of a tandem transplant)
- Allogenic blood/bone marrow transplant followed by an autologous blood/bone marrow transplant (when not part of a tandem transplant)

CONFIDENTIAL

CIGNA19-13260024048

# U.S. Medical (except California and Hawaii)

- Re-transplant after 180 days of the first transplant

- Pancreas transplant following a kidney transplant

- A transplant necessitated by an additional organ failure during the original transplant surgery/ process

- More than one transplant when not performed as part of a planned tandem or sequential transplant, (e.g., a liver transplant with subsequent heart transplant).

Benefits will be paid:

- At 100%, no deductible, for a treatment received at a facility designated by your claims administrator as a top-performing facility, hereafter called Center of Excellence (COE)[1] for the type of transplant being performed. Each COE facility has been selected to perform only certain types of transplants[1].

- At 80% or 70% after the deductible (for Gold PPO and Silver Plus PPO respectively) and after the inpatient per-confinement copay for treatment received at a participating facility but a Non-COE transplant facility[1].

- For SmartCare Gold PPO and Silver Plus PPO participants: benefits will be paid at 90% or 80% respectively after the deductible for treatment received at a participating facility (even if it's not a SmartCare facility) but a non-COE transplant facility.[1]

- As out-of-network for services and supplies obtained from a facility that is not a network participating facility[1]

The Plan covers:

- Charges made by a physician or transplant team.

- Charges made by a hospital, outpatient facility or physician for the medical and surgical expenses of a live donor, but only to the extent not covered by another plan or program.

- Related supplies and services provided by the COE facility[1] during the transplant process. These services and supplies may include: physical, speech and occupational therapy; bio-medicals and immunosuppressants; home health care expenses and home infusion services.

- Charges for activating the donor search process with national registries.

- Compatibility testing of prospective organ donors who are immediate family members. For the purpose of this coverage, an "immediate" family member is defined as a first-degree biological relative. These are your biological parents, siblings or children.

- Inpatient and outpatient expenses directly related to a transplant.

Covered transplant expenses are typically incurred during the four phases of transplant care described below.

Expenses incurred for one transplant during these four phases of care will be considered one transplant occurrence. A transplant occurrence is considered to begin at the point of evaluation for a transplant and end either 180 days from the date of the transplant; or upon the date you are discharged from the hospital or outpatient facility for the admission or visit(s) related to the transplant, whichever is later. The four phases of one transplant occurrence and a summary of covered transplant expenses during each phase are:

1. Pre-transplant evaluation/screening: Includes all transplant-related professional and technical components required for assessment, evaluation and acceptance into a transplant facility's[1] transplant program;

2. Pre-transplant/candidacy screening: Includes HLA typing/compatibility testing of prospective organ donors who are immediate family members;

3. Transplant event: Includes inpatient and outpatient services for all covered transplant-related health services and supplies provided to you and a donor during the one or more surgical procedures or medical therapies for a transplant; prescription drugs provided during your inpatient stay or outpatient visit(s), including bio-medical and immunosuppressant drugs; physical, speech or occupational therapy provided during your inpatient stay or outpatient visit(s); cadaveric and live donor organ procurement; and

4. Follow-up care: Includes all covered transplant expenses; home health care services; home infusion services; and transplant-related outpatient services rendered within 180 days from the date of the transplant event.

If you are a participant in the COE[1] program, the program will coordinate all solid organ and bone marrow transplants and other specialized care you need.

---

[1] Your claims administrator may define their top-performing facilities by a different name:
- Aetna: Institute of Excellence
- Anthem: Center of Excellence
- Cigna: LifeSOURCE Transplant Facility
The term Center of Excellence (COE) can be interchanged to mean any one of these in this section.

CONFIDENTIAL

CIGNA19-13260024049

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 86 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

Any covered expenses you incur from a COE facility will be considered in-network care expenses.

### Important Reminders

To ensure coverage, all transplant procedures need to be precertified by your claims administrator. Refer to the Aetna or Anthem BCBS Precertification section or the Cigna Pre-Admission Certification section of this chapter.

### Limitations

Unless specified above, not covered under this benefit are charges incurred for:

* Outpatient drugs including bio-medicals and immunosuppressants not expressly related to an outpatient transplant occurrence;

* Services that are covered under any other part of this plan;

* Services and supplies furnished to a donor when the recipient is not covered under this plan;

* Harvesting or storage of organs, without the expectation of immediate transplantation for an existing illness;

* Harvesting and/or storage of bone marrow, tissue or stem cells, without the expectation of transplantation within 12 months for an existing illness;

* Cornea (Corneal Graft with Amniotic Membrane) or Cartilage (autologous chondrocyte or autologous osteochondral mosaicplasty) transplants, unless otherwise authorized by your claims administrator.

If a person is a transplant patient, this Plan will pay a benefit for travel expenses and lodging expenses but only to the extent described below and only if charges incurred for the transplant procedures and treatment types are covered medical expenses.

Any charges made by the transplant facility for services and supplies that are:

* furnished in connection with any of the procedures or treatment listed below; and

* are included under this Plan as covered medical expenses will be considered to be expenses incurred for in-network care and paid at 100%.

### Transplant Procedure and Treatment Types
### Transplant Travel Expenses

These are expenses incurred by a transplant patient and approved in advance by Aetna, Cigna or Anthem BCBS for transportation between his or her home and the transplant facility to receive services in connection with any listed procedure or treatment. Also included are expenses incurred by a companion, and approved in advance by your claims administrator, for transportation when traveling with a transplant patient between the transplant patient's home and the COE[1] facility to receive such services.

### COE[1] Lodging Expenses

These are expenses incurred by an transplant patient, and approved in advance for lodging away from home:

* While traveling between his or her home and the facility to receive services in connection with any listed procedure or treatment; or

* To receive outpatient services from the facility in connection with any listed procedure or treatment.

The maximum benefit payable for these expenses is $50 per night.

Also included are expenses incurred by a companion, and approved in advance by your claims administrator, for lodging away from home:

* While traveling with an COE patient between the transplant patient's home and the facility to receive services in connection with any listed procedure or treatment; or

* When the companion's presence is required to enable a transplant patient to receive such services on an inpatient or outpatient basis. The maximum benefit payable for these expenses is $50 per night.

### Oral Surgery

Expenses for the treatment of the mouth, jaws, and teeth are covered medical expenses, but only those for:

* Teeth, mouth, jaws, jaw joints; or

* Supporting tissues (this includes bones, muscles, and nerves).

For these expenses, "physician" includes a dentist.

---

[1] Your claims administrator may define their top-performing facilities by a different name:

• Aetna: Institute of Excellence

• Anthem: Center of Excellence

• Cigna: LifeSOURCE Transplant Facility

The term Center of Excellence (COE) can be interchanged to mean any one of these in this section.

CONFIDENTIAL

CIGNA19-13260024050

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 87 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

**The Plan covers surgery needed to:**

* Treat a fracture, dislocation, or wound

* Cut out:

  —the roots of a tooth without removing the entire tooth

  —cysts, tumors, or other diseased tissues

* Cut into gums and tissues of the mouth when not done in connection with the removal, replacement or repair of teeth

* Alter the jaw, jaw joints, or bite relationships by a cutting procedure when appliance therapy alone cannot result in functional improvement

* Non-surgical treatment of infections or diseases, excluding those of or related to the teeth

Dental insurance will serve as primary payor for the following services. If the member does not have dental insurance or it does not cover these services, the Plan will cover the following surgery needed to cut out:

* Teeth partly or completely impacted in the bone of the jaw

* Teeth that will not erupt through the gum

* Other teeth that cannot be removed without cutting into the bone

Dental work, surgery and orthodontic treatment needed to remove, repair, replace, restore or reposition:

* Natural teeth damaged, lost, or removed; or

* Other body tissues of the mouth fractured or cut out due to injury.

**Any such teeth must have been:**

* Free from decay; or

* In good repair; and

* Firmly attached to the jaw bone at the time of the injury

The treatment must be done in the calendar year of the accident or the next one.

If crowns (caps), dentures (false teeth), bridgework or in-mouth appliances are installed due to such injury, covered medical expenses include only charges for:

* The first denture or fixed bridgework to replace lost teeth;

* The first crown needed to repair each damaged tooth; and

* An in-mouth appliance used in the first course of orthodontic treatment after the injury.

**Except as provided for injury, not included are charges:**

* For in-mouth appliances, crowns, bridgework, dentures, tooth restorations, or any related fitting or adjustment services; whether or not the purpose of such services or supplies is to relieve pain

* For root canal therapy

* For routine tooth removal (not needing cutting of bone)

* The plan covers oral surgery and related dental services to correct a gross anatomical defect present at birth that results in significant functional impairment of a body part, if the services or supplies will improve function.

* The plan covers fluoride treatment, removal of teeth and hyperbaric oxygen therapy in connection with covered radiation therapy.

Not included are charges:

* To remove, repair, replace, restore or reposition teeth lost or damaged in the course of biting or chewing

* To repair, replace, or restore fillings, crowns, dentures or bridgework

* For non-surgical periodontal treatment

* For dental cleaning in-mouth scaling, planing or scraping

* For myofunctional therapy; this is muscle training therapy or training to correct or control harmful habits

## Routine Cancer Screenings

For information, see the Summary of Benefits chart in this chapter.

## Routine Physical Exams

Charges made by your primary care physician or a network provider for a routine physical exam given to you, your spouse/same sex domestic partner, or your dependent child may be covered medical expenses. If charges for a dependent child's routine physical exam are covered under any other benefit section, charges in connection with that physical exam are not considered covered medical expenses under this section. A routine physical exam is a medical exam given by a physician for a reason other than to diagnose or treat a suspected or identified injury or disease. Included are immunizations for infectious disease, testing for tuberculosis, x-rays, lab, and other tests given in connection with the exam.

CONFIDENTIAL

CIGNA19-13260024051

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 88 of 405

**U.S. Medical (except California and Hawaii)**   MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

For more information, see the Summary of Benefits chart in this chapter.

These routine physical exam charges are not covered:

* Services that are covered under any other group plan provided by the Company

* Services for diagnosis or treatment of a suspected or identified injury or disease

* Exams given while the person is confined in a hospital or other facility for medical care

* Services that are not provided by a physician or under his/her direct supervision

* Medicines, drugs, appliances, equipment, or supplies

* Psychiatric, psychological, personality or emotional testing or exams

* Exams in any way related to employment

* Premarital exams

* Vision or dental exams

## Short-Term Rehabilitation Expenses

### Therapy

Cognitive Therapy. Cognitive therapy is treatment to restore memory, perception, and normal thought processes following an injury to the brain.

Coverage is limited to treatment to restore memory, perception and normal thought processes following an injury to the brain. Therapy is expected to result in significant improvement in body function lost or impaired by disease (e.g., stroke) or accidental injury; or, it's aimed at slowing or preventing further deterioration of body function impaired by a neuro-

logical disease such as multiple sclerosis, cerebral palsy, polio, spina bifida and amyotrophic lateral sclerosis (Lou Gehrig's disease). Covered therapy does not include therapy to develop cognitive skills that did not exist before the injury or therapy from which no further improvement can be expected. A licensed medical doctor or psychologist, other than a person who is related to the patient by blood or marriage, must provide therapy within the scope of his or her profession.

Occupational Therapy. Occupational therapy is the therapeutic use of work and self-care activities to restore independent function and prevent disability.

Coverage is limited to treatment to restore the loss of independent function and prevent disability of the therapeutic use of work and self-care activities caused by an injury or illness. Therapy is expected to result in significant improvement in body function lost or impaired by disease (e.g., stroke) or accidental injury; or, it's aimed at slowing or preventing further deterioration of body function impaired by a neurological disease such as multiple sclerosis, cerebral palsy, polio, spina bifida and amyotrophic lateral sclerosis (Lou Gehrig's disease). Covered therapy does not include therapy for transportation activities or therapy from which no further improvement can be expected. A registered or licensed occupational therapist, other than a person who is related to the patient by blood or marriage, must provide therapy within the scope of his or her profession.

Physical Therapy. Physical therapy is the use of physical means, such as massage, manipulation, heat, hydrotherapy, ultrasound or exercises to treat a

disability of the body due to illness or injury.

Coverage is limited to charges for manipulation, heat, hydrotherapy, ultrasound or exercises/interventions to treat a disability of the body due to illness or injury. Therapy is expected to result in significant improvement in body function lost or impaired by disease (e.g., stroke) or accidental injury; or, it's aimed at slowing or preventing further deterioration of body function impaired by a neurological disease such as multiple sclerosis or polio. Covered therapy does not include visual therapy or therapy from which no further improvement can be expected. A licensed medical physician, chiropractor or physical therapist, other than a person who is related to the patient by blood or marriage, must provide the physical therapy within the scope of his or her profession.

Speech Therapy. Speech therapy is treatment to restore the skills necessary for intelligible speech. The loss of such skills must be due to illness or injury.

Coverage is limited to charges necessary to restore an existing speech function (the ability to express thoughts, speak words and form sentences) that has been lost or impaired as a result of a disease or an injury. Significant functional improvement must be expected within a reasonable time frame. Significant improvement means the speech therapy is expected to restore the level of speech that the individual had obtained prior to the illness or injury. Covered therapy does not include therapy from which no further improvement can be expected. A registered or licensed speech therapist, other than a person who is related to the patient by blood or marriage, must provide therapy within the scope of his or her profession.

CONFIDENTIAL

CIGNA19-13260024052

Case 3:19-cv-01324-JCH   Document 242-1   Filed 07/20/23   Page 89 of 405

U.S. Medical (except California and Hawaii)    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

Exception. Coverage for cognitive, physical, occupational and speech therapy will be available as stated above for situations where children have failed to acquire the necessary skills as a result of cerebral palsy, autism, Down syndrome or a severe neurological or genetic disorder. Therapy must be expected to result in significant improvement or be aimed at slowing or preventing further deterioration.

All covered therapy must be diagnosed and prescribed by a licensed physician. Specific evaluation with standard test scores and measurable goals and objectives to determine progress and improved functional ability must be provided. Due to the review requirements of the Plan, authorization of benefits may be done on a retroactive basis. Therefore, it is possible that if services are rendered prior to approval, some or all of these services may not be covered.

If approved, these services will be covered, based on the coinsurance level of the Plan you elected, after the appropriate individual annual deductible has been met. Some coverages may have limitations. The appropriate out-of-pocket maximum applies.

The Plan does not provide coverage for sensory (auditory) integration therapy. This procedure has been proposed as a treatment approach to the management of children with various communication, behavioral, emotional and learning disorders.

The effectiveness of this therapy is unproven. A meta-analysis of multiple research on sensory integration treatment was published in April 1999, which concluded that more recent studies do not show overall positive effects from sensory (auditory) integration therapy. In addition, the Plan does not cover charges for speech, cognitive, occupational and/or physical therapy services related to developmental delay for children or adults if therapy is not expected to result in significant improvement or be aimed at slowing or preventing further deterioration.

Applied Behavioral Analysis (ABA) Therapy. ABA is the application of behavior analysis that modifies human behaviors, especially as part of a learning or treatment process. Coverage is limited to treatment meeting the following criteria.

* A licensed physician in one of the following specialties must diagnose the patient with autism spectrum disorder and prescribe ABA therapy for the patient: Pediatrician, Psychiatrist, Neurologist.

* The primary treating provider must be a licensed provider in his or her state and must also be BCBA certified. A Board Certified Assistant Behavioral Analyst (BCaBA certified) must be under the direct supervision of the primary treating provider (who is a licensed provider in his or her state and also BCBA certified) and be employed by the licensed BCBA certified provider or his/her employer.

* The following medical necessity pre-certification must be obtained prior to the service being rendered:

  * Service pre-authorization and compliance with the pre-certification process is the responsibility of the provider/program/facility

  * Diagnosis of Autism Spectrum Disorder by a "Prescribing Provider" as defined above

* ABA therapy must be ordered by a "Prescribing Provider" as defined above:

  * ABA therapy must be delivered by a licensed BCBA provider or provided under by a BCaBA provider, under the direct supervision of a licensed BCBA certified provider, as defined above

  * Less intensive behavior treatment or other therapy has been considered

  * Treatment is not intended to provide respite, day care or education

  * Patient is both behaviorally and medically stable and does not require 24-hour medical/nursing monitoring

Following the initial approval of ABA therapy, requests for continued ABA therapy must be re-authorized at least every 6 months thereafter or more frequently as determined by the claims administrator to be clinically appropriate, via the service pre-authorization process. The requesting provider must submit a patient status and progress assessment relative to the patient's documented individualized goals and measureable objectives, as a requirement of the process for review. The requesting provider must provide information to demonstrate that the treatment plan is producing measureable patient progress/improvement in order for additional ABA therapy to be approved.

## Other Medical Expenses

The Plan covers charges for:

* Oxygen and/or rental of equipment required for its administration

* X-ray, radium, radioactive isotope therapy, outpatient radiation therapy, chemotherapy, dialysis and respiratory therapy blood (if not replaced), or other fluids actually injected into the circulatory system

CONFIDENTIAL    CIGNA19-13260024053

- Insulin syringes and test tapes if used by a provider during an office visit
- First pair of contact lenses or eyeglasses following cataract surgery
- Anesthetics
- Rental of durable medical and surgical equipment.

In lieu of rental, the following may be covered:

- The initial purchase of such equipment if your claims administrator is shown that: long term care is planned, and that such equipment either cannot be rented or is likely to cost less to purchase than to rent
- Repair of purchased equipment
- Replacement of purchased equipment if your claims administrator is shown that it is needed due to a change in the person's physical condition, or it is likely to cost less to purchase a replacement than to repair existing equipment or to rent similar equipment. Precertification is required for durable medical equipment.
- Artificial limbs and eyes. The plan does not cover charges for:
  —eyeglasses
  —vision aids
  —communication aids
  —orthopedic shoes, foot orthotics, or other devices to support the feet, unless necessary to prevent complications of diabetes or if the orthopedic shoe is an integral part of a leg brace and expense is included as part of the cost of the brace

- Coverage for services related to the treatment of varicose veins if medically necessary. Precertification is required.
- Prescription drugs—See Prescription Drugs later in this chapter.

### Private Duty Care

The charges made by a R.N. or L.P.N. or a nursing agency for "skilled nursing services" are included as covered medical expenses. No other charges made by a R.N. or L.P.N. or a nursing agency are covered. As used here, private duty care means services for:

- Visiting nursing care by a R.N. or L.P.N. Visiting nursing care means a visit of not more than eight hours for the purpose of performing specific skilled nursing tasks.
- Private duty nursing by a R. N. or L.P.N. if the person's condition requires skilled nursing care and visiting nursing care is not adequate.

Private duty services that are not covered include:

- Nursing care that does not require the education, training and technical skills of a R.N. or L.P.N., such as transportation, meal preparation, charting of vital signs and companionship activities.
- Private duty nursing care given while the person is an inpatient in a hospital or other health care facility.
- Care provided to help a person in the activities of daily life, such as bathing, feeding, personal grooming, dressing, getting in and out of bed or a chair, or toileting.

- Care provided solely for skilled observation except for no more than one four-hour period per day for a period of no more than ten consecutive days following the occurrence of:
  —change in patient medication;
  —need for treatment of an emergency condition by a physician, or the onset of symptoms indicating the likely need for such services;
  —surgery;
  —release from inpatient confinement; or
  —any service provided solely to administer oral medicines, except where applicable law requires that such medicines be administered by a R.N. or L.P.N.

### Self-Injectable Drugs

Pharmacy and most injectable drugs are covered under the CVS Caremark Prescription Drug Program. Please contact CVS Caremark at 1-800-237-2767.

### Women's Preventive Services

In compliance with the Patient Protection and Affordable Care Act, 100% benefits coverage is available for the following:

- Gestational diabetes screening
- HPV testing
- Sexually transmitted infection counseling
- HIV screening and counseling
- Domestic violence screening and counseling
- Lactation counseling

CONFIDENTIAL

CIGNA19-13260024054

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 91 of 405

**U.S. Medical (except California and Hawaii)** | MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

- Breastfeeding pumps/supplies (within 60 days of birth) after lactation counseling

- Over-the-counter contraceptive supplies as listed in the CVS Caremark Prescription Drug Coverage section

For more information, contact your claims administrator.

## Experimental or Investigational Treatment

Covered expenses include charges made for experimental or investigational drugs, devices, treatments or procedures, provided all of the following conditions are met:

- You have been diagnosed with cancer or a condition likely to cause death within one year or less;

- Standard therapies have not been effective or are inappropriate;

- Your claims administrator determines, based on at least two documents of medical and scientific evidence, that you would likely benefit from the treatment;

- You are enrolled in a clinical trial that meets these criteria;

- The drug, device, treatment or procedure to be investigated has been granted investigational new drug (IND) or Group c/treatment IND status;

- The clinical trial has passed independent scientific scrutiny and has been approved by an Institutional Review Board that will oversee the investigation;

- The clinical trial is sponsored by the National Cancer Institute (NCI) or similar national organization (such as the Food & Drug Administration or the Department of Defense) and conforms to the NCI standards;

- The clinical trial is not a single institution or investigator study unless the clinical trial is performed at an NCI designated cancer center; and

- You are treated in accordance with protocol.

## What the PPO and OOA Plans Do Not Cover

### Coverage is not provided for (this list is not exhaustive):

- Services and supplies not necessary for the diagnosis, care, or treatment of the disease or injury involved, as determined by your claims administrator. This applies even if they are prescribed, recommended, or approved by the person's attending physician or dentist.

- Services not medically necessary for diagnosis or treatment of an illness or injury, unless specifically covered by the Plan

- All services or expenses incurred by you or your family before coverage started or after coverage has terminated under the plan unless the patient is enrolled in COBRA (see the COBRA Coverage chapter for more information)

- Any services or supplies covered by a state workers' compensation act or similar program or legislation

- Wigs, unless medically necessary

- Any services for which a charge would not have been made in the absence of coverage

- Charges for services or supplies submitted more than 12 months from the date services were provided

- Charges made by a non-participating physician for or in connection with surgery which exceed the following maximum when two or more surgical procedures are performed at one time. The maximum amount payable will be the amount otherwise payable for the most expensive procedure, and 50% of the amount otherwise payable for the secondary procedure and 25% of all other surgical procedures under the Aetna Medical Plan. Maximum amounts payable will follow the same reduction schedule but could differ by state under the Anthem BCBS medical plans. Under the Cigna medical plans, multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge. The most expensive procedure is paid as any other surgery.

- Charges for the removal of organs or tissues to be donated to another, other than to a person covered by the Plan

- Charges made by any covered provider who is a member of your or your dependent's family

- Care, treatment, services, or supplies that are not prescribed, recommended, or approved by the person's attending physician or dentist.

- Services, treatment, education testing, or training related to learning disabilities or developmental delays if therapy is not expected to result in significant improvement or be aimed at slowing or

CONFIDENTIAL

CIGNA19-13260024055

preventing further deterioration. For more information, see the Therapy section.

- For Aetna and Anthem members subject to the maximum allowable amount, any facility charges above the maximum allowable amount for upper GI endoscopies and colonoscopies

- Care furnished mainly to provide a surrounding free from exposure that can worsen the person's disease or injury

- Treatment such as primal therapy, rolfing, psychodrama, megavitamin therapy, bioenergetic therapy, vision perception training, or carbon dioxide therapy

- Treatment of covered health care providers who specialize in the mental health care field and who receive treatment as a part of their training in that field

- Services of a resident physician or intern rendered in that capacity.

- Charges that are made only because there is health coverage.

- Charges that a covered person is not legally obliged to pay.

- Charges for custodial care, as determined by your claims administrator.

- Charges, to the extent allowed by the law of the jurisdiction where the group contract is delivered, for services and supplies:

—furnished, paid for, or for which benefits are provided or required by reason of the past or present service of any person in the armed forces of a government

—furnished, paid for, or for which benefits are provided or required under any law of a government. This exclusion will not apply to "no fault" auto insurance if it is:

  - required by law

  - provided on other than a group basis

- Charges for eyeglasses, contacts, eye examinations, eye exercises, correction to vision (including but not limited to LASIK Radial Keratotomy) or fitting of glasses, unless specifically covered by the Plan.

- Any services or supplies related to education, training or retraining services or testing, including: special education, remedial education, job training and job hardening programs;

- Therapy, drugs, implants, supplies, or counseling for sexual dysfunctions or inadequacies that do not have a physiological or organic basis

- Sex change surgery or any treatment of gender identity disorders

- Charges for services or treatment related to impotency and/or infertility, unless such services or treatment are to diagnose and/or treat a specific medical condition (other than previous voluntary sterilization) causing the impotency and/or infertility, and such charges are not directly related to giving birth and/or the birth process

- Charges for in vitro fertilization and other artificial insemination

- Routine vision exams and routine dental exams, except to the extent coverage for such exams, immunizations, services, or supplies is specifically

provided under the Plan

- Marriage, family, child, career, social adjustment, pastoral or financial counseling. Aetna may consider these services for payment if there is no diagnosed behavioral health disorder.

- Acupuncture therapy (except when acupuncture is performed by a physician as a form of anesthesia in connection with surgery that is covered under this Plan)

- Plastic surgery, reconstructive surgery, cosmetic surgery, or other services and supplies which improve, alter, or enhance appearance, whether or not for psychological or emotional reasons, except to the extent needed to improve the function of a part of the body that is not a tooth or structure that supports the teeth and is malformed as a result of a severe birth defect (including harelip, webbed fingers or toes) as a direct result of disease or surgery performed to treat disease or injury or repair an injury that is:

  —a result of a severe birth defect; including harelip, webbed fingers, or toes; or

  —a direct result of disease or surgery performed to treat a disease or injury.

  Surgery must be performed in the calendar year of the accident which causes the injury; or in the next calendar year.

- Charges that are not reasonable, as determined by your claims administrator.

- Reversal of a sterilization procedure

- Services or supplies furnished by a network provider in excess of the provider's negotiated

---

CONFIDENTIAL

CIGNA19-13260024056

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 93 of 405

U.S. Medical (except California and Hawaii)    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

charge for that service or supply. This exclusion will not apply to any service or supply for which a benefit is provided under Medicare before the benefits of the group contract are paid

* Any charges in excess of the benefit, dollar, day, visit or supply limits stated in this document.

* Any non-emergency charges incurred outside of the United States

* Charges submitted for services that are not rendered, or not rendered to a person not eligible for coverage under the plan.

* Charges submitted for services by an unlicensed hospital, physician or other provider or not within the scope of the provider's license.

* Over-the-counter contraceptive supplies, except as specifically described in the What's Covered by the PPO and OOA Plans Section.

* Costs for services resulting from the commission of, or attempt to commit a felony by the covered person.

* Dental Services except as covered as Oral Surgery under the plan.

* Orthodontic services or treatment (including appliances) related to temporomandibular joint (TMJ) syndrome unless all other nonsurgical options are deemed unsuccessful

* Disposable take-home supplies: Any outpatient disposable supply or device, including sheaths, bags, elastic garments, support hose, bandages,

bedpans, syringes, blood or urine testing supplies, and other home test kits; and splints, neckbraces, compresses, and other devices not intended for reuse by another patient.

* Facility charges for care services or supplies provided in:

  —rest homes;

  —assisted living facilities;

  —similar institutions serving as an individuals primary residence or providing primarily custodial or rest care;

  —health resorts;

  —spas, sanitariums; or infirmaries a schools, colleges, or camps

* Charges for orthopedic shoes and other supportive appliances for the feet other than for expenses which are specified in the What's Covered by the PPO and OOA Plans section

* Home and mobility: Any addition or alternation to a home, workplace or other environment, or vehicle and any related equipment or device, including:

  —bathroom equipment such as bathtub seats, benches, rails, and lifts;

  —purchase or rental of exercise equipment, air purifiers, central or unit air conditioners, water purifiers, waterbeds, and swimming pools;

  —exercise and training devices, whirlpools, portable whirlpool pumps, sauna baths, massage devices or over-bed tables;

  —equipment or supplies to aid sleeping or sitting, including electric beds, water beds, air beds, pillows, sheets, blankets, warming or cooling devices, elevating chairs, bed tables and reclining chairs;

  —equipment installed in your home, workplace or other environment, including stair-glides, elevators, wheelchair ramps, or equipment to alter air quality, humidity or temperature;

  —other additions or alternations to your home, workplace or other environment, including room additions, changes in cabinets, countertops, doorways, lighting, wiring, furniture, communication aids, wireless alert systems, or home monitoring;

  —services and supplies furnished mainly to provide a surrounding free from exposure that can worsen your illness or injury;

  —removal from your home, worksite or other environment of carpeting, hypo-allergenic pillows, mattresses, paint, mold, asbestos, fiberglass, dust, pet dander, pests or other potential sources of allergies or illness; and

  —transportation devices, including stair-climbing wheelchairs, personal transporters, bicycles, automobiles, vans or trucks, or alternations to any vehicle or transportation device.

* Miscellaneous charges for services or supplies including:

CONFIDENTIAL

CIGNA19-13260024057

Case 3:19-cv-01324-JCH   Document 242-1   Filed 07/20/23   Page 94 of 405

U.S. Medical (except California and Hawaii)     MAIN MENU for BENEFITS SUMMARY     MAIN MENU for THIS CHAPTER     CONTACT LIST     SEARCH

—annual or other charges to be in a physician's practice;

—charges to have preferred access to a physician's services such as boutique or concierge physician practices;

—cancelled or missed appointment charges or charges to complete claim forms;

• Personal comfort and convenience items: Any service or supply primarily for your convenience and personal comfort or that of a third party, including: Telephone, television, internet, barber or beauty service or other guest services; housekeeping, cooking, cleaning, shopping, monitoring, security or other home services; and travel, transportation, or living expenses, rest cures, recreational or diversional therapy.

• Services provided by a spouse, domestic partner, parent, child, step-child, brother, sister, in-law or any household member.

• Smoking: Any treatment, drug, service or supply to stop or reduce smoking or the use of other tobacco products or to treat or reduce nicotine addiction, dependence or cravings, including counseling, hypnosis and other therapies, medications, nicotine patches and gum. See Program Limitations in the Prescription Drug section for information on coverage for certain smoking cessation drugs if you are enrolled in the Quit for Life Tobacco Cessation Program.

• Self-injectable drugs; coverage provided under the CVS Caremark Prescription Drug Program unless prescribed while in the emergency room or inpatient during a hospital stay

• Treatment in wilderness programs or other similar programs

• Christian Science practitioners (Anthem BCBS only)

• Services provided in a halfway house (Anthem BCBS only)

• Services for hospital confinement primarily for diagnostic studies (Anthem BCBS only)

• Services for any form of telecommunication

• Services for weight reduction programs, services and supplies including, but not limited to, commercial weight loss programs

• Services that are defined by your plan administrator as Experimental or Investigational Services, unless they meet the conditions listed under "Experimental and Investigational Services" under What's Covered by the Plans. Contact your plan administrator for more information regarding what is considered Experimental or Investigational.

Any exclusion above will not apply to the extent that coverage of the charges is required under any law that applies to the coverage. These excluded charges will not be used when determining benefits. The law of the jurisdiction where a person lives when a claim occurs may prohibit some benefits. If so, they will not be paid.

## The Prescription Drug Program for the PPO and OOA Plans

CVS Caremark is the prescription drug provider for the PPO and PPO Out-of-Area plans. For in-network pharmacy benefits to apply, you must use CVS/Pharmacy, Walmart, Sam's Cub, Kroger and their affiliated pharmacies (all other pharmacies are out-of-network).

If you are considered "out-of-area" for prescription drug coverage purposes, you will see this on your CVS Caremark ID card. If you are out of area, you may go to any CVS Caremark participating network pharmacy and receive the same benefits as you would for CVS/Pharmacy, Walmart, Sam's Club and Kroger and their affiliated pharmacies for up to a 30-day supply. Out-of-area associates must get 90-day prescriptions filled through the mail order service or at a CVS/Pharmacy, Walmart, Sam's Club or Kroger pharmacy.

## Using the Prescription Drug Program

The Prescription Drug Program is designed to encourage you to use generic drugs and preferred brand-name drugs. You may still obtain non-preferred brand-name prescriptions, but you will pay a higher percentage of the cost. The definitions below explain the drug categories.

### Generic

These are prescription drugs labeled by their basic chemical name. They have the same chemical composition, potency and form as brand-name equivalents, but are less expensive.

CONFIDENTIAL

CIGNA19-13260024058

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 95 of 405

**U.S. Medical (except California and Hawaii)** | MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## CVS Caremark Gold PPO and Silver Plus PPO Prescription Drug Coverage

| | In-Network (CVS/Pharmacy, Walmart, Sam's Club, Kroger Pharmacies) | Out-of-Network |
|---|---|---|
| **Out-of-Pocket Maximum** (for prescription drugs only) | $1,250 individual/$2,500 family | $1,250 individual/$2,500 family |
| Retail (up to 30-day supply) | | |
| Generic | You pay 20% | You pay 50% |
| Preferred Brand | You pay 20% | You pay 50% |
| Non-Preferred Brand | You pay 60% | You pay 75% |
| Mail Order & CVS/Pharmacy, Walmart & Kroger (90-day supply) | | |
| Generic | You pay 20%, $20 maximum | Not covered |
| Preferred Brand | You pay 20%, $100 maximum | Not covered |
| Non-Preferred Brand | You pay 60%, $300 maximum | Not covered |
| Specialty Drugs (30-day supply limit through CVS Caremark Specialty Pharmacy only) | | |
| Generic | $7 | Not covered |
| Non-Generic | $75 | Not covered |

Note: Some drugs may be covered at 100%. Please see the Women's Preventive Services section.

For information on prescription drug coverage in the Silver Plus HDHP and Bronze HDHP, see The High Deductible Health Plans.

CONFIDENTIAL                                                                 CIGNA19-13260024059

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 96 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

### Brand Name

Preferred Brand—These are brand-name prescription drugs with no generic equivalent and are published on CVS Caremark's Value Formulary Drug list which is revised quarterly. Copies are available at www.caremark.com or by calling 1-866-490-3376.

Non-Preferred Brand—These are brand-name prescription drugs (with equally effective generic equivalents or preferred brand alternatives) that do not appear on CVS Caremark's Value Formulary Drug List.

If you or your doctor requests that a brand drug be dispensed when a generic equivalent is available, you will pay the generic coinsurance plus the difference between the discounted cost of the generic and the brand drug. This amount is not applied to your deductible (Silver Plus HDHP and Bronze HDHP) or out-of-pocket maximum.

If there is no generic drug for your prescription, you may choose the preferred or the non-preferred brand-name drug. However, you will pay more for the non-preferred brand.

If a non-preferred brand does not have a preferred brand alternative, it will be covered at the preferred brand benefit level with prior approval. Without prior approval, a non-preferred brand will be covered at the non-preferred brand benefit level.

### Prescription Drug Coverage

Prescription drug coverage for Gold and Silver Plus PPO medical plan participants has the following features:

- You will pay less for prescriptions you have filled at a CVS/Pharmacy, Walmart or Kroger and their affiliated pharmacies. You also have the option to fill your prescription at an out-of-network pharmacy, but you will pay more.

- No deductible for prescription drugs. You won't have to meet a deductible to begin receiving benefits for prescription drugs.

- Separate out-of-pocket maximum for prescription drugs. You have a prescription drug out-of-pocket maximum of $1,250 individual/$2,500 family for in-network prescription drugs and $1,250 individual/$2,500 family for out-of-network prescription drugs.

- Coverage for contraceptives. Contraceptives are only covered by the Mail Service prescription drug program or 84-90 day supplies at CVS/Pharmacy, Walmart or Kroger pharmacies. You will not be reimbursed for the cost of a 30-day supply of oral contraceptives purchased from a retail pharmacy. See Women's Preventive Services in this section for more information.

- You are encouraged to use generic drugs and preferred brand-name drugs. You may still obtain non-preferred brand name prescriptions, but you will pay a higher percentage of the cost.

Generics are preferred. There will be an extra charge for brand drugs if a generic equivalent is available. If you or your doctor requests that a brand drug be dispensed when a generic equivalent is available, you will pay the generic coinsurance (depending on mail or retail choice) plus the difference between the discounted cost of the generic

and the brand drug. This amount is not applied to your out-of-pocket maximum.

Here is an example of how this extra charge works for the Gold PPO and Silver Plus PPO Medical Plans:

| Cost of Brand Drug | Cost of Generic | Coinsurance for Generic (20% of $5.33) |
|---|---|---|
| $42.02 | $5.33 | $1.07 |

cost of brand - cost of generic + coinsurance for generic

($42.02 - $5.33) $36.69 + $1.07 = $37.76

### Women's Preventive Services

In compliance with the Patient Protection and Affordable Care Act, most forms of contraception will be covered at no cost to you as long as an 84-90 day supply is dispensed at a time at either the CVS Caremark specialty pharmacy, mail service or in-network pharmacies. 100% coverage is limited to generics and branded medications that don't have a generic alternative. Examples of medications include:

- Oral Contraception - Extended Cycle, Continuous, Monophasic, Biphasic & Triphasic

- Implantable Devices and Rings - Nuva Ring & IUD's

- Injectable - Depo Provera

- Transdermal - Ortho Evra

Contraception that will be covered at in-network pharmacies or mail order (if available) for a 30 day supply includes:

CONFIDENTIAL    CIGNA19-13260024060

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 97 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

- OTC Barrier Methods - Spermicides, condoms and sponges

- Emergency Kits—Plan B & Ella

## Prior Authorization Drugs

If you or a covered family member is prescribed a drug that requires prior authorization from CVS Caremark, your physician or his or her representative should call CVS Caremark at 1-877-203-1681 or fax the request to 1-866-502-2296. If you call CVS Caremark to request prior authorization, you will be instructed to have your physician contact CVS Caremark to make the request.

When CVS Caremark receives the call or fax from your physician, the request for prior authorization will be evaluated and the request will be approved or denied within 24 to 48 hours. If more information is needed, your doctor's office will be notified. If the prior authorization is approved, CVS Caremark will notify your physician. If prior authorization is denied, you and your physician will receive a letter which will include directions on how to appeal the denial. For more information, see the Claims and Appeals chapter.

Some controlled substances, sleep aids, pain medications and others are subject to quantity limits or post-limit prior authorization and state dispensing limitations may supersede the plan limits. A post-limit prior authorization is a clinical review required before a quantity above the set limit will be dispensed.

Contact CVS Caremark at www.caremark.com or call 1-866-490-3376 (1-866-490-DEPO) for more information.

## Clinical Management Programs

Through a series of safety checks, Enhanced Retrospective Safety Review, Enhanced Safety and Monitoring Solution, and Drugs Savings Review help ensure that your prescription drug treatment is appropriate for your health situation. If these safety checks reveal a potential problem, a CVS Caremark pharmacy professional will directly contact your physician to review your treatment, and sometimes suggest a change to the current therapy. Under no circumstances will CVS Caremark change your medication without your doctor's consent. If a suggested change is authorized, you will be notified via phone and/or letter which will contain the authorized change.

Through the Enhanced Safety and Monitoring Solution, the program looks for overutilization or inappropriate usage of medication that has the potential to be addictive. Through this program the plan reserves the rights to take the following actions: limit your use of retail pharmacies or number of prescribers. Additionally, CVS Caremark may contact your prescribers.

For medication to work properly, you must take it correctly. That's why CVS Caremark also reviews medications that require you to take multiple doses (based on frequency per day or number of tablets/capsules per dose) and, if appropriate, suggests ways to make it easier for you to take your medication properly. For example, it may be possible to reduce the number of times you must take your medication each day without changing the total daily dosage. This not only helps you take your medication as instructed but also can reduce your out-of-pocket cost.

## Specialty Pharmacy

The Home Depot Prescription Drug Program through CVS Caremark includes a Specialty Pharmacy Program. This program offers you convenient access and delivery of your specialty medicine, along with personalized service and educational support for your specific therapy. You may be required to use CVS Caremark's Specialty Pharmacy when filling your specialty medicines. Examples of drugs that fall into this program include injectables used to treat multiple sclerosis and rheumatoid arthritis, and growth hormone.

Using CVS Caremark Specialty Pharmacy Services is easy and convenient. When you call CVS Caremark at 1-800-237-2767, a Specialty Pharmacy Specialist will promptly assist you with ongoing delivery needs, questions and support. In addition, a CVS Caremark pharmacist is available for emergency consultations from 6 am until 8 pm Central time, Monday through Friday. Keep in mind, prior authorization is required for specialty pharmacy drugs. This process may include trying an alternative or different speciality product as your first line of therapy.

## Step Therapy

Some drugs require what's called "step therapy." This means that a certain drug may not be covered unless you've first tried a generic drug in the same therapy class. Examples of medication classes for step therapy include: proton pump Inhibitor medications, non-sedating antihistamine medications, sleep aid medications, anti-inflammatory medications, migraine medications, blood pressure medications, cholesterol medications, nasal sprays, anti-depressants, fibrates, glaucoma, enlarged prostate, urinary

CONFIDENTIAL    CIGNA19-13260024061

antispasmodics and osteoporosis medications. If you are on a drug requiring step therapy, you will receive a letter in the mail describing the requirements under the program.

Note: additional medications requiring step therapy may be added and are subject to change.

## How the Retail Program Works

CVS Caremark negotiates discounted prescription drug prices at participating pharmacies. So you pay a percentage of the discounted price for generic and brand name drugs. You will pay less for prescriptions you have filled at a CVS/Pharmacy, Walmart or Kroger pharmacy because these are the in-network pharmacies. You also have the option to fill your prescription at an out-of-network pharmacy, but you will pay more.

To locate a CVS/Pharmacy, Walmart or Kroger pharmacy in your area, go to www.caremark.com/HomeDepot and use the "Locate a Pharmacy" search or call CVS Caremark Customer Care toll-free at 1-866-490-3376 (866-490-DEPO).

## How the Mail Service Program Works

The most cost-effective way to fill prescriptions for maintenance medications is through the Mail Service drug program, administered by CVS Caremark, as described below.

You also have the option to pick up your 90-day mail order prescription at a CVS/Pharmacy, Walmart, Sam's Club or Kroger retail location and still pay the mail service coinsurance.

## Advantages of the Mail Service Program

Savings—You can get up to a 90-day supply of medication when you get a prescription filled through the CVS Caremark Mail Service Program. Ask your doctor to write a prescription for up to a 90-day supply plus refills, when clinically appropriate.

Convenience—You can expect your medication to arrive 10 to 14 calendar days after CVS Caremark receives your prescription. Your package will include a new mail service order form and an invoice, if applicable. You also will receive the same type of information about your prescribed medication that you would receive from a retail pharmacy.

Quality—CVS Caremark operates six mail service pharmacies across the United States to provide quick service to plan participants wherever they live. To ensure your safety, CVS Caremark's mail service pharmacies are staffed by registered pharmacists. Just like your neighborhood pharmacist, CVS Caremark's pharmacists check each prescription to make sure it's filled correctly. In addition, your prescription history is reviewed to identify any possible problems with new medicines you may be prescribed.

## Requesting a New Mail Service Prescription

To use the CVS Caremark Mail Service Program, ask your doctor to write a prescription for up to a 90-day supply plus refills, when clinically appropriate. Then, complete a mail service order form and send it to CVS Caremark along with your original prescription and the appropriate payment to:

CVS Caremark
P.O. Box 659541
San Antonio, TX 78238

## Requesting a Mail Service Prescription (Three Ways)

Online—You can order your mail service refills using www.caremark.com. Register online to receive refill reminders, informative newsletters and other email alerts. Have your benefit ID number handy to register.

Members may choose to elect Auto Refill, which will allow CVS Caremark to automatically refill your prescription and send it to you before you run out of your current supply.

By Phone—Call CVS Caremark Customer Care toll-free at 1-866-490-3376 for fully automated refill service. Have your benefit ID number ready.

By Mail—Once you receive your medication, keep your refill labels to use on your next order form. Attach the refill label provided to the mail service order form and enclose payment with your order.

## Program Limitations

Although most types of medicines are covered, there are some medicines, supplies and expenses that are not covered or have limited coverage. They include, but are not limited to:

* Smoking cessation medicines or aides (Prescription and OTC). These are covered upon enrollment in the Quit for Life program administered by Alere.

* Cosmetic drugs.

* Fluoride products (with exception of fluoride supplements for children 6 yrs of age and under).

* Fertility drugs, unless approved for non-fertility purposes.

CONFIDENTIAL

CIGNA19-13260024062

# U.S. Medical (except California and Hawaii)

* Allergy serums.

* Experimental drugs.

* Certain over-the-counter (OTC) items; however certain OTC items may be covered to maintain compliance with the Patient Protection and Affordable Care Act and in compounded medications.

* Immunization agents.

* Any prescriptions, including refills, that have expired or are not in compliance with the applicable state laws.

* Vitamins, except single entity products for vitamins D, B, K, B12, folic acid and iron replacement.

* Medicines otherwise covered under the Plan.

* Medicines intended solely for cosmetic purposes, such as Rogaine®/Minoxidil®.

* Diet medications/Anti-obesity agents, such as Bontril.

* "Self-care" medicines and products (such as hand lotion).

* Any medicine that is not identified in the American Hospital Formulary Service Drug.

* Medicines determined to be experimental or still under clinical investigation by health professionals.

* Over-the-counter medicines, even if the medicine also is available by prescription. Exceptions to this rule are barrier method contraception, prescriptions for aspirin for those over the age of 45, prescriptions for folic acid for women age 55 and under, and prescriptions for iron supplements for children 6-12 months of age.

* Nutritional and diet supplements (such as Multi Vitamins), including any supplements for newborn infants.

* Prescription devices such as elastic bandages and supports, GI-GU ostomy and irrigation supplies and needles/syringes other than insulin. However, respiratory prescription devices are covered, with the exception of Peak Flow Meters.

* Vaccines and toxoids are not covered.

* Any medicine provided while the person is an inpatient or outpatient in any healthcare facility.

* Any drug or medicine considered illegal under the Federal Food, Drug and Cosmetic Act, including, but not limited to, prescription drugs purchased in foreign countries for reimportation into the United States and prescription drugs purchased on the Internet from foreign countries. However, medicines purchased while on vacation in a foreign country due to a medical emergency may be covered. Call CVS Caremark at 1-866-490-DEPO (3376) if you have questions about coverage under these circumstances.

* Any supply with a National Drug Code (NDC) that is classified as a device, not a medicine. Any medicine determined not medically necessary.

* The expenses of administration or injection of any medicine.

* Any prescription, which exceeds the day supply limit per prescription or refill.

* Any refill of a medicine exceeding the number of refills specified by the provider.

* Medicines that do not meet prior authorization requirement.

* Any medication that is illegally or unlawfully obtained

Please Note: You may purchase some of these items through CVS Caremark at a discount. For more information, go to www.caremark.com.

## Coverage at Non-Participating Pharmacies

Both generic and preferred brand name prescriptions filled at non-participating pharmacies (a pharmacy other than CVS, Walmart, Sam's Club or Kroger)

will be covered at 50%. Non-preferred brand name prescriptions will be covered at 75%. The disadvantages of using non-network pharmacies are:

* Prescriptions are not discounted.

* You must pay in full for your prescriptions at the time of purchase.

* You must file a CVS Caremark prescription drug claim form in order to be reimbursed (only applies to pharmacies outside of the CVS Caremark participating network).

## Filing Claims for Benefits

### Prescription Drugs Purchased at Non-Participating Pharmacies

When you use a CVS/Pharmacy, Walmart or Kroger pharmacy or any other CVS Caremark participating pharmacy, you will not need to file a prescription drug claim. However, if you use a non-participating pharmacy or do not use your CVS Caremark ID card when filling your prescription(s), you may be required to file a claim for benefits. Your claim must be filed within 365 days from the date you filled the prescription(s). Each claim should include the following information:

* Associate's name and Alternative ID number located on your CVS Caremark ID card

* Patient's name

* Pharmacy's name, address and telephone number

CONFIDENTIAL

CIGNA19-13260024063

Case 3:19-cv-01324-JCH   Document 242-1   Filed 07/20/23   Page 100 of 405

**U.S. Medical (except California and Hawaii)**   MAIN MENU for BENEFITS SUMMARY   MAIN MENU for THIS CHAPTER   CONTACT LIST   SEARCH

- Name of the prescribing doctor
- Prescription number
- Name of prescription drug
- Date prescription was filled
- Charge
- National Drug Control (NDC) number

You can obtain prescription drug claim forms by either calling CVS Caremark Customer Care at 1-866-490-3376 or by logging on to www.caremark.com. Mail the completed claim form along with the prescription detail receipt(s) to the following address:

CVS Caremark
Attn: Claims Department
P.O. Box 52196
Phoenix, AZ 85072-2196

### CVS Caremark Mail Service Program

When you use the CVS Caremark Mail Service Program, you do not have to file a claim. Simply mail your original prescription along with the mail service order form and your coinsurance to CVS Caremark.

### CVS Caremark Extra Care Health Card

As a benefits-eligible Home Depot associate, you have access to CVS Caremark's Extra Care Health Card. This card gives you and your family a 20% discount on thousands of CVS/pharmacy brand health-related items valued at $1.00 or more*. Your card may be used at any CVS/Pharmacy location including online at www.cvs.com. Your savings will be indicated on your CVS store receipt labeled, "HEALTH CARD DSC 20.0."

For questions on ordering or re-ordering a card, contact Customer Care at 1-888-543-5938 and press option #2. For questions related to balance transfers or additional details about the card and its benefits, please contact the Extra Care Health Card Team at 888-543-5938 and press option #2.

* Excludes prescriptions, alcohol, tobacco, lottery tickets, postage stamps, gift cards, money orders, prepaid cards, and photo finishing. Not valid on any items reimbursed on a governmental program. Excludes pharmacy items paid for in whole or part by state and/or federal health care programs and prescriptions purchased in NJ and NY. Also excludes controlled substances purchased in LA. Excludes Medicare recipients.

## The High Deductible Health Plans

The Home Depot offers two High Deductible Health Plans (HDHP): the Silver Plus HDHP and the Bronze HDHP. HDHPs generally offer the lowest-cost coverage among the Company medical plans. However, you must meet the applicable deductible before benefits are payable for most covered services—except preventive care and eligible preventive care prescription drugs, which are covered before the deductible is met. If you are enrolled in associate only coverage, you must meet the individual deductible. If you have enrolled one or more dependents, you will need to meet the family deductible. If you enroll in an HDHP, you have the option to open a health savings account (HSA). Through the HSA, you can pay for eligible out-of-pocket health care expenses with tax-free dollars and receive Home Depot matching contributions. In addition, your HSA earns interest and your balance

rolls over from year to year. For more information about the HSA, see the Health Savings Account chapter.

### HDHP Deductibles

| | In-Network (Individual/family) | Out-of-Network (Individual/family) |
|---|---|---|
| Silver Plus HDHP | $2,000/$4,000 | $5,000/$10,000 |
| Bronze HDHP | $3,500/$7,000 | $9,000/$18,000 |

Depending on where you live, the HDHP is administered by:

- Aetna—Aetna members use the Aetna Choice POS II network of providers; or
- Anthem-Blue Cross Blue Shield–Anthem-Blue Cross Blue Shield members use the BlueCard PPO network or an alternate network; or
- Cigna—Cigna members use the Open Access Plus network.

It's important to understand how the HDHP works and how it's different from the PPO options as you consider whether this is a good option for you:

- You must meet the deductible before benefits are payable for most covered services. This includes prescription drugs (except eligible preventive care drugs), office visits, diagnostic tests, outpatient surgery and hospital stays. There are no copays in the HDHP except for specialty drugs.
- In-network eligible preventive care services are free. Eligible preventive care services are 100% covered with no deductible when you use in-network providers.
- Eligible preventive care prescription drugs are covered before you meet the deductible—you pay

CONFIDENTIAL

CIGNA19-13260024064

## U.S. Medical (except California and Hawaii)

a percentage based on drug category of the cost of your eligible preventive care prescription drugs with no deductible. Examples include specific drugs for coronary artery disease, diabetes, hypertension, respiratory disorders, and depression. For a complete list of eligible preventive care prescription drugs, go to www.caremark.com.

You'll find information on HDHP benefits in the Silver Plus HDHP Summary of Benefits chart and the Bronze HDHP Summary of Benefits chart. For more information about the HDHP, see the following sections within this Medical chapter:

* Covered services, limitations and exclusions for the High Deductible Health Plan are listed in What's Covered by the HDHP, and What the HDHPs Do Not Cover.

* For information about filing claims, coordinating benefits with other plans, legal issues and more, see General Information.

### How the Annual Deductible and Out-of-Pocket Maximum Works in the HDHP

For most medical services (except preventive care and eligible preventive care prescription drugs), the HDHP will begin to pay in-network and out-of-network benefits after you meet your annual deductible. Once you meet your out-of-pocket maximum, the HDHP pays 100% of most covered in-network and out-of-network medical expenses for the rest of the calendar year.

The annual deductible works differently in the HDHPs than the PPO plans. Please note these rules for meeting the deductible under the HDHPs:

* If you are covering yourself only under the HDHP:

### High Level Plan Design for the Silver Plus HDHP

| | In-Network | Out-of-Network |
|---|---|---|
| Deductible | $2,000[1]/$4,000[2] | $5,000[1]/$10,000[2] |
| Out-of-Pocket Maximum | $5,000[1]/$10,000[2] | $14,000[1]/$28,000[2] |
| Coinsurance | You pay 20% after deductible | You pay 50% after deductible |
| Eligible Preventive Care Services | Covered at 100%— no deductible | You pay 50%— no deductible |
| **Prescription Drugs** | | |
| Eligible Preventive Care Prescription Drugs | You pay a percentage based on drug category—no deductible | You pay a percentage based on drug category—no deductible |
| Generic and Preferred Brand | You pay 20% after deductible | You pay 50% after deductible |
| Non-Preferred Brand | You pay 40% after deductible | You pay 75% after deductible |
| Specialty Drugs– Generic 30-day supply[3] | $7 after deductible | Not Covered |
| Specialty Drugs– Non-Generic 30-day supply[3] | $75 after deductible | Not Covered |
| **Health Savings Account Matching Contributions** | | |
| Home Depot Matching Contribution to HSA | Up to $200 for associate-only coverage ($400 if covering dependents) | |

[1] For associate-only coverage
[2] For associates covering dependents
[3] Specialty drugs available through the CVS Caremark Specialty Pharmacy only.

### High Level Plan Design for the Bronze HDHP

| | In-Network | Out-of-Network |
|---|---|---|
| Deductible | $3,500[1]/$7,000[2] | $9,000[1]/$18,000[2] |
| Out-of-Pocket Maximum | $6,350[1]/$12,700[2] | $18,000[1]/$36,000[2] |
| Coinsurance | You pay 30% after deductible | You pay 50% after deductible |
| Eligible Preventive Care Services | Covered at 100%— no deductible | You pay 50%— no deductible |
| **Prescription Drugs** | | |
| Eligible Preventive Care Prescription Drugs | You pay a percentage based on drug category—no deductible | You pay a percentage based on drug category—no deductible |
| Generic and Preferred Brand | You pay 30% after deductible | You pay 50% after deductible |
| Non-Preferred Brand | You pay 65% after deductible | You pay 75% after deductible |
| Specialty Drugs– Generic 30-day supply[3] | $7 after deductible | Not Covered |
| Specialty Drugs– Non-Generic 30-day supply[3] | $75 after deductible | Not Covered |
| **Health Savings Account Matching Contributions** | | |
| Home Depot Matching Contribution to HSA | Up to $200 for associate-only coverage ($400 if covering dependents) | |

[1] For associate-only coverage
[2] For associates covering dependents
[3] Specialty drugs available through the CVS Caremark Specialty Pharmacy only.

—You must meet the individual deductible for in-network services or for out-of-network services before benefits begin, except for services that don't require the deductible.

—Eligible medical services received from both in-network and out-of-network providers count toward the in-network deductible. Once you meet the in-network

deductible, you will begin receiving benefits for in-network services. If you use out-of-network providers after meeting the in-network deductible, you will be required to meet the out-of-network deductible before receiving benefits for out-of-network services.

For example, if you cover yourself only in the Silver Plus HDHP and receive $3,000

CONFIDENTIAL

CIGNA19-13260024065

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 102 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

of covered services from an out-of-network provider, you have satisfied the in-network deductible and will begin receiving benefits for in-network services. However, you will not receive benefits for out-of-network services until you meet the full $5,000 out-of-network deductible.

* If you are covering one or more dependents under an HDHP:

  —If you are covering more than yourself there is no "individual" deductible. Either you or a combination of you and your dependent's expenses must meet the family deductible for in-network services or out-of-network services before benefits begin, except for services that don't require the deductible.

  —One family member's expenses can satisfy the entire family's deductible.

  For example, if you cover your spouse under the Silver Plus HDHP and your spouse receives $7,000 of in-network covered services, the family in-network deductible will be met. If your spouse receives $3,000 of in-network covered services, the in-network family deductible is not met. You or your spouse must incur an additional $1,000 of in-network covered services in order for the family deductible to be met.

  —Eligible medical services received from both in-network and out-of-network providers count toward the in-network deductible. Once you meet the in-network deductible, you will begin receiving benefits for in-network services. If you use out-of-network

providers after meeting the in-network deductible, you will be required to meet the out-of-network deductible before receiving benefits for out-of-network services.

For example, if you cover your spouse and children under the Silver Plus HDHP and your child receives $7,000 of covered services from an out-of-network provider, your family has satisfied the $4,000 in-network family deductible and will begin receiving benefits for in-network services. However, you will not receive benefits for out-of-network services until you meet the full $10,000 out-of-network deductible.

The HDHP does not count the following expenses toward your annual deductible or out-of-pocket maximum:

* Penalties imposed by the HDHP for out-of-network services when you or a covered family member fails to use the precertification program as required (see Aetna Programs: Precertification Program, Anthem Blue Cross Blue Shield Programs: Precertification Program or Cigna Programs: Pre-Admission Certification Program earlier in this chapter for information)

* Any expenses not covered by the HDHP

* Amounts over the reasonable and customary level

## HDHP Prescription Drug Coverage

CVS Caremark is the prescription drug provider for the high deductible health plans (HDHP). You may go to any CVS Caremark participating pharmacy to have your prescriptions filled. If you receive a prescription drug at a non-participating pharmacy, you

pay 50% of the cost for generic and preferred brand name prescriptions and 75% of the cost for non-preferred brand name prescriptions.

You must meet the deductible for your plan before benefits are payable for prescription drugs, except eligible preventive care drugs. Eligible preventive care prescription drugs are covered before you meet the deductible—you pay a percentage based on drug category of the cost of your eligible preventive care prescription drugs with no deductible. Examples include specific drugs for coronary artery disease, diabetes, hypertension, respiratory disorders, and depression. For a complete list of eligible preventive care prescription drugs, go to www.caremark.com.

For information on prescription drug coverage, see the Silver Plus HDHP Summary of Benefits chart and the Bronze HDHP Summary of Benefits chart, in this section.

Read about important provisions within your prescription drug coverage in the Prescription Drug section of this chapter, including:

* Prior Authorization Drugs

* Clinical Management Programs

* Using the Prescription Drug Program

* How the Retail Program works

* How the Mail Service Program Works

* Program Limitations

* Coverage at Out-of-Network Pharmacies

* Filing Claims for Benefits

CONFIDENTIAL

CIGNA19-13260024066

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 103 of 405

U.S. Medical (except California and Hawaii)    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Women's Preventive Services

In compliance with the Patient Protection and Affordable Care Act, most forms of contraception will be covered at no cost to you as long as an 84-90 day supply is dispensed at a time at CVS, the CVS specialty pharmacy or mail service. 100% coverage is limited to generics and branded medications that don't have a generic alternative. Examples of medications include:

* Oral Contraception - Extended Cycle, Continuous, Monophasic, Biphasic & Triphasic

* Implantable Devices and Rings - Nuva Ring & IUD's

* Injectable - Depo Provera

* Transdermal - Ortho Evra

Contraception that will be covered at a CVS in-network pharmacy or mail order (if available) for a 30 day supply obtained with a physicians prescription includes:

* OTC Barrier Methods - Spermicides, condoms and sponges

* Emergency Kits–Plan B & Ella

### Aetna: The Maximum Allowable Amount for Upper GI Endoscopies and Colonoscopies

Some outpatient procedures, such as colonoscopies and upper GI endoscopies, show little to no variation in quality regardless of the facility you use–however, there can be a wide variation in cost. That's why for Aetna members in certain areas, upper GI endoscopies and colonoscopies are subject to the maximum allowable amount. This means that for endoscopies and colonoscopies performed by in-network providers and out-of-network providers, the plan will pay covered expenses up to maximum

allowable amount. If your facility—even if you are using an in-network facility referred by your in-network physician—charges more than the maximum allowable amount, you are responsible for paying any amounts charged over the maximum allowable amount, in addition to any applicable copayments or coinsurance.

For example, if you have a colonoscopy at a facility that charges $150 more than the maximum allowable amount:

* If you used an in-network facility, you would be charged $150 (in-network colonoscopies are 100% covered up to the maximum allowable amount).

* If you used an out-of-network facility you would be charged $150 in addition to your 50% coinsurance (out-of-network colonoscopies are covered at 50% of the maximum allowable charge with no deductible).

To find facilities in your area that charge at or below the Maximum Allowable Amount, use one of the following methods:

1. Aetna's Home Depot-specific DocFind through www.livetheorangelife.com. Click on Health Care > Medical and Prescription Drug > Aetna/CVS Caremark > Provider Search. Enter your home zip code. If the Maximum Allowable Amount applies to you, a guide with instructions on how to search for facilities that charge at or below the Maximum Allowable Amount will be available.

2. Submit a pre-determination form found on www.livetheorangelife.com. Follow the same path above to access and complete the form. Aetna will provide you a list of facilities at or below the Maximum Allowable Amount within 5 days.

3. Call Aetna Member Services at 1-800-695-9744.

For colonoscopies received as part of the preventive care services provided under the Patient Protection and Affordable Care Act, there will be an in-network facility available that does not charge over the maximum allowable amount.

### The Maximum Allowable Amount Can Change

Aetna may change a maximum allowable amount at any time, but in no event more than twice during a calendar year. Prior to scheduling a colonoscopy or upper GI endoscopy, please use one of the methods above to ensure the facility is at or below the Maximum Allowable Amount.

### Important Note

Upper GI endoscopy and colonoscopy surgical procedures: a physician may perform more than one surgical procedure during one operation through the same incision or natural body orifice, or in the same operative field. When this happens, the plan covers only one of the procedures that are performed. The plan will pay up to 100% of the maximum allowable amount, as shown in the Schedule of Maximum Allowable Amounts, for the most costly of the procedures.

When two or more surgical or bilateral procedures are performed by a physician during one operation but in separate operative fields, the plan will pay the following in accordance with the maximum allowable amounts as shown in the Schedule of Maximum Allowable Amounts:

* Up to 100% of the maximum allowable amount for the most costly of the procedures;

* 50 percent of the maximum allowable amount for the next most costly procedure; and

CONFIDENTIAL

CIGNA19-13260024067

* 25 percent of the maximum allowable amount for each of the other procedures, if any.

### Anthem BCBS: The Maximum Benefit Allowed Amount for Upper GI Endoscopies, Colonoscopies, CT Scans and MRIs

Some outpatient procedures, such as colonoscopies, upper GI endoscopies, CT scans and MRIs show little to no variation in quality regardless of the provider you use—however, there can be a wide variation in cost. In certain areas, these procedures are subject to a maximum benefit allowed amount. This means that for these procedures performed by in-network providers and out-of-network providers, the plan will allow covered expenses up to the maximum benefit allowed amount. If the providers you use—even if you are using in-network providers referred by your in-network physician—charge more than the maximum benefit allowed amount, you are responsible for paying any amounts charged over the maximum benefit allowed, in addition to any applicable copayments or coinsurance.

For example, if you have a colonoscopy at a facility that charges $150 more than the maximum benefit allowed amount:

* If you used an in-network facility, you would be charged $150 (in-network colonoscopies are 100% covered up to the maximum benefit allowed amount).

* If you used an out-of-network facility you would be charged $150 in addition to your 50% coinsurance (out-of-network colonoscopies are covered at 50% of the maximum benefit allowed amount with no deductible).

To find facilities in your area that charge at or below the Maximum Benefit Allowed Amount, use one of the following methods:

1. Provider Finder through www.livetheorangelife.com. Click on Health Care > Medical and Prescription Drug. Enter your home zip code. If the Maximum Benefit Allowed Amount applies to you, a guide with instructions on how to search for facilities that charge at or below the Maximum Benefit Allowed Amount will be available.

2. Log onto anthem.com and select the 'Estimate Your Cost' option to view participating providers in your area and their associated fees. You can select a provider that is under the Maximum Benefit Allowed Amount to minimize the out-of-pocket costs you will incur for these services.

3. If you need assistance in identifying providers who are under the Maximum Benefit Allowed Amount (also known as Reference Based Benefit), please call Anthem Member Services at 1-877-434-2734.

For colonoscopies received as part of the preventive care services provided under the Patient Protection and Affordable Care Act, there will be an in-network facility available that does not charge over the maximum benefit allowed amount.

### The Maximum Benefit Allowed Amount Can Change

Anthem may change a maximum benefit allowed amount at any time, but in no event more than twice during a calendar year. Prior to scheduling a colonoscopy, upper GI endoscopy, CT scan or MRI, please use one of the methods above to ensure the facility is at or below the Maximum Benefit Allowed Amount.

### What's Covered by the High Deductible Health Plans

The High Deductible Health Plans (HDHP) cover most medical bills for illness or injury, as long as the treatment, service or supply is considered medically necessary or is a covered service. The HDHP considers a service or supply medically necessary if it is a generally accepted health care practice and is required to treat the condition of the patient, as determined by the claims administrator. The fact that a doctor or other provider of medical services prescribes, recommends or approves a treatment, service or supply does not automatically make it a covered expense under the HDHP. The preventive care benefits cover in- and out-of-network preventive prostate cancer screenings, mammograms, Pap smears, colorectal screenings, in-network well-child care services and some additional in-network well-adult care services.

For percentages of coinsurance and deductible amounts for the HDHP, see the HDHP Summary of Benefits charts.

CONFIDENTIAL

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Alcoholism or Drug Abuse

Certain expenses for the treatment are covered medical expenses.

### Inpatient Treatment

If a person is a full-time inpatient either in a hospital or in a treatment facility, then coverage is as shown below:

* Hospital: treatment of medical complications of alcoholism or drug abuse, such as cirrhosis of the liver, delirium tremens, or hepatitis; and effective treatment of alcoholism or drug abuse

* Treatment facility: room and board, up to the private room limit; other necessary services and supplies

### Outpatient Treatment

Expenses incurred for the effective treatment of alcoholism or drug abuse while the person is not confined as a full-time inpatient in a hospital or treatment facility will be considered covered medical expenses.

Charges incurred for the treatment of alcoholism or drug abuse on an inpatient or an outpatient basis are covered medical expenses to the same extent as charges incurred for the treatment of any other disease.

## Bariatric Surgery

Coverage for bariatric surgery requires you to satisfy the following eligibility criteria in order to seek approval for the bariatric surgery benefit.

* For Aetna members considering bariatric surgery, call 1-800-695-9744

* For Anthem BCBS members considering bariatric surgery, call 1-877-434-2734

* For Cigna members considering bariatric surgery, call 1-866-634-2385

You will be assigned a case manager that can help you review the eligibility requirements, precertify, find an approved, top-performing facility, hereafter called Center of Excellence (COE)[1], or get other information regarding your bariatric surgery benefit.

You must meet these initial eligibility requirements. Other rules may apply:

* Meet the following Obesity Guidelines:*

  —BMI of equal to or greater than 40, irrespective of co-morbidities as defined by National Institute of Health (NIH), or

  —BMI of equal to or greater than 35, with at least one significant co-morbid condition as defined by National Institute of Health (NIH). AND

* Complete a 3-month physician supervised weight loss program that includes nutritionist/ dietician involvement or complete a three-month multi-disciplinary surgical prepatory regimen in accordance with your plan administrator's bariatric medical policy; AND

* Complete a pre-surgery psychological evaluation; AND

* Have the surgery performed at a facility that has been designated a Bariatric Surgery Center of Excellence as defined by Aetna, Anthem BCBS or Cigna[1]; AND

* Seek prior approval before obtaining any Bariatric Services through pre-certification/prior notification to activate bariatric surgery benefit.

Please Note: *Body weight must be within 103% of starting weight at the beginning of pre-surgery preparatory regimen. If starting weight is 104-105%, an additional 3 months (following your 3-month weight loss program) will be given to meet the 103% or less weight requirement. Other completed criteria will be accepted during the full 6-month period. If your weight is not within 103% of starting weight at the end of the 6-month period, surgery is denied and the pre-surgery preparatory program must start from the beginning. If final reported weight is over 105% of original pre-surgery weight, surgery is denied.*

If you live more than 100 miles from a designated Institute of Quality, you may be eligible for Travel and Lodging reimbursement of up to $50 per night per person (up to $100 total). There is a $10,000 Travel & Lodging maximum per procedure. All Travel and Lodging reimbursement must be pre-approved.

### Exclusions Related to Bariatric Surgery

* Cosmetic Surgery to correct such skin conditions as excess skin after successful weight loss, unless medically necessary

* Breast Reduction and Abdominoplasty, unless medically necessary

---

* Obesity Guidelines are based on National Institute of Health (NIH) guidelines. Eligibility design will be updated automatically for BMI as NIH guidelines are updated.
1 Your claims administrator may define their top-performing facilities by a different name:
  • Aetna: Institute of Quality (IOQ)
  • Anthem: Blue Distinction Bariatric Center of Excellence
  • Cigna: Bariatric Centers of Excellence

CONFIDENTIAL    CIGNA19-13260024069

Case 3:19-cv-01324-JCH   Document 242-1   Filed 07/20/23   Page 106 of 405

**U.S. Medical (except California and Hawaii)**   MAIN MENU for BENEFITS SUMMARY   MAIN MENU for THIS CHAPTER   CONTACT LIST   SEARCH

- Revisions, unless medically necessary
- Any member under the age of 18

## Skilled Nursing Facility

The Plan covers charges made by a skilled nursing facility for the following services and supplies, provided that they are furnished to a covered person while he or she is confined while convalescing from a disease or injury:

- Room and board, including charges for services, such as general nursing care, made in connection with room occupancy. Not included is any charge for daily room and board in a private room that exceeds the semi-private room limit
- Use of special treatment rooms
- X-ray and lab work
- Physical, occupational or speech therapy
- Oxygen and other gas therapy
- Other medical services usually given by a skilled facility. This does not include private or special nursing, or physician's services
- Medical supplies

Benefits will be paid for no longer than 90 days during any one calendar year.

### Skilled Nursing Facility Limitations

Benefits will not be provided when a member reaches the maximum level of recovery possible and no longer requires other than routine care. Charges for these skilled facility expenses are not covered:

- Drug addiction
- Chronic brain syndrome

- Alcoholism
- Senility
- Mental retardation
- Any other mental disorder

## Emergency Room

It is important that all visits to a hospital emergency room occur in the context of a "true emergency," such as a life-threatening illness or injury. These include severe breathing problems, major burns, head injuries, acute heart attack symptoms, uncontrollable bleeding, unconsciousness or other extreme circumstances.

- Emergency care. Covered medical expense for charges made by the hospital will be covered if treatment is received in the emergency room of a hospital while a person is not a full-time inpatient. You must verify the treatment is a true emergency.
- Non-emergency care. No benefits are payable if treatment is received in the emergency room of a hospital while a person is not a full-time inpatient and the treatment is not for emergency care.

## Family Planning

The charges made by a physician or hospital services even though they are not incurred in connection with the diagnosis or treatment of a disease or injury, are covered medical expenses.

Benefits will be payable for:

- A vasectomy for voluntary sterilization
- A tubal ligation for voluntary sterilization
- Voluntary abortions

Charges for the reversal of a sterilization procedure are not covered.

## Home Health Care

Home health care provides a program for the member's care and treatment in the home. The program consists of required intermittent skilled care, which may include observation, evaluation, teaching and nursing services consistent with the diagnosis, established and approved in writing by the member's attending physician. Home health care expenses are covered if:

- The charge is made by a home health care agency; and
- The care is given under a home health care plan; and
- The care is given to a person in his or her home.

Home health care expenses are charges for:

- Part-time or intermittent care by an R.N. or by an L.P.N. if an R.N. is not available
- Part-time or intermittent home health aide services for patient care and in direct support of care by an R.N. or an L.P.N.
- Part-time or intermittent medical social services by a social worker when provided in conjunction with, and in direct support of care by an R.N. or an L.P.N.
- Medical supplies, prescription drugs and lab services by or for a home health care agency to the extent they would have been covered under this plan if you had continued your hospital stay
- Physical, occupational, and speech therapy. Note: Covered services available under Home Health

CONFIDENTIAL

CIGNA19-13260024070

# U.S. Medical (except California and Hawaii)

Care do NOT reduce outpatient benefits available under the Physical Therapy section shown in this Plan.

* The following expenses to the extent they would have been covered under this Plan if the person had been confined in a hospital or skilled facility:

—medical supplies;

—drugs and medicines prescribed by a physician;

—oxygen and its administration; and

—lab services provided by or for a home health care agency

The plan covers up to 150 visits in a calendar year. Each visit by a nurse or therapist is considered one visit. Each visit of up to four hours by a home health aide is considered one visit.

Any service not specifically outlined above is not covered under Home Health Care benefits.

## Hospice Care

This is care given to a terminally ill person by or under arrangements with a hospice care program.

### Hospice Facility Expenses

Charges made by a hospice facility, hospital or skilled facility for:

* Inpatient Care: room and board and other services and supplies furnished to a person while a full-time inpatient for pain control and other acute and chronic symptom management. Charges that exceed the semi-private room limit for daily room and board are not covered.

* Outpatient Care: services and supplies furnished to a person while not confined as a full-time inpatient.

## Hospice Outpatient Care

Charges made by a hospice care agency for:

* Part-time or intermittent nursing care by an R.N. or L.P.N. for up to eight hours in any one day

* Medical social services under the direction of a physician, including:

—assessment of the person's social, emotional, and medical needs, and home and family situation;

—identification of the community resources that are available to the person; and

—assisting the person to obtain those resources as needed.

* Psychological and dietary counseling

* Consultation or case management services by a physician

* Physical and occupational therapy

* Part-time or intermittent home health aide services (mainly for caring for the person) for up to eight hours in any one day

* Medical supplies

* Drugs and medicines prescribed by a physician

The plan covers outpatient care charges made by these providers, as long as the provider is not an employee of a hospice care agency and the hospice care agency is responsible for the care of the person:

* Physician for consultant or case management services

* Physical or occupational therapist

* Home health care agency for:

—physical and occupational therapy

—part-time or intermittent home health aide services (mainly for caring for the person) for up to eight hours in any one day

—medical supplies

—drugs and medicines prescribed by a physician

—psychological and dietary counseling

Not included are charges for:

* Funeral arrangements

* Pastoral counseling

* Financial or legal counseling, including estate planning and the drafting of a will

* Homemaker or caretaker services that are not solely related to care of the person, including sitter or companion services for either the person who is ill or other members of the family, transportation, housecleaning, and maintenance of the house

* Respite care furnished during a period of time when the person's family or usual caretaker cannot, or will not, attend to the person's needs

## Hospitals

### Inpatient Hospital Expenses

Charges made by a hospital for semi-private room and board and other hospital services and supplies while a covered person is confined as a full-time inpatient. Semi-private room limit is determined based on the room and board charge that an institution applies to the most beds in its semi-private rooms with 2 or more beds. If there are no such rooms, the rate is based on the rate most commonly charged by similar institutions in the same geographic area.

CONFIDENTIAL

CIGNA19-13260024071

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 108 of 405

U.S. Medical (except California and Hawaii)    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## For In-Network Care

If a private room is used, the daily board and room charge will be covered if your network provider requests a private room and your claims administrator approves this request. If these procedures are not followed, any part of the daily board and room charge that is more than the semi-private room limit is not covered.

## For Out-of-Network Care

You are responsible for any charge for daily room and board in a private room that exceeds the Plan's semi-private room limit.

### Outpatient Hospital Expenses

Charges made by a hospital for hospital services and supplies that are provided to a covered person who is not a full-time inpatient.

## Administration of Drugs in a Hospital-Based Setting

For certain drugs that are administered by a health care provider, such as Intravenous Immunoglobulin, the plan will not cover the drug and associated charges when administered in the hospital-based outpatient setting unless it is deemed to be medically necessary for the drug to be administered in the hospital-based outpatient setting. The determination as to whether it is medically necessary for the drug to be administered in the hospital-based outpatient setting must be completed prior to the service being performed through a clinical review and authorization. If there is no prior authorization completed, the claim charges will be denied and will only be reviewed upon appeal. Appeal requests must include medical documentation showing proof that it would not have been safe to provide administration of the drug in the office,

infusion center or through home health care. Some examples where it is not safe to give this medicine in the doctor's office, infusion center, or through home health care include, but are not limited to:

- Significant kidney disease
- Risk for blood clots
- Risk of an allergic reaction with the first dose
- Risk of lung injury (Transfusion-Related Acute Lung Injury)
- The presence of another clinical condition that could result in a need for observation requiring administration in an outpatient setting as determined by medical review.

## Mental Disorders

Charges incurred for the treatment of a mental disorder on an inpatient or an outpatient basis are covered medical expenses to the same extent as charges incurred for the treatment of any other disease.

## Maternity Benefits

As required by federal law, maternity benefits are not restricted for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, the Plan does not require that a provider obtain authorization from or notify the plan for prescribing the length of stay not in excess

of 48 hours (or 96 hours as applicable).

In-network maternity benefits include the following:

- All prenatal/postnatal care is covered at 100%.
- Maternity delivery charges covered at hospital care benefit level.

## Mastectomies

Federal law requires group health plans offering mastectomy coverage also to cover reconstructive surgery and prostheses following mastectomies.

Therefore, if you or a covered family member receives benefits for a medically necessary mastectomy and elect breast reconstruction after the mastectomy, coverage will also be provided for the following:

- All stages of reconstruction of the breast on which the mastectomy has been performed
- Surgery and reconstruction of the other breast to produce a symmetrical appearance
- Breast prosthesis (artificial replacements)
- Treatment of physical complications with respect to all stages of a mastectomy, including lymphedemas (swelling associated with the removal of the lymph nodes)

This coverage will be provided in consultation with the attending physician and the patient, and it will be subject to the same annual deductible, coinsurance and/or copayment provisions otherwise applicable.

## Surgery

- Pre-admission tests performed in the hospital or other location, such as a laboratory or doctor's office

CONFIDENTIAL

CIGNA19-13260024072

- Surgeon's fees related to a surgical procedure covered by the Plan

- Assistant surgeon's fees during a covered surgical procedure, if it is determined that the condition of the patient and the type of surgery performed requires the use of a second doctor

- Doctors' fees for administering anesthesia during a covered surgical procedure. To qualify for benefits, the anesthesia must be administered by a doctor other than the surgeon or the assistant surgeon, except if the attending doctor is performing outpatient oral surgery

### Transplant Services

Covered expenses include charges incurred during a transplant occurrence. The following will be considered to be one transplant occurrence once it has been determined that you or one of your dependents may require an organ transplant. Organ means solid organ; stem cell; bone marrow; and tissue. For example:

- Heart
- Lung
- Heart/ Lung
- Simultaneous Pancreas Kidney (SPK)
- Pancreas
- Kidney
- Liver
- Intestine

- Bone Marrow/Stem Cell

- Multiple organs replaced during one transplant surgery

- Tandem transplants (Stem Cell)

- Sequential transplants

- Re-transplant of same organ type within 180 days of the first transplant

- Any other single organ transplant, unless otherwise excluded under the plan.

The following will be considered to be more than one transplant occurrence:

- Autologous blood/bone marrow transplant followed by allogenic blood/bone marrow transplant (when not part of a tandem transplant)

- Allogenic blood/bone marrow transplant followed by an autologous blood/bone marrow transplant (when not part of a tandem transplant)

- Re-transplant after 180 days of the first transplant

- Pancreas transplant following a kidney transplant

- A transplant necessitated by an additional organ failure during the original transplant surgery/ process

- More than one transplant when not performed as part of a planned tandem or sequential transplant, (e.g., a liver transplant with subsequent heart transplant).

Benefits will be paid:

- At 100% after the deductible for a treatment received at a facility designated by your claims administrator as a top-performing facility, hereafter called Center of Excellence (COE)[1] for the type of transplant being performed. Each COE facility has been selected to perform only certain types of transplants[1].

- At 80% (for the Silver Plus HDHP) or 70% (for the Bronze HDHP) after the deductible for treatment received at a participating facility but a Non-COE transplant facility[1].

- As out-of-network for services and supplies obtained from a facility that is not a network participating facility[1]

The plan covers:

- Charges made by a physician or transplant team.

- Charges made by a hospital, outpatient facility or physician for the medical and surgical expenses of a live donor, but only to the extent not covered by another plan or program.

- Related supplies and services provided by the COE facility[1] during the transplant process. These services and supplies may include: physical, speech and occupational therapy; bio-medicals and immunosuppressants; home health care expenses and home infusion services.

- Charges for activating the donor search process with national registries.

- Compatibility testing of prospective organ donors who are immediate family members. For the purpose

[1] Your claims administrator may define their top-performing facilities by a different name:
- Aetna: Institute of Excellence
- Anthem: Center of Excellence
- Cigna: LifeSOURCE Transplant Facility
The term Center of Excellence (COE) can be interchanged to mean any one of these in this section.

CONFIDENTIAL

CIGNA19-13260024073

of this coverage, an "immediate" family member is defined as a first-degree biological relative. These are your biological parents, siblings or children.

* Inpatient and outpatient expenses directly related to a transplant.

Covered transplant expenses are typically incurred during the four phases of transplant care described below.

Expenses incurred for one transplant during these four phases of care will be considered one transplant occurrence. A transplant occurrence is considered to begin at the point of evaluation for a transplant and end either 180 days from the date of the transplant; or upon the date you are discharged from the hospital or outpatient facility for the admission or visit(s) related to the transplant, whichever is later. The four phases of one transplant occurrence and a summary of covered transplant expenses during each phase are:

1. Pre-transplant evaluation/screening: Includes all transplant-related professional and technical components required for assessment, evaluation and acceptance into a transplant facility's' transplant program;

2. Pre-transplant/candidacy screening: Includes HLA typing/compatibility testing of prospective organ donors who are immediate family members;

3. Transplant event: Includes inpatient and outpatient services for all covered transplant-related health services and supplies provided to you and a donor during the one or more surgical procedures or medical therapies for a transplant; prescription drugs provided during your inpatient stay or outpatient visit(s), including bio-medical and immunosuppressant drugs; physical, speech or occupational therapy provided during your inpatient stay or outpatient visit(s); cadaveric and live donor organ procurement; and

4. Follow-up care: Includes all covered transplant expenses; home health care services; home infusion services; and transplant-related outpatient services rendered within 180 days from the date of the transplant event.

If you are a participant in the COE program, the program will coordinate all solid organ and bone marrow transplants and other specialized care you need. Any covered expenses you incur from a COE facility will be considered in-network care expenses.

### Important Reminders

To ensure coverage, all transplant procedures need to be precertified by your claims administrator. Refer to the Aetna or Anthem BCBS Precertification section or the Cigna Pre-Admission Certification section of this chapter.

### Limitations

Unless specified above, not covered under this benefit are charges incurred for:

* Outpatient drugs including bio-medicals and immunosuppressants not expressly related to an outpatient transplant occurrence;

* Services that are covered under any other part of this plan;

* Services and supplies furnished to a donor when the recipient is not covered under this plan;

* Harvesting or storage of organs, without the expectation of immediate transplantation for an existing illness;

* Harvesting and/or storage of bone marrow, tissue or stem cells, without the expectation of transplantation within 12 months for an existing illness;

* Cornea (Corneal Graft with Amniotic Membrane) or Cartilage (autologous chondrocyte or autologous osteochondral mosaicplasty) transplants, unless otherwise authorized by your claims administrator.

If a person is a transplant patient, this Plan will pay a benefit for travel expenses and lodging expenses but only to the extent described below and only if charges incurred for the transplant procedures and treatment types are covered medical expenses.

Any charges made by the transplant facility for services and supplies that are:

* furnished in connection with any of the procedures or treatment listed below; and

* are included under this Plan as covered medical expenses will be considered to be expenses incurred for in-network care and paid at 100%.

### Transplant Procedure and Treatment Types
### Transplant Travel Expenses

These are expenses incurred by a transplant patient and approved in advance by Aetna, Cigna or Anthem BCBS for transportation between his or her home and the transplant facility to receive services in connection with any listed procedure or treatment. Also included are expenses incurred by a companion, and approved in advance by your claims administrator, for transportation when traveling with a transplant patient between the transplant patient's home and the IOE facility to receive such services.

CONFIDENTIAL

CIGNA19-13260024074

**U.S. Medical (except California and Hawaii)** | MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

### *IOE Lodging Expenses*

These are expenses incurred by an transplant patient, and approved in advance for lodging away from home:

+ While traveling between his or her home and the facility to receive services in connection with any listed procedure or treatment; or

• To receive outpatient services from the facility in connection with any listed procedure or treatment.

The maximum benefit payable for these expenses is $50 per night.

Also included are expenses incurred by a companion, and approved in advance by your claims administrator, for lodging away from home:

• While traveling with an IOE patient between the transplant patient's home and the facility to receive services in connection with any listed procedure or treatment; or

• When the companion's presence is required to enable a transplant patient to receive such services on an inpatient or outpatient basis. The maximum benefit payable for these expenses is $50 per night.

### Oral Surgery

Expenses for the treatment of the mouth, jaws, and teeth are covered medical expenses, but only those for:

• Teeth, mouth, jaws, jaw joints; or

• Supporting tissues (this includes bones, muscles, and nerves).

For these expenses, "physician" includes a dentist.

### The Plan covers surgery needed to:

• Treat a fracture, dislocation, or wound

• Cut out:

— the roots of a tooth without removing the entire tooth

— cysts, tumors, or other diseased tissues

• Cut into gums and tissues of the mouth when not done in connection with the removal, replacement or repair of teeth

• Alter the jaw, jaw joints, or bite relationships by a cutting procedure when appliance therapy alone cannot result in functional improvement

• Non-surgical treatment of infections or diseases, excluding those of or related to the teeth

Dental insurance will serve as primary payor for the following services. If the member does not have dental insurance or it does not cover these services, the Plan will cover the following surgery needed to cut out:

• Teeth partly or completely impacted in the bone of the jaw

• Teeth that will not erupt through the gum

• Other teeth that cannot be removed without cutting into the bone

Dental work, surgery and orthodontic treatment needed to remove, repair, replace, restore or reposition:

• Natural teeth damaged, lost, or removed; or

• Other body tissues of the mouth fractured or cut out due to injury.

### Any such teeth must have been:

• Free from decay; or

• In good repair; and

• Firmly attached to the jaw bone at the time of the injury

The treatment must be done in the calendar year of the accident or the next one.

If crowns (caps), dentures (false teeth), bridgework or in-mouth appliances are installed due to such injury, covered medical expenses include only charges for:

• The first denture or fixed bridgework to replace lost teeth;

• The first crown needed to repair each damaged tooth; and

• An in-mouth appliance used in the first course of orthodontic treatment after the injury.

### Except as provided for injury, not included are charges:

• For in-mouth appliances, crowns, bridgework, dentures, tooth restorations, or any related fitting or adjustment services; whether or not the purpose of such services or supplies is to relieve pain

• For root canal therapy

• For routine tooth removal (not needing cutting of bone)

• The plan covers oral surgery and related dental services to correct a gross anatomical defect present at birth that results in significant functional impairment of a body part, if the services or supplies will improve function.

• The plan covers fluoride treatment, removal of

CONFIDENTIAL

CIGNA19-13260024075

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 112 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

teeth and hyperbaric oxygen therapy in connection with covered radiation therapy.

Not included are charges:

* To remove, repair, replace, restore or reposition teeth lost or damaged in the course of biting or chewing

* To repair, replace, or restore fillings, crowns, dentures or bridgework

* For non-surgical periodontal treatment

* For dental cleaning in-mouth scaling, planing or scraping

* For myofunctional therapy; this is muscle training therapy or training to correct or control harmful habits

### Routine Cancer Screenings

For information, see the Summary of Benefits chart in this chapter.

### Routine Physical Exams

Charges made by your primary care physician or a network provider for a routine physical exam given to you, your spouse/same sex partner, or your dependent child may be covered medical expenses. If charges for a dependent child's routine physical exam are covered under any other benefit section, charges in connection with that physical exam are not considered covered medical expenses under this section. A routine physical exam is a medical exam given by a physician for a reason other than to diagnose or treat a suspected or identified injury or disease. Included are immunizations for infectious disease, testing for tuberculosis, x-rays, lab, and other tests given in connection with the exam.

For more information, see the Summary of Benefits chart in this chapter.

These routine physical exam charges are not covered:

* Services that are covered under any other group plan provided by the Company

* Services for diagnosis or treatment of a suspected or identified injury or disease

* Exams given while the person is confined in a hospital or other facility for medical care

* Services that are not provided by a physician or under his/her direct supervision

* Medicines, drugs, appliances, equipment, or supplies

* Psychiatric, psychological, personality or emotional testing or exams

* Exams in any way related to employment

* Premarital exams

* Vision or dental exams

### Short-Term Rehabilitation Expenses

#### Therapy

Cognitive Therapy. Cognitive therapy is treatment to restore memory, perception, and normal thought processes following an injury to the brain.

Coverage is limited to treatment to restore memory, perception and normal thought processes following an injury to the brain. Therapy is expected to result in significant improvement in body function lost or impaired by disease (e.g., stroke) or accidental injury; or, it's aimed at slowing or preventing further deterioration of body function impaired by a neurological disease such as multiple sclerosis, cerebral palsy, polio, spina bifida and amyotrophic lateral

sclerosis (Lou Gehrig's disease). Covered therapy does not include therapy to develop cognitive skills that did not exist before the injury or therapy from which no further improvement can be expected. A licensed medical doctor or psychologist, other than a person who is related to the patient by blood or marriage, must provide therapy within the scope of his or her profession.

Occupational Therapy. Occupational therapy is the therapeutic use of work and self-care activities to restore independent function and prevent disability.

Coverage is limited to treatment to restore the loss of independent function and prevent disability of the therapeutic use of work and self-care activities caused by an injury or illness. Therapy is expected to result in significant improvement in body function lost or impaired by disease (e.g., stroke) or accidental injury; or, it's aimed at slowing or preventing further deterioration of body function impaired by a neurological disease such as multiple sclerosis, cerebral palsy, polio, spina bifida and amyotrophic lateral sclerosis (Lou Gehrig's disease). Covered therapy does not include therapy for transportation activities or therapy from which no further improvement can be expected. A registered or licensed occupational therapist, other than a person who is related to the patient by blood or marriage, must provide therapy within the scope of his or her profession.

Physical Therapy. Physical therapy is the use of physical means, such as massage, manipulation, heat, hydrotherapy, ultrasound or exercises to treat a disability of the body due to illness or injury.

CONFIDENTIAL

CIGNA19-13260024076

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 113 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

Coverage is limited to charges for manipulation, heat, hydrotherapy, ultrasound or exercises/interventions to treat a disability of the body due to illness or injury. Therapy is expected to result in significant improvement in body function lost or impaired by disease (e.g., stroke) or accidental injury; or, it's aimed at slowing or preventing further deterioration of body function impaired by a neurological disease such as multiple sclerosis or polio. Covered therapy does not include visual therapy or therapy from which no further improvement can be expected. A licensed medical physician, chiropractor or physical therapist, other than a person who is related to the patient by blood or marriage, must provide the physical therapy within the scope of his or her profession.

**Speech Therapy.** Speech therapy is treatment to restore the skills necessary for intelligible speech. The loss of such skills must be due to illness or injury.

Coverage is limited to charges necessary to restore an existing speech function (the ability to express thoughts, speak words and form sentences) that has been lost or impaired as a result of a disease or an injury. Significant functional improvement must be expected within a reasonable time frame. Significant improvement means the speech therapy is expected to restore the level of speech that the individual had obtained prior to the illness or injury. Covered therapy does not include therapy from which no further improvement can be expected. A registered or licensed speech therapist, other than a person who is related to the patient by blood or marriage, must provide therapy within the scope of his or her profession.

Exception. Coverage for cognitive, physical, occupational and speech therapy will be available as stated above for situations where children have failed to acquire the necessary skills as a result of cerebral palsy, autism, Down syndrome or a severe neurological or genetic disorder. Therapy must be expected to result in significant improvement or be aimed at slowing or preventing further deterioration.

All covered therapy must be diagnosed and prescribed by a licensed physician. Specific evaluation with standard test scores and measurable goals and objectives to determine progress and improved functional ability must be provided. Due to the review requirements of the Plan, authorization of benefits may be done on a retroactive basis. Therefore, it is possible that if services are rendered prior to approval, some or all of these services may not be covered.

If approved, these services will be covered, based on the coinsurance level of the Plan you elected, after the appropriate individual annual deductible has been met. Some coverages may have limitations. The appropriate out-of-pocket maximum applies.

The Plan does not provide coverage for sensory (auditory) integration therapy. This procedure has been proposed as a treatment approach to the management of children with various communication, behavioral, emotional and learning disorders.

The effectiveness of this therapy is unproven. A meta-analysis of multiple research on sensory integration treatment was published in April 1999, which concluded that more recent studies do not show overall positive effects from sensory (auditory) inte-

gration therapy. In addition, the Plan does not cover charges for speech, cognitive, occupational and/or physical therapy services related to developmental delay for children or adults if therapy is not expected to result in significant improvement or be aimed at slowing or preventing further deterioration.

**Applied Behavioral Analysis (ABA) Therapy.** ABA is the application of behavior analysis that modifies human behaviors, especially as part of a learning or treatment process. Coverage is limited to treatment meeting the following criteria.

* A licensed physician in one of the following specialties must diagnose the patient with autism spectrum disorder and prescribe ABA therapy for the patient: Pediatrician, Psychiatrist, Neurologist.

* The primary treating provider must be a licensed provider in his or her state and must also be BCBA certified. A Board Certified Assistant Behavioral Analyst (BCaBA certified) must be under the direct supervision of the primary treating provider (who is a licensed provider in his or her state and also BCBA certified) and be employed by the licensed BCBA certified provider or his/her employer.

* The following medical necessity pre-certification must be obtained prior to the service being rendered:

  • Service pre-authorization and compliance with the pre-certification process is the responsibility of the provider/program/facility

  • Diagnosis of Autism Spectrum Disorder by a "Prescribing Provider" as defined above

CONFIDENTIAL    CIGNA19-13260024077

- ABA therapy must be ordered by a "Prescribing Provider" as defined above:

  - ABA therapy must be delivered by a licensed BCBA provider or provided under by a BCaBA provider, under the direct supervision of a licensed BCBA certified provider, as defined above

  - Less intensive behavior treatment or other therapy has been considered

  - Treatment is not intended to provide respite, day care or education

  - Patient is both behaviorally and medically stable and does not require 24-hour medical/nursing monitoring

Following the initial approval of ABA therapy, requests for continued ABA therapy must be re-authorized at least every 6 months thereafter or more frequently as determined by the claims administrator to be clinically appropriate, via the service pre-authorization process. The requesting provider must submit a patient status and progress assessment relative to the patient's documented individualized goals and measureable objectives, as a requirement of the process for review. The requesting provider must provide information to demonstrate that the treatment plan is producing measureable patient progress/improvement in order for additional ABA therapy to be approved.

## Other Medical Expenses

The High Deductible Health Plan covers charges for:

- Oxygen and/or rental of equipment required for its administration

- X-ray, radium, radioactive isotope therapy, outpatient radiation therapy, chemotherapy, dialysis and respiratory therapy blood (if not replaced), or other fluids actually injected into the circulatory system

- Insulin syringes and test tapes if used by a provider during an office visit

- First pair of contact lenses or eyeglasses following cataract surgery

- Anesthetics

- Rental of durable medical and surgical equipment.

In lieu of rental, the following may be covered:

- The initial purchase of such equipment if your claims administrator is shown that: long term care is planned, and that such equipment either cannot be rented or is likely to cost less to purchase than to rent

- Repair of purchased equipment

- Replacement of purchased equipment if your claims administrator is shown that it is needed due to a change in the person's physical condition, or it is likely to cost less to purchase a replacement than to repair existing equipment or to rent similar equipment. Precertification is required for durable medical equipment.

- Artificial limbs and eyes. The plan does not cover charges for:

  —eyeglasses

  —vision aids

  —communication aids

  —orthopedic shoes, foot orthotics, or other devices to support the feet, unless necessary to prevent complications of diabetes or if the orthopedic shoe is an integral part of a leg brace and expense is included as part of the cost of the brace

- Coverage for services related to the treatment of varicose veins if medically necessary. Precertification is required.

- Prescription drugs—See HDHP Prescription Drug Coverage in this chapter.

## Private Duty Care

The charges made by a R.N. or L.P.N. or a nursing agency for "skilled nursing services" are included as covered medical expenses. No other charges made by a R.N. or L.P.N. or a nursing agency are covered. As used here, private duty care means services for:

- Visiting nursing care by a R.N. or L.P.N. Visiting nursing care means a visit of not more than eight hours for the purpose of performing specific skilled nursing tasks.

- Private duty nursing by a R. N. or L.P.N. if the person's condition requires skilled nursing care and visiting nursing care is not adequate.

Private duty services that are not covered include:

- Nursing care that does not require the education, training and technical skills of a R.N. or L.P.N., such as transportation, meal preparation, charting of vital signs and companionship activities.

CONFIDENTIAL

CIGNA19-13260024078

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 115 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

+ Private duty nursing care given while the person is an inpatient in a hospital or other health care facility.

+ Care provided to help a person in the activities of daily life, such as bathing, feeding, personal grooming, dressing, getting in and out of bed or a chair, or toileting.

+ Care provided solely for skilled observation except for no more than one four-hour period per day for a period of no more than ten consecutive days following the occurrence of:

—change in patient medication;

—need for treatment of an emergency condition by a physician, or the onset of symptoms indicating the likely need for such services;

—surgery;

—release from inpatient confinement; or

—any service provided solely to administer oral medicines, except where applicable law requires that such medicines be administered by a R.N. or L.P.N.

### Self-Injectable Drugs

Pharmacy and most injectable drugs are covered under the CVS Caremark Prescription Drug Program. Please contact CVS Caremark at 1-800-237-2767.

### Women's Preventive Services

In compliance with the Patient Protection and Affordable Healthcare Act, 100% benefits coverage is available for the following:

+ Gestational diabetes screening

- HPV testing

+ Sexually transmitted infection counseling

- HIV screening and counseling

+ Domestic violence screening and counseling

- Lactation counseling

+ Breastfeeding pumps/supplies (within 60 days of birth) after lactation counseling

+ Over-the-counter contraceptive supplies as listed in the CVS Caremark Prescription Drug Coverage section

For more information, contact your plan.

### Experimental or Investigational Treatment

Covered expenses include charges made for experimental or investigational drugs, devices, treatments or procedures, provided all of the following conditions are met:

* You have been diagnosed with cancer or a condition likely to cause death within one year or less;

* Standard therapies have not been effective or are inappropriate;

* Your claims administrator determines, based on at least two documents of medical and scientific evidence, that you likely benefit from the treatment;

* You are enrolled in a clinical trial that meets these criteria;

* The drug, device, treatment or procedure to be investigated has been granted investigational new drug (IND) or Group c/treatment IND status;

* The clinical trial has passed independent scientific scrutiny and has been approved by an Institutional Review Board that will oversee the investigation;

* The clinical trial is sponsored by the National Cancer Institute (NCI) or similar national organization (such as the Food & Drug Administration or the Department of Defense) and conforms to the NCI standards;

* The clinical trial is not a single institution or investigator study unless the clinical trial is performed at an NCI designated cancer center; and

* You are treated in accordance with protocol.

### What the High Deductible Health Plans Do Not Cover

### Coverage is not provided for (this list is not exhaustive):

* Services and supplies not necessary for the diagnosis, care, or treatment of the disease or injury involved, as determined by your claims administrator. This applies even if they are prescribed, recommended, or approved by the person's attending physician or dentist.

* Services not medically necessary for diagnosis or treatment of an illness or injury, unless specifically covered by the Plan

* All services or expenses incurred by you or your family before coverage started or after coverage has terminated under the plan unless the patient is enrolled in COBRA (see the COBRA Coverage chapter for more information)

+ Any services or supplies covered by a state workers' compensation act or similar program or legislation

CONFIDENTIAL

CIGNA19-13260024079

- Wigs, unless medically necessary

- Any services for which a charge would not have been made in the absence of coverage

- Charges for services or supplies submitted more than 12 months from the date services were provided

- Charges made by a non-participating physician for or in connection with surgery which exceed the following maximum when two or more surgical procedures are performed at one time. The maximum amount payable will be the amount otherwise payable for the most expensive procedure, and 50% of the amount otherwise payable for the secondary procedure and 25% of all other surgical procedures under the Aetna Medical Plan. Maximum amounts payable will follow the same reduction schedule but could differ by state under the Anthem BCBS medical plans. Under the Cigna medical plans, multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge. The most expensive procedure is paid as any other surgery.

- Charges for the removal of organs or tissues to be donated to another, other than to a person covered by the Plan

- Charges made by any covered provider who is a member of your or your dependent's family

- Care, treatment, services, or supplies that are not prescribed, recommended, or approved by the person's attending physician or dentist.

- Services, treatment, education testing, or training related to learning disabilities or developmental delays if therapy is not expected to result in significant improvement or be aimed at slowing or preventing further deterioration. For more information, see the Therapy section.

- For Aetna and Anthem members subject to the maximum allowable amount, any facility charges above the maximum allowable amount for upper GI endoscopies and colonoscopies

- Care furnished mainly to provide a surrounding free from exposure that can worsen the person's disease or injury

- Treatment such as primal therapy, rolfing, psychodrama, megavitamin therapy, bioenergetic therapy, vision perception training, or carbon dioxide therapy

- Treatment of covered health care providers who specialize in the mental health care field and who receive treatment as a part of their training in that field

- Services of a resident physician or intern rendered in that capacity.

- Charges that are made only because there is health coverage.

- Charges that a covered person is not legally obliged to pay.

- Charges for custodial care, as determined by your claims administrator.

- Charges, to the extent allowed by the law of the jurisdiction where the group contract is delivered, for services and supplies:

—furnished, paid for, or for which benefits are provided or required by reason of the past or present service of any person in the armed forces of a government

—furnished, paid for, or for which benefits are provided or required under any law of a government. This exclusion will not apply to "no fault" auto insurance if it is:

- required by law

- provided on other than a group basis

- Charges for eyeglasses, contacts, eye examinations, eye exercises, correction to vision (including but not limited to LASIK Radial Keratotomy) or fitting of glasses, unless specifically covered by the Plan.

- Any services or supplies related to education, training or retraining services or testing, including: special education, remedial education, job training and job hardening programs;

- Therapy, drugs, implants, supplies, or counseling for sexual dysfunctions or inadequacies that do not have a physiological or organic basis

- Sex change surgery or any treatment of gender identity disorders

- Charges for services or treatment related to impotency and/or infertility, unless such services or treatment are to diagnose and/or treat a specific medical condition (other than previous voluntary sterilization) causing the impotency and/or infertility, and such charges are not directly related to giving birth and/or the birth process

- Charges for in vitro fertilization and other artificial insemination

- Routine vision exams and routine dental exams, except to the extent coverage for such exams, immunizations, services, or supplies is specifically provided under the Plan

CONFIDENTIAL    CIGNA19-13260024080

Case 3:19-cv-01324-JCH     Document 242-1     Filed 07/20/23     Page 117 of 405

**U.S. Medical (except California and Hawaii)**     MAIN MENU for BENEFITS SUMMARY     MAIN MENU for THIS CHAPTER     CONTACT LIST     SEARCH

- Marriage, family, child, career, social adjustment, pastoral or financial counseling. Aetna may consider these services for payment if there is no diagnosed behavioral health disorder.

- Acupuncture therapy (except when acupuncture is performed by a physician as a form of anesthesia in connection with surgery that is covered under this Plan)

- Plastic surgery, reconstructive surgery, cosmetic surgery, or other services and supplies which improve, alter, or enhance appearance, whether or not for psychological or emotional reasons, except to the extent needed to improve the function of a part of the body that is not a tooth or structure that supports the teeth and is malformed as a result of a severe birth defect (including harelip, webbed fingers or toes) as a direct result of disease or surgery performed to treat disease or injury or repair an injury that is:

  —a result of a severe birth defect; including harelip, webbed fingers, or toes; or

  —a direct result of disease or surgery performed to treat a disease or injury.

  Surgery must be performed in the calendar year of the accident which causes the injury; or in the next calendar year.

- Charges that are not reasonable, as determined by your claims administrator.

- Reversal of a sterilization procedure

- Services or supplies furnished by a network provider in excess of the provider's negotiated charge for that service or supply. This exclusion will not apply to any service or supply for which a

benefit is provided under Medicare before the benefits of the group contract are paid

- Any charges in excess of the benefit, dollar, day, visit or supply limits stated in this document.

- Any non-emergency charges incurred outside of the United States

- Charges submitted for services that are not rendered, or not rendered to a person not eligible for coverage under the plan.

- Charges submitted for services by an unlicensed hospital, physician or other provider or not within the scope of the provider's license.

- Over-the-counter contraceptive supplies, except as specifically described in the What's Covered by the High Deductible Health Plans Section.

- Costs for services resulting from the commission of, or attempt to commit a felony by the covered person.

- Dental Services except as covered as Oral Surgery under the plan.

- Orthodontic services or treatment (including appliances) related to temporomandibular joint (TMJ) syndrome unless all other nonsurgical options are deemed unsuccessful

- Disposable take-home supplies: Any outpatient disposable supply or device, including sheaths, bags, elastic garments, support hose, bandages, bedpans, syringes, blood or urine testing supplies, and other home test kits; and splints, neckbraces, compresses, and other devices not intended for reuse by another patient.

- Facility charges for care services or supplies provided in:

  —rest homes;

  —assisted living facilities;

  —similar institutions serving as an individuals primary residence or providing primarily custodial or rest care;

  —health resorts;

  —spas, sanitariums; or infirmaries a schools, colleges, or camps

- Charges for orthopedic shoes and other supportive appliances for the feet other than for expenses which are specified in the What's Covered by the High Deductible Health Plans section

- Home and mobility: Any addition or alternation to a home, workplace or other environment, or vehicle and any related equipment or device, including:

  —bathroom equipment such as bathtub seats, benches, rails, and lifts;

  —purchase or rental of exercise equipment, air purifiers, central or unit air conditioners, water purifiers, waterbeds, and swimming pools;

  —exercise and training devices, whirlpools, portable whirlpool pumps, sauna baths, massage devices or over-bed tables;

  —equipment or supplies to aid sleeping or sitting, including electric beds, water beds, air beds, pillows, sheets, blankets, warming or cooling devices, elevating chairs, bed tables and reclining chairs;

CONFIDENTIAL

CIGNA19-13260024081

# U.S. Medical (except California and Hawaii)

—equipment installed in your home, workplace or other environment, including stair-glides, elevators, wheelchair ramps, or equipment to alter air quality, humidity or temperature;

—other additions or alternations to your home, workplace or other environment, including room additions, changes in cabinets, countertops, doorways, lighting, wiring, furniture, communication aids, wireless alert systems, or home monitoring;

—services and supplies furnished mainly to provide a surrounding free from exposure that can worsen your illness or injury;

—removal from your home, worksite or other environment of carpeting, hypo-allergenic pillows, mattresses, paint, mold, asbestos, fiberglass, dust, pet dander, pests or other potential sources of allergies or illness; and

—transportation devices, including stair-climbing wheelchairs, personal transporters, bicycles, automobiles, vans or trucks, or alternations to any vehicle or transportation device.

* Miscellaneous charges for services or supplies including:

—annual or other charges to be in a physician's practice;

—charges to have preferred access to a physician's services such as boutique or concierge physician practices;

—cancelled or missed appointment charges or charges to complete claim forms;

* Personal comfort and convenience items: Any service or supply primarily for your convenience and personal comfort or that of a third party, including: Telephone, television, internet, barber or beauty service or other guest services; housekeeping, cooking, cleaning, shopping, monitoring, security or other home services; and travel, transportation, or living expenses, rest cures, recreational or diversional therapy.

* Services provided by a spouse, domestic partner, parent, child, step-child, brother, sister, in-law or any household member.

* Smoking: Any treatment, drug, service or supply to stop or reduce smoking or the use of other tobacco products or to treat or reduce nicotine addiction, dependence or cravings, including counseling, hypnosis and other therapies, medications, nicotine patches and gum. See Program Limitations in the Prescription Drug section for information on coverage for certain smoking cessation drugs if you are enrolled in the Quit for Life Tobacco Cessation Program.

* Self-injectable drugs; coverage provided under the CVS Caremark Prescription Drug Program unless prescribed while in the emergency room or inpatient during a hospital stay

* Treatment in wilderness programs or other similar programs

* Christian Science practitioners (Anthem BCBS only)

* Services provided in a halfway house (Anthem BCBS only)

* Services for hospital confinement primarily for diagnostic studies (Anthem BCBS only)

* Services for any form of telecommunication

* Services for weight reduction programs, services and supplies including, but not limited to, commercial weight loss programs

* Services that are defined by your plan administrator as Experimental or Investigational Services, unless they meet the conditions listed under "Experimental and Investigational Services" under What's Covered by the High Deductible Health Plans. Contact your plan administrator for more information regarding what is considered Experimental or Investigational.

Any exclusion above will not apply to the extent that coverage of the charges is required under any law that applies to the coverage. These excluded charges will not be used when determining benefits. The law of the jurisdiction where a person lives when a claim occurs may prohibit some benefits. If so, they will not be paid.

CONFIDENTIAL

CIGNA19-13260024082

## U.S. Medical (except California and Hawaii)

| Silver Plus HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited |
| Individual Deductible—Per calendar year; in- and out-of-network deductibles cross-apply. | $2,000 | $5,000 |
| Family Deductible Limit—If you are covering more than just yourself, the family deductible must be satisfied before the plan begins paying benefits (except for services in which the deductible doesn't apply). The family deductible can be met by one family member or a combination of family members. | $4,000 | $10,000 |
| Coinsurance | 20% after deductible | 50% after out-of-network deductible |
| Individual Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. In- and out-of-network deductibles cross-apply. | $5,000 includes deductible | $14,000 includes deductible |
| Family Out-of-Pocket Maximum—If you are covering more than just yourself, the family out-of-pocket maximum must be satisfied before the plan begins paying benefits. The family out-of-pocket maximum can be met by one family member or a combination of family members. | $10,000 includes deductible | $28,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | 20% after deductible | 50% after out-of-network deductible |
| Specialist Office Visit | 20% after deductible | 50% after out-of-network deductible |
| Walk-In Clinic | 20% after deductible | 50% after out-of-network deductible |
| Teladoc | 20% after deductible | Not applicable |
| **Preventive Care** For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of recommended preventive services, please visit the USPSTF website, www.healthcare.gov/center/prevension/recommendations.html. | | |
| Well Child Care | 100% Covered, no deductible | 50%, no deductible |
| Well Child Care Frequency Limits | Includes routine immunizations, travel immunizations & flu shots. Age/frequency guidelines suggest 7 exams in 1st 12 months of life, 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | |
| Adult Routine Physical Exam | 100% Covered, no deductible | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN and other Women's Preventive Services** | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | |
| Routine Mammogram | 100% Covered, no deductible | 50%, no deductible |
| Routine Mammogram Age/Frequency Limits | Age/frequency guidelines suggest baseline at age 35, 1 every 2 calendar years after age 35 and 1 every calendar year after age 40* | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no deductible | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | Age/frequency guidelines suggest 1 routine DRE and PSA per calendar year for males age 40 and over | |

\* Under certain circumstances, age/frequency limits may vary based on risk factors.

\*\* See Women's Preventive Services in What's Covered By the High Deductible Health Plans for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024083

# U.S. Medical (except California and Hawaii)

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

| Silver Plus HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Preventive Care—continued** | | |
| Colorectal Cancer Screenings–Digital rectal exam, Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema. | 100% Covered, no deductible | 50%, no deductible |
| Colonoscopy—for certain Aetna and Anthem members subject to the maximum allowable amount'. | • Facilities charging at or under the maximum allowable amount: $0—no charge<br>• Facilities charging above the maximum allowable amount: You pay 100% of charges above the maximum allowable amount | 50%, no deductible |
| Colorectal Cancer Screenings Frequency Limits | Age/frequency guidelines suggest all members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years), Colonoscopy (1 every 10 years)* | |
| Routine Eye Exam | Not Covered; discounts available | |
| Routine Hearing Exam | 100% Covered, no deductible | 50%, no deductible |
| Routine Hearing Exam Frequency Limit | 1 exam per calendar year | |
| Hearing Aids** | 20% after deductible | 50% after out-of-network deductible |
| **Hospital Care** | | |
| Inpatient Hospital Coinsurance—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 20% after deductible | 50% after out-of-network deductible |
| Outpatient Hospital Expenses—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. | 20% after deductible | 50% after out-of-network deductible |
| **Other Physician Services** | | |
| Acupuncture—Covered in lieu of anesthesia only | 20% after deductible | 50% after out-of-network deductible |
| Allergy Testing and Treatment– Office visit | 20% after deductible | 50% after out-of-network deductible |
| Allergy Testing and Treatment– Performed in an independent lab | 100% Covered, no deductible | 50% after out-of-network deductible |
| Allergy injections–Not given by the physician, or not in conjunction with an office visit | 100% Covered, no deductible | 50% after out-of-network deductible |
| Second Surgical Opinion | 20% after deductible | 50% after out-of-network deductible |
| Outpatient Surgery | 20% after deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy | 20% after deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy—For certain Aetna and Anthem members subject to the maximum allowable amount' | You pay 20% after deductible plus 100% of charges above the maximum allowable amount | 50% after out-of-network deductible |
| **Diagnostic Procedures** | | |
| Diagnostic Lab | 20% after deductible | 50% after out-of-network deductible |
| Diagnostic X-ray | 20% after deductible | 50% after out-of-network deductible |
| Complex imaging services—MRA/MRS, MRI, CT Scan, PET scan | 20% after deductible | 50% after out-of-network deductible |
| Complex Imaging services—MRI, CT Scans - For Anthem members subject to the maximum allowable amount.' | You pay 20% after deductible plus 100% of the charges above the maximum allowable amount. | 50% after out-of-network deductible |

\* Under certain circumstances, age/frequency limits may vary based on risk factors. \*\* Excludes hearing aid batteries and repairs.
'For more information, see Aetna: The Maximum Allowable Amount and Anthem: The Maximum Allowable Amount in the High Deductible Health Plans section.

CONFIDENTIAL

CIGNA19-13260024084

**U.S. Medical (except California and Hawaii)**

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH



| Silver Plus HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
| --- | --- | --- |
| **Emergency Medical Care** | | |
| **Urgent Care Facility** | 20% after deductible | 50% after out-of-network deductible |
| **Emergency Room**— E.R. Facility charges and related expenses (radiology, pathology, anesthesia, surgeon, etc.) | 20% after deductible | |
| **Non-Emergency Use of Emergency Room** | Not covered | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 20% after deductible | |
| **Family Planning** | | |
| **Contraceptive Devices, Implants & Injectables**—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages | 100% Covered, no deductible | 50%, no deductible |
| **Voluntary Abortion** | 20% after deductible | 50% after out-of-network deductible |
| **Prenatal Office visits** | 100% Covered, no deductible | 50%, no deductible |
| **Maternity delivery charges** (physician and facility) | 20% after deductible | 50% after out-of-network deductible |
| **Voluntary Sterilization**—Covers tubal ligation. Reversals not covered. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Sterilization**—Covers vasectomy. Reversals not covered. | 20% after deductible | 50% after out-of-network deductible |
| **Infertility**—Covers diagnosis and treatment of underlying conditions | 20% after deductible | 50% after out-of-network deductible |
| **Advanced Reproductive Technology (ART)** | Not Covered | |
| **Other Services** | | |
| **Skilled Nursing Facility**—90 days per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Home Health Care**—150 visits per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Private Duty Nursing**—70 8-hr shifts per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Hospice Care** | 20% after deductible | 50% after out-of-network deductible |
| **Outpatient Short-Term Rehabilitation**—Physician's services and services of physical, speech or occupational therapists for diagnosis of developmental delays or for treatment of acute conditions if such services will result in significant improvement in member's condition. | 20% after deductible applies to physical, occupational and speech therapy | 50% after out-of-network deductible applies to physical, occupational and speech therapy |
| **Spinal Disorders**—Spinal Manipulations performed by an MD, DO, chiropractor or therapist, 25 visits per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Durable Medical Equipment** | 20% after deductible; foot orthotics excluded | 50% after out-of-network deductible; foot orthotics excluded |
| **Prosthetics Devices**—e.g., artificial limb; breast prosthesis | 20% after deductible | 50% after out-of-network deductible |
| **Infusion Therapy**—e.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | 20% after deductible | 50% after out-of-network deductible |

CONFIDENTIAL

CIGNA19-13260024085

## U.S. Medical (except California and Hawaii)

| Silver Plus HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Mental Health Services** | | |
| Inpatient Mental Disorders Coinsurance—No day limits | 20% after deductible | 50% after out-of-network deductible |
| Outpatient Behavioral Health Visit—Applies to outpatient therapy visits in an office or other outpatient setting—no visit limits | 20% after deductible | 50% after out-of-network deductible |
| Residential Treatment Facility—Subject to Inpatient Pre-certification requirements | 20% after deductible | 50% after out-of-network deductible |
| Intensive Outpatient—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements) | 20% after deductible | 50% after out-of-network deductible |
| Partial Hospitalization—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | 20% after deductible | 50% after out-of-network deductible |
| **Alcohol and Drug Abuse Services** | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility—no day limits | 20% after deductible | 50% after out-of-network deductible |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other outpatient setting—no visit limits | 20% after deductible | 50% after out-of-network deductible |
| **Prescription Drugs** | | |
| Eligible Preventive Care Prescription Drugs[1,2] – Generic and Preferred Brand | You pay 20%, no deductible | You pay 50%, no deductible |
| Eligible Preventive Care Prescription Drugs[1,2] – Non-Preferred Brand | You pay 40%, no deductible | You pay 75%, no deductible |
| Generic and Preferred Brand | You pay 20% after deductible | You pay 50% after deductible |
| Non-Preferred Brand | You pay 40% after deductible | You pay 75% after deductible |
| Specialty Drugs– Generic 30-day supply[3] | $7 after deductible | Not Covered |
| Specialty Drugs– Non-Generic 30-day supply[3] | $75 after deductible | Not Covered |

1 A complete list of eligible preventive care prescription drugs is on www.livetheorangelife.com

2 See Women's Preventive Services in HDHP Prescription Drug Coverage for information about prescriptions covered as part of Women's Preventive Services.

CONFIDENTIAL

CIGNA19-13260024086

# U.S. Medical (except California and Hawaii)

| Bronze HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited |
| Individual Deductible—Per calendar year; in- and out-of-network deductibles cross-apply. | $3,500 | $9,000 |
| Family Deductible Limit—If you are covering more than just yourself, the family deductible must be satisfied before the plan begins paying benefits (except for services in which the deductible doesn't apply). The family deductible can be met by one family member or a combination of family members. | $7,000 | $18,000 |
| Coinsurance | 30% after deductible | 50% after out-of-network deductible |
| Individual Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. In- and out-of-network deductibles cross-apply. | $6,350 includes deductible | $18,000 includes deductible |
| Family Out-of-Pocket Maximum—If you are covering more than just yourself, the family out-of-pocket maximum must be satisfied before the plan begins paying benefits. The family out-of-pocket maximum can be met by one family member or a combination of family members. | $12,700 includes deductible | $36,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | 30% after deductible | 50% after out-of-network deductible |
| Specialist Office Visit | 30% after deductible | 50% after out-of-network deductible |
| Walk-In Clinic | 30% after deductible | 50% after out-of-network deductible |
| Teladoc | 30% after deductible | Not applicable |
| **Preventive Care** For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of recommended preventive services, please visit the USPSTF website, www.healthcare.gov/center/prevention/recommendations/html | | |
| Well Child Care | 100% Covered, no deductible | 50%, no deductible |
| Well Child Care Frequency Limits | Includes routine immunizations, travel immunizations & flu shots. Age/frequency guidelines suggest 7 exams in 1st 12 months of life, 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | |
| Adult Routine Physical Exam | 100% Covered, no deductible | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN and other Women's Preventive Services** | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | |
| Routine Mammogram | 100% Covered, no deductible | 50%, no deductible |
| Routine Mammogram Age/Frequency Limits | Age/frequency guidelines suggest baseline at age 35, 1 every 2 calendar years after age 35 and 1 every calendar year after age 40* | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no deductible | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | Age/frequency guidelines suggest 1 routine DRE and PSA per calendar year for males age 40 and over | |

* Under certain circumstances, age/frequency limits may vary based on risk factors. ** See Women's Preventive Services in What's Covered By The High Deductible Health Plans for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024087

## U.S. Medical (except California and Hawaii)

| Bronze HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Preventive Care—continued** | | |
| **Colorectal Cancer Screenings**–Digital rectal exam, Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema. | 100% Covered, no deductible | 50%, no deductible. |
| **Colonoscopy**—for certain Aetna and Anthem members subject to the maximum allowable amount[1]. | • Facilities charging at or under the maximum allowable amount: $0—no charge<br>• Facilities charging above the maximum allowable amount: You pay 100% of charges above the maximum allowable amount | 50%, no deductible |
| **Colorectal Cancer Screenings Frequency Limits** | Age/frequency guidelines suggest all members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years), Colonoscopy (1 every 10 years)* | |
| **Routine Eye Exam** | Not Covered; discounts available | |
| **Routine Hearing Exam** | 100% Covered, no deductible | 50%, no deductible |
| **Routine Hearing Exam Frequency Limit** | 1 exam per calendar year | |
| **Hearing Aids**** | 30% after deductible | 50% after out-of-network deductible |
| **Hospital Care** | | |
| **Inpatient Hospital Coinsurance**—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 30% after deductible | 50% after out-of-network deductible |
| **Outpatient Hospital Expenses**—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. | 30% after deductible | 50% after out-of-network deductible |
| **Other Physician Services** | | |
| **Acupuncture**—Covered in lieu of anesthesia only. | 30% after deductible | 50% after out-of-network deductible |
| **Allergy Testing and Treatment**—Office visit | 30% after deductible | 50% after out-of-network deductible |
| **Allergy Testing and Treatment**– Performed in an independent lab | 100% Covered, no deductible | 50% after out-of-network deductible |
| **Allergy injections**–Not given by the physician, or not in conjunction with an office visit | 100% Covered, no deductible | 50% after out-of-network deductible |
| **Second Surgical Opinion** | 30% after deductible | 50% after out-of-network deductible |
| **Outpatient Surgery** | 30% after deductible | 50% after out-of-network deductible |
| **Upper GI Endoscopy** | 30% after deductible | 50% after out-of-network deductible |
| **Upper GI Endoscopy**—For certain Aetna and Anthem members subject to the maximum allowable amount[1]. | You pay 30% after deductible plus 100% of charges above the maximum allowable amount | 50% after out-of-network deductible. |
| **Diagnostic Procedures** | | |
| **Diagnostic Lab** | 30% after deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray** | 30% after deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan | 30% after deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRI, CT Scans - For Anthem members subject to the maximum allowable amount.[1] | You pay 30% after deductible plus 100% of the charges above the maximum allowable amount. | 50% after out-of-network deductible |

* Under certain circumstances, age/frequency limits may vary based on risk factors. ** Excludes hearing aid batteries and repairs.
[1] For more information, see Aetna: The Maximum Allowable Amount and Anthem: The Maximum Allowable Amount in the High Deductible Health Plans section.

CONFIDENTIAL

CIGNA19-13260024088

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH



| Bronze HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Emergency Medical Care** | | |
| **Urgent Care Facility** | 30% after deductible | 50% after out-of-network deductible |
| **Emergency Room**— E.R. Facility charges and related expenses (radiology, pathology, anesthesia, surgeon, etc.) | 30% after deductible | |
| **Non-Emergency Use of Emergency Room** | Not covered | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 30% after deductible | |
| **Family Planning** | | |
| **Contraceptive Devices, Implants & Injectables**—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages | 100% Covered, no deductible | 50%, no deductible |
| **Voluntary Abortion** | 30% after deductible | 50% after out-of-network deductible |
| **Prenatal Office visits** | 100% Covered, no deductible | 50%, no deductible |
| **Maternity delivery charges** (physician and facility) | 30% after deductible | 50% after out-of-network deductible |
| **Voluntary Sterilization**—Covers tubal ligation. Reversals not covered. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Sterilization**—Covers vasectomy. Reversals not covered. | 30% after deductible | 50% after out-of-network deductible |
| **Infertility**—Covers diagnosis and treatment of underlying conditions | 30% after deductible | 50% after out-of-network deductible |
| **Advanced Reproductive Technology (ART)** | Not Covered | |
| **Other Services** | | |
| **Skilled Nursing Facility**—90 days per calendar year | 30% after deductible | 50% after out-of-network deductible |
| **Home Health Care**—150 visits per calendar year | 30% after deductible | 50% after out-of-network deductible |
| **Private Duty Nursing**—70 8-hr shifts per calendar year | 30% after deductible | 50% after out-of-network deductible |
| **Hospice Care** | 30% after deductible | 50% after out-of-network deductible |
| **Outpatient Short-Term Rehabilitation**—Physician's services and services of physical, speech or occupational therapists for diagnosis of developmental delays or for treatment of acute conditions if such services will result in significant improvement in member's condition. | 30% after deductible applies to physical, occupational and speech therapy | 50% after out-of-network deductible applies to physical, occupational and speech therapy |
| **Spinal Disorders**—Spinal Manipulations performed by an MD, DO, chiropractor or therapist, 25 visits per calendar year | 30% after deductible | 50% after out-of-network deductible |
| **Durable Medical Equipment** | 30% after deductible; foot orthotics excluded | 50% after out-of-network deductible; foot orthotics excluded |
| **Prosthetics Devices**—e.g., artificial limb; breast prosthesis | 30% after deductible | 50% after out-of-network deductible |
| **Infusion Therapy**—e.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | 30% after deductible | 50% after out-of-network deductible |

CONFIDENTIAL

CIGNA19-13260024089

**U.S. Medical (except California and Hawaii)**

| MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH |

| Bronze HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Mental Health Services** | | |
| Inpatient Mental Disorders Coinsurance—No day limits | 30% after deductible | 50% after out-of-network deductible |
| Outpatient Behavioral Health Visit—Applies to outpatient therapy visits in an office or other outpatient setting—no visit limits | 30% after deductible | 50% after out-of-network deductible |
| Residential Treatment Facility—Subject to Inpatient Pre-certification requirements | 30% after deductible | 50% after out-of-network deductible |
| Intensive Outpatient—Typically 3-5 hours/day, several days per week (subject to inpatient Pre-cert requirements) | 30% after deductible | 50% after out-of-network deductible |
| Partial Hospitalization—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements) | 30% after deductible | 50% after out-of-network deductible |
| **Alcohol and Drug Abuse Services** | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility—no day limits | 30% after deductible | 50% after out-of-network deductible |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other outpatient setting—no visit limits | 30% after deductible | 50% after out-of-network deductible |
| **Prescription Drugs** | | |
| Eligible Preventive Care Prescription Drugs[12]– Generic and Preferred Brand | You pay 30%, no deductible | You pay 50%, no deductible |
| Eligible Preventive Care Prescription Drugs[12]– Non-Preferred Brand | You pay 65%, no deductible | You pay 75%, no deductible |
| Generic and Preferred Brand | You pay 30% after deductible | You pay 50% after deductible |
| Non-Preferred Brand | You pay 65% after deductible | You pay 75% after deductible |
| Specialty Drugs– Generic 30-day supply[3] | $7 after deductible | Not Covered |
| Specialty Drugs– Non-Generic 30-day supply[3] | $75 after deductible | Not Covered |

1 A complete list of eligible preventive care prescription drugs is on www.livetheorangelife.com

2 See Women's Preventive Services in HDHP Prescription Drug Coverage for information about prescriptions covered as part of Women's Preventive Services.

3 Specialty drugs available through the CVS Caremark Specialty Pharmacy only.

CONFIDENTIAL

CIGNA19-13260024090

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 127 of 405

U.S. Medical (except California and Hawaii)    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## HMO Plans

HMO means Health Maintenance Organization. The Home Depot offers the following Kaiser Permanente HMOs:

- Kaiser Permanente Georgia
- Kaiser Permanente Northwest
- Kaiser Permanente Colorado
- Kaiser Permanente Mid-Atlantic

If you live within the service area of a Kaiser Permanente HMO offered by The Home Depot, you will see this option on the Your Benefits Resources website when you enroll.

Kaiser Permanente HMO members must receive care from a Kaiser Permanente network doctor or in a Kaiser Permanente medical office or no benefits will be paid. If you or your dependents seek care outside the HMO network, you will be responsible for the entire cost. Out-of-network care is not covered in the HMO. The only exception is for emergency care.

If you are changing your coverage from any other medical insurance to Kaiser Permanente, you must see Kaiser Permanente providers in a Kaiser Permanente medical facility as of your coverage effective date for most ongoing care situations (for example, pregnancy). If you have any questions about the transition of care, visit Kaiser Permanente at http://my.kp.org/homedepot/ and look for Transition of Care within the In The Know section on the home page.

If you live within the service area of a Kaiser Permanente HMO offered by the Company, you can find a Kaiser Permanente medical office near you by visiting http://my.kp.org/homedepot/. To find a Kaiser Permanente doctor, look up physicians' profiles at www.kp.org/chooseyourdoctor. There, you can read each doctor's personal statements and review their credentials to find the right doctor for you.

Many Kaiser Permanente medical offices offer convenience with a wide range of services under one roof and extended hours:

- Exams, x-rays, lab and pharmacy services are available at many Kaiser Permanente medical offices.
- Medical offices are open after hours and on weekends.

If you need coverage for dependents who may be out of the HMO service area (e.g., college students away from home or children for whom you are required to provide insurance through a court order), be sure to check with the HMO about coverage limitations.

The charts later in this chapter provide some detail about HMOs you may be eligible for if you live in their service area. Complete HMO details regarding covered services, limitations and exclusions—as well as information about filing and appealing claims for the HMOs—are not described in detail in this Benefits Summary. Refer to Contacting Your Medical Plan at the beginning of this chapter for how to receive complete details on HMO coverage. The detailed information you receive should be considered part of this Benefits Summary.

## HMO Benefits

The following benefits are available when you use HMO providers:

- Doctor office visits, well-child care and well-adult care—Preventive care services are 100% covered. You may pay a copayment with no deductible for most charges related to the treatment of covered illnesses or injuries.

- Emergency care—Always try to locate an HMO provider when you require emergency care away from home. However, if an HMO provider is unavailable and you receive emergency services from a non-HMO hospital, your emergency services will be covered at the HMO in-network level for life-threatening situations only.

- Prescription drugs—Each HMO offers its own prescription drug plan. You pay a fixed copayment for generic and brand-name prescription drugs.

  For details, please refer to the charts on the following pages and information provided to you by your specific HMO Plan.

- Hospitals and other services—Medical services (such as inpatient and outpatient surgeries, home health care, inpatient mental health and substance abuse treatment, alternative treatment centers, etc.), are covered according to your HMO's benefits schedule.

## How the HMO Plans Work

### Annual Deductible

The HMOs available through the Company require an annual deductible before benefits are paid for some services. The deductible varies according to

CONFIDENTIAL    CIGNA19-13260024091

the HMO. The services to which the deductible applies vary by local HMO. The exact amount is included in charts on the following pages and in the information provided by your HMO.

### Out-of-Pocket Maximums

The out-of-pocket maximum limits the amount of money you have to pay before benefits are covered at 100%. This feature protects you from financial hardship in the case of a catastrophic illness. Out-of-pocket maximums vary according to local HMOs. The exact amount is included in the charts on the following pages and in information provided by your HMO. You also may contact the HMO's Member Services department by calling the toll-free number listed on your ID card.

For information on other provisions of your HMO Plan, see the information mailed to you by the HMO or call its Member Services department at the toll-free number listed on your ID card.

### Lifetime Maximum Benefits

The HMO Plans provide benefits with an unlimited lifetime maximum for you and each covered family member.

### Right to Designate a Primary Care Provider/Direct Access to OB/GYNs

The Kaiser Permanente HMO (the "Plan") generally requires the designation of a primary care provider. If you are covered under this Plan, you have the right to designate any primary care provider who participates in the network and who is available to accept

you or your family members. For children, you may designate a pediatrician as the primary care provider. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact Kaiser Permanente at 1-855-9KAISER (1-855-952-4737) or go to http://my.kp.org/homedepot.

You do not need prior authorization from the Plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact Kaiser Permanente at 1-855-9KAISER (1-855-952-4737) or go to http://my.kp.org/homedepot.

### Services Available on www.kp.org

As a Kaiser Permanente member, you should sign up to the secure website—www.kp.org—where you can manage your care. You can make appointments at any time if you sign up for My Health Manager on www.kp.org.

On My Health Manager, Kaiser Permanente members can:

* Make a doctor's appointment

* E-mail doctors and specialists with routine health questions

* Order prescription refills, most of which can be mailed to you at no extra charge

* View certain lab results and your recent immunization history

* See details of past appointments and check future appointments

All of this information is updated by Kaiser Permanente's electronic medical record system. Everyone you receive care from at Kaiser Permanente facilities—your personal physician, nurse, optometrist, pharmacist, surgeon—is connected to one another through your electronic health record, and every Kaiser Permanente facility in your region is linked to your electronic health record.

Kaiser Permanente HMO members also can access My Health Manager from their smartphones on the mobile-optimized kp.org app for Android-powered phones and for iPhone/iPod Touch.

Both the mobile site and the apps provide quick, secure access to kp.org, including the following:

* My Medical Record;

* My Message Center;

* Appointment Center;

* Pharmacy Center; and

* Find facility locations.

CONFIDENTIAL

CIGNA19-13260024092

**U.S. Medical (except California and Hawaii)**

## Kaiser Permanente HMOs

| | Kaiser Permanente-Georgia—Gold Option[1] (You pay) |
|---|---|
| **Background Information** | |
| Self-Referral to OB-GYN | Yes |
| Self-Referral to Specialist | No (typically a referral is not required for OB-GYNs) |
| Default PCP Assigned if None Chosen? | Yes |
| Calendar Year Deductible | $500 Individual; $1,000 Family |
| Annual Out-of-Pocket Maximum | $2,500 Individual; $5,000 Family—deductible and copays count toward out-of-pocket maximum unless otherwise noted |
| Coinsurance | 20% after deductible |
| Lifetime Maximum | Limit does not apply |
| **Primary Care** | |
| Routine Office Visit | $25 copay |
| Specialty Care | $35 copay |
| **Preventive Care—No copay, no deductible** | |
| Preventive/Wellness Visit (one per calendar year) | Covered at 100% |
| Well-Child Care | Covered at 100% |
| Cancer Screenings; for screening mammography, cervical cancer screening, Fecal Occult Blood Test, and colorectal cancer screening (Flexible Sigmoidoscopy) | Covered at 100% |
| Cardiovascular Screenings (Cholesterol as part of routine physical) | Covered at 100% |
| PAP Test (one per calendar year) | Covered at 100% |
| Mammogram | Covered at 100% |
| Immunizations - Adult | Covered at 100% |
| Immunizations - Child | Covered at 100% |
| Allergy Tests and Treatments | Injections covered at 100%; applicable doctor office visit copay will apply for tests and treatments |
| Well-Woman Physical (one per calendar year) and Other Women's Preventive Services (for a listing of included services, check with plan) | Covered at 100% |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024093

## Kaiser Permanente HMOs

| | Kaiser Permanente-Georgia—Gold Option¹ (You pay) |
|---|---|
| **Preventive Care—No copay, no deductible (continued)** | |
| Routine PSA & Digital Rectal Exam | Covered at 100% |
| Blood Pressure | Covered at 100% |
| Stool Test | Covered at 100% |
| Cholesterol | Covered at 100% |
| Prostate Cancer | Covered at 100% |
| **Inpatient Care** | |
| Hospital coinsurance or copay | 20% after deductible |
| **Outpatient Care** | |
| Outpatient Surgery | 20% after deductible |
| Chiropractic Services | $35 copay; limited to 30 visits per year |
| Lab Tests | 100% covered after applicable office visit copay; performed in office or free standing center; 20% after deductible if performed in outpatient hospital setting |
| X-Rays | 100% covered after applicable office visit copay; performed in office or free standing center; 20% after deductible if performed in outpatient hospital setting |
| Dx & therapeutic imaging outpatient not preventive, MRI, CT, PET | 20% after deductible |
| **Infertility Benefits** | |
| In Vitro Fertilization | Not covered |
| Artificial Insemination | Not covered |
| Infertility Testing | Yes |
| Fertility Drugs | Not covered |
| **Emergency Care** | |
| When Followed by Admission | 20% covered after deductible |
| When Not Followed by Admission | $100 copay; waived if admitted |
| Urgent Care Clinic Visit | $45 copay; at designated Kaiser Permanente Medical Centers and after hours/urgent care facilities |
| Ambulance | $100 copay; per trip |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in the chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL   CIGNA19-13260024094

**U.S. Medical (except California and Hawaii)**

## Kaiser Permanente HMOs

| | Kaiser Permanente—Georgia—Gold Option[1] (You pay) |
|---|---|
| **Prescription Drugs** | |
| Retail: Generic | $15 copay; 30-day supply; at Kaiser Permanente pharmacies; $21 copay at network pharmacies—copays do not count toward the out-of-pocket maximum |
| Retail: Formulary Brand | $30 copay; 30-day supply; at Kaiser Permanente pharmacies; $36 copay at network pharmacies—copays do not count toward the out-of-pocket maximum |
| Retail: Non-Formulary Brand | Not covered unless medically necessary |
| Mail Order: Generic | $30 copay; 90-day supply; through Kaiser Permanente pharmacies—copays do not count toward the out-of-pocket maximum |
| Mail Order: Formulary Brand | $60 copay; 90-day supply; through Kaiser Permanente pharmacies—copays do not count toward the out-of-pocket maximum |
| Mail Order: Non-Formulary Brand | Not covered unless medically necessary |
| **Mental Health Services** | |
| Outpatient—Coverage Level/Visits | $25 copay; $12 copay group (unlimited visits) |
| Inpatient—Coverage Level/Days | 20% after deductible; unlimited days |
| **Substance Abuse Services** | |
| Rehab/Detox Outpatient—Coverage Level/Visits | $25 copay; unlimited visits |
| Rehab/Detox Inpatient—Coverage Level/Days | 20% after deductible; unlimited days |
| **DME** | |
| Durable Medical Equipment | 20% after deductible |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024095

## U.S. Medical (except California and Hawaii)

### Kaiser Permanente HMOs

| | Kaiser Permanente-Northwest—Gold Option[1] (You pay) |
|---|---|
| **Background Information** | |
| Self-Referral to OB-GYN | Yes |
| Self-Referral to Specialist | No (typically a referral is not required for OB-GYNs) |
| Default PCP Assigned if None Chosen? | Yes |
| Calendar Year Deductible | $500 Individual; $1,500 Family |
| Annual Out-of-Pocket Maximum | $2,500 Individual; $7,500 Family—deductible and copays count toward the out-of-pocket maximum unless otherwise noted |
| Coinsurance | 20% after deductible |
| Lifetime Maximum | Limit does not apply |
| **Primary Care** | |
| Routine Office Visit | $20 copay |
| Specialty Care | 20% after deductible |
| **Preventive Care—No copay, no deductible** | |
| Preventive/Wellness Visit (one per calendar year) | Covered at 100% |
| Well-Child Care | Covered at 100% |
| Cancer Screenings; for screening mammography, cervical cancer screening, Fecal Occult Blood Test, and colorectal cancer screening (Flexible Sigmoidoscopy) | Covered at 100% |
| Cardiovascular Screenings (Cholesterol as part of routine physical) | Covered at 100% |
| PAP Test (one per calendar year) | Covered at 100% |
| Mammogram | Covered at 100% |
| Immunizations - Adult | Covered at 100% |
| Immunizations - Child | Covered at 100% |
| Allergy Tests and Treatments | Injections $5; applicable doctor office visit copay will apply for tests and treatments |
| Well-Woman Physical (one per calendar year) and Other Women's Preventive Services (for a listing of included services, check with plan) | Covered at 100% |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024096

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 133 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Kaiser Permanente HMOs

| | Kaiser Permanente-Northwest—Gold Option[1] (You pay) |
|---|---|
| **Preventive Care—No copay, no deductible (continued)** | |
| Routine PSA & Digital Rectal Exam | Covered at 100% |
| Blood Pressure | Covered at 100% |
| Stool Test | Covered at 100% |
| Cholesterol | Covered at 100% |
| Prostate Cancer | Covered at 100% |
| **Inpatient Care** | |
| Hospital coinsurance or copay | 20% after deductible |
| **Outpatient Care** | |
| Outpatient Surgery | 20% after deductible |
| Chiropractic Services | $20 copay; limited to 30 visits per year—copays do not count toward the out-of-pocket maximum |
| Lab Tests | 20% after deductible; 100% covered for preventive services |
| X-Rays | 20% after deductible |
| Dx & therapeutic imaging outpatient not preventive, MRI, CT, PET | 20% after deductible |
| **Infertility Benefits** | |
| In Vitro Fertilization | Not covered |
| Artificial Insemination | 50% after deductible for diagnosis and treatment; donor services excluded; does not apply to the out-of-pocket maximum |
| Infertility Testing | 50% after deductible, including associated x-ray and laboratory services (coinsurance does not apply to the out-of-pocket maximum) |
| Fertility Drugs | Not covered |
| **Emergency Care** | |
| When Followed by Admission | 20% after deductible |
| When Not Followed by Admission | 20% after deductible |
| Urgent Care Clinic Visit | $20 copay; Plan or out-of-area non-Plan facility; emergency room coinsurance applies for treatment received at hospital emergency department |
| Ambulance | 20% |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024097

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 134 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Kaiser Permanente HMOs

|  | Kaiser Permanente-Northwest—Gold Option¹ (You pay) |
|---|---|
| **Prescription Drugs** | |
| Retail: Generic | $15 copay; 30 day supply—copays do not count toward the out-of-pocket maximum |
| Retail: Formulary Brand | $30 copay; 30 day supply—copays do not count toward the out-of-pocket maximum |
| Retail: Non-Formulary Brand | Not covered unless medically necessary |
| Mail Order: Generic | $30 copay; 90 day supply; maintenance formulary drugs only—copays do not count toward the out-of-pocket maximum |
| Mail Order: Formulary Brand | $60 copay; 90 day supply; maintenance formulary drugs only—copays do not count toward the out-of-pocket maximum |
| Mail Order: Non-Formulary Brand | Not covered unless medically necessary |
| **Mental Health Services** | |
| Outpatient—Coverage Level/Visits | $20 copay; $10 copay group (unlimited visits) |
| Inpatient—Coverage Level/Days | 20% after deductible; unlimited days |
| **Substance Abuse Services** | |
| Rehab/Detox Outpatient—Coverage Level/Visits | $20 copay; $10 copay group (unlimited visits) |
| Rehab/Detox Inpatient—Coverage Level/Days | 20% after deductible; unlimited days |
| **DME** | |
| Durable Medical Equipment | 20%; Medicare criteria apply |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL    CIGNA19-13260024098

## Kaiser Permanente HMOs

| | Kaiser Permanente-Colorado—Gold Option[1] (You pay) |
|---|---|
| **Background Information** | |
| Self-Referral to OB-GYN | Yes |
| Self-Referral to Specialist | No (typically a referral is not required for OB-GYNs) |
| Default PCP Assigned if None Chosen? | Yes |
| Calendar Year Deductible | $500 Individual; $1,000 Family |
| Annual Out-of-Pocket Maximum | $2,500 Individual; $5,000 Family—deductible and copays count toward the out-of-pocket maximum unless otherwise noted |
| Coinsurance | 20% after deductible |
| Lifetime Maximum | Limit does not apply |
| **Primary Care** | |
| Routine Office Visit | $25 copay |
| Specialty Care | $35 copay |
| **Preventive Care—No copay, no deductible** | |
| Preventive/Wellness Visit (one per calendar year) | Covered at 100% |
| Well-Child Care | Covered at 100% |
| Cancer Screenings; for screening mammography, cervical cancer screening, Fecal Occult Blood Test, and colorectal cancer screening (Flexible Sigmoidoscopy) | Covered at 100% |
| Cardiovascular Screenings (Cholesterol as part of routine physical) | Covered at 100% |
| PAP Test (one per calendar year) | Covered at 100% |
| Mammogram | Covered at 100% |
| Immunizations - Adult | Covered at 100% |
| Immunizations - Child | Covered at 100% |
| Allergy Tests and Treatments | Injections covered at 100%; applicable doctor office visit copay will apply for tests and treatments |
| Well-Woman Physical (one per calendar year) and Other Women's Preventive Services (for a listing of included services, check with plan) | Covered at 100% |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024099

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 136 of 405

**U.S. Medical (except California and Hawaii)** | MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## Kaiser Permanente HMOs

| | Kaiser Permanente-Colorado—Gold Option[1] (You pay) |
|---|---|
| **Preventive Care—No copay, no deductible (continued)** | |
| Routine PSA & Digital Rectal Exam | Covered at 100% |
| Blood Pressure | Covered at 100% |
| Stool Test | Covered at 100% |
| Cholesterol | Covered at 100% |
| Prostate Cancer | Covered at 100% |
| **Inpatient Care** | |
| Hospital copay | 20% after deductible |
| **Outpatient Care** | |
| Outpatient Surgery | 20% after deductible |
| Chiropractic Services | $25 copay; limited to 20 visits per year—copays do not count toward the out-of-pocket maximum |
| Lab Tests | 100% covered after applicable office visit copay; performed in office or free standing center; 20% after deductible if performed in outpatient hospital setting |
| X-Rays | 20% after deductible |
| Dx & therapeutic imaging outpatient not preventive, MRI, CT, PET | 20% after deductible |
| **Infertility Benefits** | |
| In Vitro Fertilization | Not covered |
| Artificial Insemination | Yes |
| Infertility Testing | Yes |
| Fertility Drugs | Not covered |
| **Emergency Care** | |
| When Followed by Admission | 20% after deductible |
| When Not Followed by Admission | $100 copay; waived if admitted |
| Urgent Care Clinic Visit | $35 copay; at designated Kaiser Permanente Medical Centers and after hours/urgent care facilities |
| Ambulance | $100 copay per trip |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024100

## Kaiser Permanente HMOs

| | Kaiser Permanente-Colorado—Gold Option[1] (You pay) |
|---|---|
| **Prescription Drugs** | |
| Retail: Generic | $15 copay; 30-day supply—copays do not count toward the out-of-pocket maximum |
| Retail: Formulary Brand | $30 copay; 30-day supply—copays do not count toward the out-of-pocket maximum |
| Retail: Non-Formulary Brand | Not covered unless medically necessary |
| Mail Order: Generic | $30 copay; 90-day supply; through Kaiser Permanente pharmacies—copays do not count toward the out-of-pocket maximum |
| Mail Order: Formulary Brand | $60 copay; 90-day supply; through Kaiser Permanente pharmacies—copays do not count toward the out-of-pocket maximum |
| Mail Order: Non-Formulary Brand | Not covered unless medically necessary |
| **Mental Health Services** | |
| Outpatient—Coverage Level/Visits | $25 copay; $12 copay group (unlimited visits) |
| Inpatient—Coverage Level/Days | 20% after deductible; unlimited days |
| **Substance Abuse Services** | |
| Rehab/Detox Outpatient—Coverage Level/Visits | $25 copay; $12 copay group (unlimited visits) |
| Rehab/Detox Inpatient—Coverage Level/Days | 20% after deductible; unlimited days |
| **DME** | |
| Durable Medical Equipment | 20% covered after deductible |

1  This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024101

# U.S. Medical (except California and Hawaii)

## Kaiser Permanente HMOs

|  | Kaiser Permanente-Mid-Atlantic—Gold Option[1] (You pay) |
|---|---|
| **Background Information** | |
| Self-Referral to OB-GYN | Yes |
| Self-Referral to Specialist | No (typically a referral is not required for OB-GYNs) |
| Default PCP Assigned if None Chosen? | Yes |
| Calendar Year Deductible | $500 Individual; $1,000 Family |
| Annual Out-of-Pocket Maximum | $2,000 Individual; $4,000 Family—deductible and copays count toward the out-of-pocket maximum unless otherwise noted |
| Coinsurance | 20% after deductible |
| Lifetime Maximum | Limit does not apply |
| **Primary Care** | |
| Routine Office Visit | $25 copay |
| Specialty Care | $35 copay |
| **Preventive Care—No copay, no deductible** | |
| Preventive/Wellness Visit (one per calendar year) | Covered at 100% |
| Well-Child Care | Covered at 100% |
| Cancer Screenings; for screening mammography, cervical cancer screening, Fecal Occult Blood Test, and colorectal cancer screening (Flexible Sigmoidoscopy) | Covered at 100% |
| Cardiovascular Screenings (Cholesterol as part of routine physical) | Covered at 100% |
| PAP Test (one per calendar year) | Covered at 100% |
| Mammogram | Covered at 100% |
| Immunizations - Adult | Covered at 100% |
| Immunizations - Child | Covered at 100% |
| Allergy Tests and Treatments | Injections covered at 100%; applicable doctor office visit copay will apply for tests and treatments |
| Well-Woman Physical (one per calendar year) and Other Women's Preventive Services (for a listing of included services, check with plan) | Covered at 100% |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024102

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 139 of 405

U.S. Medical (except California and Hawaii)    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Kaiser Permanente HMOs

| | Kaiser Permanente-Mid-Atlantic—Gold Option[1] (You pay) |
|---|---|
| **Preventive Care—No copay, no deductible (continued)** | |
| Routine PSA & Digital Rectal Exam | Covered at 100% |
| **Blood Pressure** | Covered at 100% |
| **Stool Test** | Covered at 100% |
| Cholesterol | Covered at 100% |
| **Prostate Cancer** | Covered at 100% |
| **Inpatient Care** | |
| Hospital coinsurance | 20% after deductible |
| **Outpatient Care** | |
| **Outpatient Surgery** | 20% after deductible |
| **Chiropractic Services** | $35 copay; limited to 30 visits per year |
| Lab Tests | 20% after deductible |
| X-Rays | 20% after deductible |
| Dx & therapeutic imaging outpatient not preventive, MRI, CT, PET | 20% after deductible |
| **Infertility Benefits** | |
| In Vitro Fertilization | Not covered |
| **Artificial Insemination** | 50% covered; does not apply to the deductible or out-of-pocket maximum |
| **Infertility Testing** | Yes |
| **Fertility Drugs** | 50% covered; does not apply to the deductible or out-of-pocket maximum |
| **Emergency Care** | |
| When Followed by Admission | 20% after deductible |
| When Not Followed by Admission | $100 copay; waived if admitted |
| **Urgent Care Clinic Visit** | $35 copay; at designated Kaiser Permanente Medical Centers and after hours/urgent care facilities |
| Ambulance | $100 copay; per trip |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL    CIGNA19-13260024103

# U.S. Medical (except California and Hawaii)

## Kaiser Permanente HMOs

|  | Kaiser Permanente-Mid-Atlantic—Gold Option[1] (You pay) |
|---|---|
| **Prescription Drugs** | |
| Retail: Generic | $15 copay; 30-day supply—copays do not count toward the out-of-pocket maximum |
| Retail: Formulary Brand | $30 copay; 30-day supply—copays do not count toward the out-of-pocket maximum |
| Retail: Non-Formulary Brand | Not covered unless medically necessary |
| Mail Order: Generic | $30 copay; 90-day supply; through Kaiser Permanente pharmacies—copays do not count toward the out-of-pocket maximum |
| Mail Order: Formulary Brand | $60 copay; 90-day supply; through Kaiser Permanente pharmacies—copays do not count toward the out-of-pocket maximum |
| Mail Order: Non-Formulary Brand | Not covered unless medically necessary |
| **Mental Health Services** | |
| Outpatient—Coverage Level/Visits | $25 copay individual; $12 copay group (unlimited visits) |
| Inpatient—Coverage Level/Days | 20% after deductible; unlimited days |
| **Substance Abuse Services** | |
| Rehab/Detox Outpatient—Coverage Level/Visits | $25 copay individual; $12 copay group (unlimited visits) |
| Rehab/Detox Inpatient—Coverage Level/Days | 20% after deductible; unlimited days |
| **DME** | |
| Durable Medical Equipment | 50% per device; unlimited |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024104

# U.S. Medical (except California and Hawaii)

## General Information About the Medical Plans

The following information in this section applies to the PPO, OOA and HDHP medical plans:

* Claiming Benefits Under the Plans
* Filing Claims Under the Medical Plans
* Appealing a Claim
* Right to Recover Payment
* Subrogation and Reimbursement
* Refunds of Overpayments

The following information in this section applies to ALL medical plans—the PPO, OOA, HDHP and HMOs:

* Coordinating with Other Plans
* Certificates of Health Plan Creditable Coverage
* If You're Age 65 or Older
* Important Terms

## Information for PPO, OOA and HDHP Participants

### Claiming Benefits Under the Plans

You or your beneficiary must file the appropriate forms to receive any benefits or to take any other action under the Plan. All forms required to take any action under the Plans are available from your claims administrator. Please refer to the descriptions of each benefit for additional information on claiming benefits.

To be eligible for benefits, you must be covered under the Plan, properly submit a claim, and follow the Plan's claims and appeals procedures. If a claim is denied initially, you must exhaust the appeals procedure before filing a suit.

### Filing Claims Under the Medical Plans

If you receive covered health (medical) services from an in-network provider, you do not have to file a claim. In-network providers are responsible for filing claims for you. Your claims administrator pays in-network providers directly for your covered health services. If an in-network provider bills you directly for any covered service, contact the claims administrator. However, you are responsible for meeting any annual deductible and for paying copayments to an in-network provider at the time of service, or when you receive a bill from the provider.

If you receive covered health services from an out-of-network provider, you are responsible for filing a claim.

### Where to Send Your Claims for Out-of-Network Services

When you receive covered health services from an out-of-network provider, you must submit the claim to the appropriate claims administrator for your group health plan. See Medical, Dental, and Vision Plan Administrators in the Plan Administration chapter.

### Timely Filing of a Claim

You must submit a request for payment of benefits within one year after the date of service. If an out-of-network provider submits a claim on your behalf, you will be responsible for the timeliness of the claims submission. If you don't provide the claim information within one year after the date of service, benefits for that service will be denied or reduced, according to the claims administrator's discretion. This time limit does not apply while you are legally incapacitated. If your claim relates to an inpatient stay, the date of service is the date your inpatient stay ends.

### Information Required for Your Claim

When you request payment of benefits, you do not have to use a claim form. However, you must provide all of the following information:

* associate's name and address
* patient's name, age and relationship to the associate
* contract number, which is on your ID card
* itemized bill from your provider that includes the following:

   —patient diagnosis

CONFIDENTIAL

CIGNA19-13260024105

—date(s) of service

—procedure code(s) and descriptions of service(s) rendered

—charge for each service rendered

—provider's name, address and tax identification number

+ Date the injury or sickness began, if applicable

• Statement indicating either that you are, or you are not, enrolled for coverage under any other group health insurance plan or program (if you are enrolled for other coverage, you must include the name of any other insurance company)

**Payment of Benefits**

Your claims administrator will make a benefit determination as described below. Benefits will be paid directly to you unless either of the following is true:

• The provider notifies your claims administrator that your signature is on file, assigning benefits directly to that provider, or

• You make a written request for the out-of-network provider to be paid directly at the time you submit your claim.

Anthem BCBS and Cigna members: You may not assign your benefits directly to your out-of-network provider. All eligible expenses due to your provider will be paid to you and you must pay your out-of-network provider directly.

The group health plan will not reimburse third parties that have purchased or been assigned benefits by any health care provider.

## Appealing a Claim

Please refer to the Claims and Appeals chapter for more information on appealing a claim.

## Right to Recover Payment

If your Medical Plan makes a payment by mistake, the plan has the right to recover the amount of overpayment from any person, insurance company or other organization to which the payment was made.

## Subrogation and Reimbursement

If you or your covered family members ("covered persons") are injured or become ill because of an act or omission of a third party, the Medical Plan is not obligated to pay any benefits relating to the injury or illness. However, the Medical Plan may advance payment of benefits relating to the injury or illness to the extent of the amounts receivable or received by the covered person from the third party, an insurer or any other person by way of settlement, judgment or other payment.

To this end, the Medical Plan assumes and shall be subrogated to all rights of recovery the covered person may have against the responsible third party, any liability or other insurance covering such third party and any person or entity who is or may be obligated to provide benefits or payments to a covered person, including benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise), workers' compensation coverage, other insurance carriers or third party administrators or any person or entity who is liable for payment to a covered person on any equi-

table or legal liability theory. These third parties and persons or entities are collectively referred to as "third parties."

The Medical Plan also shall have first right of reimbursement out of the proceeds of any settlement, judgment or other payment by any such third parties to or on behalf of a covered person in an amount equal to the benefits the Medical Plan paid.

The Medical Plan also shall have first right of reimbursement out of the proceeds of any settlement, judgment or other payment by any such third parties to or on behalf of a covered person in an amount equal to the attorneys' fees incurred by the Medical Plan in collecting from the covered person any funds held by the covered person that he or she recovered from any third party.

The Medical Plan shall also have a lien against the proceeds of any recovery from any such third parties (whether by settlement, judgment or other payment) for that portion of the total recovery which is due the Medical Plan for benefits paid. The lien shall attach as soon as any person or entity agrees to pay any money to or on behalf of any covered person that could be subject to the Medical Plan's right of recovery if and when received by the covered person.

To aid the Medical Plan in the enforcement of its right of reimbursement and subrogation, the covered persons agree as follows:

• That a covered person will cooperate with the Plan in a timely manner in protecting its rights to subrogation, reimbursement and liens, including, but not limited to:

CONFIDENTIAL

CIGNA19-13260024106

Case 3:19-cv-01324-JCH   Document 242-1   Filed 07/20/23   Page 143 of 405

U.S. Medical (except California and Hawaii)   MAIN MENU for BENEFITS SUMMARY   MAIN MENU for THIS CHAPTER   CONTACT LIST   SEARCH

—providing any relevant information requested by the Medical Plan,

—signing and/or delivering such documents as the Medical Plan or its agents reasonably request to secure the subrogation and reimbursement claim and lien rights,

—responding to requests for information about any accident or injuries,

—appearing at depositions and in court, and

—obtaining the consent of the Medical Plan or its agents before releasing any third party from liability for payment of medical expenses.

* That failure to cooperate in this manner shall be deemed a breach of contract, and may result in the termination of health benefits and/or the institution of legal action against a covered person. A covered person's failure or refusal to sign any such document shall not impair or modify in any way the Medical Plan's rights to subrogation, reimbursement and liens.

* That the Plan Administrator of the Medical Plan has the sole authority and discretion to resolve all disputes regarding the interpretation of the language stated herein.

* That covered persons must notify the Medical Plan Administrator within five business days of any proceeding relating to a claim against a third party and within two business days of any recovery or settlement.

* That no court costs or attorneys' fees may be deducted from the Medical Plan's recovery without the Medical Plan's express written consent; any so-called "Fund Doctrine" or "Common Fund

Doctrine" or "Attorney's Fund Doctrine" shall be inapplicable to the Medical Plan; and thus, shall not defeat this right; and the Medical Plan is not required to participate in or pay court costs or attorneys' fees to the attorney hired by a covered person to pursue his or her damage/personal injury claim. Provided, however, that the Medical Plan Administrator may allow a proportional reduction for attorney's fees of the covered persons if their attorneys cooperate fully in enforcement of the Medical Plan's rights.

* That the "Make Whole Doctrine" is inapplicable and, regardless of whether a covered person has been fully compensated or made whole, the Medical Plan may collect from covered persons the proceeds of any full or partial recovery that a covered person or his or her legal representative obtain, whether in the form of a settlement (either before or after any determination of liability), judgment or other payment, irrespective of how such recovery is construed, designed or designated. The proceeds available for collection shall include, but not be limited to, any and all amounts earmarked as non-economic damage settlement or judgment.

* That benefits paid by the Medical Plan may also be considered to be benefits advanced.

* That covered persons agree that if they receive any payment from any third party as a result of an injury or illness, whether by settlement (either before or after any determination of liability) or judgment, the covered person will serve as a constructive trustee over the funds and failure to hold such funds in trust will be deemed as a breach of the covered person's duties hereunder.

* That covered persons or an authorized agent, such as the covered person's attorney, must hold any funds received from any third party that are due and owed to the Medical Plan, as stated herein, separately and alone, and failure to hold funds as such will be deemed as a breach of contract, and may result in the termination of health benefits or the institution of legal action against the covered person.

* That the Medical Plan shall be entitled to recover reasonable attorneys' fees from covered persons incurred in collecting from the covered person any funds held by the covered person that he or she recovered from any third party.

* That the Medical Plan may off set from any future benefits otherwise allowed by the Medical Plan the value of benefits paid or advanced under this section to the extent not recovered by the Medical Plan.

* That covered persons will neither accept any settlement that does not fully compensate or reimburse the Medical Plan without the Medical Plan's written approval, nor will the covered person do anything to prejudice the Medical Plan's rights under this section.

* That covered persons will assign to the Medical Plan all rights of recovery against third parties, to the extent of the benefits the Medical Plan provided, plus reasonable costs of collection.

* That the Medical Plan's right of reimbursement is first in priority, and must be paid regardless of whether the covered person is made whole and regardless of the designation of the recovery.

* That the Medical Plan's rights will not be reduced due to the covered person's own negligence.

CONFIDENTIAL   CIGNA19-13260024107

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 144 of 405

**U.S. Medical (except California and Hawaii)**    MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

* That the Medical Plan may, at its option, take necessary and appropriate action to preserve its rights under these provisions, including filing suit in the covered person's name, which does not obligate the Medical Plan in any way to pay the covered person part of any recovery the Medical Plan might obtain for the amounts due the Medical Plan for benefits paid and attorneys' fees incurred. The Medical Plan shall not be obligated in any way to pursue this right independently or on behalf of the covered person.

* That if the injury or condition giving rise to subrogation or reimbursement involves a minor child, this section applies to the parents or guardian of the minor child.

* That if the injury or condition giving rise to subrogation or reimbursement involves the wrongful death of a Medical Plan beneficiary, this section applies to the personal representative of the deceased Medical Plan beneficiary.

* If a covered person files a petition for bankruptcy after any injury or condition giving rise to subrogation or reimbursement, the covered person agrees that the Medical Plan's right of subrogation, reimbursement, and lien existed in time prior to the creation of the bankruptcy estate.

* The Medical Plan's right of subrogation and reimbursement will be based on the Medical Plan's language in effect at the time of judgement, payment, or settlement.

## Refund of Overpayments

If benefits are paid by the Plan for expenses incurred on account of a covered person, that covered person, or any other person or organization that was paid, must make a refund to the Plan if either of the following apply:

* All or some of the expenses did not legally have to be paid by the covered person

* All or some of the payment made exceeded the benefits under the Plan

The refund equals the amount paid in excess of the amount that should have paid under the Plan. If the refund is due from another person or organization, the covered person agrees to help the Plan get the refund when requested.

If the covered person, or any other person or organization that was paid, does not promptly refund the full amount, the amount of any future benefits that are payable under the Plan may be reduced. The reductions will equal the amount of the required refund. The Plan also retains all other rights in addition to the right to reduce future benefits that may be legally available.

## Information for PPO, OOA, HDHP and HMO Participants

### Coordinating With Other Plans

If you or a covered family member is insured under another employer's group health plan or any other form of insurance coverage like no-fault automobile insurance coverage, the Medical Plan will coordinate coverage with that other plan. The benefits payable under the Medical Plan, after reduction for benefits paid from all other primary plans, will not exceed the amount the Medical Plan would have paid if you had no other coverage.

To determine which plan is primary (the primary plan pays benefits first), the following rules apply:

* The benefits under the Medical Plan are secondary to any coverage under no-fault or similar insurance

* A plan without a coordination provision is always the primary plan

* If all plans have a coordination provision, then the rules below apply:

  —the plan covering the participant for whom the claim is made, other than as the dependent, pays first, and the other plan pays second

  —the plan of the parent whose birthday (excluding the year of birth) occurs earlier in the calendar year is primary (for example, if the father's birthday is June 1 and the mother's birthday is May 1, the mother's plan would be primary for covered dependent children)

  —when birthdays of both parents are on the same day, the plan that has covered the dependent for the longer period of time will be primary

  —when the parents of a covered dependent child are divorced or separated and the parent with custody has not remarried, that parent's plan pays first for the child; the plan of the parent without custody pays second

  —when the parent with custody of a covered dependent child has remarried, that parent's plan pays first, the stepparent's plan pays second and the plan of the parent without custody pays last

  —when there is a court decree that would otherwise establish financial responsibility for the health care expenses of a covered dependent child, the plan covering the parent with financial responsibility is primary

CONFIDENTIAL

CIGNA19-13260024108

Case 3:19-cv-01324-JCH   Document 242-1   Filed 07/20/23   Page 145 of 405

**U.S. Medical (except California and Hawaii)**   MAIN MENU for BENEFITS SUMMARY   MAIN MENU for THIS CHAPTER   CONTACT LIST   SEARCH

—when none of the above establish an order of benefits determination, the plan that has covered the participant for the longest period of time will pay first

If the Medical Plan is secondary, the Plan may pay benefits after the other plan has paid—but only if there are payable expenses that exceed the primary plan's payment. Payment works as follows:

* The Medical Plan determines the amount it would have paid if it were the primary plan.
* If the amount actually paid by the primary plan is less than the amount that the Medical Plan would have paid as the primary plan, the Medical Plan will pay the difference between the amount it would have paid and the actual amount paid by the primary plan.

### Certificates of Health Plan Creditable Coverage

After your coverage (or your dependent's coverage) ends, a Certificate of Health Plan Creditable Coverage will be sent to your current address listed with the Plan Administrator. This certificate provides evidence of your health care coverage. You may need this certificate if you become covered by another group health plan or insurance policy with a pre-existing medical condition clause. A group health plan is required by law to reduce the duration of its pre-existing condition exclusion, day-for-day, by any period of prior coverage—provided you do not have a 63-day or longer break in health care coverage (not counting waiting periods for coverage). You and your dependents also have the right to request a Certificate of Health Plan Coverage at any time dur-

ing the 24 months following loss of coverage. You may request this certification from the Benefits Choice Center at 1-800-555-4954. Please note that because of changes under the Affordable Care Act, the requirement to provide a Certificate of Health Plan Creditable Coverage ends December 31, 2014.

### If You're Age 65 or Older

If you are an active associate age 65 or older (or an active associate's spouse age 65 or older) who is eligible for Medicare, you may choose to end your coverage under the Company Medical Plan and elect Medicare coverage instead. Or, you may choose to continue coverage under this plan, which will be considered your primary plan and will pay benefits first.

Medicare will be the primary payer to the full extent permitted by law, including for those individuals not in current employment, and as legally permitted for individuals with end-stage renal disease or who were totally disabled.

If you are an active associate (or an active associate's spouse) age 65 or older and have elected coverage under this plan, you should submit your claims to the Plan first. After the Company Plan pays, send a copy of the original bill along with a copy of the Company's Plan's explanation of benefits to Medicare for reimbursement.

## Important Terms

### Custodial Care

An institution providing room and board and other institutional or nursing services provided for a person due to his or her age or mental or physical condition, mainly to aid the person in daily living. Or, medical services given merely as care to maintain the person's present state of health that cannot reasonably be expected to significantly improve a medical condition.

### Doctor or Physician Providers

For purposes of the Medical Plan, doctor means a licensed, practicing doctor or dentist who is not related to the participant's family by blood or by marriage. The definition includes the following:

* Doctor of Medicine (M.D.)
* Doctor of Osteopathy (D.O.)
* Doctor of Dental Surgery (D.D.S.)
* Doctor of Podiatry (D.P.M.)
* Doctor of Chiropractic (D.C.)
* Psychologist (Ph.D.)

The definition does not include a resident physician, intern, person in training or those not licensed to practice medicine independently.

### Explanation of Benefits (EOB)

An EOB is a statement sent to you by the claims administrator after you have filed a claim. It will include benefits paid on your claim by the Medical Plan and charges payable by you.

CONFIDENTIAL

CIGNA19-13260024109

## Extended Care Facility

An institution providing room, board and skilled nursing services for medical care. To be covered under the Medical Plan, the facility must:

* Be a legally operated institution or part of such an institution and maintain a daily clinical record for each patient

* Make available the services of a doctor at all times

* Offer 24-hour nursing services under the supervision of a graduate registered nurse

* Not be primarily a place for the aged or substance abusers; or a rest home, educational institution, custodial facility or similar institution

## Home Health Care Agency

A public or private agency or organization or part of one that provides skilled nursing and other therapeutic services in the home. To be covered under the Medical Plan, a home health care agency must:

* Be licensed as a home health care agency and maintain a daily clinical record for each patient

* Be staffed by professionals, including at least one legally qualified doctor and one registered nurse

* Provide full-time supervision of caregivers by a legally licensed doctor or by a registered nurse

* Not be an agency used mainly for the care and treatment of mental health disorders or substance abuse

## Hospice Care

A coordinated plan of home and inpatient care that treats the terminally ill patient and family as a unit. Care is provided by a team made up of trained medical personnel and counselors. The team acts under an independent hospice administration and helps the family unit cope with physical, psychological, spiritual, social and economic stresses. The hospice must have obtained any required state or other governmental licenses and be approved by the claims administrator.

## Hospital

A hospital must be legally operated and must:

* Provide 24-hour room, board and nursing services for all patients and have a staff of one or more doctors available at all times

* Provide on-premise facilities for diagnosis, therapy, and major surgery

* Not be a health care facility that is primarily a nursing home, rest home, convalescent home or a residential treatment center for the treatment of substance abuse or mental health problems

## Medically Necessary or Medical Necessity

Health care or dental services, and supplies or prescription drugs that a physician, other health care provider or dental provider, exercising prudent clinical judgment, would provide to a patient for the purpose of preventing, evaluating, diagnosing or treating an illness, injury, disease or its symptoms, and that provision of the service, supply or prescription drug is:

* In accordance with generally accepted standards of medical or dental practice;

* Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's illness, injury or disease; and

* Not primarily for the convenience of the patient, physician, other health care or dental provider; and

* Not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's illness, injury, or disease.

For these purposes "generally accepted standards of medical or dental practice" means standards that are based on credible scientific evidence published in peer-reviewed literature generally recognized by the relevant medical or dental community, or otherwise consistent with physician or dental specialty society recommendations and the views of physicians or dentists practicing in relevant clinical areas and any other relevant factors.

## Mental Health Providers

The licensing of mental health care providers varies from state to state. To make sure that all mental health claims are processed consistently, our Medical Plan covers care from the following, as long as they are not related to the participant's family by blood or by marriage:

* LMFT—Licensed Marriage and Family Therapist

* LMHC—Licensed Mental Health Counselor

* LPC—Licensed Professional Counselor

* LCPC—Licensed Clinical Professional Counselor

CONFIDENTIAL

CIGNA19-13260024110

- LPCC—Licensed Professional Clinical Counselor
- LMHP—Licensed Mental Health Provider
- LPCMH—Licensed Professional Counselor of Mental Health
- LCSW—Licensed Clinical Social Worker
- CSW—Clinical Social Worker
- LFMCC—Licensed Family Marriage Clinical Counselor
- Psychologist—Ph.D.

If you have questions or need to locate a mental health care provider, call your Plan's Member Services department.

## Residential Treatment Center

Residential Treatment Center means an institution which (a) specializes in the treatment of psychological and social disturbances that are the result of mental health or substance abuse conditions; (b) provides a subacute, structured, psychotherapeutic treatment program, under the supervision of physicians; (c) provides 24-hour care, in which a person lives in an open setting; and (d) is licensed in accordance with the laws of the appropriate legally authorized agency as a Residential Treatment Center.

A person is considered Confined in a Residential Treatment Center when she/he is a registered bed patient in a Residential Treatment Center upon the recommendation of a Physician.

## Choosing Your Health Care and your Providers

Your health care should be provided in consultation with your health care provider without regard to the benefits provided by this Plan. You are solely responsible for choosing a provider that best fits your needs. Neither The Home Depot nor the Plan is responsible for the health care that you ultimately receive from any provider, including, but not limit to, a network provider. Neither The Home Depot nor the Plan makes any warranty or representation regarding the quality of such care. Network providers have directly or indirectly entered into contracts with the Plan's claims administrators to provide coverage at negotiated rates. Network providers are not affiliated with The Home Depot or the Plan.

## Coverage for Associates Working in a Foreign Country

The Medical Plan provides fully insured medical and dental coverage to you if you are an expatriate associate working on assignment in a foreign country and if you are enrolled in medical and dental coverage immediately before beginning your expatriate assignment. The Company provides this coverage at no charge to you. You will be covered under the expatriate medical and dental coverage while in your assigned country, but will use the standard Home Depot medical plan that you are enrolled in, if any, while you are in the United States. If your family remains in the U.S. while you are on assignment, they will be covered under the standard Home Depot medical or dental plan in which you have enrolled, if any.

CONFIDENTIAL




Live the ORANGE Life!

# California Medical

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

| | |
|---|---|
| 146 | California Medical Options |
| 146 | Kaiser Permanente Plans |
| 153 | The Blue Shield Gold HMO Medical Plan |
| 157 | The Anthem BCBS High Deductible Health Plans |
| 166 | The Red Beacon Medical Plans |
| 181 | Choosing Your Health Care and Your Providers |
| 181 | Appealing a Claim |
| 181 | Coordinating With Other Plans |
| 181 | Certificates of Health Plan Creditable Coverage |

CONFIDENTIAL

CIGNA19-13260024112

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Find a Kaiser Permanente medical office and get information about your medical plan | Go to http://my.kp.org/homedepot or call 1-855-9KAISER (1-855-952-4737) |
| Find a Blue Shield Access+ network personal physician and get information about your medical plan | Go to www.blueshieldca.com/homedepot or call 1-888-587-9503 |
| Find an Anthem Blue Card PPO network provider | Go to www.livetheorangelife.com or call 1-877-434-2734 |

## California Medical Options

As a California associate you have the following medical plan options depending on your zip code:

* Blue Shield Gold HMO
* Kaiser Permanente Gold HMO
* Kaiser Permanente Silver Plus High Deductible Health Plan
* Anthem Silver Plus High Deductible Health Plan
* Anthem Bronze High Deductible Health Plan

See Get the Most Value from Your Plan above to find out how to find a Kaiser Permanente medical facility, a Blue Shield Access+ personal physician or an Anthem Blue Card PPO network provider.

If you live outside a network area, you will have four out-of-area (OOA) options:

* Anthem Gold PPO OOA
* Anthem Silver Plus PPO OOA
* Anthem Silver Plus HDHP (High Deductible Health Plan) OOA
* Anthem Bronze HDHP OOA

For more information on how the OOA Plans work, see Out-of-Area Plans in the U.S. Medical chapter.

You will see the options available to you when you enroll on the Your Benefits Resources website as a new hire, during Annual Enrollment, or if you move to a new location with a different plan.

### ID Cards

Once you become covered under a Blue Shield or Kaiser Permanente or Anthem medical plan, you will receive an identification (ID) card. Keep your ID card with you at all times, and show it at your doctor's office each time you receive medical treatment or fill a prescription. It will help your doctor to verify your benefits. Please note that the possession of an ID card alone does not entitle you to benefits. You must be enrolled in a medical plan to receive benefits.

If you are enrolled in a Home Depot Medical Plan in California, you and your spouse (if your spouse is also enrolled) may be eligible for the Building Better Health Credit and/or the Tobacco-free Credit. See Healthy Living Credits in the Eligibility and Enrollment chapter for more information.

## Kaiser Permanente Plans

The following charts provide some detail about Kaiser Permanente Gold HMO and the Kaiser Permanente High Deductible Health Plan in California. The charts provide information about services covered by the Kaiser Permanente medical plans. For complete information on covered services, limitations, exclusions, and filing claims, see Kaiser Permanente's Evidence of Coverage booklet (EOC) which provides details on your plan's benefits and any plan exclusions. You will find the EOC booklet online at my.kp.org after signing in through your secure log in. That document is considered part of this Benefits Summary. Also, see Get the Most Value from Your Plan above for Kaiser Permanente's toll-free Member Services number and website address.

### The Benefits of Kaiser Permanente Membership

For complete information on Kaiser Permanente visit http://my.kp.org/homedepot.

Kaiser Permanente members must receive care from a Kaiser Permanente network doctor or in a Kaiser Permanente medical office or no benefits will be paid. If you or your dependents seek care outside the HMO

CONFIDENTIAL

CIGNA19-13260024113

network, you will be responsible for the entire cost. Out-of-network care is not covered in the HMO. The only exception is for emergency care. To find a Kaiser Permanente medical office near you, go to http://my.kp.org/homedepot. To find a Kaiser Permanente doctor, look up physicians' profiles at www.kp.org/chooseyourdoctor. There, you can read each doctor's personal statements and review their credentials to find the right doctor for you.

Keep in mind that if you are changing your coverage from any other medical insurance to Kaiser Permanente, you must see Kaiser Permanente providers in a Kaiser Permanente medical facility as of your coverage effective date for most ongoing care situations (for example, pregnancy). If you have any questions about the transition of care, visit Kaiser Permanente at http://my.kp.org/homedepot/ and click on the "Support" tab on the home page.

### *Convenient Care and Extended Hours*

Many Kaiser Permanente medical offices offer convenience with a wide range of services under one roof and extended hours:

* Exams, x-rays, lab and pharmacy services are available at many Kaiser Permanente medical offices.

* Medical offices are open after hours and on weekends.

### *E-Mail Your Doctor, Check Your Lab Results and More on www.kp.org*

As a Kaiser Permanente member, you should sign up to the secure website—www.kp.org—where you can manage your care. You can make appoint-ments at any time if you sign up for My Health Manager on www.kp.org.

On My Health Manager, Kaiser Permanente members can:

* Make a doctor's appointment

* E-mail doctors and specialists with routine health questions

* Order prescription refills, most of which can be mailed to you at no extra charge

* View certain lab results and your recent immunization history

* See details of past appointments and check future appointments

All of this information is updated by Kaiser Permanente's electronic medical record system. Everyone you receive care from at Kaiser Permanente facilities—your personal physician, nurse, optometrist, pharmacist, surgeon—is connected to one another through your electronic health record, and every Kaiser Permanente facility in your region is linked to your electronic health record.

Kaiser Permanente members also can access My Health Manager from their smartphones on the mobile-optimized kp.org app for Android-powered phones and for iPhone/iPod Touch.

Both the mobile site and the apps provide quick, secure access to kp.org, including the following:

* My Medical Record;

* My Message Center;

* Appointment Center

* Pharmacy Center; and

* Find facility locations.

### Right to Designate a Primary Care Provider/Direct Access to OB/GYNs

The Kaiser Permanente HMO (the "Plan") generally requires the designation of a primary care provider. If you are covered under this Plan, you have the right to designate any primary care provider who partici-pates in the network and who is available to accept you or your family members. For children, you may designate a pediatrician as the primary care provider. For information on how to select a primary care provider, and for a list of the participating pri-mary care providers, contact Kaiser Permanente at 1-855-9KAISER (1-855-952-4737) or go to http://my.kp.org/homedepot.

You do not need prior authorization from the Plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the network who specializes in obstetrics or gynecol-ogy. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, fol-lowing a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact Kaiser Permanente at 1-855-9KAISER (1-855-952-4737) or go to http://my.kp.org/homedepot.

CONFIDENTIAL

CIGNA19-13260024114

**California Medical**

## Kaiser Permanente Gold HMO: California

| | Kaiser Permanente—Gold HMO[1] (You Pay) |
|---|---|
| **Background Information** | |
| Self-Referral to OB-GYN—OB-GYN must be part of the same participating physician group as your PCP | Yes |
| Self-Referral to Specialist | Yes |
| Default PCP Assigned if None Chosen | Yes |
| Calendar Year Deductible | $750/Individual; $1,500/Family |
| Annual Out-of-Pocket Maximum | $5,000/Individual; $10,000/Family—includes deductible and copays |
| Coinsurance | 20% coinsurance |
| Lifetime Maximum | Unlimited |
| **Primary Care** | |
| Routine Office Visit | $25 copay |
| Specialty Care | $50 copay |
| Walk-In Clinic | $25 copay for walk-in visit to a Kaiser Permanente facility during regular hours and urgent care after hours |
| Annual Physical Exam (one per calendar year) | 100% covered, no copay; according to plan's periodic exam schedule. No coverage for third-party requests such as physicals for schools that are outside the periodic health evaluation schedule |
| Pediatric Exams | 100% covered, no copay |
| Other Women's Preventive Services (for a listing of included services, check with plan) | 100% covered, no copay |
| Pap Smears (annually) and Mammography | 100% covered, no copay |
| Child Immunizations | 100% covered, no copay |
| Colorectal Cancer Screening | 100% covered, no copay |
| Routine PSA and Digital rectal exam | 100% covered, no copay |
| **Inpatient Care** | |
| Hospital and Inpatient Care | 20% coinsurance after deductible |
| **Family Planning/Maternity Care** | |
| Office Visit—Pre/Postnatal | 100% covered, no copay |
| In-Hospital Delivery Services | 20% coinsurance after deductible |
| **Outpatient Care** | |
| Outpatient Surgery | 20% coinsurance after deductible |
| Chiropractic Services | $15 copay; limited to 30 visits per year |
| Lab and X-ray--preventive | 100% covered, no copay |
| Lab and X-ray--diagnostic | $10 copay |
| Complex Imaging | $50 copay after deductible |
| Outpatient Speech, Occupational and Physical Therapy | $25 copay after deductible |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this chart and the information in your plan's coverage booklets, the coverage booklets will govern.

CONFIDENTIAL

CIGNA19-13260024115

**California Medical**

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Kaiser Permanente Gold HMO: California

|  | Kaiser Permanente—Gold HMO¹ (You Pay) |
|---|---|
| **Infertility Benefits** | |
| Infertility—Diagnosis and Treatment of Underlying Cause | Member cost share based on location of service |
| In Vitro Fertilization | Not covered |
| Artificial Insemination | |
| Fertility Drugs | |
| **Emergency Care** | |
| When Followed by Admission | 20% co-insurance after deductible |
| When Not Followed by Admission | 20% co-insurance after deductible |
| Urgent Care Clinic Visit | $25 copay at Kaiser Facilities |
| Ambulance | $150 copay per trip after deductible |
| **Prescription Drugs²³** | |
| Retail: Generic—On Recommended Drug List | $10 copay; up to a 100-day supply |
| Retail: Prefered Brand—On Recommended Drug List* | $30 copay; up to a 100-day supply |
| Retail: Non- Preferred— Not On Recommended Drug List* | $30 copay; up to a 100-day supply (these drugs will only be covered if medically necessary and prescribed by a Plan Physician in accordance with formulary guidelines) |
| Mail Order: Generic—On Recommended Drug List | $10 copay; up to a 100-day supply |
| Mail Order: Formulary Brand—On Recommended Drug List* | $30 copay; up to a 100-day supply |
| Mail Order: Non-Formulary Brand—Not On Recommended Drug List* | $30 copay; up to a 90-day supply (these drugs will only be covered if medically necessary and prescribed by a Plan Physician in accordance with formulary guidelines) |
| **Mental Health/Substance Abuse Services** | |
| Mental Illness—Outpatient therapy | $25 copay for individual; $12 for group (unlimited visits) |
| Mental Illness—Inpatient Care | 20% coinsurance after deductible |
| Chemical Dependency Detoxification—Outpatient | $25 copay for individual; $5 copay for group |
| Chemical Dependency Detoxification—Inpatient | 20% coinsurance after deductible |
| Chemical Dependency Rehabilitation—Inpatient | 20% coinsurance after deductible |
| **Other Services** | |
| Durable Medical Equipment | You pay 20%, no deductible |
| Noncustodial Home Health Care | 100% covered; services limited to inside the Service Area; limit of three 2-hour visits per day, 100 visits per year |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this chart and the information in your plan's coverage booklets, the coverage booklets will govern.
2 Sexual dysfunction and appetite suppressant drugs are covered at 50%.
3 Must use participating pharmacies.
* If a non-medically necessary brand drug is received when a generic equivalent is available, you will pay the brand copay and difference in cost between the generic and brand drug.

CONFIDENTIAL

CIGNA19-13260024116

**California Medical**

## Kaiser Permanente Silver Plus High Deductible Health Plan (HDHP)[1]

| | In-Network (You Pay) |
|---|---|
| Medical Lifetime Maximum | Unlimited |
| Individual Deductible—Per calendar year | $2,000 |
| Family Deductible Limit—If you are covering more than just yourself, the family deductible must be satisfied before the plan begins paying benefits (except for services in which the deductible doesn't apply). The family deductible can be met by one family member or a combination of family members. | $4,000 |
| Coinsurance | 20% after deductible |
| Individual Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. In- and out-of-network deductibles cross-apply. | $5,000 includes deductible and copays |
| Family Out-of-Pocket Maximum—If you are covering more than just yourself, the family out-of-pocket maximum must be satisfied before the plan begins paying benefits. The family out-of-pocket maximum can be met by one family member or a combination of family members. | $10,000 includes deductible and copays |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician | 20% after deductible |
| Specialist Office Visit | 20% after deductible |
| **Preventive Care** | |
| Well Child Care—Age/frequency guidelines apply. | 100% covered, no deductible |
| Adult Routine Physical Exam—1 exam per calendar year | 100% covered, no deductible |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% covered, no deductible |
| Routine GYN Exam—1 routine GYN exam per calendar year with 1 pap smear & related lab fees | 100% covered, no deductible |
| Routine Mammogram—age/frequency guidelines suggest baseline at age 35, 1 every 2 calendar years after age 35 and 1 every calendar year after age 40* | 100% covered, no deductible |
| Other Women's Preventive Services (for a listing of included services, check with plan) | 100% covered, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE)—age/frequency guidelines suggest 1 routine DRE and PSA per calendar year for males age 50 and over | 100% covered, no deductible |
| Colorectal Cancer Screenings—age/frequency guide lines suggest all members age 50+* | 100% covered, no deductible |

\* Under certain circumstances, age/frequency limits may vary based on risk factors.

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this chart and the information in your plan's coverage booklets, the coverage booklets will govern.

CONFIDENTIAL

CIGNA19-13260024117

**California Medical**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## Kaiser Permanente Silver Plus High Deductible Health Plan (HDHP)[1]

|  | In-Network (You Pay) |
|---|---|
| **Preventive Care—continued** | |
| Routine Eye Screening—1 exam per calendar year | 100% covered, no deductible |
| Routine Hearing Screening—1 exam per calendar year | 100% covered, no deductible |
| Hearing Aids** —2 devices per 36 months, 1 device per ear | $250 allowance per device |
| **Hospital Care** | |
| Inpatient Hospital Coinsurance—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 20% after deductible |
| Outpatient Hospital Expenses—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. | 20% after deductible |
| **Other Physician Services** | |
| Allergy Testing, Treatment, Injections | 20% after deductible |
| Maternity / Obstetrics—Delivery charges are covered under the Hospital benefit | 20% after deductible |
| Second Surgical Opinion | 20% after deductible |
| Outpatient Surgery | 20% after deductible |
| **Diagnostic Procedures** | |
| Diagnostic Lab | 20% after deductible |
| Diagnostic X-ray | 20% after deductible |
| Complex imaging services—MRA/MRS, MRI, CT Scan, PET scan | 20% after deductible |
| **Emergency Medical Care** | |
| Urgent Care Facility | 20% after deductible |
| Emergency Room— E.R. Facility charges and related expenses (radiology, pathology, anesthesia, surgeon, etc.) | 20% after deductible |
| Non-Emergency Use of Emergency Room | Not covered |
| Ambulance—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 20% after deductible |

\* Under certain circumstances, age/frequency limits may vary based on risk factors.

\*\* Excludes hearing aid batteries and repairs.

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this chart and the information in your plan's coverage booklets, the coverage booklets will govern.

CONFIDENTIAL

CIGNA19-13260024118

**California Medical**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## Kaiser Permanente Silver Plus High Deductible Health Plan (HDHP)[1]

| | In-Network (You Pay) |
|---|---|
| **Family Planning** | |
| Contraceptive Devices, Implants & Injectables—Medical plan covers associated office visit for injection of Depo-Provera and Lunell, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages | 20% after deductible |
| Voluntary Abortion | 20% after deductible |
| Voluntary Sterilization—Covers tubal ligation & vasectomy. Excludes reversals. | 20% after deductible |
| Infertility—Covers diagnosis and treatment of underlying conditions | Member cost share based on location of service |
| Advanced Reproductive Technology (ART) | Not Covered |
| **Other Services** | |
| Skilled Nursing Facility—100 days per calendar year | 20% after deductible |
| Home Health Care—100 visits per calendar year; 3 visits per day | 100% covered after deductible |
| Hospice Services | 100% covered after deductible |
| Outpatient Short-Term Rehabilitation—Physician's services and services of physical, speech or occupational therapists for diagnosis of developmental delays or for treatment of acute conditions if such services will result in significant improvement in member's condition. | 20% after deductible applies to physical, occupational and speech therapy |
| Spinal Disorders—Spinal Manipulations performed by an MD, DO, chiropractor or therapist, 30 visits per calendar year. | $15 copay |
| Durable Medical Equipment | 20% after deductible; must be medically necessary and prescribed |
| Prosthetics Devices—e.g., artificial limb; breast prosthesis | 100% covered after deductible |
| Infusion Therapy—e.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | 100% covered after deductible |
| **Mental Health Services** | |
| Inpatient Mental Disorders Coinsurance—No day limits | 20% after deductible |
| Outpatient Behavioral Health Visit—Applies to outpatient therapy visits in an office or other outpatient setting—no visit limits | 20% after deductible |
| Residential Treatment Facility—Subject to Inpatient Pre-certification requirements | 20% after deductible |
| Intensive Outpatient—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements) | 20% after deductible |
| Partial Hospitalization—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). Partial hospitalization benefits reduce the outpatient benefits one visit for every one visit in the partial hospital setting and are combined with outpatient maximum benefits. | 20% after deductible |
| **Alcohol and Drug Abuse Services** | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility—no day limits | Detox: 20% after deductible; Rehab: $100 copay per admission in a Transitional Residential Recovery Service |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other outpatient setting—no visit limits | 20% after deductible |
| **Prescription Drugs** | |
| All Prescription Drugs Except Eligible Preventive Care Prescription Drugs | 20% after deductible |
| Eligible Preventive Care Prescription Drugs[2] | 100% Covered, no deductible |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this chart and the information in your plan's coverage booklets, the coverage booklets will govern.

2 A complete list of eligible preventive care prescription drugs is on www.livetheorangelife.com

CONFIDENTIAL

CIGNA19-13260024119

**California Medical**

## The Blue Shield Gold HMO Medical Plan

Blue Shield HMO members must use Access+ network providers or no benefits will be paid. When you enroll in the Blue Shield Gold HMO, you will select an Access+ network Personal Physician for yourself and each covered family member. You can search for a Personal Physician online by going to blueshieldca.com/homedepot and selecting Find a Provider. You can also call your dedicated Blue Shield Member Services team at 1-888-587-9503 for additional help. If you do not select a Personal Physician at the time of enrollment, Blue Shield will automatically assign a Personal Physician to you and your enrolled family members based on your ZIP code. You can change your Personal Physician by calling Member Services at 1-888-587-9503.

Keep in mind that if you are changing your coverage from any other medical insurance to Blue Shield, you must see Blue Shield Access+ providers as of your coverage effective date for most ongoing care situations (for example, pregnancy). If you are in the midst of a course of treatment when your Blue Shield coverage begins and would like to request continuity of care, please call Blue Shield Member Services at 1-888-587-9503. You can also download the Continuity of Care application by going to blueshieldca.com/homedepot and selecting Access+ HMO Plan.

New members will receive a Blue Shield member ID card in the mail before their effective coverage date. The card is a bi-fold that lists the name of the subscriber on the front and the names of all family members who have coverage through Blue Shield's Access+ HMO and their Personal Physicians on the inside. Please review your new ID card carefully, and make sure all of your information is correct.

If you need to order an additional ID card, go to blueshieldca.com/homedepot, and click on Log in or Register for an online account. Once you have logged in, click on My Health Plan and then Order Blue Shield ID Cards (located on the right side). You will receive your new ID card via U.S. mail within seven to 10 business days.

The charts in this chapter provide information about services covered by the Blue Shield Gold HMO medical plan. For complete information on covered services, limitations, exclusions and filing claims, see the Access+ HMO Evidence of Coverage & Disclosure (EOC&D) form. You can download a copy of the Access+ HMO EOC&D by going to blueshieldca.com/homedepot and selecting Access+ HMO plan. These documents are considered part of this Benefits Summary. Also, see Get the Most Value from Your Plan for Blue Shield's toll-free Member Services number and website address.

### Precertification

For information about precertification requirements, you should refer to the Access+ HMO Evidence of Coverage & Disclosure (EOC&D) form. You can

download a copy of the Access+ HMO EOC&D by going to blueshieldca.com/homedepot and selecting Access+ HMO plan. You also may call Blue Shield Member Services at 1-888-587-9503.

### Right to Designate a Primary Care Provider/Direct Access to OB/GYNs

The Blue Shield California HMO (the "Plan") generally requires the designation of a primary care provider. If you are covered under this Plan, you have the right to designate any primary care provider who participates in the network and who is available to accept you or your family members. For children, you may designate a pediatrician as the primary care provider. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact Blue Shield California at 1-888-587-9503 or go to www.blueshieldca.com/homedepot.

You do not need prior authorization from the Plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact Blue Shield California at 1-888-587-9503 or go to www.blueshieldca.com/homedepot.

CONFIDENTIAL

CIGNA19-13260024120

**California Medical**

## Prescription Drugs for the Blue Shield Gold HMO Medical Plan

Generic drugs will be dispensed when a generic equivalent is available. If you request a brand-name drug when a generic equivalent is available, you must pay the difference between the generic equivalent and the brand-name drug plus the generic drug coinsurance.

To see if your medication is in the list of preferred prescription drugs, go to blueshieldca.com/homedepot, select Pharmacy Benefits, then Drug Database and Formulary.

### Mail Order Drug Program

If your prescription is for a maintenance medication (a drug that you will be taking for an extended period), you have the option of filling it through the PrimeMail Mail Service Program. Through this program, you can receive up to a 90-day supply of maintenance medication for a lower cost.

To begin receiving your maintenance prescription drugs by mail, get a prescription from your doctor and complete a PrimeMail New Order form. You can download the PrimeMail New Order form on blueshieldca.com/homedepot: select Pharmacy Benefits, and then Mail-service prescriptions. Or, you can call PrimeMail at (866) 346-7200 to request a form. After you send your order form and prescription to PrimeMail, you can order refills online by going to www.MyPrimeMail.com.

### NurseHelp 24/7

Speak with registered nurses anytime, day or night, and get answers to your health-related questions. You also can go online to have a one-on-one personal chat with a registered nurse anytime. You'll find more information on this program when you register as a member by going to blueshieldca.com/homedepot, selecting Programs and Services and then NurseHelp 24/7. The NurseHelp 24/7℠ phone number is on the back of your ID card.

### LifeReferrals 24/7

Call anytime to talk with a team of experienced professionals ready to assist you with personal, family and work issues. Get referrals for three face-to-face visits (in a six-month period) with a licensed therapist at no cost to you. You'll find more information on this program when you register as a member by going to blueshieldca.com/homedepot, selecting Programs and Services and then LifeReferrals 24/7. The LifeReferrals 24/7℠ phone number is on the back of your ID card.

### Prenatal Program

This program gives expectant parents 24/7 access to experienced maternity nurses as well as prenatal information including a popular pregnancy or parenting book at no additional cost. Some materials are also available in Spanish. You'll find more information on this program by going to blueshieldca.com/homedepot, selecting Programs and Services and then Prenatal Program.

### Condition Management Programs

These programs offer nurse support as well as education and self-management tools for members with asthma, diabetes, coronary artery disease, heart failure and chronic obstructive pulmonary disease. You'll find more information on this program by going to blueshieldca.com/homedepot, selecting Programs and Services and then Condition Management.

### Wellness Discount Programs

Blue Shield offers a variety of member discounts that will save you money on gym memberships, acupuncture, massage therapy, chiropractic services, contact lenses and eyeglasses, LASIK and more! You'll find more information on all of the valuable wellness discount programs by going to blueshieldca.com/homedepot, selecting Programs and Services and then Wellness Discounts.

CONFIDENTIAL

CIGNA19-13260024121

# California Medical

## Blue Shield Gold HMO: California

|  | Blue Shield—Gold HMO' (You Pay) |
|---|---|
| **Background Information** | |
| Self-Referral to OB-GYN—OB-GYN must be part of the same medical group as your personal physician | Yes |
| Self-Referral to Specialist—must be part of the same medical group as your personal physician | Yes |
| Default PCP Assigned if None Chosen | Yes |
| Calendar Year Deductible (applies to inpatient facility charges only) | $750/Individual; $1,500/Family |
| Annual Out-of-Pocket Maximum | $5,000/Individual; $10,000/Family—includes deductible and most copays |
| Coinsurance | 20% coinsurance |
| Lifetime Maximum | Limit does not apply |
| **Primary Care** | |
| Routine Office Visit | $25 copay |
| Specialty Care—if referred by your personal physician | $25 copay |
| Specialty Care—if self-referred within personal physician's medical group | $50 copay |
| Walk-In Clinic | $25 copay for medical care; 100% covered for vaccines |
| Annual Physical Exam (one per calendar year) | 100% covered; no copay; according to plan's periodic exam schedule. No coverage for third-party requests such as physicals for schools that are outside the periodic health evaluation schedule |
| Pediatric Preventive Services | 100% covered, no copay |
| Other Women's Preventive Services (for a listing of included services, check with plan) | |
| Pap Smears (annually) and Mammography | |
| Child Immunizations | |
| Colorectal Cancer Screening | |
| Routine PSA and Digital rectal exam | |
| **Inpatient Care** | |
| Hospital and Inpatient Care | 20% coinsurance after deductible |
| **Family Planning/Maternity Care** | |
| Office Visit—Pre/Postnatal | $25 copay initial visit only; then 100% covered |
| In-Hospital Delivery Services | 20% coinsurance after deductible |
| **Outpatient Care** | |
| Outpatient Surgery | 20% coinsurance no deductible |
| Chiropractic Services | $15 copay; maximum of 30 visits per calender year; administered through American Specialty Health Plans of California, Inc (ASH plans) |
| Lab and X-ray | 100% covered, no copay |
| Complex Imaging | 100% covered, no copay |
| Outpatient Speech, Occupational and Physical Therapy | $25 copay |

1. This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this chart and the information in your plan's coverage booklets, the coverage booklets will govern.

CONFIDENTIAL

CIGNA19-13260024122

## California Medical

### Blue Shield Gold HMO: California

| | Blue Shield—Gold HMO¹ (You Pay) |
|---|---|
| **Infertility Benefits** | |
| Infertility—Diagnosis and Treatment of Underlying Cause | 50% based upon allowed charges |
| In Vitro Fertilization | Not covered |
| Artificial Insemination | |
| Fertility Drugs | |
| **Emergency Care** | |
| When Followed by Admission | 20% coinsurance after deductible |
| When Not Followed by Admission | 20% coinsurance; no deductible |
| Urgent Care Clinic Visit | $25 copay |
| Ambulance | $100 copay per trip |
| **Prescription Drugs** | |
| Retail: Formulary Generic | 20% coinsurance up to $10 maximum, no deductible |
| Retail: Formulary Brand | 20% coinsurance up to $50 maximum, no deductible |
| Retail: Non- Formulary Brand—(these drugs will only be covered if medically necessary) | 40% coinsurance up to $150 maximum, no deductible |
| Mail Order: Formulary Generic | 20% coinsurance up to $20 maximum, no deductible |
| Mail Order: Formulary Brand | 20% coinsurance up to $100 maximum, no deductible |
| Mail Order: Non-Formulary Brand | 40% coinsurance up to $300 maximum, no deductible |
| **Mental Health/Substance Abuse Services** | |
| Mental Illness—Outpatient therapy | $25 copay; administered through Blue Shield's Mental Health Service Administrator (MHSA) |
| Mental Illness—Inpatient Care | 20% coinsurance after deductible; administered through Blue Shield's Mental Health Service Administrator (MHSA) |
| Chemical Dependency Rehabilitation—Outpatient | $25 copay; administered through Blue Shield's Mental Health Service Administrator (MHSA) |
| Chemical Dependency Detoxification—Inpatient | 20% coinsurance after deductible |
| Chemical Dependency Rehabilitation—Inpatient Care | 20% coinsurance after deductible; administered through Blue Shield's Mental Health Service Administrator (MHSA) |
| **Other Services** | |
| Durable Medical Equipment | 100% covered |
| Noncustodial Home Health Care Visit | $25 copay |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this chart and the information in your plan's coverage booklets, the coverage booklets will govern.

CONFIDENTIAL

CIGNA19-13260024123

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 160 of 405

**California Medical**

MAIN MENU for BENEFITS SUMMARY

MAIN MENU for THIS CHAPTER

CONTACT LIST

SEARCH

## The Anthem BCBS High Deductible Health Plans

The Home Depot offers two High Deductible Health Plans (HDHP) through Anthem BCBS: the Silver Plus HDHP and the Bronze HDHP. As an Anthem BCBS member, you will save money when you use Anthem BCBS BlueCard network providers. The charts at the end of this chapter provide information about services covered by the plans. For more information about the Anthem BCBS HDHPs, see the following sections within the U.S. Medical chapter:

**Medical Plan Programs: Anthem Blue Cross Blue Shield Programs**

- Anthem BCBS: Precertification Program
- Anthem BCBS: 24/7 NurseLine
- Discount Programs SpecialOffers@Anthem

**The High Deductible Health Plans**

- How the Annual Deductible and Out-of-Pocket Maximum Works in the HDHP
- HDHP Prescription Drug Coverage
- Women's Preventive Services
- Anthem BCBS: The Maximum Benefit Allowed Amount for Upper GI Endoscopies, Colonoscopies, CT Scans and MRIs
- What's Covered by the HDHP
- What the HDHP Does Not Cover

**General Information About the Medical Plans: Information for PPO, OOA and HDHP Participants**

- Claiming Benefits Under the Plans
- Appealing a Claim
- Right to Recover Payment
- Subrogation and Reimbursement

CONFIDENTIAL

CIGNA19-13260024124

**California Medical**

| Anthem Silver Plus HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited |
| Individual Deductible—Per calendar year; in- and out-of-network deductibles cross-apply. | $2,000 | $5,000 |
| Family Deductible Limit—If you are covering more than just yourself, the family deductible must be satisfied before the plan begins paying benefits (except for services in which the deductible doesn't apply). The family deductible can be met by one family member or a combination of family members. | $4,000 | $10,000 |
| Coinsurance | 20% after deductible | 50% after out-of-network deductible |
| Individual Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. In- and out-of-network deductibles cross-apply. | $5,000 includes deductible | $14,000 includes deductible |
| Family Out-of-Pocket Maximum—If you are covering more than just yourself, the family out-of-pocket maximum must be satisfied before the plan begins paying benefits. The family out-of-pocket maximum can be met by one family member or a combination of family members. | $10,000 includes deductible | $28,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | 20% after deductible | 50% after out-of-network deductible |
| Specialist Office Visit | 20% after deductible | 50% after out-of-network deductible |
| Walk-In Clinic | 20% after deductible | 50% after out-of-network deductible |
| Teladoc | 20% after deductible | Not applicable |
| **Preventive Care** For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of recommended preventive services, please visit the USPSTF website, www.healthcare.gov/center/preventive/recommendations.html | | |
| Well Child Care | 100% Covered, no deductible | 50%, no deductible |
| Well Child Care Frequency Limits | Includes routine immunizations, travel immunizations & flu shots. Age/frequency guidelines suggest 7 exams in 1st 12 months of life, 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | |
| Adult Routine Physical Exam | 100% Covered, no deductible | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN and other Women's Preventive Services** | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | |
| Routine Mammogram | 100% Covered, no deductible | 50%, no deductible |
| Routine Mammogram Age/Frequency Limits | Age/frequency guidelines suggest baseline at age 35, 1 every 2 calendar years after age 35 and 1 every calendar year after age 40* | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no deductible | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | Age/frequency guidelines suggest 1 routine DRE and PSA per calendar year for males age 40 and over | |

* Under certain circumstances, age/frequency limits may vary based on risk factors.
** See Women's Preventive Services in What's Covered By the High Deductible Health Plan in the U.S. Medical chapter for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024125

**California Medical**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

| Anthem Silver Plus HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Preventive Care—continued** | | |
| **Colorectal Cancer Screenings**–Digital rectal exam, Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema. | 100% Covered, no deductible | 50%, no deductible |
| **Colonoscopy**—for certain Anthem members subject to the maximum allowable amount¹. | • Facilities charging at or under the maximum allowable amount: $0—no charge<br>• Facilities charging above the maximum allowable amount: You pay 100% of charges above the maximum allowable amount | 50%, no deductible |
| **Colorectal Cancer Screenings Frequency Limits** | Age/frequency guidelines suggest all members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years), Colonoscopy (1 every 10 years)* | |
| **Routine Eye Exam** | Not Covered; discounts available | |
| **Routine Hearing Exam** | 100% Covered, no deductible | 50%, no deductible |
| **Routine Hearing Exam Frequency Limit** | 1 exam per calendar year | |
| **Hearing Aids**** | 20% after deductible | 50% after out-of-network deductible |
| **Hospital Care** | | |
| **Inpatient Hospital Coinsurance**—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 20% after deductible | 50% after out-of-network deductible |
| **Outpatient Hospital Expenses**—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. | 20% after deductible | 50% after out-of-network deductible |
| **Other Physician Services** | | |
| **Acupuncture**—Covered in lieu of anesthesia only | 20% after deductible | 50% after out-of-network deductible |
| **Allergy Testing and Treatment**– Office visit | 20% after deductible | 50% after out-of-network deductible |
| **Allergy Testing and Treatment**– Performed in an independent lab | 100% Covered, no deductible | 50% after out-of-network deductible |
| **Allergy injections**–Not given by the physician, or not in conjunction with an office visit | 100% Covered, no deductible | 50% after out-of-network deductible |
| **Second Surgical Opinion** | 20% after deductible | 50% after out-of-network deductible |
| **Outpatient Surgery** | 20% after deductible | 50% after out-of-network deductible |
| **Upper GI Endoscopy** | 20% after deductible | 50% after out-of-network deductible |
| **Upper GI Endoscopy**—For certain Anthem members subject to the maximum allowable amount¹. | You pay 20% after deductible plus 100% of charges above the maximum allowable amount | 50% after out-of-network deductible |
| **Diagnostic Procedures** | | |
| **Diagnostic Lab** | 20% after deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray** | 20% after deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan | 20% after deductible | 50% after out-of-network deductible |
| **Complex Imaging services**—MRI, CT Scans - For Anthem members subject to the maximum allowable amount.¹ | You pay 20% after deductible plus 100% of the charges above the maximum allowable amount. | 50% after out-of-network deductible |

* Under certain circumstances, age/frequency limits may vary based on risk factors. ** Excludes hearing aid batteries and repairs.
¹ For more information, see Anthem: The Maximum Allowable Amount in The High Deductible Health Plans section in the U.S. Medical chapter.

CONFIDENTIAL

CIGNA19-13260024126

**California Medical**

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

| Anthem Silver Plus HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Emergency Medical Care** | | |
| **Urgent Care Facility** | 20% after deductible | 50% after out-of-network deductible |
| **Emergency Room**— E.R. Facility charges and related expenses (radiology, pathology, anesthesia, surgeon, etc.) | 20% after deductible | |
| **Non-Emergency Use of Emergency Room** | Not covered | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 20% after deductible | |
| **Family Planning** | | |
| **Contraceptive Devices, Implants & Injectables**—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages | 100% Covered, no deductible | 50%, no deductible |
| **Voluntary Abortion** | 20% after deductible | 50% after out-of-network deductible |
| **Prenatal Office visits** | 100% Covered, no deductible | 50%, no deductible |
| **Maternity delivery charges** (physician and facility) | 20% after deductible | 50% after out-of-network deductible |
| **Voluntary Sterilization**—Covers tubal ligation. Reversals not covered. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Sterilization**—Covers vasectomy. Reversals not covered. | 20% after deductible | 50% after out-of-network deductible |
| **Infertility**—Covers diagnosis and treatment of underlying conditions | 20% after deductible | 50% after out-of-network deductible |
| **Advanced Reproductive Technology (ART)** | Not Covered | |
| **Other Services** | | |
| **Skilled Nursing Facility**—90 days per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Home Health Care**—150 visits per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Private Duty Nursing**—70 8-hr shifts per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Hospice Care** | 20% after deductible | 50% after out-of-network deductible |
| **Outpatient Short-Term Rehabilitation**—Physician's services and services of physical, speech or occupational therapists for diagnosis of developmental delays or for treatment of acute conditions if such services will result in significant improvement in member's condition. | 20% after deductible applies to physical, occupational and speech therapy | 50% after out-of-network deductible applies to physical, occupational and speech therapy |
| **Spinal Disorders**—Spinal Manipulations performed by an MD, DO, chiropractor or therapist, 25 visits per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Durable Medical Equipment** | 20% after deductible; foot orthotics excluded | 50% after out-of-network deductible; foot orthotics excluded |
| **Prosthetics Devices**—e.g., artificial limb; breast prosthesis | 20% after deductible | 50% after out-of-network deductible |
| **Infusion Therapy**—e.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | 20% after deductible | 50% after out-of-network deductible |

CONFIDENTIAL

CIGNA19-13260024127

**California Medical**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## Anthem Silver Plus HDHP (High Deductible Health Plan)

| | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Mental Health Services** | | |
| **Inpatient Mental Disorders Coinsurance**—No day limits | 20% after deductible | 50% after out-of-network deductible |
| **Outpatient Behavioral Health Visit**—Applies to outpatient therapy visits in an office or other outpatient setting—no visit limits | 20% after deductible | 50% after out-of-network deductible |
| **Residential Treatment Facility**—Subject to Inpatient Pre-certification requirements | 20% after deductible | 50% after out-of-network deductible |
| **Intensive Outpatient**—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements) | 20% after deductible | 50% after out-of-network deductible |
| **Partial Hospitalization**—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | 20% after deductible | 50% after out-of-network deductible |
| **Alcohol and Drug Abuse Services** | | |
| **Inpatient Rehabilitation & Detoxification**—In a hospital or treatment facility—no day limits | 20% after deductible | 50% after out-of-network deductible |
| **Outpatient Chemical Dependency Visit**—Applies to outpatient visits in an office or other outpatient setting—no visit limits | 20% after deductible | 50% after out-of-network deductible |
| **Prescription Drugs** | | |
| **Eligible Preventive Care Prescription Drugs[12]**– Generic and Preferred Brand | You pay 20%, no deductible | You pay 50%, no deductible |
| **Eligible Preventive Care Prescription Drugs[12]**– Non-Preferred Brand | You pay 40%, no deductible | You pay 75%, no deductible |
| **Generic and Preferred Brand** | You pay 20% after deductible | You pay 50% after deductible |
| **Non-Preferred Brand** | You pay 40% after deductible | You pay 75% after deductible |
| **Specialty Drugs– Generic 30-day supply[1]** | $7 after deductible | Not Covered |
| **Specialty Drugs– Non-Generic 30-day supply[1]** | $75 after deductible | Not Covered |

[1] Specialty drugs available through the CVS Caremark Specialty Pharmacy only.

CONFIDENTIAL

CIGNA19-13260024128

**California Medical**

| Anthem Bronze HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited |
| Individual Deductible—Per calendar year; in- and out-of-network deductibles cross-apply. | $3,500 | $9,000 |
| Family Deductible Limit—If you are covering more than just yourself, the family deductible must be satisfied before the plan begins paying benefits (except for services in which the deductible doesn't apply). The family deductible can be met by one family member or a combination of family members. | $7,000 | $18,000 |
| Coinsurance | 30% after deductible | 50% after out-of-network deductible |
| Individual Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. In- and out-of-network deductibles cross-apply. | $6,350 includes deductible | $18,000 includes deductible |
| Family Out-of-Pocket Maximum—If you are covering more than just yourself, the family out-of-pocket maximum must be satisfied before the plan begins paying benefits. The family out-of-pocket maximum can be met by one family member or a combination of family members. | $12,700 includes deductible | $36,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | 30% after deductible | 50% after out-of-network deductible |
| Specialist Office Visit | 30% after deductible | 50% after out-of-network deductible |
| Walk-In Clinic | 30% after deductible | 50% after out-of-network deductible |
| Teladoc | 30% after deductible | Not applicable |
| **Preventive Care** For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of recommended preventive services, please visit the USPSTF website, www.healthcare.gov/center/prevention/recommendations.html. | | |
| Well Child Care | 100% Covered, no deductible | 50% no deductible |
| Well Child Care Frequency Limits | Includes routine immunizations, travel immunizations & flu shots. Age/frequency guidelines suggest 7 exams in 1st 12 months of life; 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | |
| Adult Routine Physical Exam | 100% Covered, no deductible | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN and other Women's Preventive Services** | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | |
| Routine Mammogram | 100% Covered, no deductible | 50%, no deductible |
| Routine Mammogram Age/Frequency Limits | Age/frequency guidelines suggest baseline at age 35, 1 every 2 calendar years after age 35 and 1 every calendar year after age 40* | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no deductible | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | Age/frequency guidelines suggest 1 routine DRE and PSA per calendar year for males age 40 and over | |

\* Under certain circumstances, age/frequency limits may vary based on risk factors.
\*\* See Women's Preventive Services in What's Covered By the High Deductible Health Plan in the U.S. Medical chapter for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024129

# California Medical

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH 

| Anthem Bronze HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Preventive Care—continued** | | |
| Colorectal Cancer Screenings–Digital rectal exam, Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema | 100% Covered, no deductible | 50%, no deductible |
| Colonoscopy—for certain Anthem members subject to the maximum allowable amount'. | • Facilities charging at or under the maximum allowable amount: $0—no charge<br>• Facilities charging above the maximum allowable amount: You pay 100% of charges above the maximum allowable amount | 50%, no deductible |
| Colorectal Cancer Screenings Frequency Limits | Age/frequency guidelines suggest all members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years). Colonoscopy (1 every 10 years)" | |
| Routine Eye Exam | Not Covered; discounts available | |
| Routine Hearing Exam | 100% Covered, no deductible | 50%, no deductible |
| Routine Hearing Exam Frequency Limit | 1 exam per calendar year | |
| Hearing Aids** | 30% after deductible | 50% after out-of-network deductible |
| **Hospital Care** | | |
| Inpatient Hospital Coinsurance—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 30% after deductible | 50% after out-of-network deductible |
| Outpatient Hospital Expenses—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.) Includes short-term rehabilitation in a hospital outpatient setting. | 30% after deductible | 50% after out-of-network deductible |
| **Other Physician Services** | | |
| Acupuncture—Covered in lieu of anesthesia only | 30% after deductible | 50% after out-of-network deductible |
| Allergy Testing and Treatment—Office visit | 30% after deductible | 50% after out-of-network deductible |
| Allergy Testing and Treatment– Performed in an independent lab | 100% Covered, no deductible | 50% after out-of-network deductible |
| Allergy injections–Not given by the physician, or not in conjunction with an office visit | 100% Covered, no deductible | 50% after out-of-network deductible |
| Second Surgical Opinion | 30% after deductible | 50% after out-of-network deductible |
| Outpatient Surgery | 30% after deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy | 30% after deductible | 50% after out-of-network deductible |
| Upper GI Endoscopy—For certain Anthem members subject to the maximum allowable amount'. | You pay 30% after deductible plus 100% of charges above the maximum allowable amount | 50% after out-of-network deductible |
| **Diagnostic Procedures** | | |
| Diagnostic Lab | 30% after deductible | 50% after out-of-network deductible |
| Diagnostic X-ray | 30% after deductible | 50% after out-of-network deductible |
| Complex imaging services—MRA/MRS, MRI, CT Scan, PET scan | 30% after deductible | 50% after out-of-network deductible |
| Complex Imaging services—MRI, CT Scans - For Anthem members subject to the maximum allowable amount.' | You pay 30% after deductible plus 100% of the charges above the maximum allowable amount. | 50% after out-of-network deductible |

' Under certain circumstances, age/frequency limits may vary based on risk factors. '' Excludes hearing aid batteries and repairs.
' For more information, see Anthem: The Maximum Allowable Amount in The High Deductible Health Plans section in the U.S. Medical chapter.

CONFIDENTIAL

CIGNA19-13260024130

**California Medical**

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

| Anthem Bronze HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Emergency Medical Care** | | |
| **Urgent Care Facility** | 30% after deductible | 50% after out-of-network deductible |
| **Emergency Room**— E.R. Facility charges and related expenses (radiology, pathology, anesthesia, surgeon, etc.) | 30% after deductible | |
| **Non-Emergency Use of Emergency Room** | Not covered | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 30% after deductible | |
| **Family Planning** | | |
| **Contraceptive Devices, Implants & Injectables**—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages | 100% Covered, no deductible | 50%, no deductible |
| **Voluntary Abortion** | 30% after deductible | 50% after out-of-network deductible |
| **Prenatal Office visits** | 100% Covered, no deductible | 50%, no deductible |
| **Maternity delivery charges** (physician and facility) | 30% after deductible | 50% after out-of-network deductible |
| **Voluntary Sterilization**—Covers tubal ligation. Reversals not covered. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Sterilization**—Covers vasectomy. Reversals not covered. | 30% after deductible | 50% after out-of-network deductible |
| **Infertility**—Covers diagnosis and treatment of underlying conditions | 30% after deductible | 50% after out-of-network deductible |
| **Advanced Reproductive Technology (ART)** | Not Covered | |
| **Other Services** | | |
| **Skilled Nursing Facility**—90 days per calendar year | 30% after deductible | 50% after out-of-network deductible |
| **Home Health Care**—150 visits per calendar year | 30% after deductible | 50% after out-of-network deductible |
| **Private Duty Nursing**—70 8-hr shifts per calendar year | 30% after deductible | 50% after out-of-network deductible |
| **Hospice Care** | 30% after deductible | 50% after out-of-network deductible |
| **Outpatient Short-Term Rehabilitation**—Physician's services and services of physical, speech or occupational therapists for diagnosis of developmental delays or for treatment of acute conditions if such services will result in significant improvement in member's condition. | 30% after deductible applies to physical, occupational and speech therapy | 50% after out-of-network deductible applies to physical, occupational and speech therapy |
| **Spinal Disorders**—Spinal Manipulations performed by an MD, DO, chiropractor or therapist, 25 visits per calendar year | 30% after deductible | 50% after out-of-network deductible |
| **Durable Medical Equipment** | 30% after deductible; foot orthotics excluded | 50% after out-of-network deductible; foot orthotics excluded |
| **Prosthetics Devices**—e.g., artificial limb; breast prosthesis | 30% after deductible | 50% after out-of-network deductible |
| **Infusion Therapy**—e.g. chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | 30% after deductible | 50% after out-of-network deductible |

CONFIDENTIAL

CIGNA19-13260024131

**California Medical**

| Anthem Bronze HDHP (High Deductible Health Plan) | In-Network (You Pay) | Out-of-Network (You Pay) |
| --- | --- | --- |
| **Mental Health Services** | | |
| Inpatient Mental Disorders Coinsurance—No day limits | 30% after deductible | 50% after out-of-network deductible |
| Outpatient Behavioral Health Visit—Applies to outpatient therapy visits in an office or other outpatient setting—no visit limits | 30% after deductible | 50% after out-of-network deductible |
| Residential Treatment Facility—Subject to Inpatient Pre-certification requirements | 30% after deductible | 50% after out-of-network deductible |
| Intensive Outpatient—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements) | 30% after deductible | 50% after out-of-network deductible |
| Partial Hospitalization—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | 30% after deductible | 50% after out-of-network deductible |
| **Alcohol and Drug Abuse Services** | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility—no day limits | 30% after deductible | 50% after out-of-network deductible |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other outpatient setting—no visit limits | 30% after deductible | 50% after out-of-network deductible |
| **Prescription Drugs** | | |
| Eligible Preventive Care Prescription Drugs[1][2] – Generic and Preferred Brand | You pay 30%, no deductible | You pay 50%, no deductible |
| Eligible Preventive Care Prescription Drugs[1][2] – Non-Preferred Brand | You pay 65%, no deductible | You pay 75%, no deductible |
| Generic and Preferred Brand | You pay 30% after deductible | You pay 50% after deductible |
| Non-Preferred Brand | You pay 65% after deductible | You pay 75% after deductible |
| Specialty Drugs– Generic 30-day supply[3] | $7 after deductible | Not Covered |
| Specialty Drugs– Non-Generic 30-day supply[3] | $75 after deductible | Not Covered |

[1] A complete list of eligible preventive care prescription drugs is on www.livetheorangelife.com

[2] See Women's Preventive Services in HDHP Prescription Drug Coverage in the U.S. Medical chapter for information about prescriptions covered as part of Women's Preventive Services.

[3] Specialty drugs available through the CVS Caremark Specialty Pharmacy only.

CONFIDENTIAL

**California Medical**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## The Red Beacon Medical Plans

The following charts provide information about services covered by the plans for associates hired under Red Beacon, Inc. For more information about these plans, see the following sections within the U.S. Medical chapter:

### Medical Plan Programs: Anthem Blue Cross Blue Shield Programs

- Anthem BCBS: Precertification Program
- Anthem BCBS: 24/7 NurseLine
- Discount Programs SpecialOffers@Anthem
- Anthem BCBS: The Maximum Allowed Amount for Upper GI Endoscopies, Colonoscopies, CT Scans and MRIs

### How the PPO and OOA Plans Work

- Women's Preventive Services
- What's Covered by the PPO and OOA Plans
- What the PPO and OOA Plans Do Not Cover

### The High Deductible Health Plans (for the $3,500 HSA Plan)

- Anthem BCBS: The Maximum Allowed Amount for Upper GI Endoscopies, Colonoscopies, CT Scans and MRIs
- Women's Preventive Services
- What's Covered by the High Deductible Health Plans
- What the High Deductible Health Plans Do Not Cover

### General Information About the Medical Plans: Information for PPO, OOA and HDHP Participants

- Claiming Benefits Under the Plans
- Appealing a Claim
- Right to Recover Payment
- Subrogation and Reimbursement

CONFIDENTIAL

CIGNA19-13260024133

**California Medical**

| Red Beacon $20 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Medical Lifetime Maximum** | Unlimited | Unlimited |
| **Deductible**—Per calendar year. | $250 | |
| **Family Deductible Limit**—Once met, all family members will be considered as having met their deductible for the remainder of that calendar year. | $500 | |
| **Out-of-Pocket Maximum**—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. | $4,000 includes deductible | $10,000 includes deductible |
| **Family Out-of-Pocket Maximum**—Specifies the amount which a family must meet before all family members receive reimbursement at 100%. | $8,000 includes deductible | $20,000 includes deductible |
| **Primary Care Physician's Office Visit**—Applies to internist, general physician, family practitioner or pediatrician. | $20 PCP copay | 50% after deductible |
| **Specialist Office Visit** | $20 Specialist copay | 50% after deductible |
| **Teladoc** | $5 copay | Not applicable |
| **Walk-in Clinic** | $20 copay | 50% after deductible |
| **Preventive Care** For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of the recommended preventive services, please visit USPSTF website, www.healthcare.gov/center/regulations/prevention/recommendations.html | | |
| **Well Child Care**—Includes routine immunizations, travel immunizations & flu shots. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Well Child Care Frequency Limits** | 7 exams in 1st 12 months of life, 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | |
| **Adult Routine Physical Exam** | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Adult Routine Physical Exam Frequency Limits** | 1 exam per calendar year | |
| **Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots** | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Routine GYN Exam and Other Women's Preventive Services**\*\*\* | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Routine GYN Exam & Pap Smear Frequency Limits** | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | |
| **Routine Mammogram** | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Routine Mammogram Age/Frequency Limits**\*\* | 1 baseline at age 35, 1 every 2 calendar years after age 35, and 1 every calendar year after age 40 | |
| **Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE)** | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits** | 1 routine DRE & PSA per calendar year for males age 40 and over | |

\*\* Under certain circumstances, age/frequency limits may vary based on risk factors.
\*\*\*See Women's Preventive Services in What's Covered By the PPO and OOA Plans for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024134

**California Medical**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

| Red Beacon $20 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Preventive Care—continued** | | |
| Colorectal Cancer Screening—Digital rectal exam, Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema | 100% Covered, no copay, no deductible | 50%, no deductible |
| Colonoscopy—For certain Anthem members subject to the maximum allowable amount† | Facilities charging at or under the maximum allowable amount: $0—no charge. Facilities charging above the maximum allowable amount: You pay 100% of the charges above the maximum allowable amount | 50%, no deductible |
| **Colorectal Cancer Screenings Age/Frequency Limits** | For all members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years), Colonoscopy (1 every 10 years) * | |
| **Routine Eye Exam** | Not Covered | Not Covered |
| **Routine Hearing Exam** | Not Covered | Not Covered |
| **Hearing Aids** | Not Covered | Not Covered |
| **Hospital Care** | | |
| Inpatient Hospital Coinsurance—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 20% after deductible | 50% after deductible |
| Outpatient Hospital Expenses—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.) Includes short-term rehabilitation in a hospital outpatient setting. | 20% after deductible | 50% after deductible |
| **Other Physician Services** | | |
| Acupuncture—Covered in lieu of anesthesia only. | 20% after deductible | 50% after deductible |
| Allergy Testing & Treatment—Office Visit | $20 | 50% after deductible |
| Allergy Testing & Treatment—Performed in an independent lab. | 20% after deductible | 50% after deductible |
| Allergy Injections—Not given by the physician, or not in conjunction with an office visit. | 20% after deductible | 50% after deductible |
| Second Surgical Opinion | $20 | 50% after deductible |
| Outpatient Surgery—Surgeon's charges performed in an office setting. | $20 | 50% after deductible |
| Outpatient Surgery—Surgeon's charges performed in other settings (outpatient department of hospital or ambulatory surgery center). | 20% after deductible | 50% after deductible |
| **Upper GI Endoscopy** | 20% after deductible | 50% after deductible |
| Upper GI Endoscopy—For certain Anthem members subject to the maximum allowable amount† | You pay 20% after deductible plus 100% of the charges above the maximum allowable amount | 50% after deductible |

* Under certain circumstances, age/frequency limits may vary based on risk factors.
† For more information, see Anthem BCBS: The Maximum Allowable Amount in the U.S. Medical chapter.

CONFIDENTIAL

CIGNA19-13260024135

**California Medical**

| Red Beacon $20 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Diagnostic Procedures** | | |
| **Diagnostic Lab**—Performed in a doctor's office as part of physician office visit and billed by a physician, covered same as physician office visit cost sharing. | 20% after deductible | 50% after deductible |
| **Diagnostic Lab**—Performed in an independent lab. | 20% after deductible | 50% after deductible |
| **Diagnostic Lab**—Performed in an outpatient hospital. | 20% after deductible | 50% after deductible |
| **Diagnostic X-ray**—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | 20% after deductible | 50% after deductible |
| **Diagnostic X-ray**—Performed in a free-standing facility. | 20% after deductible | 50% after deductible |
| **Diagnostic X-ray**—Performed in an outpatient hospital. | 20% after deductible | 50% after deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | 20% after deductible | 50% after deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—free-standing facility. | 20% after deductible | 50% after deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan—outpatient hospital. | 20% after deductible | 50% after deductible |
| **Complex imaging services**—MRI, CT scans– For certain Anthem members subject to the maximum allowable amount[1] | You pay 20% after deductible plus 100% of the charges above the maximum allowable amount | 50% after deductible |
| **Emergency Medical Care** | | |
| **Urgent Care Facility** | $20 | 50% after deductible |
| **Emergency Room**—Any copay applies only to E.R. Facility expenses. Related expenses—radiology, pathology, anesthesia, surgeon, etc. covered at E.R. coinsurance, no copay. | 20% after deductible and $150 copay if not admitted | |
| **Non-Emergency Use of Emergency Room** | Not Covered | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 20% after deductible | |
| **Family Planning** | | |
| **Contraceptive Devices, Implants & Injectables**—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices, see Pharmacy benefit for additional contraceptive coverages. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Abortion** | 20% after deductible | 50% after deductible |
| **Prenatal Office Visits** | 100% Covered after initial visit, no deductible | 50% no deductible |
| **Maternity Delivery Charges (physician and facility)** | 20% after deductible | 50% after deductible |
| **Voluntary Sterilization**—Covers tubal ligation. Reversals not covered. | 100% covered, no deductible | 50% no deductible |
| **Voluntary Sterilization**—Covers vasectomy. Reversals not covered. | Member cost sharing based on type of service performed and place of service where rendered | |
| **Infertility**—Covers diagnosis and treatment of underlying cause. | Member cost sharing based on type of service performed and place of service where rendered | |
| **Advanced Reproductive Technology (ART)** | Not Covered | |

[1]For more information, see Anthem BCBS: The Maximum Allowable Amount in the U.S. Medical chapter.

CONFIDENTIAL

CIGNA19-13260024136

**California Medical**

| Red Beacon $20 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Other Services** | | |
| Skilled Nursing Facility—90 days per calendar year | 20% after deductible | 50% after deductible |
| Home Health Care—150 visits per calendar year | 20% after deductible | 50% after deductible |
| Private Duty Nursing—70 8-hr shifts per calendar year | 20% after deductible | 50% after deductible |
| Inpatient Hospice Care | 20% after deductible | 50% after deductible |
| Outpatient Hospice Care | 20% after deductible | 50% after deductible |
| Outpatient Short-Term Rehabilitation—(physical, occupational, and speech therapy); visit limits combined in-network and out-of-network | Physical and occupational therapy: 20% after deductible; limited to 24 visits per year, combined with physical therapy, occupational therapy and chiropractic services.  Speech therapy: 20% after ded; limited to 50 visits per year. | Physical and occupational therapy: 50% after deductible; limited to 24 visits per year, combined with physical therapy, occupational therapy and chiropractic services.  Speech therapy: 50% after ded; limited to 50 visits per year. |
| Spinal Disorders—— Spinal Manipulations performed by an MD, DO, chiropractor or therapist; visit limits combined in-network and out-of-network | 20% after deductible; limited to 24 visits per year, combined with physical and occupational therapy. | 50% after deductible; limited to 24 visits per year, combined with physical and occupational therapy. |
| Durable Medical Equipment (foot orthotics excluded) | 50% after deductible | 50% after deductible |
| Prosthetics Devices—E.g., artificial limb; breast prosthesis. | 20% after deductible | 50% after deductible |
| Infusion Therapy—E.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | 20% after deductible | 50% after deductible |
| **Mental Health Services** | | |
| Inpatient Copay/Deductible—Applies to Inpatient Mental Health & Substance Abuse. | 20% after deductible | 50% after deductible |
| Maximum Inpatient Days Per Year | No Limits | |
| Outpatient Behavioral Health Visit—Applies to outpatient therapy visits in an office or other outpatient setting. | $20 | 50% after deductible |
| Maximum Outpatient Visits Per Year | No Limits | |
| Residential Treatment Facility—Subject to Inpatient Pre-certification requirements. | Not Covered | Not Covered |
| Intensive Outpatient—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | $20 | 50% after deductible |
| Partial Hospitalization—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | $20 | 50% after deductible |

CONFIDENTIAL

CIGNA19-13260024137

**California Medical**

| Red Beacon $20 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Alcohol and Drug Abuse Services** | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility. | 20% after deductible | 50% after deductible |
| **Maximum Inpatient Days Per Year** | No Limits | |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other out-patient setting. | $20 copay | 50% after deductible |
| **Maximum Outpatient Visits Per Year** | No Limits | |
| **Prescription Drugs** | | |
| **Retail (up to 30-day supply)—You Pay** | | |
| Generic | $10 per perscription | In California: 50% coinsurance of the prescription drug maximum allowed amount plus excess charges. Outside of California: Copay applies plus all charges in excess of prescription drug maximum allowed amount. |
| Preferred Brand | $30 per perscription | |
| Non-Preferred Brand | $50 per prescription | |
| **Mail Order (90-day supply)—You Pay** | | |
| Generic | $10 per perscription | In California: 50% coinsurance of the prescription drug maximum allowed amount plus excess charges. Outside of California: Copay applies plus all charges in excess of prescription drug maximum allowed amount |
| Preferred Brand | $60 per porscription | |
| Non-Preferred Brand | $100 per perscription | |
| **Specialty Drugs—$3,500 annual out-of-pocket limit per member for specialty drugs** | | |
| Retail | 30% coinsurance with $150 max | Not Covered |
| Mail Order | 30% coinsurance with $300 max | Not Covered |

Note: Some drugs may be covered at 100%. Please see the Women's Preventive Services section.

CONFIDENTIAL

**California Medical**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

| Red Beacon $35 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited |
| Deductible—Per calendar year. | $500 | |
| Family Deductible Limit—Once met, all family members will be considered as having met their deductible for the remainder of that calendar year. | $1,000 | |
| Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. | $4,500 includes deductible | $10,000 includes deductible |
| Family Out-of-Pocket Maximum—Specifies the amount which a family must meet before all family members receive reimbursement at 100%. | $9,000 includes deductible | $20,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | $35 PCP copay | 50% after deductible |
| Specialist Office Visit | $35 Specialist copay | 50% after deductible |
| Teladoc | $5 copay | Not applicable |
| Walk-in Clinic | $35 copay | 50% after deductible |
| **Preventive Care** For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of the recommended preventive services, please visit USPSTF website, www.healthcare.gov/center/regulations/prevention/recommendations.html | | |
| Well Child Care—Includes routine immunizations, travel immunizations & flu shots. | 100% Covered, no copay, no deductible | 50%, no deductible |
| Well Child Care Frequency Limits | 7 exams in 1st 12 months of life, 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | |
| Adult Routine Physical Exam | 100% Covered, no copay, no deductible | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine GYN Exam and Other Women's Preventive Services*** | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine GYN Exam & Pap Smear Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | |
| Routine Mammogram | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine Mammogram Age/Frequency Limits** | 1 baseline at age 35, 1 every 2 calendar years after age 35, and 1 every calendar year after age 40 | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no copay, no deductible | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | 1 routine DRE & PSA per calendar year for males age 40 and over | |

** Under certain circumstances, age/frequency limits may vary based on risk factors.
*** See Women's Preventive Services in What's Covered By the PPO and OOA Plans for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024139

**California Medical**

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

| Red Beacon $35 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Preventive Care—continued** | | |
| **Colorectal Cancer Screening**—Digital rectal exam, Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Colonoscopy**—For certain Anthem members subject to the maximum allowable amount[1] | Facilities charging at or under the maximum allowable amount: $0—no charge. Facilities charging above the maximum allowable amount: You pay 100% of the charges above the maximum allowable amount | 50%, no deductible |
| **Colorectal Cancer Screenings Age/Frequency Limits** | For all members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years), Double contrast barium enema (1 every 5 years), Colonoscopy (1 every 10 years).[*] | |
| **Routine Eye Exam** | Not Covered | Not Covered |
| **Routine Hearing Exam** | Not Covered | Not Covered |
| **Hearing Aids** | Not Covered | Not Covered |
| **Hospital Care** | | |
| **Inpatient Hospital Coinsurance**—Includes inpatient surgery expenses, room & board & misc. fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 35% after deductible | 50% after deductible |
| **Outpatient Hospital Expenses**—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. | 35% after deductible | 50% after deductible |
| **Other Physician Services** | | |
| **Acupuncture**—Covered in lieu of anesthesia only. | 35% after deductible | 50% after deductible |
| **Allergy Testing & Treatment**—Office Visit | $35 | 50% after deductible |
| **Allergy Testing & Treatment**—Performed in an independent lab. | 35% after deductible | 50% after deductible |
| **Allergy Injections**—Not given by the physician, or not in conjunction with an office visit. | 35% after deductible | 50% after deductible |
| **Second Surgical Opinion** | $35 | 50% after deductible |
| **Outpatient Surgery**—Surgeon's charges performed in an office setting. | $35 | 50% after deductible |
| **Outpatient Surgery**—Surgeon's charges performed in other settings (outpatient department of hospital or ambulatory surgery center). | 35% after deductible | 50% after deductible |
| **Upper GI Endoscopy** | 35% after deductible | 50% after deductible |
| **Upper GI Endoscopy**—For certain Anthem members subject to the maximum allowable amount[1] | You pay 35% after deductible plus 100% of the charges above the maximum allowable amount | 50% after deductible |

* Under certain circumstances, age/frequency limits may vary based on risk factors.
[1] For more information, see Anthem BCBS: The Maximum Allowable Amount in the U.S. Medical chapter.

CONFIDENTIAL

CIGNA19-13260024140

| Red Beacon $35 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Diagnostic Procedures** | | |
| Diagnostic Lab—Performed in a doctor's office as part of physician office visit and billed by a physician, covered same as physician office visit cost sharing. | 35% after deductible | 50% after deductible |
| Diagnostic Lab—Performed in an independent lab. | 35% after deductible | 50% after deductible |
| Diagnostic Lab—Performed in an outpatient hospital. | 35% after deductible | 50% after deductible |
| Diagnostic X-ray—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | 35% after deductible | 50% after deductible |
| Diagnostic X-ray—Performed in a free-standing facility. | 35% after deductible | 50% after deductible |
| Diagnostic X-ray—Performed in an outpatient hospital. | 35% after deductible | 50% after deductible |
| Complex imaging services—MRA/MRS, MRI, CT Scan, PET scan—Performed as part of physician office visit and billed by physician, covered same as physician office visit cost sharing. | 35% after deductible | 50% after deductible |
| Complex imaging services—MRA/MRS, MRI, CT Scan, PET scan—free-standing facility. | 35% after deductible | 50% after deductible |
| Complex imaging services—MRA/MRS, MRI, CT Scan, PET scan—outpatient hospital. | 35% after deductible | 50% after deductible |
| Complex imaging services—For certain Anthem members subject to the maximum allowable amount[1] | You pay 35% after deductible plus 100% of the charges above the maximum allowable amount | 50%, no deductible |
| **Emergency Medical Care** | | |
| Urgent Care Facility | $35 | 50% after deductible |
| Emergency Room—Any copay applies only to E.R. Facility expenses. Related expenses—radiology, pathology, anesthesia, surgeon, etc. covered at E.R. coinsurance; no copay. | 35% after deductible and $150 copay if not admitted | |
| Non-Emergency Use of Emergency Room | Not Covered | |
| Ambulance—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 35% after deductible | |
| **Family Planning** | | |
| Contraceptive Devices, Implants & Injectables—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages. | 100% Covered, no copay, no deductible | 50%, no deductible |
| **Voluntary Abortion** | 35% after deductible | 50% after deductible |
| **Prenatal Office Visits** | 100% Covered after initial visit, no deductible | 50%, no deductible |
| Maternity Delivery Charges (physician and facility) | 35% after deductible | 50% after deductible |
| Voluntary Sterilization—Covers tubal ligation. Reversals not covered. | 100% covered, no deductible | 50%, no deductible |
| Voluntary Sterilization—Covers vasectomy. Reversals not covered. | Member cost sharing based on type of service performed and place of service where rendered | |
| Infertility—Covers diagnosis and treatment of underlying cause. | Member cost sharing based on type of service performed and place of service where rendered | |
| Advanced Reproductive Technology (ART) | Not Covered | |

[1] For more information, see Anthem BCBS: The Maximum Allowable Amount in the U.S. Medical chapter.

CONFIDENTIAL

CIGNA19-13260024141

**California Medical**

MAIN MENU for BENEFITS SUMMARY · MAIN MENU for THIS CHAPTER · CONTACT LIST · SEARCH

| Red Beacon $35 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Other Services** | | |
| Skilled Nursing Facility—90 days per calendar year | 35% after deductible | 50% after deductible |
| Home Health Care—150 visits per calendar year | 35% after deductible | 50% after deductible |
| Private Duty Nursing—70 8-hr shifts per calendar year | 35% after deductible | 50% after deductible |
| Inpatient Hospice Care | 35% after deductible | 50% after deductible |
| Outpatient Hospice Care | 35% after deductible | 50% after deductible |
| Outpatient Short-Term Rehabilitation—(physical, occupational, and speech therapy); visit limits combined in-network and out-of-network | Physical and occupational therapy: 35% after deductible; limited to 24 visits per year, combined with physical therapy, occupational therapy and chiropractic services. Speech therapy: 35% after ded; limited to 50 visits per year. | Physical and occupational therapy: 50% after deductible; limited to 24 visits per year, combined with physical therapy, occupational therapy and chiropractic services. Speech therapy: 50% after ded; limited to 50 visits per year. |
| Spinal Disorders— Spinal Manipulations performed by an MD, DO, chiropractor or therapist; visit limits combined in-network and out-of-network | 35% after deductible; limited to 24 visits per year, combined with physical and occupational therapy. | 50% after deductible; limited to 24 visits per year, combined with physical and occupational therapy. |
| Durable Medical Equipment (foot orthotics excluded) | 50% after deductible | 50% after deductible |
| Prosthetics Devices—E.g., artificial limb; breast prosthesis. | 35% after deductible | 50% after deductible |
| Infusion Therapy—E.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility. | 35% after deductible | 50% after deductible |
| **Mental Health Services** | | |
| Inpatient Copay/Deductible—Applies to inpatient Mental Health & Substance Abuse. | 35% after deductible | 50% after deductible |
| Maximum Inpatient Days Per Year | No Limits | |
| Outpatient Behavioral Health Visit—Applies to outpatient therapy visits in an office or other outpatient setting. | $35 | 50% after deductible |
| Maximum Outpatient Visits Per Year | No Limits | |
| Residential Treatment Facility—Subject to Inpatient Pre-certification requirements. | Not Covered | Not Covered |
| Intensive Outpatient—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | $35 | 50% after deductible |
| Partial Hospitalization—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | $35 | 50% after deductible |

CONFIDENTIAL

CIGNA19-13260024142

**California Medical**

| Red Beacon $35 Copay Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Alcohol and Drug Abuse Services** | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility. | 35% after deductible | 50% after deductible |
| Maximum Inpatient Days Per Year | No Limits | |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other outpatient setting. | $35 copay | 50% after deductible |
| Maximum Outpatient Visits Per Year | No Limits | |
| **Prescription Drugs** | | |
| **Retail (up to 30-day supply)—You Pay** | | |
| Generic | $10 per perscription | In California: 50% coinsurance of the prescription drug maximum allowed amount plus excess charges. Outside of California: Copay applies plus all charges in excess of prescription drug maximum allowed amount |
| Preferred Brand | Not Covered | Not Covered |
| Non-Preferred Brand | Not Covered | Not Covered |
| **Mail Order (90-day supply)—You Pay** | | |
| Generic | $10 per perscription | In California: 50% coinsurance of the prescription drug maximum allowed amount plus excess charges. Outside of California: Copay applies plus all charges in excess of prescription drug maximum allowed amount |
| Preferred Brand | Not Covered | Not Covered |
| Non-Preferred Brand | Not Covered | Not Covered |
| **Specialty Drugs—No coverage for brand-name drugs** | | |
| Retail | 30% coinsurance with $150 max | 50% coinsurance |
| Mail Order | 30% coinsurance with $300 max | 50% coinsurance |

Note: Some drugs may be covered at 100%. Please see the Women's Preventive Services section.

CONFIDENTIAL

CIGNA19-13260024143

**California Medical**

| Red Beacon $3,500 HSA Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| Medical Lifetime Maximum | Unlimited | Unlimited |
| Individual Deductible—Per calendar year; in- and out-of-network deductibles cross-apply. | $3,500 | $3,500 |
| Family Deductible Limit—If you are covering more than just yourself, the family deductible must be satisfied before the plan begins paying benefits (except for services in which the deductible doesn't apply). The family deductible can be met by one family member or a combination of family members. | $7,000 | $7,000 |
| Coinsurance | 20% after deductible | 50% after out-of-network deductible |
| Individual Out-of-Pocket Maximum—Identifies the maximum amount of out-of-pocket expenses that a member will have to pay in a calendar year for most services. Once the limit is met, most expenses will be paid at 100% for the remainder of that calendar year. In- and out-of-network deductibles cross-apply. | $5,000 includes deductible | $10,000 includes deductible |
| Family Out-of-Pocket Maximum—If you are covering more than just yourself, the family out-of-pocket maximum must be satisfied before the plan begins paying benefits. The family out-of-pocket maximum can be met by one family member or a combination of family members. | $10,000 includes deductible | $20,000 includes deductible |
| Primary Care Physician's Office Visit—Applies to internist, general physician, family practitioner or pediatrician. | 20% after deductible | 50% after out-of-network deductible |
| Specialist Office Visit | 20% after deductible | 50% after out-of-network deductible |
| Walk-In Clinic | 20% after deductible | 50% after out-of-network deductible |
| Teladoc | 20% after deductible | Not applicable |
| Preventive Care For all coverage options, services are covered as recommended by the United States Preventive Services Task Force (USPSTF). Immunizations will be covered as recommended by the Centers for Disease Control (CDC). For the list of recommended preventive services, please visit the USPSTF website, www.healthcare.gov/center/prevention/recommendations.html | | |
| Well Child Care | 100% Covered, no deductible | 50%, no deductible |
| Well Child Care Frequency Limits | Includes routine immunizations, travel immunizations & flu shots. Age/frequency guidelines suggest 7 exams in 1st 12 months of life, 3 visits in second 12 months of life; 3 visits in 3rd 12 months of life; 1 exam per calendar year thereafter to age 18 | |
| Adult Routine Physical Exam | 100% Covered, no deductible | 50%, no deductible |
| Adult Routine Physical Exam Frequency Limits | 1 exam per calendar year | |
| Adult and Child Routine Immunizations, Travel Immunizations and Flu Shots | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN and other Women's Preventive Services** | 100% Covered, no deductible | 50%, no deductible |
| Routine GYN Frequency Limits | 1 routine GYN exam per calendar year with 1 pap smear & related lab fees | |
| Routine Mammogram | 100% Covered, no deductible | 50%, no deductible |
| Routine Mammogram Age/Frequency Limits | Age/frequency guidelines suggest baseline at age 35, 1 every 2 calendar years after age 35 and 1 every calendar year after age 40* | |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) | 100% Covered, no deductible | 50%, no deductible |
| Routine Prostate Specific Antigen (PSA) Test and Digital Rectal Exams (DRE) Age/Frequency Limits | Age/frequency guidelines suggest 1 routine DRE and PSA per calendar year for males age 40 and over | |

* Under certain circumstances, age/frequency limits may vary based on risk factors.
** See Women's Preventive Services in What's Covered By the High Deductible Health Plans for a listing of the services included.

CONFIDENTIAL

CIGNA19-13260024144

**California Medical**

| Red Beacon $3,500 HSA Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Preventive Care—continued** | | |
| **Colorectal Cancer Screenings**–Digital rectal exam, Fecal occult blood test, Sigmoidoscopy and Double contrast barium enema. | 100% Covered, no deductible | 50%, no deductible |
| **Colonoscopy**–For certain Anthem members subject to the maximum allowable amount* | Facilities charging at or under the maximum allowable amount: $0—no charge. Facilities charging above the maximum allowable amount. You pay 100% of the charges above the maximum allowable amount | 50%, no deductible |
| **Colorectal Cancer Screenings Frequency Limits** | Age/frequency guidelines suggest all members age 50+: Fecal occult blood test every year, Sigmoidoscopy (1 every 5 years). Double contrast barium enema (1 every 5 years), Colonoscopy (1 every 10 years)* | |
| **Routine Eye Exam** | Not Covered | Not Covered |
| **Routine Hearing Exam** | Not Covered | Not Covered |
| **Hearing Aids** | Not Covered | Not Covered |
| **Hospital Care** | | |
| **Inpatient Hospital Coinsurance**—Includes inpatient surgery expenses, room & board & misc fees, physician expenses, routine nursery care, prescription drugs and all other inpatient care. | 20% after deductible | 50% after out-of-network deductible |
| **Outpatient Hospital Expenses**—Hospitals and other facilities (i.e., ambulatory surgery center, hospital outpatient dept.). Includes short-term rehabilitation in a hospital outpatient setting. | 20% after deductible | 50% after out-of-network deductible |
| **Other Physician Services** | | |
| **Acupuncture**—Covered in lieu of anesthesia only | 20% after deductible | 50% after out-of-network deductible |
| **Allergy Testing and Treatment**– Office visit | 20% after deductible | 50% after out-of-network deductible |
| **Allergy Testing and Treatment**– Performed in an independent lab | 20% after deductible | 50% after out-of-network deductible |
| **Allergy injections**–Not given by the physician, or not in conjunction with an office visit | 20% after deductible | 50% after out-of-network deductible |
| **Second Surgical Opinion** | 20% after deductible | 50% after out-of-network deductible |
| **Outpatient Surgery** | 20% after deductible | 50% after out-of-network deductible |
| **Upper GI Endoscopy** | 20% after deductible | 50% after out-of-network deductible |
| **Upper GI Endoscopy**–For certain Anthem members subject to the maximum allowable amount* | You pay 20% after deductible plus charges above the maximum allowable amount | 50% after out-of-network deductible |
| **Diagnostic Procedures** | | |
| **Diagnostic Lab** | 20% after deductible | 50% after out-of-network deductible |
| **Diagnostic X-ray** | 20% after deductible | 50% after out-of-network deductible |
| **Complex imaging services**—MRA/MRS, MRI, CT Scan, PET scan | 20% after deductible | 50% after out-of-network deductible |
| **Complex Imaging services**—MRI, CT scans– For certain Anthem members subject to the maximum allowable amount* | You pay 20% after deductible plus 100% of the charges above the maximum allowable amount | 50% after out-of-network deductible |

* Under certain circumstances, age/frequency limits may vary based on risk factors.

For more information, see Anthem BCBS: The Maximum Allowable Amount in the High Deductible Health Plans section of the U.S. Medical chapter.

CONFIDENTIAL

CIGNA19-13260024145

**California Medical**

| Red Beacon $3,500 HSA Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Emergency Medical Care** | | |
| **Urgent Care Facility** | 20% after deductible | 50% after out-of-network deductible |
| **Emergency Room**— E.R. Facility charges and related expenses (radiology, pathology, anesthesia, surgeon, etc.) | 20% after deductible | |
| **Non-Emergency Use of Emergency Room** | Not covered | |
| **Ambulance**—Covers medically necessary travel. Ground ambulance for member convenience or for non-clinical reasons is not covered. | 20% after deductible | |
| **Family Planning** | | |
| **Contraceptive Devices, Implants & Injectables**—Medical plan covers associated office visit for the administration of injectable drugs, Diaphragm fitting, and Cervical Cap, IUD & Norplant devices; see Pharmacy benefit for additional contraceptive coverages. | 100% Covered, no deductible | 50%, no deductible |
| **Voluntary Abortion** | 20% after deductible | 50% after out-of-network deductible |
| **Prenatal Office visits** | 100% Covered after the initial visit, no deductible | 50%, no deductible |
| **Maternity delivery charges** (physician and facility) | 20% after deductible | 50% after out-of-network deductible |
| **Voluntary Sterilization**—Covers tubal ligation. Reversals not covered. | 100% Covered, no deductible | 50%, no deductible |
| **Voluntary Sterilization**—Covers vasectomy. Reversals not covered. | Member cost sharing based on type of service performed, place of service where rendered | Member cost sharing based on type of service performed, place of service where rendered |
| **Infertility**—Covers diagnosis and treatment of underlying conditions | Member cost sharing based on type of service performed, place of service where rendered | Member cost sharing based on type of service performed, place of service where rendered |
| **Advanced Reproductive Technology (ART)** | Not Covered | |
| **Other Services** | | |
| **Skilled Nursing Facility**—90 days per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Home Health Care**—150 visits per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Private Duty Nursing**—70 8-hr shifts per calendar year | 20% after deductible | 50% after out-of-network deductible |
| **Hospice Care** | 20% after deductible | 50% after out-of-network deductible |
| **Outpatient Short-Term Rehabilitation**—(physical, occupational, and speech therapy); visit limits combined in-network and out-of-network | Physical and occupational therapy: 20% after deductible; limited to 24 visits per year, combined with physical therapy, occupational therapy and chiropractic services. Speech therapy: 20% after deductible; limited to 50 visits per year. | Physical and occupational therapy: 50% after deductible; limited to 24 visits per year, combined with physical therapy, occupational therapy and chiropractic services. Speech therapy: 50% after deductible; limited to 50 visits per year. |

CONFIDENTIAL

CIGNA19-13260024146

**California Medical**

| Red Beacon $3,500 HSA Plan | In-Network (You Pay) | Out-of-Network (You Pay) |
|---|---|---|
| **Other Services (continued)** | | |
| Spinal Disorders— Spinal Manipulations performed by an MD, DO, chiropractor or therapist; visit limits combined in-network and out-of-network | 20% after deductible. Limits (combined in-network and out-of-network): 24 visits per calendar year (combined occupational therapy, physical therapy and chiropractic care). | 50% after deductible. Limits (combined in-network and out-of-network): 24 visits per calendar year (combined occupational therapy, physical therapy and chiropractic care) |
| **Durable Medical Equipment** | 20% after deductible; foot orthotics excluded | 50% after out-of-network deductible; foot orthotics excluded |
| Prosthetics Devices—e.g., artificial limb; breast prosthesis | 20% after deductible | 50% after out-of-network deductible |
| Infusion Therapy—e.g., chemotherapy, hydration therapy, etc. performed in the home, office or outpatient facility | 20% after deductible | 50% after out-of-network deductible |
| **Mental Health Services** | | |
| Inpatient Mental Disorders Coinsurance—No day limits | 20% after deductible | 50% after out-of-network deductible |
| Outpatient Behavioral Health Visit—Applies to outpatient therapy visits in an office or other outpatient setting—no visit limits | 20% after deductible | 50% after out-of-network deductible |
| Residential Treatment Facility—Subject to Inpatient Pre-certification requirements | 20% after deductible | 50% after out-of-network deductible |
| Intensive Outpatient—Typically 3-5 hours/day, several days per week (subject to Inpatient Pre-cert requirements) | 20% after deductible | 50% after out-of-network deductible |
| Partial Hospitalization—Typically 5-8 hours/day, several days per week (subject to Inpatient Pre-cert requirements). | 20% after deductible | 50% after out-of-network deductible |
| **Alcohol and Drug Abuse Services** | | |
| Inpatient Rehabilitation & Detoxification—In a hospital or treatment facility—no day limits | 20% after deductible | 50% after out-of-network deductible |
| Outpatient Chemical Dependency Visit—Applies to outpatient visits in an office or other outpatient setting—no visit limits | 20% after deductible | 50% after out-of-network deductible |
| **Prescription Drugs** | | |
| Generic | $10 copay per prescription | Not Covered |
| Preferred Brand | $30 copay per prescription (retail); $60 copay per prescription (home delivery) | Not Covered |
| Non-Preferred Brand | $50 copay per prescription (retail); $100 copay per prescription (home delivery) | Not Covered |
| Specialty Drugs | 30% coinsurance | 50% coinsurance |

CONFIDENTIAL

## Choosing Your Health Care and Your Providers

Your health care should be provided in consultation with your health care provider without regard to the benefits provided by this Plan. You are solely responsible for choosing a provider that best fits your needs. Neither The Home Depot nor the Plan is responsible for the health care that you ultimately receive from any provider, including, but not limit to, a network provider. Neither The Home Depot nor the Plan makes any warranty or representation regarding the quality of such care. Network providers have directly or indirectly entered into contracts with the Plan's claims administrators to provide coverage at negotiated rates. Network providers are not affiliated with The Home Depot or the Plan.

## Appealing a Claim

Please refer to the Claims and Appeals chapter for more information on appealing a claim.

## Coordinating With Other Plans

If you or a covered family member is insured under another employer's group health plan or any other form of insurance coverage like no-fault automobile insurance coverage, the Medical Plan will coordinate coverage with that other plan. The benefits payable under the Medical Plan, after reduction for benefits paid from all other primary plans, will not exceed the amount the Medical Plan would have paid if you had no other coverage.

To determine which plan is primary (the primary plan pays benefits first), the following rules apply:

* The benefits under the Medical Plan are secondary to any coverage under no-fault or similar insurance

* A plan without a coordination provision is always the primary plan

* If all plans have a coordination provision, then the rules below apply:

   —the plan covering the participant for whom the claim is made, other than as the dependent, pays first, and the other plan pays second

   —the plan of the parent whose birthday (excluding the year of birth) occurs earlier in the calendar year is primary (for example, if the father's birthday is June 1 and the mother's birthday is May 1, the mother's plan would be primary for covered dependent children)

   —when birthdays of both parents are on the same day, the plan that has covered the dependent for the longer period of time will be primary

   —when the parents of a covered dependent child are divorced or separated and the parent with custody has not remarried, that parent's plan pays first for the child; the plan of the parent without custody pays second

   —when the parent with custody of a covered dependent child has remarried, that parent's plan pays first, the stepparent's plan pays second and the plan of the parent without custody pays last

   —when there is a court decree that would otherwise establish financial responsibility for the health care expenses of a covered dependent child, the plan covering the parent with financial responsibility is primary

   —when none of the above establish an order of benefits determination, the plan that has covered the participant for the longest period of time will pay first

If the Medical Plan is secondary, the Plan may pay benefits after the other plan has paid—but only if there are payable expenses that exceed the primary plan's payment. Payment works as follows:

* The Medical Plan determines the amount it would have paid if it were the primary plan.

* If the amount actually paid by the primary plan is less than the amount that the Medical Plan would have paid as the primary plan, the Medical Plan will pay the difference between the amount it would have paid and the actual amount paid by the primary plan.

## Certificates of Health Plan Creditable Coverage

After your coverage (or your dependent's coverage) ends, a Certificate of Health Plan Creditable Coverage will be sent to your current address listed with the Plan Administrator. This certificate provides evidence of your health care coverage. You may need this certificate if you become covered by another group health plan or insurance policy with a pre-existing medical condition clause. A group health plan is required by law to reduce the duration of its pre-existing condition exclusion, day-for-day, by any period of prior coverage—provided you do not have a 63-day or longer break in health care coverage (not counting waiting periods for coverage). You and your dependents also have the right to request a Certificate of Health Plan Coverage at any time during the 24 months following loss of coverage. You may request this certification from the Benefits Choice Center at 1-800-555-4954.

CONFIDENTIAL

CIGNA19-13260024148




Live the ORANGE Life!

# Hawaii Medical

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

| | |
|---|---|
| 183 | **Hawaii Medical Options** |
| 183 | **The Kaiser Permanente Plans** |
| 183 | The Kaiser Permanente HMO |
| 183 | The Kaiser Permanente Point-of-Service (POS) Plan |
| 187 | Kaiser Permanente HMO Summary of Covered Services |
| 188 | Kaiser Permanente Vision Coverage |
| 189 | Kaiser Permanente Point-of-Service Summary of Covered Services |
| 192 | **HMSA Plans** |
| 198 | HMSA Summary of Covered Services |
| 199 | HMSA Vision Coverage |
| 200 | **General Information About the Hawaii Medical Plans** |
| 200 | Claiming Benefits Under the Group Health Plans |
| 200 | Filing Claims Under the Group Health Plan |
| 200 | Claims and Appeals |
| 201 | Certificates of Health Plan Coverage |
| 201 | If You're Age 65 or Older |
| 201 | Right to Recover Payment |
| 201 | **Choosing Your Health Care and Your Providers** |

CONFIDENTIAL    CIGNA19-13260024149

**Hawaii Medical**

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
| --- | --- |
| Find an HMSA provider or hospital | Go to www.hmsa.com or call 1-808-948-6111 |
| Find a Kaiser Permanente medical office and get information about your medical plan | Go to http://my.kp.org/homedepot or call 1-855-9KAISER (1-855-952-4737) |

## Hawaii Medical Options

As a Hawaii associate, depending on where you live, you have the following medical options:

* Kaiser Permanente HMO

* Kaiser Permanente Point-of-Service (POS) Plan

The following plans are closed for new enrollment effective 01/01/2013. If you were not enrolled in this plan as of 12/31/2012, you will not be eligible to enroll effective 01/01/2013 and going forward:

* HMSA—Preferred Provider Plan (PPO)

* HMSA—Health Plan Hawaii Plus (HMO)

This chapter, including the benefits charts, provides information about services covered by the HMSA and Kaiser Permanente Medical Plans. For complete information on covered services, limitations, exclusions, and filing claims, see HMSA's Guide to Benefits booklet or the Kaiser Permanente's Summary of Benefits. These booklets are considered part of this Benefits Summary. Also, see **Get the Most Value from Your Plan** for HMSA's and Kaiser Permanente's Member Services number and website address.

## ID Cards

Once you become covered under an HMSA or Kaiser Permanente medical plan, you will receive an identification (ID) card. Keep your ID card with you at all times, and show it at your doctor's office each time you receive medical treatment. It will help your doctor to verify your benefits. Please note that the possession of an ID card alone does not entitle you to benefits. Your enrollment in a medical plan must be effective when medical services are received to be entitled to benefits.

## The Kaiser Permanente Plans

For complete information on Kaiser Permanente visit http://my.kp.org/homedepot.

## The Kaiser Permanente HMO

Kaiser Permanente members must receive care from a Kaiser Permanente network doctor or in a Kaiser Permanente medical office or no benefits will be paid. To find a Kaiser Permanente medical office near you, go to http://my.kp.org/homedepot. To find a Kaiser Permanente doctor, look up physicians' profiles at http://my.kp.org/homedepot. There, you can read each doctor's personal statements and review their credentials to find the right doctor for you.

Keep in mind that if you are changing your coverage from any other medical insurance to Kaiser Permanente, you must see Kaiser Permanente providers in a Kaiser Permanente medical facility as of your coverage effective date for most ongoing care situations (for example, pregnancy). If you have any questions about the transition of care, visit Kaiser Permanente at http://my.kp.org/homedepot and look for Transition of Care within the In The Know section on the home page.

## The Kaiser Permanente Point-of-Service (POS) Plan

Kaiser Permanente's point-of-service health plan gives you and your family the freedom to choose any of the following options each time you seek care:

* Tier 1: Kaiser Permanente's full-service care delivery system;

* Tier 2: Contracted providers in the community; or

* Tier 3: Any licensed non-contracted provider.

### Tier 1: The Kaiser Permanente Provider Option

You can see Kaiser Permanente Hawaii physicians at any of Kaiser Permanente's 18 facilities on Oahu, Maui and the Big Island, and Kaiser Permanente contracted physicians on Kauai, Lanai and Molokai. Most

CONFIDENTIAL

CIGNA19-13260024150

Case 3:19-cv-01324-JCH   Document 242-1   Filed 07/20/23   Page 187 of 405

**Hawaii Medical**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

Kaiser Permanente locations offer primary care, lab, X-ray, and pharmacy services together in one place. When you use Tier 1 providers:

- You pay no deductible.

- You pay the lowest out-of-pocket costs.

- You choose your own primary care physician (practicing in internal medicine, pediatrics, or family medicine) to coordinate care and direct access to specialists. Women may also choose their own obstetrician-gynecologist. Your personal physician can refer you to a Kaiser Permanente specialist.

- You pay the lowest out-of-pocket costs for prescription drugs. You may have prescription refills mailed to your home for additional convenience and savings.

- You have no paperwork or claims to file.

### Tier 2: The Contracted Provider Option

You can see more than 2,150 Kaiser Permanente Insurance Company (KPIC) contracted providers and 175 contracted hospitals and care facilities in Hawaii. When you use Tier 2 providers:

- You pay a deductible before benefits begin.

- Your Tier 2 out-of-pocket costs are higher than Tier 1.

- You are not required to choose a primary care physician. Referrals are not needed for specialty care.

- Precertification is required for certain services. Failure to obtain precertification may result in a reduction in the benefits that would otherwise be payable.

- Your Tier 2 out-of-pocket costs for prescription drugs are higher than Tier 1. You can visit any of the contracted pharmacies in Hawaii for routine pharmacy services. Not all drug benefits are available at all contracted pharmacies. Prescriptions written by contracted providers also may be filled at any Kaiser Permanente pharmacy (subject to Kaiser Permanente's drug formulary).

- Generally, your provider will file claims for you.

### Tier 3: The Non-contracted Provider Option

You can see any other licensed provider in Hawaii or on the mainland. When you use Tier 3 providers:

- You pay a deductible before benefits begin.

- You pay the highest out-of-pocket costs.

- You are not required to choose a primary care physician. Referrals are not needed for specialty care.

- Precertification is required for certain services. Failure to obtain precertification may result in a reduction in the benefits that would otherwise be payable.

- Except for FDA-approved contraceptives, prescriptions must be filled at a Kaiser Permanente or Kaiser Permanente–contracted pharmacy for benefits to apply.

- You're responsible for paying the difference between the Maximum Allowable Charge (MAC) and the actual billed charge.

- You may be required to file a claim for reimbursement.

### The Maximum Allowable Charge

The maximum allowable charge (MAC) is the maximum charge that Kaiser Permanente will consider for a covered service you receive from contracted or non-contracted health care providers. For non-emergency services, the MAC is determined by Kaiser Permanente Insurance Company as the lesser of: (1) the usual and customary charge for services or supplies generally made or made within a local area; (2) the rate KPIC has negotiated in advance with the provider for covered services; or (3) the actual billed charges for the covered services. For non-contracted providers, this amount may be less than the amount billed by your provider. You may be responsible for any amount in excess of the MAC when seeking care from non-contracted providers. You can find a more detailed description of the MAC in your Certificate of Insurance.

### Right to Designate a Primary Care Provider/Direct Access to OB/GYNs

The Kaiser Permanente HMO (the "Plan") generally requires the designation of a primary care provider. If you are covered under this Plan, you have the right to designate any primary care provider who participates in the network and who is available to accept you or your family members. For children, you may designate a pediatrician as the primary care provider. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact Kaiser Permanente at 1-855-9KAISER (1-855-952-4737) or go to http://my.kp.org/homedepot.

CONFIDENTIAL

CIGNA19-13260024151

You do not need prior authorization from the Plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact Kaiser Permanente at 1-855-9KAISER (1-855-952-4737) or go to http://my.kp.org/homedepot.

## Kaiser Permanente Services

### Convenient Care and Extended Hours

Many Kaiser Permanente medical offices offer convenience with a wide range of services under one roof and extended hours:

- 18 convenient clinics in Hawaii (10 on Oahu, four on Maui, and four on the Big Island) with pharmacy, lab, and X-ray usually in the same location as your doctor
- Network of providers on Kauai, Molokai and Lanai
- Telephone and email consultations with your physicians at no charge
- Same-day appointments for non-routine care
- Medical offices are open after hours and on weekends

- With our convenient mail order service, you can get a 90-day supply of qualified prescription drugs mailed straight to your home for the price of 60 days. And Kaiser Permanente pays the postage.

### E-Mail Your Doctor, Check Your Lab Results and More on www.kp.org

As a Kaiser Permanente member, you should sign up to the secure website—www.kp.org—where you can manage your care. You can make appointments at any time if you sign up for My Health Manager on www.kp.org.

On My Health Manager, Kaiser Permanente members can:

- Make a doctor's appointment
- E-mail doctors and specialists with routine health questions
- Order prescription refills, most of which can be mailed to you at no extra charge
- View certain lab results and your recent immunization history
- See details of past appointments and check future appointments

All of this information is updated by Kaiser Permanente's electronic medical record system. Everyone you receive care from at Kaiser Permanente facilities—your personal physician, nurse, optometrist, pharmacist, surgeon—is connected to one another through your electronic health record, and every Kaiser Permanente facility in your

region is linked to your electronic health record, which reduces duplication of tests and improves quality, accuracy and communication:

- With the world's largest civilian health care IT system, Kaiser Permanente doctors have real-time access to data regarding a member's prescriptions, lab results, and any procedures performed by our other caregivers, even in different Kaiser Permanente locations around the country.
- Members are linked to their care teams through My Health Manager and can go online 24/7 to manage their health care needs.

### Plan Providers

Kaiser Permanente hand-selects the doctors who care for you — only 1 in 17 doctors who apply to the medical group is accepted. Applicants are subject to a rigorous and highly competitive hiring process, which looks at the "right fit," both clinically and culturally.

You have the freedom to choose and change your own personal physician from over 160 primary care doctors throughout Hawaii. The plan also includes the state's largest and most experienced multi-specialty medical group with over 450 physicians and providers representing 47 specialties. Members also have access to specialists 24/7, including on the Neighbor Islands, where access to health care can be a challenge for residents.

CONFIDENTIAL

CIGNA19-13260024152

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 189 of 405

**Hawaii Medical**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

A Plan Physician must refer you before you can receive care from specialists, such as specialists in surgery, orthopedics, cardiology, oncology, urology, and dermatology. However, you do not need a referral to receive care from any of the following:

- Your personal Plan Physician
- Generalists in internal medicine, pediatrics, and family practice
- Specialists in optometry, psychiatry, chemical dependency, and obstetrics/gynecology

Complete detail regarding covered services, limitations and exclusions, as well as information about filing and appealing claims are not described in detail in this Benefits Summary. Please see the information mailed to your home by Kaiser Permanente or by calling **1-855-9KAISER** (1-855-952-4737).

### Advice Nurses

Kaiser Permanente has telephone advice nurses available to assist you. Advice nurses are registered nurses (RNs) specially trained to help assess medical symptoms and provide advice over the phone, when medically appropriate. They can often answer questions about a concern, tell you what to do if a Plan Medical Office is closed, or advise you about what to do next, including making a same-day Urgent Care appointment for you if it's medically appropriate. To reach an advice nurse, please call Member Services at **1-855-9KAISER (1-855-952-4737)**.

### New Member Transition

New members may contact the New Member Welcome Center at 1-877-490-9355 (WELL) or go to kp.org/newmember for assistance in making appointments, transferring prescriptions and selecting a personal physician.

CONFIDENTIAL

**Hawaii Medical**

| MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH |

## Kaiser Permanente HMO Summary of Covered Services

| Benefit | Kaiser Permanente HMO[1] (You Pay) |
|---|---|
| **Annual Deductible** | |
| Individual | None |
| Family | |
| **Annual Out-of-Pocket Maximum** | |
| Individual | $2,500; copays apply |
| Family | $7,500; copays apply |
| **Lifetime Maximum Benefit** | |
| All benefits | Unlimited |
| **Office Visits** | |
| Office Visits | $15 copay |
| **Diagnostic Services** | |
| X-rays and laboratory tests (inpatient and outpatient) | Covered at 100% |
| **Preventive Visits** | |
| Pap smears (one per calendar year) | Covered at 100%, no copays |
| Preventive mammograms (1 baseline at ages 35–39; 1 every year after age 40) | |
| Other Women's Preventive Services (for a listing of included services, check with plan) | |
| Prostate-Specific Antigen (PSA) test; 1 every year at or after age 50 | |
| Well-Child Care (including immunizations) | |
| **Prescription Drugs—Drug Plan 357/358** | |
| Annual deductible Individual Family | None |
| Maintenance generic drugs | $5 copay; 30-day supply |
| Other generic drugs | $10 copay; 30-day supply |
| Preferred brand drugs | $35 copay; 30-day supply |
| Non preferred brand drugs | Not covered unless medically necessary |
| **Mail-Order Prescription Drug Program (administered by PrecisionRx) (up to 90-day supply)** | |
| Maintenance generic drugs | $10 copay; 90-day supply |
| Other generic drugs | $20 copay; 90-day supply |
| Preferred brand drugs | $70 copay; 90-day supply |
| **Hospital** | |
| Deductible per admission | None |
| Room & board (semi-private) | $75 per day |
| Doctors', Surgeons', and Anesthesiologists' services | Covered at 100% |
| Diagnostic services (x-rays and laboratory tests) | |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024154

**Hawaii Medical**

## Kaiser Permanente HMO Summary of Covered Services

| Benefit | Kaiser Permanente HMO[1] (You Pay) |
|---|---|
| **Outpatient** | |
| Outpatient surgery | $15 copay |
| Speech, physical and occupational therapy | $15 copay, limited by certain clinical criteria and Kaiser Permanente physician determination |
| **Family Planning/Maternity Care** | |
| Office visit: pre/postnatal | Covered at 100% |
| In-hospital delivery services | |
| **Emergency Care** | |
| Emergency room treatment | $75 copay |
| **Ambulance** | |
| If medically necessary, to the nearest emergency hospital | 20% coinsurance |
| **Other Services** | |
| Skilled Nursing Facility | Covered at 100% (limited to 60 days per benefit period) |
| Home Health Care | Covered at 100% |
| Hospice Care | Covered at 100% |
| Durable Medical Equipment | You pay 20% for external devices; covered at 100% for internal devices |
| **Mental Health & Substance Abuse Treatment** | |
| Inpatient | $75 per day |
| Office visits | $15 copay |
| **Chiropractic Benefits** | |

Administered by American Specialty Health Insurance (ASHI). For more information, call the number on the back of your ASHI ID card, which will be mailed to your home.

| Benefit | In-Network |
|---|---|
| Chiropractic benefit (per calendar year) | $15 copay per visit; 30 visit per year maximum |

## Kaiser Permanente Vision Coverage

| Benefit | In-Network |
|---|---|
| Exam | $15 copay |
| Prescription Glasses: lenses/frames/lens treatment; or Prescription Contact Lens and Contact Lens Exam at Kaiser Permanente | $150 allowance every year |

1  This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Contacting Your Medical Plan in this chapter. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL    CIGNA19-13260024155

# Hawaii Medical

## Kaiser Permanente Point-of-Service Summary of Covered Services

| Benefit | Kaiser Permanente Point-of-Service Plan (You Pay) | | |
|---|---|---|---|
| | Tier 1 – HMO | Tier 2 – Contracted Provider | Tier 3 – Non-contracted Provider |
| **Annual Deductible** | | | |
| Individual | None | $100 | |
| Family | None | $300 | |
| **Annual Out-of-Pocket Maximum** | | | |
| Individual | $2,000; copays apply | $2,000; copays and deductible apply | |
| Family | $6,000; copays apply | $6,000; copays and deductible apply | |
| **Lifetime Maximum Benefit** | | | |
| All benefits | Unlimited | Unlimited | Unlimited |
| **Office Visits** | | | |
| Office Visits | $15 copay | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| **Diagnostic Services** | | | |
| X-rays and laboratory tests (inpatient and outpatient) | Covered at 100% | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| **Preventive Visits** | | | |
| Pap smears (one per calendar year) | Covered at 100%, no copays | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| Preventive mammograms (1 baseline at ages 35–39; 1 every year after age 40) | | | |
| Other Women's Preventive Services (for a listing of included services, check with plan) | | | |
| Prostate-Specific Antigen (PSA) test; 1 every year at or after age 50 | | | |
| Well-Child Care (including immunizations) | | | |
| **Prescription Drugs—Drug Plan 357/358** | | | |
| Maintenance generic drugs | $5 copay; 30-day supply | 20% of charge, but not less than $5 per generic prescription for out-of-network contracted pharmacies | Not covered |
| Other generic drugs | $10 copay; 30-day supply | 20% of charge, but not less than $10 per generic prescription for out-of-network contracted pharmacies | |
| Preferred brand drugs | $35 copay; 30-day supply | 20% of charge, but not less than $35 per generic prescription for out-of-network contracted pharmacies | |
| Non preferred brand drugs | Not covered unless medically necessary | Not covered unless medically necessary | |
| **Mail-Order Prescription Drug Program (administered by PrecisionRx) (up to 90-day supply)** | | | |
| Maintenance generic drugs | $10 copay; 90-day supply | Not covered | Not covered |
| Other generic drugs | $20 copay; 90-day supply | Not covered | Not covered |
| Preferred brand drugs | $70 copay; 90-day supply | Not covered | Not covered |
| Non preferred brand drugs | Not covered unless medically necessary | Not covered unless medically necessary | Not covered |

CONFIDENTIAL

CIGNA19-13260024156

**Hawaii Medical**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## Kaiser Permanente Point-of-Service Summary of Covered Services

| Benefit | Kaiser Permanente Point-of-Service Plan (You Pay) | | |
|---|---|---|---|
| | Tier 1 – HMO | Tier 2 – Contracted Provider | Tier 3 – Non-contracted Provider |
| **Hospital** | | | |
| Room & board (semi-private) | $75 per day | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| Doctors' services | Covered at 100% | 20% coinsurance | |
| Surgeons' services | | | |
| Anesthesiologists' services | | | |
| Diagnostic services (x-rays and laboratory tests) | | | |
| **Outpatient** | | | |
| Outpatient surgery | $15 copay | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| Speech, physical and occupational therapy | $15 copay | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| **Family Planning/Maternity Care** | | | |
| Office visit: pre/postnatal | Covered at 100% | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| In-hospital delivery services | | | |
| **Emergency Care** | | | |
| Emergency room treatment | $75 copay | $75 copay | $75 copay |
| **Ambulance** | | | |
| If medically necessary, to the nearest emergency hospital | 20% coinsurance | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| **Other Services** | | | |
| Skilled Nursing Facility | Covered at 100% (limited to 60 days per benefit period) | 20% coinsurance limited to a combined benefit maximum of 120 days per calendar year | 20% of MAC limited to a combined benefit maximum of 120 days per calendar year |
| Home Health Care | Covered at 100% | 20% coinsurance limited to a combined benefit maximum of 150 days per calendar year | 20% of MAC limited to a combined benefit maximum of 150 days per calendar year |
| Hospice Care | Covered at 100% | 20% limited to a combined benefit maximum of 210 days while insured | 20% of MAC limited to a combined benefit maximum of 210 days while insured |

CONFIDENTIAL

CIGNA19-13260024157

## Kaiser Permanente Point-of-Service Summary of Covered Services

| Benefit | Kaiser Permanente Point-of-Service Plan (You Pay) | | |
| --- | --- | --- | --- |
| | Tier 1 – HMO | Tier 2 – Contracted Provider | Tier 3 – Non-contracted Provider |
| **Other Services (con't)** | | | |
| Durable Medical Equipment | You pay 20% for external devices; covered at 100% for internal devices | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| **Mental Health & Substance Abuse Treatment** | | | |
| Inpatient | $75 per day | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| Office visits | $15 copay | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |

**Chiropractic Benefits**

Administered by American Specialty Health Insurance (ASHI). For more information, call the number on the back of your ASHI ID card, which will be mailed to your home.

| Benefit | In-Network | | |
| --- | --- | --- | --- |
| Chiropractic benefit (per calender year) | $15 copay per visit; 30 visit per year maximum | Not covered | Not covered |

## Kaiser Permanente Vision Coverage

| Benefit | | | |
| --- | --- | --- | --- |
| Exam | $15 copay | 20% coinsurance | 20% coinsurance plus the difference between the billed charge and the Maximum Allowable Charge |
| Prescription Glasses | $150 allowance per calendar year. When the optical prescription is filled at a Kaiser Permanente Hawaii optical center, the allowance may be used for prescription glasses lenses/frames/ lens treatment OR prescription contact lens/contact lens exam | $50 total allowance for lenses, frames, and contacts for out-of-network providers | |

CONFIDENTIAL     CIGNA19-13260024158

## HMSA Plans

### HMSA's Preferred Provider Plan (PPO)

The HMSA Preferred Provider Plan (PPO) is closed for new enrollment effective 01/01/2013. If you were not enrolled in this plan as of 12/31/2012, you will not be eligible to enroll effective 01/01/2013 and going forward. The Preferred Provider Plan lets you choose any doctor. Your benefits depend on whether you use your Plan's Preferred Provider Organization (PPO) providers or non-PPO providers. Using PPO providers lowers the cost for health care services for you.

#### Using PPO Providers

When you use in-network providers (doctors, specialists, hospitals and other health care providers who participate in the network), the Medical Plan begins to work for you immediately. Here's how:

- Doctor office visits—You pay a portion of the pre-negotiated charges with no deductible for most charges related to the treatment of covered illnesses, injuries and preventive services.
- Well-child care—Services, including immunizations, for children through age five.
- Well-woman care—Includes routine annual Pap smears and routine mammograms
- Well-man care—Prostate cancer screening tests (PSAs) as directed by your PCP
- Well-adult care—Routine annual physical examinations

- Emergency care—Always try to locate an in-network provider when you require emergency care away from home. However, in a life-threatening emergency, if you receive emergency services from an out-of-network provider, your emergency services will be covered at the in-network level. However, you will be responsible for any charges above the eligible charge. See Using Non-PPO Providers later in this chapter for more information on eligible charges.

- Hospitals and other services—For most other covered major-medical services (such as inpatient and outpatient surgeries, home health care, inpatient mental health and substance abuse treatment, alternative treatment centers, etc.), you pay a portion of pre-negotiated charges.

- Fees for services—In general, the pre-negotiated fees charged by in-network providers are lower than those you might otherwise pay out-of-network providers for the same service.

- Medical claim forms—You do not file medical claim forms when you receive in-network services. Your doctor will file claims for you and will receive payment from your Plan directly.

Refer to the Summary of Covered Services charts for a detailed list of PPO benefits.

#### How to Receive PPO Benefits

To receive PPO benefits, you must visit a PPO provider. For current information and to obtain a directory of providers and hospitals free of charge, call HMSA at 1-808-948-6111. You may also find this information on their website at www.hmsa.com.

Once you have identified a doctor, call the doctor's office to verify that new patients are being accepted. Let the doctor know that you are a member of the HMSA Preferred Provider Plan.

When you call for an appointment, you should always confirm your doctor's participation in the HMSA Preferred Provider Plan.

#### Using Non-PPO Providers

When you use non-PPO providers (doctors, specialists, hospitals, and other health care providers not participating in the network), you pay 30% and the Plan pays 70% for most covered services, after you meet your Plan's annual deductible. Refer to the Summary of Covered Services for a detailed list of non-PPO benefits.

Since non-PPO providers can charge any amount for their services, the Plan will pay benefits only on charges considered an eligible charge (EC). EC is the lower of either the provider's actual charge or the amount established as the maximum allowable fee. This amount is determined by HMSA and is used as the maximum allowable amount for calculating the benefit they will pay for medical services.

If your non-PPO doctor charges more than the EC, you will be responsible for paying your share of the covered charges plus 100% of any charges over the EC. Always discuss fees with your non-PPO doctor in advance, and ask your doctor whether he or she will agree to waive charges over the EC.

CONFIDENTIAL

CIGNA19-13260024159

**Hawaii Medical**

## How to Receive Non-PPO Benefits

To receive non-PPO benefits, you must submit the original itemized bills for services covered under your Plan. When you use non-PPO providers, the Plan begins to pay benefits after you and/or your family pay an initial amount of covered expenses. This is called your annual deductible.

After the annual deductible is met, the Plan pays 70% of most covered medical expenses incurred during the same year by you and your covered family members. Expenses that you pay in excess of EC do not count toward your deductible.

Remember, you will be responsible for paying the difference between what the Plan pays and what your doctor charges. This includes any amounts over the EC.

## Annual Deductible

The Plan begins to pay PPO and non-PPO benefits not eligible for a copayment only after you and your family pay an annual deductible, as follows:

| | PPO | Non-PPO |
|---|---|---|
| Individual Deductible | $100 (only for major medical services) | $100 |
| Family Deductible | $300 (only for major medical services) | $300 |

For additional information, refer to HMSA's Guide to Benefits.

## Out-of-Pocket Maximums

The Plan limits the amount you have to pay out of your own pocket for PPO and non-PPO services. Covered medical expenses for PPO and non-PPO services are limited to the following out-of-pocket annual maximums:

| | PPO | Non-PPO |
|---|---|---|
| Individual Maximum | $2,500 | |
| Family Maximum | $7,500 | |

For additional information, refer to HMSA's Guide to Benefits.

If your PPO doctor charges more than the eligible charge (EC), the amount over the eligible charge will not count toward your annual out-of-pocket maximum.

## Lifetime Maximum Benefits

The Plan provides Medical Plan benefits with an unlimited lifetime maximum for you and each covered family member.

The Plan has other limitations on specific types of services as described separately in HMSA's Guide to Benefits.

## HMSA's Health Plan Hawaii Plus (HMO)

The HMSA Health Plan Hawaii Plus (HMO) is closed for new enrollment effective 01/01/2013. If you were not enrolled in this plan as of 12/31/2012, you will not be eligible to enroll effective 01/01/2013 and going forward. The HMSA Health Plan Hawaii Plus Plan offers quality medical coverage with lower out-of-pocket costs to you. When you choose this HMO Plan, you agree to use only your Plan's HMO providers. Services provided by non-HMO providers are not covered except in an emergency.

## Using HMO Providers

The following benefits are available when you use HMO providers:

* Doctor's office visits—You pay a copayment with no deductible for most charges related to the treatment of covered illnesses or injuries.

* Well-child care—Services, including immunizations, for children through age 21.

* Well-woman care—Includes routine annual Pap smears and routine mammograms.

* Well-man care—Prostate cancer screening tests (PSAs) as directed by your PCP.

* Well-adult care—Routine annual physical examinations.

* Emergency care—Always try to locate an HMO provider when you require emergency care away from home. Depending upon where you receive emergency care will determine how much the Plan pays.

CONFIDENTIAL

CIGNA19-13260024160

* Hospitals and other services—For most other covered medical services (such as inpatient and outpatient surgeries, home health care, inpatient mental health and substance abuse treatment), refer to HMSA's Guide to Benefits.

You do not file medical claim forms when you receive services. Your doctor will file claims for you and will receive payment from the Plan directly. Refer to the Summary of Covered Services for a detailed list of benefits.

### How to Receive HMO Benefits

To receive benefits, you must select a Primary Care Physician (PCP) at the time of enrollment. If you do not, HMSA will select one for you. Once you have selected a PCP, call for an appointment before going to see your doctor. You must contact your physician for a referral before seeing another physician or obtaining services other than those provided by your PCP. If, for any reason, you would like to select a new PCP, call an HMSA Member Services representative to make the change. Additional reasons you may need to change your PCP:

* When you move

* When your PCP was originally chosen by HMSA

Remember: If you visit another provider or receive special services without a referral from your PCP and approval from HMSA Health Plan Hawaii Plus, your claim for these services will be denied.

### Annual Deductible

There is no annual deductible for the HMO Plan.

### Out-of-Pocket Maximums

The Plan limits the amount you have to pay out of your own pocket. Covered medical expenses are limited to the following out-of-pocket annual maximums:

* Individual maximum:    $2,500

* Family maximum:    $7,500

For additional information, refer to HMSA's **Guide to Benefits.**

### Lifetime Maximum Benefits

The Plan provides Medical Plan benefits with an unlimited lifetime maximum for you and each covered family member.

The Plan has other limitations on specific types of services as described separately in HMSA's Guide to Benefits.

### Right to Designate a Primary Care Provider/Direct Access to OB/GYNs

The HMSA PPO and HMO (the "Plans") generally require the designation of a primary care provider. If you are covered under this Plan, you have the right to designate any primary care provider who participates in the network and who is available to accept you or your family members. For children, you may designate a pediatrician as the primary care provider. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact HMSA at 1-808-948-6111 or go to www.hmsa.com.

You do not need prior authorization from the Plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or

gynecological care from a health care professional in the network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact HMSA at 1-808-948-6111 or go to www.hmsa.com.

### What's Covered Under the HMSA HMO and PPO

#### Maternity Benefits

As required by federal law, maternity benefits are not restricted for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, the Plan does not require that a provider obtain authorization from the Plan for prescribing the length of stay not in excess of 48 hours (or 96 hours).

#### Mastectomies

Federal law requires group health plans offering mastectomy coverage to also cover reconstructive surgery and prostheses following mastectomies. Therefore, if you or a covered family member receive benefits for a medically necessary mastectomy and elect breast reconstruction after the mastectomy, coverage will also be provided for:

CONFIDENTIAL

CIGNA19-13260024161

* Reconstruction of the breast on which the mastectomy has been performed,

* Surgery and reconstruction of the other breast to produce a symmetrical appearance,

* Prostheses (artificial replacements), and

* Treatment of physical complications with respect to all stages of a mastectomy, including lymphedemas (swelling associated with the removal of the lymph nodes).

This coverage will be provided in consultation with the attending physician and the patient, and it will be subject to the same annual deductible, co-insurance and/or copayment provisions otherwise applicable.

## What's Not Covered Under the HMSA HMO and the PPO

Limitations and exclusions for the HMO and PPO Plans are not described in detail in this Benefits Summary. Please refer to HMSA's Guide to Benefits for detailed information. This Guide is considered part of this *Benefits Summary*.

## HMSA Vision Care

Show your HMSA Health Plan ID card to participating providers to obtain vision care services and receive discounts under the Plan.

To find a vision center that participates in HMSA, Preferred Provider Plan, or Health Plan Hawaii Plus, call an HMSA Member Services representative at 1-808-948-6111.

## HMSA Prescription Drug Benefits

All HMSA Medical Plan participants can purchase their prescription drugs through HMSA (retail) and CVS Caremark (mail order). HMSA and CVS Caremark encourage use of generic drugs and preferred brand-name drugs. You may still obtain other brand-name \prescriptions, but you will pay more.

Refer to HMSA's Guide to Benefits for definitions and explanations of these drug categories.

### Retail Prescription Drug Program

HMSA offers discounted prices when you fill your prescriptions at a participating pharmacy.

To find a participating pharmacy in the HMSA network, call 1-808-948-6111.

### Mail-Order Prescription Drug Program

The most cost-effective way to fill prescriptions for maintenance medications is through mail order. When you and your covered family members enroll in the Medical Plan, you are automatically enrolled in the mail-order prescription drug program.

#### Requesting a Mail-Order Prescription

If you currently purchase prescription drugs through mail order, you can request refills by logging on to My Account on www.hmsa.com and selecting the Manage Mail Order Prescriptions tab, or you may call HMSA's Customer Relations department and select the drug option to speak with a CVS customer care representative. However, you will need a new prescription from your doctor if:

* Your existing prescription is for a controlled substance or a compound medicine;

* You have no refills remaining; or

* Your prescription has expired.

To have a new prescription filled through the mail-order prescription drug program, ask your doctor to prescribe ongoing medication for up to a 90-day supply, plus refills. Then you may do one of the following:

* Call the CVS FastStart service line at 1-800-875-0867 toll-free. Representatives are available 24 hours a day, seven days a week.

* Log in to My Account on hmsa.com. Select Prescription Tools on the top left of the screen, then select FastStart®. You will be directed to the CVS Caremark Web page. Fill out and send in the mail-order service order form.

* Ask your provider to call in your prescription to 1-877- 418-4130 toll-free, or fax your prescription to 1-800-378-0323.

* Log in to My Account on hmsa.com. Select Manage Mail Order Prescriptions to the right of the home screen.

CONFIDENTIAL

CIGNA19-13260024162

**Hawaii Medical**

## HMSA Summary of Covered Services*

| Benefit | HMSA—Health Plan Hawaii Plus (HMO)[1] | | HMSA—Preferred Provider Plan (PPO)[1] | |
| --- | --- | --- | --- | --- |
| | When You Use HMO Providers (You Pay) | When You Use Non-HMO Providers (You Pay) | When You Use PPO Providers (You Pay) | When You Use Non-PPO Providers (You Pay) |
| **Annual Deductible** | | | | |
| Individual | None | Not covered | $100 (for certain services) | $100 |
| Family | | | $300 (for certain services) | $300 |
| **Annual Out-of-Pocket Maximum** | | | | |
| Individual | $2,500; copays apply | Not covered | $2,500; copays and deductible apply | |
| Family | $7,500; copays apply | | $7,500; copays and deductible apply | |
| **Lifetime Maximum Benefit** | | | | |
| All benefits | Unlimited | Not covered | Unlimited | Unlimited |
| **Office Visits** | | | | |
| Office Visits | $15 copay | Not covered | 10% coinsurance | 30% coinsurance of eligible charge after annual deductible |
| **Diagnostic Services** | | | | |
| X-rays and laboratory tests (connected with a same-day doctor's office visit) | 10% coinsurance | Not covered | 20% coinsurance | 30% coinsurance of eligible charge after annual deductible |
| **Well-Child Care Through Age 21** | | | | |
| Immunizations | Covered at 100% | Not covered | Covered at 100% | 30% coinsurance; Immunizations covered at 100%; no deductible applies |
| Laboratory tests | | | | |
| Physician office visits | | | | |
| **Preventive Visits** | | | | |
| Pap smears | Covered at 100% | Not covered | Covered at 100% | 30% coinsurance of eligible charge after annual deductible |
| Preventive mammograms 1 baseline at ages 35–39 1 every year after age 40 | | | | 30% coinsurance |
| Other Women's Preventive Services (for a listing of included services, check with plan) | | | | |
| Prostate-Specific Antigen (PSA) test; 1 every year at or after age 50 | Covered at 100% | | Covered at 100% | 30% coinsurance of eligible charge after annual deductible |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan's coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Get the Most Value From Your Plan. You may also call the Member Services number listed on your ID card.

* The HMSA HMO and PPO are closed for new enrollment effective 01/01/2013. If you were not enrolled in this plan as of 12/31/2012, you will not be eligible to enroll effective 01/01/2013 and going forward.

CONFIDENTIAL

CIGNA19-13260024163

## HMSA Summary of Covered Services

| Benefit | HMSA—Health Plan Hawaii Plus (HMO)[1] | | HMSA—Preferred Provider Plan (PPO)[1] | |
| --- | --- | --- | --- | --- |
| | **When You Use HMO Providers (You Pay)** | **When You Use Non-HMO Providers (You Pay)** | **When You Use PPO Providers (You Pay)** | **When You Use Non-PPO Providers (You Pay)** |
| **Prescription Drugs—Drug Plan 506/507** | | | | |
| Annual deductible Individual Family | None | None | None | None |
| Generic drugs (30-day supply) | $5 copay | 20% coinsurance after $5 copay | $5 copay | 20% coinsurance after $5 copay |
| Single source generic drugs (30-day supply) | $10 copay | 20% coinsurance after $10 copay | $10 copay | 20% coinsurance after $10 copay |
| Preferred brand drugs (30-day supply) | $10 copay | 20% coinsurance after $10 copay | $10 copay | 20% coinsurance after $10 copay |
| Other brand-name drugs (30-day supply) | $10 member copayment plus $45 other brand-name drug cost share | 20% coinsurance after $10 member copayment plus $45 other brand-name drug cost share | $10 member copayment plus $45 other brand-name drug cost share | 20% coinsurance after $10 member copayment plus $45 other brand-name drug cost share |
| **Mail-Order Prescription Drug Program (administered by CVS Caremark) (up to 90-day supply)** | | | | |
| Generic drugs (up to a 90-day supply) | $10 copay | Not covered | $10 copay | Not covered |
| Preferred brand drugs (up to a 90-day supply) | $20 copay | | $20 copay | |
| Non-formulary brand (up to a 90-day supply) | $20 member copay plus $135 cost share | | $20 member copay plus $135 cost share | |
| **Hospital** | | | | |
| Deductible per admission | None | Not covered | None | None |
| Room & board (semi-private) | $75 copay per day | | 10% coinsurance | 30% coinsurance after annual deductible |
| Doctors' services | Covered at 100% | | | 30% coinsurance after annual deductible |
| Surgeons' services | Covered at 100% for inpatient and $15 copay for outpatient | | 10% coinsurance (cutting procedure) 20% coinsurance (non-cutting procedure) | |
| Anesthesiologists' services | Covered at 100% | | 10% coinsurance | |
| Diagnostic services (x-rays and laboratory tests) | Covered at 100% for inpatient; 10% coinsurance of the eligible charge for outpatient | | 10% coinsurance inpatient 20% coinsurance for outpatient | |
| Newborn nursery charges/doctors' visits | Covered at 100% | | 10% coinsurance | |
| Surgery | Covered at 100% | | 10% coinsurance (cutting procedure) 20% coinsurance (non-cutting procedure) | |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan's coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Get the Most Value From Your Plan. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL    CIGNA19-13260024164

**Hawaii Medical**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## HMSA Summary of Covered Services

| Benefit | HMSA—Health Plan Hawaii Plus (HMO)[1] | | HMSA—Preferred Provider Plan (PPO)[1] | |
|---|---|---|---|---|
| | When You Use HMO Providers (You Pay) | When You Use Non-HMO Providers (You Pay) | When You Use PPO Providers (You Pay) | When You Use Non-PPO Providers (You Pay) |
| **Emergency Care** | | | | |
| Emergency room treatment | $75 copay | Covered worldwide at $75 | 10% coinsurance | 10% coinsurance of eligible charge |
| Skilled Nursing Facility | Covered at 100% semi-private room rate (up to 60 days per benefit period) | Not covered | 10% coinsurance (up to 120 days per calendar year) | 30% coinsurance of eligible charge after annual deductible (up to 120 days per calendar year) |
| Home Health Care | Covered at 100% (up to 365 visits per illness or injury) | | Covered at 100% (up to 150 visits per calendar year) | 30% coinsurance of eligible charge after annual deductible (up to 150 visits per calendar year) |
| Hospice Care | Covered at 100% | | Covered at 100% | Not covered |
| Durable Medical Equipment | 50% coinsurance for external devices; covered at 100% for internal devices | | 20% coinsurance of eligible charge after annual deductible | 30% coinsurance of eligible charge after annual deductible |
| **Ambulance** | | | | |
| If medically necessary, to the nearest emergency hospital | 20% coinsurance | Not covered | 20% coinsurance of eligible charge after annual deductible | 30% coinsurance of eligible charge after annual deductible |
| **Mental Health & Substance Abuse Treatment** | | | | |
| Inpatient | $75 copay per day (unlimited days) for hospital and facility; 100% covered for psychiatrist and psychologist services | Not covered | 10% coinsurance (unlimited days) | 30% coinsurance of eligible charge after annual deductible (unlimited days) |
| Office visits | $15 copay (no visit limit) | | 10% coinsurance (no visit limit) | 30% coinsurance of eligible charge after annual deductible (no visit limit) |

1 This is a fully insured plan which is governed by the information provided directly to you by your health care plan insurer. If there are differences between the information in this book and the information in your plan's coverage booklets, the coverage booklets will govern. For detailed information about any fully insured plan, contact the Plan Administrator directly. Plan phone numbers and Web site addresses are listed in Get the Most Value From Your Plan. You may also call the Member Services number listed on your ID card.

CONFIDENTIAL

CIGNA19-13260024165

**Hawaii Medical**

## HMSA Vision Coverage

| Vision Services | HMO | PPO Participating | PPO Non-Participating |
|---|---|---|---|
| Eye Exam | $15 copay; limited to one exam per year | 100% after $10 deductible | Up to $40[1] |
| Single Lenses | $10 copay | 100% after $10 deductible | Up to $16[1] |
| Multifocal Lenses | $10 copay | 100% after $10 deductible | Up to $25[1] |
| Contact Lenses | $25 copay; $130 maximum | Plan pays up to $130 after $25 annual deductible | Up to $50[1] |
| Contact Lens Fitting[2] | Plan pays up to $45 | Plan pays up to $45 | Up to $20 |
| Frames | $15 copay; must be from a designated category | 100% after $15 annual deductible[3] | Up to $12[1] |

1 Payment of entire claim is due at appointment and sent in for reimbursement.
2 Benefit is limited to one contact lens fitting per calendar year.
3 Frames must be chosen from a group selected by the provider. Other restrictions apply.

CONFIDENTIAL

CIGNA19-13260024166

## General Information About the Hawaii Medical Plans

### Claiming Benefits Under the Group Health Plans

You or your beneficiary must file the appropriate forms to receive any benefits or to take any other action under the Plan. All forms required to take any action under the Plans are available from the claims administrator. Please refer to the descriptions of each benefit for additional information on claiming benefits.

To be eligible for benefits, you must be covered under the Plan, properly submit a claim, and follow the Plan's claims and appeals procedures. If a claim is denied initially, you must exhaust the appeals procedure before filing a suit. Suits must be brought no later than one year following the date on which the appeals process under the Plan is exhausted.

### Filing Claims Under the Group Health Plan

If you receive covered health services from an in-network provider, you do not have to file a claim. In-network providers are responsible for filing claims for you. Your group health plan pays in-network providers directly for your covered health services. If an in-network provider bills you directly for any covered service, contact the claims administrator. However, you are responsible for meeting any annual deductible and for paying copayments to an in-network provider at the time of service, or when you receive a bill from the provider.

If you receive covered health services from an out-of-network provider, you are responsible for timely filing of your claim.

### Where to Send Your Claims for Out-of-Network Services

When you receive covered health services from an out-of-network provider, you must submit the claim to the appropriate claims administrator for your group health plan. For addresses and phone numbers, see Medical, Dental, and Vision Plan Administrators in the Plan Administration chapter.

### Timely Filing of a Claim

You must submit a request for payment of benefits within one year after the date of service. If an out-of-network provider submits a claim on your behalf, you will be responsible for the timeliness of the provider's claim submission. If you don't provide the claim information within one year after the date of service, benefits for that service will be denied or reduced, according to the claims administrator's discretion. This time limit does not apply while you are legally incapacitated. If your claim relates to an inpatient stay, the date of service is the date your inpatient stay ends.

### Information Required for Your Claim

When you request payment of benefits, you do not have to use a claim form. However, you must provide all of the following information:

- Associate's name and address
- Patient's name, age and relationship to the associate
- Contract number, which is on your ID card
- Itemized bill from your provider that includes the following:
  - patient diagnosis
  - date(s) of service

- procedure code(s) and descriptions of service(s) rendered
- charge for each service rendered
- provider's name, address and tax identification number
- Date the injury or sickness began, if applicable
- Statement indicating either that you are, or you are not, enrolled for coverage under any other group health insurance plan or program (if you are enrolled for other coverage, you must include the name of any other insurance company)

### Payment of Benefits

Your medical plan will make a benefit determination as described below. Benefits will be paid directly to you unless either of the following is true:

- The provider notifies your medical plan administrator that your signature is on file, assigning benefits directly to that provider, or
- You make a written request for the out-of-network provider to be paid directly at the time you submit your claim.

### Claims and Appeals

For information on claim and appeals, please see the Claims & Appeals chapter.

CONFIDENTIAL

CIGNA19-13260024167

## Certificates of Health Plan Coverage

After your coverage (or your dependent's coverage) ends, a Certificate of Health Plan Coverage will be sent to the current address listed with the Plan Administrator. This certificate provides evidence of your health care coverage with the Company. You may need this certificate should you become covered by another group health plan or insurance policy with a pre-existing medical condition clause. A group health Plan is required by law to reduce the duration of its pre-existing condition exclusion, day-for-day, by any period of prior coverage—provided you do not have a 63-day or longer break in health care coverage (not counting waiting periods for coverage). You and your dependents also have the right to request a Certificate of Health Plan Coverage at any time during the 24 months following loss of coverage. You may request a copy from the Benefits Choice Center at 1-800-555-4954. Please note that because of changes under the Affordable Care Act, the requirement to provide a certificate of Health Plan Coverage ends December 31, 2014.

## If You're Age 65 or Older

If you are an active associate age 65 or older (or an active associate's spouse age 65 or older) who is eligible for Medicare, you may choose to end your coverage under the Company Medical Plan and elect Medicare coverage instead. Or, you may choose to continue coverage under this Plan, which will be considered your primary Plan and will pay benefits first.

Medicare will be the primary payor to the full extent permitted by law, including for those individuals not in current employment, and as legally permitted for individuals with end-stage renal disease or who are totally disabled.

## Right to Recover Payment

For detailed information on third-party liability rules, please refer to HMSA's *Guide to Benefits* or Kaiser Permanente's *Summary of Benefits*.

## Choosing Your Health Care and Your Providers

Your health care should be provided in consultation with your health care provider without regard to the benefits provided by this Plan. You are solely responsible for choosing a provider that best fits your needs. Neither The Home Depot nor the Plan is responsible for the health care that you ultimately receive from any provider, including, but not limit to, a preferred provider. Neither The Home Depot nor the Plan makes any warranty or representation regarding the quality of such care. Preferred providers have directly or indirectly entered into contracts with the Plan's claims administrators to provide coverage at negotiated rates. Preferred providers are not affiliated with The Home Depot or the Plan.

CONFIDENTIAL




Live the ORANGE Life!

# The Hospital Indemnity Plan

### U.S. Salaried & Full-Time Hourly Associates


## Chapter Contents

| | |
|---|---|
| 203 | The Hospital Indemnity Plan |
| 203 | Note Plan Limits |
| 203 | Coverage Categories |
| 204 | Hospital Indemnity Plan Benefits |
| 204 | What the Plan Does Not Cover |
| 205 | Filing a Claim |
| 205 | If You Are Enrolled in a Home Depot Aetna Medical Plan |
| 205 | If You Are Not Enrolled in an Aetna Medical Plan |
| 205 | Subrogation and Reimbursement |
| 206 | Refund of Overpayments |
| 206 | Coordinating With Other Plans |

CONFIDENTIAL    CIGNA19-13260024169

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
| --- | --- |
| • Get a claim form | Go to www.livetheorangelife.com or call Aetna at 1-800-508-4015 |
| • Submit your certificate of creditable coverage <br> • Submit a claim | Make a copy of your certificate or claim form and documentation and send it to: <br> SRC—An Aetna Company <br> Claims Department <br> P.O. Box 14079 <br> Lexington KY 40512-4079 <br> You can also fax your information to 1-859-455-8650 |

## The Hospital Indemnity Plan

The Hospital Indemnity Plan provides benefits that can help you pay the cost of a hospital stay. This plan will pay a daily benefit for each day of the stay if you or a covered dependent is admitted to the hospital as an inpatient.

You can enroll yourself and eligible dependents in this plan even if you are not enrolled in the Home Depot medical plan.

Note to Massachusetts Residents: The Hospital Indemnity Plan is a limited health plan and does not meet Massachusetts Minimum Creditable Coverage standards.

## Note Plan Limits

This plan has specific limits and other restrictions on the dollar amounts covered under the plan. Once these limits have been reached, the plan will not pay any more toward this coverage. This chapter explains these limits. Please read it carefully so that you understand the limits to what the plan will pay before you enroll. You'll also find additional information on this plan's benefits, limits and exclusions in documents on www.livetheorangelife.com.

Also note that this limited health benefits plan does not provide comprehensive medical coverage. It is a basic or limited benefits policy and is not intended to cover all medical expenses. This plan does not count as Minimum Essential Coverage under the Affordable Care Act. This plan is not designed to cover the costs of serious or chronic illness. It contains specific dollar limits that will be paid for medical services which may not be exceeded. If the cost of services exceeds those limits, the beneficiary and

not the insurer is responsible for payment of the excess amounts. The specific dollar limits are described in this chapter.

It's important that you understand these benefits before you decide to enroll. You may reach one of Aetna/SRC's Customer Service representatives Monday through Friday, 8 a.m. to 8 p.m. Eastern Time, by calling toll free 1-800-508-4015.

## Coverage Categories

You may select one of four coverage categories for the Hospital Indemnity Plan:

- associate only
- associate + spouse (or same-sex domestic partner)
- associate + child(ren)
- associate + family (children and spouse or same-sex domestic partner)

CONFIDENTIAL

CIGNA19-13260024170

## Hospital Indemnity Plan Benefits

| Type of Benefit | Benefit amount | Limit on benefit |
|---|---|---|
| Lump-sum benefit | $1,000 per covered individual | For the initial day of one inpatient hospital stay per coverage year |
| Daily benefit | $100 per day per covered individual | Up to 100 days that you are an inpatient in a hospital per coverage year. |

For example, if you are hospitalized in February 2014 for five days, your benefit would be $1,500. If you were hospitalized again in July 2014 for three days, your benefit would be $300.

A hospital stay means a period during which a covered person is confined in a hospital, treatment facility, hospice facility, skilled nursing facility, or rehabilitation facility and charged for room, board, and general nursing services. Stay does not include any period of such a confinement due to custodial or personal needs that do not require medical skills or training.

Benefits are payable for pregnancy-related stays, visits and services provided on the same basis as for disease.

## What the Plan Does Not Cover

No benefit is paid for or in connection with the following stays or visits or services:

* Those not medically necessary, as determined by Aetna, for the diagnosis, care or treatment of the physical or mental condition involved. This applies even if they are prescribed; recommended; or approved, by the attending physician.

* Those that are not prescribed, recommended and approved by the person's attending physician.

* Those received outside the United States.

* Those for experimental or investigative procedures, as determined by Aetna.

* Those for services of a resident physician or intern rendered in that capacity.

* Those that a covered person is not legally obliged to pay.

* Those, as determined by Aetna, to be for custodial care.

* Those for education, special education or job training, whether or not given in a facility that also provides medical or psychiatric treatment.

* Those for stays in connection with plastic surgery; reconstructive surgery; cosmetic surgery; or other services and supplies which improve, alter or enhance appearance (whether or not for psychological or emotional reasons); except to the extent needed to:

  —Improve the function of a part of the body that

  * is not a tooth or structure that supports the teeth;

  * is malformed

  * as a result of a severe birth defect; this includes harelip or webbed fingers or toes;

    * as a direct result of disease or surgery performed to treat a disease or injury.

    * Repair an injury which occurs while the person is covered under this Plan. Surgery must be performed in the Coverage Year of the accident which causes the injury or in the next Coverage Year.

* Those for or related to sex change surgery or to any treatment of gender identity disorders.

* Those for or related to artificial insemination, in vitro fertilization, or embryo transfer procedures.

* Those for a voluntary sterilization procedure or the reversal of a sterilization procedure.

* Those for manipulative treatment or other physical treatment of spinal subluxation.

* Those for surgery except for any stay, visit or X-ray or lab test related to surgery(including hospital stays or follow up care).

* Those resulting from an injury or sickness due to working for wage or profit or for which benefits are payable under any Workers' Compensation or Occupational Disease Law.

* Those to treat an injury sustained while the covered person was legally intoxicated or under the influence of alcohol as defined by the jurisdiction in which the injury occurred.

CONFIDENTIAL

CIGNA19-13260024171

* Those to treat an injury sustained while the covered person was voluntarily using any drug, narcotic or controlled substance unless as prescribed by a physician.

* Those to treat an illness or injury sustained while flying as a pilot or crew member of any aircraft or travel or flight. This includes boarding or alighting in any vehicle or device while being used for any test or experimental purposes or while being operated by, for, or under, the direction of any military authority other than the Military Airlift Command of the United States or similar air transport service of any other country.

The law of the jurisdiction where a person lives when a claim occurs may prohibit some benefits. If so, they will not be paid.

## Filing a Claim

### If You Are Enrolled in a Home Depot Aetna Medical Plan

If you are enrolled in both a Home Depot Aetna medical plan for salaried and full-time associates and the Hospital Indemnity Plan, your provider will file the inpatient hospitalization under the medical plan.

### If You Are Not Enrolled in an Aetna Medical Plan

If you are not enrolled in a Home Depot Aetna medical plan, you will need to file a claim for your inpatient hospitalization in order to receive benefits under the Hospital Indemnity Plan.

To file a claim:

1. Use the medical claim form found at www.aetna.com/docfind/custom/aahc. Or, you can get the form by calling us toll-free at 1-800-571-4015; or by writing to the Claims Department address below.

2. Ask your doctor to complete the medical claim form during your follow-up appointment. Please make sure that the hospital bill includes:

* Date admitted

* Date released

* Diagnosis code

3. Please send the completed medical claim form and itemized bill to:

    SRC, an Aetna company
    Claims Department
    P.O. Box 14079
    Lexington, KY 40512-4079
    Or fax to 859-455-8650

Your claim will be processed within 14 to 30 business days after it is received.

## Subrogation and Reimbursement

If you or your covered family members ("covered persons") are injured or become ill because of an act or omission of a third party, the Hospital Indemnity Plan is not obligated to pay any benefits relating to the injury or illness. However, the Hospital Indemnity Plan may advance payment of benefits relating to the injury or illness to the extent of the amounts receivable or received by the covered person from

the third party, an insurer or any other person by way of settlement, judgment or other payment.

To this end, the Hospital Indemnity Plan assumes and shall be subrogated to all rights of recovery the covered person may have against the responsible third party, any liability or other insurance covering such third party and any person or entity who is or may be obligated to provide benefits or payments to a covered person, including benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise), workers' compensation coverage, other insurance carriers or third party administrators or any person or entity who is liable for payment to a covered person on any equitable or legal liability theory. These third parties and persons or entities are collectively referred to as "third parties".

The Hospital Indemnity Plan also shall have first right of reimbursement out of the proceeds of any settlement, judgment or other payment by any such third parties to or on behalf of a covered person in an amount equal to the benefits the Hospital Indemnity Plan paid.

The Hospital Indemnity Plan also shall have first right of reimbursement out of the proceeds of any settlement, judgment or other payment by any such third parties to or on behalf of a covered person in an amount equal to the attorneys' fees incurred by the Hospital Indemnity Plan in collecting from the covered person any funds held by the covered person that he or she recovered from any third party.

CONFIDENTIAL

CIGNA19-13260024172

The Hospital Indemnity Plan shall also have a lien against the proceeds of any recovery from any such third parties (whether by settlement, judgment, or other payment) for that portion of the total recovery which is due the Hospital Indemnity Plan for benefits paid. The lien shall attach as soon as any person or entity agrees to pay any money to or on behalf of any covered person that could be subject to the Hospital Indemnity Plan's right of recovery if and when received by the covered person.

To aid the Hospital Indemnity Plan in the enforcement of its right of reimbursement and subrogation, the covered persons agree as follows:

* That a covered person will cooperate with the Plan in a timely manner in protecting its rights to subrogation, reimbursement, and liens, including, but not limited to:

—providing any relevant information requested by the Hospital Indemnity Plan,

—signing and/or delivering such documents as the Hospital Indemnity Plan or its agents reasonably request to secure the subrogation and reimbursement claim and lien rights,

—responding to requests for information about any accident or injuries,

—appearing at depositions and in court; and

—obtaining the consent of the Hospital Indemnity Plan or its agents before releasing any third party from liability for payment of medical expenses.

* That failure to cooperate in this manner shall be deemed a breach of contract, and may result in the termination of health benefits and/or the institution of legal action against a covered person. A covered person's failure or refusal to sign any such document shall not impair or modify in any way the Hospital Indemnity Plan's rights to subrogation, reimbursement and liens.

## Refund of Overpayments

If benefits are paid by the Plan for expenses incurred on account of a covered person, that covered person, or any other person or organization that was paid, must make a refund to the Plan if either of the following apply:

* All or some of the expenses did not legally have to be paid by the covered person.

* All or some of the payment made exceeded the benefits under the Plan.

The refund equals the amount paid in excess of the amount that should have paid under the Plan. If the refund is due from another person or organization, the covered person agrees to help the Plan get the refund when requested.

If the covered person, or any other person or organization that was paid, does not promptly refund the full amount, the amount of any future benefits that are payable under the Plan may be reduced. The reductions will equal the amount of the required refund. The Plan also retains all other rights in addition to the right to reduce future benefits that may be legally available.

## Coordinating With Other Plans

This plan does not coordinate benefits with any other plan. This plan will always be the primary plan.

CONFIDENTIAL

CIGNA19-13260024173




Live the ORANGE Life!

# The Critical Illness Protection Plan

## U.S. Salaried & Full-Time Hourly Associates

## Chapter Contents

| | |
|---|---|
| 208 | The Critical Illness Protection Plan |
| 208 | Coverage Categories |
| 208 | When Benefits Are Paid |
| 209 | Wellness Benefit |
| 209 | Transportation Benefit |
| 209 | Lodging Benefit |
| 209 | Recurrence Benefit |
| 210 | Critical Illness Protection Plan Summary of Benefits |
| 211 | Waiver of Premium Due to Disability |
| 211 | Critical Illnesses Covered Under the Plan |
| 213 | What the Plan Does Not Cover |
| 214 | Filing a Claim |
| 214 | Payment of Claims |
| 214 | Appealing a Denied Claim |
| 215 | Continuing Critical Illness Protection Plan Coverage When Coverage Ends |
| 215 | COBRA (Continuing Coverage After Termination) |

CONFIDENTIAL    CIGNA19-13260024174

# The Critical Illness Protection Plan

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Name a beneficiary | Go to www.allstateatwork.com/homedepot or Call Allstate Workplace Division at 1-866-828-8766 |
| Get a claim form | |
| Submit a claim, including a claim for wellness benefits | Fax your claim form and documentation to: 1-877-652-2979 |
| Request portability coverage | Go to www.allstateatwork.com/homedepot or Call Allstate Workplace Division at 1-866-828-8766 |

## The Critical Illness Protection Plan

The Critical Illness Protection Plan pays a lump-sum benefit for specific conditions, such as heart attack, stroke, cancer, transplant, Alzheimer's disease and paralysis and benefits for eligible travel and lodging expenses. The plan also pays an annual benefit of $75 for wellness services per covered person. The Critical Illness Protection Plan is administered by Allstate Workplace Division.

The lump-sum benefit paid for covered conditions is based on the benefit amount you choose when you enroll for this plan. Your Critical Illness Protection Plan basic benefit amount options are:

* $5,000
* $10,000
* $20,000
* $30,000

Your cost for Critical Illness Protection Plan coverage is based on your basic benefit amount, the number of dependents you cover and your tobacco-user status. To view your rates, select the Critical Illness

Protection Plan during your enrollment session and enter your information (for example, tobacco-user status and number of dependents covered).

Under the Critical Illness Protection Plan, benefits for covered conditions are paid at either 25% of your basic benefit amount or 100% of your basic benefit amount, depending on the condition. The Critical Illness Protection Plan Summary of Benefits chart located in this chapter shows the conditions payable at 100% and the conditions payable at 25%.

You may discontinue your Critical Illness Protection Plan coverage at any time by calling the Benefits Choice Center.

## Coverage Categories

You may select one of four coverage categories:

* Associate only
* Associate + spouse (or same-sex domestic partner)
* Associate + child(ren)
* Associate + family (children and spouse or same-sex domestic partner)

## When Benefits Are Paid

The Critical Illness Protection Plan will pay a benefit when a covered person is diagnosed with a critical illness if:

* The date of diagnosis is after the covered person's effective date of coverage; and
* The date of diagnosis for the critical illness is while the covered person is insured under the policy; and
* The critical illness is listed in the Critical Illness Protection Plan Summary of Benefits chart located in this chapter and matches the specific description in this chapter.

A covered person can receive a benefit for each critical illness only once, unless the critical illness is named in the Recurrence Benefit section of this chapter.

A covered person can receive benefits for different covered critical illnesses if the dates of diagnosis for each critical illness are separated by at least 90 days.

The maximum basic benefit amount payable for all critical illnesses is the lesser of four times your basic

CONFIDENTIAL

CIGNA19-13260024175

benefit amount or $250,000 for each covered person. All benefits paid contribute toward the maximum basic benefit amount unless otherwise noted. Critical Illness Protection Plan coverage will end when you or any covered dependent has received the maximum basic benefit amount.

Each critical illness must be diagnosed by a physician in the United States or its territories. Claims for benefits not satisfying all the criteria for diagnosis may be subject to review by an independent physician consultant. Emergency situations that occur while the covered person is outside the United States or its territories may be reviewed and considered for approval by a United States physician on foreign soil or when the covered person returns to the United States or its territories.

## Wellness Benefit

The plan pays $75 per calendar year per covered person for covered wellness services. Covered wellness services are listed in the Critical Illness Protection Plan Summary of Benefits chart in this chapter. Documentation must be provided for the service rendered.

The wellness benefit does not count toward the maximum basic benefit amount.

## Transportation Benefit

The plan pays the actual cost, up to $1,500 per calendar year, for round trip transportation coach fare on a common carrier; or a personal vehicle allowance of $0.50 per mile, up to $1,500 per calendar year, when travel is required by a covered person to receive treatment of a covered critical illness at a hospital (inpatient or outpatient), radiation thera-

py center, chemotherapy or oncology clinic or any other specialized free-standing treatment center. Mileage is measured from the covered person's home to the treatment facility as described above. The treatment facility must be more than 100 miles from the covered person's home.

The plan does not pay for transportation for someone to accompany or visit the covered person receiving treatment, visits to a physician's office or clinic or for other services. If the treatment is for a covered child and common carrier travel is necessary, the plan will pay this benefit for up to two adults to accompany the child.

"Common carrier" means the following: commercial airlines; passenger trains; inter-city bus lines; trolleys; or boats. It does not include taxis; intra-city bus lines; or private charter planes.

The transportation benefit does not count toward the maximum basic benefit amount.

## Lodging Benefit

The plan pays $60 per day when a covered person receives treatment for a covered critical illness on an outpatient basis. The benefit is for lodging at a motel, hotel or other accommodations acceptable to the plan. This benefit is limited to 60 days per calendar year. This benefit is not payable for lodging occurring more than 24 hours prior to treatment or for lodging occurring more than 24 hours following treatment. Outpatient treatment must be received at a treatment facility more than 100 miles from the covered person's home.

The lodging benefit does not count toward the maximum basic benefit amount.

## Recurrence Benefit

The plan will pay a recurrence benefit if a covered person is diagnosed for a second time with a heart

attack, stroke, coronary artery by-pass surgery, transplant, invasive cancer or carcinoma in situ, for which a benefit was previously paid if:

* The second date of diagnosis is more than 12 months after the first date of diagnosis for the critical illness; and

* The second date of diagnosis is while the covered person is covered under the plan; and

* For the cancer critical illness benefits, the covered person had no symptoms and did not receive any treatment during the 12 months after the prior occurrence.

The benefit amount is equal to the benefit amount previously paid for that critical illness. A covered person can receive a recurrence benefit only once for each critical illness.

For the purposes of the cancer critical illness benefits, "treatment" does not include maintenance drug therapy or routine follow-up office visits to verify if the cancer critical illness has returned.

"Maintenance drug therapy" means ongoing hormonal therapy, immunotherapy or chemoprevention therapy that may be given following the full remission of a cancer due to primary treatment. It is meant to decrease the risk of cancer recurrence rather than the palliation or suppression of a cancer that is still present.

"Symptoms" mean the subjective evidence of disease or physical disturbance observed by a physician or other member of the medical profession, acting within the scope of their license.

CONFIDENTIAL

CIGNA19-13260024176

## Critical Illness Protection Plan Summary of Benefits

| Plan pays 100% of benefit amount for: | Plan pays 25% of benefit amount for: | Plan pays up to $75 per calendar year for each covered person for one of the following eligible wellness services: |
|---|---|---|
| + Heart attack<br>+ Stroke<br>+ Invasive cancer<br>+ Heart transplant<br>+ Lung transplant<br>+ Liver transplant<br>+ Pancreas transplant<br>+ Kidney transplant<br>+ Bone marrow transplant<br>+ End stage renal failure<br>+ Paralysis<br>+ Complete blindness<br>+ Complete loss of hearing<br>+ Coma<br>+ Benign brain tumor<br>+ Alzheimer's Disease<br><br>A covered person can receive benefits for each of the above critical illnesses if the dates of diagnosis for each critical illness are separated by at least 90 days. | + Coronary artery bypass surgery<br>+ Carcinoma in situ<br>+ Amyotrophic lateral sclerosis (Lou Gherig's disease)<br>+ Adrenal hypofunction (Addison's disease)<br>+ Bone marrow donor<br>+ Cerebral palsy<br>+ Cystic fibrosis<br>+ Hemophilia<br>+ Huntington's chorea<br>+ Meningitis<br>+ Multiple sclerosis<br>+ Muscular dystrophy<br>+ Myasthenia gravis<br>+ Necrotizing fasciitis<br>+ Osteomyelitis<br>+ Scleroderma<br>+ Sickle cell anemia<br>+ Systemic lupus<br>+ Tuberculosis | + Pre Biopsy test for skin cancer<br>+ Biopsy for skin cancer<br>+ Oral cancer screening<br>+ Blood test for triglycerides<br>+ Bone marrow testing<br>+ Colonoscopy<br>+ Echocardiogram<br>+ Electrocardiogram (EKG, including stress EKG)<br>+ Flexible sigmoidoscopy<br>+ Hemocult stool analysis<br>+ Lipid panel (total cholesterol count)<br>+ Mammography, including breast ultrasound<br>+ Pap Smear, including ThinPrep Pap Test<br>+ PSA (prostate specific antigen—blood test for prostate cancer)<br>+ Serum Protein Electrophoresis (test for myeloma)<br>+ Stress test on bike or treadmill<br>+ Annual physical examination (only for covered persons over 18 years of age)<br>+ Immunizations |
| Transportation Benefit | Actual cost, up to $1,500, for round trip coach fare on a common carrier; or $.50 per mile for personal vehicle travel, up to $1,500, to a facility if more than 100 miles from place of residence. | |
| Lodging Benefit | $60 per day up to 60 days if facility is more than 100 miles from residence. Only applies to lodging occurring within 24 hours of, and including days of treatment. | |
| Recurrence Benefit | A benefit of 100% of the previously paid amount will be paid if a covered person is diagnosed for a second time with a heart attack, stroke, coronary artery bypass surgery, transplant, invasive cancer or carcinoma in situ. The second date of diagnosis must be more than 12 months after the first date of diagnosis for the critical illness, and for the cancer critical illness benefits, the covered person must have had no symptoms nor received any treatment during the 12 months after the prior occurrence. | |

CONFIDENTIAL    CIGNA19-13260024177

# The Critical Illness Protection Plan

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## Waiver of Premium Due to Disability

Your premiums for this coverage will be waived if you:

* Become totally disabled due to a sickness or injury; and
* Remain disabled for at least 180 consecutive days.

After the 180th day, your premiums will be waived until the earliest of:

* The date you are no longer totally disabled; or
* The date you reach age 65; or
* The date coverage ends.

"Disabled" means you are under the continuous care of a physician and unable to perform all of the essential functions of your regular job or any gainful employment for which you are reasonably qualified based on your education, training or experience. "Gainful employment" means the performance of any occupation for wages, remuneration or profit, for which you are qualified by education, training or experience on a full-time or part-time basis.

This benefit is payable only for the disability of the covered associate. It does not apply to covered dependents.

## Critical Illnesses Covered Under the Plan

The Critical Illness Protection Plan covers the specific conditions listed in The Critical Illness Protection Plan Summary of Benefits chart.

### Heart Attack

"Heart attack" is the death of a portion of heart muscle as a result of inadequate blood supply to the relevant area. The diagnosis must be based on both:

* New electrocardiographic changes; and
* Elevation of cardiac enzymes or biochemical markers showing a pattern and to a level consistent with a diagnosis of heart attack.

Heart attack does not include an established (old) myocardial infarction.

The date of diagnosis for heart attack is the date of death (infarction) of a portion of the heart muscle.

### Stroke

"Stroke" is the death of a portion of the brain producing neurological sequelae including infarction of brain tissue, hemorrhage and embolization from an extra-cranial source. There must be evidence of permanent neurological deficit.

Stroke does not include: transient ischemic attacks (TIA's), head injury, chronic cerebrovascular insufficiency or reversible ischemic neurological deficits.

The date of diagnosis for stroke is the date the stroke occurred based on documented neurological deficits and neuroimaging studies.

### Coronary Artery By-Pass Surgery

"Coronary artery by-pass surgery" is the surgical operation to correct narrowing or blockage of one or more coronary arteries with by-pass grafts on the advice of a cardiologist registered in the United States. Angiographic evidence to support the necessity for this surgery will be required.

Coronary artery by-pass surgery does not include: abdominal aortic bypass; balloon angioplasty; laser embolectomy; atherectomy; stent placement; or other non-surgical procedures.

The date of diagnosis for coronary artery by-pass surgery is the date the actual coronary artery by-pass surgery occurs.

### Transplant

"Transplant" is the surgical transplantation of a heart, lung, liver, pancreas, kidney or bone marrow. The transplanted organ/tissue must come from a human donor.

The date of diagnosis for transplant is the date the actual surgery occurs for the covered transplant.

### End Stage Renal Failure

"End stage renal failure" is the irreversible failure of both kidneys to perform their essential functions, with the covered person undergoing peritoneal dialysis or hemodialysis.

End stage renal failure does not include renal failure caused by a traumatic event, including surgical traumas.

The date of diagnosis for end stage renal failure is the date renal dialysis first begins due to the irreversible failure of both kidneys to perform their essential functions.

CONFIDENTIAL

CIGNA19-13260024178

### Paralysis

"Paralysis" is the total and permanent loss of voluntary movement or motor function of 2 or more limbs as the result of a sickness or injury.

The date of diagnosis for paralysis is the date a physician establishes the diagnosis of paralysis based on clinical and/or laboratory findings as supported by medical records.

### Complete Blindness

"Complete blindness" is a clinically proven irreversible reduction of sight in both eyes certified by an ophthalmologist with:

* Sight in the better eye reduced to a best corrected visual acuity of less than 6.60 (Metric Acuity) or 20/200 (snellen or E-chart Acuity); or

* Visual field restriction to 20 degrees or less in both eyes.

The date of diagnosis for complete blindness is the date an ophthalmologist makes an accurate certification of complete blindness.

### Complete Loss of Hearing

"Complete loss of hearing" is the total and irreversible loss of hearing in both ears.

Complete loss of hearing does not include loss of hearing that can be corrected by the use of any hearing aid or device.

The date of diagnosis for complete loss of hearing is the date the audiologist makes an accurate certification of total and permanent hearing loss.

### Coma

"Coma" is a continuous profound state of unconsciousness lasting 14 or more consecutive days due to an underlying sickness or traumatic brain injury. It is associated with severe neurologic dysfunction and unresponsiveness of a prolonged nature requiring significant medical intervention and life support measures.

Coma does not include a medically induced coma.

The date of diagnosis for coma is the first day of the period for which a physician confirms a coma has lasted for 14 consecutive days.

### Benign Brain Tumor

A "benign brain tumor" is a non-cancerous brain tumor:

* Confirmed by the examination of tissue (biopsy or surgical excision) or specific neuroradiological examination; and

* Resulting in persistent neurological deficits including but not limited to: loss of vision; loss of hearing; or balance disruption.

Benign brain tumor does not include:

* Tumors of the skull; or

* Pituitary adenomas; or

* Germanomas.

The date of diagnosis for a benign brain tumor is the date a physician determines a benign brain tumor is present based on examination of tissue (biopsy or surgical excision) or specific neuroradiological examination.

### Alzheimer's Disease

"Alzheimer's Disease" is a progressive degenerative disease of the brain that is diagnosed by a psychiatrist or neurologist as Alzheimer's Disease, which causes the covered person to be incapacitated.

"Incapacitated" means that, due to Alzheimer's Disease, the covered person:

* Exhibits the loss of intellectual capacity involving impairment of memory and judgment, which results in a significant reduction in mental and social functioning; and

* Requires substantial physical assistance from another adult to perform at least 3 of the activities of daily living, as defined below.

As used in this benefit, the "activities of daily living" are:

* Bathing – to wash oneself in a bathtub, shower or by sponge bath, with or without the aid of equipment.

* Dressing – to put on and remove necessary clothing including braces, artificial limbs or other surgical appliances.

* Toileting – to get on and off the toilet and maintain personal hygiene.

* Bladder and Bowel Continence – to manage bowel and bladder function with or without protective undergarments or surgical appliances so that a reasonable level of hygiene is maintained.

* Transferring – to move in and out of a bed, chair or wheelchair, with or without the use of equipment.

CONFIDENTIAL

CIGNA19-13260024179

* Eating – to consume food or drink that already has been prepared and made available, with or without the use of adaptive utensils.

The date of diagnosis for Alzheimer's Disease is the date a physician first diagnoses the covered person as incapacitated due to Alzheimer's Disease.

### Cancer: Carcinoma In Situ

A "carcinoma in situ" is a cancer where the tumor cells still lie within the tissue of origin without having invaded neighboring tissue. Carcinoma in situ includes:

* Early prostate cancer diagnosed as stages A, I or II or equivalent staging; and

* Melanoma not invading the dermis.

### Carcinoma in situ does not include:

* Other skin malignancies; or

* Pre-malignant lesions (such as intraepithelial neoplasia); or

* Benign tumors or polyps.

### Cancer: Invasive Cancer

"Invasive cancer" is a malignant tumor characterized by the uncontrolled growth and spread of malignant cells and the invasion of tissue. Invasive cancer includes Leukemia and Lymphoma.

### Invasive cancer does not include:

* Carcinoma in situ; or

* Tumors in the presence of any human immunodeficiency virus; or

* Skin cancer other than invasive malignant melanoma in the dermis or deeper or skin malignancies that have become metastatic; or

* Early prostate (stages A, I or II) cancer.

### Cancer Diagnosis Requirements

A cancer critical illness must be diagnosed in one of two ways:

* Pathological diagnosis means identification of cancer based on a microscopic study of fixed tissue or preparations from the hemic (blood) system. This type of diagnosis must be done by a certified pathologist whose diagnosis of malignancy is in keeping with the standards set by the American Board of Pathology.

* Clinical diagnosis means a clinical identification of cancer based on history, laboratory study and symptoms.

The plan will pay benefits for a clinical diagnosis only if:

* A pathological diagnosis cannot be made because it is medically inappropriate or life-threatening; and

* There is medical evidence to support the diagnosis.

The date of diagnosis for cancer critical illness is the day the tissue specimen, culture and/or titer(s) are taken on which the first diagnosis of cancer is based. The "first diagnosis of cancer" includes a diagnosis of a recurrence of a cancer that was previously diagnosed before the effective date of coverage if, after the previous diagnosis and before the date of diagnosis of the recurrence, the covered person is free of any symptoms and treatment of the cancer for the 12 consecutive months immediately preceding the effective date of coverage or any 12 consecutive months thereafter.

For purposes of this benefit, "treatment" does not include maintenance drug therapy or routine follow-up office visits to verify if the cancer critical illness has returned. "Maintenance drug therapy" means ongoing hormonal therapy, immunotherapy or chemo-prevention therapy that may be given following the full remission of a cancer due to primary treatment. It is meant to decrease the risk of cancer recurrence rather than the palliation or suppression of a cancer that is still present.

For purposes of this benefit, "symptoms" means the subjective evidence of disease or physical disturbance observed by a physician or other member of the medical profession, acting within the scope of their license.

## What the Plan Does Not Cover

The plan will not pay benefits for a critical illness that is, or is caused by, contributed to by or results from:

* War, declared or undeclared, participation in a riot, insurrection or rebellion.

* Intentionally self-inflicted injury or action.

* Illegal activities or participation in an illegal occupation.

* Substance abuse, to include abuse of alcohol, alcoholism, drug addiction or dependence upon any controlled substance.

CONFIDENTIAL

CIGNA19-13260024180

# The Critical Illness Protection Plan

## Filing a Claim

You can obtain a claim form by calling Allstate Workplace Division at 1-866-828-8766 or visiting Allstate Workplace Division's website at www.allstateatwork.com/homedepot to print the claim form. You must complete all applicable sections of the claim form and then give it to your attending physician. The physician will need to complete his or her section statement of the form. Once the form and supporting documentation is collected, all documents need to be mailed or faxed to Allstate Workplace Division.

### Mail to:

Allstate Workplace Division
P.O. Box 41189
Jacksonville, Florida 32203-1189

### Electronic submission through:

www.allstateatwork.com/homedepot.
Fax to: 1-877-652-2979

Written proof of your claim must be furnished to Allstate Workplace Division within 90 days of each critical illness or payable loss. If it is not reasonably possible to provide written proof in the time required, Allstate Workplace Division will not reduce or deny any claim for this reason, as long as the proof is filed as soon as reasonably possible. In any event, the proof required must be given to Allstate Workplace Division no later than one year from the time specified unless you are legally incapacitated.

Allstate Workplace Division has the right, at Allstate Workplace Division's expense, to have you examined by a physician of Allstate Workplace Division's choosing, as often as may be reasonably required while a claim is pending. Allstate Workplace Division may have an autopsy performed during the period of incontestability, where it is not forbidden by law.

## Payment of Claims

Allstate Workplace Division will send notice to you within 15 working days of receiving written proof of claim. If Allstate Workplace Division does not pay the loss within 15 working days upon receipt, this notice will state the reasons for failing to pay the claim, either in whole or in part. It will also provide an itemization of any documents or other information needed to process the claim.

When all the requested information needed to process the claim has been received, Allstate Workplace Division will then have 15 working days to process and either pay the claim or deny it, in whole or in part, giving the reasons for denying such claim or any portion of it.

Any amounts unpaid at your death may, at Allstate Workplace Division's option, be paid to a person who is related to you and who survives you, in the following order:

1. to your spouse or domestic partner, if living; otherwise

2. to the covered person's children including your domestic partner's children, in equal shares, if living; otherwise

3. to the covered person's parents, in equal shares, if living; otherwise

4. to the covered person's siblings, in equal shares, if living; otherwise

5. to the covered person's estate.

You may name a beneficiary by contacting Allstate Workplace Division at 1-866-828-8766 to request a beneficiary designation form or get the form online at www.allstateatwork.com/homedepot. Once you return the form to Allstate Workplace Division, your beneficiary designation will take effect on the date you signed it.

Allstate Workplace Division has the right to recover any overpayments due to fraud or any error made in processing a claim. You must reimburse Allstate Workplace Division in full. Allstate Workplace Division will work with you to develop a reasonable method of repayment if you are financially unable to repay in a lump sum.

## Appealing a Denied Claim

For information on appealing denied claims, see the Claims and Appeals chapter.

CONFIDENTIAL

CIGNA19-13260024181

## Continuing Critical Illness Protection Plan Coverage When Coverage Ends

When your Critical Illness Protection Plan coverage through the Company ends, you may elect to continue your coverage through portability by sending Allstate Workplace Division a written request and payment of the first premiums for the portability coverage not later than 30 days after your coverage ends.

No portability coverage will be provided if your Critical Illness Protection Plan coverage ends due to your failure to make required premium payments.

The benefits, terms and conditions of the portability coverage will be the same as those provided under the plan when the insurance terminated except portability coverage will not have a waiver of premium provision. Portability coverage may include any eligible dependents covered under the plan.

Portability coverage will be effective on the day after insurance under the policy terminates.

For information about portability, call 1-866-828-8766.

## COBRA (Continuing Coverage After Termination)

You and your eligible dependents will be offered the opportunity to purchase a temporary extension of coverage under the Critical Illness Protection Plan at group rates in certain instances where coverage under the Critical Illness Protection Plan would otherwise end. This coverage is referred to in this Benefits Summary as COBRA coverage. For more information, see the COBRA Coverage chapter.

CONFIDENTIAL

CIGNA19-13260024182





Live the ORANGE Life!

# Dental

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

217    Dental Plan Options

217    Coverage Categories

217    How the Dental Plan Options Work

218    Maximum Benefits

219    Special Rule for Orthodontia:Maximum Lifetime Orthodontia Benefit When Treatment Begins Applies Throughout Orthodontia Treatment

219    Selecting a MetLife Dentist

219    Scheduling Appointments with Your MetLife PDP Dentist

219    Pretreatment Estimate of Benefits

219    Pretreatment Estimate of Benefits Does Not Guarantee Payment

219    The Alternate Benefit Provision Allows for Suitable Dental Treatment

220    Filing Claims for Out-of-Network Services

220    Limitations

220    Changing Your Dental Option

220    Benefits for In-Network Services

220    Benefits for Out-of-Network Services

221    What's Covered Under the Plan

222    Examples of How the Plan Pays Benefits

222    What's Covered

222    Preventive and Diagnostic

223    Basic Restorative

223    Major Restorative

224    What's Not Covered

225    Coordinating Benefits with Other Plans

225    How Benefits Are Paid Through COB

225    Right to Recover Payment

227    Subrogation

227    COBRA (Continuing Coverage After Termination)

227    Appealing a Denied or Reduced Claim

CONFIDENTIAL    CIGNA19-13260024183

**Dental**

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Find a MetLife PDP dentist | Go to www.metlife.com/dental and click "Find a PDP dentist"; Or call 1-800-638-9909 |
| Get a claim form for out-of-network services | Go to www.metlife.com/dental to download a claim form; Or call 1-800-638-9909 |
| Submit a claim form | Take a claim form with you to your dentist. Mail to: MetLife P.O. Box 981282 El Paso, TX 79998-1282 |
| • Track your claims online and receive e-mail alerts when a claim has been processed • Find out the approximate in-network (PDP) fees and out-of-network fees in your area for many dental services | Go to www.resources.hewitt.com/homedepot, click the Health, Insurance tab, then Dental Or go to www.metlife.com/dental and set up a user ID and password. |

## Dental Plan Options

The Dental Plan offers you three dental options:

* MetLife $500 Max—covers only preventive and basic restorative care
* MetLife $1,000 Max—high level of coverage including orthodontia
* MetLife $2,000 Max—highest level of coverage including orthodontia

## Coverage Categories

You may select one of four coverage categories for the dental plan options:

* associate only
* associate + spouse (or same-sex domestic partner)
* associate + child(ren)
* associate + family (children and spouse or same-sex domestic partner)

## How the Dental Plan Options Work

All three dental options are MetLife Preferred Dentist Program (PDP) plans that let you use any dentist you want, but offer negotiated discounts when you go to a MetLife PDP network dentist. Your dental options provide you with comprehensive dental coverage for the majority of preventive, diagnostic and basic dental services, but vary in deductibles, maximum benefits, coinsurance and coverage of certain benefits.

All of the dental options offer:

* Preventive dental care covered at 100%. Dental cleanings and checkups are covered at no cost if you use a dentist in the MetLife PDP (Preferred Dentist Program) network—you don't have to meet the deductible for preventive care benefits to begin. All dental benefits—including preventive care benefits—are subject to the per-covered individual annual maximum benefit that applies to your dental option.

* Lower costs when you go to MetLife PDP network dentist. You can use any dentist; however, you will pay less if you use a MetLife network dentist because PDP network negotiated fees typically range from 15% to 45% less than average fees for the same or similar services charged by dentists in your area. In addition, MetLife PDP dentists have agreed to accept MetLife's negotiated fees as payment in full for services performed (subject to any deductibles, co-payments coinsurance and benefit maximums).

* Access to large network of providers. To find a MetLife PDP network dentist near you, go to www.metlife.com/dental. If your dentist is not part of the network, he or she can apply to become a MetLife PDP network dentist by going to www.metdental.com, a website for dentists only or calling 1-877-638-3379.

* Same coverage for non-network dentists. You'll have the same level of coverage—the same deductible, coinsurance and annual maximum—

CONFIDENTIAL

CIGNA19-13260024184

for dental services regardless of whether you use a MetLife PDP network or non-network dentist. However, when you use a MetLife PDP network dentist, you'll pay the negotiated fee, which is typically 15% to 45% lower than non-network dentists' fees. For out-of-network charges, you pay any amount above the reasonable and customary charge.

- MetLife discounts on cosmetic dentistry and other non-covered dental services. You'll receive the MetLife PDP dentist negotiated rate on cosmetic procedures and other services not covered by the dental options when you use a PDP dentist. You also will continue to receive the negotiated rate after you have reached your annual maximum benefit.

The MetLife $500 Max option covers only preventive and basic restorative care and offers a lower payroll deduction. This option is designed to encourage good dental health for associates and covered family members that may need only preventive and basic restorative dental services. This option has no coverage for major services or orthodontia. Preventive care and diagnostic services are covered at 100% when you use a MetLife PDP network dentist or covered at 100% of the reasonable and customary charge for non-network dentists. See What's Covered, Preventive and Diagnostic later in this chapter for a list of covered services. Basic restorative dental services are subject to the deductible and coinsurance. All dental benefits—including preventive care benefits—are subject to the annual maximum benefit. This option has an annual maximum benefit of $500 per covered individual.

The MetLife $1,000 Max option covers preventive, basic restorative and major restorative care as well as orthodontia for covered dependent children under age 19 with a payroll deduction that is higher than the MetLife $500 Max option. Preventive care and diagnostic services are covered at 100% when you use a MetLife PDP network dentist or covered at 100% of the reasonable and customary charge for non-network dentists. See What's Covered, Preventive and Diagnostic later in this chapter for a list of covered services. Basic and major restorative dental services and orthodontia are subject to the deductible and coinsurance. All preventive/diagnostic and basic and major restorative dental benefits are subject to the annual maximum benefit. This option has an annual maximum benefit of $1,000 per covered individual and a separate lifetime orthodontia maximum benefit of $750.

The MetLife $2,000 Max option covers preventive, basic restorative and major restorative care as well as orthodontia for covered dependent children under age 19 and has the highest level of coverage with the highest payroll deduction. Preventive care and diagnostic services are covered at 100% when you use a MetLife PDP network dentist or covered at 100% of the reasonable and customary charge for non-network dentists. See What's Covered, Preventive and Diagnostic later in this chapter for a list of covered services. Basic and major restorative dental services and orthodontia are subject to the deductible and coinsurance. All preventive/diagnostic and basic and major restorative dental benefits are subject to the annual maximum benefit. This option has an annual maximum benefit of $2,000 per covered individual and a separate lifetime orthodontia maximum benefit of $1,500.

See What's Covered for complete information on the services covered under the options.

## Maximum Benefits

Each Dental Plan option pays a maximum annual benefit for you and each of your covered family members as follows:

- MetLife $500 Max—$500 for each covered individual
- MetLife $1,000 Max—$1,000 for each covered individual
- MetLife $2,000 Max—$2,000 for each covered individual

All preventive/diagnostic and basic and major restorative dental benefits are subject to the annual maximum benefit.

Orthodontia has a separate lifetime maximum, as follows:

- MetLife $500 Max—No orthodontia coverage
- MetLife $1,000 Max—$750 lifetime maximum for each covered dependent child
- MetLife $2,000 Max—$1,500 lifetime maximum for each covered dependent child

The maximum is based on orthodontic services and procedures, whether in-network or out-of-network. Orthodontic services are available only for your child(ren) under age 19.

CONFIDENTIAL

CIGNA19-13260024185

### Special Rule for Orthodontia: Maximum Lifetime Orthodontia Benefit When Treatment Begins Applies Throughout Orthodontia Treatment

The lifetime maximum orthodontia benefit that will apply is based on the option in which the covered dependent is enrolled when orthodontia services began. The maximum orthodontia benefit will not change throughout that dependent's orthodontia treatment regardless of the option chosen in subsequent years.

For example, if you are enrolled in the $500 Max option when orthodontia treatment begins, no orthodontia benefits are paid for any orthodontia treatment even if a benefit option is chosen in subsequent years that covers orthodontia treatment. If you are enrolled in the $1,000 Max option when the orthodontia treatment begins, the $750 lifetime maximum benefit will apply throughout the orthodontia treatment regardless of whether you enroll in the $2,000 Max option or $500 Max option in subsequent years.

### Selecting a MetLife Dentist

A MetLife PDP dentist is a general dentist or specialist who has agreed to accept MetLife's negotiated fees as payment in full for services provided to plan participants. PDP fees typically range from 15-45% below the average fees charged in a dentist's community for the same or substantially similar services.

To get a list of participating MetLife PDP dentists:

* Go to www.metlife.com/dental, and click "Find a PDP dentist"; or

* Call 1-800-638-9909 to have a list faxed or mailed to you.

If your current dentist does not participate in the MetLife PDP network and you'd like to encourage him or her to apply, tell your dentist to go to www.metdental.com, or call 1-877-638-3379 for an application. The website and phone number are designed for use by dental professionals only.

### Scheduling Appointments with Your MetLife PDP Dentist

To set up an appointment with your MetLife PDP dentist:

* Confirm with MetLife that the specific provider and location is participating

* Call the dental office you selected.

### Pretreatment Estimate of Benefits

Whenever extensive dental work is proposed involving charges of $300 or more, your dentist can request a Pretreatment Estimate of Benefits from the Dental Plan. Your dentist should submit a detailed description of planned treatment and expected charges, including those for diagnostic x-rays, before dental work is started. If there is a major change in the treatment plan, a revised plan should be sent to your dental claims office.

After reviewing the description of the planned treatment and expected charges, the Dental Plan will determine the services the Dental Plan may cover and advise your dentist.

### Pretreatment Estimate of Benefits Does Not Guarantee Payment

The estimate of benefits payable may change based on the benefits, if any, for which a person qualifies at the time services are completed. You must provide proof on or after the date the dental service is received before the Dental Plan will pay benefits.

### The Alternate Benefit Provision Allows for Suitable Dental Treatment

When more than one dental service could provide suitable treatment based on common dental standards, MetLife will determine the dental service on which benefits will be based and the expenses that will be considered as covered expenses. Benefits will be provided for treatment you receive in accordance with accepted dental standards for adequate and appropriate care.

You and your dental provider are free to apply this benefit payment to the treatment of your choice; however, you are responsible for any expenses that exceed covered expenses. To avoid any surprises, use the Pretreatment Estimate of Benefits process so that you and your dentist know in advance what the Dental Plan will cover before any treatment begins.

CONFIDENTIAL

CIGNA19-13260024186

Case 3:19-cv-01324-JCH     Document 242-1     Filed 07/20/23     Page 223 of 405

**Dental**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

## Filing Claims for Out-of-Network Services

Your dentist may file your claims for you, which means you have little or no paperwork. Bring a claim form with you to your appointment. If you need a claim form, you can find one online at www.metlife.com/dental, or request one by calling 1-800-638-9909. You don't have to speak with a live representative to order a claim form—the MetLife automated voice response system is available 24 hours a day, 7 days a week.

If your dentist does not file claim forms for you, you must complete a claim form and send it to:

MetLife Dental Claims
P.O. Box 981282
El Paso, TX 79998-1282

Be sure to fill out a separate form for each covered family member, even if more than one family member visited the same dentist on the same day. You can include more than one bill (with the same or different dates) on a single claim form if all expenses are for the same family member.

If you or a covered family member are covered under another employer's group health plan that is the primary payer of dental benefits, submit your claim to that plan first. After you receive payment, send a copy of the explanation of benefits along with copies of the itemized bills to MetLife for processing. See **Coordinating Benefits with Other Plans** in this chapter for more details on coordinating benefits with other plans.

## Limitations

You should file all claims within 12 months of the date services are provided. The Dental Plan does not consider a claim form until the claims office receives all required information relating to the service or benefit provided. Claims filed more than 12 months following the date services were provided may not be eligible for benefits.

If you have questions about any of the MetLife dental options, call MetLife at 1-800-638-9909 and follow instructions to speak to a representative.

## Changing Your Dental Option

You may change your dental option only during Annual Enrollment or when you have a qualified change in status. See the Life Events chapter for more information. For information on making coverage changes for your same-sex domestic partner, see the **Benefits for Same-sex Domestic Partners** chapter.

## Benefits for In-Network Services

Payment for in-network services under each of the dental options is limited to the PDP negotiated charge. The PDP negotiated charge refers to the fees that participating PDP dentists have agreed to accept as payment in full, subject to any deductibles, copayments, coinsurance and benefit maximums. You are responsible for paying the deductible and any other charges that the Dental Plan does not cover.

## Benefits for Out-of-Network Services

Payment of benefits for out-of-network services under each of the dental options is limited to the reasonable and customary (R&C) allowance. You are responsible for charges above R&C. The deductible, annual maximum and orthodontia lifetime maximum are combined for all in-network and out-of-network procedures and services. Certain limitations and exclusions apply to all three options. For further explanation of your dental coverage, call MetLife at 1-800-638-9909.

CONFIDENTIAL

CIGNA19-13260024187

## What's Covered Under the Plan

The following charts summarize services and costs under the MetLife dental options. For more information, see What's Covered and What's Not Covered.

| Dental Services | MetLife $500 Max | | MetLife $1,000 Max | | MetLife $2,000 Max | |
|---|---|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Annual Deductible** (individual/family) | $25/$75 | $25/$75 | $50/$150 | $50/$150 | $50/$150 | $50/$150 |
| **Annual Maximum Benefit[1]** (per covered individual) | $500 | $500 | $1,000 | $1,000 | $2,000 | $2,000 |
| **Preventive and Diagnostic Care** (deductible does not apply) | Covered at 100% | Covered at 100%[2] | Covered at 100% | Covered at 100%[2] | Covered at 100% | Covered at 100%[2] |
| **Basic Restorative Care** (fillings, root canals) | You pay 30% | You pay 30%[2] | You pay 25% | You pay 25%[2] | You pay 20% | You pay 20%[2] |
| **Major Restorative Care** (bridges, dentures, crowns) | No coverage | No coverage | You pay 60% | You pay 60%[2] | You pay 50% | You pay 50%[2] |
| Orthodontia | No coverage | No coverage | 50% up to $750 lifetime maximum per covered dependent child | 50%[2] up to $750 lifetime maximum per covered dependent child | 50% up to $1,500 lifetime maximum per covered dependent child | 50%[2] up to $1,500 lifetime maximum per covered dependent child |

1 All preventive/diagnostic and basic and restorative dental benefits are subject to the annual maximum benefit.
2 Plan pays this percentage of the reasonable and customary (R&C) charge if you use a non-MetLife dentist.

CONFIDENTIAL

CIGNA19-13260024188

## Examples of How the Plan Pays Benefits

Here are some examples of how the MetLife dental options pay benefits when you go in-network or out-of-network. These examples assume that you have met your deductible.

Example A: You are enrolled in MetLife $1,000 maximum option and go to your dentist for a filling (a basic restorative service):

* the in-network MetLife PDP negotiated fee is $245
* the out-of-network R&C cost is $400
* the dentist's usual fee is $475

| In-Network When you receive care from a participating PDP dentist | |
| --- | --- |
| PDP fee | $245.00 |
| $1,000 MetLife Max dental option pays: 75% x $245 PDP fee | - $183.75 |
| Your out-of-pocket cost | $61.25 |

| Out-of-Network When you receive care from a non-participating dentist | |
| --- | --- |
| Dentist's usual fee | $475.00 |
| $1,000 MetLife Max dental option pays: 75% x $400 R&C fee | $300.00 |
| Your out-of-pocket cost | $175.00 |

Example B: You are enrolled in MetLife $2,000 maximum option and go to your dentist for a crown (a major restorative service):

* the in-network MetLife PDP negotiated fee is $375
* the out-of-network R&C cost is $500
* the dentist's usual fee is $600

| In-Network When you receive care from a participating PDP dentist | |
| --- | --- |
| PDP fee | $375.00 |
| $2,000 MetLife Max dental option pays: 50% x $375 PDP fee | - $187.50 |
| Your out-of-pocket cost | $187.50 |

| Out-of-Network When you receive care from a non-participating dentist | |
| --- | --- |
| Dentist's usual fee | $600.00 |
| $2,000 MetLife Max dental option pays: 50% x $500 R&C fee | $250.00 |
| Your out-of-pocket cost | $350.00 |

## What's Covered

Here is a list of primary covered services and limitations under each of the dental options.

### Preventive and Diagnostic

* oral exams twice per calendar year
* full mouth or panoramic x-rays once every 60 months
* cleaning of teeth (oral prophylaxis), twice per calendar year
* bitewing x-rays, one set in a calendar year for adults and children
* topical fluoride treatment for a child under age 19, twice per calendar year
* intraoral-periapical and extraoral x-rays
* pulp vitality and bacteriological studies for determination of bacteriologic agents
* diagnostic cast, twice per calendar year
* emergency palliative treatment to relieve tooth pain
* space maintainers for a covered child under age 14 once per location
* Sealants for a child under age 19, once per tooth every five years

CONFIDENTIAL

## Basic Restorative

- amalgam or resin fillings limited to once per 24-month period on the same tooth and surface

- consultations, but not more than once in a 12-month period

- root canal treatment, but not more than once in any 24-month period for the same tooth

- periodontal scaling and root planing, but not more than once per quadrant in any 24-month period

- simple extractions

- periodontal maintenance where periodontal treatment (including scaling, root planing and periodontal surgery such as osseous surgery) has been performed. Periodontal maintenance is limited to four times in any year less the number of teeth cleanings received during the current calendar year

- pulp capping (excluding final restoration) and therapeutic pulpotomy (excluding final restoration)

- pulp therapy and apexification/recalcification

- re-cementing of cast restorations or dentures

- simple repairs of cast restorations or denture

- occlusal adjustments, once per 12 months

## Major Restorative

- general anesthesia or intravenous sedation in connection with oral surgery, extractions or other covered services, when anesthesia is determined as necessary in accordance with generally accepted dental standards

- initial installation of full or partial dentures or implants once per 84 months:

  —when needed to replace congenitally missing teeth; or

  —when needed to replace natural teeth that are lost while you or a dependent is covered under the dental plan

- replacement of a non-serviceable denture if such denture was installed more than five years prior to replacement

- replacement of an immediate, temporary full denture with a permanent full denture if the immediate, temporary full denture cannot be made permanent and such replacement is done within 12 months of the installation of the immediate, temporary full denture

- relinings and rebasings of existing removable dentures:

  —if at least six months have passed since the installation of the existing removable denture; and

  —not more than once in any 36 month period

  —adjustments of dentures, if at least six months have passed since the installation of the denture

- initial installation of cast restorations but only

when the tooth is fractured or has major decay that cannot be restored with regular filling

- replacement of any cast restoration with the same or a different type of cast restoration but no more than one replacement for the same tooth within 84 consecutive months of a prior replacement

- prefabricated stainless steel crown or prefabricated resin crown, but no more than one replacement for the same tooth surface within 84 months

- crowns, inlays and gold fillings to restore teeth, but only when the tooth is fractured or has major decay that cannot be restored with regular fillings once per 84 months per tooth

- core buildup, but no more than once per tooth in a period of 84 months

- posts and cores, but no more than once per tooth in a period of 84 months

- labial veneers, but no more than once per tooth in a period of 84 months

- oral surgery except as mentioned elsewhere in this chapter

- periodontal surgery, including gingivectomy, gingivoplasty, gingival curettage and osseous surgery, but no more than one surgical procedure per quadrant in any 36-month period

- surgical extractions

- implants, but no more than once for the same tooth position in an 84-month period

- repair of implants, but not more than once in a 12-month period

CONFIDENTIAL

CIGNA19-13260024190

* implant supported prosthetics, but no more than once for the same tooth position in an 84-month period

* Occlusal guard which typically treats the effects of bruxism or grinding of teeth and other occlusal factors

## What's Not Covered

The Dental Plan will not reimburse you for expenses relating to the following:

* services which are not dentally necessary, those which do not meet generally accepted standards of care for treating the particular dental condition, or which are deemed experimental in nature

* services for which you would not be required to pay in the absence of dental coverage

* services or supplies received by you or your covered family member before the dental coverage starts for that person

* services which are neither performed nor prescribed by a dentist except for those services of a licensed dental hygienist which are supervised and billed by a dentist and which are for:

  —scaling and polishing of teeth; or

  —fluoride treatments

* services which are primarily cosmetic, unless required for the treatment or correction of a congenital defect of a newborn child

* services or appliances which restore or alter occlusion or vertical dimension

* restoration of tooth structure damaged by attrition, abrasion or erosion unless caused by disease

* restorations or appliances used for the purpose of periodontal splinting

* counseling or instruction about oral hygiene, plaque control, nutrition and tobacco

* personal supplies or devices including, but not limited to: water piks, toothbrushes or dental floss

* initial installation of a denture or implant to replace one or more teeth which were missing before such person was insured for dental Insurance, except for congenitally missing teeth

* decoration or inscription of any tooth, device, appliance, crown or other dental work

* missed appointments

* services:

  —covered under any workers' compensation or occupational disease law;

  —covered under any employer liability law;

  —for which the employer of the person receiving such services is not required to pay; or

  —received at a facility maintained by the Company, labor union, mutual benefit association or VA hospital

* services covered under other coverage provided by the Company

* temporary or provisional restorations

* temporary or provisional appliances

* prescription drugs

* services for which the submitted documentation indicates a poor prognosis

* the following when charged by the dentist on a separate basis:

* claim form completion;

* infection control such as gloves, masks and sterilization of supplies; or

* local anesthesia, non-intravenous conscious sedation or analgesia such as nitrous oxide

* dental services arising out of accidental injury to the teeth and supporting structures, except for injuries to the teeth due to chewing or biting of food

* caries susceptibility tests

* sedative fillings

* local chemotherapeutic agents

* modification of removable prosthodontic and other removable prosthetic services

* injections of therapeutic drugs

* application of desensitizing agents

* precision attachments associated with fixed and removable prostheses, except when the precision attachment is related to implant prosthetics

* adjustment of a denture made within six months after installation by the same dentist who installed it

* duplicate prosthetic devices or appliances

* replacement of a lost or stolen appliance, cast restoration or denture

* repair or replacement of an orthodontic device

* diagnosis and treatment of temporomandibular joint disorders

* intra- and extra-oral photographic images

* fixed and removable appliances for correction of harmful habits

CONFIDENTIAL

CIGNA19-13260024191

## Coordinating Benefits with Other Plans

If you or a covered family member is participating in this Dental Plan and is also covered under another employer's group health/dental plan, MetLife will coordinate coverage with that plan. Coordination of benefits (COB) is the process used to determine how claims for eligible Dental Plan expenses should be paid when you and a covered family member are covered under two or more dental plans—for example, if you and your spouse (or same sex domestic partner) both work and are covered by each other's employer-provided dental plan. The term "plan" refers to:

* a group insurance plan

* an HMO

* a blanket plan

* uninsured arrangements of group or group type coverage

* a group practice plan

* a group service plan

* a group prepayment plan

* any other plan that covers people as a group

* motor vehicle No Fault coverage if the coverage is required by law

* any other coverage required or provided by any law or any governmental program, except Medicaid

* Each plan or part of a plan which has the right to coordinate benefits will be considered a separate plan.

Coordination of benefits applies only when the Dental Plan is the secondary plan. If the Dental Plan is the primary plan (for example, if the expense was incurred by you, as a Company associate), COB does not apply.

### How Benefits Are Paid Through COB

When the Dental Plan is the secondary plan, the total amount payable under the Dental Plan, when added to the amount or value of the benefits or services provided by all other plans, will not exceed the amount or value of the allowable expense which is incurred. In no event will the amount the Dental Plan pays be more than the Dental Plan would pay if there were no other plan.

When the Home Depot Dental Plan is secondary, the Home Depot Dental Plan will pay whatever is lower:

* The Home Depot Dental Plan's normal liability; or

* The part of the allowable expenses that were not paid by the primary plan (the remaining balance). If the reasonable and customary charge amount is different for the Home Depot Dental Plan and the other plan, the higher amount of reasonable and customary charge will be used as the COB allowable expense to calculate benefits.

The allowable expense is any necessary, reasonable, and customary service or expense, including deductibles or coinsurance, covered—in whole or in part—by any one of the plans that cover the person for whom claim is made. When the benefits are in the form of services, the reasonable cash value of each service is the allowable expense and is a benefit paid. The "reasonable cash value" is an amount which a duly licensed provider of dental care services usually charges patients and which is within the range of fees usually charged for the same service by other dental care providers located within the immediate geographic area where the dental care service is rendered under similar or comparable circumstances.

If you have any questions about the COB rules for the Dental Plan, call MetLife at 1-800-638-9909.

### Right to Recover Payment

If the Dental Plan makes a payment by mistake, the Plan has the right to recover the amount of the over-payment from any person, insurance company or other organization to whom the payment was made.

CONFIDENTIAL

CIGNA19-13260024192

## Which Plan is the Primary Plan When Coordination of Benefits Applies?

| | |
|---|---|
| When you (the The Home Depot associate) are the patient... | The Home Depot Dental Plan is the primary plan. |
| When your spouse (or same sex domestic partner) is the patient... | His or her plan is primary and the The Home Depot Dental Plan is secondary. |
| When your child is the patient... | The "birthday" rule is followed. This means that when both plans covering your child follow the birthday rule, the plan of the parent whose birthday occurs earlier in the year (regardless of the ages of the parents) is primary for the child. The birthday rule is an insurance industry standard.<br><br>If one of the plans is issued out of the state whose laws govern this policy and determines the order of benefits based upon the gender of the parent, the plan with the gender rules shall determine the order of benefits. |
| If you are legally separated or divorced (or were never married)... benefits for a child will be determined in this order: | If a court decree states that one parent is responsible for the child's healthcare expenses or health coverage and the plan for that parent has actual knowledge of the terms of the order, but only from the time of actual knowledge. The primary plan is determined in this order:<br><br>The plan of the parent with custody of the child.<br><br>The plan of the spouse of the parent with custody of the child.<br><br>The plan of the parent not having custody of the child.<br><br>The plan of the spouse of the parent not having custody of the child. |
| If the above rules do not establish the order... | The plan covering the claimant for the longest period of time will be primary except:<br><br>The plan covering the claimant as an active associate is primary over a plan covering the claimant as a laid-off or retired associate. If the other plan does not have this rule, it will not apply.<br><br>The plan covering the claimant as an active participant is primary over a plan covering the claimant under a right of continuation provided by federal or state law. If the other plan does not have this rule, it will not apply. |

CONFIDENTIAL    CIGNA19-13260024193

## Subrogation

There is no subrogation provision within the Dental Plan. Subrogation is the right of the insurance company to recoup benefits paid to a participant through legal suit, if the action causing the disability and subsequent dental expenses was the fault of another individual.

## COBRA (Continuing Coverage After Termination)

Federal law requires that you and your eligible dependents be offered the opportunity to purchase a temporary extension of coverage under the Dental Plan at group rates in certain instances where coverage under the Dental Plan would otherwise end. This coverage is referred to as COBRA coverage. For more information, see the COBRA Coverage chapter.

## Appealing a Denied or Reduced Claim

For information on appealing a denied or reduced claim, see the Claims and Appeals chapter.

CONFIDENTIAL

CIGNA19-13260024194



 Live the ORANGE Life!

# Vision

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

229   Vision Plan Options
230   Coverage Categories
230   **Using EyeMed Select Network Providers**
230   **Using Out-of-Network Providers**
231   **What's Covered Under the Vision Plan**
231   Eye Exams
231   Eyeglasses
231   Contact Lenses
231   Additional Discounts on Eyeglasses and Contact Lenses
234   Discounts on Laser Vision Correction Surgery
234   **What's Not Covered**
234   **Coordination of Benefits**
234   **Filing Claims**
235   Appealing a Denied or Reduced Claim
235   Member Grievance Procedure
235   Timely Filing Limitation
235   Subrogation
235   **COBRA (Continuing Coverage After Termination)**
235   **EyeMed Vision Discount Program**
235   Limitations and Exclusions for the EyeMed Vision Discount Program
236   **Vision Care Discount Program Through Aetna**

CONFIDENTIAL                                    CIGNA19-13260024195

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| • Find an EyeMed Select network provider<br>• Get a claim form for an out-of-network provider<br>• Get a new EyeMed Select ID card<br>• Get information on eye health | Go to www.eyemed.com; or call EyeMed's Home Depot Member Services Department at 1-888-203-7447 from 7:30 a.m. to 11 p.m. Eastern time Monday through Saturday and 11 a.m. to 8 p.m. Eastern time on Sunday. |
| Nominate your vision care provider to the EyeMed vision network | Get an EyeMed Provider Nomination Form at www.livetheorangelife.com and give it to your provider OR Call EyeMed's Customer Care Center at 1-888-203-7447 to request that a form be sent to your vision care provider or give your vision care provider's information to the Customer Care Representative during your call. |
| File a claim for an out-of-network provider | Mail, fax or e-mail your claim form and itemized receipts to:<br>EyeMed Vision Care, Attn: OON Claims, P.O. Box 8504, Mason, Ohio 45040-7111<br>oonclaims@eyemedvisioncare.com<br>Fax: 1-866-293-7373 |
| Find out more about discounted laser vision correction surgery | Go to www.EyeMedLasik.com; or call 1-877-552-7376 (1-877-5LASER6) |
| Get information on the EyeMed discount program (available to all Home Depot associates who are not enrolled in an EyeMed vision option) | Go to www.eyemed.com; or call EyeMed's Home Depot Member Services Department at 1-888-203-7447 from 7:30 a.m. to 11 p.m. Eastern time Monday through Saturday and 11 a.m. to 8 p.m. Eastern time on Sunday. |
| Get information on the Aetna Vision Discount program (only for those enrolled in Aetna Medical Plan) | Call Aetna at 1-800-793-8616 from 8 a.m. to 11 p.m. Eastern time Monday through Saturday or 11 a.m. to 8 p.m. Eastern time on Sunday. For information on discounts on LASIK, call 1-800-422-6600 |

## Vision Plan Options

The EyeMed Vision Plan offers you two options:

• EyeMed Select $120 option; and

• EyeMed Select $150 option.

Both options offer:

• No cost for eye exams. Eye exams are covered at no cost when you use EyeMed Select network providers. Annual eye exams are important to all ages, as an eye exam not only detects vision correction needs, but can reveal the signs of health conditions including diabetes and high blood pressure.

• Pay less for eyeglasses and contact lenses when you use EyeMed Select network providers.

• Large network of retail and independent providers! The EyeMed Select network includes thousands of independent optometrists, ophthalmologists and opticians.

• Large network of leading optical retailers. Lenscrafters, Sears Optical, Target Optical, JC Penny Optical and most Pearle Vision locations are all EyeMed Select providers.

• Discounts on laser vision correction. EyeMed offers vision plan participants a laser vision correction discount of 5% off any promotional price or 15% off the retail price for treatments performed through the U.S. Laser Network, owned and operated by LCA vision.

• Unlimited additional discounts on eyeglasses and contact lenses. Vision plan participants get a 35% discount off complete pairs of eyeglasses and a 15% discount off conventional contact lenses once your frame, lens and contact lens benefits have been used.

CONFIDENTIAL

CIGNA19-13260024196

Case 3:19-cv-01324-JCH   Document 242-1   Filed 07/20/23   Page 233 of 405

**Vision**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

## Coverage Categories

For the Vision Plan, you may select one of four coverage categories:

* associate only

* associate + spouse (or same-sex domestic partner)

* associate + child(ren)

* associate + family (children and spouse or same-sex domestic partner)

## Using EyeMed Select Network Providers

To find an EyeMed Select network provider, go to www.eyemed.com (be sure to look at "Select" network providers) or call EyeMed's Home Depot Member Services Department at 1-888-203-7447. Before you go to an EyeMed Select network provider, it is recommended that you call ahead for an appointment. When you arrive, show the receptionist or sales associate your EyeMed Select ID card. If you don't have your card, say that you are participating in the Home Depot vision care plan so your eligibility can be verified. You also can go to www.eyemed.com to print an ID card or call EyeMed's Home Depot Member Services Department at 1-888-203-7447 to request a new ID card.

When you receive services by an EyeMed Select network provider, you won't have to file a claim form. You will have to pay the cost of any services or eyewear that exceeds your allowances and any applicable copayments (see The EyeMed Vision Plan Options chart later in this chapter). You will also owe state tax, if applicable, and the cost of non-covered expenses (see What's Not Covered later in this chapter). Your EyeMed Select network provider arranges eyewear fabrication and delivery.

## Using Out-of-Network Providers

If you visit an out-of-network provider, you are responsible for paying the provider in full at the time of service and then submitting the claim and receipts to EyeMed/FAA for reimbursement. You will be reimbursed for eligible services received from an out-of-network provider as shown in The EyeMed Vision Plan Options chart later in this chapter.

To receive care from an out-of-network provider:

* **Request an Out-of-Network Claim Form:** To ensure timely payment of your claim, get an out-of-network claim form at www.eyemed.com before you see the provider. You can also call EyeMed's Home Depot Member Services Department at 1-888-203-7447 and the form will be mailed to you within 24 hours. Forms can also be emailed or faxed.

* **Schedule an Appointment:** Make an appointment with the out-of-network provider of your choice.

* **Pay for all Services:** Pay for all services at the point of care and ask the provider for an itemized receipt.

* **Submit Out-of-Network Claim Form:** Fill out and submit the out-of-network claim form with paid receipts to EyeMed/FAA for processing. Out-of-network reimbursements are sent directly to you. Payment will include an Explanation of Benefits (EOB).

See the Filing Claims section for more information on using out-of-network providers.

CONFIDENTIAL

CIGNA19-13260024197

## What's Covered Under the Vision Plan

### Eye Exams

The EyeMed Select $120 option and the $150 option provide benefits for one eye exam every 12 months. If you use an EyeMed Select network provider, there is no cost to you. If you use an out-of-network provider, you will be reimbursed up to $40 of the amount charged.

### Eyeglasses

The EyeMed Select $120 option provides benefits for frames once every 24 months and the EyeMed Select network $150 option provides benefits for frames once every 12 months. If you use an EyeMed Select network provider and choose a frame that exceeds your option's allowance, you pay 80% of the balance over the allowance. Your provider will assist you in determining which frames are within your allowance and what the additional charges, if any, will be. If you use an out-of-network provider, you will be reimbursed up to the out-of-network frame allowance for your option.

The lens benefit is available once every 12 months in both options. The options differ in the amount you pay for the lenses and lens options.

Elective or medically necessary contact lenses may be provided instead of eyeglass lenses once every 12 months. You cannot receive benefits for contact lenses and eyeglasses in the same year.

For information on frame and lens coverage, see The EyeMed Vision Plan Options chart later in this chapter.

### Contact Lenses

The Vision Plan covers disposable, non-disposable or medically necessary contact lenses instead of eyeglass lenses. The contact lens fit and follow-up coverage depends on the type of contact lens you will be receiving:

* Standard Contact Lenses include spherical clear contact lenses in conventional wear and planned replacement (for example, disposable and frequent replacement).

* Premium Contact Lenses include all lens designs, materials and specialty fittings other than Standard Contact Lens (for example, toric and multifocal).

Contact lenses are considered to be medically necessary only if one of the following exists:

* To correct extreme vision problems that can be corrected two lines of improvement on the visual acuity chart when compared to the best corrected standard spectacle lenses

* Keratoconus when the member's vision is not correctable to 20/25 in either or both eyes using standard spectacle lenses

* Anisometropia of 3D in meridian powers

* High ametropia exceeding –10D or +10D in meridian powers

Your eye doctor determines if your vision needs qualify. If your vision needs do not qualify, you may receive the elective contact lens allowance.

For information on contact lens fit and follow-up and contact lens coverage, see The EyeMed Vision Plan Options chart later in this chapter.

### Additional Discounts on Eyeglasses and Contact Lenses

Once your frame, lens and contact lens benefits have been used for that calendar year, Vision Plan participants get a:

* 35% discount off complete pairs of eyeglasses

* 15% discount off conventional contact lenses

* 20% discount on items not covered by the plan. This cannot be combined with any other discounts or promotional offers and does not apply to EyeMed provider's professional services or contact lenses.

These discounts are available through EyeMed Select network providers only. Pursuant to Maryland and Texas law, discounts may not be available at all participating providers. Prior to your appointment, please confirm with your provider that discounts are offered.

After initial purchase, replacement contact lenses may be obtained by going to www.eyemedcontacts.com at substantial savings and mailed directly to you. The contact lens benefit allowance is not applicable to this service.

For more information on the additional discounts available to EyeMed members, call EyeMed's Home Depot Member Services Department at 1-888-203-7447.

CONFIDENTIAL

CIGNA19-13260024198

**Vision**

## The EyeMed Select Vision Options

| Item | EyeMed Select $120 | | EyeMed Select $150 | |
| --- | --- | --- | --- | --- |
| | EyeMed Select Providers: You Pay | Non-EyeMed Select Providers: Your Reimbursement After You Submit Claim | EyeMed Select Providers: You Pay | Non-EyeMed Select Providers: Your Reimbursement After You Submit Claim |
| Exam (once every 12 months) | $0 copay | Up to $40 | $0 copay | Up to $40 |
| **Eyeglasses (frames and lenses)** | | | | |
| Frames | Plan pays first $120 then you pay 80% of balance over $120—frame benefit available once every 24 months | Up to $45 —available once every 24 months | Plan pays first $150 then you pay 80% of balance over $150—frame benefit available once every 12 months | Up to $53—available once every 12 months |
| **Standard Plastic Lenses** | | | | |
| Single vision (once every 12 months) | $15 copay | Up to $35 | $0 copay for all | Up to $35 |
| Bifocal (once every 12 months) | | Up to $55 | | Up to $55 |
| Trifocal (once every 12 months) | | Up to $75 | | Up to $75 |
| Lenticular (once every 12 months) | | Up to $75 | | Up to $75 |
| Standard progressive (once every 12 months) | $80 copay | Up to $55 | | Up to $84 |
| Premium progressive (once every 12 months) | fixed pricing list | Up to $55 | | Up to $140 |
| **Specialty Lens Options** | | | | |
| UV Coating | $0 copay | Up to $11 | $0 copay for all | Up to $11 |
| Tint (Solid and Gradient) | $0 copay | Up to $11 | | Up to $11 |
| Standard Scratch-Resistance | $0 copay | Up to $11 | | Up to $11 |
| Standard Polycarbonate | $40 ($0 copay for dependents under age 19) | N/A for adults (Up to $28 for dependents under age 19) | | Up to $28 |
| Standard Anti-Reflective Coating | $45 | N/A | | Up to $32 |
| Photochromatic | 80% of charge | N/A | | Up to $53 |
| Transitions | 80% of charge | N/A | | Up to $53 |
| Edge Coating | 80% of charge | N/A | | Up to $11 |

CONFIDENTIAL

CIGNA19-13260024199

**Vision**

## The EyeMed Select Vision Options—continued

| Item | EyeMed Select $120 | | EyeMed Select $150 | |
|------|--------------------|--------------------|--------------------|--------------------|
| | EyeMed Select Providers | Non-EyeMed Select Providers Reimbursement After You Submit Claim | EyeMed Select Providers | Non-EyeMed Select Providers Reimbursement After You Submit Claim |
| **Contact Lens Fit and Follow-up (once comprehensive eye exam has been completed)** | | | | |
| Standard (examples include conventional, disposable, frequent replacement) | $0 fit and two follow-up visits | Up to $40 | $0 fit and two follow-up visits | Up to $40 |
| Premium (examples include toric, multifocal) | You get 10% off retail price. Plan pays first $40, then you pay 100% of balance over $40 | Up to $40 | You get 10% off retail price, then you pay balance over the plan's $40 allowance | Up to $40 |
| **Contact Lenses (once every 12 months instead of eyeglasses)** | | | | |
| Conventional | Plan pays first $120, then you pay 85% of balance over $120 | Up to $96 | Plan pays first $150, then you pay 85% of balance over $150 | Up to $120 |
| Disposable | Plan pays first $120, then you pay 100% of balance over $120 | Up to $96 | Plan pays first $150, then you pay balance over $150 | Up to $120 |
| Medically Necessary | $0 copay | Up to $200 | $0 copay | Up to $210 |

CONFIDENTIAL

CIGNA19-13260024200

## Discounts on Laser Vision Correction Surgery

As a participant in an EyeMed vision option, you can save money on laser vision correction surgery. You will receive a 15% discount off regular pricing or a 5% discount off promotional pricing on LASIK, PRK and e-LASIK procedures through the US Laser Vision Network, which is owned and administered by LCA-Vision, the leading provider in the industry. For more information about this discount, visit www.EyeMedLasik.com or call 1-877-552-7376. This service is separate from your standard plan benefit.

To access the laser vision discount:

1. Call the U.S. Laser Network at 1-877-552-7376 to find the laser correction provider most convenient for you.

2. Schedule a consultation with the provider. When making the appointment, tell the office that you are an EyeMed member.

3. During your consultation, you and your provider will determine whether or not you are a good candidate for the procedure.

4. If you choose to proceed with the treatment, call the U.S. Laser Network to request an authorization for your discount. A refundable deposit will also be requested at this time. The authorization will be sent to you and the laser provider.

5. Schedule your procedure. After your appointment be sure to follow all post-operative instructions carefully.

## What's Not Covered

Benefits are not provided for services or materials arising from:

* Orthoptic or vision training

* Subnormal vision aids and any associated supplemental testing

* Medical and/or surgical treatment of the eye, eyes or supporting structures

* Services provided as a result of any Workers Compensation law, or similar law

* Lost or broken materials

* Eye or vision exam, or corrective eyewear required by an employer as a condition of employment and safety eyewear, unless specifically covered under plan

* Two pair of glasses in lieu of bifocals

* Aniseikonic lenses

* Non-prescription lenses and/or contact lenses

* Certain frames where the manufacturer imposes a no-discount policy.

## Coordination of Benefits

There is no coordination of benefits provision for the Vision Plan. If elected, benefits described in this *Benefits Summary* are provided regardless of whether or not you are covered by another plan, such as an HMO with a vision exam provision. In addition, you may also receive full discounts that may be available through vision care discount programs offered through your Medical Plan.

## Filing Claims

When you receive services from an EyeMed Select network provider, you will not have to file a claim form. If you visit an out-of-network provider, you are responsible for paying the provider in full at the time of service and then submitting the claim and receipts to EyeMed/FAA for reimbursement. "FAA" (First American Administrators) is a wholly-owned subsidiary of EyeMed. FAA manages the claim payment and adjudication process for all EyeMed plan members. Mail, fax or e-mail the completed form along with the itemized paid receipts for services and materials to:

EyeMed Vision Care/FAA
Attn: OON Claims
P.O. Box 8504
Mason, Ohio 45040-7111
Fax: 1-866-293-7373
oonclaims@eyemedvisioncare.com

CONFIDENTIAL

CIGNA19-13260024201

**Vision**

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 238 of 405

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

## Appealing a Denied or Reduced Claim

If a claim for reimbursement or benefits is reduced or denied, in whole or in part, and you want the claim reconsidered, a written request for reconsideration must be submitted in accordance with the procedures set forth in the Claims and Appeals chapter.

## Member Grievance Procedure

If you are dissatisfied with the services provided by an EyeMed network provider, you should either write to EyeMed at the address indicated above or call EyeMed's Home Depot Member Services Department at 1-888-203-7447. The EyeMed Vision Care Member Services representative will log the telephone call and attempt to reach a resolution to the issues you raised.

If a resolution is not able to be reached during the telephone call, the concern will be addressed through the complaints and appeals process. The member will receive an acknowledgement letter from a Quality Assurance Specialist within three days that includes a resolution or a description of the appeal procedure and time line. If you are not satisfied with the resolution, the member may file a formal appeal in accordance with the procedures set forth in Claims and Appeals chapter.

## Timely Filing Limitation

For the Vision Plan, all claims must be received within 12 months of the date services are rendered. Claims filed after 12 months will not be considered for payment.

## Subrogation

There is no subrogation provision within the Vision Plan. Subrogation is the right of the insurance company to recoup benefits paid to a participant through legal suit, if the action causing the disability and subsequent medical expenses was the fault of another individual.

## COBRA (Continuing Coverage After Termination)

Federal law requires that you and your eligible dependents be offered the opportunity to purchase a temporary extension of coverage under the Vision Plan at group rates in certain instances where coverage under the Vision Plan would otherwise end. This coverage is referred to as COBRA. For more information, see the COBRA Coverage chapter.

## EyeMed Vision Discount Program

The EyeMed Vision Discount Program is available to all Home Depot associates who are not enrolled in an EyeMed vision option. For information on this program, see the EyeMed Vision Discount Program chart later in this chapter.

Member will receive a 20% discount on those items purchased at participating providers that are not specifically covered by this Discount Program. The 20% discount may not be combined with any other discounts or promotional offers, and the discount does not apply to EyeMed provider's professional services, or contact lenses. Retail prices may vary by location. Pursuant to Maryland and Texas law, discounts may not be available at all participating providers. Prior to your appointment, please confirm with your provider that discounts are offered.

The EyeMed Vision Discount Program is available through EyeMed Select network providers only.

## Limitations and Exclusions for the EyeMed Vision Discount Program

Discount is not provided for services or materials arising from:

* Orthoptic or vision training, subnormal vision aids, and associated supplemental testing
* Medical and/or surgical treatment of the eye, eyes, or supporting structures
* Corrective eyewear required by an employer as a condition of employment, and safety eyewear unless specifically covered under plan
* Services provided as a result of any Workers' Compensation law
* Discount is not available on those frames where the manufacturer prohibits a discount

CONFIDENTIAL

CIGNA19-13260024202

Vision

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

## Vision Care Discount
## Program Through Aetna

In addition to the Vision Plan, when you are enrolled under one of the Aetna medical plans you are automatically entitled to participate in the Aetna Vision Discount Program. Participating optical centers such as Sears, JCPenney, Pearle Vision stores and others, as well as selected doctor's offices, provide discounts on products and services.

To receive the vision care discounts, simply show your Aetna ID card to participating providers. You can find a vision center or doctor's office that participates in the Aetna Vision Discount Program by calling Aetna at 1-800-793-8616 from 8 a.m. to 11 p.m. Eastern time Monday through Saturday or 11 a.m. to 8 p.m. Eastern time on Sunday.

The Aetna Vision Discount Program offers discounts on LASIK. To find the closest surgeon for a LASIK procedure, call Aetna at 1-800-422-6600 from 8 a.m. to 9 p.m. Eastern time Monday through Friday or 9 a.m. to 6 p.m. Eastern time on Saturday.

If you are found to be a candidate for LASIK surgery and wish to have the procedure performed, schedule a surgery date with the provider. Then call the LASIK number above with date of your surgery and pay a deposit not to exceed $100 per eye. At that time, you will receive an authorization number in order to receive the appropriate discount. In addition, your surgeon will receive written confirmation verifying your discount and the amount of your deposit. Your discount and deposit will be deducted from the surgeon's fee at the time of treatment. For more information, see the Aetna Vision Discount Program chart later in this chapter.

CONFIDENTIAL

CIGNA19-13260024203

## EyeMed Vision Discount Program[1]

The EyeMed Vision Discount Program is available to all Home Depot associates who are not enrolled in an EyeMed vision option.

| Vision Care Services | Member Cost |
|---|---|
| Exam with Dilation as Necessary: | $5 off comprehensive exam<br>$10 off contact lens exam |
| **Complete Pair of Glasses Purchase[*]: frame, lenses and lens options must be purchased in the same transaction to receive full discount.** | |
| Standard Plastic Lenses:<br>• Single Vision<br>• Bifocal<br>• Trifocal<br>• Standard Progressive | $50<br>$70<br>$105<br>$135 |
| Frames:<br>Any frame available at provider location | 35% off retail price |
| Lens Options:<br>• UV Coating<br>• Tint (Solid and Gradient)<br>• Standard Scratch-Resistance<br>• Standard Polycarbonate<br>• Standard Anti-Reflective Coating<br>• Other Add-Ons and Services | $15<br>$15<br>$15<br>$40<br>$45<br>20% discount |
| Contact Lens Materials:<br>(Discount applied to materials only)<br>• Disposable<br>• Conventional | 0% off retail price<br>15% off retail price |
| Laser Vision Correction[**]:<br>• Lasik or PRK | 15% off retail price - or - 5% off promotional price |
| Frequency:<br>• Examination<br>• Frame<br>• Lenses<br>• Contact Lenses | Unlimited<br>Unlimited<br>Unlimited<br>Unlimited |

1 Uses EyeMed Select Network

* Items purchased separately will be discounted 20% off the retail price.

** Since Lasik or PRK vision correction is an elective procedure, performed by specially trained providers, this discount may not always be available from a provider in your immediate location. For a location near you and the discount authorization, please call 1-877-5LASERS.

Pursuant to Maryland and Texas law, discounts may not be available at all participating providers. Prior to your appointment, please confirm with your provider that discounts are offered.

This is not Insurance

CONFIDENTIAL

CIGNA19-13260024204

## Aetna Vision Discount Program[1]

The Aetna Vision Discount Program is available to all Home Depot associates who are enrolled in the Aetna medical plan.

| Product or Service | Reduced Fee/Member Cost |
|---|---|
| **Eyeglass Frames (retail prices)** | |
| Eyeglass Frames | 40% off retail price |
| **Lenses per Pair (uncoated plastic)** | |
| Single vision | $40 |
| Bifocal | $60 |
| Trifocal | $80 |
| Standard Progressive | $120 |
| **Lens Options per Pair (add to lens price above)** | |
| Standard polycarbonate (includes UV and scratch-resistant coating) | $40 |
| Scratch-resistant coating | $15 |
| Ultraviolet (UV) coating | $15 |
| Solid or gradient tint | $15 |
| Glass | 20% discount |
| Photochromic for glass | 20% discount |
| Standard antireflective coating | $45 |
| **Eye Exams** | |
| For eyeglasses | $42 |
| For standard contact lenses—fit and follow up | $82 ($40 plus $42 exam fee) |
| For specialty contact lenses (i.e., Toric, Multifocal, Gas Permeable)—fit and follow up | $10 off standard fee (plus $42 exam fee) |
| **Contact Lenses** | |
| Contact Lenses | 15% discount on conventional lenses and 5% on disposable lenses |
| **Additional Vision-Related Items** | |
| LASIK Procedure | 15% off the surgeon's standard fee (or 5% off promotional) through the U.S. Laser Network |

1 Uses Aetna Custom Vision Network.

This is Not Insurance

CONFIDENTIAL

CIGNA19-13260024205




Live the ORANGE Life!

# Spending Accounts

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

240 How the Spending Accounts Work
241 The Health Savings Account and the Health Care Flexible Spending Account
241 Health Care Spending Account
241 Dependent Day Care Spending Account
241 Manage Your Spending Account(s) Online
241 Enrolling in Spending Accounts
242 Eligible Dependents
242 Health Care Spending Account
242 Dependent Day Care Spending Account
242 How Spending Accounts Can Help You
242 Tax Advantages
243 Built-in Budgeting
243 Eligible Expenses for Spending Accounts
243 Health Care Spending Account
245 Dependent Day Care Spending Account
246 How You Contribute to Your Spending Accounts
246 Payroll Deductions
247 Changing Your Contribution Amount
247 Increasing Your Contribution Amount
247 Decreasing Your Contribution Amount
247 Stopping Your Contributions
248 If Your Employment Ends
248 How the Health Care Account YSA Card Works
249 When Your Card Can Be Suspended

249 Validation of YSA Card Transactions
249 Automatic Validation with Approved Merchants
250 Supporting Documentation
250 Filing for Reimbursement
251 How Claims for Grace Period Expenses Are Reimbursed for 2013 Health Care Account Participants
251 Limited Purpose Flexible Spending Account
251 Appealing a Denied Health Care Spending Account Claim

CONFIDENTIAL    CIGNA19-13260024206

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Get detailed guidelines on eligible health care expenses (IRS publication 502) or eligible dependent care expenses (IRS publication 503) | Go to www.irs.gov; or call 1-800-829-3676. |
| Estimate your eligible expenses | Use the online spending account calculator on Your Benefits Resources at http://resources.hewitt.com/homedepot. |
| Manage your account online:<br>• Submit claims<br>• Review the status of your claim<br>• Find out if a claim needs your follow up<br>• Manage your account balance | Go to http://resources.hewitt.com/homedepot. or call the Benefits Choice Center at 1-800-555-4954 |
| Get a complete list of select merchants for your health care account YSA card | |
| Where to fax or mail your itemized receipts | Mail to:<br>Your Spending Accounts<br>P.O. Box 785040<br>Orlando, FL 32878-5040<br>Fax: 1-888-211-9900 |
| To receive your reimbursement by direct deposit | Go to the Your Benefits Resources website and provide your bank account information. |

## How the Spending Accounts Work

The Company offers two Spending Accounts: one for health care and one for dependent day care. You may participate in one or both accounts, but you may not transfer money from one to the other.

Here's a quick look at how the Company Spending Accounts work:

• You decide to participate when you first become eligible for benefits, at Annual Enrollment, or within 30 days of certain qualified status changes. See the Life Events chapter for more details.

If you are hired or have a qualified status change on or after October 1, you can begin participating in the spending account; however, it's important to note

that the amount you elect to contribute to the spending account applies to the current calendar year. Your deductions will likely be higher, since there are only a few pay periods remaining in the year.

• You put money into the account through regular payroll deductions. The account does not earn interest.

• You and your eligible dependents receive qualified services.

• Health care account participants: You will be issued a Your Spending Account (YSA) card which will have your annual election amount as an available balance. Before your first use, call the toll-free number on your card to activate it and sign the back of your card. When you activate your card, you will be asked to set up a PIN of your

choice. Existing card members may be assigned a PIN. If you need to make a change to your PIN, follow these easy steps:

1. Call 1-888-999-0194 or the number on the back of your current YSA card.

2. You will be required to provide your card number, ZIP code, and three-digit security code located on the back of the card.

3. After providing the above information, you will be asked to select a four-digit PIN of your choice.

**Note**: The same PIN applies to all YSA cards on your account.

Present the YSA card as payment when you visit eligible providers and purchase eligible health care items or services. Using the YSA card for eligible health care expenses will save you from

CONFIDENTIAL

paying out of pocket. Choose the "credit" option if your transaction prompts you to choose between "credit" and "debit." Provide your signature each time you use the YSA card. You also have the option of using your card as "credit" or with a PIN if your merchant accepts PIN transactions. You may be required to submit additional documentation later, so be sure to keep your itemized receipts.

For more information about the YSA card, see How the Health Care Account YSA Card Works at the end of this chapter.

* Dependent day care account participants: you file for and then receive reimbursement for the qualified services from Your Spending Account.

* You can use the Spending Accounts to be reimbursed for:

—Dependent care services you received in 2014, for the dependent day care account. You have until April 30, 2015, to submit claims for qualified dependent care services received in 2014. You lose any money left in your account after April 30, 2015; and

—Health care services received through March 15, 2015, for the health care account. You have until April 30, 2015, to submit claims for qualified health care services received through March 15, 2015. You lose any money left in your account after April 30, 2015. If you participated in this account for 2013, see How Claims for Grace Period Expenses are Reimbursed for 2013 Health Care Account Participants in this chapter.

## The Health Savings Account and the Health Care Flexible Spending Account

If you enroll in both a Health Savings Account and the Health Care Flexible Spending Account:

* Your health care spending account is limited and can only be used for eligible dental and vision expenses; it cannot be used for medical expenses.

* You will receive a PayFlex MasterCard to be used for both your limited health care spending account and your health savings account.

For more information about the PayFlex MasterCard and the health savings account, see the Health Savings Account chapter.

## Health Care Spending Account

This Spending Account is for qualified health care expenses for you and your eligible dependents not reimbursable by any other plan (such as a medical, dental or vision plan) covering you or your eligible dependents. You do not have to be enrolled in the Company's Medical Plan (or any other plan) to participate in the Health Care Spending Account.

If you're enrolled in the Health Care Spending Account, you have the opportunity to pay for eligible health care expenses directly from your account with the YSA card. See How the Health Care Account YSA Card Works later in this chapter.

## Dependent Day Care Spending Account

This Spending Account is for qualified dependent care expenses for services that permit you and your spouse, if you are married, to work or look for work, or so your spouse can attend school full-time.

If your spouse does not work, is not disabled, or is not a full-time student, you cannot use the Dependent Day Care Spending Account.

## Manage Your Spending Account(s) Online

The **Your Spending Account** website at Your Benefits Resources (http://resources.hewitt.com/homedepot) is your best resource for current, personalized spending account information. When you visit the Your Benefits Resources website, you'll be able to:

* Submit and review the status of your claims.
* Access comprehensive listings of eligible expenses and merchants.
* Learn why submitted claims may need your follow up and what to do about it.
* Manage your current account balance(s).
* Find information on other flexible spending account guidelines.

## Enrolling in Spending Accounts

You can enroll in the Spending Accounts when you first become eligible for benefits, at Annual Enrollment, or when you have a qualified status change. For more information, see the Life Events chapter.

To continue in the account each year, you must elect your annual contribution during Annual Enrollment for coverage to begin January 1 of the next year. If you fail to re-enroll during Annual Enrollment, you must wait for the next Annual Enrollment to participate in the accounts again, unless you experience certain qualified status changes.

CONFIDENTIAL

CIGNA19-13260024208

## Eligible Dependents

### Health Care Spending Account

For the Health Care Spending Account, your dependent children (including your natural and adopted children, stepchildren and children for whom you are appointed legal guardian) are eligible through the last day of the calendar year in which the child turns 26. Please note that there is another age limit that applies to the Dependent Day Care Spending Account (see Dependent Day Care Spending Account below).

Same-sex domestic partners and dependents of the domestic partner are not eligible unless the associate claims the persons as dependents on his or her federal income tax return.

If you are divorced, your eligible dependents include your child or children for whom you and your ex-spouse provide more than half of the child's support and who is in the custody of one or both of you for more than half of the calendar year.

A dependent who does not qualify as a child may be eligible as a qualifying relative if he or she receives more than half of his or her support from you and lives in the same principal place of abode with you as a member of your household.

### Dependent Day Care Spending Account

To be an eligible dependent for the Dependent Day Care Spending Account, a child must be under age 13. Other dependents must be physically or mentally unable to care for themselves and live with you for more than half of the calendar year.

Contact your tax advisor for advice regarding an individual's status as your dependent under the Internal Revenue Code.

## How Spending Accounts Can Help You

### Tax Advantages

A Spending Account offers you a way to pay for qualified out-of-pocket expenses with money you set aside before taxes are taken out of your paycheck. This reduces your taxable income. Without a Spending Account, you would still pay for these expenses, but you would use money remaining in your paycheck after federal taxes are withheld. Here's an example (based on 2013 tax tables):

|  | With Account | Without Account |
|---|---|---|
| Pay | $28,000 | $28,000 |
| Spending Account deposits | $1,500 | $0 |
| Your taxable income | $26,500 | $28,000 |
| Taxes | – $7,062 | – $7,462 |
| You pay out-of-pocket | $0 | $1,500 |
| Pay, minus taxes and out-of-pocket expenses | $19,438 | $19,038 |
| Your tax savings | $400 | $0 |

This example shows a typical tax savings. This example assumes a single filing status with zero exemptions, Medicare/Social Security tax of 7.65%, Federal tax rate of 15% and state tax of 4%. Actual savings differ for each associate depending on family income, the annual amount you choose for your

Spending Account, and state and local tax rates. Please consult a tax professional for more details.

### Health Care Spending Account

Most families can realize tax savings from the Health Care Spending Account. This is because only health care expenses exceeding 10% (for taxable years after 12/31/2012) of your adjusted gross income can be deducted on your tax return. Using the previous example, only health care expenses exceeding $2,800 (10% of $28,000) would be deductible.

### Dependent Day Care Spending Account

You may use the Dependent Day Care Spending Account to pay your child and dependent care expenses on a before-tax basis, or you may pay those expenses with after-tax dollars and receive a tax credit on your income tax return. Which option will save you the most money will depend on a number of factors, including:

* Your total income (the tax credit goes down as your income goes up)

* Your number of dependents

* The amount of dependent care expenses you incur in a year

In certain circumstances, you may be able to maximize your savings by using both the Dependent Day Care Spending Account and taking the tax credit.

Because the tax laws that determine which option is best for you are very complicated, you may want to consult a tax advisor or review the appropriate IRS tax forms and guidance before making a decision.

CONFIDENTIAL

### Other Tax Considerations

* Expenses reimbursed from your Spending Accounts cannot be claimed as deductions on your federal income tax return.

* You do not pay FICA tax on amounts you put into the Spending Accounts. This means that your Social Security benefits may be less than if you do not enroll in Spending Accounts. For most people, the difference is small.

### Regarding the Tax-Savings Approaches

It's important to note that any tax savings that may result from your participation in the Spending Accounts depend on your own personal situation and income level. Tax information included in this book is only general information.

Because tax laws are complicated and subject to frequent change, you should talk with a qualified tax advisor if you have questions about whether to use the Spending Accounts or to take a tax deduction.

By law, the Company can't offer you tax advice, or advise you on your Spending Account-related decisions. This law is designed to protect you by ensuring that you always get the most up-to-date advice, and that advice is only available from a qualified tax advisor.

### Built-in Budgeting

With a Spending Account, you plan ahead and budget for qualified expenses. Careful planning is necessary to avoid cash-flow problems since you may have to pay for the expenses out-of-pocket and then file claims for reimbursement. See the Filing for Reimbursement section for more information.

You also have to be careful not to put too much into your Spending Account. If you contribute more than the cost of eligible services you receive, you lose the amount that's left over as of:

* For 2014–December 31, 2014, for the Dependent Day Care Spending Account; and
* For 2014–March 15, 2015, for the Health Care Spending Account.

You must submit claims for reimbursement for both accounts by April 30, 2015.

### Eligible Expenses for Spending Accounts

The Internal Revenue Service (IRS) guidelines help determine which health care and dependent day care expenses may qualify for reimbursement under this plan.

For detailed guidelines on eligible health care expenses see IRS publication 502 and for eligible child and dependent care expenses see IRS publication 503. To order the publication(s), contact the Internal Revenue Service by phone at 1-800-829-3676 or via the Internet at www.irs.gov and request a copy of Publication 502, Medical and Dental Expenses and/or Publication 503, Child and Dependent Care Expenses.

Keep in mind, however, that while the cost of long-term care insurance is listed as an eligible expense in IRS publication 502, it is not an eligible health care expense under the Health Care Spending Account. Insurance premiums for long-term care insurance are listed in Ineligible Health Care Expenses in this chapter.

### Health Care Spending Account

Eligible expenses are those permitted by Section 213 and Section 125 of the Internal Revenue Code, and that are otherwise permissible under IRS regulations. Eligible expenses include, but are not limited to, the following:

* Acupuncture
* Ambulance service
* Braille books and magazines, limited to the difference between the cost of the Braille items and the cost for regular items
* Special car controls for people with disabilities
* Chiropractic, medical or podiatric expenses in excess of medical plan limits
* Cost for services by Christian Science practitioners for medical care
* Contact lenses and supplies such as saline and cleaning solutions
* Crutches
* Medical plan deductibles and coinsurance amounts
* Dental examinations, if not reimbursed under a dental plan
* Treatment for drug abuse or alcoholism, including meals and lodging if they are necessary for the treatment
* Prescription eyeglasses, including lenses, frames and exams
* Eye surgery

CONFIDENTIAL

CIGNA19-13260024210

* Purchase of a guide dog for a blind or deaf person

* Cost for keeping an intellectually and developmentally delayed person in a halfway house or special home (not the home of a relative), when recommended by a psychiatrist to help the person adjust from life in a psychiatric hospital to community living

* Hearing expenses, including examinations, hearing aids and batteries required to operate a hearing aid

* Hospitalization charges in excess of the reasonable and customary fees, including private room coverage

* Laboratory fees

* Costs for medical services provided by physicians, surgeons, specialists or other medical practitioners (as long as the service is not for cosmetic reasons)

* Medicine or other prescription drugs, including birth-control pills

* Expenses for medical care in a nursing home

* Nursing services when provided by a registered nurse or licensed practical nurse for medical care

* Services provided by an optometrist

* Orthodontia (braces)

* Orthopedic shoes, orthotics and braces

* Oxygen or oxygen equipment to relieve breathing problems caused by a medical condition

* Medically necessary psychiatrist and psychologist fees

* Smoking cessation programs

* Purchase or rental of special medical equipment such as wheelchairs, crutches and orthopedic shoes, if the primary purpose is medical care

* Tuition fees for a special school for a child who has severe learning disabilities caused by mental or physical impairments, including nervous system disorders, when recommended by a doctor.

* Tutoring fees for a teacher specially trained and qualified to work with children with severe learning disabilities are also eligible when recommended by a doctor.

* Medical expenses paid to a special school if the main reason for using the school is relieving the medical or physical disability

* Sterilization fees

* Surgery, including experimental procedures

* Special telephone for the deaf

* Audio-display television for the deaf

* Medical expenses for therapy received as medical treatment, such as speech, occupational, physical or cardiac therapy

* Vaccinations

* Weight-loss programs prescribed by a physician to treat an existing illness, such as heart disease or diabetes

### Ineligible Health Care Expenses

In general, health care expenses that do not qualify as medical deductions for federal income tax purposes are not eligible for reimbursement through a Health Care Spending Account. Examples of ineligible expenses include, but are not limited to, the following:

* Automobile insurance premiums, including any portion of the premium providing medical coverage for persons injured through an accident in or with the covered individual's vehicle

* Bottled water

* Insurance premiums for continued coverage through COBRA and for long-term care insurance (while the cost of long-term care insurance is listed as an eligible expense in IRS publication 502, it is not an eligible health care expense under the Health Care Spending Account)

* Cosmetics, such as toiletries and toothpaste

* Cosmetic surgery, except to correct congenital abnormality, bodily injury or disfiguring disease

* Any expense covered by a health plan

* Custodial care in an institution

* Dancing or swimming lessons, even when recommended by a qualified physician for health improvement

* Expenses that you filed on a federal tax return for a tax credit or for which a deduction is taken

* Funeral and burial expenses

CONFIDENTIAL

- Expenditures for the general health of an individual, including expenses related to exercise, fitness, nutrition, recreation, vacation, or membership in a spa or health club
- Hair removal (electrolysis)
- Hair transplants
- Health club dues, YMCA dues, steam bath, etc., if not accompanied by a doctor's diagnosis
- Household and domestic help, even if recommended by a qualified physician due to an individual's inability to perform physical housework
- Any expenses incurred in connection with an illegal operation or treatment
- Life insurance premiums or premiums for policies taken to provide repayment for loss of earnings or accidental loss of life, limb, sight, etc.
- Maternity clothes, diaper service, etc.
- Medical insurance premiums, including premiums for employer-provided medical and dental coverage and for contact lens insurance
- Over the counter drug expenses unless accompanied by a doctor's prescription
- Charges by a nurse (RN or LPN) who cares for your normal, healthy newborn child
- Costs for sending a problem child to a school where the course of treatment and the disciplinary methods have a beneficial effect on the child's attitude if the availability of medical care is not a principal reason for sending the student there
- Transportation expenses to and from work, even if a physical condition requires a special means of transportation

- Vacation or travel, when taken for general health purposes, improvement of morale or to relieve physical or mental discomfort
- Vitamins, when taken for general health purposes
- Weight loss programs, unless prescribed by a doctor to treat an existing disease such as heart disease or diabetes
- Charges for medical care included in the tuition fee of a college or university

## Dependent Day Care Spending Account

A care provider must be over 18 years of age and cannot be someone you claim as a dependent on your federal tax return. You must provide a completed statement from the care provider. The statement includes the care provider's name, address, taxpayer identification number or Social Security number. The care provider's statement must also include:

- Name of service provider
- Specific dates of service
- Name of dependent receiving services
- Description of service
- Purchase amount for each service
- Total purchase amount

In lieu of providing the statement from the care provider, you can also have the provider complete the 'Provider Certification' section of the Your Spending Account claim form (fax cover sheet).

Services provided while you are on leave of absence, even if otherwise eligible, do not qualify for reimbursement from your Dependent Day Care Spending Account.

Expenses that are eligible for reimbursement include, but are not limited to, the following:

- Expenses for an after-school program
- Amounts paid to a dependent care center, baby-sitter, nanny or nurse who cares for fewer than six individuals
- Expenses for a licensed day care center that cares for six or more unrelated individuals
- Amounts paid to a maid or cook if part of the services are provided to a person who qualifies for dependent care
- The full amount paid to a nursery school or pre-kindergarten, even when the school provides lunch and educational services
- Amounts paid to a relative who provides dependent care, provided the individual is not one of the following:
  —Dependent for whom a personal exemption is allowed for federal income tax purposes
  —Child or stepchild who is under the age of 19 at the end of the calendar year
- Amounts paid for services performed for the care of your dependent children under age 13 (whether the care is provided inside or outside your home)
- Amounts paid for services performed for the care of your spouse or dependent who is physically or mentally incapable of self-care (for example, an incapacitated parent) and for whom you can take a deduction on your federal tax return. If the care is provided outside your home, the spouse or dependent must spend at least eight hours each day in your home.

CONFIDENTIAL    CIGNA19-13260024212

# Spending Accounts

* Expenses for a summer day camp (does not qualify if the dependent stays overnight)

* Child care centers that care for six or more children and that meet the IRS definition of a qualified day care center

* Caregivers for a disabled spouse or dependent who lives with you

### Ineligible Dependent Care Expenses

Examples of ineligible expenses include, but are not limited to, the following:

* Services for children or stepchildren provided after the child reaches age 13

* Services provided by your spouse, your child under age 19, or anyone else you claim as a dependent on your federal tax return

* Services provided for your child if you do not have legal custody of your child

* Services provided for children or other disabled relatives who do not live with you

* Overnight camp

* Amounts for kindergarten or above

* Services provided while you are on leave of absence, even if otherwise eligible, do not qualify for reimbursement from your Dependent Day Care Spending Account.

## How You Contribute to Your Spending Accounts

You decide the annual amount you want to contribute to one or both Spending Accounts. There are minimum and maximum amounts you can contribute for each Spending Account. Between the maximum and minimum, you can select any whole dollar amount.

| Spending Account Type | 2014 Minimum Annual Contribution | 2014 Maximum Annual Contribution |
|---|---|---|
| Health Care | $260 | $2,500 |
| Dependent Day Care | $260 | $5,000 |

### Limitations on Your Contributions

* If you and your spouse both participate in a Dependent Day Care Spending Account and you file a joint tax return, your contributions to the accounts cannot exceed a combined maximum of $5,000 per year. This limit applies whether you have one or more dependents receiving care. If you and your spouse file separate income tax returns, the most each of you may contribute is $2,500.

* The amount you can set aside in your Dependent Day Care Spending Account is further limited to your earned income or, if less, your spouse's earned income.

* If your spouse is a full-time student or is disabled, the IRS treats your spouse as earning $250 monthly if you have one dependent or $500 monthly if you have two or more dependents.

## Payroll Deductions

You make contributions to a Spending Account through payroll deductions. The amount of your deduction is your annual contribution divided by the number of pay periods remaining in the year.

There are usually 26 pay periods per year if you are paid biweekly; 52 pay periods if you are paid weekly.

Example: If you elect $260 at Annual Enrollment for your Health Care Spending Account, your biweekly payroll deduction will be $10; if you elect $2,500, your biweekly payroll deduction will be $96.15.

If you become eligible for the plan or experience a qualified status change after two pay periods have already passed and you elect $260, your biweekly payroll deduction will be $10.83; if you elect $2,500, your biweekly payroll deduction will be $104.17.

If you increase your Spending Account election during the year because of a qualified status change, the amount of the increase will be spread over the remaining pay periods in the calendar year.

Example: If you elect $300 at Annual Enrollment for your Health Care Spending Account and then, because of a qualified status change, change your election to $600 halfway through the year (after you have paid $150 into the account), your biweekly payroll deduction for the second half of the year would be $34.62.

If you decrease your Spending Account election during the year because of a qualified status change, your remaining balance to be paid into the account will be divided over the remaining pay periods in the year. You cannot decrease your Spending Account

CONFIDENTIAL

CIGNA19-13260024213

election below the amount you have already paid into the account.

Example: If you elect $600 at Annual Enrollment and then, because of a qualified status change, change your election to $300 halfway through the year (after paying in $300), you will not have any biweekly payroll deductions for the second half of the year.

Please note that in this example you could decrease your election only to $300, because this is what you have already paid into the account. You may refer to your pay stub to see the amount you have paid into the account.

The deduction is calculated before federal taxes and Social Security, and before most local and state taxes are withheld from your paycheck.

The annual amount you elect will be deducted as long as you are actively employed. See the **Stopping Your Contributions** section for detailed information.

* Spending Accounts have a "use it or lose it" rule. You can use the accounts to be reimbursed for:

  —Dependent care services you received in 2014, for the dependent day care account. You have until April 30, 2015, to submit claims for qualified dependent care services received in 2014. You lose any money left in your account after April 30, 2015; and

  —Health care services received through March 15, 2015, for the health care account. You have until April 30, 2015, to submit claims for qualified health care services received through

March 15, 2015. You lose any money left in your account after April 30, 2015.

* During a calendar year, you can increase, start, decrease or stop contributions to your Spending Accounts only when you experience certain qualified status changes. See Stopping Your Contributions in this chapter. For additional information, see the Life Events chapter.

## Changing Your Contribution Amount

The IRS determines when you can change the amount you're contributing to the Spending Accounts once you have started participation. You may increase, start, stop or decrease your contributions to the Spending Accounts only at Annual Enrollment or when you have certain qualified status changes. The rules vary according to the type of Spending Account.

For a detailed listing of qualified status changes recognized by the plan and an explanation of how they may affect your Spending Accounts, see the Life Events chapter.

### Increasing Your Contribution Amount

If you increase the amount of your Spending Account election due to a qualified status change, your new coverage amount is effective on the date of the status change. This means that you can submit claims only for the additional amount of your election if they were incurred after the status change.

If you want to increase your contributions to one or both Spending Accounts due to a qualified status change, contact the Benefits Choice Center at 1-800-555-4954 within 30 days of the qualifying

event. The change you request will become effective as soon as administratively possible.

Example: If you elect $300 at Annual Enrollment for your Health Care Spending Account, and then change your election to $600 effective on July 1, you can submit claims up to $300 for expenses you incurred between January 1 and December 31 (March 15 with the grace period), and $300 for expenses you incurred between July 1 and March 15 of the following year.

### Decreasing Your Contribution Amount

If you decrease the amount of your Spending Account election due to a qualified status change, your new coverage amount is also effective on the date of your status change. Your new coverage amount must be equal to or more than the amount you have contributed through payroll deductions.

If you want to decrease your contributions to one or both Spending Accounts due to a qualified status change, contact the Benefits Choice Center at 1-800-555-4954 within 30 days of the qualifying event. The change you request will become effective as soon as administratively possible.

## Stopping Your Contributions

You may stop your contributions to the Spending Accounts only when you have certain qualified status changes. The rules vary according to the type of Spending Account. For a detailed listing of qualified status changes and an explanation of how they may affect your Spending Accounts, see the Life Events chapter.

CONFIDENTIAL

CIGNA19-13260024214

If you want to stop your contributions to one or both Spending Accounts due to a qualified status change, contact the Benefits Choice Center at 1-800-555-4954 within 30 days of the qualifying event. The change you request will become effective as soon as administratively possible.

### If Your Employment Ends

If your employment with the Company ends:

* You can't contribute to the Dependent Day Care Spending Account after your termination of employment. However, you can submit claims until April 30 of the following year for eligible expenses you incurred up to midnight on the last day of the pay period in which your employment with the Company ends or you no longer meet the eligibility requirements for participation in the plan, whichever is earlier.

* You can continue making contributions to your Health Care Spending Account through the end of the calendar year in which you terminate employment (if your account is not overspent at the time of your termination) by electing COBRA coverage. Electing COBRA coverage allows you to submit for reimbursement eligible health care expenses incurred after the last day of the pay period in which your employment ends until March 15 of the following calendar year (claims must be submitted for reimbursement by April 30). Your COBRA contributions must be made on an after-tax basis and must be the same per payroll amount as you were making prior to your termination of employment.

If you don't continue making contributions through COBRA, you can submit claims until April 30 of the following year for eligible expenses you incurred up

to midnight on the last day of the pay period in which your employment with the Company ends or you no longer meet the eligibility requirements for participation in the plan, whichever is earlier.

### How the Health Care Account YSA Card Works

If you're enrolled in a Health Care Spending Account, you have the opportunity to pay for eligible health care expenses with the Your Spending Account (YSA) card. The YSA card allows you to avoid paying for eligible health expenses out of pocket. When you use your YSA card, your eligible expenses are deducted automatically from your account. You can use your YSA card to pay for eligible health care expenses including prescriptions, medical copays and deductibles, dental work and vision care products.

It's important to follow these YSA card guidelines to use your card as efficiently and conveniently as possible and to avoid having your card suspended:

* Every item or service that you pay for using your YSA card must be an eligible health care expense. You can only use your YSA card to purchase eligible health care items or services—dependent care expenses are not eligible for payment with your card. Always separate eligible health care items from ineligible items (e.g., magazines, cosmetics) before using your YSA card. Ineligible items must be purchased with another form of payment. Visit the Your Benefits Resources website to review a complete list of eligible health care expenses.

* All YSA card transactions must be validated—keep all of your itemized receipts. As part of the validation process, Your Spending Account will notify

you by letter or by e-mail if itemized receipts are needed to validate your YSA card purchases. Although many transactions can be validated automatically, it's important that you save all itemized receipts for your YSA card transactions in case supporting documentation is requested. If you do not provide the required documentation when requested, your YSA card transaction will be considered an "overpayment" and your YSA card may be suspended.

* Use select merchants and avoid sending in receipts! When you make eligible health care purchases using your YSA card with select merchants that can validate your expenses at the point of sale, the dollar amount will be deducted from your account automatically. No follow-up needed! Select merchants include pharmacies, doctors and dental offices (including all MetLife PDP dentists), hospitals, clinics, vision centers and more. Visit the Your Benefits Resources website for a listing of these select merchants.

* Choose "credit" when you swipe your YSA card. You can use your card as "credit" with a signature or as "credit" with a PIN if your merchant accepts PIN transactions. If you need to make a change to your PIN, follow these easy steps:

  1. Call 1-888-999-0194 or the number on the back of your current YSA card.

  2. You will be required to provide your card number, ZIP code, and three-digit security code located on the back of the card.

  3. After providing the above information, you will be asked to select a four-digit PIN of your choice.

CONFIDENTIAL    CIGNA19-13260024215

If you choose the "debit" option, your transaction will not be processed.

* Use your YSA card to pay office visit, prescription drug and other plan copayments. Your YSA card will be programmed to recognize your plan's copayment amounts (for example, a $25 copayment at a physician's office). No receipts will be required when you use your debit card to pay plan copayment amounts.

* Don't give the doctor your YSA card to pay the coinsurance amount at the time you receive service. You may use your YSA card to pay the coinsurance amount after the insurance has covered its portion and the provider has sent you a bill.

### When Your Card Can Be Suspended

Each health care purchase made with your prepaid YSA card must be validated as an eligible health care expense. When an expense can't be validated by Your Spending Account, your account is placed in an overpayment status for which you are responsible.

A YSA card overpayment commonly occurs when:

* You fail to respond to validation requests for YSA card transactions after the initial request was sent by Your Spending Account.

* Your YSA card transactions were authorized at the point of sale, and then later deemed ineligible after the validation process was completed.

* Claim adjustments were made because of contribution amount changes, ineligible expenses, or improper processing of the claim.

If Your Spending Account is unable to validate your YSA card transaction, you'll receive a notice (via your profile preference – e-mail or postal mail) requesting specific documentation. If you don't take action by the deadline or the expense is determined to be ineligible, your YSA card will be suspended from further use until the overpayment is repaid.

If your YSA card is suspended, you won't be able to use the card, but you will be able to submit claims via the website or through postal mail. You'll always have access to your account, regardless of the status of your YSA card. Once the overpayment is corrected, you'll receive notification (via your profile preference – e-mail or postal mail) that your YSA card was reinstated.

Your Spending Account will allow you to resolve an overpayment on your account in one of the following ways:

* Resubmit your claim with additional information;

* Submit a new claim; or

* Repay your overpayment by mailing a check to Your Spending Account or by submitting a credit card payment on the Your Spending Account website.

The overpayment will remain active on the account until all amounts are recovered. If you do not correct an overpayment, the amount of the overpayment may be withheld from future reimbursements or reported as taxable income to you.

## Validation of YSA Card Transactions

All YSA card transactions must be validated electronically at the point of sale or by submitting paper documentation afterward. This process involves requesting itemized receipts or other supporting documentation from you to verify that the card transaction is for an eligible health care expense. You should retain your itemized receipts for all transactions, as they may be required for validation purposes.

### Automatic Validation with Approved Merchants

When you purchase eligible health care items by using your YSA card with approved merchants, your transaction can be validated automatically without having to provide an itemized receipt or supporting documentation. To be "approved," a merchant must have an inventory information approval system (IIAS) installed. These IIAS-certified merchants have the ability to identify eligible items at the point of sale, which eliminates the need for additional documentation. They have programmed their systems to only allow eligible items and services to be processed on the YSA card.

Any ineligible items must be paid for with another form of payment. For a complete listing of eligible expenses and approved merchants, visit the Your Benefits Resources website. Please note that the listing is subject to change at anytime.

Your YSA card can also be used for other types of health care transactions without the need for submission of itemized receipts or further review. These transactions include recurring expenses, copayments, a

CONFIDENTIAL

CIGNA19-13260024216

specific merchant category code, and prescription purchases administered by CVS Caremark. Below is a brief explanation of each type of transaction.

* **Recurring transactions**—If you purchase an eligible health care item or service using your YSA card, that same item or service will be validated automatically the next time you purchase it with your YSA card (at the same provider and for the same dollar amount). In addition, any recurring YSA card transactions will carry over to the new calendar year for participants who reenroll in the Health Care Spending Account—this means you'll be able to continue purchasing the same health care item or service (provided that the dollar amount does not change) without having to submit supporting documentation to Your Spending Account again the following calendar year.

* **Copayments**—Your YSA card will be programmed to recognize your plan's copayment amounts without any additional validation being required (for example, a $25 copayment at a physician's office).

* **Merchant category**—Select merchant categories have been identified because the majority of transactions are considered eligible health care expenses.

* **Prescriptions through CVS Caremark**—If you have prescription drug coverage through CVS Caremark through the Company, your prescription purchases will typically be validated automatically—simply present your YSA card at the time of purchase. Although your expense should be validated automatically, it is good practice to save your itemized receipts in case Your Spending Account requests proof of payment.

## Supporting Documentation

Manual claim submission and supporting documentation are sometimes required for the purchase of any prescription drug or health care service or item that isn't validated automatically. These types of purchases are conditionally reimbursed, pending validation of the expenses. The process for supporting documentation is outlined below:

* The merchant is reimbursed for the amount of the charge, and your available Health Care Spending Account balance is reduced.

* You'll be sent a letter or e-mail informing you that itemized receipts or other documentation are required to validate the YSA card transaction.

* If the documentation you provided is insufficient, you'll be sent a letter or e-mail instructing you to provide more documentation.

Expenses for which you don't provide adequate documentation are considered ineligible and treated as overpayments.

Visit the Your Benefits Resources website for the most current details on your account and a full listing of eligible health care expenses, approved merchants, and documentation requirements.

## Filing for Reimbursement

You should always save your itemized receipts (listing the provider, date, amount, and item purchased) or any documentation that validates payment of eligible products or services. This also applies to expenses that you purchase with your YSA card. Saving receipts will help you keep track of your expenses—plus, you'll need to include these docu-

ments when you submit a claim for reimbursement to Your Spending Account.

You have three options for submitting a claim:

* **Online**—For your convenience, you can submit a claim form online through the Your Benefits Resources website.

* **Smartphone App**—On iPhone and Android devices, you can submit claims via the 'Reimburse Me' App.

* **Paper**—If you don't have Internet access, you can obtain a paper claim form by contacting the Benefits Choice Center at 1-800-555-4954.

Whether you complete an online (includes claims submitted via Smartphone app) or paper claim form, you'll need to send itemized receipts or other supporting documentation. If you don't fax or mail this supporting documentation with your completed claim form, your claim will be denied.

Ensure your documentation is clear and legible. When faxing in your claim and itemized receipts, set your fax machine to a dark, high resolution setting and don't use highlighters. Use a stand alone fax machine. Faxes received from PC enabled fax machines may not transmit legibly. (You can test the clarity of your transmission by printing a fax confirmation page.)

Fax documentation to 1-888-211-9900.

Mail paper claim forms and/or documentation to:
Your Spending Account
P.O. Box 785040
Orlando, FL 32878-5040

CONFIDENTIAL

CIGNA19-13260024217

**Spending Accounts**

Receive reimbursement faster by enrolling in direct deposit. Your Spending Account can directly reimburse your bank account for validated claims. Visit the Your Benefits Resources website and provide your bank account information so you can access your money quickly.

If you don't enroll in direct deposit, you'll receive reimbursement by check.

You may submit claims for any amount.

With the Health Care Spending Account, you have access to the total amount you elected for the calendar year as soon as eligible services are received.

With the Dependent Day Care Spending Account, you can be reimbursed only up to the amount available in your account. Claims for expenses exceeding that amount will be reimbursed as additional funds accumulate in your account.

You may submit claims at anytime during the calendar year and up until April 30 of the following year.

## How Claims for Grace Period Expenses Are Reimbursed for 2013 Health Care Account Participants

This is how claims for expenses you have incurred during the grace period (January 1, 2014 through March 15, 2014) are reimbursed:

* If you are participating in the Health Care Spending Account in 2013 and did not enroll in 2014, claims you file for expenses you have incurred during the grace period will be reimbursed through your 2013 account.

* If you are participating in the Health Care Spending Account in 2013 and enrolled in 2014, claims you file for expenses you incurred during the grace period can be reimbursed through your 2013 account if you have a remaining balance. If you do not have a remaining 2013 balance, claims you file for expenses you incurred during the grace period will be reimbursed through your 2014 account.

* If you are not participating in the Health Care Spending Account in 2013 and enrolled in 2014, claims you file for expenses you incurred during the grace period will be reimbursed through your 2014 account.

## Limited Purpose Flexible Spending Account

For information on the Limited Purpose Flexible Spending Account, see If You Participate in the HSA and the Health Care Spending Account in the Health Savings Account chapter.

## Appealing a Denied Health Care Spending Account Claim

For information on appealing a denied Health Care Spending Account claim, see the Claims and Appeals chapter.

CONFIDENTIAL

CIGNA19-13260024218



Live the ORANGE Life!

# Health Savings Account

U.S. Salaried & Full-Time Hourly Associates

## Chapter Contents

253 **Important Information on the HSA**
253 **How the HSA Works**
254 **HSA Eligibility**
254 **Enrolling in the HSA**
254 **When HSA Participation Begins**
254 If You Are on a Leave of Absence
254 **How the HSA Can Help You**
254 HSA Tax Advantages
255 The HSA and the Medical Tax Deduction
255 Regarding This Tax-Saving Approach
255 **If You Participate in the HSA and the Health Care Spending Account**
255 Using Your LPFSA
255 Request for Documentation Letters
256 **Contributing Money to the HSA**
256 Payroll Deductions
256 Transferring Funds from an IRA
256 Contributing to an HSA in Certain Situations
256 **Your HSA Balance**
257 Changing Your HSA Contribution Amount
257 When You Must Stop Contributions to Your HSA
257 If You Take a Leave of Absence
257 **Qualified Medical Expenses**
257 **Getting Reimbursed from Your HSA**
258 **Filing Your Income Tax Return**
258 **If You Die**
258 **If You Leave the Company**
258 **If You Are On COBRA**

# Health Savings Account

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Get detailed guidelines on qualified health care expenses (IRS publication 502) | Go to www.irs.gov or call the IRS at 1-800-829-3676 |
| • Set up a Health Savings Account<br>• Stop, increase or decrease your HSA payroll deduction | Call the Benefits Choice Center at 1-800-555-4954 |
| HSA:<br>• Check your HSA balance<br>• Get reimbursement for medical expenses<br>• Transfer funds<br>• Track and analyze contribution limits<br>• Roll over funds from another HSA<br>• Change beneficiaries | Go to https://homedepot.healthhub.com or call PayFlex Customer Service at 1-800-506-9157, 8 a.m. – 8 p.m. Monday through Friday and 10 a.m. – 3 p.m. Saturday (Eastern time) |
| LPFSA:<br>• Check your LPFSA balance<br>• Enroll in direct deposit<br>• Request reimbursement<br>• See upcoming claim payments | Go to https://homedepot.healthhub.com or call PayFlex Customer Service at 1-800-506-9157, 8 a.m. – 8 p.m. Monday through Friday and 10 a.m. – 3 p.m. Saturday (Eastern time) |

## Important Information on the HSA

This chapter discusses only some of the rules and limitations that apply to a Health Savings Accounts (HSA). It focuses only on Health Savings Accounts offered by the Company and addresses how the Company HSA works within the Company's overall benefits. It does not provide a comprehensive discussion of the legal requirements and tax consequences of contributing to an HSA; nor does it address provisions and rules that govern any HSA you might establish on your own. You should consult with your tax advisor before electing to contribute to an HSA, as the rules and regulations governing HSAs can be complex. It is your responsibility to know the rules governing HSAs, in particular those around HSA eligibility, maximum contributions amounts and availability and taxation of HSA distributions. If you exceed the maximum contribution amount, the IRS imposes an excise tax on excess contributions.

## How the HSA Works

Here's a quick look at how the Health Savings Account (HSA) works:

* You have the option to set up a Health Savings Account when you enroll in the Silver Plus HDHP (High Deductible Health Plan) or the Bronze HDHP and meet the other eligibility requirements as defined in the HSA Eligibility section.

* You put before-tax dollars into the HSA through regular payroll deductions.

* You'll receive a matching contribution to your HSA from The Home Depot if you contribute to the HSA. For associate-only coverage, the matching contribution is up to $200 and if you are covering any dependents up to $400.

* The balance in your account earns interest tax free, and these earnings are distributed to you tax-free if you use them to pay for qualified health care expenses.

* You and any dependents can use the money in the account to pay for qualified health care expenses incurred after the HSA was established. If you use the money to pay for expenses that are not eligible, you will pay regular tax on the amount plus a 20% penalty tax.

CONFIDENTIAL

CIGNA19-13260024220

• You access the money in your HSA using a PayFlex Card™–a MasterCard®–that can be used anywhere MasterCard is accepted, such as your doctor's office or pharmacy. If you do not use your PayFlex Card™ for your HSA purchases, you will need to request reimbursement online at https://homedepot.healthhub.com.

• Money left in your HSA at the end of the year stays in your HSA. Money can accumulate in your account and be used as a retirement income supplement. The money left in your account can be used to pay for medical expenses not covered by Medicare on a tax-free basis.

## HSA Eligibility

A Health Savings Account is available to you if you are:

• Enrolled in the Silver Plus HDHP or the Bronze HDHP, and

• Not covered under another health plan that is not a High Deductible Health Plan—this includes your spouse's medical plan and/or health care spending account and Medicare, but does not include specified disease coverage (such as the Critical Illness Protection Plan), insurance that pays a fixed amount per day (such as the Hospital Indemnity Plan), dental, vision or long-term care coverage.

Residents of Hawaii, Puerto Rico, Guam and the U.S. Virgin Islands are not eligible to participate in the Company-provided HSA.

You may participate in the HSA provided by the Company or you may establish one on your own.

The HSA rules discussed in the chapter may apply differently to you if you have a same-sex domestic partner and/or if you cover the child(ren) of your

same-sex domestic partner. Please consult your tax advisor for more information.

For additional information, see **Contributing to an HSA in Certain Situations.**

## Enrolling in the HSA

You can establish an HSA at any time while you are enrolled in the High Deductible Health Plan and meet the other HSA eligibility requirements by calling the Benefits Choice Center. When you enroll in the HSA, you will need to activate your HSA. To activate your HSA, go to https://homedepot.healthhub.com.

Once you complete the HSA enrollment process on https://homedepot.healthhub.com, your account can be activated and your PayFlex Card will be mailed to your home address.

## When HSA Participation Begins

Participation in the HSA will begin on the first of the month following your coverage start date in the High Deductible Health Plan. If your HDHP coverage is effective on the first day of the month, your HSA coverage will start that day. If you are enrolled in the Health Care Spending Account during the year, you are not allowed to enroll in a HSA. If you are enrolled in the Health Care Spending Account at the time of annual enrollment, participation in the HSA will begin April, 1.

## If You Are on a Leave of Absence

If you are on a leave of absence, you can contribute after-tax money to an HSA at any time while you are enrolled in the High Deductible Health Plan and meet the other HSA eligibility requirements. These contributions must be made directly by you to PayFlex using after-tax money.

## How the HSA Can Help You

### HSA Tax Advantages

The HSA allows you to pay for qualified medical expenses with money you put into the account before taxes are taken out of your paycheck— before-tax dollars. This reduces your taxable income. Without an HSA, you would still pay for these expenses; however you would use money remaining in your paycheck after federal taxes are withheld— after-tax dollars. The amount you will save using the account depends on your tax bracket. For example, if you are in the 15% tax bracket (in 2013, if your total taxable income is $17,850-$72,500 if you are married and filing jointly or $8,925-$36,250 if you are single), you save at least 22.65% when you use the account (15% federal tax plus 7.65% for 2013 Social Security/ Medicare tax). If you are in this tax bracket, your tax savings are shown in the chart below. If you are in a higher tax bracket, your tax savings could be higher.

This example is based on filing a single return with zero exemptions. Actual savings differ for each associate depending on your income, the amount you put into your HSA and state and local taxes.

| If You Contribute | Your Tax Savings Could Be |
|---|---|
| $400 | $91 |
| $600 | $136 |
| $1,000 | $227 |
| $1,500 | $341 |

CONFIDENTIAL

CIGNA19-13260024221

# Health Savings Account

Because the amounts you put into the Health Savings Account are not included in your pay reported for Social Security and Medicare, your Social Security benefits may be less than if you do not enroll in the HSA. For most people, the difference is small.

## The HSA and the Medical Tax Deduction

Expenses paid with funds from your HSA are not taken into account for determining the amount of income tax deduction allowed for medical expenses that exceed 10% of your adjusted gross income.

## Regarding This Tax-Saving Approach

It's important to note that any tax savings that may result from your participation in the HSA depends on your own personal situation and income level. Tax information included in this book is only general information.

Because tax laws are complicated and subject to frequent change, you should talk with a qualified tax advisor if you have questions. By law, the Company can't offer you tax advice or advise you on your HSA-related decisions. This law is designed to protect you by ensuring that you always get the most up-to-date advice, and that advice is only available from a qualified tax advisor.

## If You Participate in the HSA and the Health Care Spending Account

You can enroll in both the HSA and the Health Care Spending Account. However, if you enroll in both Plans, you may not be reimbursed for medical expenses from your Health Care Spending Account—you can only be reimbursed for eligible dental and vision expenses from your Health Care Spending Account. When you are enrolled in both the HSA and the Health Care Spending Account, your spending account is called a Limited Purpose Flexible Spending Account (LPFSA).

Your ability to contribute to an HSA will be delayed if you enroll for the first time in the HSA during annual enrollment and contributed to the Heath Care Spending Account during the preceding year. Your contributions will be delayed until the end of the grace period (2 ½ months after the end of the calendar year) for the Health Care Spending Account claims. (See the Spending Account chapter for more information on the grace period.)

## Using Your LPFSA

As a LPSFA participant, you can use your PayFlex Card for your LPFSA eligible dental and vision purchases. Dental and vision expenses purchased with your PayFlex Card will be deducted from your LPFSA until there is no more money in your LPFSA—at that point, all other qualified expenses will be deducted from your HSA balance.

If you have not spent all the amounts in your Limited Flexible Spending Account by the end of the calendar year, you may continue to incur claims for expenses during the "Grace Period." The "Grace Period" extends 2 ½ months after the end of the calendar year, during which time you can continue to incur claims and use up all amounts remaining in your Limited Flexible Spending Account. Any monies left at the end of the calendar year and the Grace Period will be forfeited. For the Limited Flexible Spending Account, you must submit claims no later than the April 30th after the end of the calendar year.

If you don't use your PayFlex Card for your LPFSA purchase, you will need to submit a claim for reimbursement online at https://homedepot.healthhub.com. You can choose to have your reimbursement deposited directly into your checking or savings account by enrolling in direct deposit online. To enroll in direct deposit, go to https://homedepot.healthhub.com, click Financial Center and then click Enroll in Direct Deposit.

## Request for Documentation Letters

If you receive a Request for Documentation letter, this means that you are required to provide documentation to verify that you used your card to purchase an eligible item or service under your LPFSA, as regulated by the IRS. If you do not respond, the LPFSA balance on your card will be locked until you provide the requested documentation or payment. You have three ways to respond:

* Submit an itemized receipt or Explanation of Benefits (EOB) for the transaction(s) listed in the letter;

* Submit an itemized receipt or Explanation of Benefits (EOB) for another eligible item you purchased during the plan year; or

* Send a personal check or money order for the expense if you are unable to provide documentation.

If you do not correct an overpayment, the amount of the overpayment may be withheld from future reimbursements or reported as taxable income to you. If you have any questions, call PayFlex Customer Service at 1-800-506-9157.

CONFIDENTIAL

CIGNA19-13260024222

# Health Savings Account

## Contributing Money to the HSA

You decide the amount you want to contribute to your HSA. You can contribute an amount up to the maximum HSA contribution amount based on the coverage category you choose. The total maximum contribution amount to the Company HSA is:

| High Deductible Health Plan Coverage Category | 2014 Maximum Annual HSA Contribution* | 2014 Company Matching Contribution |
|---|---|---|
| Associate Only | $3,300 | $200 |
| • Associate + Spouse/ Domestic Partner<br>• Associate + Child(ren)<br>• Associate + Family | $6,550 | $400 |

\* Annual maximum includes company matching contributions

If you enroll in an HSA any time between January 1 and December 1, you are allowed to make the full contribution regardless of the date you actually enroll in the HDHP.

If you are age 55 or older, you can make additional catch-up contributions. The maximum amount of catch-up contributions that can be made in 2014 is $1,000.

### Payroll Deductions

You make contributions to your HSA through payroll deductions. You also may send checks directly to PayFlex. Any money you send directly to PayFlex will be after-tax dollars.

It is your responsibility to make sure that you do not contribute more than the maximum amount allowed each year. If you exceed the maximum contribution amount, the IRS imposes a penalty on the excess contributions. In addition, you will be required to pay taxes on the interest earned on the excess contributions. However, under certain circumstances, you may be able to take a distribution of the excess contributions. For more information, contact PayFlex HSA Customer Service.

It also is your responsibility to make sure that the distributions you receive from your HSA are for qualified medical expenses that meet the tax deductibility requirements. For more information on the tax requirements of your HSA, see Filing Your Income Tax Return.

### Transferring Funds from an IRA

You are allowed a one-time, tax-free trustee-to-trustee transfer of IRA funds into an HSA. Funds transferred from an IRA are subject to the maximum contribution limits and should be included in your total annual contribution. You must remain covered under a HDHP for 12 months after the transfer occurs. Otherwise, the funds transferred will be treated as taxable income and subject to a 10% excise tax.

### Contributing to an HSA in Certain Situations

The rules governing HSAs can be complex, especially in the following situations:

* You or your spouse is enrolled in Medicare;
* Your spouse has medical coverage under the plan of another employer;

* You or your spouse enrolls in an HSA outside of the Company's HSA; or
* You have a domestic partner.

As stated earlier in this chapter, you should contact your tax advisor about how the HSA works in your personal situation before opening an HSA.

## Your HSA Balance

The balance in your HSA is deposited into an interest-bearing account. Your funds immediately begin earning interest, which is FDIC-insured.

The HSA also gives you the ability to invest your deposits in mutual funds. A $1,000 minimum balance in the HSA must be maintained before any contributions can be made into the mutual funds that offer the following investment options:

* Money Market Sweep—using Schwab Money Market Mutual Funds.
* Access to 35 well-diversified mutual funds and four pre-planned portfolios actively managed by a professional money manager.
* Integration with access to Morningstar Research data and investment guidance.
* Unlimited trading and rebalancing at no additional cost.

There is no minimum investment amount that is required per trade request. For detailed information on your investment options, visit https://homedepot.healthhub.com.

CONFIDENTIAL

CIGNA19-13260024223

## Changing Your HSA Contribution Amount

You can start, stop, increase or decrease you HSA payroll deduction contribution at any time during the year by contacting the Benefits Choice Center.

## When You Must Stop Contributions to Your HSA

You are not eligible to continue contributing to your HSA through payroll deduction if you:

* Stop participating in the High Deductible Health Plan (for example if you move to an area where the High Deductible Health Plan is not offered);

* Become covered under a health plan that does not qualify as a high-deductible plan (such as your spouse's employer's coverage);

* Become enrolled in Medicare (for example, if you become disabled); or

* Terminate employment or begin unpaid leave of absence with the Company.

## If You Take a Leave of Absence

If you go on unpaid leave, your payroll contributions in the HSA stop. You can, however, make direct payments to your account and use money already in your account to pay for eligible medical expenses.

## Qualified Medical Expenses

Qualified expenses are those permitted by Section 213(d) of the Internal Revenue Code and that are otherwise permissible under IRS regulations. When you use your HSA to pay for qualified expenses, you pay with tax-free dollars. Qualified expenses include:

* Prescription drugs

* Doctor's visits, lab, x-ray and other diagnostic and treatment services

* Routine health care (including prenatal care, smoking cessation, obesity weight-loss programs)

* Qualified long-term care services and qualified long-term care insurance

* COBRA premiums

* Health insurance for those on unemployment compensation

* Medicare Part A and B premiums, Medicare HMO or Medicare Advantage premiums (but not premiums for Medicare supplemental policies)

You can use your HSA to pay for expenses incurred by yourself and any family members as long as the expenses were incurred after the HSA was established and are not covered by insurance or otherwise.

If you use the account to pay for expenses that are not qualified, you will pay regular taxes on the amount of the unqualified expenses plus you will pay an additional 20% penalty tax unless the distribution is made after your death, disability or attaining age 65.

It is your responsibility to make sure that the distributions you receive from your HSA are for qualified medical expenses to meet the tax-exemption requirements. For more information on the tax requirements of your HSA, see Filing Your Income Tax Return.

## Getting Reimbursed from Your HSA

It is easy to access the money in your HSA. You don't have to complete a form, file for reimbursement and wait for a check. Instead, when you establish an HSA you will receive a MasterCard for your HSA that can be used anywhere MasterCard is accepted, such as your doctor's office or pharmacy.

If you do not use your PayFlex Card™ for your health care purchases, you can obtain reimbursement online provided the funds are available in your HSA. To be reimbursed, go to https://homedepot.healthhub.com, click on the Financial Center and select Health Savings Account. Then simply select Make a Withdrawal and complete all of the required fields. Your transaction will be submitted to the bank and can take anywhere from 24 to 48 hours, depending on your bank.

You can be reimbursed for expenses up to the amount in your HSA. An HSA does not require third-party substantiation for transactions; however, you should save all of your medical expense receipts in the event of an IRS audit.

CONFIDENTIAL

CIGNA19-13260024224

## Filing Your Income Tax Return

Each January you will receive a 1099 Form for any distributions you receive from your HSA in the previous calendar year. You should save all of your medical expense receipts for income tax purposes.

Be sure to consult your personal tax advisor for more information on this topic.

## If You Die

When you enroll in your HSA, you name a beneficiary for your HSA. If you die and:

• Your beneficiary is your spouse, your spouse is the new owner of the HSA.

• Your beneficiary is someone other than your spouse, the money in the HSA is taxable income to the beneficiary—unless the money is used for your (the deceased) medical expenses paid within one year of your death.

For more information on how your account is distributed if you do not name a beneficiary or if your beneficiary cannot be located, call the PayFlex Customer Service Center at 1-800-506-9157.

## If You Leave the Company

If you leave the Company, you continue to have access to your HSA:

• If you get medical coverage under another qualified high deductible medical plan, you can continue to contribute to the PayFlex HSA on an after-tax basis or roll over the money in your PayFlex HSA into another HSA.

• If you become covered under a medical plan that is not a qualified high deductible medical plan, any money remaining in your HSA can still be used for qualified medical expenses.

## If You Are On COBRA

While the High Deductible Health Plan is subject to COBRA coverage rules, the Health Savings Account is not. You can contribute after-tax money to your Health Savings Account while you have COBRA coverage under the High Deductible Health Plan.

CONFIDENTIAL

CIGNA19-13260024225




Live the ORANGE Life!

# Life Insurance

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

260  Life Insurance for Full-Time Hourly Associates

260  Life Insurance for Salaried Associates

260  Life Insurance for Your Family

260  Basic Term Life Insurance for You and Your Family

261  When Basic Term Life Coverage Begins

261  Basic Life Insurance: Providing an Evidence of Insurability Form for Yourself

261  Basic Life Insurance Accelerated Death Benefit

261  Supplemental Term Life Insurance

262  When Supplemental Life Coverage Begins

262  Supplemental Life Insurance Coverage for Salaried Associates

262  Supplemental Life Insurance Coverage for Full-Time Hourly Associates

263  Supplemental Dependent Life for Your Spouse or Domestic Partner

265  Supplemental Dependent Life Insurance for Children

265  Supplemental Dependent Life Benefits Payment

265  Supplemental Term and Supplemental Dependent Term Life Accelerated Death Benefit

265  Continuing Basic/Supplemental Term Life Insurance When Coverage Ends

266  Continuing Coverage through Portability

266  Continuing Coverage by Converting to an Individual Policy

267  Conversion for Your Dependents If You Die, Get Divorced or End a Domestic Partnership

267  Benefit Reductions for You and Your Family

267  What's Not Covered Under the Life Insurance Plans

267  Continued Insurance When You Are Totally Disabled

267  Filing Claims for Benefits

268  Appealing a Claim

268  Designating a Beneficiary

CONFIDENTIAL

CIGNA19-13260024226

# Life Insurance

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
| --- | --- |
| Enroll in coverage | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot; or call the Benefits Choice Center at 1-800-555-4954. |
| Change your coverage amounts | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot; or call the Benefits Choice Center at 1-800-555-4954. |
| Designate your beneficiaries | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot. |
| Get additional information on continuing life insurance coverage after employment at the Company ends | Call Minnesota Life at 1-866-293-6047. |

## Life Insurance for Full-Time Hourly Associates

If you are a full-time hourly associate, you can enroll in life insurance coverage as follows:

- Basic Term Life Insurance—$20,000 coverage; or

- Supplemental Term Life Insurance—coverage equal to one to 10 times your annual base pay (rounded to the next higher multiple of $1,000, if not already a multiple of $1,000), up to a maximum of $500,000; or

- Both Basic Term Life Insurance and Supplemental Term Life Insurance.

## Life Insurance for Salaried Associates

If you are a salaried associate, you can enroll in life insurance coverage as follows:

- Basic Term Life Insurance—$50,000 coverage; or

- Supplemental Term Life Insurance—coverage equal to one to 10 times your annual base pay (rounded to the next higher multiple of $1,000, if not already a multiple of $1,000), up to a maximum of $1,000,000; or

- Both Basic Term Life Insurance and Supplemental Term Life Insurance.

## Life Insurance for Your Family

As a full-time hourly or salaried associate, you can purchase life insurance coverage for your family as follows:

- Basic Dependent Term Life—covers each member of your family (including your same-sex domestic partner and your children up to age 26) with $2,000 of life insurance; or

- Supplemental Dependent Life for your Spouse or Domestic Partner—coverage equal to $20,000 or one to 10 times your annual base pay (rounded to the next higher multiple of $1,000 if not already a multiple of $1,000) or up to a maximum of $250,000; or

- Supplemental Dependent Life for your Children—coverage equal to $2,500, $5,000, $15,000 or $25,000; or

- Both Basic Dependent Term Life and Supplemental Dependent Term Life for your spouse or domestic partner and/or your children.

## Basic Term Life Insurance for You and Your Family

You can enroll in Basic Term Life Insurance coverage of:

- $20,000 for full-time hourly associates

- $50,000 for salaried associates

- You also can enroll in Basic Dependent Term Life Insurance, which covers each member of your family (including your same-or opposite-sex domestic partner and your children up to age 26) with $2,000 of life insurance, payable only from a live birth. No evidence of insurability is required for Basic Dependent Term Life Insurance.

CONFIDENTIAL

CIGNA19-13260024227

After age 70, Basic Associate Term Life Insurance benefits will be reduced. See **Benefit Reductions for You and Your Family** later in this chapter for more information.

If you become totally disabled while covered by Basic Term Life Insurance, a continued insurance benefit may be available (see **Continued Insurance When You Are Totally Disabled** later in this chapter).

If both you and your spouse or same-sex domestic partner work for the Company, see **If You and Your Spouse or Same-Sex Domestic Partner Both Work for the Company** in the Eligibility and Enrollment chapter.

## When Basic Term Life Coverage Begins

You must be actively at work for Basic Term Life and Basic Dependent Term Life Insurance coverage to take effect. Actively at work means that you are performing all of the material duties of your job with the Company where these duties are normally carried out. If you were actively at work on your last scheduled working day, you will be deemed actively at work on a scheduled nonworking day.

## Basic Life Insurance: Providing an Evidence of Insurability Form for Yourself

If you are newly eligible for benefits and electing basic life insurance coverage for yourself during your initial enrollment period, you will not need to provide an Evidence of Insurability (EOI) form.

EOI is not required for Basic Life Insurance for 2014 if you and/or your spouse enroll during annual enrollment in Fall 2013.

If you are enrolling in basic life insurance for yourself outside of your initial enrollment, you will need to provide an Evidence of Insurability form.

To approve your request for coverage, Minnesota Life may require a doctor's statement and/or a physical exam. You are not eligible for the requested level of benefits until Minnesota Life has approved your Evidence of Insurability form. You must be actively at work for any life insurance coverage to become effective, including increases in coverage you may elect during any rolling 12-month period.

## Basic Life Insurance Accelerated Death Benefit

In the event your life expectancy is less than 365 days, as certified by your doctor and accepted by Minnesota Life, you may be eligible for an accelerated death benefit of up to 100% of your Basic Term Life Insurance amount to help with expenses incurred prior to death.

If approved, the accelerated death benefit is paid to you in a lump sum. The plan will then reduce your Basic Term Life Insurance by the amount paid as an accelerated death benefit. If you recover after receiving an accelerated death benefit payment, the plan will not restore your life insurance amount to its original amount.

## *Filing an Accelerated Death Benefit Claim*

To make a claim for an accelerated death benefit, you must complete a form available from the Benefits Choice Center and return the form with the following information to Minnesota Life:

* written medical diagnosis of your attending doctor and prognosis that your death is expected within 365 days due to injury or sickness; and

* your doctor's reasons for the prognosis along with clinical, radiological, histological and laboratory evidence.

Your doctor may not be yourself or a member of your family.

Minnesota Life reserves the right to make the final decision on payment of an accelerated death benefit. The accelerated death benefit is not available if benefits are assigned, or if there is an irrevocable beneficiary.

## Supplemental Term Life Insurance

Depending on your family's financial situation, you may decide to purchase protection for yourself under the Supplemental Term Life Insurance Plan and/or for your eligible family members under the Supplemental Dependent Term Life Insurance Plan. You can purchase Supplemental Dependent Term Life Insurance even if you do not purchase Supplemental Term Life Insurance for yourself.

CONFIDENTIAL

In determining the amount of Supplemental Term Life Insurance to buy, keep in mind that Accidental Death and Dismemberment (AD&D) Insurance provides benefits only for deaths resulting from accidents, not deaths due to natural causes.

## When Supplemental Life Coverage Begins

You must be actively at work for Supplemental Term Life and Dependent Term Life Insurance coverage to take effect. Actively at work means that you are performing all of the material duties of your job with the Company where these duties are normally carried out. If you were actively at work on your last scheduled working day, you will be deemed actively at work on a scheduled non-working day.

## Supplemental Life Insurance Coverage for Salaried Associates

You can buy coverage equal to one to 10 times your annual base pay (rounded to the next higher multiple of $1,000, if not already a multiple of $1,000), up to a maximum of $1,000,000. Annual base pay includes your regular pay and any portion of regular pay that you defer. It does not include bonuses, premiums, incentive pay or other similar forms of Home Depot pay.

For Home Depot U.S. Home Systems commissioned associates, the premium paid for life insurance coverage is based on $47,000 as annual base pay. At the time of claim, the benefit paid will be based on your bonuses and commissions, over the last 52 weeks , or your period of employment if shorter.

For example, if your base pay is $38,000, you can buy:

* $38,000 (1x your annual base pay);

* $76,000 (2x your annual base pay);

* $114,000 (3x your annual base pay);

continuing up to $380,000, which is 10 times your base pay. You may be required to provide an Evidence of Insurability form and be approved for coverage.

For Home Depot Measurement Services technicians, the premium paid for life insurance coverage is based on $26,000 as annual base pay. At the time of claim, the benefit paid will be based on your pay, over the last 52 weeks, or your period of employment if shorter. For Home Depot At Home Services commissioned associates, the premium paid for life insurance coverage is based on $60,000 as annual base pay. At the time of claim, the benefit paid will be based on your bonuses and commissions, over the last 52 weeks, or your period of employment if shorter.

After age 70, Supplemental Life Insurance benefits will be reduced. See **Benefit Reductions for You and Your Family** later in this chapter for more information.

## Supplemental Life Insurance Coverage for Full-Time Hourly Associates

You can buy coverage equal to one to 10 times your annual base pay (rounded to the next higher multiple of $1,000, if not already a multiple of $1,000), up to a maximum of $500,000. Annual base pay means your hourly base pay rate multiplied by 2,080 (40 hours per week times 52 weeks). Base pay does not include overtime, bonuses, premium pay, incentive

pay or other forms of Home Depot pay.

For example, if your base pay is $16,650, you can buy:

* $17,000 (1x your annual base pay)

* $34,000 (2x your annual base pay)

* $51,000 (3x your annual base pay)

continuing up to $170,000, which is 10 times your annual base pay. You may be required to provide an Evidence of Insurability form and be approved for coverage.

For Home Depot Measurement Services technicians, the premium paid for life insurance coverage is based on $26,000 as annual base pay. At the time of claim, the benefit paid will be based on your pay, over the last 52 weeks, or your period of employment if shorter. For Home Depot At Home Services commissioned associates, the premium paid for life insurance coverage is based on $60,000 as annual base pay. At the time of claim, the benefit paid will be based on your bonuses and commissions, over the last 52 weeks, or your period of employment if shorter.

For Home Depot U.S. Home Systems commissioned associates, the premium paid for life insurance coverage is based on $47,000 as annual base pay. At the time of claim, the benefit paid will be based on your bonuses and commissions, over the last 52 weeks, or your period of employment if shorter.

After age 70, Supplemental Life Insurance benefits will be reduced. See **Benefit Reductions for You and Your Family** later in this chapter for more information.

CONFIDENTIAL

CIGNA19-13260024229

### Providing an Evidence of Insurability Form For Yourself

If you are newly eligible for benefits and electing coverage during your initial enrollment period, you will need to provide an Evidence of Insurability (EOI) form if:

* You elect more than three times your pay; or

* You elect an amount over $500,000 (for salaried associates only).

If you are increasing coverage outside of your initial enrollment, you will need to provide an Evidence of Insurability form if:

* You previously declined coverage, regardless of the level of coverage you select;

* You elect a coverage increase of more than one times pay; or

* You elect a coverage increase that would cause your coverage to go above $500,000 even if you elect one times pay and it causes your coverage to go above $500,000 (for salaried associates only).

To approve your request for coverage, Minnesota Life may require a doctor's statement and/or a physical exam. You will be responsible for any related costs. You are not eligible for the requested level of benefits until Minnesota Life has approved your Evidence of Insurability form. You must be actively at work for any life insurance coverage to become effective, including increases in coverage you may elect during any rolling 12-month period.

### Supplemental Dependent Life for Your Spouse or Domestic Partner

You may purchase coverage for your spouse (or same- or opposite-sex domestic partner) equal to $20,000 or one to 10 times your annual base pay (rounded to the next higher multiple of $1,000, if not already a multiple of $1,000), up to a maximum of $250,000. The minimum amount of insurance you can purchase for your spouse (or same- or opposite-sex domestic partner) is $20,000. If you earn less than $20,000, you can choose the minimum coverage amount of $20,000. You may be required to provide an Evidence of Insurability form and be approved for coverage.

For example, if your base pay is $38,000, you can buy:

* $38,000 (1x your annual base pay)

* $76,000 (2x your annual base pay)

* $114,000 (3x your annual base pay)

* $152,000 (4x your annual base pay)

* $190,000 (5x your annual base pay)

* $228,000 (6x your annual base pay)

You could not purchase more than six times your annual base pay because that would exceed the $250,000 maximum coverage amount.

If your base pay is $22,650, you can buy:

* $23,000 (1x your annual base pay)

* $46,000 (2x your annual base pay)

* $69,000 (3x your annual base pay)

continuing up to $230,000, which is 10 times your annual base pay.

After age 70, Supplemental Life Insurance benefits will be reduced. See Benefit Reductions for You and Your Family.

### If You Enroll Your Domestic Partner

For information on eligibility requirements for same- or opposite-sex domestic partners, see Dependent Eligibility in the Eligibility and Enrollment chapter.

If you enroll your same- or opposite-sex domestic partner, you will be required to complete an Affidavit of Domestic Partnership attesting to your domestic partnership before you receive Supplemental Dependent Term Spouse Life Insurance coverage. See the Benefits for Same-sex Domestic Partners chapter for more information.

### Providing an Evidence of Insurability Form for Your Spouse or Domestic Partner

If you choose to cover your spouse (or same- or opposite-sex domestic partner) for any amount above $20,000, you will need to complete an Evidence of Insurability form.

To approve your request for coverage, Minnesota Life may require a doctor's statement and/or a physical exam. You will be responsible for any related costs. Your spouse's or same- or opposite-sex domestic partner's coverage will not become effective until Minnesota Life has approved his or her Evidence of Insurability form.

CONFIDENTIAL

CIGNA19-13260024230

## The Differences Between Portability and Conversion

| | Portability¹: Continue Your Group Term Life with Minnesota Life | Conversion: Convert Your Group Term Life Insurance Benefits to an Individual Life |
|---|---|---|
| Eligible coverage | • Basic Term Life and AD&D coverage, Supplemental Term Life and AD&D coverage and Dependent Term Life coverage can be ported.<br>• Dependent coverage can only be ported if associate coverage is ported. | • Basic, Supplemental and Dependent Term Life coverage can be converted.<br>• AD&D cannot be converted.<br>• Dependent coverage can be converted even if associate coverage is not converted. |
| Type of insurance following election | Group Term life, Accidental Death & Dismemberment (AD&D) | Individual life policy |
| Eligibility timing | Must be elected within 31 days of event below | Must be elected within 31 days of event below |
| Events allowing portability/conversion | Coverage is lost due to:<br>• Termination of employment      • Layoff or leave<br>• Other loss of eligibility      • Terminated disabled associates | Coverage is lost due to:<br>• Termination of employment      • Loss of eligibility<br>• Termination of group policy (after 5 years in the plan)<br>• Medical leave      • Layoff or leave |
| Not allowed for | • Termination of group policy<br>• Nonpayment of premium | • Nonpayment of premium |
| Guaranteed issue | All guaranteed issue | All guaranteed issue |
| Maximum age to elect | Associate: age 79<br>Spouse/domestic partner: spouse's/domestic partner's age 69<br>Child: qualifying age or associate's age 79 | No maximum age |
| Minimum amount allowed | Associate: $10,000<br>Spouse/child: no minimum | No minimum |
| Maximum amount allowed | Previous Amount In Force. Not to exceed the maximum amount allowed. See the applicable maximums by plan within this chapter and the **Accidental Death & Dismemberment** chapter. | Previous amount in force unless conversion is due to policy or class termination. If conversion is due to policy or class termination, maximum is the lesser of $10,000 or the existing coverage amount less the new coverage amount available under any replacement policy. |
| Increases/decreases available | No increases<br>Decreases available | Increases available (with Evidence of Insurability)<br>Decreases available |
| Age reductions | Associate and spouse coverage reduces to 65% at age 70 and 50% at age 75 | No age reductions |
| Termination age | Associate: age 80<br>Spouse/domestic partner: spouse's/domestic partner's age 70 or associate's age 80<br>Child: qualifying age limit or associate's age 80 | No termination age |
| Effect of group contract termination on coverage already ported or converted | No change | No change |
| Availability of conversion option | Available at any time after porting but not more than 31 days after ported coverage terminates | Not applicable |

1 Subject to state availability.

CONFIDENTIAL

CIGNA19-13260024231

## Supplemental Dependent Life Insurance for Children

You can choose from these coverage levels for each of your dependent children up to age 26: $2,500, $5,000, $10,000, $15,000 or $25,000.

There is no evidence of insurability requirement for child life insurance so long as the election is made at initial eligibility, annual enrollment, at a qualified status change or during any rolling 12-month period.

## Supplemental Dependent Life Benefits Payment

In the event of the death of your dependent spouse/domestic partner or child, the death benefit will be paid to you if living, otherwise to your estate.

## Supplemental Term and Supplemental Dependent Term Life Accelerated Death Benefit

In the event your or your dependent's life expectancy is less than 365 days as certified by your doctor and accepted by Minnesota Life, you or your dependent may be eligible for an accelerated death benefit of up to 100% of you or your dependent's Supplemental Term Life benefit amount to help with expenses incurred prior to death. You or your dependents must be covered under the Supplemental Term Life Insurance Plan.

If approved, the accelerated death benefit is paid in a lump sum. The plan will then reduce the Supplemental Term Life Insurance amount by the amount paid as an accelerated death benefit. If you or your dependent recovers after receiving an accelerated death benefit payment, the plan will not restore the life insurance amount to its original amount. After a claim has been made for an accelerated death benefit, you will not be allowed to increase your Supplemental Term Life coverage.

### Filing an Accelerated Death Benefit Claim

To make a claim for an accelerated death benefit, you must complete a form available from the Benefits Choice Center and you must return the form with the following information to Minnesota Life:

* Written medical diagnosis of your attending doctor and prognosis that your death is expected within 365 days due to injury or sickness; and

* Your doctor's reasons for the prognosis along with clinical, radiological, histological and laboratory evidence.

Your doctor may not be yourself or a member of your family.

Minnesota Life reserves the right to make the final decision on payment of an accelerated death benefit. The accelerated death benefit is not available if benefits are assigned, or if there is an irrevocable beneficiary.

### When Life Insurance Coverage Ends

For information on when your life insurance coverage ends, see the Eligibility and Enrollment chapter.

## Continuing Basic/Supplemental Term Life Insurance When Coverage Ends

You may elect to continue through portability or conversion your Basic Term Life, Basic Dependent Life, Supplemental Term Life, and Supplemental Dependent Term Spouse/Domestic Partner Life and Supplemental Dependent Term Child Life Insurance and you may elect to continue through portability your Basic AD&D, Supplemental AD&D and Family Supplemental AD&D if you meet one of the following qualifications:

* Your employment has ended due to voluntary termination of employment, leave, layoff, retirement or dismissal; or

* You cease to be in a class that is eligible for such insurance—for example, you have a change in employment status (e.g., full-time to part-time).

If you would like to continue coverage through portability or conversion, call Minnesota Life at 1-866-293-6047 and the necessary forms will be mailed to you. You have the latter of 31 days from the date your coverage ends or 15 days from the date this notice was given, if notice is given more that 15 days from the date benefits were terminated. In no event will this period extend beyond 91 days from the date life coverage terminated.

CONFIDENTIAL

CIGNA19-13260024232

For information about the differences between portability and conversion, see the chart in this chapter.

To speak with a Minnesota Life representative who can answer questions about portability, call 1-866-293-6047. To be connected with a Minnesota Life representative who can answer questions about conversion, call 1-866-293-6047.

## Continuing Coverage through Portability

You may elect to continue life insurance coverage on you and your dependents' lives for the same or a lower amount of insurance that you were receiving immediately before termination under the group term life plan subject to an overall minimum of $10,000 of your term life insurance.

You must elect to continue your term life (Basic Life and/or Supplemental Term Life) in order to be able to continue the Dependent Life Insurance.

Costs may differ from your current payroll deduction but are generally less expensive than an individual permanent life policy. Premium rates may also increase in the future, but will not change more often than once a year. Coverage may continue up to the lesser of age 80 for associates and up to age 70 for dependents.

## Continuing Coverage by Converting to an Individual Policy

If you or your eligible family members lose coverage under the Term Life Insurance Plans, you may be eligible to obtain an individual life insurance policy customarily issued by Minnesota Life for conversions (not including Term Life Insurance.) See the chart The Differences Between Portability and Conversion on the previous page for more information. The amount of coverage will equal your coverage level under the Basic Term Life, Basic Dependent Term Life, Supplemental Term Life and/or Supplemental Dependent Term Life Plans.

To convert your life insurance to an individual policy, you must follow these steps:

* Once Minnesota Life is notified that you are eligible for conversion, the necessary forms will be mailed to you. You have the latter of 31 days from the date your coverage ends or 15 days from the date this notice was given, if notice is given more that 15 days from the date benefits were terminated. In no event will this period extend beyond 91 days from the date benefits were terminated. If an individual policy is issued, the individual policy will be effective at the end of the 30-day period following the date your life coverage ends.

* Pay the required premium within 31 days following the date on which your insurance with the Company ended. Minnesota Life will base the premium for the individual policy on the covered person's age as of the policy's effective date, the class of risk to which you belong and the type and amount of the policy.

Limited conversion is available if, after you have been insured for at least five years, insurance is terminated because the policy is:

* Terminated; or

* Changed to reduce or terminate the insurance for that individual.

You may convert up to the full amount of terminated insurance, but not more than the maximum. The maximum is the lesser of:

* $10,000; and

* The amount of life insurance which terminated minus any amount of group life insurance for which the insured becomes eligible under any group policy issued or reinstated by us or any other carrier within 31 days of the date the insurance terminated under this policy.

Neither the conversion right nor the limited conversion right is available if your coverage under this policy terminates due to failure to make, when due, required premium contributions.

Under both the conversion right and the limited conversion right, you may convert your insurance to any type of individual policy of life insurance then customarily issued by Minnesota Life for purposes of conversion, except term insurance. The individual policy will not include any supplemental benefits, including, but not limited to, any disability benefits, accidental death and dismemberment benefits or accelerated benefits.

CONFIDENTIAL

CIGNA19-13260024233

If you do not receive written notice of your conversion right under this policy at least 15 days prior to the expiration date of the conversion period, you will have an additional period within which to exercise your conversion right, which shall not be longer than 91 days from the date your coverage ended. This additional period shall expire 15 days after you are given notice, but in no event will the additional period extend beyond 60 days after the expiration date of the period provided in the policy.

If you die during the 31-day period allowed for conversion, Minnesota Life shall pay a death benefit even if an application for conversion has **not** been submitted. This benefit will be the amount you would have been eligible to convert, but Minnesota Life will not be liable under both the individual policy and the group policy.

Nothing herein contained shall be construed to continue any insurance beyond the period provided in the policy.

### Conversion for Your Dependents if You Die, Get Divorced or End a Domestic Partnership

Your spouse or same- or opposite-sex domestic partner or children can convert for the same or a lower amount of insurance in the event of the associate's death or a divorce or dissolution of domestic partnership.

### Benefit Reductions for You and Your Family

The amount of your Basic Term Life Insurance and any Supplemental Term Life Insurance, as well as any Supplemental Dependent Term Life Insurance for you or your spouse/domestic partner will be reduced by:

- 35% on January 1 following your 70th birthday
- 50% on January 1 following your 75th birthday
- 70% on January 1 following your 80th birthday

### What's Not Covered Under the Life Insurance Plans

Death benefits are not paid under the Supplemental Term Life, and Supplemental Dependent Spouse/Domestic Partner Term Life Plans if you or your dependent spouse/domestic partner commits suicide, while sane or insane, during the first two years of coverage under the Plan. This also applies to the accelerated benefit. The accelerated benefit never applies to sickness or injuries caused by attempted suicide and self-inflicted injury.

If a suicide occurs within two years of the effective date of any coverage or within two years of the effective date of any increase in coverage, that coverage or increased amount of coverage will not be payable. Instead, Minnesota Life will pay the beneficiary any contributions paid for the increased coverage amount without interest. In addition, Minnesota Life will pay the beneficiary the amount of coverage in place the day before the effective date of an increase in coverage.

### Continued Insurance When You Are Totally Disabled

Continued Insurance is a provision that keeps a death benefit in effect for a totally disabled associate until the earlier of life coverage termination, employment termination, return from leave of absence or termination of your disability benefits provided that the appropriate premiums are paid throughout the period of total disability. At the time of benefit termination, the totally disabled associate may convert to an individual policy, or port if applicable.

### Filing Claims for Benefits

The Benefits Choice Center must be notified if you or a family member dies while covered by the Basic Term Life and/or Supplemental Term Life Plans. Upon notification, the Benefits Choice Center will submit a claim to Minnesota Life who will provide the beneficiary with the appropriate claim forms. Your beneficiaries must complete and return the forms, along with other required information, to Minnesota Life for processing. Minnesota Life will pay interest from the date of death to the date of payment.

CONFIDENTIAL

CIGNA19-13260024234

**Life Insurance**

## Appealing a Claim

If your claim is denied as described in the Claims and Appeals chapter of this book, you will receive a letter that states the reasons for the denial. You may appeal the denial by following the procedures in the Claims and Appeals chapter.

## Designating a Beneficiary

You may designate the same beneficiary(ies) for all plans, or different beneficiaries for each plan. However, the associate is automatically the beneficiary of all dependent life insurance benefits. You can change your beneficiary(ies) at any time. You can designate or change beneficiaries on the Your Benefits Resources website.

You may want to change the designation of your beneficiary if you divorce, are legally separated from your spouse or end a relationship with your same- or opposite-sex domestic partner. Please note that pursuant to federal law, Minnesota Life will pay the designated beneficiary on your beneficiary form even if you subsequently changed your will, separated or divorced. To change your beneficiary designation, go to the Your Benefits Resources website.

If there is no designated beneficiary at your death, any benefits for these plans will be paid in the following manner:

* Your spouse or your same- or opposite-sex domestic partner (as defined in the Eligibility & Enrollment chapter of this document); or if your spouse or domestic partner do not survive you,

* Your surviving natural and adopted children in equal shares; or if none survive you,

* Your parents in equal shares; or if none survive you,

* Your surviving brothers and/or sisters in equal shares; or if none survive you,

* Your estate.

However, Minnesota Life instead can pay the benefit to your estate. Any such payment discharges all liability for the amount paid.

In the event a beneficiary is not living on the date of your death, that beneficiary's portion of the benefit will be equally distributed to the remaining surviving beneficiaries. In the event of you and a beneficiary's simultaneous deaths, the benefit will be paid as if you survived your beneficiary.

Benefits will not be paid to a beneficiary who has been convicted of murdering the covered person.

CONFIDENTIAL

Case 3:19-cv-01324-JCH     Document 242-1     Filed 07/20/23     Page 272 of 405

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER     CONTACT LIST     SEARCH




Live the ORANGE Life!

# Disability–Full-Time Hourly

### U.S. Salaried & Full-Time Hourly Associates

## Chapter Contents

270   **The Disability Plans**
270   Enrolling in the STD and LTD Plans
271   Providing an Evidence of Insurability Form
271   Paying for Your Coverage
271   **How the Short-term Disability Plan Works**
271   Qualifying for Benefits
272   How the Plan Pays Benefits
273   **How the Long-term Disability Plan Works**
273   Exceptions
274   Qualifying for Benefits
274   How the Plan Pays Benefits
275   Limited Interruption of the Waiting Period
275   **What's Not Covered Under the Disability Plans**
276   **Benefit Reductions**
276   Termination of Benefits
276   **Filing Claims for Benefits**
277   When to Report Your Absence
277   How Your Claims Are Handled
277   Appealing a Claim
277   Refund to Aetna for Overpayment of Benefits

CONFIDENTIAL

CIGNA19-13260024236

## Disability – Full-Time Hourly

### Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| File an STD claim | Notify your District HR Manager or manager of your need to file a short-term disability claim. Notify Aetna as soon as you know you'll be unable to work for more than seven days by calling 1-866-400-8762 or or go to www.aetnadisability.com. If you don't submit a claim within 30 days of the first day out of work, you may not be eligible for short-term disability benefits. |
| File an LTD claim | Aetna will automatically transition your STD claim to LTD (if you are enrolled in LTD) approximately midway through the 26-week waiting period. You do not have to contact Aetna separately to initiate the LTD claim. |
| Check the status of an STD or LTD claim | Call Aetna at 1-866-400-8762 or go to www.aetnadisability.com |
| Provide information to Aetna | Send a fax to 1-866-667-1987; or mail to:<br>Aetna Disability–Workability<br>P.O. Box 14560<br>Lexington, KY 40512-4560<br>or for overnight/special handling address:<br>ACS; ATTN: Aetna Group Disability Claims–Plantation<br>101 Yorkshire Blvd.<br>Lexington, KY 40509-1883 |

## The Disability Plans

To help ensure your financial protection if you become disabled and are unable to work because of illness or injury, the Company offers you the Short-term Disability (STD) Insurance Plan and the Long-term Disability (LTD) Insurance Plan. Generally, you have the choice to purchase:

* short-term and long-term disability insurance
* short-term disability insurance only (not available to associates working in California, Hawaii, New Jersey and Rhode Island)
* long-term disability only (for associates working in California, Hawaii, New Jersey and Rhode Island only)

State disability plans automatically cover associates working in California, Hawaii, New Jersey and Rhode Island. These associates are eligible to participate in the Long-term Disability Plan only. Associates working in New York are also covered under a state disability plan. However, since New York's state disability plan has limited benefits, the Company allows New York associates to participate in the Short-term Disability Plan. If you work in New York, you can begin receiving New York state disability plan benefits after completing four weeks of employment. These benefits are administered by Aetna. Contact Aetna at 1-866-400-8762 for more information regarding eligibility for benefits under New York's state disability plan.

If you are eligible to participate in the Company's Short-term Disability Plan, you must participate in that plan in order to participate in the Long-term Disability Plan.

If you are not actively working on the day your coverage should begin, your coverage will be delayed until you return to work.

### Enrolling in the STD and LTD Plans

You are automatically enrolled in both Disability Plans after completing your 90th day of service. Payroll deductions begin with your first paycheck after you complete your 90th day.

If you do not want the coverage, you must opt out through the Your Benefits Resources website or by calling the Benefits Choice Center. If you opt out of the Plans, you may enroll in STD and LTD during any rolling 12-month period, but an Evidence of Insurability form is required. (See Providing an Evidence of Insurability Form later in this chapter.)

CONFIDENTIAL

CIGNA19-13260024237

Please read the Benefit Reductions section of this chapter carefully. Depending on your personal circumstances, the benefits you may receive from sources other than the STD or LTD Plans may significantly reduce any benefit that the Company's STD or LTD Plans might provide.

### Providing an Evidence of Insurability Form

You must submit an Evidence of Insurability form if you want to enroll in the Disability Plans and:

* You started work before January 1, 2001, and you did not enroll in disability coverage during your initial enrollment period.

* You were hired on or after January 1, 2001, and you opted out of automatic enrollment.

The Evidence of Insurability form is mailed to your home following enrollment. To approve your request for coverage, Aetna, the Plan's insurance company, may require a doctor's statement and/or a physical exam. You will be responsible for any related costs. You do not have disability coverage until Aetna receives your completed form and approves your Evidence of Insurability form.

### Paying for Your Coverage

Since you pay the premium for short-term and long-term disability coverage with after-tax dollars, you do not have to pay federal income taxes on the benefits you receive.

If, however, you are working in the state of New York and receive benefits under the state disability plan, taxes will be deducted for the benefits you receive that are attributable to the portion of the state plan that is paid by the Company.

For Home Depot Measurement Services technicians, the premium paid for short-term and long-term disability is based on $26,000 as annual base salary. For Home Depot At Home Services commissioned associates, the premium paid for short-term and long-term disability is based on $60,000 as annual base salary. For Home Depot U.S. Home Systems commissioned associates, the premium paid for short-term and long-term disability is based on $47,000 as annual base salary.

### How the Short-term Disability Plan Works

After seven consecutive calendar days of an illness or injury during which you are unable to work, the Short-term Disability Plan will pay 60% of base pay reduced by other income for an approved period of disability, not to exceed 25 weeks.

Base pay for hourly associates other than 100% commissioned associates means your regular hourly pay rate in effect as of the date of disability and does not include overtime, bonuses, premiums, incentive pay or any other form of pay from the Company. For 100% commissioned associates, base pay means your bonuses and commissions, over the last 52 weeks, or your period of employment if shorter. These benefits are paid on a weekly basis, and you do not pay federal income taxes on the benefits received (unless you are working in New York; see the previous section for additional information).

### Qualifying for Benefits

You must be actively at work on the day your coverage begins. "Actively at work" means that you must be actively at work for The Home Depot:

1. on a full-time basis and paid regular earnings;

2. for at least 30 hours per week; and either perform such work:

   a. at The Home Depot's usual place of business; or

   b. at a location to which The Home Depot business requires you to travel.

You will be considered actively at work if you were actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);

2. holidays (except when the holiday is a scheduled work day);

3. paid vacations;

4. any non-scheduled work day;

5. an excused leave of absence (except medical leave for your own disabling condition and lay-off); and

6. an emergency leave of absence (except emergency medical leave for your own disabling condition).

In addition, to qualify for short-term disability benefits, you must meet all of the following requirements:

* The disability period must be expected to last more than seven consecutive calendar days;

CONFIDENTIAL

CIGNA19-13260024238

* You must be under the appropriate care and treatment of a qualified physician. This includes receiving treatment from a physician who is not you or related to you and who is is licensed and qualified in a discipline suitable to treat the disabling injury or illness. The treatment must:

—Be necessary to meet your basic health needs and is of demonstrable medical value;

—Be consistent in type, frequency, and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies;

—Be consistent with the diagnosis of your conditions;

—Be provided by a doctor who specializes in psychiatry, if your disability is caused, to an extent, by a mental health or psychiatric condition; and

—Have a purpose that is to maximize your medical improvement.

* You must not be able to perform the material and substantial duties of your own job; and

* Aetna must receive certification accompanied by appropriate medical documentation of a disability from your attending doctor before benefits are considered for payment. Aetna has the right to have you examined by a doctor of their choice when and as often as they reasonably choose, at Aetna's expense.

## How the Plan Pays Benefits

During the first seven consecutive calendar days that you are disabled, you may use any sick or vacation days you have available to receive pay for normally scheduled hours in accordance with Company policy. After the first seven consecutive calendar days, if approved, you will receive 60% of your base pay for the period of short-term disability, not to exceed 25 weeks. The maximum weekly benefit is $2,500.

If you are receiving income from other sources (or in certain cases are eligible to receive income, such as Social Security benefits), however, your short-term disability weekly benefit will be reduced by the amount of your other income. See Benefit Reductions in this chapter for examples of other income. While an associate is receiving short-term disability benefits, the premiums required for long-term disability (if elected) are deducted from the short-term disability benefit and short-term disability premiums are waived for the duration of the short-term disability period.

Rehabilitation Program means a program that has been approved by Aetna for the purpose of helping you return to work. It may include but is not limited to, your participation in one or more of the following activities:

1. return to work on a modified basis with a goal of resuming employment for which you are reasonably qualified by training, education, experience and past earnings;

2. on-site modification/accommodation;

3. training to improve job seeking skills;

4. vocational assessment;

5. short-term skills enhancement;

6. vocational training; or

7. restorative therapies, such as physical or occupational therapy and/or psychological or vocational counseling, to improve functional capacity to return to work.

If you refuse to participate in a rehabilitation program recommended by Aetna your benefit will not be continued. If you refuse to accept a job with The Home Depot where workplace modifications or accommodations were made to allow you to perform your job, your benefit will not be continued.

### Recurring Disabilities

If you have been receiving disability benefits and return to work for less than 30 calendar days, and then go out on disability again for the same or related cause, the disability, if approved, is considered to be recurring. In this case, the benefit continues through the balance of the 26-week period, from the original date of disability (the seven-calendar-day waiting period plus the approved period of disability of up to 25 weeks), and you do not have to complete another seven-calendar-day waiting period.

If you have been receiving disability benefits and return to work for 30 calendar days or more, and then go out on disability again, regardless of the disability reason, a new 26-week period (the seven-calendar-day waiting period plus the approved period of disability up to 25 weeks) begins, if approved. You must satisfy the seven-calendar-day waiting period before the benefit payment would begin.

CONFIDENTIAL

If you have been receiving disability benefits and return to work for at least one calendar day, and become disabled due to a different or unrelated cause, the disability is considered to be different. If approved, a new 26-week period (the seven-calendar-day waiting period plus the approved period of disability up to 25 weeks) begins. You must satisfy the seven-calendar-day waiting period before the benefit payment can begin.

### Partial Disability

If you become partially disabled immediately following a period of disability in which you were fully disabled for at least the seven-calendar-day waiting period, the Short-term Disability Plan will continue to pay the weekly benefit for the remainder of the 25-week benefit payment period, provided you remain partially disabled and provide proof of disability when requested.

The amount of the weekly benefit, when added to any compensation you may earn while partially disabled, cannot exceed 100% of your basic weekly earnings.

Partial disability means that due to injury or sickness you:

* are under the appropriate care of a doctor;

* can perform at least one of the essential functions of your job or any other job on a part-time or full-time basis; and

* are earning at least 20% of your predisability earnings.

## How the Long-term Disability Plan Works

After 26 consecutive weeks of illness or injury, if the disability qualifies as total disability, is expected to continue, and benefits are approved, the Long-term Disability Plan will pay 60% of base pay (reduced by other income) up to a maximum of $5,000 per month for the remainder of the disability, up to the maximum benefit duration. For 100% commissioned associates, base pay means your bonuses and commissions over the past 52 weeks or period of employment if shorter. For all other hourly associates, base pay means your regular hourly pay rate in effect as of the date of disability and does not include overtime, bonuses, premiums, incentive pay or any other form of pay from the Company. Long-term disability benefits are paid on a semi-monthly basis.

| Age When Disability Begins | Benefit Duration |
|---|---|
| Less than Age 60 | to age 65 |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

Associates who become disabled before age 60 will receive benefits for as long as Aetna approves the disability, up to age 65. Associates who become disabled after age 60 will receive benefits for as long as Aetna approves the disability, up to the maximum benefit duration shown in the chart.

### Exceptions

The maximum period of disability that the Plan will consider for disabilities due to mental illness, non-verifiable symptoms or nervous disorder; substance abuse, addiction or dependency will be 24 months from the date the disability starts. The 24-month maximum period of disability includes the six-month waiting period for long-term disability benefits. If you are confined to a hospital or institution at the end of this 24-month period, your benefits will be paid during this confinement. If you are not confined but fully participating in a treatment plan at the end of this 24-month period, your benefits will continue for up to 12 additional months.

The 24-month maximum period of disability is a lifetime maximum. This means that you are limited to 24 months of benefits for short-term disability and long-term disability in total for the above mentioned disorders.

Mental Illness means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Aetna will use the replacement chosen or published by the American Psychiatric Association. Substance Abuse means alcohol and/or drug abuse, addiction or dependency. Non-Verifiable

CONFIDENTIAL

CIGNA19-13260024240

Symptoms means your subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.

## Qualifying for Benefits

To qualify for long-term disability benefits, your disabling illness or injury must not be the result of a pre-existing condition that causes disability in the first 12 months after your coverage starts. For purposes of this Plan, a pre-existing condition is any injury, illness, or other incapacitating condition for which you were diagnosed or treated, you received diagnostic or treatment services or took drugs prescribed or recommended by a physician during the 3 months immediately before the date your long-term disability coverage started. The Long-term Disability Plan will not pay benefits for any disability that begins in the first 12 months of coverage if it was caused by, was contributed to, or is a result of a pre-existing condition.

Disability means that, due to an injury or sickness, you are unable to perform, with reasonable continuity, the material and substantial duties of any occupation.

In addition, to qualify for long-term disability benefits:

* you must be unable to return to work after the initial 26-week period of disability;

* You must be under the appropriate care and treatment of a qualified physician. This includes receiving treatment from a physician who is not you or related to you and who is licensed and qualified in a discipline suitable to treat the disabling injury or illness. The treatment must:

  —Be necessary to meet your basic health needs and is of demonstrable medical value;

  —Be consistent in type, frequency, and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies;

  —Be consistent with the diagnosis of your conditions;

  —Specialize in psychiatry, if your disability is caused, to an extent, by a mental health or psychiatric condition; and

  —Have a purpose that is to maximize your medical improvement.

* Aetna must consider that you are totally disabled; and

* Aetna must receive certification with accompanying medical documentation of a disability from your attending physician before benefits are considered for payment. Aetna has the right to have you examined by a physician of their choice when and as often as they reasonably choose, at Aetna's expense.

## How the Plan Pays Benefits

After 26 weeks of disability, if approved for long-term disability, you will receive 60% of your base pay for the remaining period of disability, up to the maximum benefit duration. The maximum monthly benefit is $5,000; the minimum monthly benefit is $100. These long-term benefits are paid on a semi-monthly basis.

For 100% commissioned associates, base pay means your bonuses and commissions, over the last 52 weeks, or your period of employment if shorter. These benefits are paid on a semi-monthly basis, and you do not pay federal income taxes on the benefits received.

Your benefit will not change throughout your disability period. However, if you are receiving income from other sources (or in certain cases eligible to receive income such as Social Security benefits), your long-term disability benefits will be reduced by the amount of your other income. See Benefit Reductions in this chapter for examples of other income.

While an associate is disabled and receiving long-term disability benefits, the premiums required for long-term disability coverage are waived.

### Adjustments to Your Benefits If You Work While Disabled

Your long term disability monthly benefit may be reduced if, while monthly benefits are payable, you receive income which is more than 20% of your adjusted predisability earnings[1] from:

* Your employer or any other employer, employment or self-employment; or

1 Adjusted predisability earnings means your base monthly earnings as adjusted by Aetna for the consumer price index, a measure of inflation.

CONFIDENTIAL

CIGNA19-13260024241

* Any occupation for compensation or profit.

The monthly benefit adjustment is calculated as follows:

During the first 12 months that you have such income, the benefit will be reduced only to the extent the sum of the amount of that income and the monthly benefit payable, without any reduction for other income benefits, exceeds 100% of your adjusted predisability earnings.

Thereafter, the adjusted monthly benefit will be calculated by using the following formula:

(A divided by B), times C, where:

A = Your adjusted predisability earnings, minus the income you receive while disabled

B = Your adjusted predisability earnings

C = The monthly benefit payable.

Income means income you earn, while disabled and working, from your employer or any other employer. However, any income earned by working for another employer will be considered income only if you:

* Become employed after the date your disability started; or

* Increase the number of hours you work, or the number or type of duties you perform for another employer after the date of your disability started. In that event, only the amount of the income increase will be taken into consideration for the benefit adjustment.

## Limited Interruption of the Waiting Period

During the 26-week waiting period for long-term disability, limited interruption of the waiting period is allowed for up to 30 days. Any day of active work in this time will not count toward satisfying the waiting period. This limited interruption will not apply if, while you are actively at work, you become eligible for any group disability insurance.

### Recurrent Disability

If, after a period of long-term disability during which you received benefits under this Plan, you resume your regular job on a full-time basis for less than six consecutive months, a disability which is related or due to the same cause or causes as the prior disability will be part of the same initial period of disability. If you resume work for more than six months, any recurrent disability will be treated as a new period of disability and a new elimination period must be completed.

If you become eligible for coverage under any other group long-term disability policy, this recurrent disability provision will not apply. In that case, any recurrent disability will be treated as a new period of disability and a new elimination period must be completed.

### In the Event of Your Death

If you are receiving long-term disability benefit payments at the time of your death, the Long-term Disability Plan will pay your surviving spouse a one-time, lump-sum payment equal to three times your gross monthly benefit. If there is no surviving spouse, the benefit is divided equally among children who are under or have reached age 26 by the end of the current calendar year. If there is no spouse and no children meeting the age requirements, the benefit will be payable to your estate.

## What's Not Covered Under the Disability Plans

The Short-term and Long-term Disability Plans do not cover a disability caused by or resulting from:

1. War, declared or undeclared, or any act of war, except in acts of terrorism;

2. intentionally self-inflicted injuries, while sane or insane;

3. active participation in a riot;

4. the committing of or attempting to commit a felony or misdemeanor;

5. cosmetic surgery unless such surgery is in connection with an injury or sickness sustained while the individual is a covered person;

6. a gender change, including but not limited to any operation, drug therapy or any other procedure related to a gender change.

CONFIDENTIAL

CIGNA19-13260024242

## Benefit Reductions

Your short-term and long-term disability benefits will be reduced to account for other income you receive while disabled. Other income includes benefits under the following:

* Workers' compensation law, occupational disease laws, unemployment compensation laws or any similar state or federal law

* any compulsory disability benefits law or act

* any formal wage or salary payment plan of the Company or any formal or informal sick leave or wage continuation plan

* disability or retirement benefits under the U.S. Social Security Act, the Railroad Retirement Act or any other governmental disability or retirement program. This reduction may apply even if you have not yet applied for benefits you are eligible to receive but will not apply to certain retirement benefits you were receiving prior to becoming disabled.

* any benefits to which your dependents are entitled because of your disability

* benefits to which you are entitled through no-fault insurance laws

* any disability benefits for which you are eligible under any other company group or individual insurance plan, or any government retirement system

* payments from any state STD program

* a prorated portion of any lump-sum payment you receive from a settlement, judgement award or compromise as compensation for lost income and any degree of impairment or loss of bodily function or capacity

* any income you earn from employment, including severance benefits

### Estimating Social Security Benefits

You are required to show proof that you applied for Social Security disability benefits. If you have not received approval or final denial of your claim from the Social Security Administration by the end of this 24 month period, Aetna reserves the right to begin reducing your Monthly Benefit by an estimate of Social Security benefits. Final denial of your claim means that you have received a "Notice of Denial of Benefits" from an Administrative Law Judge.

## Termination of Benefits

Your disability benefits will cease on the earliest to occur of the following: (1) you are no longer disabled as determined by Aetna; (2) you reach the end of the maximum benefit period; (3) you die; (4) you fail to provide proof of disability or proof that you are under appropriate care and treatment of a qualified doctor; (5) you refuse to cooperate with Aetna, including refusing an examination, evaluation or appropriate treatment; (6) you refuse to work where workplace modifications or accommodations were made; or (7) you are partially disabled and your earnings exceed 80% of your adjusted pre-disability earnings.

## Filing Claims for Benefits

To file a short-term or long-term disability claim call Aetna at 1-866-400-8762, as soon as you know you will be unable to work more than seven consecutive days. Aetna will then forward any necessary forms to you and your doctor.

You must submit a claim to Aetna within 30 days of the date of the loss on which the claim is based. If that is not possible, Aetna must be notified as soon as reasonably possible. If you fail to submit the claim timely, you may not be eligible for disability benefits.

Once the claim is submitted, satisfactory proof of disability must be provided to Aetna within 45 days after completion of the waiting period. Failure to furnish such proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such proof within such time. Such proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time proof is otherwise required.

Proof of continued disability must be provided to Aetna within 30 days from the request for such proof. If you fail to provide satisfactory proof of disability, you may not be eligible or remain eligible for disability benefits.

When you file a claim, by calling Aetna's claim intake office (1-866-400-8762), you should have the following information ready when you report your absence:

* Personal Information: Name, address, telephone number, e-mail address, date of birth and Social Security number

CONFIDENTIAL

CIGNA19-13260024243

- Job Information: Store location, telephone number, occupation, work schedule and supervisor's name/number

- Injury/Illness Information: How, when, and where the injury occurred, nature of the illness, and last day worked

- Physician(s) Information: Name(s), address(es), telephone number(s), fax number(s) and e-mail address(es). Information is needed for each treating physician.

- Your Manager's Information: Name, telephone number and e-mail address

## When to Report Your Absence

If you are out of work for more than four days and expect your disability to last more than seven days, or if you know in advance that you will be out of work for more than seven days due to an injury, illness, or pregnancy (e.g., a scheduled surgery), call Aetna at 1-866-400-8762 immediately.

## How Your Claims Are Handled

An Aetna disability claims management unit will handle all STD and LTD claims for the Company associates.

For important numbers and addresses see Get the Most Value From Your Plan earlier in this chapter.

## Appealing a Claim

If your claim is denied as described in the Claims and Appeals chapter, you will receive a formal letter that states the reasons for the denial and outlines the process you must follow if you choose to appeal the denial.

To appeal, you must request a review of the claim in writing to:

Group Benefits Disability Claims
Aetna Disability–Workability
P.O. Box 14578
Lexington, KY 40512-4560

## Refund to Aetna for Overpayment of Benefits

If at any time Aetna determines that the total amount paid on a claim is more than the total amount due, including any overpayment resulting from retroactive awards received from sources listed in Benefit Reductions, Aetna has the right to recover the excess amount from the person to whom such payment was made. This may include recovery of all or a portion of an award you receive on account of a personal injury caused by or contributed by a third party. However, Aetna, at their option, may recover the excess amount by reducing or offsetting against any future benefits payable to such person.

CONFIDENTIAL    CIGNA19-13260024244

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 281 of 405

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH



 Live the ORANGE Life!

# Disability – Salaried

### U.S. Salaried & Full-Time Hourly Associates

## Chapter Contents

279    How the Short-term Disability Plan Works
279    Qualifying for Benefits
280    Enrollment/Qualified Status Changes
280    Short-term Disability Related to Pregnancy and Childbirth
280    How the Short-term Disability Plan Pays Benefits
281    **How the Long-term Disability Plan Works**
281    **You Choose How Your Long-Term Disability is Taxed**
281    Detailed Example of How LTD Options Affect Your Paycheck and LTD Benefit
282    **Duration of Long-term Disability Benefits**
282    Exceptions
283    Qualifying for Benefits
283    How the Plan Pays Benefits
283    Rehabilitative Work Programs and Partial Disability
284    Limited Interruption of the Waiting Period
284    Recurrent Disability
284    Termination of Benefits
285    **In the Event of Your Death**
285    **What's Not Covered Under the Long- and Short-Term Disability Plans**
285    **Benefit Reductions**
286    **Filing Claims for Benefits**
286    Additional Information for Filing Your Disability Claim
286    Appealing a Claim

CONFIDENTIAL

CIGNA19-13260024245

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| File an STD claim | Notify your District HR Manager or manager of your need to file a short-term disability claim. Notify Aetna as soon as you know you'll be unable to work for more than seven days by calling 1-866-400-8762 or go to www.aetnadisability.com. If you don't submit a claim within 30 days of the first day out of work, you may not be eligible for short-term disability benefits. |
| File an LTD claim | Aetna will automatically transition your STD claim to LTD approximately midway through the 90-day waiting period. You do not have to contact Aetna separately to initiate the LTD claim. |
| Check the status of an STD or LTD claim | Call Aetna at 1-866-400-8762 or go to www.aetnadisability.com |
| Provide information to Aetna | Send a fax to 1-866-667-1987; or mail to:<br>Aetna Disability–Workability<br>P.O. Box 14560<br>Lexington, KY 40512-4560 |

The short-term disability portion of your disability benefits is not an ERISA (Employee Retirement Income Security Act of 1974) plan. ERISA rules and regulations, therefore, do not apply. Salaried short-term disability is provided under the terms of the Short-Term Disability for Salaried Associates SOP. (Click on My HR Pay & Benefits, scroll down to Benefits and Wellness and then Disability Management. In the search box enter LOA Short-Term Disability and select the Salaried HR SOP.) Or get a copy of the SOP by calling the HR Service Center at 1-866-698-4347. The Short-Term Disability for Salaried Associates SOP is incorporated herein by reference. This SPD includes a summary of those benefits, but the terms of the SOP shall govern if there is any conflict.

## How the Short-term Disability Plan Works

The Home Depot provides you with short-term disability coverage for salaried associates who are unable to work due to personal illness or injury. If you are unable to perform the essential duties of your job or the duties of any suitable alternative position due to an illness or injury that is expected to last for a period of seven days or more, you will receive your regular bi-weekly pay for the period approved by the third-party administrator, up to a maximum of 90 days.

To request a leave of absence (LOA), store salaried associates should contact their District HR Manager. Non-store salaried associates should contact their Manager. He or she will provide you with the necessary information you will need to apply for this benefit.

In addition, salaried associates must call Aetna at 1-(866)-400-8762 to report a claim for short-term disability.

### Qualifying for Benefits

You must be actively at work on the day your coverage begins. "Actively at work" means that you must be actively at work for The Home Depot:

1. on a full-time basis and paid regular earnings;

2. for at least 30 hours per week; and either perform such work:

   a. at The Home Depot's usual place of business; or

   b. at a location to which The Home Depot business requires you to travel.

You will be considered actively at work if you were actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);

2. holidays (except when the holiday is a scheduled work day);

3. paid vacations;

4. any non-scheduled work day;

5. an excused leave of absence (except medical leave for your own disabling condition and lay-off); and

6. an emergency leave of absence (except emergency medical leave for your own disabling condition).

In addition, to qualify for short-term disability benefits, you must meet all of the following requirements:

- The disability period must be expected to last more than seven consecutive calendar days;

CONFIDENTIAL

CIGNA19-13260024246

* You must be under the appropriate care and treatment of a qualified physician. The term "physician" means a licensed Doctor of Medicine (MD), Doctor of Osteopathy (DO) or Doctor of Podiatric Medicine (DPM). The physician cannot be a member of the immediate family or family member of the associate's spouse or domestic partner. For a disability resulting from mental illness, the physician who provides continuous care must be a licensed psychiatrist. For a disability resulting from alcohol or chemical dependency, the associate must be receiving treatment from an accredited residential or outpatient abuse treatment facility and have the disability certified by a physician from that facility. The treatment must:

  —Be necessary to meet your basic health needs and is of demonstrable medical value;

  —Be consistent in type, frequency, and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies;

  —Be consistent with the diagnosis of your conditions;

  —Be provided by a physician who specialize in psychiatry, if your disability is caused, to an extent, by a mental health or psychiatric condition; and

  —Have a purpose that is to maximize your medical improvement.

* You must not be able to perform the material and substantial duties of your own job; and

* Aetna must receive certification accompanied by appropriate medical documentation of a disability from your attending doctor before benefits are considered for payment. Aetna has the right to have you examined by a doctor of their choice when and as often as they reasonably choose, at Aetna's expense.

For more information on qualifying for benefits, see the Short-term Disability for Salaried Associates SOP, available at myapron.homedepot.com.

## Enrollment/Qualified Status Changes

You are automatically enrolled in short-term disability and long-term disability. If you are not actively working on the day your coverage should begin, your coverage will be delayed until you return to work. These benefits are provided to you by the Company at no cost.

## Short-term Disability Related to Pregnancy and Childbirth

For Maternity Leave in connection with pregnancy and childbirth, you will generally receive full pay for the period you are physically unable to perform your job, subject to the limits discussed below as certified by the third-party administrator, based on medical information provided by your physician. This may be a combination of time before and after childbirth. Typically, the recovery period after childbirth is six weeks for a normal delivery and eight weeks for a cesarean section.

You will receive pay for six weeks from the start of your Maternity Leave. If you are still physically unable to perform your job, the third-party administrator will certify the disability based on medical information provided by your physician.

Upon receipt of this certification, your salary will be continued for the remaining period that you are physically unable to perform your job, up to a total maximum of 90 days. Once you are released from your physician's care, any available Maternity Leave to care for your child will be unpaid.

## How the Short-term Disability Plan Pays Benefits

You will receive your full pay for the period you are physically unable to work, not to exceed 90 days.

If you are receiving income from other sources, such as Workers' Compensation or a state-mandated short-term disability plan (California, New Jersey, Rhode Island, New York or Hawaii), your pay will be reduced by the amount of your other income.

Salaried associates who work in California, New Jersey or Rhode Island must file a claim for short-term disability benefits with their state disability office. Salaried associates who work in New York or Hawaii must file a claim for short-term disability benefits with Aetna. See Benefit Reductions in this chapter for additional examples of other income.

If you refuse to participate in a rehabilitation program recommended by Aetna and accommodated by The Home Depot, your benefit will not be continued.

---

CONFIDENTIAL

CIGNA19-13260024247

For more information on short-term disability benefits, see the Short-Term Disability for Salaried Associates SOP, available at myapron.homedepot.com.

## How the Long-term Disability Plan Works

If the illness or injury for which you receive salary continuation qualifies as total disability, is expected to continue beyond 90 days, and if benefits are approved, the Long-term Disability Plan will pay the **lesser of:**

* 60% of base pay plus bonuses (which will be referred to as basic monthly earnings) for the remainder of the disability, but not to exceed $15,000 per month to the maximum benefit duration; or

* If you receive income from certain other sources (other income), the Plan will instead pay 70% of base pay reduced by your other income for the remainder of the disability, up to the maximum benefit duration.

Basic monthly earnings other than 100% commissioned associates hired before 6/8/2004 means your monthly rate of pay, including annual bonuses, in effect as of the date of disability, and does not include overtime, premiums, incentive pay or any other form of pay from the Company. For 100% commissioned associates hired before 6/8/2004, basic monthly earnings means your bonuses and commissions over the last 52 weeks, divided by 12 or your period of employment if shorter.

## You Choose How Your Long-Term Disability is Taxed

When you are hired and each year during your annual enrollment period, you can choose to receive any long-term disability benefits payable to you as a tax-free or taxable benefit:

* Tax Plan Cost
* Tax on Benefit

Under the Tax Plan Cost option:

* The LTD premium paid for your coverage by The Home Depot will be charged to you as income and you will pay income taxes on the premium.

* Any LTD disability benefit you receive will be tax-free income to you.

Under the Tax on Benefit option:

* The LTD premium paid for your coverage by The Home Depot will not be charged to you as income and you will not pay income taxes on the premium.

* Any LTD disability benefit you receive will be taxable income to you. You will pay income taxes on these benefits.

If you don't make a choice during your annual enrollment session, you'll be defaulted into the tax on plan cost option. You cannot change your choice until the next annual enrollment period.

Here is an example of how the tax plan cost and the tax on benefit options affect the biweekly paycheck and the annual LTD benefit of an associate making $70,000 a year:

| $70,000 a year salary | Annual Net Pay Impact | Net Annual LTD benefit |
|---|---|---|
| **Tax Plan Cost option** | $123.11 Net Pay | $42,000 |
| **Tax on Benefit option** | NONE | $26,607 |

As you can see, the tax plan cost option lowers your biweekly paycheck due to tax withholding on the company-paid premium—in this $70,000 salary example, it lowers each biweekly paycheck by $4.74 or $123.11 a year—but provides a higher LTD benefit.

### Detailed Example of How LTD Options Affect Your Paycheck and LTD Benefit

This example shows how each of the LTD options affects the paycheck and LTD benefit of an associate earning $70,000 a year.

| Example Associate Profile | |
|---|---|
| **Annual Base Pay** | $70,000 |
| **Federal Income Tax Rate** (based on single filing status) | 25% |
| **State Tax Rate** | 4% |
| **FICA** | 7.65%* |
| **Total Tax** | 36.65% |
| **Company Paid Biweekly LTD Premium for Annual Base Pay of $70,000** | $12.92 |

*The FICA tax percentage is subject to change.

CONFIDENTIAL

CIGNA19-13260024248

# Disability – Salaried

## Tax Plan Cost

| Paycheck Example: | | | |
|---|---|---|---|
| **Earnings** | | **Taxes (on $2,705.23)** | |
| Regular | $2,692.31 | FICA Med (1.45%)* | $39.23 |
| Company Paid LTD Premium[1] | $12.92 | FICA OASDI (6.2%)* | $167.72 |
| | | Federal | $676.31 |
| | | State | $108.21 |
| | | Total Taxes | $991.47 |
| GROSS PAY | $2,705.23 | NET PAY[2] | $1,700.84 |

1 Taxable income, not actual income
2 Net Pay reduced by $4.74 per paycheck or $123.11 annually
* The FICA tax percentage is subject to change.

| Impact on LTD Benefit (if approved for LTD) | |
|---|---|
| Annual LTD benefit (60% of annual base pay) | $42,000 ($70,000 x 60%) |
| Income Tax on Premium Paid by Company | $0 |
| Annual LTD Benefit After Taxes | $42,000 |

## Tax on Benefit

| Paycheck Example: | | | |
|---|---|---|---|
| **Earnings** | | **Taxes (on $2,692.31)** | |
| Regular | $2,692.31 | FICA Med (1.45%)* | $39.04 |
| | | FICA OASDI (6.2%)* | $166.92 |
| | | Federal | $673.08 |
| | | State | $107.69 |
| | | Total Taxes | $986.73 |
| GROSS PAY | $2,692.31 | NET PAY[2] | $1,705.58 |

* The FICA tax percentage is subject to change.

| Impact on LTD Benefit (if approved for LTD) | |
|---|---|
| Annual LTD before taxes (60% of annual base pay) | $42,000 ($70,000 x 60%) |
| Income tax on Benefit Received (assumes 25% federal, 4% state and 7.65% FICA*=36.65%) | $15,393 ($42,000 x 36.65%) |
| Annual LTD Benefit After Taxes | $26,607 ($42,000 - $15,393) |

* The FICA tax percentage is subject to change.

## Duration of Long-term Disability Benefits

Associates who become disabled before age 60 receive benefits up to age 65. Associates who become disabled after age 60 will receive benefits for a limited period of time, as shown in the chart.

| Age When Disability Begins | Benefit Duration |
|---|---|
| Less than age 60 | To age 65 |
| At age 60 but less than 61 | To age 65 |
| At age 61 but less than 62 | 48 months |
| At age 62 but less than 63 | 42 months |
| At age 63 but less than 64 | 36 months |
| At age 64 but less than 65 | 30 months |
| At age 65 but less than age 75 | 24 months |
| At age 75 and older | 12 months |

### Exceptions

The maximum period of disability that the Plan will consider for disabilities due to mental illness, non-verifiable symptoms or nervous disorders; substance abuse, addiction or dependency will be 24 months from the date the disability starts. The 24-month maximum period of disability includes the 90-day waiting period for long-term disability benefits. If you are confined to a hospital or institution at the end of this 24-month period, your benefits will be paid during this confinement. If you are not confined but fully participating in a treatment plan at the end of this 24-month period, your benefits will continue for up to 12 additional months.

The 24-month maximum period of disability is a lifetime maximum. This means that you are limited to 24 months of benefits for short-term disability and long-term disability in total for the above mentioned disorders.

CONFIDENTIAL

CIGNA19-13260024249

Mental Illness means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Aetna will use the replacement chosen or published by the American Psychiatric Association. Substance Abuse means alcohol and/or drug abuse, addiction or dependency. Non-Verifiable Symptoms means your subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to: dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.

## Qualifying for Benefits

To qualify for long-term disability benefits, your disabling illness or injury must not be the result of a pre-existing condition that causes disability in the first 12 months after your coverage starts.

For purposes of this Plan, a pre-existing condition is any injury, illness, or other incapacitating condition for which you were diagnosed or treated, received diagnosis or treatment services or took drugs prescribed or recommended by a physician during the 3 months immediately before the date your long-term disability coverage started. The Long-term Disability Plan will not pay benefits for any disability that begins in the first 12 months of coverage if it was caused by, contributed to, or is a result of a pre-existing condition.

Disability means that, due to an injury or sickness during the 90 day waiting period and for the next 24 months of disability, you are unable to perform the Material and Substantial Duties of your own occupation and after 24 months of benefit payments, you are unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

For officers of The Home Depot, Disability means that, due to injury or sickness during the Elimination Period and until the officer reaches the end of the maximum LTD benefit period, the officer is unable to perform the Material and Substantial Duties of his or her own job.

To qualify for long-term disability benefits:

* You must be unable to return to work after the initial 90-day period of disability;

* You must be under the appropriate care and treatment of a qualified physician. This includes receiving treatment from a physician who is not you or related to you and who is licensed and qualified in a discipline suitable to treat the disabling injury or illness; and

* Aetna must receive and approve certification with accompanying medical documentation of a disability from your attending doctor before benefits are considered for payment.

## How the Plan Pays Benefits

After 90 days of salary continuation, if approved, you will receive the **lesser of:**

* 60% of base pay plus bonuses (known as basic monthly earnings) for the remainder of the disability, up to the maximum benefit duration, or

* If you receive income from certain other sources or, in certain cases, are eligible to receive income from other sources (other income—see Benefit Reductions in this chapter for examples of other income), the Long-term Disability Plan will instead pay 70% of basic monthly earnings reduced by your other income for the remainder of the disability, up to the maximum benefit duration.

If you are approved for a long-term disability benefit, this benefit may be paid to you from other income, the Long-term Disability Plan or a combination of both.

Long-term disability benefits are paid on a semi-monthly basis. The maximum monthly benefit is $25,000; the minimum benefit is $100. Your benefit will not change throughout your disability period.

## Rehabilitative Work Programs and Partial Disability

Rehabilitation Program means a program that has been approved by Aetna for the purpose of helping you return to work. It may include but is not limited to, your participation in one or more of the following activities:

1. return to work on a modified basis with a goal of resuming employment for which you are reasonably qualified by training, education, experience and past earnings;

2. on-site modification/accommodation;

3. training to improve job seeking skills;

4. vocational assessment;

5. short-term skills enhancement;

CONFIDENTIAL

CIGNA19-13260024250

6. vocational training; or

7. restorative therapies, such as physical or occupational therapy and/or psychological or vocational counseling, to improve functional capacity to return to work.

If you refuse to participate in a rehabilitation program recommended by Aetna your benefit will not be continued. If you refuse to accept a job with The Home Depot where workplace modifications or accommodations were made to allow you to perform your job, your benefit will not be continued.

When Aetna receives proof that you are Partially Disabled and have experienced a loss of earnings due to injury or sickness and require the regular attendance of a physician, and are receiving appropriate treatment, you may be eligible to receive a monthly benefit, subject to any other provisions of this plan.

### Adjustments to Your Benefits if You Work While Disabled

Your long term disability monthly benefit may be reduced if, while monthly benefits are payable, you receive income which is more than 20% of your adjusted predisability earnings[1] from:

* Your employer or any other employer, employment or self-employment; or

* Any occupation for compensation or profit.

The monthly benefit adjustment is calculated as follows:

During the first 12 months that you have such income, the benefit will be reduced only to the extent the sum of the amount of that income and the monthly benefit payable, without any reduction for other income benefits, exceeds 100% of your adjusted predisability earnings.

Thereafter, the adjusted monthly benefit will be calculated by using the following formula:

(A divided by B), times C, where:

A = Your adjusted predisability earnings, minus the income you receive while disabled

B = Your adjusted predisability earnings

C = The monthly benefit payable.

Income means income you earn, while disabled and working, from your employer or any other employer. However, any income earned by working for another employer will be considered income only if you:

* Become employed after the date your disability started; or

* Increase the number of hours you work, or the number or type of duties you perform for another employer after the date of your disability started. In that event, only the amount of the income increase will be taken into consideration for the benefit adjustment.

### Limited Interruption of the Waiting Period

During the 90-day waiting period for long-term disability, limited interruption of the waiting period is allowed for up to 90 days. Any day of active work in this time will not count toward satisfying the waiting period.

This limited interruption will not apply if, while you are actively at work, you become eligible for any other group disability insurance.

### Recurrent Disability

If after a period of long-term disability during which you received benefits under this Plan, you resume your regular job on a full-time basis for less than 6 consecutive months, any recurrent disability from the same or related cause will be part of the same initial period of disability. If you resume work for more than 6 months, any recurrent disability will be treated as a new period of disability and a new 90-day waiting period must be completed.

If you become eligible for coverage under any other group long-term disability policy, this recurrent disability provision will not apply. In that case, any recurrent disability will be treated as a new period of disability and a new 90-day waiting period must be completed.

### Termination of Benefits

Your disability benefits will cease on the earliest to occur of the following: (1) you are no longer disabled; (2) you reach the end of the maximum benefit period; (3) you die; (4) you fail to provide proof of disability or proof that you are under appropriate care and treatment of a qualified doctor; (5) you refuse to cooperate with Aetna, including refusing an examination, evaluation or appropriate treatment; (6) you refuse to work where workplace modifications or accommodations were made; or (7) you are partially disabled and your earnings exceed 80% of your adjusted predisability earnings.

1 Adjusted predisability earnings means your base monthly earnings as adjusted by Aetna for the consumer price index, a measure of inflation.

CONFIDENTIAL

CIGNA19-13260024251

## In the Event of Your Death

If you are receiving long-term disability benefit payments at the time of your death, the Long-term Disability Plan will pay your surviving spouse a one-time, lump-sum payment equal to three times your gross monthly benefit. If there is no surviving spouse, the benefit is divided equally among children who are under or have reached age 26 by the end of the current calendar year. If there is no spouse and no children meeting the age requirements, the benefit will be payable to your estate.

## What's Not Covered Under the Long- and Short-Term Disability Plans

For information about what's not covered under the Short-term Disability Plan, see the Short-Term Disability for Salaried Associates SOP, available at myapron.homedepot.com (Click on My HR Pay & Benefits, scroll down to Benefits and Wellness and then Disability Management. In the search box enter LOA Short-Term Disability and select the Salaried HR SOP.) Or get a copy of the SOP by calling the Human Resources Service Center at 1-866-698-4347. The Short-Term Disability for Salaried Associates SOP is incorporated herein by reference.

The Long-term Disability Plan does not cover a disability caused by or resulting from:

* War, declared or undeclared, or any act of war, except in acts of terrorism;
* Intentionally self-inflicted injuries, while sane or insane;
* Active participation in a riot;

* The committing of or attempting to commit a felony or misdemeanor;
* Cosmetic surgery unless such surgery is in connection with an injury or sickness sustained while the individual is a covered person; or
* A gender change, including but not limited to any operation, drug therapy or any other procedure related to a gender change.

## Benefit Reductions

Your short-term disability and long-term disability benefits will be reduced to account for other income you receive while disabled. Other income includes benefits under the following:

* Workers' Compensation law, occupational disease laws, unemployment compensation laws or any similar state or federal law
* Any compulsory disability benefits law or act
* Any formal wage or salary payment plan of the Company or any formal or informal sick leave or wage continuation plan
* Disability or retirement benefits under the United States Social Security Act, other government law, the Railroad Retirement Act, or any similar plan or act. This reduction may apply even if you have not yet applied for benefits you are eligible to receive but will not apply to certain retirement benefits you were receiving prior to becoming disabled.
* Any benefits to which your dependents are entitled because of your disability
* Benefits to which you are entitled through no-fault insurance laws

* Any disability benefits for which you are eligible under any other group or individual insurance plan sponsored by any company or any government retirement system as a result of your job
* Payments from any state STD program
* A prorated portion of any lump-sum payment you receive from a settlement, judgement, award or compromise as compensation for lost income and any degree of impairment or loss of bodily function or capacity
* Any income you earn from employment, including severance benefits

If at any time Aetna determines that the total amount paid on a claim is more than the total amount due, including any overpayment resulting from retroactive awards received from sources listed in Benefit Reductions, Aetna has the right to recover the excess amount from the person to whom such payment was made.

Aetna may at their option, recover the excess amount by reducing or offsetting against any future benefits payable. This may include recovery of all or a portion of an award you receive on account of personal injury caused by or contributed to by a third party.

You are required to show proof that you have applied for Social Security benefits. If you have not received approval or final denial of your claim from the Social Security Administration by the end of this 24-month period, Aetna will begin reducing your Monthly Benefit by an estimate of Social

CONFIDENTIAL

CIGNA19-13260024252

Security benefits.

## Filing Claims for Benefits

To file a short-term disability or long-term disability claim:

* Notify your District Human Resources Manager or manager to apply for a medical leave of absence; and

* Contact Aetna's Claim Intake Center at 1-866-400-8762 to report your Short-term Disability and Long-term Disability claim; and

* Go to the Your Benefits Resources website at http://resources.hewitt.com/homedepot

If you do not submit a claim within 30 days of the date of the loss on which the claim is based, you may not be eligible for long-term disability benefits.

### Additional Information for Filing Your Disability Claim

You should have the following information ready when you report your disability:

* Personal information: Name, address, telephone number, e-mail address, date of birth and Social Security number

* Job information: Store location, telephone number, occupation, work schedule and supervisor's name/number

* Injury/illness information: How, when and where the injury occurred, the nature of the illness and last day worked

* Physician(s) information: Name(s), address(es), telephone number(s), fax number(s) and e-mail address(es). Information is needed for each treating physician

* District Human Resources Manager (DHRM) information: Name, telephone number and e-mail address

## Appealing a Claim

If your claim is denied, you will receive a formal letter that states the reasons for the denial and outlines the process you must follow if you choose to appeal the denial. See the Claims and Appeals chapter of this book for more information.

CONFIDENTIAL

CIGNA19-13260024253

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 290 of 405

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH




Live the ORANGE Life!

# Accidental Death & Dismemberment

## U.S. Salaried & Full-Time Hourly Associates

## Chapter Contents

| | |
|---|---|
| 288 | AD&D Coverage for Full-Time Hourly Associates |
| 288 | AD&D Coverage for Salaried Associates |
| 288 | AD&D Coverage for Your Family |
| 288 | Basic and Supplemental AD&D Insurance |
| 289 | Associate-Only Supplemental AD&D Option |
| 290 | Family Supplemental AD&D Option |
| 291 | Basic and Supplemental AD&D Benefits |
| 291 | Full Amount of Benefits Payable |
| 291 | Continuing Basic/Supplemental AD&D When Coverage Ends |
| 291 | Continuing Coverage through Portability |
| 291 | What's Not Covered Under the Basic AD&D Plan |
| 293 | What's Not Covered Under the Supplemental AD&D Plan |
| 293 | Filing Claims for Benefits |
| 294 | Appealing a Claim |
| 294 | Designating a Beneficiary |
| 294 | Payment of Benefits |
| 294 | Basic AD&D |
| 294 | Supplemental AD&D |

CONFIDENTIAL

CIGNA19-13260024254

# Accidental Death & Dismemberment

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Enroll in coverage | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot; or call the Benefits Choice Center at 1-800-555-4954. |
| Designate your beneficiary | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot |
| Certify your domestic partner relationship | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot; or call the Benefits Choice Center at 1-800-555-4954. |
| Get a Domestic Partner Declaration | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot; or call the Benefits Choice Center at 1-800-555-4954. |
| Request a benefit be paid | Call the Benefits Choice Center at 1-800-555-4954 and speak with a Representative. You must provide written proof of any claim within 90 days after the date of loss. |

## AD&D Coverage for Full-Time Hourly Associates

If you are a full-time hourly associate, you can enroll in accidental death and dismemberment (AD&D) coverage as follows:

* Basic AD&D—$20,000 coverage; or
* Associate-Only Supplemental AD&D—coverage equal to one to 10 times your annual base pay (rounded to the next higher multiple of $1,000, if not already a multiple of $1,000), up to a maximum of $500,000; or
* Both Basic AD&D and Supplemental AD&D.

## AD&D Coverage for Salaried Associates

If you are a salaried associate, you can enroll in accidental death and dismemberment (AD&D) coverage as follows:

* Basic AD&D—$100,000 coverage ($250,000 for officers); or
* Associate-Only Supplemental AD&D—coverage equal to one to 10 times your annual base pay (rounded to the next higher multiple of $1,000, if not already a multiple of $1,000), up to a maximum of $500,000; or
* Both Basic AD&D and Supplemental AD&D.

## AD&D Coverage for Your Family

As a full-time hourly or salaried associate, you can purchase Family Supplemental AD&D coverage for yourself and your family.

## Basic and Supplemental AD&D Insurance

In deciding whether to purchase AD&D coverage and how much you need, please keep in mind the following points:

* Unlike life insurance, AD&D benefits are paid only when you are involved in an accident and within one year of the accident your injuries result in death or other losses as outlined in the AD&D Benefits chart.
* AD&D benefits are not paid for death as a result of natural causes.

Benefits are paid if your death or dismemberment results directly and independently of all other causes from accidental bodily injury which is unintended, unexpected and unforeseen.

You must be actively at work for new AD&D Insurance coverage to take effect.

CONFIDENTIAL

CIGNA19-13260024255

Actively at work means that you are performing all of the material duties of your job with the Company where these duties are normally carried out.

If you were actively at work on your last scheduled working day, you will be deemed actively at work:

- On a scheduled non-working day
- Provided you are not disabled

If you and your spouse, or same- or opposite-sex domestic partner, work for the Company, see If You and Your Spouse or Same-Sex Domestic Partner Both Work for the Company in the Eligibility and Enrollment chapter.

## Associate-Only Supplemental AD&D Option

You can buy Supplemental AD&D coverage equal to one to ten times your annual base pay (rounded to the next higher multiple of $1,000, if not already a multiple of $1,000), up to a maximum of $500,000. Annual base pay means:

- For full-time hourly associates: your hourly base pay rate multiplied by 2,080 (40 hours per week times 52 weeks).
- For salaried associates: your regular pay and any portion of your regular pay that you defer.

- For Home Depot Measurement Services technicians, the premium paid for AD&D coverage is based on $26,000 as annual base pay. At the time of claim, the benefit paid will be based on your pay, over the last 52 weeks, or your period of employment if shorter. For Home Depot At Home Services commissioned associates, the premium paid for AD&D coverage is based on $60,000 as annual base pay. At the time of claim, the benefit paid will be based on your bonuses and commissions, over the last 52 weeks, or your period of employment if shorter. For Home Depot U.S. Home Systems commissioned associates, the premium paid for AD&D coverage is based on $47,000 as annual base pay. At the time of claim, the benefit paid will be based on your bonuses and commissions, over the last 52 weeks, or your period of employment if shorter.

Annual base pay does not include overtime, bonuses, premium pay, incentive pay or other forms of additional pay.

For example, if your base pay is $16,650, you can buy:

- $17,000 (1x your annual base pay);
- $34,000 (2x your annual base pay);
- $51,000 (3x your annual base pay);

continuing up to $170,000, which is ten times your annual base pay.

When you are covered under the Associate-Only Supplemental AD&D Option, the Plan will pay an additional 10% of your benefit, up to a $10,000 maximum, if your death is the result of injuries from driving or riding in a private passenger car while wearing a properly fastened seat belt.

Passenger car means any validly registered four-wheel private passenger car. It does not include:

- Any commercially licensed car; or
- A private passenger car, which is being used for commercial purposes.

Seat belt means any properly installed seat belt or child restraint device that meets the definition of the state law in the jurisdiction of the state of residence of the individual; or any other restraint device which meets published federal safety standards.

The correct position of the seat belt must be certified by the investigating officer. A copy of the accident report must be submitted with the claim. Minnesota Life will not pay a seat belt benefit if the person driving was under the influence of alcohol or drugs.

An amount equal to the full benefit amount is paid for a covered loss if you are unavoidably exposed to the elements as a result of a covered accident. In addition, if after one year your body has not been found after the transportation in which you were traveling either disappeared, made a forced landing, sank or was wrecked, it shall be presumed, subject to policy terms, that you died as a result of a covered accident.

CONFIDENTIAL    CIGNA19-13260024256

After four days of hospitalization for treatment of a covered accidental injury, you will receive a benefit while hospitalized of 1% of your selected benefit amount up to a maximum of $1,000 per month, for up to 12 months.

## Family Supplemental AD&D Option

You can purchase Supplemental AD&D coverage for yourself, your spouse, or same- or opposite-sex domestic partner, and your dependent children (from live birth up to age 26). Your spouse, or same- or opposite-sex domestic partner, is eligible for benefits up to his or her 70th birthday. See the Eligibility and Enrollment chapter for more information on dependent eligibility.

With the Family Supplemental AD&D Option, you have the same coverage as you would with the Associate-Only Option, and your covered spouse and covered dependent children have the following coverage:

* Spouse's, or same- or opposite-sex domestic partner's, coverage equals 80% of your selected benefit amount, and each eligible dependent child's insurance equals 10% of your selected benefit amount. If your spouse or same- or opposite-sex domestic partner has a loss of life from a common accident, the spouse/domestic partner benefit will increase to 100% of associate's amount of AD&D insurance.

* Additional 10% of your covered spouse's, or same- or opposite-sex domestic partner's, benefit, and your covered dependent children's benefits, up to $10,000 maximum per person, if death is the result of injuries from driving or riding in a private passenger car while wearing a properly fastened seat belt. See Associate-Only Supplemental AD&D Option for more information.

* An amount equal to the full benefit amount is paid for loss of life of your covered spouse, or same- or opposite-sex domestic partner, and your covered children if death results from unavoidable exposure to the elements. In addition, if after one year, the covered person's body has not been found after the transportation in which the covered person was traveling either disappeared, made a forced landing, sank or was wrecked, it shall be presumed, subject to policy terms, that the covered person died as a result of a covered accident.

* If you die as a result of an accident while your spouse or same-or opposite-sex domestic partner is not employed, then if your spouse or same- or opposite-sex domestic partner enrolls as a full-time student in an accredited school for the purpose of training or refreshing skills needed for employment within one year of the accident, this option provides a benefit for costs incurred from enrolling for one year in such school (up to a maximum benefit of $5,000).

* If you die as a result of an accident, this option provides for each dependent child an annual amount equal to 2% of your selected benefit amount, but not more than $6,000 per year, if such child, on the date of the accident, was:

  —enrolled as a full-time student in a college, university or vocational school above the 12th-grade level; or

  —at the 12th-grade level and subsequently enrolls as a full-time student in a college, university or vocational school within 365 days following the date of the accident.

* The education benefit for dependent children is payable for a maximum of four consecutive years as long as the dependent child remains a full-time student as described above.

* If there are no dependent children who qualify for the education benefit for dependent children on the date of your death, an additional benefit of $1,000 is paid to your beneficiary.

* After four days of hospitalization for treatment of a covered accidental injury, a benefit for your spouse, or same- or opposite-sex domestic partner, and your covered dependent children while hospitalized will be 1% of your selected benefit amount, up to a maximum of $1,000 per month, for up to 12 months.

CONFIDENTIAL

CIGNA19-13260024257

## Basic and Supplemental AD&D Benefits

If you are involved in an accident and your injuries result in death or loss of limb within one year of the date of the accident, the Plan will pay one of the following benefits:

| Type of Loss | % of Benefit Amount |
|---|---|
| Loss of life | 100% |
| Loss of two or more members[1] | 100% |
| Loss of speech and loss of hearing in both ears[1] | 100% |
| Quadriplegia[3] | 100% |
| Paraplegia[2] | 75% |
| Loss of one member[1] | 50% |
| Loss of speech or loss of hearing in both ears[2] | 50% |
| Hemiplegia[2] | 50% |
| Loss of thumb and index finger of same hand[4] | 25% |

1 Member refers to hand, foot or eyesight in each eye. Loss of a hand means that all of the hand is cut off at or above the wrist. Loss of a foot means that all of the foot is cut off at or above the ankle. Loss of eyesight means that the eye is entirely blind and that no sight can be restored in that eye.

2 Loss of speech and hearing means the entire and irrecoverable loss which has lasted continuously for 12 consecutive months following the injury.

3 Quadriplegia means total paralysis of both upper and lower limbs. Paraplegia means total paralysis of both lower limbs. Hemiplegia means total paralysis of upper and lower limbs on one side of the body. Paralysis means loss of use, without severance, of a limb. Paralysis must be determined by competent medical authority to be permanent, complete and irreversible.

4 Loss of thumb and index finger means actual severance through or above the third joint from the tip of the index finger and the second joint from the tip of the thumb.

If your injuries result in a loss of a limb(s), you will receive the benefit payable under the Plan. If your injuries result in death, your designated beneficiary(ies) will receive the benefit payable under the plan. See Designating a Beneficiary in this chapter, for more information on beneficiaries.

### Full Amount of Benefits Payable

For all covered losses caused by all injuries which you sustain in one accident, or a dependent sustains in one accident, not more than the full amount will be paid.

Full amount means the amount of AD&D benefits:

- For which you are covered on the date of your accident; or

- That is in effect for that dependent on the date of that dependent's accident.

### Continuing Basic/Supplemental AD&D When Coverage Ends

You may elect to continue through portability your Associate-Only Basic AD&D, Supplemental AD&D, and Family Supplemental AD&D Dependent if you meet one of the following qualifications:

- Your employment has ended due to voluntary termination of employment, leave, layoff, retirement or dismissal; or

- You cease to be in a class that is eligible for such insurance—for example, you have a change in employment status (e.g., full-time to part-time).

If you would like to continue coverage through portability, call Minnesota Life at 1-866-293-6047 and the necessary forms will be mailed to you. For

Supplemental AD&D, you must make written request and make the first premium payment within 31 days from the date your coverage ends to continue coverage. For Basic AD&D, you have the latter of 31 days from the date your coverage ends to continue coverage or 15 days from the date this notice was given, if notice is given more than 15 days from the date benefits were terminated. In no event will this period extend beyond 91 days from the date benefits were terminated.

### Continuing Coverage through Portability

You may elect to continue AD&D coverage on you and your dependents' lives for the same or a lower amount of insurance that you were receiving immediately before termination under the group term life plan subject to an overall minimum of $10,000 of your term life insurance.

Costs may differ from your current payroll deduction but are generally less expensive than an individual permanent life policy. Coverage may continue up to the lesser of age 80 for associates and up to age 70 for dependents.

### What's Not Covered Under the Basic AD&D Plan

The Basic AD&D Plan will not pay benefits for death or dismemberment that is caused directly or indirectly by, results from, or where there is a contribution from, any of the following:

- Self-inflicted injury or self destruction, whether sane or insane;

- Suicide or attempted suicide, whether sane or insane;

CONFIDENTIAL

CIGNA19-13260024258

* The certificate holder's participation in or attempt to commit a crime, assault, felony, or any illegal activity, regardless of any legal proceedings, or the absence of any legal proceedings, thereto;

* Bodily or mental infirmity, illness or disease;

* The use of alcohol, drugs, medications, poisons, gases, fumes or other substances taken, absorbed, inhaled, ingested or injected, unless taken upon the advice of a licensed physician in the verifiable prescribed manner and dosage;

* Motor vehicle collision or accident where the certificate holder is the operator of the motor vehicle and this certificate holder's blood alcohol level meets or exceeds the level at which intoxication is defined in the state where the collision or accident occurred, regardless of any legal proceedings, or the absence of any legal proceedings, thereto;

* Infection, other than infection occurring simultaneously with, and as a direct result of, the accidental injury;

* Physical or mental illness or diagnosis of or treatment for the illness;

## Portability: Continue Your Group Term Life, Including AD&D, with Minnesota Life

| | |
|---|---|
| Eligible coverage | • Basic Term Life and AD&D coverage, Supplemental Term Life and AD&D coverage and Dependent Term Life coverage can be ported.<br>• Dependent coverage can only be ported if associate coverage is ported. |
| Type of insurance following election | Group Term life, Accidental Death & Dismemberment (AD&D) |
| Eligibility timing | Must be elected within 31 days of event below |
| Events allowing portability/conversion | Coverage is lost due to:<br>• Termination of employment • Layoff or leave • Other loss of eligibility   • Terminated disabled associates |
| Not allowed for | • Termination of group policy •  Nonpayment of premium |
| Guaranteed issue | All guaranteed issue |
| Maximum age to elect | Associate: age 79; Spouse: spouse's age 69; Child: qualifying age or associate's age 79 |
| Minimum amount allowed | Associate: $10,000; Spouse/child: no minimum |
| Maximum amount allowed | Previous Amount In Force. Not to exceed the maximum amount allowed under the Company-provided benefits. See the applicable maximums by plan within this chapter and the Life Insurance chapter. |
| Increases/decreases available | No increases. Decreases available |
| Age reductions | Associate coverage reduces to 65% at age 70 and 50% at age 75 |
| Termination age | Associate: age 80; Spouse: spouse's age 70 or associate's age 80; Child: qualifying age limit or associate's age 80 |
| Effect of group contract termination on coverage already ported or converted | No change |
| Availability of conversion option | Available at any time after porting but not more than 31 days after ported coverage terminates |

1 Subject to state availability.

CONFIDENTIAL

CIGNA19-13260024259

- Travel in or descent from any aircraft, except: (a) as a fare-paying passenger on a regularly scheduled commercial flight on a licensed passenger aircraft; or (b) if acting as a pilot or crew member while carrying out his or her duties of employment on an aircraft owned, operated or leased by the employer; or (c) working as a pilot while participating in APS Upset Recovery Training; or (d) while riding as a passenger on a non-chartered aircraft which is owned, leased, operated, or controlled by the employer, but only while the certificate holder is carrying out his or her duties of employment;

- War or any act of war, whether declared or undeclared; or

- Service in the military of any nation excluding the U.S. National Guard.

### What's Not Covered Under the Supplemental AD&D Plan

The Supplemental AD&D Plan will not pay benefits for death or dismemberment that is caused directly or indirectly by, results from, or where there is a contribution from, any of the following:

- Suicide or attempted suicide, whether sane or insane;

- Intentionally self-inflicted injury or any attempt at self-inflicted injury, whether sane or insane;

- The insured's participation in or attempt to commit a crime, assault or felony;

- Bodily or mental infirmity, illness or disease;

- Physical or mental illness or diagnosis of or treatment for the illness;

- The use of alcohol, drugs, medications, poisons, gases, fumes or any other substance taken, absorbed, inhaled, ingested or injected unless taken upon the advice of a licensed physician in the verifiable prescribed manner and dosage;

- Bacterial infection, other than infection occurring simultaneously with, and as a result of, the accidental injury;

- Travel or flight in or on any vehicle used for aerial navigation including getting in, out, on, or off such vehicle, if the insured is:

  - Riding as a passenger in any aircraft not intended or licensed for the transportation of passengers; or

  - Acting as a pilot or a crew member of any aircraft, except if acting as a pilot or crew member while carrying out his or her duties of employment on an air craft owned, operated or leased by the employer; or working as a pilot while participating in APS Upset Recovery Training; or

  - Riding as a passenger in a non-chartered aircraft which is owned, leased, operated, or controlled by the eligible Associate's employer; except if riding as a passenger while carrying out his or her duties of employment on a non-chartered aircraft owned, leased, operated or controlled by the eligible associate's employer; or

  - A student taking a flying lesson, unless riding as a passenger; or

  - Hang gliding; or

  - Parachuting, except when the insured has to make a parachute jump for self-preservation;

- War or any act of war, whether declared or undeclared;

- Riot or civil insurrection; or

- Service in the military of any nation excluding the U.S. National Guard.

### Filing Claims for Benefits

The Benefits Choice Center must be notified within 30 days after the date of loss if you or a family member covered by Basic AD&D and Supplemental AD&D Plans is injured or dies. Upon notification, a benefits representative in the Benefits Choice Center will provide the beneficiary with the appropriate claim forms. Your beneficiaries must complete and return the forms, along with other required information, to Minnesota Life for processing.

When a claim is pending:

- If after reviewing all available medical information, Minnesota Life determines that an additional medical exam is necessary, Minnesota Life will specifically request one and that exam will be paid at Minnesota Life's expense. Any other medical examination not specifically requested by Minnesota Life will not be paid by Minnesota Life.

- If an autopsy has not already been performed, and Minnesota Life determines one is necessary for claim determination purposes and not against the law, Minnesota Life will specifically request an autopsy be performed at Minnesota Life's expense. The beneficiary is still required to submit the autopsy report of any non-Minnesota Life requested autopsy as necessary for a claim.

CONFIDENTIAL

CIGNA19-13260024260

# Accidental Death & Dismemberment

Proof of a claim for AD&D benefits must be provided to Minnesota Life no later than 90 days after the date of loss.

Failure to provide such notice within 30 days and proof of loss within 90 days will not invalidate the claim if it is shown that notice and proof were given as soon as reasonably possible.

## Appealing a Claim

If your claim is denied as described in the Claims and Appeals chapter, you will receive a formal letter that states the reasons for the denial and outlines the process you must follow if you choose to appeal the denial. To appeal, you must request a review of the claim in writing to:

Minnesota Life
Group Division Claims
P.O. Box 64114
St. Paul, MN 55164-0114

## Designating a Beneficiary

You may designate the same beneficiary(ies) for all plans, or different beneficiaries for each Plan. However, the associate is automatically the beneficiary of all dependent AD&D insurance benefits. You can change your beneficiary(ies) at any time. You can designate or change beneficiaries, on the Your Benefits Resources website.

You may want to change the designation of your beneficiary from time to time. To change your beneficiary designation, you must go to the Your Benefits Resources website at http://resources.hewitt.com/homedepot.

If there is no designated beneficiary at your death, any benefits for these Plans will be paid in equal shares in the following manner:

* Your spouse or same- or opposite-sex domestic partner (as defined in the Eligibility and Enrollment chapter of this document); otherwise

* Your surviving natural and adopted children in equal shares; otherwise

* Your parents in equal shares; otherwise

* Your surviving brothers and/or sisters in equal shares; otherwise

* Your estate.

However, Minnesota Life instead can pay the benefit to your estate. Any such payment discharges all liability for the amount paid.

Benefits will not be paid to a beneficiary who has been convicted of murdering the covered person.

## Payment of Benefits

### Basic AD&D

The AD&D benefits for a covered loss will be paid when Minnesota Life receives notice and satisfactory written proof of that loss:

* To your beneficiary for the loss of your life; and

* To you for any other covered loss sustained by you; and

* To you for the loss of life of a dependent, if you survive the dependent; if you do not survive, the benefits will be paid to your estate.

* To you for any other covered loss sustained by a dependent, if you survive that dependent; otherwise the benefits will be paid to your estate.

### Supplemental AD&D

The Supplemental AD&D benefits for a covered loss will be paid when Minnesota Life receives notice and satisfactory proof of that loss. Any training benefit for a spouse, or same- or opposite-sex domestic partner, will be paid to your spouse and any education benefit for dependent children will be paid to each dependent child.

All other Supplemental AD&D benefits will be paid:

* To your beneficiary for the loss of your life; and

* To you for any other covered loss sustained by you; and

* To you for the loss of life of a dependent, if you survive the dependent; if you do not survive, the benefits will be paid to your estate.

* To you for any other covered loss sustained by a dependent, if you survive that dependent; otherwise the benefits will be paid to your estate.

CONFIDENTIAL

CIGNA19-13260024261



 Live the ORANGE Life!

# FutureBuilder

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

| | |
|---|---|
| 296 | What Is FutureBuilder? |
| 296 | Who's Eligible? |
| 297 | How to Enroll |
| 297 | What Is Considered Eligible Compensation? |
| 298 | Changing Your Contribution Rate and Investment Elections |
| 298 | Choosing a Beneficiary |
| 298 | Financial Engines Investment Advisory Services |
| 299 | Contributions to FutureBuilder |
| 299 | Your Contributions |
| 299 | Before-Tax Contributions |
| 299 | Roth After-Tax 401(k) Contributions |
| 300 | Catch-up Contributions if You Are Age 50 or Older |
| 301 | How the Company's Matching Contribution Works |
| 302 | Rollover Contributions |
| 302 | If You Are on Military Leave |
| 303 | How Your Contributions and Company Matching Contributions are Invested |
| 303 | Savings Limitations |
| 304 | What Is Vesting? |
| 304 | What is a Break in Service? |
| 305 | Your Investment Options |
| 306 | BlackRock LifePath® Portfolios |
| 306 | LifePath® Retirement Portfolio |
| 306 | LifePath 2015® Portfolio |
| 307 | LifePath 2020® Portfolio |
| 307 | LifePath 2025® Portfolio |

| | |
|---|---|
| 308 | LifePath 2030® Portfolio |
| 308 | LifePath 2035® Portfolio |
| 308 | LifePath 2040® Portfolio |
| 309 | LifePath 2045® Portfolio |
| 309 | LifePath 2050® Portfolio |
| 310 | FutureBuilder Core Funds |
| 310 | Stable Value Fund |
| 311 | Bond Fund |
| 311 | Balanced Fund |
| 311 | Large Cap Value Fund |
| 312 | Large Cap Index Fund |
| 312 | Large Cap Growth Fund |
| 312 | Mid Cap Value Fund |
| 313 | Mid Cap Growth Fund |
| 313 | International Fund |
| 314 | Small Cap Value Fund |
| 314 | Small Cap Growth Fund |
| 314 | Home Depot Stock Fund |
| 315 | Notice of Your Rights Concerning Employer Securities |
| 315 | Your Rights Concerning Home Depot Stock |
| 315 | The Brokerage Window: Schwab PCRA |
| 316 | Different Investments Carry Different Risk and Return |
| 316 | Trading Restrictions |
| 316 | Notice of Importance of Diversification |
| 316 | Keeping Track of Your Account |

| | |
|---|---|
| 316 | FutureBuilder Statements |
| 317 | FutureBuilder Investment Expenses |
| 318 | Confirmation of Your Transaction |
| 318 | Accessing Your Plan Balance |
| 318 | Loans from Your Account |
| 320 | Hardship Withdrawals |
| 321 | In-Service Withdrawals |
| 321 | Military Leave Distributions |
| 321 | Final Distributions of Your Account |
| 323 | Tax Considerations |
| 323 | Rollovers |
| 324 | How to Obtain Additional Information |
| 324 | Dividends |
| 324 | Forfeitures |
| 324 | When Benefits Are Not Paid |
| 325 | Right to Amend or Terminate the Plan |
| 325 | Implied Promises |
| 325 | Limiting Liability |
| 325 | Your Rights Under ERISA |
| 328 | Glossary of Investment Terms |

CONFIDENTIAL

CIGNA19-13260024262

**FutureBuilder**

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Begin building your future by enrolling | Go to http://resources.hewitt.com/homedepot or call the Benefits Choice Center at 1-800-555-4954 |
| Stay on top of your future by tracking your account performance | |
| Increase or decrease your contribution rate | |
| Apply for a loan | |
| Complete beneficiary election | |

## What Is FutureBuilder?

The sooner you begin contributing to FutureBuilder, the longer your money has to grow. Through the Plan, you can generally save anywhere from 1% to 50% of your pay, subject to certain limitations.

For 2013, the IRS considers an associate who earned $115,000 in 2012 to be a highly compensated employee (HCE). HCEs can contribute between 1% and 11%. The Plan's Administrative Committee may adjust the maximum contribution percentage from time to time. For example, the Administrative Committee increased the HCE maximum contribution rate from 10% to 11% on October 24, 2013. This contribution limit will be referred to as the "HCE limit" subsequently in this chapter. For more information, go to the Your Benefits Resources website or call the Benefits Choice Center.

As an incentive to save, the Company adds $1.50 to your account for every $1 you save on the first 1% of your pay, and 50 cents for every additional $1 you save from 2% to 5% of your pay. You must complete at least one year of service (at least 1,000 hours in a 12-month period), before your Company matching contributions begin.

You make the investment decisions for your account. You can invest your account in the following three tiers to develop your investment portfolio:

- Tier One: BlackRock LifePath® portfolios;
- Tier Two: FutureBuilder's core funds; and
- Tier Three: The Schwab Personal Choice Retirement Account (PCRA), a self-directed brokerage window.

You have direct access to your account information by accessing the Your Benefits Resources website or by calling the Benefits Choice Center. Contact Schwab for information about your brokerage account.

If you leave the Company, you're entitled to the vested balance you've earned in FutureBuilder. You always have ownership of the money you put into FutureBuilder, including your before-tax, Roth after-tax 401(k) and rollover contributions.

## Who's Eligible?

Associates (other than those classified by the Company as temporary employees) are eligible to participate in the Plan after completing 90 days of service. If you are employed by the Company when 90 days have passed since you were first hired, you are eligible to make before-tax and/or Roth after-tax contributions, without regard to any intervening termination, leave of absence, reemployment, etc.

Company matching contributions begin the first day of the calendar quarter beginning on or after the date you complete one year of service (at least 1,000 hours in a 12-month period), if you have enrolled in FutureBuilder.

CONFIDENTIAL

CIGNA19-13260024263

You are credited with hours of service for the calendar year in which you receive compensation for those hours. For example, you were not paid for some of the hours you worked in December 2012 until the January 2013 payroll. Because you were paid for those hours in January 2013, you will receive credit for those hours in 2013, even though you worked those hours in 2012.

If you do not work at least 1,000 hours during your first 12 months of employment with the Company, your Company matching contributions will begin the first day of the calendar quarter after completing 1,000 hours of service during any plan year (January 1—December 31) that begins after you first become employed by the Company.

Once eligible, you can begin participating at any time. If you don't enroll once you become eligible, you can enroll anytime thereafter.

If you are classified by the Company as a temporary employee, you will be eligible to participate in the Plan on the first day of the calendar quarter beginning on or after the date you complete one year of service (at least 1,000 hours in a 12-month period).

## How to Enroll

You must enroll in FutureBuilder to start saving in the plan. On your hire date, you will receive an enrollment CD which contains FutureBuilder information. To enroll, you can:

* Access the Your Benefits Resources website.
* Call the Benefits Choice Center, and speak to a representative.

If you enroll by phone, a confirmation statement will be mailed to your home. If you enroll through the website, you should print a copy of your enrollment as your confirmation.

When you enroll in FutureBuilder, you will need to choose:

* Your contribution rate. This is the percentage of pay that will be deducted from each of your paychecks. You can save anywhere from 1% to 50% of your pay, in whole percentages unless you are subject to the HCE limit.

  You also can choose to have your contribution percentage automatically increased through automatic escalation. If you choose automatic escalation, your FutureBuilder contribution percentage will automatically be increased by 1% each year up to a maximum target rate of 10% through the Quick Enrollment Process, or you can choose your own automatic contribution percentage increase and maximum target rate (up to 50%, unless you are an HCE). If you make your contribution rate escalation election by October 5th, your rate will be increased the following January 5th. You will receive a reminder notification of your escalation election in December should you want to make changes prior to the escalation in January. You can change your contribution rate at any time.

* Your investment elections. You must choose where you want contributions invested. See Your Investment Options. If you don't make an investment election, your contributions will be invested in the appropriate LifePath fund based on your age. You can change your investment

election at any time.

* Company match investment. The Plan allows you to choose where you want your matching contributions invested. If you don't make an investment election, your matching contributions will be invested using the same investment approach you have chosen for your own contributions.

## What Is Considered Eligible Compensation?

For purposes of determining your contributions to the Plan, eligible compensation is defined as:

* Your Form W-2 wages; plus
* Any before-tax deferrals you make under a cafeteria plan and the 401(k) portion of the Plan; minus
* All reimbursements, expense allowances, fringe benefits, moving expenses, welfare benefits, and other similar amount; minus
* Wages paid before you become eligible for the Plan; minus
* Amounts paid as settlements and judgments; minus
* Amounts paid as in-kind awards or prizes and gross-ups on those amounts; minus
* Income attributable to stock options, restricted stock or other equity awards

Please note that the IRS specifies a limit on the amount of annual compensation that may be taken into account when determining your payroll deductions to FutureBuilder. This dollar limit is an indexed amount and may change from time to time to reflect inflation. In 2013, the amount is $255,000.

CONFIDENTIAL

**FutureBuilder**

## Changing Your Contribution Rate and Investment Elections

Once you have made your enrollment decisions, you can change your contribution rate or investment elections by using the Your Benefits Resources website or calling the Benefits Choice Center. If you change your contribution rate before 1 a.m. (Eastern Time) on any Friday the week before your next payday, your change should be effective for your next paycheck.

You will get a written confirmation in the mail if you make your changes over the phone. If you make your changes using the Your Benefits Resources website, you should print a copy as your confirmation. A confirmation will always be mailed for investment election changes no matter how the election is made.

Transactions involving FutureBuilder are subject to the Company's Insider Trading Policy. Changes in your investment elections or contribution rates, including investments within the brokerage window, must be made in compliance with the policy.

Keep in mind that when you save through FutureBuilder, there is flexibility. In fact, you can stop contributing to the Plan by accessing the Your Benefits Resources website or calling the Benefits Choice Center and changing your contribution rate to 0%. You can always resume contributions at any time.

## Choosing a Beneficiary

As a participant of FutureBuilder, you have the right to designate the beneficiary(ies) to receive your account balance in the event of your death. You can designate one or more individuals, a trust, or an estate as your beneficiary. You can designate your beneficiary(ies) by accessing the Your Benefits Resources website.

You should be sure that FutureBuilder has up-to-date beneficiary designation information at all times.

If you are married and designate anyone other than your legal spouse as beneficiary, a Beneficiary Authorization Form will be sent to you. Any non-spousal designation will not be valid unless your spouse consents in writing on the Beneficiary Authorization Form. Your spouse's consent must be notarized. If you marry and have previously designated a beneficiary other than your spouse, your beneficiary will automatically be your spouse unless he or she consents to a non-spouse beneficiary. If you divorce, you should review your beneficiary designation. Note that your former spouse is not automatically removed.

If you do not have a valid Beneficiary Designation on file when you die, or if your designated beneficiary does not survive you or cannot be located, your account will be paid to your surviving legal spouse, if any, or to your estate if you do not have a surviving legal spouse. No benefits are paid to any person responsible for a participant's death.

## Financial Engines Investment Advisory Services

The Home Depot offers investment advisory services from Financial Engines to help you stay on track to meet your financial goals for retirement and make the most of the FutureBuilder's features. Financial Engines can recommend an investment strategy based on your personal goals and the funds available through FutureBuilder. The team of retirement experts at Financial Engines offer unbiased and objective investment advice and discretionary management—they don't sell investments and they don't receive commissions.

Financial Engines offers two services depending on your needs:

- Online Advice is available at no additional cost to FutureBuilder participants. Online Advice provides investment recommendations and forecasts based on the investment funds available through FutureBuilder. This online tool allows you to explore different investment scenarios and fine-tune your strategy. Then you can implement the advice for your FutureBuilder investment portfolio yourself.

- Professional Management provides a savings and investing strategy tailored to your specific needs, and then provides ongoing investment fund monitoring and management. Under Financial Engines Professional Management you turn over actual investment decision making and control of your account. You also can speak with a Financial Engines advisor representative when you have questions. Your account will be charged a monthly fee for Professional Management services.

CONFIDENTIAL

CIGNA19-13260024265

Both services provide recommendations for investing in the FutureBuilder funds based on your personal retirement needs. You can find out more about Financial Engines services by logging on to your FutureBuilder account through the Your Benefits Resources website from www.livetheorangelife.com

## Contributions to FutureBuilder

Your account is made up of your own before-tax contributions, Roth after-tax contributions, Company matching contributions, ESOP contributions previously made, and any rollover contributions you may make.

### Your Contributions

You can contribute from 1% to 50% of your pay in before-tax and/or Roth after-tax contributions to the Plan, in any whole percentage, unless you are subject to the HCE limit. Contributions are deducted automatically from your paycheck.

### Before-Tax Contributions

When you save with before-tax dollars, you save on your income taxes. Your contributions to the plan do not count as current income on your tax return, which means you do not pay current income taxes on what is set aside in the Plan. As a result, you defer paying federal and, in most cases, state and local income taxes on your FutureBuilder savings until you withdraw them or receive a distribution from the Plan.

In the following example, if you save on a before-tax basis through FutureBuilder, you have an extra $375 in take-home earnings compared to savings on an after-tax basis. The example is simplified by excluding deductions and exemptions and assumes you are

single, that your eligible compensation is $25,000 and you contribute 10% of that amount to FutureBuilder as before-tax savings. The estimated federal taxes are based on the IRS 2012 tax table. In this example, the tax amount is $870.00 on the first $8,700 of taxable compensation, plus 15% of the amount over $8,700.

### Tax Savings Comparison

|  | Before-tax Savings | After-tax Savings |
|---|---|---|
| Eligible Compensation | $25,000 | $25,000 |
| Before-tax Contribution | - $2,500 | N/A |
| Taxable Compensation | $22,500 | $25,000 |
| Estimated Federal Taxes | - $2,940 | - $3,315 |
| Eligible Compensation after Taxes | $19,560 | $21,685 |
| After-Tax Savings | N/A | - $2,500 |
| Remaining Take-Home Earnings | $19,560 | $19,185 |

### Tax Credit for Before-Tax FutureBuilder Contributions

You may be eligible to receive a federal tax credit equal to 10%, 20% or 50% of your annual FutureBuilder contribution, up to $1,000 if for 2012 you file a:

- Single return and have annual income of $28,750 or less
- Joint return and have annual income of $57,500 or less
- Head-of-household return and have annual income of $43,125 or less

The percentage that applies is determined by your income level. Your spouse is able to do the same

thing, so your family could receive a total tax credit of as much as $2,000.

Here's an example of how it works. If you and your spouse had a combined income of $32,000, filed a joint tax return, and together contributed $4,000 ($2,000 each) to a 401(k) Plan, you'd be eligible for a 50% tax credit. You would pay $2,000 ($4,000 x 50%) less in income taxes for the year. Certain conditions apply so check with your tax advisor for more information.

## Roth After-Tax 401(k) Contributions

Roth after-tax 401(k) contributions are deducted from your net paycheck after Federal, state, and other employment taxes are withheld. Although contributions are subject to these taxes, they are not calculated based off of your net paycheck. Roth after-tax contributions are calculated based off of eligible compensation.

The investment earnings on Roth contributions grow tax-free and remain tax-free even when you withdraw them during retirement, provided it's a qualified withdrawal (generally, if you're age 59½ or older and the withdrawal is made at least five years after making your first Roth contribution to FutureBuilder). Investment earnings on any other type of contribution to the FutureBuilder Plan (before-tax and Company matching contributions) are tax-deferred while in the Plan, but those earnings will be taxed when you make a withdrawal.

Generally speaking, if you expect to be in a higher tax bracket in retirement than you are now (whether you expect higher taxable income or increased tax rates), Roth contributions might be a good choice. Roth contributions won't reduce your taxable income

CONFIDENTIAL

CIGNA19-13260024266

## Comparison of Traditional Before-tax 401(k) Contributions and Roth After-tax 401(k) Contributions

|  | Traditional 401(k) Contributions | Roth 401(k) Contributions |
|---|---|---|
| How are your contributions deducted from your pay? | Contributions are deducted from before-tax pay | Contributions are deducted from after-tax pay. They are subject to income tax withholding and are calculated based off of eligible compensation. |
| How do your contributions affect your current taxes? | Current taxable income is reduced so your current tax bill is lower | Current taxable income is not reduced so there is no effect on your current tax bill |
| Do contributions count toward the 2013 annual contribution limit of $17,500? (See IRS Limits) | Yes | Yes |
| Are contributions eligible for Company matching contributions? | Yes, up to FutureBuilder limits (up to 3.5% on your first 5% of pay) | Yes, up to FutureBuilder limits (up to 3.5% on your first 5% of pay) |
| Are contributions available for loans and hardship withdrawals? | Yes | Yes |
| When will you pay taxes on your contributions? | Income taxes are paid on your contributions when you receive a distribution, unless your distribution is rolled over into an IRA or another qualified employer-sponsored plan | You have already paid taxes on your contributions, so no taxes are due if you receive a qualified distribution (Note: Does not apply to Company-matching contributions) |
| When will you pay taxes on your investment earnings? | Income taxes are paid on investment earnings when you receive a distribution, unless your distribution is rolled over into an IRA or another qualified employer-sponsored plan | No taxes are due on earnings from your Roth after-tax contributions if the withdrawal is a qualified distribution or if your distribution is rolled over into an IRA or another qualified employer-sponsored plan. Earnings on before-tax Company matching contributions will be taxed since those contributions have not yet been taxed. |

Roth contributions won't reduce your taxable income today, but after you retire and receive a qualified withdrawal, the Roth contributions, as well as earnings on those contributions, will be tax-free. If you expect to be in a lower tax bracket in retirement than you are now, before-tax contributions, in general, might be the better option. Consult your tax advisor.

### Catch-up Contributions If You Are Age 50 or Older

Catch-up contributions may allow associates who are age 50 or older to save even more in their FutureBuilder accounts than they normally could due to IRS or plan contribution limits. This can help

you save even more as you approach retirement.

#### Who Can Make Catch-up Contributions

You are eligible to contribute catch-up contributions if you will be age 50 or over by the end of the current year. For example, you may start making catch-up contributions for 2013 even if you are not yet age 50 as long as you will turn age 50 by the end of 2013.

#### What is Considered Eligible Compensation

In general, eligible compensation for catch-up contributions is the same as FutureBuilder eligible compensation. See What Is Considered Eligible Compensation earlier in this chapter.

#### How to Elect Catch-up Contributions

In order to make catch-up contributions, you have to be enrolled in FutureBuilder. You then can elect the amount you wish to contribute in catch-up contributions. You can choose to make catch-up contributions as before-tax and/or Roth after-tax contributions. Unlike your regular contribution elections that you make in percentages, you must elect a whole dollar amount, such as $200, for your catch-up contribution election. That amount will be contributed out of each regular paycheck.

Once you have made a catch-up contribution election, you won't have to elect a new catch-up contribu-

CONFIDENTIAL

CIGNA19-13260024267

tion amount each year, unless you want to increase or decrease your contribution. Your catch-up election automatically will be carried over to the next year.

## Catch-up Contributions Limit

For 2013, the catch-up contribution limit is $5,500. For example, you could elect to make catch-up contributions each pay period that would result in an annual amount of $3,000 in before-tax contributions and $2,500 in Roth after-tax contributions. It's a good idea to annually review your contributions and make any changes that are appropriate.

## How Catch-up Contributions Are Made

Like regular FutureBuilder contributions, you make catch-up contributions through convenient, automatic payroll deductions.

Generally, catch-up contributions can only be made if you reach the IRS limit on contributions to FutureBuilder. For example, in 2013, the IRS contribution limit is $17,500. However if you qualify for catch-up contributions, you are allowed to contribute up to an additional $5,500, meaning that you could have contributed a total of $23,000 to your FutureBuilder account in 2013.

In addition, if you are subject to the HCE limit and you contribute the maximum amount you are allowed under the HCE limit, you can make catch-up contributions (as long as you meet the catch-up contribution age restriction). For example, if in 2013, you contributed the HCE maximum and you qualified for catch-up contributions, you could have contributed up to an additional $5,500 to your FutureBuilder account in 2013.

You also may contribute catch-up contributions if, as a result of the Plan's non-discrimination testing, a portion of your regular contributions would be refunded to you. If you are eligible to receive a refund, the amount of the refund (or a portion of the amount) will be reclassified as a catch-up contribution if you meet the catch-up contribution age restriction. If your refund (or a portion of the amount) needs to be reclassified as a result of the testing, you do not need to elect the catch-up contribution. The catch-up contribution, in this case, will be made automatically.

## Catch-up Contributions and Company Match

Catch-up contributions are not eligible to be matched, even if the catch-up contributions are reclassified as regular contributions. For more information on the Company match, see How the Company's Matching Contribution Works in this chapter.

## How the Company's Matching Contribution Works

For most associates, the Company will contribute $1.50 for every $1 you contribute on the first 1% of your pay, and 50 cents for each additional $1 you save from 2% to 5% of your pay. That means that if you save 5% to 50%, then the Company will contribute an amount equal to 3.5% of your pay. The Company match is determined and made on the same frequency as your regular, before-tax and/or Roth after-tax contributions, typically on a biweekly basis. There is no end-of-the-year "true-up". Here's a snapshot of the boost you can get:

| If your contribution equals this much of your pay | The Company match will equal this percentage of your pay[1,2] | Your total FutureBuilder contributions equal this much of your pay |
|---|---|---|
| 1% | 1.5% | 2.5% |
| 2% | 2% | 4% |
| 3% | 2.5% | 5.5% |
| 4% | 3% | 7% |
| 5% to 50%[1] | 3.5% | 8.5% to 53.5% |

1 You'll receive a matching contribution on up to 5% of your pay, but generally you can save as much as 50% of your eligible pay.

2 The Company match on your contributions applies to your before-tax and Roth after-tax 401(k) contributions combined.

CONFIDENTIAL

CIGNA19-13260024268

**FutureBuilder**

This example shows how the Company's matching contribution is calculated for an associate with an annual eligible compensation of $20,000 who is contributing 7% of eligible compensation to FutureBuilder. This assumes that the associate begins making contributions on January 1 on a biweekly basis and continues making contributions to December 31 of the same year.

## Calculating the Company Match

| Calculating the contributions for | Associate Contribution | Company Match | Total Contribution |
|---|---|---|---|
| The first 1% of pay | $200 $20,000 x .01 = $200 | $300 $200 x 1.5 = $300 | $500 $200 + $300 = $500 |
| The next 4% of pay | $800 $20,000 x .04 = $800 | $400 $800 x .5 = $400 | $1,200 $800 + $400 = $1,200 |
| Next 2% of pay | $400 $20,000 x .02 = $400 | $0 | $400 $400 + $0 = $400 |
| Total = 7% of Pay | Associate Contribution = $1,400 | Company Match = $700 | Total Contributions = $2,100 |

### The Company Match in Action

Here is an example to show how matching contributions can add up at various contribution levels for an associate with an annual eligible compensation of $20,000, assuming you make contributions starting January 1 on a biweekly basis and continuing to December 31 of the same year.



## Rollover Contributions

If you are an active associate and eligible to participate in the Plan, on or after your eligibility date, after completing 90 days of service, you may roll over any eligible distribution you receive from another eligible employer retirement plan sponsored by a previous employer or from an Individual Retirement Account (IRA). You may also roll over amounts distributed from a Section 403(b) or a Section 457 plan or amounts you contributed directly to an IRA. However, with the exception of Roth Rollovers, the Plan will not accept any amounts representing after-tax contributions you made to a prior employer's plan or an IRA. Only direct Roth rollovers will be accepted from qualified plans with Roth accounts. Indirect Roth rollovers and rollovers from Roth IRAs are not permitted. You may obtain more information about rollovers or request a rollover contribution form by accessing the Your Benefits Resources website or calling the Benefits Choice Center and speaking to a representative. Rollover contributions are subject to the same distribution rules as other plan contributions.

## If You Are on Military Leave

If you are on Military Leave and you are eligible to receive supplemental pay, your contributions to FutureBuilder will be made at the same percentage rate of participation you had elected before going on leave, unless you change the election, which can be done at any time. Corresponding Company matching contributions will continue to be deposited into your account.

Upon re-employment after Military Leave, you may:

* Make up missed contributions that could have been

CONFIDENTIAL

CIGNA19-13260024269

**FutureBuilder**

made during the period of military service

- Receive Company matching contributions to the extent that you make up missed contributions that could have been made during the period of military service

The period allowed for make-up contributions may be up to three times the length of military leave, but the make-up period may not exceed five years.

The amount of your make-up contributions cannot exceed the amount that you would have been allowed to make had you remained continuously employed, reduced by the contributions you made from supplemental pay.

## How Your Contributions and Company Matching Contributions are Invested

You decide how to invest the Company's and your contributions. If you change your mind, you can always access the Your Benefits Resources website or call the Benefits Choice Center to change how your future contributions will be invested, how your current balance is invested, or both. The investment elections you choose for your own contributions will apply to both before-tax and Roth contributions.

### How Your Catch-up Contributions Are Invested

Any catch-up contributions you make will be invested using the same investment approach that you have chosen for your own contributions. You can change how your contributions are invested at any time.

## FutureBuilder Vesting Schedule

| Years of Service | Your Contributions and Earnings | Matching Contributions and Earnings | ESOP Contributions and Earnings |
|---|---|---|---|
| Less than 3 | Always 100% | 0% | 0% |
| 3 | | 100% | 20% |
| 4 | | | 40% |
| 5 or more* | | | 100% |

* Effective January 1, 2010, associates with five years of employment will be vested in the Company's matching and ESOP contributions.

## How Your Company Matching Contributions Are Invested

The Plan allows you to choose where you want your matching contributions invested. If you don't make an investment election, your matching contributions will be invested using the same investment approach you have chosen for your own contributions.

If you choose the same investment elections for your own contributions and the company matching contributions, you may elect to have your account automatically rebalanced. Auto rebalancing is functionality that allows your FutureBuilder balances to be automatically reallocated every 90 days, every 180 days, or annually to your target fund elections. Automatic rebalance elections are available on the website or with a benefits choice center representative. The rebalance triggering will continue as long as a balance resides in the Plan unless you choose to cancel it and/or choose to receive investment advice from Financial Engines. Any changes to your investment elections will apply to any future rebalance transactions. Any Home Depot Stock Fund balances are excluded from the automatic rebalance activity.

## Savings Limitations

### Plan Limits

For 2013, the IRS considers an associate who earned $115,000 or more in 2012 to be a highly compensated employee (HCE). HCE's contributions are subject to certain limitations.

### IRS Limits

The IRS places the following restrictions on contributions to FutureBuilder:

- The combined amount of before-tax and Roth after-tax contributions you can make each calendar year is limited to a specific dollar amount. This amount, which the IRS adjusts to reflect inflation from time to time, in 2013 is $17,500, less any contributions you made to another eligible employer-sponsored retirement plan. If your combined contributions under FutureBuilder and another employer-sponsored plan exceed this limit for a given year, you must notify the Benefits Choice Center no later than March 1 of the next year in order to obtain a corrective distribution.

- There is also a limit on the amount of your

CONFIDENTIAL

CIGNA19-13260024270

compensation used in determining your contributions to the Plan. The dollar limit on annual compensation is an indexed amount and may change from time to time. In 2013, this amount is $255,000.

* Your FutureBuilder contributions will be stopped once you have made contributions that reach the IRS-determined annual contribution limit of $17,500 or the dollar limit on annual compensation of $255,000 or higher, whichever happens first.

* To ensure that contributions to the Plan are balanced between associates at lower and higher pay levels, the IRS rules could place further restrictions on the amount higher paid associates may contribute to the Plan. You will be notified if this applies to you.

* If you're affected by total annual contribution limits under federal law, the amounts you and the Company contribute on your behalf may be limited. Total annual contributions to certain benefit plans like FutureBuilder cannot exceed 100% of your compensation or $51,000 for 2013, whichever is less, under federal law. If you're affected by these limits, you'll be notified.

## What Is Vesting?

You earn ownership of Company matching contributions and the investment earnings on those amounts based on how long you've worked for the Company and its affiliates. This is called vesting. The vesting chart shows when you become vested for each type of contribution based on your years of service.

For vesting purposes, a year of service is any calendar year in which you complete at least 1,000 hours of service.

Keep in mind that all years of service from the date you start working at the Company are considered for vesting, even if you were not enrolled in FutureBuilder.

You always have ownership of the money **you** put into FutureBuilder, including your before-tax, Roth after-tax, catch-up, and rollover contributions and all investment earnings on your contributions. This money is yours to take from the plan if you leave the Company and its affiliates.

You should be aware, however, that if you take a distribution of the money from your account, you will have to pay taxes unless you roll over your distribution to an IRA or another employer's plan. This will not apply to your Roth after-tax contributions and the earnings on your Roth after-tax contributions—this money will not be taxed if you take a qualified distribution (generally, if you're age 59½ or older and the withdrawal is made at least five years after making your first Roth contribution). However, you will pay taxes on any company matching contributions that apply to your Roth after-tax contributions.

You will become 100% vested in your Company matching contributions when you complete three years of service in which you complete at least 1,000 hours of service.

In addition, regardless of your service, you automatically become 100% vested in all Company contributions and earnings if, while you are employed by the Company and its affiliates:

* you reach five years of employment;
* you reach age 65;
* you become permanently and totally disabled; or

* you die.

## What Is a Break in Service?

You will incur a break in service if you are not credited with at least one hour of service in the calendar year. If this happens for five consecutive calendar years, you will incur a five-consecutive-year break in service for vesting purposes.

If you leave the Company and its affiliates after you become a participant in the Plan, but later return to work, the following break in service rules will apply.

If you return before a one-year break in service:

* you will be eligible to rejoin the Plan immediately
* you will retain the years of service you had before your termination, and
* any amounts forfeited from your account at termination will be restored.

If you return after a one-year break in service, but before a five-consecutive-year break in service:

* you will be eligible to rejoin the Plan immediately
* your FutureBuilder account will be reinstated and any amount forfeited from your account at termination will be restored, and
* once you have completed one year of service following your rehire date, all years of service accumulated prior to the break in service will be recognized for vesting purposes.

If you return after more than a five-consecutive-year break in service:

* you will be eligible to rejoin the Plan immediately
* any amounts forfeited from your account at

CONFIDENTIAL

CIGNA19-13260024271

**FutureBuilder**

termination will not be restored; and

- all years of vesting service accumulated prior to the break in service will be recognized for vesting purposes once you have completed one year of service following your rehire date, if you were at least partially vested in your contributions or Company contributions.

## Your Investment Options

FutureBuilder offers a wide variety of investment options allowing you to tailor a savings approach that suits your individual needs. The three-tiered investment structure contains LifePath® Portfolios in Tier One, FutureBuilder core funds in Tier Two and a self-directed brokerage account in Tier Three.

This investment structure allows you to:

- Choose a single LifePath fund; or
- Invest in FutureBuilder core funds only or the self-directed brokerage account only; or
- Use a combination of FutureBuilder core funds and the self-directed brokerage account to develop your investment portfolio.



FUTURESUILDER THREE-TIERED
INVESTMENT STRUCTURE

The FutureBuilder Investment Committee monitors the performance of each FutureBuilder core and LifePath fund and may eliminate or add funds or change investment managers at any time. The following descriptions represent the FutureBuilder investment funds when this Benefits Summary was published but you should visit the 401(k) page on Your Benefits Resources website for the most up-to-date information on your investment fund options including fee information.

Remember, you can transfer or change your investment elections at any time by accessing Your Benefits Resources website at http://resources.hewitt.com/homedepot or by calling the Benefits Choice Center at 1-800-555-4954.

Please remember, the Company and its affiliates make no guarantee of the performance of any of the investment options offered through FutureBuilder. Sometimes unfavorable market conditions can affect even the most conservative funds. None of the options are guaranteed not to lose money. No person with the Company or representing the Company is authorized to make any statement or give any assurance otherwise.

For an explanation of many common investment terms, see the Glossary later in this chapter.

**Tier One: BlackRock LifePath® Portfolios—** The LifePath Portfolio is designed so that to invest you can simply determine the target year when you want to start withdrawing your FutureBuilder savings. Based on the answer to that question, you can determine which LifePath Portfolio is the right starting point for you. Once you do that, you will not need to take any action to change LifePath Portfolios as you pass through the different stages of life, unless

you choose to do so. Your portfolio is managed by a team of investment professionals and these professionals will change the portfolio's asset mix for you over time. This option works well for individuals who do not have the time or interest needed to manage their own investments.

**Tier Two: Core Funds—**In addition to the LifePath Portfolios, you can invest in any combination of FutureBuilder's core funds in 1% increments. Each of the core funds represents a different kind of investment (asset class) and has a different objective. Therefore, each offers a different level of risk and return potential. This option works well for individuals who prefer to construct their own portfolio, and are willing to commit more time to managing their own investments. This requires that you know your objectives, understand the risks involved in investing, periodically review your strategy and investments and make any adjustments needed to rebalance your account. If you choose this approach, you may want to take advantage of the FutureBuilder financial advisory service, see **Financial Engines Investment Advisory Services** earlier in this chapter, to help you make your decisions, or consult a professional financial advisor of your own.

**Tier Three: Self-Directed Brokerage Account—** Through the Schwab PCRA brokerage account, you can customize your portfolio even more than the Tier Two option by selecting from a wide variety of mutual funds and from most publicly traded stocks and bonds. This option works well for individuals who are experienced, knowledgeable investors, are willing to commit a significant amount of time managing their investments, and are comfortable paying applicable brokerage transaction fees that will be charged to

CONFIDENTIAL

CIGNA19-13260024272

**FutureBuilder**

their account.

## BlackRock LifePath® Portfolios

The BlackRock LifePath portfolios are designed to be complete investment solutions for individual investors. You choose a LifePath portfolio based on the year you expect to need your money—generally, the year you plan to retire. The LifePath portfolios are diversified among many different asset classes (stocks, bonds, real estate, commodities and money market instruments) and adjusted over time to gradually become more conservative as your target retirement year approaches. You won't need to change LifePath portfolios as you become older (unless you choose to do so)—the portfolio's mix of investments will change for you over time.

Each LifePath portfolio has a number in its name (such as 2020 in LifePath 2020®) that represents the approximate year you plan to start withdrawing your money. As you get closer to this year, the investment mix is gradually shifted from a greater concentration of higher-risk investments (stock funds) to a greater concentration of lower-risk investments (bond funds and money market instruments). This shift is designed to reduce but does not eliminate fluctuations in the value of your investment as the time that you will need your money approaches.

One portfolio—LifePath Retirement—does not include a number because it is designed for people currently withdrawing their money or very close to retirement.

The percentages of holdings for these funds are subject to change. Log on to Your Benefits Resources website for the most current percentage information.

| Date of Birth* | | LifePath Portfolio Default |
|---|---|---|
| On or after 1983 | | LifePath 2050 |
| On or between 1978 & 1982 | | LifePath 2045 |
| On or between 1973 & 1977 | | LifePath 2040 |
| On or between 1968 & 1972 | | LifePath 2035 |
| On or between 1963 & 1967 | | LifePath 2030 |
| On or between 1958 & 1962 | | LifePath 2025 |
| On or between 1953 & 1957 | | LifePath 2020 |
| On or between 1948 & 1952 | | LifePath 2015 |
| On or before 1947 | | Retirement Fund |

* Assumes retirement at age of 65.

## LifePath® Retirement Portfolio

### Official Fund Name: LifePath® Index Retirement Portfolio

### Investment Objective

The LifePath Retirement Portfolio is designed to provide a complete investment solution for investors who are retired or close to retirement by diversifying among many asset classes, with the largest percentages in U.S. fixed income and smaller holdings in U.S. equities. Although achieving reasonable levels of income generation is important for investors in retirement, it makes sense to have some of the portfolio's assets in stocks, as most investors will still need some protection against inflation during their retirement years.

### Asset Allocation

The portfolio is diversified among many asset classes, with the largest percentage in U.S. fixed income (bonds) and U.S. equities (stocks). As of June 30, 2013, the percentage of holdings in these two asset classes was roughly 61.8% U.S. bonds and 24.4% U.S. stocks, with the balance of the portfolio in non-U.S. stocks, real estate and commodities.

### Risk and Return Characteristics



Fees: See FutureBuilder Investment Expenses.

## LifePath 2015® Portfolio

### Official Fund Name: BlackRock LifePath Index 2015® Portfolio

### Investment Objective

The LifePath 2015 Portfolio is designed to be a complete investment solution for investors who expect to retire between 2013 and 2017. The portfolio is weighted toward an investment mix that has potentially less risk or volatility, while still holding some growth-oriented assets such as stocks to provide a limited amount of inflation protection.

### Asset Allocation

The portfolio is diversified among many asset classes, with the largest percentage in U.S. fixed income (bonds) and U.S. equities (stocks). As of June 30, 2013, the percentage of holdings in these two asset classes was roughly 55.6% U.S. bonds and 27.7% U.S. stocks, with the balance of the portfolio in non-

CONFIDENTIAL

CIGNA19-13260024273

**FutureBuilder**

U.S. stocks, real estate and commodities. These percentages are adjusted over time to gradually become more conservative as the portfolio gets closer to 2015. When it reaches its target year (2015), it will be at its most conservative asset mix. At that time, the assets of this portfolio will be blended in the LifePath Retirement Portfolio. All investors in this portfolio will then own units in LifePath Retirement going forward.

### Risk and Return Characteristics



All LifePath Portfolios slowly reduce their risk and return profile over time to respond to the changing needs of their investors as they age. The LifePath 2015 Portfolio has a moderately conservative asset mix as it has approximately 2 years to go before reaching its most conservative asset mix in 2015.

Fees: See FutureBuilder Investment Expenses.

## LifePath 2020® Portfolio
#### Official Fund Name: BlackRock LifePath Index 2020® Portfolio

### Investment Objective

The LifePath 2020 Portfolio is designed to be a complete investment solution for investors who expect to retire between 2018 and 2022. The portfolio is generally weighted toward investments with higher growth potential (such as stocks), while still using diversification to moderate the price fluctuations that these investments typically incur over the short to medium term.

The portfolio is diversified among many asset classes, with the largest percentage in U.S. fixed income (bonds) and U.S. equities (stocks). As of June 30, 2013, the percentage of holdings in these two asset classes was roughly 45.6% U.S. bonds and 32.8% U.S. stocks, with the balance of the portfolio in non-U.S. stocks, real estate and commodities. These percentages are adjusted over time to gradually become more conservative as the portfolio gets closer to 2020. When it reaches its target year (2020), it will be at its most conservative asset mix. At that time, the assets of this portfolio will be blended in the LifePath Retirement Portfolio. All investors in this portfolio will then own units in LifePath Retirement going forward.

### Asset Allocation

The portfolio is diversified among many asset classes, with the largest percentage in U.S. fixed income (bonds) and U.S. equities (stocks). As of June 30, 2013, the percentage of holdings in these two asset classes was roughly 45.6% U.S. bonds and 32.8% U.S. stocks, with the balance of the portfolio in non-U.S. stocks, real estate and commodities. These percentages are adjusted over time to gradually become more conservative as the portfolio gets closer to 2020. When it reaches its target year (2020), it will be at its most conservative asset mix. At that time, the assets of this portfolio will be blended in the LifePath Retirement Portfolio. All investors in this portfolio will then own units in LifePath Retirement going forward.

### Risk and Return Characteristics



All LifePath Portfolios slowly reduce their risk and return profile over time, to respond to the changing needs of their investors as they age. The LifePath 2020 Portfolio has a moderately conservative asset mix as it has approximately 7 years to go before reaching its most conservative asset mix in 2020.

Fees: See FutureBuilder Investment Expenses.

## LifePath 2025® Portfolio
#### Official Fund Name: BlackRock LifePath Index 2025® Portfolio

### Investment Objective

The LifePath 2025 Portfolio is designed to be a com-

plete investment solution for investors who expect to retire between 2023 and 2027. The portfolio is generally weighted toward investments with higher growth potential (such as stocks), while still using diversification to moderate the price fluctuations that these investments typically incur over the short to medium term.

### Asset Allocation

The portfolio is diversified among many asset classes, with the largest percentages in U.S. fixed income (bonds), U.S. equities (stocks) and international equities. As of June 30, 2013, the percentage of holdings in these three asset classes was roughly 37.3% U.S. bonds and 37.0% U.S. stocks, with the balance of the portfolio in non-U.S. stocks, real estate and commodities. These percentages are adjusted over time to gradually become more conservative as the portfolio gets closer to 2025. When it reaches its target year (2025), it will be at its most conservative asset mix. At that time, the assets of this portfolio will be blended in the LifePath Retirement Portfolio. All investors in this portfolio will then own units in LifePath Retirement going forward.

### Risk and Return Characteristics



All LifePath Portfolios slowly reduce their risk and return profile over time, to respond to the changing needs of their investors as they age. The LifePath 2025 Portfolio has a balanced asset mix as it has approximately 12 years to go before reaching its most conservative asset mix in 2025.

---

CONFIDENTIAL

CIGNA19-13260024274

**FutureBuilder**

Fees: See FutureBuilder Investment Expenses.

## LifePath 2030® Portfolio

**Official Fund Name: BlackRock LifePath Index 2030® Portfolio**

### Investment Objective

The LifePath 2030 Portfolio is designed to be a complete investment solution for investors who expect to retire between 2028 and 2032. The portfolio is weighted toward investments with higher growth potential (such as stocks), while being less concerned with the inevitable price fluctuations that these investments typically incur over the short to medium term.

### Asset Allocation

The portfolio is diversified among many asset classes, with the largest percentages in U.S. equities (stocks), U.S. Fixed Income (bonds) and non-U.S. equities. As of June 30, 2013, the percentage of holdings in these asset classes was roughly 40.9% U.S. stocks and 30.1% U.S. bonds with the balance of the portfolio in non-U.S. stocks, real estate and commodities. These percentages are adjusted over time to gradually become more conservative as the portfolio gets closer to 2030. When it reaches its target year (2030), it will be at its most conservative asset mix. At that time, the assets of this portfolio will be blended in the LifePath Retirement Portfolio. All investors in this portfolio will then own units in LifePath Retirement going forward.

## Risk and Return Characteristics



All LifePath Portfolios slowly reduce their risk and return profile over time, to respond to the changing needs of their investors as they age. The LifePath 2030 has a balanced asset mix as it has approximately 17 years to go before reaching its most conservative asset mix in 2030.

Fees: See FutureBuilder Investment Expenses.

## LifePath 2035® Portfolio

**Official Fund Name: BlackRock LifePath Index 2035® Portfolio**

### Investment Objective

The LifePath 2035 Portfolio is designed to be a complete investment solution for investors who expect to retire between 2033 and 2037. The portfolio is weighted toward investments with higher growth potential (such as stocks), while being less concerned with the inevitable price fluctuations that these investments typically incur over the short to medium term.

### Asset Allocation

The portfolio is diversified among many asset classes, with the largest percentages in U.S. and non-U.S. equities (stocks). As of June 30, 2013, the percentage of holdings in these two asset classes was roughly 44.5% U.S. stocks and 17.8% in U.S. bonds with the balance of the portfolio in non-U.S. stocks, real estate and commodities. These percentages are adjusted over time to gradually

become more conservative as the portfolio gets closer to 2035. When it reaches its target year (2035), it will be at its most conservative asset mix. At that time, the assets of this portfolio will be blended in the LifePath Retirement Portfolio. All investors in this portfolio will then own units in LifePath Retirement going forward.

## Risk and Return Characteristics



All LifePath Portfolios slowly reduce their risk and return profile over time, to respond to the changing needs of their investors as they age. The LifePath 2035 portfolio has a moderately aggressive asset mix as it has approximately 22 years to go before reaching its most conservative asset mix in 2035.

Fees: See FutureBuilder Investment Expenses.

## LifePath 2040® Portfolio

**Official Fund Name: BlackRock LifePath Index 2040® Portfolio**

### Investment Objective

The LifePath 2040 Portfolio is designed to be a complete investment solution for investors who expect to retire between 2038 and 2042. The portfolio is heavily weighted toward investments with higher growth potential (such as stocks), while being less concerned with the inevitable price fluctuations that these investments typically incur over the short to medium term.

CONFIDENTIAL

CIGNA19-13260024275

The diagram below shows how the BlackRock LifePath portfolios compare to each other in terms of risk and return potential.



## Asset Allocation

The portfolio is diversified among many asset classes, with the largest percentage in U.S. and non-U.S. equities (stocks). As of June 30, 2013, the percentage of holdings in these two asset classes was roughly 47.4% U.S. stocks and 17.8% in U.S. bonds with the balance of the portfolio in non-U.S. stocks, real estate and commodities. These percentages are adjusted over time to gradually become more conservative as the portfolio gets closer to 2040. When it reaches its target year (2040), it will be at its most conservative asset mix. At that time, the assets of this portfolio will be blended in the LifePath Retirement Portfolio. All investors in this portfolio will then own units in LifePath Retirement going forward.

## Risk and Return Characteristics



All LifePath Portfolios slowly reduce their risk and return profile over time, to respond to the changing needs of their investors as they age. The LifePath 2040 Portfolio has an aggressive asset mix as it has approximately 27 years to go before reaching its most conservative asset mix in 2040.

Fees: See FutureBuilder Investment Expenses.

## LifePath 2045® Portfolio

### Official Fund Name: BlackRock LifePath Index 2045® Portfolio

### Investment Objective

The LifePath 2045 Portfolio is designed to be a complete investment solution for investors who expect to retire between 2043 and 2047. The portfolio is heavily weighted toward investments with higher growth potential (such as stocks), while being less concerned with the inevitable price fluctuations that these investments typically incur over the short to medium term.

### Asset Allocation

The portfolio is diversified among many asset classes, with the largest percentage in U.S. and non-U.S. equities (stocks). As of June 30, 2013, the percentage of holdings in these two asset classes was roughly 50.3% U.S. stocks and 12.4% U.S. bonds with the balance of the portfolio in non-U.S. stocks, real estate and commodities. These percentages are adjusted over time to gradually become more conservative as the portfolio gets closer to 2045. When it reaches its target year (2045), it will be at its most conservative asset mix. At that time, the assets of this portfolio will be blended in the LifePath Retirement Portfolio. All investors in this portfolio will then own units in LifePath Retirement going forward.

## Risk and Return Characteristics



All LifePath Portfolios slowly reduce their risk and return profile over time, to respond to the changing needs of their investors as they age. The LifePath 2045 Portfolio has an aggressive asset mix as it has approximately 32 years to go before reaching its most conservative asset mix in 2045.

Fees: See FutureBuilder Investment Expenses.

## LifePath 2050 Portfolio

### Official Fund Name: BlackRock LifePath Index 2050® Portfolio

### Investment Objective

The LifePath 2050 Portfolio is designed to be a complete investment solution for investors who expect to retire after 2048. The portfolio is heavily weighted towards investments with higher growth potential (such as stocks), while being less concerned with the inevitable price fluctuations that these investments typically incur over the short to medium term.

CONFIDENTIAL

CIGNA19-13260024276

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 313 of 405

**FutureBuilder**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

## Asset Allocation

The portfolio is diversified among many asset classes, with the largest percentage in U.S. and non-U.S. equities (stocks). As of June 30, 2013, the percentage of holdings in these two asset classes was roughly 52.7% U.S. stocks and 7.3% U.S. bonds, with the balance of the portfolio in non-U.S. stocks, real estate and commodities. These percentages are adjusted over time to gradually become more conservative as the portfolio gets closer to 2050. When it reaches its target year (2050), it will be at its most conservative asset mix. At that time, the assets of this portfolio will be blended in the LifePath Retirement Portfolio. All investors in this portfolio will then own units in LifePath Retirement going forward.

## Risk and Return Characteristics



All LifePath Portfolios slowly reduce their risk and return profile over time, to respond to the changing



| Stable Value Fund | More Conservative |
| Bond Fund | Lower Expected Return |
| Balanced Fund | Lower Risk |
| Large Cap Value Fund | Lower Volatility |
| Large Cap Index Fund | |
| Large Cap Growth Fund | |
| Mid Cap Value Fund | |
| Mid Cap Growth Fund | |
| International Fund | |
| Small Cap Value Fund | More Aggressive |
| Small Cap Growth Fund | Higher Expected Return |
| Home Depot Stock Fund | Higher Risk / Higher Volatility |

needs of their investors as they age. The LifePath 2050 Portfolio has an aggressive asset mix as it has approximately 37 years to go before reaching its most conservative asset mix in 2050.

## FutureBuilder Core Funds

In addition to the LifePath Portfolios, you can invest in any combination of FutureBuilder's core funds in 1% increments.

Each of the core funds represents a different kind of investment (asset class) and has a different objective. Higher risk investments may provide higher returns over the long term, but there's also a greater chance that you might lose a portion of your investment. On the other hand, if you put too much of your savings in safer investments, your return may be more stable but may not be great enough to meet your retirement income needs.

Before choosing FutureBuilder funds, you need to decide how much risk you're willing to accept and the number of years you have to invest before you'll need your money.

The diagram below shows how the FutureBuilder core funds compare to each other in terms of risk and return potential.

## Stable Value Fund

**Official Fund Name:**
**JPMorgan Stable Value Fund**

### Investment Objective

The Stable Value Fund seeks to preserve the value of money invested, perform better than the average money market fund, and earn consistent,

reliable returns.

## Asset Allocation

The fund invests in a high quality fixed income portfolio combined with investment contracts called "benefit responsive wraps." The wrap contracts which are issued by insurance companies and banks help to stabilize the value and returns of the fund, even when markets are volatile. The fixed income portfolio consists of investment grade fixed income securities, primarily U.S. Treasury, agency, corporate, mortgage-backed, asset-backed, and privately placed mortgage debt.

## Risk and Return Characteristics



Overall, this fund is the most conservative core fund offered through FutureBuilder. Due to its structure, the fund tends to earn interest with low price fluctuation. However, under certain conditions, the fund's return may lag behind alternatives like money market funds which tend to reflect rising interest rates more quickly.

CONFIDENTIAL

CIGNA19-13260024277

### Comparison Index Performance

Performance of the Stable Value Fund is compared to the CitiGroup 3 Month Treasury Bill Index, which has a similar risk profile.

Fees: See FutureBuilder Investment Expenses.

## Bond Fund

***Official Fund Name: BlackRock U.S. Debt Index Fund***

### Investment Objective

This fund seeks to match the performance of the Barclays Capital US Aggregate Bond Index by investing in a diversified sample of the bonds that make up the Barclays measure of the U.S. investment-grade bond market.

### Asset Allocation

The fund is made up of bonds including U.S. Treasury and federal agency bonds, corporate bonds, residential and commercial mortgage-backed securities, and asset-backed securities.

### Risk and Return Characteristics

This fund is expected to experience a low to moderate range of price fluctuations. It is intended for investors seeking moderate returns by investing in a diversified portfolio of high-quality fixed income securities. As with any security, an investment in bonds is subject to risk.

### Comparison Index Performance

Performance of the Bond Fund is compared to the Barclays Capital US Aggregate Bond Index, which has a similar investment style.

Fees: See FutureBuilder Investment Expenses.

## Balanced Fund

***Official Fund Name: BlackRock Balanced Fund***

### Investment Objective

The BlackRock Balanced Fund seeks to achieve total return through capital appreciation and current income.

### Asset Allocation

The fund invests approximately 60% of assets in the BlackRock Equity Index Fund (which invests in equity securities—stocks) with the remainder of the fund in the BlackRock U.S. Debt Index Fund (which invests in fixed income securities—bonds).

### Risk and Return Characteristics

This fund is expected to experience a moderate range of price fluctuations. However, the fund may experience larger or smaller price declines or price increases depending on different market conditions. The fund is more diversified than some of the other fund options since it is invested in two different asset classes. However, to further offset some of the fund's risk, investors may wish to spread their savings among several funds that have different investment objectives and characteristics.

### Comparison Index Performance

Performance of the Balanced Fund is compared to a Custom Index which is a blended index comprised of 60% return of the S&P 500 Index.

Fees: See FutureBuilder Investment Expenses.

## Large Cap Value Fund

***Official Fund Name: Dodge & Cox Stock Fund***

### Investment Objective

The Large Cap Value Fund seeks to provide the opportunity for above-average, long-term growth of your savings by investing in common stocks of companies that the fund's managers believe to be temporarily undervalued by the stock market but have favorable long-term growth prospects.

### Asset Allocation

The companies invested in are typically larger, well-established organizations, though the fund also invests in mid-sized companies. Under normal circumstances, the Fund will invest at least 80% of fund assets in common stocks, including those of foreign issuers which are included in the S&P 500 Index. In addition, the fund may also invest up to 20% of its assets in securities of foreign issuers traded in the U.S. that are not included in the S&P 500 Index.

### Risk and Return Characteristics

**FutureBuilder**

This fund is riskier than the Bond, Balanced and Stable Value Funds since it invests exclusively in stocks. While stocks can go up and down dramatically over short time periods, they have traditionally outperformed other types of investments over longer periods and have outpaced inflation as well. Given the short-term risks associated with equity investing, investors should consider this fund a long-term investment.

## Comparison Index Performance

Performance of the Large Cap Value Fund is compared to the Russell 1000 Value Index, which has a similar investment style.

Fees: See FutureBuilder Investment Expenses.

## Large Cap Index Fund

### Official Fund Name: BlackRock Equity Index Fund

### Investment Objective

This fund seeks to provide growth and modest income on your savings by investing in each stock that makes up the S&P 500 Index.

### Asset Allocation

The fund is made up of 500 stocks within major U.S. industries, such as manufacturing, finance, utilities and transportation.

### Risk and Return Characteristics



This fund is riskier than the Bond, Balanced and Stable Value Funds since it invests exclusively in

stocks. While stocks can go up and down dramatically over short time periods, they have traditionally outperformed other types of investments over longer periods and have outpaced inflation as well. Given the short-term risks associated with equity investing, investors should consider this fund a long-term investment.

## Comparison Index Performance

Performance of the Large Cap Index Fund is compared to the return of the S&P 500 Index.

Fees: See FutureBuilder Investment Expenses.

## Large Cap Growth Fund

### Official Fund Name: Rainier Large Cap Growth Equity Fund'

### Investment Objective

The Fund seeks to maximize long-term capital appreciation. The Fund invests in a diversified portfolio of common stocks of U.S. companies. Rainier selects investments from companies of all sizes, while focusing on the mid- and large-capitalization segments of the domestic equity market. Highly speculative or illiquid stocks are not candidates for the Fund. The portfolio will generally hold between 40 to 80 stocks.

### Asset Allocation

Stock selection focuses on companies that are likely to demonstrate superior earnings growth relative to their peers, and whose equities are selling at attractive relative valuations. The portfolio is diversified over a broad cross-section of economic sectors and industries.

## Risk and Return Characteristics



This fund is riskier than the Bond, Balance and Stable Value Funds since it invests exclusively in stocks. While stocks can go up and down dramatically over short time periods, they have traditionally outperformed other types of investments over longer periods and have outpaced inflation as well. Given the short-term risks associated with equity investing, investors should consider this fund a long-term investment.

## Comparison Index Performance

Performance of the Large Cap Growth Fund is compared to the total return of the Russell 1000 Growth Index.

Fees: See FutureBuilder Investment Expenses.

## Mid Cap Value Fund

### Official Fund Name: CRM Mid Cap Value Fund

### Investment Objective

The Fund seeks to achieve long-term capital appreciation within the mid cap value universe. The Fund is managed by a team of CRM investment professionals. The research team employs a bottom-up, fundamental research process to select stocks it believes are characterized by three attributes: change, neglect and relative valuation.

CONFIDENTIAL

CIGNA19-13260024279

**FutureBuilder**

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Asset Allocation

The Fund invests in approximately 50-60 securities and is well diversified within market sectors. Under normal circumstances, the Fund invests at least 80% of its assets in a diversified portfolio of equity and equity related securities of U.S. companies with market capitalizations at the time of initial purchase similar to those in the Russell Midcap Value Index that are publicly traded on a U.S. securities market.

## Risk and Return Characteristics



This fund may be suitable for investors with a long-term investment time horizon and who are willing to accept a higher degree of risk for the opportunity of higher long-term potential returns.

## Comparison Index Performance

Performance of the Mid Cap Value Fund is compared to the total return of the Russell Midcap Value Index.

Fees: See FutureBuilder Investment Expenses.

## Mid Cap Growth Fund

### Official Fund Name: TimesSquare Mid Cap Growth Strategy Fund

### Investment Objective

The Mid Cap Growth Fund seeks to provide capital appreciation by investing in the common and preferred stock of U.S. mid-capitalization companies. The portfolio management team uses a bottom-up, research-intensive approach to identify mid-capital-ization growth stocks that it believes have the greatest potential to achieve significant price appreciation over a 12- to 18-month horizon.

## Asset Allocation

The fund's managers target U.S. firms that have exceptional management, distinct, sustainable competitive advantage, and strong, consistent growth. The fund may also invest up to 10% of its assets in foreign securities.

## Risk and Return Characteristics



This fund may be suitable for investors with a long-term investment time horizon and who are willing to accept a higher degree of risk for the opportunity of higher long-term potential returns.

## Comparison Index Performance

Performance of the Mid Cap Growth Fund is compared to the total return of the Russell Mid Cap Growth Index.

Fees: See FutureBuilder Investment Expenses.

## International Fund

### Official Fund Name: Dodge & Cox International Stock Fund

### Investment Objective

The International Stock Fund seeks to provide long-term growth of principal and income by investing primarily in a diversified portfolio of equity securities issued by non-U.S. companies from at least three different foreign countries, including emerging markets. Securities for the fund are primarily those that have positive prospects for long-term growth in principal and income not reflected in the current price.

## Asset Allocation

Under normal circumstances, the Fund will invest at least 80% of its total assets in common stocks, preferred stocks, securities convertible into common stocks and securities that carry the right to buy common stocks of non-U.S. companies. The Fund also invests in American, European and Global Depository Receipts.

## Risk and Return Characteristics



The Fund could under-perform other investments for any of the following reasons: the stock markets in the countries in which the Fund invests go down, markets continue to undervalue the stocks in the Fund's portfolio, Dodge & Cox's opinion about the intrinsic worth of a company or security is incorrect.

Since the Fund invests primarily in securities of foreign companies, there is a greater risk that the Fund's share price will fluctuate more than if the Fund invested in U.S. issuers.

The practice of short-term or excessive trading often referred to as market timing is prohibited by the Dodge & Cox International Stock Fund. Excessive trading by associates could interfere with the efficient management of the fund's portfolio, increase the fund's transaction costs, administrative costs and taxes, and/or impact the fund's performance.

CONFIDENTIAL

CIGNA19-13260024280

**FutureBuilder**

## Comparison Index Performance

Performance of the International Fund is compared to the total return of the Morgan Stanley Capital International All Countries World Index ex. U.S. (MSCI ACWI ex. U.S.).

Fees: See FutureBuilder Investment Expenses.

## Small Cap Value Fund

### Official Fund Name: Thompson, Siegel & Walmsley (TS&W) Small Cap Value

### Investment Objective

The Small Cap Value Fund seeks to provide investors with long-term capital growth primarily by investing in U.S. small capitalization companies. The long term investment objective is to consistently outperform the Russell 2000 Value Index over a complete market cycle. The portfolio will hold generally 85 names or less.

### Asset Allocation

The fund will typically be fully invested in publicly traded U.S. firms and hold less than 5% cash. It will generally be well diversified among the nine Russell economic sectors, maintaining sector weights of +/- 10% of the Russell 2000 Value Index, with an emphasis on those it deems more favorable. Additionally, the fund will focus on small capitalization stocks, maintaining a weighted average market capitalization of +/-50% of the benchmark.

### Risk and Return Characteristics



This fund poses a higher risk and is potentially subject to more variation in its returns than the prior funds listed, since it invests predominantly in smaller companies. Smaller companies are subject to higher risks because they often have more limited product lines, markets or financial resources. This fund is intended to offer the possibility of higher long-term returns through investing in small companies with the potential for significant long-term growth. Given the risks associated with equity investing, investors should consider this a long-term investment.

### Comparison Index Performance

Performance of the Small Cap Value Fund is compared to the total return of the Russell 2000 Value Index.

Fees: See FutureBuilder Investment Expenses.

## Small Cap Growth Fund

### Official Fund Name: Stephens Small Cap Growth Fund

### Investment Objective

The Small Cap Growth Fund seeks to provide long term growth of capital by constructing an equity portfolio with small market capitalization designed to fluctuate with market trends and outperform the Russell 2000 Growth Index over a full market cycle, based on a disciplined growth philosophy and using bottom-up fundamental analysis.

### Asset Allocation

The Fund's investment team invests primarily in common stock of small capitalization U.S. companies with growth characteristics.

## Risk and Return Characteristics



This fund poses a relatively higher risk and is potentially subject to more variation in its returns than the prior funds listed, since it invests predominantly in smaller companies. Smaller companies are subject to higher risks because they often have more limited product lines, markets or financial resources. This fund is intended to offer the possibility of higher long-term returns through investing in small companies with the potential for significant long-term growth. Given the risks associated with equity investing, investors should consider this a long-term investment.

## Comparison Index Performance

Performance of the Small Cap Growth Fund is compared to the total return of the Russell 2000 Growth Index.

Fees: See FutureBuilder Investment Expenses.

## Home Depot Stock Fund

### Official Fund Name: The Home Depot, Inc. Common Stock Fund

### Investment Objective

The objective of the Home Depot Stock Fund is to allow FutureBuilder participants to share in ownership of the Company.

## Risk and Return Characteristics



CONFIDENTIAL

CIGNA19-13260024281

Case 3:19-cv-01324-JCH   Document 242-1   Filed 07/20/23   Page 318 of 405

**FutureBuilder**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

Since it invests in only one stock, this fund is subject to greater risk than the other funds in the plan.

Fees: See FutureBuilder Investment Expenses.

### About the Home Depot Stock Fund

As of September 16, 2008, the Home Depot Stock Fund is no longer a future investment option through FutureBuilder. If you had an existing balance in the Home Depot Stock Fund as of that date, you can keep that balance in the fund; however, you can no longer contribute or transfer money into the fund after September 16, 2008.

## Notice of Your Rights Concerning Employer Securities

### Your Rights Concerning Home Depot Stock

You can elect to move any portion of your account that is invested in company stock from that investment into any other investment alternatives under the Plan. This right extends to all your Home Depot stock under the Plan. If you have been notified that you are a designated associate, you can only change your investments in the Home Depot Stock Fund during designated window periods. You can contact the Benefits Choice Center for information about this right, including how to make an election.

In deciding whether to exercise this right, you will want to give careful consideration to the benefits of a well-balanced and diversified investment portfolio. See Importance of Diversification.

## The Brokerage Window: Schwab PCRA

The Schwab PCRA (Personal Choice Retirement Account) is a brokerage account that gives you the freedom to invest your FutureBuilder account in a much wider range of investment choices. By expanding your choices beyond the LifePath portfolios and the core investment funds, you have the opportunity to custom-tailor your investment portfolio according to your needs and investment objectives. For example, through the brokerage window, you can invest in:

- A greatly expanded selection of no-load, no transaction-fee mutual funds from hundreds of leading fund companies to help you round out your portfolio.

- Stock listed on some of the major exchanges, including over-the-counter issues, so you can invest in companies you know and follow.

- Exchange-traded funds that help keep investment costs low.

- Individual bonds, CDs and other fixed income investments to help preserve capital or add stability to your portfolio.

The Schwab PCRA account is subject to the requirements and limitations applicable to assets held in a qualified plan, like FutureBuilder. This is true regardless of anything to the contrary in documents provided to you by Schwab.

Once your Schwab account is established, you fund your PCRA by transferring money from your retirement plan's other investments in a three-step process:

- Determine from which of your other investments you want to transfer money.

- Decide on the amount to transfer.

- Log onto the Your Benefits Resources website (http://resources.hewitt.com/homedepot) and follow the steps to initiate a transfer. If you do not have internet access, you can also initiate a transfer by contacting the Benefits Choice Center.

Money transferred from your retirement plan's other fund choices into your PCRA will be automatically allocated to your Schwab sweep money market fund within two business days. Use these assets to purchase other investments in your PCRA.

Due to the existing contractual agreement with JP Morgan, you will NOT be able to transfer money directly from the Stable Value Fund to the PCRA. You CAN transfer money out of the Stable Value Fund into any FutureBuilder fund EXCEPT the PCRA. You must wait for a period of 90 days before you can again transfer that money into the PCRA. You CAN move money directly into the PCRA from any fund EXCEPT the Stable Value Fund.

For more information on the Schwab PCRA go to the Your Benefits Resources website and click "Schwab PCRA" or call Schwab at 1-888-393-7272. You can also go to www.schwabpcra.com. Click "Open Your PCRA Brokerage Account."

CONFIDENTIAL

CIGNA19-13260024282

**FutureBuilder**

## Different Investments Carry Different Risk and Return

As you choose your investments, keep in mind that the different investment options offered carry different levels of risk. Higher risk investments may provide higher returns over the long term, but there's also a greater chance that you might lose a portion of your investment. On the other hand, if you put too much of your savings in safer investments, your return may be more stable but may not be great enough to meet your retirement income needs.

By mixing high-risk and low-risk investments, you can achieve a balance that helps protect against an investment loss. Higher risk investments also tend to provide higher returns over the long term, while lower risk investments typically yield more stable, but lower returns. Generally, the risk of any investment tends to decline the longer you hold it.

The ratio of high to low risk investments you choose should depend on how many years you have until retirement and your personal risk tolerance. The longer you have, the more aggressively you could invest because you have time to ride out the market's highs and lows. The closer you are to retirement age, the more conservatively you may want to invest because there is time to recover from market swings.

Periodically, you should review your investment choices to ensure they are still in line with your savings goals. When necessary, reallocate your fund choices to meet your changing needs.

## Trading Restrictions

Trading restrictions and/or fees may be placed on certain funds because of excessive and/or short-term trading, which can negatively impact the funds' performance. This means you may be required to wait a certain period of time before making reallocations or transfers. These time periods are known as purchase blocks. During a purchase block, you're still able to sell any amount you wish. Restrictions are not applicable to new contributions, loan payments, loans, withdrawals, distributions or rollovers.

Currently, you are not able to transfer money directly from the Stable Value Fund to the Schwab PCRA. Money can be transferred out of the Stable Value Fund into any FutureBuilder fund except the Schwab PCRA, but you must wait for a period of 90 days before transferring those funds into the PCRA.

## Notice of Importance of Diversification

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a

guarantee against loss, it is an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of FutureBuilder. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. Therefore, you should carefully consider the rights described in this notice and how these rights affect the amount of money that you invest in Home Depot stock through FutureBuilder. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under FutureBuilder to help ensure that your retirement savings will meet your retirement goals.

If you have questions about your rights described in this notice, including how to make this election, contact the Benefits Choice Center at 1-800-555-4954.

## Keeping Track of Your Account

You can view your account at any time by accessing the Your Benefits Resources website or by calling the Benefits Choice Center. You also can track the progress of your account by reviewing your personal statement each quarter. Just access the Your Benefits Resources website and print your online statement or call the Benefits Choice Center.

### FutureBuilder Statements

If you have an account balance in the Plan, you will receive a FutureBuilder account statement in the mail every quarter. This statement shows your Plan

CONFIDENTIAL

CIGNA19-13260024283

**FutureBuilder**

## FutureBuilder Investment Expenses* as of October 1, 2013

| Generic Fund Name / Official Fund Name / Type of Fee | LifePath Portfolios / BlackRock LifePath Portfolios | Stable Value Fund / JPMorgan Stable Value Fund[3] | Bond Fund / BlackRock U.S. Debt Index Fund | Balanced Fund / BlackRock Balanced Fund | Large Cap Value Fund / Dodge & Cox Stock Fund | Large Cap Index Fund / BlackRock Equity Index Fund | Large Cap Growth Fund / Rainier Large Cap Growth Fund | Mid Cap Value Fund / CRM Mid Cap Value Fund | Mid Cap Growth Fund / TimesSquare Mid Cap Strategy Fund | International Fund / Dodge & Cox International Stock Fund | Small Cap Value Fund / TS&W Domestic Small Cap Value[1] | Small Cap Growth Fund / Stephens Small Cap Growth Fund[1] | Home Depot Stock Fund / Home Depot Stock Fund | Schwab PCRA / Schwab Personal Choice Retirement Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Investment Management | 0.090% | 0.150% | 0.025% | 0.016%[2] | 0.420% | 0.010% | 0.543%[1] | 0.720% | 0.630%[1] | 0.540% | 0.900%[1] | 0.720%[1] | 0.000% | — |
| Distribution, Service & Administration Fees | 0.020%[3] | 0.000% | 0.020%[3] | 0.020%[3] | 0.100%[4] | 0.020%[3] | 0.000% | 0.100%[4] | 0.000% | 0.100%[4] | 0.000% | 0.000% | 0.000% | — |
| Total Investment-related Fees[5] | 0.110% | 0.150% | 0.045% | 0.036% | 0.520% | 0.030% | 0.543% | 0.820% | 0.630% | 0.640% | 0.900% | 0.720% | 0.000% | — |
| Recordkeeping Add-on Fees[6] | 0.140% | 0.140% | 0.140% | 0.140% | 0.040% | 0.140% | 0.140% | 0.040% | 0.140% | 0.040% | 0.140% | 0.140% | 0.140% | — |
| Total Investment Expenses | 0.250% | 0.290% | 0.185% | 0.176% | 0.560% | 0.170% | 0.683% | 0.860% | 0.770% | 0.680% | 1.040% | 0.860% | 0.140% | Variable[7] |

1 The TS&W Domestic Small Cap Value Fund, the Stephens Small Cap Growth Fund, the Rainier Large Cap Growth Fund and the TimesSquare Mid Cap Strategy Fund are offered through a separate account structure. The investment management fee will vary based upon total Home Depot assets invested in each of the funds. The reported fee represents an estimate based upon current participant assets invested in each fund. The investment management fee for the TS&W strategy is 0.90%. The investment management fee schedule for the Stephens strategy is 0.72% on the first $100 million and 0.65% on the balance. The investment management fee schedule for the Rainier Large Cap Growth Fund strategy is 0.75% on the first $10 million, 0.50% on the next $40 million and 0.45% on the balance. The investment management fee schedule for the TimesSquare strategy is 0.80% on the first $50 million; 0.70% on the next $50 million and 0.60% on the balance.

2 The BlackRock Balanced Fund is a 60% allocation to the BlackRock Equity Index Fund and a 40% allocation to the BlackRock U.S. Debt Index Fund. The reported fees represent a pro rata allocation of the investment management fees associated with each fund.

3 Each BlackRock LifePath Portfolio, the BlackRock U.S. Debt Index Fund, the BlackRock Balanced Fund and the BlackRock Equity Index Fund is offered through a commingled investment fund structure. Commingled funds are charged for additional administrative fees incurred and include: fund accounting, auditing, tax reporting, operational reporting, proxy costs and litigation fees (if any). Actual administrative fees for each BlackRock fund will vary but have been capped at 0.02%.

4 Distribution and 12b-1 service fees are included in a mutual fund expense ratio and are used to cover distribution expenses. "12b-1 fees" get their name from the SEC rule that authorizes their payment. "Distribution fees" include fees paid for marketing and selling fund Shares, such as compensating brokers and others who sell fund Shares, and pay for advertising, printing and mailing prospectuses to new investors, and the printing and mailing of sales literature. The SEC does not limit the size of 12b-1 fees that funds may pay. But under NASD rules, 12b-1 fees that are used to pay marketing and distribution expenses (as opposed to shareholder service expenses) cannot exceed 0.75% of a fund's average net assets per year.

5 Total investment-related fees represent estimated investment management, distribution, 12b-1 service and administration fees as of June 30, 2012, and actual fees may vary. Mutual fund fees can change periodically; therefore, investors should consult the fund prospectus before investing. Additional fees may be incurred in the management of each portfolio, including trading and/or transaction fees. Trading/transaction fees will vary by fund based upon actual fund activity and are deducted from performance.

6 This fee is used to pay all external administrative expenses such as recordkeeping fees, consulting fees, legal fees, communication fees, trustee fees, and advice fees incurred by the plan on an annual basis. Prior to 2/1/2009, the company paid a portion of plan expenses. Effective January 1, 2012, the recordkeeping add-on fees were reduced from 0.34% to 0.16% and 0.06%.

7 Fees associated with the Schwab Personal Choice Retirement Account will vary based on the personal investment choices of each participant. Therefore, fee information must be obtained from Schwab.

* Additional fees which are intrinsic to the value of the assets, including stable value insurance wrapper costs, transaction and commission costs (including bid-ask spreads, market impact and opportunity costs), may apply. These fees will vary and are embedded in the earnings of the applicable fund. The Plan's record keeping fees may also apply.

To review the additional legally required fund and expense disclosures, refer to the Annual Participant Fee Disclosure Statement which is posted on Your Benefits Resources™ or can be requested by contacting the Benefits Choice Center.

CONFIDENTIAL

CIGNA19-13260024284

account's activity for the quarter. It helps you keep track of the contributions to your account, investment results, fund transfers, and distributions. You can also find this information at any time on the Your Benefits Resources website. You can also request a copy of the most recent quarterly statement by contacting the Benefits Choice Center.

### Your Benefits Resources website and the Benefits Choice Center

Your Benefits Resources website and the Benefits Choice Center give you the ability to obtain information about your account, request forms, and make Plan transactions.

You can access the Your Benefits Resources website or call the Benefits Choice Center to do the following:

* Check your account balances—find out your total account balance, balances by fund, and your current vested balances.

* Change your contribution rate—adjust how much you are contributing into FutureBuilder; you can suspend contributing anytime by electing to contribute 0%.

* Change your future investment elections—redirect how your contributions will be invested as they are deducted from future paychecks.

* Transfer existing fund balances—move around the money that is already in the Plan and elect automatic rebalancing every 90 or 180 days or annually.

* Change your Company match investment election—choose one or more of the Plan investment options.

* Obtain investment fund returns—obtain one-, five-, and ten-year returns.

* Obtain a fund sheet or a fund prospectus that includes information about the fund, such as top portfolio holdings

* Access Lipper fund information (online only)

* Obtain information on a fund's investment expenses

* Request a loan—find out the amounts you have available for a loan and the rules regarding loans, model a loan, or request a loan.

* Request hardship withdrawal—review the amounts you have available for a hardship withdrawal, the rules regarding hardship withdrawals and the requirements for each hardship reason; you can then request your hardship withdrawal online.

* Request an age 59½ in-service withdrawal—obtain information regarding in-service withdrawals.

* Request a final distribution—obtain final distribution information.

* Request forms—select one or more administrative forms to be mailed to your home. A few select forms can be sent to your secured participant mailbox on the Your Benefits Resources website if you prefer.

* Speak to a Benefits Choice representative—whenever you need help working your way through the Your Benefits Resources website, or need personal assistance. Representatives are available weekdays (excluding holidays) from 9 a.m. to 7 p.m. (Eastern Time).

* Chat with a Benefits Choice representative—

Live web chat representatives are available weekdays (excluding holidays) from 9 a.m. and 11p.m. (Eastern Time) on the Your Benefits Resources website.

### Confirmation of Your Transaction

Each time you request a transaction through a Benefits Choice representative, a confirmation statement will be mailed to your home. Be sure to read each confirmation to make sure the transaction processed is what you intended.

Confirmation statements for transactions made on the Your Benefits Resources website will not always be mailed. It is a good idea to print your requests and confirmations for requests made on the website. However, Confirmations of Investment Election Change will always be sent regardless of how the transaction was made.

If you have any questions about a transaction you made, call the Benefits Choice Center.

### Accessing Your Plan Balance

The goal of FutureBuilder is to help you save for the long term. However, there may be times during your working years when you will need to access the money in your Plan account. If you do, you may be able to take a loan, hardship or age 59½ in-service withdrawal.

### Loans from Your Account

If you are an active associate, you may be able to borrow money from your Plan funds. The proceeds of a loan are not taxable. However, you repay the loan with after-tax dollars and interest. Also, as you repay the loan, both your principal and interest payments are

CONFIDENTIAL

CIGNA19-13260024285

credited back to your own account. You may only have one loan outstanding at any time.

## How to Apply for a Loan

To apply for a loan from your FutureBuilder account, access the Your Benefits Resources website or call the Benefits Choice Center to learn how much money you have available for a loan. You can also use the modeling option to determine the amount and repayment period that best fits your situation.

Once you've decided the amount you wish to borrow, use the Your Benefits Resources website or speak to a Benefits Choice representative to request the loan.

Generally, you should receive your loan check approximately two to three weeks from the date of your request. If you authorize payment to be electronically transferred to a specified bank account, the proceeds will be deposited within three to five business days from the date your request is processed. You are responsible for ensuring the bank account number you provide is correct.

## Amount You Can Borrow

The amount you are permitted to borrow is determined, in part, by the vested value of your account. You must have a total vested balance of at least $2,100 in your rollover, before-tax, Roth after-tax and/or matching accounts to be eligible for the minimum loan amount. The minimum you can borrow is $1,000. The maximum is the lesser of:

* 50% of the value of your before-tax contributions, Roth after-tax contributions, vested Company match, and rollover contribution minus a $50 loan administrative fee; or

* $50,000 minus your highest outstanding loan balance in the preceding 12 months minus a $50 loan administrative fee.

## Interest Rate for Your Loan

When you repay your Plan loan, you will also pay a fixed rate of interest. Both the interest and principal will go into your FutureBuilder account. Once the rate for your loan is determined, the rate is fixed for the term of the loan.

## Loans from your PCRA Account

Loans may only be taken in an amount up to your balance in the core investment options and LifePath portfolios. If you wish to take a loan from your FutureBuilder account in an amount greater than that, you may need to transfer money from your PCRA account to the other investment options. Money cannot be taken directly from your PCRA account for loans. The amount available reflected on your statements and on the Your Benefits Resources website excludes the balance in the PCRA when displaying the amount available for a loan.

## Repayment of Your Loan

Loan repayments will be made over the term of the loan (12 to 48 months) through automatic payroll deductions. As long as you still have four or more loan repayments left, you can request to pre-pay the outstanding balance of a loan without penalty. You will be limited to two early loan repayment requests over the life of your loan. You also have the option to make partial loan repayments on your loan (minimum amount of partial repayment is $500). The partial loan repayment will pay down principal owed on your loan (if you are behind on your loan, it will pay down past due principal and interest first). With the partial loan repayment

process, you may be eligible to have your loan term or loan repayment amount decreased. All payments of principal and interest are invested according to your investment elections at the time of repayment.

## Defaulting on a Loan

Your loan will be considered a distribution (withdrawal) from the plan and will be subject to applicable taxes and penalties if:

* your employment with the Company terminates for any reason and payment of the outstanding balance of your loan is not received within two months following the month of your termination; or

* you fail to pay the loan within its terms. If you have missed two consecutive scheduled repayments, your loan will be defaulted at the end of the quarter following the quarter in which the first scheduled repayment was missed unless the loan is paid off or completely caught up. You will receive notification if your loan is delinquent and subject to default and will have the opportunity to avoid default by sending in the past due repayments and making all future scheduled repayments.

## Loans While on Leave of Absence

If you are on an approved leave of absence, your loan repayments will be suspended. The maximum period that payments will be suspended is 12 months, unless you are on Military Leave.

When you return from leave, the interest that accrued while your payments were suspended will be added to your loan balance. Your payroll deductions and/or repayment period will be adjusted for the repayment of this additional amount.

CONFIDENTIAL

CIGNA19-13260024286

## Loans While on Military Leave

If you are on Military Leave:

- you will have your payments resumed and reamortized upon returning to active status;
- the loan period will be extended by the length of your leave period not to exceed five years; and
- the remaining balance will be reamortized to include interest accrued during the leave period.
- Interest will accrue at the rate applicable to your original loan agreement capped at 6% for the length of your military leave.

The loan period will never extend beyond the IRS limit of five years. The time you are on Military Leave is not considered part of the loan period, and it does not count against the five-year limit (e.g., participants will pick up where they left off regardless of the length of military service with the exception that their repayments will be reamortized to include accrued interest).

## Hardship Withdrawals

To qualify for a hardship withdrawal, you must be actively employed, and you need to prove that you are experiencing a financial hardship and need a distribution from your Plan account for one of the following reasons:

- to pay for unreimbursed medical expenses previously incurred by you or your dependents;
- to purchase your principal residence (not including mortgage payments);
- to pay for tuition, books, room and board, and other education-related fees for the next 12

months for post-secondary education for yourself or your dependents;

- to cover the immediate need to prevent foreclosure or eviction from your principal residence;
- to pay funeral expenses for members of your immediate family;
- to pay federal income taxes (including penalties and interest) for the two most recently ended tax years;
- to pay for uninsured costs for repairs to your principal residence for damages caused by a natural disaster or accident; or
- to pay for legal fees and expenses incurred as a direct result of the adoption of a child.

To qualify for a hardship withdrawal, you must provide documentation in support of your financial hardship, and you must have exhausted all other sources of funds to meet your needs.

If you qualify, you may receive up to 50% of the vested Company contributions, all of the rollover contributions, and all of the before-tax and Roth after-tax contributions from your Plan funds, excluding earnings.

In any event, the amount of your distribution may not exceed:

- the actual amount of your expenses plus;
- an estimated amount to cover the federal income taxes you will have to pay on your distribution.

The minimum hardship withdrawal allowed is $1,000 and you are limited to two hardship withdrawals every rolling 12 months.

Generally, you should receive your check approximate-

ly two to three weeks from the date your request is approved and processed. If you authorize payment to be electronically transferred to a specified bank account, the proceeds will be deposited within three to five business days from the date your request is processed. You are responsible for ensuring the bank account number you provide is correct.

Qualified non-elective contributions made to your FutureBuilder account are not available for hardship withdrawals.

## Hardship Withdrawals from your PCRA Account

Withdrawals may only be taken from your account assets invested in the core investment options and LifePath portfolios. If you wish to take a hardship withdrawal from your FutureBuilder account, you may need to transfer money from your PCRA account to the other investment options if the amount you're requesting exceeds your balance in the core funds and the LifePath portfolios. You can't take a hardship withdrawal directly from the PCRA. The amount available reflected on your statements and on the Your Benefits Resources website excludes the balance in the PCRA when displaying the amount available for a withdrawal.

## Tax Considerations

Your hardship distribution is subject to income tax (as well as the 10% additional tax unless you have attained age 59-1/2). On any hardship withdrawal, 10% will automatically be withheld. You may waive this 10% withholding, if you choose. However, it is important to note that the taxes you may owe on the distribution could be higher than what is automatically withheld, depending on your tax bracket. Consult

CONFIDENTIAL     CIGNA19-13260024287

a tax advisor for more information on your personal situation.

## In-Service Withdrawals

Once you reach age 59½, if you are actively employed, you may request a withdrawal of the vested portion of your FutureBuilder account.

For Roth after-tax contributions, you will not pay taxes on your Roth after-tax contributions' earnings if your distribution is qualified. A distribution of your Roth after-tax contributions and their earnings is qualified if you are age 59½ or older and the withdrawal is made at least five years after making your first Roth contribution to the Plan.

You may request up to two withdrawals during a rolling 12-month period in the form of cash, or a combination of cash and Shares of Home Depot stock (if you already own them). If you call prior to 4 p.m. (Eastern Time) or market close if earlier, on any business day, your request will be processed that day.

Generally, you should receive your check approximately two to three weeks from the date your request is processed. If you authorize payment to be electronically transferred to a specified bank account, the proceeds will be deposited within three to five business days from the date your request is processed. You are responsible for ensuring the bank account number you provide is correct.

### In-Service Withdrawals from your PCRA Account

Withdrawals may only be taken from the account assets invested in core investment options and LifePath portfolios. If you wish to take an in-service withdrawal from your FutureBuilder account, you

may need to transfer money from your PCRA account to the other investment options if the amount you're requesting exceeds your balance in the core funds and the LifePath portfolios. You can't take an in-service withdrawal directly from the PCRA. The amount available reflected on your statements and on the Your Benefits Resources website excludes the balance in the PCRA when displaying the amount available for a withdrawal.

## Military Leave Distributions

If you are on active duty in the uniformed services for more than 30 days and are less than age 59½, you will be treated as separated from service for purposes of being able to receive a distribution of your before-tax contributions and associated earnings excluding the Schwab PCRA fund. If you elect such a distribution, you will be restricted from making up contributions to the plan for a period of six months from the date of the distribution.

If you are on military leave for more than 179 days, you may request a qualified reservist distribution. You will not have your contributions suspended if you elect this withdrawal and can elect to receive 100% of your vested balance in the core funds. Earnings on your contributions are not withdrawable.

## Final Distributions of Your Account

You may receive a final distribution of the vested portion of your FutureBuilder account in a lump-sum payment when you:

* terminate employment with the Company for any reason; or

* become totally and permanently disabled.

Your beneficiary may receive a final distribution of the vested portion of your FutureBuilder account in the event of your death.

You or your beneficiary may request payment in one of the following forms:

* 100% cash; or

* cash and if you already own Home Depot stock through FutureBuilder, Shares of The Home Depot, Inc. common stock which you can receive as an in-kind transfer or as a stock certificate.

You may request payment to be paid as a:

* Rollover to an IRA or another eligible employer-sponsored retirement plan or to a 403(b) or 457 plan; or

* Taxable distribution; or

* Combination of both.

Your beneficiary may request payment to be paid as a:

* Rollover to an IRA (excluding ineligible trusts and estates) or to another eligible employer-sponsored retirement plan or to a 403(b) or 457 plan (only if your beneficiary is your spouse); or

* Taxable distribution to himself or herself; or

* Combination of both.

Your beneficiary may receive a final distribution of the vested portion of your FutureBuilder account in the event of your death.

If you have funds in a PCRA account, you or your beneficiary may request payment of the assets in the PCRA account in one of the following forms:

* Cash;

* An in-kind rollover to an IRA; or

CONFIDENTIAL

* A rollover in cash to an IRA or other eligible employer-sponsored retirement plan, a 403(b) plan or a 457 plan.

## Requesting a Final Distribution

To request a final distribution, access the Your Benefits Resources website or call the Benefits Choice Center.

* Provided that your separation from service has been processed by the Company, if you make a request prior to 30 days following the termination of your employment, your request will be processed as of the market close coinciding with or immediately following your termination date plus 30 days. Note that if the day of your distribution (your termination date plus 30 days) is not a business day, your distribution will be made on the first business day following.

* If you make a request prior to market close on or after 30 days following the termination of your employment, your request will be processed as of the date your request is made. Your balances remain active in the market through the market close date on the day your distribution processes. Once your request is processed, your stock certificate and/or check will be mailed to you, generally within two to three weeks. If you authorize payment in cash to be electronically transferred to a specified bank account, the proceeds will be deposited within three to five business days from the date your request is processed. You are responsible for ensuring the bank account number you provide is correct.

## Deferring Your Final Distribution

After you leave the Company, as long as your vested balance is greater than $1,000, you may elect to defer receiving the value of your FutureBuilder account. The latest you may defer taking payment is up to age 70½.

If you are still working at the Company or one of its affiliates when you reach age 70½, you will not be required to start taking payments until your separation from employment. For further information, call and speak to a Benefits Choice representative.

## If You Leave the Company

Once you have left the Company and its affiliates, you may request to receive the vested balance of your FutureBuilder account. If you return to work for the Company before receiving a distribution, your balance will remain in your account. Please see What Is a Break in Service? for rules that apply if you leave the Company.

If you do not request a distribution after leaving the Company and your vested account balance (including any rollover account) is or grows to greater than $1,000 before the end of the second full month following your separation from service, the funds will remain in your FutureBuilder account until the time you request a distribution.

If your vested account balance is $1,000 or less, you cannot defer payment. Your balance will be distributed to you automatically at the end of the second full month after your separation from employment has been processed by the Human Resources Service Center. Or, you may call the Benefits Choice Center and speak to a representative to request a rollover to your IRA or other specific payout option to be made at least 30 days following your separation

from service.

## If You Are Totally and Permanently Disabled

You are considered totally and permanently disabled if you are wholly prevented from engaging in your regular duties for the Company or an affiliate by reason of a medically determinable physical or mental impairment that can be expected to result in death or to be of long-continued and indefinite duration as determined by the Administrative Committee or its designee. If you are actively employed and become disabled as determined by the Social Security Administration, you will be automatically considered to be disabled. If you are actively employed by the Company when you meet these qualifications, you will become 100% vested and may elect to receive the entire balance in your FutureBuilder account anytime thereafter.

## In the Event of Your Death

If you die while you are employed by the Company or one of its affiliates, your FutureBuilder account will become 100% vested and will be paid to your designated beneficiary or in accordance with the Plan's default rules if you haven't designated a beneficiary. Federal law requires that the Plan pay benefits to your surviving spouse, unless you have received your spouse's written, notarized consent allowing you to designate someone else.

CONFIDENTIAL

CIGNA19-13260024289

## Tax Considerations

Your before-tax contributions, Company matching contributions, ESOP contributions and investment earnings (not including investment earnings on Roth after-tax contributions if your distribution is qualified) in your account are not taxable until you receive a distribution. At that point, special tax rules may apply. You should consult your tax advisor for specific help. Following is a description of some of the tax considerations.

Your Roth after-tax contributions are not taxable and you will not pay taxes on your Roth after-tax contributions' earnings if your distribution is qualified. A distribution of your Roth after-tax contributions and their earnings is qualified if you are age 59½ or older and the withdrawal is made at least five years after making your first Roth contribution to the plan.

The IRS stresses that 401(k) plans like FutureBuilder should be for retirement income. Under current tax law, if you terminate employment and receive a final distribution of your account before you reach age 55, or if you receive a hardship withdrawal or default on a loan before age 59½, the IRS imposes a 10% penalty tax on your before-tax contributions, Company matching contributions, ESOP contributions and investment earnings (not including investment earnings on Roth after-tax contributions if your distribution is qualified) in addition to your regular income tax.

This 10% additional tax does not apply if:

* your employment with the Company ends after you reach age 55;

* your account is paid after you reach age 59½ or because of death or total permanent disability;

* the money is paid out under a court-ordered qualified domestic relations order;

* you roll over the money into another eligible employer-sponsored retirement plan or IRA; or

* you use your distribution to pay unreimbursed deductible medical expenses.

Under special tax rules that relate to lump-sum distributions of employer stock, if you receive a lump-sum taxable distribution in Home Depot common stock, the original cost basis of the stock (i.e., the value when it was invested in stock in the plan) and any cash for a fractional share will be taxable income in the year the stock is received. When you later sell the stock, you will be taxed at capital gains rates based on any increase or decrease in the stock's value over the original cost basis of the stock distributed to you. If you hold shares in The Home Depot Stock Fund, you should discuss these rules with your tax advisor.

## Rollovers

In addition, current tax rules enable you to instruct the Company to make a direct rollover of all or part of your distribution (other than a hardship withdrawal) into an IRA or another eligible employer-sponsored retirement plan that accepts rollovers. Rollovers allow you to continue to defer taxation of your account balance. If you elect a direct rollover of Home Depot stock, it is important that you first verify whether the receiving institution will accept the stock in kind.

Unless you elect a direct rollover, the Trustee will automatically withhold 20% of the total cash amount you receive (not including Roth after-tax contribu-

tions and the investment earnings on the Roth contributions if the distribution is qualified) for federal income tax, as required by the IRS. The amount withheld goes directly to the IRS, and will be considered a credit when you file your income tax return. In some states, state tax withholding also is required. You can avoid this mandatory withholding by electing to have your eligible rollover distribution directly rolled over to an IRA or another eligible employer's retirement plan. With a direct rollover, you instruct the Trustee to make the check and/or Shares for your distribution payable to the plan or IRA that you intend to roll into.

If you do not elect a direct rollover, the law requires the Trustee to withhold 20% of the taxable portion of your distribution. You can generally maintain the tax-deferred status of your distribution by rolling over all or a portion of the distribution into an IRA or eligible employer-sponsored retirement plan within 60 days after distribution, but you may still be taxed on the 20% withheld. You can roll over the total amount of your distribution if you replace the 20% with your own money, and then claim that amount as a credit on your annual tax return. If you deposit only a portion of the taxable distribution, you will owe current income tax on the remaining taxable distribution.

CONFIDENTIAL

CIGNA19-13260024290

The tax laws are complicated and subject to change, and the Company cannot provide individual tax advice. The Company suggests you seek advice from a qualified tax advisor or financial planner to be sure your personal circumstances are considered carefully if you make a withdrawal or when you receive a final distribution.

Hardship withdrawals are not eligible to be rolled over into another plan or an IRA, and you may elect that income tax not be withheld from your hardship withdrawal.

## How to Obtain Additional Information

The information in this book summarizes only the federal (but not state and local) tax rules that might apply to your payment. The rules described here are complex and contain many conditions and exceptions that are not included in this information. Information on federal income tax consequences on FutureBuilder payments can be found in the FutureBuilder plan prospectus and Payments Rights Notice, available online or by calling the Benefits Choice Center. You may obtain more specific information on the tax treatment of payments from eligible employer-sponsored retirement plans in IRS Publication 575, Pension and Annuity Income, and IRS Publication 590, Individual Retirement Arrangements. These publications are available from the Internet on the IRS website at www.irs.ustreas.gov/formspubs/index.html, by calling 1-800-TAX-FORM (1-800-829-3676) or from your local IRS office.

## Dividends

Dividends on the Shares of Company stock paid to your Home Depot Stock Fund account will be used to acquire additional Shares of Home Depot stock. On a quarterly basis you will be able to elect to have your dividends remain in the plan or paid to you. The dividend payments, if elected, will occur on an annual basis within 90 days of the end of the year. Dividend payout elections are only valid for the year in which they are made. You must make an active election each year to receive a cash payout. If you own Home Depot stock in your PCRA account, you will not have the option to have the dividend paid directly to you.

## Forfeitures

Forfeitures are Company matching contributions left in the plan by terminated associates who were not 100% vested. If you leave the Company before you are 100% vested, the amount forfeited will be used as a credit toward Company matching contributions for all active participants or to pay plan expenses.

## When Benefits Are Not Paid

It's important that you understand the conditions under which benefits could be less than expected or not paid at all or limited, including:

* If, as the result of a divorce, you're responsible for child support, alimony, or marital property rights payments, all or a portion of your benefits could be assigned to meet these payments if a court issues a qualified domestic relations order (QDRO). If your account becomes subject to a QDRO, the expenses incurred by the plan in determining whether the QDRO meets applicable legal requirements may be charged against your account. You can obtain a free copy of the QDRO determination procedures by contacting the plan administrator.

* If the investment funds you choose experience losses, the value of your contributions can decrease.

* If the Plan does not pass required nondiscrimination tests, all or a portion of the contributions made on behalf of highly compensated employees may be reduced and refunded. Nondiscrimination tests are required by law to ensure a fair mix of contributions from employees at certain income levels. If you're affected by these limits, you'll be notified.

* If you do not notify the Plan Administrator of your new address following a move, payment of your FutureBuilder distribution can be delayed or even lost if you do not come forward.

CONFIDENTIAL

CIGNA19-13260024291

## Right to Amend or Terminate the Plan

The Company reserves the right to change, suspend, amend or terminate this Plan at any time, in whole or in part. Generally, account balances cannot be reduced except for investment losses, even by a Plan amendment. Termination of the Plan is unlikely, but if the Plan is terminated, your account automatically will become 100% vested. If any material changes are made to the Plan in the future, you'll be notified.

## Implied Promises

Nothing in this book says or implies that participation in this Plan is a guarantee of continued employment with the Company, nor is it a guarantee that contribution levels will remain unchanged in the future.

## Limiting Liability

FutureBuilder is intended to meet the provisions of Section 404(c) under ERISA and Labor Reg. § 2550.404c-1. This means that plan fiduciaries (those responsible for administering the plan) will be relieved of liability for losses resulting from a participant's investment instructions and decisions.

All questions, claims or demands about eligibility and/or benefits under FutureBuilder must be submitted to the Plan Administrator within two years of the date payment is made or the date of the act or omission or, if sooner, one year from the denial of an appeal.

## Your Rights Under ERISA

For information about your rights under the Employee Retirement Income Security Act (ERISA) and other important information, see the Plan Administration chapter.

CONFIDENTIAL

**FutureBuilder**

| Request | Deadline | Effective Date |
|---------|----------|----------------|
| Contribution rate change | 1 a.m. (Eastern Time) on any Friday the week before your next payday | Contributions at your newly elected rate begin with your next paycheck once you are eligible for the plan. |
| Investment election change | 4 p.m. (Eastern Time) or market close on any business day | All your future contributions after the day you call are invested according to your request. |
| Fund transfer/ reallocation (limited to 1 per day) | 4 p.m. (Eastern Time) or market close on any business day | Your request will be processed as of the day you make the request at the closing prices on the day of your request. Transfers requested for the Schwab PCRA or through a financial advisory service will be processed as soon as administratively possible (within three to five business days of your request). |
| Hardship withdrawal request | Return your signed documentation to the Benefits Choice Center. When you call or access the Your Benefits Resources website to request this transaction, the appropriate paperwork will be mailed to you. | Your request is processed based on the value of your account on the day your completed documentation is received and approved; generally, you will receive your check within two to three weeks after approval or within three to five business days if you authorize payment to be direct deposited into a specified bank account. |
| Final distribution request (after your employment ends) | 4 p.m. (Eastern Time) or market close on any business day | If you request a final distribution prior to 30 days following the termination of your employment, your request is generally processed based on the value of your account as of market close coinciding with or immediately following your termination date plus 30 days. If you make a request prior to market close on or after 30 days following the termination of your employment, your request will generally be processed as of the date your request is made. Your balances remain active in the market through the market close date on the day of your distribution processes. Generally you will receive your check within two to three weeks or within three to five business days if you authorize payment to be direct deposited into a specified bank account. For more information, see Final Distributions of Your Account. |
| Force-Out (vested account balances equal to or less than $1,000) | 4 p.m. (ET) or market close on last business day of second month following termination of your employment. If you do not request a final distribution by this deadline, your balance will be paid to you automatically as a taxable distribution. | If you request a final distribution prior to 30 days following the termination of your employment, your request is generally processed based on the value of your account as of market close coinciding with or immediately following your termination date plus 30 days. If you make a request prior to market close on or after 30 days following the termination of your employment, your request will be processed as of the date your request is made. Your balances remain active in the market through the market close date on the day of your distribution processes. Generally you will receive your check within two to three weeks or within three to five business days if you authorize payment to be direct deposited into a specified bank account. For more information, see Final Distributions of Your Account. |
| Loan | 4 p.m. (Eastern Time) or market close on any business day | Your request is generally processed as of the day you call, and the check should be received two to three weeks after your initial loan request is made or within three to five business days if you authorize payment to be direct deposited into a specified bank account. |
| In-service withdrawal | 4 p.m. (Eastern Time) or market close on any business day | Your request will generally be processed as of the day you call at the closing prices on the day you call. You should receive your check within approximately two to three weeks from the date your request is processed or within three to five business days if you authorize payment to be direct deposited into a specified bank account. |
| Rollover contribution | Return your signed documentation with rollover proceeds to the Benefits Choice Center. When you call or access the Your Benefits Resources website to request this transaction, the appropriate paperwork will be mailed to you. | Generally, your request is processed as of the day your completed documentation is received and approved. |
| Rollover distribution | 4 p.m. (Eastern Time) or market close on any business day | If you request a rollover distribution to an IRA, another qualified plan, 403(b) plan, or 457 plan, following the termination of your employment, the timing of the distribution will mirror the final distribution effective date description noted above. In-kind rollovers of Home Depot stock from the Home Depot Stock Fund are available if the receiving institution accepts Shares. If you have a Schwab PCRA fund balance, you may request a direct in-kind rollover to an IRA. For more information on the Schwab IRA Rollover, please contact Schwab. |

CONFIDENTIAL

CIGNA19-13260024293

**FutureBuilder**

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

| Request | Deadline | Effective Date |
|---|---|---|
| Loan pre-payment, partial payoff or full payoff | Return your invoice with a money order for the loan payment amount to the Benefits Choice Center. When your employment ends or if you request an early payoff, the appropriate paperwork will be mailed to you. | Generally, your request is processed as of the day your payment is received. |
| Payment of a benefit or request for a transaction that has been denied | Contact the Benefits Choice Center at 1-800-555-4954 to request a review of your denied request. | Your request will be reviewed and you'll be informed when you'll receive a timely response.<br><br>See the Claims and Appeals chapter for more information. |
| Filing a formal claim for benefits and rights under the Plan.<br><br>See the Claims and Appeals chapter for more information. | You must file a claim for benefits under FutureBuilder within (i) two years of the date on which your benefits were paid or for all other claims not related to the payment of benefits, within two years from the date on which the action or omission complained of occurred or (ii) one year following issuance of a denial of an appeal (if no denial is issued, one year following the longest permissible period to render a decision). | You must appeal in writing to:<br>Home Depot FutureBuilder Administrative Committee<br>Benefits Department, Building C-18<br>2455 Paces Ferry Road<br>Atlanta, GA 30339-4024<br>1-770-433-8211 |

CONFIDENTIAL

CIGNA19-13260024294

## Glossary of Investment Terms

**Asset Allocation**—the process of dividing investments among different kinds of assets, such as stocks, bonds, real estate and cash, to optimize the risk/reward trade off based on an individual's specific situation and goals.

**Asset Class**—a category of investments. Stable value investments, bonds and stocks are three asset classes.

**Balanced Fund**—a fund that invests in both stocks and bonds in an attempt to achieve higher returns than all-bond funds, but with less risk than all-stock funds.

**Benchmark**—a standard against which an investment fund's performance is measured.

**Bond**—essentially an IOU for a loan that you make to a corporation, bank or government. The bond issuer, or borrower, promises to pay you back the amount of the loan plus interest after a number of years.

**Collective/Commingled Funds**—collective funds are "pooled" vehicles that commingle the assets of multiple individuals or organizations with the goal to cost effectively invest in a diversified portfolio. These funds are organized as group trusts and are exempt from registration requirements.

**Diversification**—spreading your savings among more than one investment. It helps reduce market risk and protects against the volatility that can result from putting your money in just one investment.

**Dividend**—a payout to shareholders based on the company's earnings. The size and frequency of the dividend is determined by the board of directors.

**Growth Funds**—funds that invest in companies with strong earnings and growth prospects. The stocks of these companies usually have high price/earnings ratios.

**Index Funds**—funds that attempt to mirror the performance of a particular investment index, such as the S&P 500.® They typically have lower fees than actively managed funds.

**International Funds**—funds that seek capital appreciation by investing primarily in common stocks of companies outside the United States. Currency fluctuations and political developments could add risk to the fund.

**Mutual Fund**—a mutual fund is made up of investments selected by fund managers to match the stated objective of the fund. Mutual funds must be registered as investment companies under local securities laws. The mutual funds offered in FutureBuilder are the Dodge & Cox Stock Fund (ticker symbol DODGX), the CRM Mid Cap Value Fund (CRIMX), and the Dodge & Cox International Stock Fund (DODFX). Although you can track these funds and their prices in a newspaper's financial pages or on-line, keep in mind that the net asset values (NAVs) and share prices may differ from those listed due to administrative fees.

**Price Earnings Ratio**—ratio calculated by dividing the current price of a stock by the earnings per share.

**Prospectus**—a disclosure document required by the Securities and Exchange Commission for mutual funds and company stocks.

**Rate of Return**—the amount your investment changes in value (gains or losses) over a period of time, expressed as a percentage of your initial investment.

**Risk**—the chance that an investment's value will go up or down over time, or that it won't stay ahead of inflation.

**Separate Account**—large institutional investors are able to negotiate and establish an account directly with investment managers. Separate account structures allow plan sponsors to control investment guidelines and reduce total costs. The investment account is not registered with the Securities and Exchange Commission (SEC), and performance is not reported in a newspaper's financial pages. The TimesSquare Mid Cap Growth, the TS&W Domestic Small Cap Value, the Rainier Large Cap Equity Fund and the Stephens Small Cap Growth strategies are all offered in a separate account structure.

**Stocks**—also referred to as equities. Stocks represent ownership in an individual company. Investors typically buy and hold Shares of a company's stock.

**Time Horizon**—the number of years you have to invest your money before you'll need to start withdrawing it.

**Value Funds**—funds that invest in under-priced companies that show signs of improvement. The stocks of these companies usually have low price/earnings ratios.

**Volatility**—the ups and downs of the value of an investment. Stock investments tend to have higher volatility than bond or stable value (income) investments.

CONFIDENTIAL

CIGNA19-13260024295





Live the ORANGE Life!

# Employee Stock Purchase Plan

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

| | |
|---|---|
| 330 | The Employee Stock Purchase Plan |
| 330 | How the ESPP Works |
| 331 | ESPP Administration |
| 331 | **Participating in the Plan** |
| 331 | Eligibility and Participation |
| 331 | Enrolling in the Plan |
| 331 | Automatic Rollover |
| 331 | Discounted Stock Purchase Price |
| 332 | Your Total Shares |
| 332 | **ESPP Payroll Deductions** |
| 332 | Calculating Your Payroll Deduction |
| 332 | Limitations on Your Contributions |
| 332 | Changing Your Payroll Deduction |
| 333 | **Special Circumstances** |
| 333 | Termination of Employment |
| 333 | Leave of Absence |
| 333 | Additional Special Circumstances |
| 333 | Foreign Associates |
| 334 | **Stock Ownership** |
| 334 | Your ESPP Account at Computershare |
| 334 | Ownership of Shares |
| 334 | Stockholder Privileges |
| 334 | Cash Dividends & Reinvestment |
| 334 | Account Statements |
| 334 | Importance of Diversification |

| | |
|---|---|
| 335 | **Stock Transactions** |
| 335 | Accessing Your Computershare Account |
| 335 | Selling Your Shares |
| 335 | Receiving Your Stock Sale Proceeds |
| 335 | Certificate Withdrawals and Share Transfers |
| 335 | Computershare Fees |
| 336 | Computershare Contacts |
| 336 | **Taxes and the ESPP** |
| 336 | Tax Benefits |
| 336 | Tax Consequences |
| 336 | Holding Period |
| 337 | Dividends |
| 337 | Reporting Capital Gains on the Sale of ESPP Shares |
| 337 | Backup Withholding (W-9) Certification |
| 337 | **ESPP Supplemental Information** |
| 337 | Available Shares |
| 337 | Amendment and Termination |
| 337 | Rights Not Transferable |
| 337 | Restrictions on Resale of Common Stock Acquired under the Plan |
| 338 | Applicable Laws |
| 338 | Incorporation of Documents by Reference |
| 338 | Available Information |
| 339 | Company Financial Statements |

CONFIDENTIAL

CIGNA19-13260024296

# Employee Stock Purchase Plan

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
|---|---|
| Enroll in ESPP (Jan. 1 - June 16) (July 1 - Dec. 17) | Log on to the Your Benefits Resources website at http://resources.hewitt.com/homedepot. |
| Change or stop your payroll deductions | Log on to the Your Benefits Resources website at http://resources.hewitt.com/homedepot. |
| If you don't understand your payroll deduction or the amount isn't correct | Call MYTHDHR (1-866-698-4347); if you work for a subsidiary, call your payroll department |
| Sell your ESPP Shares and receive proceeds | Call Computershare at 1-800-843-2150, or visit their website at www-us.computershare.com/employee. See Stock Transactions for more information on selling Shares and payment delivery options. |
| Withdraw or transfer Shares | Call Computershare at 1-800-843-2150, or visit their website at www-us.computershare.com/employee to get the appropriate forms. |
| If you want to confirm that Shares have been purchased for your account after a Plan has ended | Call Computershare at 1-800-843-2150 and speak with a representative, or go online at www-us.computershare.com |
| Get answers to your questions<br>• If a Plan has not ended<br>• If there is an error in the number of Shares deposited to your Computershare account | Call the Home Depot Stock Administration department toll-free at 1-800-654-0688 x13777 or email Stock_Admin@homedepot.com. |

## The Employee Stock Purchase Plan

At The Home Depot, we're all working together to build success. Our Employee Stock Purchase Plan (ESPP) is designed to give you the opportunity to acquire ownership interest in The Home Depot, Inc. (the "Company") by purchasing Company Common Stock ("Shares"—going forward, referred to as "stock" in this chapter) at a discount, and represents a key component of the total value you receive from the Company.

This Employee Stock Purchase Plan chapter constitutes a part of a prospectus covering securities that have been registered under the Securities Act of 1933 (the "Securities Act"). ESPP participants, as well as those associates who are considering enrolling in the ESPP, are encouraged to read this chapter and the documents incorporated by reference listed in Incorporation of Documents by Reference. The date of this prospectus is October, 2013.

### Terms to Know:

• Plan 'End Date' (June 30 or Dec 31)

• Plan 'Pay Period End Date' (June 16 or Dec 17)

## How the ESPP Works

Your participation in the ESPP is voluntary, through convenient after-tax payroll deductions, in an amount that is comfortable for you. While there are no guarantees that the value of any stock will increase, investing can be an important part of your overall financial plan.

Each calendar year, there are two opportunities to participate in The Home Depot's ESPP. Each opportunity is called a Plan. Each Plan runs for six months: one Plan begins January 1, and the next on July 1. A Plan in progress is referred to as a *Current* Plan, and the one to follow is referred to as the *Next* Plan.

CONFIDENTIAL

CIGNA19-13260024297

# Employee Stock Purchase Plan

During an open enrollment period before a Plan begins, you decide how much money you wish to have deducted from each paycheck for that Plan. Your payroll deductions are a percentage (between 1%-20%) of your eligible earnings for each pay period.

At the end of a Current Plan, the Company issues you as many Shares (including fractional Shares) of The Home Depot stock as can be purchased with the total of your payroll deductions (no interest or earnings accumulate on your contributions during the Plan). **Shares are purchased for you after the Plan ends.**

## ESPP Administration

The ESPP is administered by the Leadership Development and Compensation Committee of the Company's Board of Directors (the "Committee"). The Committee is vested with authority to set the number of Shares to be included in any given Plan, to set the subscription (enrollment) and purchase periods, and to interpret and enforce the provisions of the ESPP.

## Participating in the Plan

### Eligibility and Participation

You are eligible to participate in the ESPP if you are employed by The Home Depot or a subsidiary company on the beginning day (Offering Date) of a Plan and have been added into all required administrative systems. To receive Shares you purchased through payroll deductions, you must be an active associate on the last day of the Current Plan End Date (June 30 or Dec 31). See Special Circumstances for exceptions to this rule.

To participate in a Plan, you must enroll during the open enrollment period for that Plan. The enrollment deadline for the January 1 Plan is December 17 and the enrollment deadline for the July 1 Plan is June 16.

### Limitation on Participation

You are not eligible to participate in The Home Depot ESPP if you own, or after the ESPP purchase, 5% or more of the Company's outstanding Shares, including options to purchase Shares as a result of ESPP participation.

## Enrolling in the Plan

To participate in the ESPP, you must enroll during the open enrollment period using either the Your Benefits Resources website, or by accessing the automated phone system available through The Home Depot Benefits Choice Center. To enroll, you need the same password you use for FutureBuilder (401k) and health benefits. It is important to note that this is **not** your Home Depot personal identification number (PIN), found on your paycheck. You also need your Social Security number. During the enrollment process, you will be asked for the percentage of your eligible earnings that you wish to have deducted each pay period (between 1% - 20%).

To enroll online, log on to the Your Benefits Resources website at http://resources.hewitt.com/homedepot and select the ESPP link under the Topics main menu. This link will direct you to the main ESPP page. Choose an option from the drop-down menu and follow the prompts to complete your transaction. You must confirm your selection before the transaction is complete.

To enroll using the automated phone system available through the Benefits Choice Center, call 1-800-555-4954 and select your language preference. At the main menu, say Employee Stock Purchase Plan and then follow the voice prompts to confirm your selection.

## Automatic Rollover

The automatic rollover feature for the ESPP is available for the Current Plan. This means that the same percentage amount elected for the Current Plan will be deducted for the Next Plan, unless you elect to change your rate during the open enrollment period for the Next Plan.

If you want to participate in the Next Plan and are not currently enrolled, you must take action to enroll online or through the automated phone system.

See Eligibility and Participation, Enrolling in the Plan and Changing Your Payroll Deduction for more information.

## Discounted Stock Purchase Price

The price of stock purchased through the ESPP is set with a 15% discount off the closing stock market price on the last day of the Plan. The Home Depot common stock is traded on the New York Stock Exchange (NYSE).

| Example: | |
|---|---|
| $60.00 | NYSE closing price |
| - $9.00 | ESPP discount (15% of $60) |
| $51.00 | ESPP purchase price |

CONFIDENTIAL

CIGNA19-13260024298

# Employee Stock Purchase Plan

## Your Total Shares

To determine the number of Shares you will receive for a given Plan, divide the total amount deducted from your paycheck during the Plan by the stock purchase price. If your paycheck dollars are in a currency other than U.S. dollars, you must first convert the amount deducted using the conversion rate on the date the Plan ends.

| Example: | |
|---|---|
| $1,500.00 | Total payroll deductions during Plan |
| + $51.00 | ESPP purchase price for Plan |
| 29.41 | Shares purchased through Plan |

If The Home Depot declares a stock split or has similar capital adjustments, the purchase price of the Current Plan and the number of Shares your payroll deductions purchase will be adjusted accordingly.

## ESPP Payroll Deductions

### Calculating Your Payroll Deduction

Your ESPP payroll deductions are taken after taxes. The amount of your payroll deduction is a percentage of your eligible earnings for each pay period.

| Example: | |
|---|---|
| $923 | Eligibility earnings per pay period (Based on 26 pay periods per year; eligible annual pay of approximately $24,000, or about $12 per hour) |
| x 5% | ESPP elected participation rate |
| $46.15 | Payroll deduction per pay period |
| x 13 | Pay periods during Plan (approximate) |
| $599.95 | Total payroll deductions for Plan |

If your hours, pay rate or salary change during the Current Plan, your payroll deductions will be adjusted accordingly. In other words, the percentage rate of your payroll deduction will stay the same, unless you elect to change it as described in the next section. However, the dollar amount of your payroll deductions will change.

### What is Considered Eligible Pay?

For purposes of determining your contributions to the ESPP, eligible pay is generally your taxable wages, plus your payroll deductions to the FutureBuilder 401(k) Plan and any before-tax payroll deductions for health and welfare benefit plans, minus reimbursements, expense allowances, fringe benefits, moving expenses, welfare benefits income attributable to Restricted Stock or other Equity Awards and other similar amounts.

## Limitations on Your Contributions

Under the rules of the ESPP, there are limitations to your contributions, as follows:

* Your payroll deductions may not exceed the lesser of 20% of your eligible earnings (including bonuses), or $21,250.

* The maximum value of the stock you can purchase through the ESPP in a calendar year may not exceed $25,000, based on the closing stock price on the first day of a Plan.

If you reach the maximum value of stock you can purchase in the current calendar year ($25,000), then you cannot participate in the ESPP for the remainder of the current year. However, you will automatically be enrolled in the Next Plan for the new calendar year at your Current Plan participation

rate, unless you elect to change your rate before the Pay Period End Date (June 16 or Dec. 17).

## Changing Your Payroll Deduction

Anytime before the Pay Period End Date (June 16 or Dec 17), you may change your ESPP payroll deduction, according to the following rules:

1. Once the Current Plan has started, you cannot increase your payroll deduction percentage.

2. You may reduce your payroll deduction percentage only once during the Current Plan period.

3. You may stop your participation in the Current Plan at any time before the Pay Period End Date (June 16 or Dec. 17). If you choose to stop participating, future payroll deductions will be cancelled. You have two options if you stop participating in the Current Plan:

   * Receive a refund by withdrawing the money that has already been deducted from your paycheck for that Plan. You will not receive any shares of stock at the end of the Plan. Since your ESPP payroll deductions are taken after taxes, no additional tax is withheld. You will receive a full refund for the amount that has been deducted from your pay for that Plan.

   * Stop future deductions and leave the amount already withheld from your paycheck in that Plan. At the end of the Plan, The Home Depot will issue you as many shares of stock as the money deducted from your pay will allow.

If you stop participating in one Plan before it ends, there is no *automatic* enrollment in the Next Plan. You may change your ESPP payroll

CONFIDENTIAL    CIGNA19-13260024299

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 336 of 405

**Employee Stock Purchase Plan**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

deduction by accessing the ESPP online or through the automated phone system. Prompts will lead you through each step to make your change. See Get The Most Value From Your Plan in the front of this section for more information.

If you withdraw from the Current Plan, you must actively enroll in the Next Plan if you want to participate.

After a Current Plan End Date (June 30 or Dec. 31), the total amount of your payroll deductions during the Current Plan will be used to purchase shares of stock. After a Pay Period End Date (June 16 or Dec. 17), you cannot receive a refund for your payroll deductions and will receive Shares.

## Special Circumstances

Your participation in the ESPP and purchase of stock through a Current Plan will be affected by certain special circumstances including termination of employment, leave of absence, retirement, disability, and death.

### Termination of Employment

If your employment termination date is on or before the last day of the Current Plan End Date (June 30 or Dec. 31), your rights to purchase Shares under the ESPP will be cancelled. Your contributions to the Current Plan will be automatically refunded to you within 2-3 paycycles after your termination date.

### Leave of Absence

If you are on Leave of Absence during the open enrollment period for the ESPP, you may enroll in the Next Plan while you are still on leave. Your contributions to the Plan start when your pay resumes after you return from leave.

On the 91st day of a Leave of Absence, you lose your eligibility to participate in the Current Plan and your accumulated payroll deductions are automatically refunded to you approximately 2-3 paycycles later. If the Current Plan has not ended when you return to work, you cannot make up missed contributions.

This loss of eligibility, which is determined by tax laws that govern the ESPP, applies unless your re-employment with the Company is guaranteed either by contract or by law (for example, under the provisions of FMLA or certain Military Leaves).

### Additional Special Circumstances

Retirement, disability, and death also affect participation in the ESPP. For the purposes of the ESPP, these circumstances are defined as follows:

* **Retirement**—You are terminating employment within three months before the end of a Current Plan End Date and satisfy the requirements of the Company's ESPP retirement provision (you are at least age 60 and have completed at least five years of continuous employment with the Company or one of its subsidiaries).

* **Disability**—You are terminating employment within three months of the end of a Current Plan and are eligible for permanent and total disability benefits under The Home Depot long term disability plan as defined in the Disability chapter.

* **Death**—You die anytime while actively employed or you die while participating in a Current Plan under the retirement or disability provisions.

If any of the special circumstances listed (retirement, death or disability) apply, and if you or the administrator of your estate do not make a timely election for a refund of your contributions, the monies in your account will be used to purchase stock at the end of the Current Plan.

### Foreign Associates

The Committee may adopt rules or procedures to accommodate the requirements of local laws of foreign jurisdictions with respect to participants who are foreign nationals or who are deployed by the Company or any subsidiary outside the United States of America, as the Committee may consider necessary or appropriate to accommodate differences in local law, tax policy or custom.

CONFIDENTIAL

CIGNA19-13260024300

**Employee Stock Purchase Plan**

## Stock Ownership

### Your ESPP Account at Computershare

Soon after a Plan ends, a personal account will be established with Computershare, The Home Depot's ESPP service provider. The Shares will be allocated into a book entry account established in your name.

After your Shares are allocated to your account, you will receive personal account information, including a PIN (personal identification number) from Computershare. For more information about your PIN, see Accessing Your Computershare Account.

After your Shares are deposited in your personal account, you will also receive an annual statement from Computershare. The statement will show 1) your total deduction amount, 2) the purchase price of the Shares, and 3) the actual number of Shares deposited into your account. Keep this statement for your tax records!

Like any service provider, there are fees associated with doing transactions through Computershare. For more information, see Computershare Fees.

### Ownership of Shares

You may not transfer ownership or pledge your right to receive Shares through an ESPP Plan to anyone else. However, once the Shares are purchased for you and are deposited in your Computershare account, you may generally sell or transfer the Shares without any restriction. However, refer to Restrictions on Resale of Common Stock Acquired under the Plan for certain insider trading restrictions.

In the case of your death, certain legal documents are required before the stock can be re-registered to anyone. Contact Computershare for more information.

You may not designate a beneficiary for your ESPP account. For more information, see Special Circumstances.

### Stockholder Privileges

Once you own at least one whole share of stock, you will receive notices of stockholder meetings, proxy statements, annual reports, and other literature sent to stockholders. As a stockholder, you will also benefit from any stock splits and cash dividends.

### Cash Dividends & Reinvestment

The Home Depot has, in the past, paid a cash dividend each quarter (the Company reserves the right to change its dividend policy in the future). If you have your stock certificates at home or in a safe deposit box, the dividend will be mailed to your home address. If your Shares are being held at Computershare, any dividends will be automatically used to purchase additional Shares of The Home Depot common stock. The Shares purchased will be credited to your Computershare account. The chart shows the fees charged by Computershare for processing your dividend reinvestment.

| Dividend Amount | Fee |
|---|---|
| $0.01–$100 | 4% |
| $100.01–$500 | the greater of 2% or $4 |
| $500.01 + | 1.5% |

If you do not wish to have your dividends reinvested, you must write Computershare and ask to be removed from the Dividend Reinvestment Plan. You must include your Social Security number or Global ID (Canada/Mexico), The Company Name "Home Depot," and your current address so that Computershare can begin mailing your dividend checks.

If you hold Shares with any other brokerage account, any dividends on your Shares will be credited to your account with this broker. Contact your broker for information about reinvesting these dividends.

### Account Statements

Computershare will mail you an annual statement, in January. This statement will include your current transaction or activity, your previous share balance, and your current share balance. You will also receive an IRS Form 3922 for each year that you receive an allocation of Shares. It is very important that you keep these statements. You will need the information when you file your income tax return.

### Importance of Diversification

A well-balanced and diversified investment portfolio is important to the long-term financial security of you and your beneficiaries. Broadly defined, diversification means having an investment portfolio mixed among different asset classes, such as stocks, bonds, and cash. The stock of a single company, such as The Home Depot, is subject to greater risk than diversified portfolios such as mutual fund investments. The value of an individual stock is subject to volatility and may decline over time. Most financial planners agree that having more than 10 to

CONFIDENTIAL

CIGNA19-13260024301

20% of your total investment portfolio in any individual stock results in unnecessary risk-taking and wouldn't be considered adequate diversification. You may want to take this opportunity to evaluate your total investment portfolio allocations, including the stock you acquire under the ESPP, the investments in your FutureBuilder 401(k) account and any personal investments and savings you may have.

## Stock Transactions

### Accessing Your Computershare Account

After you are allocated Shares from a Plan, Computershare will send you a letter containing your five-digit PIN (personal identification number). You may change the PIN to another five-digit number at any time. The PIN you receive from Computershare will not be the same as the PIN on your paycheck.

You may access your ESPP account at www-us.computershare.com/employee.

If you forget your PIN, you may contact Computershare by phone at 1-800-843-2150 to obtain a new one.

### Selling Your Shares

Once your Shares have been deposited into your Computershare account, you may instruct Computershare to sell any or all of the Shares in your account. Refer to Restrictions on Resale of Common Stock Acquired Under the Plan for certain insider trading restrictions.

Computershare will accept orders to sell stock

before the stock market opens (9:30 a.m. Eastern Time). Your stock will be sold at the opening price of the current day (not the closing price of the prior day, which is the price that Computershare quotes until the market opens).

Computershare charges a commission for selling your stock. See Computershare Fees for more information.

### Receiving Your Stock Sale Proceeds

Computershare offers you two options to receive payment for Shares that you sell:

1. A check sent via first-class mail on "settlement day," which is the third business day after the sale of stock. This is the standard method for receiving payment. You pay only the regular transaction fee. See Computershare Fees for the current rate.

2. A wire transfer to your bank account on settlement day. You must transmit the following wire transfer information to Computershare: your name, address, Social Security number or Global ID Number, ABA/bank routing number, bank account number, corresponding bank information (if outside the U.S.), and day and evening telephone numbers.

If you sell your stock and don't choose a delivery option, a check for your proceeds will be mailed to you (option 1).

### Certificate Withdrawals and Share Transfers

Computershare cannot withdraw or transfer your Shares until they have first been deposited to your account. You may obtain withdrawal/transfer forms by calling Computershare or through the web at www-us.computershare.com.

After Computershare receives your Shares from The Home Depot, you may have them withdrawn from your account and a certificate issued in your name or the name of someone you designate. Or, you may instruct Computershare to electronically transfer Shares to an investment account that you designate. If you request that a certificate be transferred to a minor (a person under 18 years of age), the certificate must be registered in the minor's name and must include the name of an adult as custodian.

If you request a certificate, it will arrive approximately three weeks after Computershare receives your request. If another person is taking ownership of the Shares, the certificate will be mailed to that person, unless you request otherwise.

There is a transaction fee for each certificate issued and for electronic share transfers. See Computershare Fees for more information.

### Computershare Fees

The following fees are subject to change at any time without notice. To confirm the current fees, visit the Computershare website at www-us.computershare.com

CONFIDENTIAL

CIGNA19-13260024302

# Employee Stock Purchase Plan

## Selling The Home Depot Stock

* $0.03 per Share

* $25 minimum charge per transaction

* $5.35 confirmation charge per transaction

* Other fees may apply

### Payment of Proceeds by Wire Transfer

Your proceeds can be wired directly to your checking account on the third business day following the sale of your stock, provided that Computershare has received the wire instructions to your bank.

* Wire transfer fee ($15 U.S.). Your bank may also charge you a fee to receive the wire into your account.

* Certificate Issuance and Electronic Transfer Fees ($15 U.S.). The fee is waived for transfers to a Merrill Lynch account.

## Computershare Contacts

You will need your Computershare account number and PIN to access your Computershare portfolio online or through the automated phone system.

### Buying The Home Depot Stock

To purchase stock through Computershare on the open market, you may join Depot Direct by accessing and completing an enrollment form online at http://www.comptershare.com/Investor. Separate fees will apply.

## Phone

Call 1-800-843-2150. Automated system available 24/7.

Representatives available as follows:
8 a.m.–7 p.m., Eastern Time
7 a.m.–6 p.m., Central Time
6 a.m.–5 p.m., Mountain Time
5 a.m.–4 p.m., Pacific Time

## Mail

Computershare Inc.
Attn: ESPP/SOP
250 Royall Street
Canton, MA 02021

## Online

www-us.computershare.com/employee

## Taxes and the ESPP

The information in this section provides only a brief explanation of some of the tax consequences associated with purchasing and selling Shares of stock through the Employee Stock Purchase Plan. Be sure to consult your tax advisor for a full explanation.

## Tax Benefits

When you purchase The Home Depot stock through the ESPP, you are not taxed on the 15% discount you receive off the market price. The difference is called the "spread." You are taxed, however, when you sell your Shares.

## Tax Consequences

When you sell your ESPP Shares, you are responsible for paying federal and any applicable state and local income taxes on your net gain from the sale of your Shares. The purchase price, the date your Shares are purchased, and the date you sell the Shares all figure into the amount of tax you owe.

If you sell Shares, you will receive a transaction history and 1099-B form in January of the following year. Depending on the country where you live, you will be required to complete a W-9 (US) form or a W-8 (NonUS) BEN form.

## Holding Period

Each Plan has a Holding Period. The Holding Period extends for two years after the first day of the Plan (the Offering Date).

### Qualified Disposition

If you sell your Shares after the Holding Period expires, your Shares are considered to be "qualified." When you sell the qualified Shares, the sale is considered a "Qualified Disposition." If you hold the Shares after the expiration of the Holding Period or you die while holding the Shares, you will generally recognize ordinary income upon sale or other disposition of the Shares equal to (a) the difference between the purchase price of the Shares (amount you paid) and the fair market value (closing price of the Shares on the New York Stock Exchange) of the Shares on the date you sold or otherwise disposed of them; or if less (b) 15% of the fair market value of the Shares on the offering date (closing price of the Shares on the first day of the Plan). Any additional gain will generally be taxed as long-term capital gain.

CONFIDENTIAL

CIGNA19-13260024303

Long-term capital gains tax rates are generally (but not always) lower than your personal income tax rate. Consult your tax advisor for information on your personal situation.

### Disqualified Disposition

If you sell before the end of the Holding Period, The Home Depot will report the difference between the stock closing price when the Plan ends less your purchase price for those Shares as taxable wages on your Form W-2. You may have additional gain (for example, if the stock price has gone up since you purchased it). This gain is not included in your W-2 wages, but you must report the gain as a capital gain on your tax return. Consult your tax advisor for information on your personal situation.

### Dividends

Any dividends you receive on your ESPP Shares are taxable to you in the year during which they are paid.

### Reporting Capital Gains on the Sale of ESPP Shares

The gross proceeds on the sale of your Shares are reported to you by Computershare on a Form 1099-B. When you complete your tax return, you should deduct the cost of your stock and any gain reported on your W-2 from the gross proceeds and calculate taxes on the new profit of your sale.

### Backup Withholding (W-9) Certification

The IRS requires Computershare to certify your name and Social Security number. The W-9 certifies, under penalty of perjury, that you gave Computershare your correct name and Social Security number and that you

do not owe the IRS any taxes from prior years.

If Computershare does not have your W-9 certification on file, they will withhold 30% from the proceeds when you sell your stock. They will also withhold 30% from the dividends paid by The Home Depot on your Shares of stock. You may certify the required information electronically through Computershare's automated phone system, online, or by submitting a completed W-9 form, which you may obtain by speaking with a Computershare representative. After you complete the form, you may fax or mail it to Computershare according to instructions provided by the representative.

If Computershare is where you will hold your Shares, you need to provide W-9 certification only once for your ESPP account. If Computershare receives your W-9 certification late, you must file for a refund on "Form 1040" when you file your tax return with the IRS the following year.

## ESPP Supplemental Information

### Available Shares

A total of 25,596,662 Shares are authorized under the ESPP as of July 2013 and are available for future issuance. The number of authorized Shares for issuance under the ESPP is subject to increase or decrease as the result of changes in The Home Depot stock such as stock splits, stock dividends, and similar events. Shares acquired under the ESPP are purchased from The Home Depot and may be newly issued Shares, treasury Shares, or Shares that have been reacquired by The Home Depot.

### Amendment and Termination

The Board of Directors may, at any time, amend the ESPP in any respect. The Home Depot's stockholders must approve any amendment that would increase the number of Shares that may be issued under the ESPP (other than an increase merely reflecting a change in The Home Depot's capitalization) or a change in the designation of any corporations (other than a subsidiary of The Home Depot) whose employees may participate in the ESPP.

The Plan and all rights of participants under the ESPP will terminate when all available Shares have been purchased under the ESPP, or upon any earlier date determined by the Board of Directors. If necessary, the number of Shares that may be purchased in a Plan will be prorated based on contributions.

### Rights Not Transferable

The rights of ESPP participants may not be assigned or transferred and are not subject to lien.

### Restrictions on Resale of Common Stock Acquired under the Plan

Federal law prohibits trading in securities on the basis of material non-public information and provides for substantial civil and criminal penalties for violations of these prohibitions. These prohibitions and penalties apply to the Company generally and to associates who participate in the ESPP. Moreover, the Company's Securities Laws Policy may impose additional limits on transactions in the Company's common stock. You should refer to the Securities Laws Policy, which is available on the Company's intranet or in hard copy by request from the Company's Legal Department.

CONFIDENTIAL

CIGNA19-13260024304

# Employee Stock Purchase Plan

The federal securities laws also limit the circumstances under which persons who are "Affiliates" can sell securities. "Affiliates" generally include the Company's executive officers, directors and stockholders who own more than 5% of the Company's common stock. You may contact the Company's Legal Department if you are uncertain as to whether or not the Company considers you to be an Affiliate. Non-Affiliate associates who purchase Shares of common stock under the ESPP may generally resell the Shares through a stock-broker in the customary manner or to third persons without the use of a stock-broker. Associates who are Affiliates may resell their Shares of common stock in accordance with the requirements of Rule 144 under the Securities Act stock-broker. In addition, Affiliates and other associates who are "Designated Associates" under the Securities Laws Policy may only sell their Shares of common stock during open window periods under the Policy. You should contact the Company's Legal Department if you are uncertain as to whether or not the Company considers you to be a Designated Associate.

Certain officers are also subject to potential short-swing profit liability under Section 16(b) of the "Securities Exchange Act" of 1934 (the "Exchange Act") with respect to purchases and sales (or sales and purchases) of Shares of the Company's common stock within a six-month period. For example, if an officer subject to Section 16 sells Shares in the open market, he or she must ensure that at least six months passes before any direct or indirect purchases of Company securities, because the sales could be "matched" with the purchases, and the officer might be required to disgorge certain gains from the

matched transactions. In addition, persons covered by Section 16 must report purchases and sales of ESPP Shares within two business days after they occur. Directors and officers subject to Section 16 must pre-clear any transactions in the Company's securities with the Company's General Counsel.

## Applicable Laws

The ESPP is not subject to the requirements of the Employee Retirement Security Act of 1974 ("ERISA") nor is it intended to be a qualified plan under Section 401(a) of the Internal Revenue Code of 1986.

## Incorporation of Documents by Reference

The following documents are incorporated by reference into this summary of the ESPP:

1. The Company's latest annual report on Form 10-K;

2. All other reports filed pursuant to Section 13(a) or 15(d) of the Exchange Act since the end of the Company fiscal year covered by the Company's latest annual report on Form 10-K (other than information deemed to be furnished and not filed under SEC rules); and

3. The description of the Common Stock contained in the Company's Report on Form 8-A filed with the Securities and Exchange Commission (the "SEC") pursuant to the Exchange Act.

All documents filed by the Company pursuant to Sections 13(a), 13(c), 14 and 15(d) of the Exchange Act (other than, in each case, documents or information deemed furnished and not filed under SEC rules) after the date of this summary and prior to the filing of a post-effective amendment which indicates

that all securities offered hereby have been sold or which deregisters all securities then remaining unsold, will be deemed to be incorporated by reference in the summary and be a part hereof from the date of filing of such documents.

The Company will provide without charge, upon written or oral request, the above documents which are incorporated by reference. Written or telephone requests should be directed to:

Investor Relations Department
The Home Depot, Inc.
2455 Paces Ferry Road, N.W.
Atlanta, Georgia 30339-4024
770-433-8211

## Available Information

The Company is subject to the information requirements of the Exchange Act and consequently files reports, proxy statements and other information with the SEC. Participants can inspect or copy reports, proxy statements and other such information filed by the Company at the public reference facility maintained by the SEC at:

SEC
100 F Street, N.E.
Washington, D.C. 20549

---

CONFIDENTIAL

CIGNA19-13260024305

# Employee Stock Purchase Plan

Copies of such materials (at prescribed rates) may be obtained from this facility. These materials are also available to the public from the SEC's website at www.sec.gov. The Company's common stock is listed on the NYSE, and certain of its reports, proxy statements and other information may be inspected at the offices of the NYSE:

NYSE
20 Broad Street
New York, New York 10005

The Company may provide additional updating information with respect to the common stock in the future to participants by means of appendices to this prospectus or delivery of other documents.

The Company has filed with the SEC a Registration Statement on Form S-8 (including all amendments thereto, the "Registration Statement") with respect to the securities offered under the plans. This prospectus does not contain all of the information set forth in the Registration Statement and its exhibits and schedules. For further information about the Company and the securities offered through the plans, participants should consult the Registration Statement and its exhibits, which may be examined

at the SEC's public reference facility or through the SEC's website.

Participants may obtain information about their ESPP account and Shares by contacting:

Stock Plan Administration Department
The Home Depot, Inc.
2455 Paces Ferry Road
Atlanta, Georgia 30339
1-800-654-0688, Ext. 13777

Participants receive reports showing the status of account annually. Participants should direct any questions regarding the Plan (other than requests for incorporated documents) to the Stock Plan Administration Department.

## Company Financial Statements

ESPP participants and associates eligible to participate in the ESPP may obtain a copy of the Company's latest Form 10-K in any of the following ways:

* a copy is posted on the "Investors Relations" portion of the Company's website at http://ir.homedepot.com;

* request a copy from your Human Resource

Manager;

* Write to request a copy from:

  The Home Depot, Inc.
  Investor Relations Department
  2455 Paces Ferry Road, N.W.
  Atlanta, Georgia 30339-4024

* call to request a copy from the Investors Relations Department at 1-770-433-8211

* request a copy online through the Company's website at www.homedepot.com (choose Investor Relations)

* a copy is posted on the Your Benefits Resources website. See Enrolling in the Plan for details on accessing Your Benefits Resources website.

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of the securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.

The Company has not authorized anyone to give any information or make any representation about the Company or the ESPP that is different from, or in addition to, that contained in this prospectus, the related registration statement or in any of the materials incorporated by reference. Therefore, if given information of this type, you should not rely on it. If you are in a jurisdiction where offers to sell, or solicitations of offers to purchase, the securities offered by this document are unlawful, or if you are a person to whom it is unlawful to direct these types of activities, then the offer presented in this document does not extend to you. The information contained in this document speaks only as of the date of this document unless the information specifically indicates that another date applies.

This is an unpublished work containing confidential and proprietary information of The Home Depot. © 2006 Homer TLC, Inc. All rights reserved. The Home Depot stock is traded on the New York Stock Exchange (NYSE). Past performance does not guarantee future performance.

CONFIDENTIAL

CIGNA19-13260024306

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 343 of 405

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH




Live the ORANGE Life!

# Work/Life Benefits

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

341   Best Doctors®
342   Back-Up Dependent Care Advantage Program
342   Building Better Health (BBH)
342   Quit for Life® Program
343   Purchasing Power
343   Eligibility
343   Tuition Reimbursement Program
343   Benefits You Can Receive
343   Eligibility
343   Team Depot
344   Matching Gift Program
344   Associate Referral Program Benefits
344   Associate Discount Program
344   CARE/Solutions for Life
345   Health Advocate
346   Adoption Assistance
346   Application/Reimbursement
346   The MetLife Center for Special Needs
        Planning℠

CONFIDENTIAL

CIGNA19-13260024307

## Get the Most Value from Your Plan

| What do you need? | Find it here... |
| --- | --- |
| Find out more about Building Better Health (BBH) wellness programs at your location | Visit www.livetheorangelife.com |
| Enroll in Quit for Life | Call 1-866-784-8454 |
| Get a tuition reimbursement form and apply for reimbursement | Go to Your Benefits Resources at http://resources.hewitt.com/homedepot; or call 1-800-555-4954 |
| Receive tuition reimbursement | Fax your completed form to the Benefits Choice Center at 1-888-211-9900 |
| Get more information about Adoption Assistance | Call the Benefits Choice Center at 1-800-555-4954 |
| Participate in Team Depot community service projects | Ask your supervisor or your site's Team Depot Captain and visit myApron>My Company tab>Community Involvement/Team Depot |
| Reach CARE/Solutions for Life | Call 1-800-553-3504 or go to www.caresolutionsforlife.com for educational information and referrals, available 24/7 |
| Get help from Health Advocate | Call 1-800-519-6689 |
| MetLife Center for Special Needs Planning | Call 1-877-638-3375 |
| Find out more about and contact Best Doctors | Visit www.livetheorangelife.com |
| Use the Purchasing Power Program | Visit www.HomeDepot.PurchasingPower.com |
| Get discounts through the Associate Discount Program | From www.livetheorangelife.com log on to Your Benefits Resources and click the Associate Discounts tab |
| Register for the Back-Up Care Advantage Program | Visit www.backup.brighthorizons.com (Username: homedepot; Password: homedepot) or call 877-5HDBUCA (877-543-2822) |
| Get placed in the Associate Referral Program | Call 1-800-654-0688, ext. 17920 prior to contacting a real estate agent |

Because the Company believes that our associates are our greatest resource, the Company offers many programs to enhance the quality of your life at work and at home.

Your Work/Life Benefits include the following:

- Best Doctors
- Back-up Dependent Care Advantage Program
- Building Better Health
- Quit for Life Program
- Purchasing Power
- Tuition Reimbursement

- Team Depot
- Matching Gift Program
- Associate Referral Program
- Associate Discount Program
- CARE/Solutions for Life
- Health Advocate
- Adoption Assistance
- MetLife's Center for Special Needs Planning

Each of these programs is delivered under a written document or SOP. In the event of a conflict between this chapter and the program document or SOP, the program document or SOP will govern.

### Best Doctors®

If you are covered under a Home Depot medical plan, Best Doctors, can provide you with a confidential expert second opinion so you can be more confident you're getting the right diagnosis and the right treatment. When you or your family member is facing a health issue, it's difficult to know exactly what to do—especially if you get conflicting advice from different specialists.

You need the right answers to tough questions:

- Am I getting the right treatment?
- Is surgery really my best option?

CONFIDENTIAL

CIGNA19-13260024308

* Is my doctor right?

One phone call to Best Doctors at 1-866-797-8021 gives Home Depot medical plan participants access to the expertise and experience of world-class physicians representing over 400 sub-specialties of medicine and surgery.

Visit www.livetheorangelife.com to learn more.

## Back-Up Dependent Care Advantage Program

The Home Depot has partnered with Bright Horizons® to offer high-quality back-up dependent care when you need to be at work and your regular child or adult/elder care is unavailable, for example:

* Your regular caregiver or spouse is unavailable
* Your child's regular care center or school is closed
* Your loved one is mildly ill or recovering from surgery

Associates who have been with the Company for at least one year will receive up to 10 days of care per year through a nationwide network of quality providers at deeply discounted rates for the following:

* Center-based child care
* In-home child care
* In-home mildly ill child care
* In-home adult/elder care

Discounted rates are $25 per day for one child ($35 per day for more than one child) for center-based child care and $6 per hour for in-home child and/or adult/elder care (four hour minimum).

You must register before using The Back-Up Care Advantage Program and reservations are required. It is hard to predict when your regular care will be unavailable, so plan ahead and register now. Requests for care can be placed from one month in advance up to the day that care is needed. You have two ways to register:

* Visit www.backup.brighthorizons.com (Username: homedepot; Password: homedepot)
* Call 877-5HDBUCA (877-543-2822)

Learn more about this exciting benefit and Bright Horizons at www.livetheorangelife.com.

## Building Better Health (BBH)

BBH is The Home Depot's health and wellness program available to all associates. BBH is one component of the Company's health management strategy aimed at improving our associates' health and well-being. The goal of the BBH program is to educate and motivate our associates to take steps to maintain a healthy life. Wellness programs will focus on addressing leading modifiable health risk factors. Program focus areas include:

* Physical Activity/Fitness
* Nutrition/Weight Management
* Tobacco Cessation
* Preventive Health Screenings and Immunizations

All associates are encouraged to eat well, exercise regularly, get routine health screenings and immunizations, be tobacco free and be an active participant in managing their health and taking advantage of the BBH program offerings available.

See your location's Wellness Champion for more information. If you are interested in becoming your location's Wellness Champion, please visit livetheorangelife.com/wellnesschampion.

## Quit for Life® Program

The Home Depot offers associates who use any type of tobacco a program to help you stop—the Quit for Life® Program. If you're ready to quit for life, your Quit Coach® is ready to help. When you call the program, your highly trained Quit Coach will talk to you about your smoking history and daily smoking patterns. Your coach will use this information to develop a personalized plan—including medication, if appropriate—to prepare for your quit date. Along with five one-on-one sessions with your coach and unlimited phone support if needed, the program includes:

* Unlimited access to Web Coach™, an online community offering e-learning tools, social support and information about quitting.
* Over-the-counter nicotine patches or gum provided for free if indicated by your Quit Coach (an eight week supply).
* Prescription drugs may also be covered by your medical plan. Talk to your Quit Coach for more information.
* Quit for Life is also available to your spouse if he or she is enrolled in a Home Depot medical plan.

To enroll call Quit for Life at 1-866-quit-4-life (866-784-8454).

CONFIDENTIAL

CIGNA19-13260024309

## Purchasing Power

Purchasing Power offers an affordable and responsible way to buy brand-name computers, televisions, gaming consoles, baby products, learning solutions and other items through the ease of payroll deduction. It features brand names such as Dell, Graco, Samsung, HP, Toshiba and more.

All Purchasing Power products feature an all-inclusive price, which includes financing, taxes, warranties and delivery. You'll know the price up front and the cost is divided into manageable payments that are deducted from your paycheck over a 12-month period.

To browse their catalog and learn more about their products and the details of the program, visit www.HomeDepot.PurchasingPower.com.

### Eligibility

Associates must meet all of the following criteria to be eligible to participate in the Purchasing Power program:

* You must have been employed by The Home Depot for at least 12 months with at least 1,000 hours of service in such 12-month period and you will become eligible the first day of the calendar quarter beginning on or after the date of completion;

* You must be at least 18 years of age;

* You must have a bank account or credit card (to be used in case of non-payment via payroll deduction); and

* You must not live in New Jersey, Rhode Island, Wyoming, Guam, U.S. Virgin Islands or Puerto Rico. Associates living in these states or territories are not eligible.

## Tuition Reimbursement Program

The Company's Tuition Reimbursement Program encourages and supports associates who enroll in college, university and technical school courses in order to obtain a degree or for professional development. The program also supports those completing their Associate Kitchen and Bath Designer (AKBD) Association Certification as part of the National Kitchen and Bath Certification.

### Benefits You Can Receive

The Tuition Reimbursement Program reimburses eligible associates for 50% of the cost of tuition, (or $1,575 for expenses from AKBD certification) books and class registration fees for approved courses in which the associate earns a grade of "C" or better or for pass/fail courses for which the associate earns a passing grade that is applied toward a degree.

Reimbursements count toward the annual calendar-year maximum for the calendar year in which they are received. For example, if you complete a course in 2013 and you receive reimbursement in 2014, the reimbursement counts toward your 2014 annual maximum.

The Tuition Reimbursement Program reimburses eligible associates up to an annual calendar-year maximum of:

* For full-time hourly associates: $3,000

* For salaried associates: $5,000

### Eligibility

Eligibility for the Tuition Reimbursement Program begins on or after your anniversary date of employment. Part-time and temporary employees are not eligible for the Program. Highly compensated employees (HCE) may receive reimbursement for tuition under different rules with different tax consequences. If you are a highly compensated employee for 2013, please contact the Benefits Choice Center at 1-800-555-4954 for more information regarding tuition reimbursement.

Courses must begin after the first anniversary date of employment and while the associate is an active employee. Eligibility ends if your employment terminates voluntarily or involuntarily before completion of courses unless it's because of a reduction of force, your relocation at the Company's request or your death.

For more information on the Tuition Reimbursement Program, visit livetheorangelife.com > Financial Wellness > Manage > Tuition Reimbursement.

## Team Depot

Team Depot is our associate-led volunteer force that meets community needs through hands-on service. Every year through Team Depot, associates contribute countless hours to the communities in which they live and work, truly exemplifying our value of Giving Back. Every Home Depot retail store in the U.S., Canada and Mexico has a Team Depot captain and associate-volunteers. The Team Depot captain is an amazing leadership opportunity for our associates and allows them to plan and lead transformational community service projects.

CONFIDENTIAL

CIGNA19-13260024310

# Work/Life Benefits

## Matching Gift Program

The Home Depot Foundation will match your gifts ranging from $25 to $3,000 per charitable organization each year on a dollar-for-dollar basis if you are a full-time or part-time associate. There is a $3,000 maximum per associate each calendar year. In order to be matched, the gift must have been given solely by the associate. The Foundation will not match pledges or monies raised by others.

After sending your contribution to the organization, there are two easy ways for you to register your charitable gift and obtain a match for eligible organizations from The Home Depot Foundation:

1. Register your gift on the Matching Gift web site at homedepot@givingprograms.com, then:

   * Click on the Programs tab at the top of the screen. Select Register, and then login. You will need to create a login and password to begin the gift registration process.

   * You may also reach this web site through the Community Involvement section of MyApron and then by clicking Internal Partners to access Matching Gifts.

2. Register your gift by phoning the Matching Gift Center at 1-888-628-2442.

With either method you will need your associate identification number, the recipient organization's name, amount, and date of your gift. By registering online, you will have the ability to print a confirmation of your gift registration. The Matching Gift Center cannot process incomplete gift registrations.

If the match is approved, the gift will be made from the Foundation in the next scheduled distribution. To help with administrative costs, check disbursements are only made quarterly. Check the web site to track the status of your matched gift. If you need immediate assistance please contact customer service in the Matching Gift Center at 1-888-628-2442 or send an email to homedepot@givingprograms.com.

This program is available to U.S. and Canadian associates.

## Associate Referral Program Benefits

The Home Depot Associate Referral Program has been enhanced to make home financing easier and less costly for Home Depot Associates. By using a company referred real estate agent and by financing your mortgage through Citibank or Wells Fargo Home Mortgage you will receive:

* Up to $400 reimbursement of pre-purchase home inspection fees.

* Waived lenders fees. Including - Appraisal, Credit Report, Tax Service, and Flood Certification. A value up to $600.00

* Easy applications and quick approval decisions. Apply by phone, and in just minutes you can have a decision.

* Need moving services? We can refer you to a full service, professional van line.

Call 800-654-0688, ext. 17920 (Cecelia Reese - cecelia_reese@homedepot.com) to be placed in our Home Purchase Program. To qualify for these benefits, the associate must be placed into the program prior to contacting a real estate agent.

## Associate Discount Program

The associate discount program offers associates special pricing on a wide variety of products in over 26 categories, such as travel, electronics, gifts, apparel, etc. Associates can access this program by logging on to Your Benefits Resources from livetheorangelife.com and going to the Associate Discounts tab.

## CARE/Solutions for Life

CARE/Solutions for Life is The Home Depot's free EAP (Employee Assistance Program) and Work/Life resource designed to help associates successfully manage challenges in your personal and work life. The program is available to all Company associates, spouses, household members and domestic partners, same or opposite sex.

Experienced professionals are available 24 hours a day, seven days a week to provide assistance for a wide range of issues that may impact the quality of your life. CARE will listen to your concerns, answer questions and provide referrals to programs or agencies that offer the best assistance for your particular situation. Information you share with the EAP is confidential. (Exceptions to confidentiality are required by law when there is danger to the associate or another individual). Each year all associates may receive up to three face-to-face counseling sessions per concern with a local provider free of charge. CARE also may refer associates to community organizations for additional services. You are responsible for any fees these agencies may charge. Counseling can help resolve relationship/family conflicts, and address problems with stress, anxiety or depression.

CONFIDENTIAL    CIGNA19-13260024311

CARE/Solutions for Life is a valuable resource when you have concerns related to any of the following:

- **Alcohol/Depression Screening**—Automated self-assessments help you evaluate potential symptoms for depression, alcohol/drug abuse and other concerns; available 24 hours a day, seven days a week. Access the screenings from the web. Look for the "Access Concerns" tab at www.CARESolutionsforLife.com or call to speak with a professional.

- **Prenatal Care**—Pre-Natal Package includes the bestselling book "What to Expect When You're Expecting" pregnancy book. A great gift "I am a Home Improvement" t-shirt as well as a resource brochure on Pregnancy and Parenting. Professionals can provide information about breastfeeding and other helpful tips.

- **Adoption**—Information on adoption to help you understand the process; referrals to agencies and attorneys

- **Child Care**—Referrals to child care including family-operated centers and in-home services and after-school care centers.

- **Parenting Resources**—Resources and referrals to help you be the best parent you can be

- **Summer Care**—Details on available day care, day camps and sleep-away camps to meet your child's needs

- **School Programs**—Information for students of all ages on tutoring, public and private schools, and schools for children with special needs

- **Colleges and Universities**—Information on certificate and degree programs, grants, scholarships and financial aid

- **Elder Care**—Free elder care kit package includes comprehensive guides to meet the needs of older adults as well as caregivers. Professionals offer resources and referrals for day care, retirement and nursing homes; information on dementia including Alzheimer's disease

- **Financial Counseling and Legal Services**— Associates who may benefit from financial or legal services can receive advice from a financial advisor or attorney. Financial counselors provide phone counseling to help with debt management, credit, and other money concerns. For legal services, the initial consultation is free, with attorneys providing additional ongoing services at a 25% discount off their usual fees.

- **Convenience Services**—Convenience services help with a variety of concerns and save time because CARE does the research for you. Get information about entertainment, shopping, personal services, travel, recreation, household services, pet services and more.

For Internet access log on to the www.CARESolutionsforLife.com web site and access educational information and referrals.

To speak with a CARE/Solutions for Life counselor anytime 24/7, call 1-800-553-3504/1-800-832-9559 TTY. Asistencia telefónica y sitio web disponibles en español.

Coverage under CARE extends automatically for 36 months under COBRA following any COBRA qualifying event at no cost to you or your eligible family members. See the COBRA chapter for more information about qualifying events and your notice obligations.

## Health Advocate

The Company provides all associates with a free service, Health Advocate, to help you deal with benefit claims and billing issues, find an appropriate doctor, schedule specialized treatments as well as other types of assistance. Health Advocate will help you navigate the complexities of the healthcare system.

When you call Health Advocate, you'll speak with a Personal Health Advocate (PHA). Your PHA typically is a registered nurse who is supported by medical directors and claims and benefits specialists. He or she will work with you one-on-one to help find solutions to your healthcare or health insurance related issues.

Whatever your healthcare need, your PHA will do the legwork and work with you through the entire process. Health Advocate covers your entire family —you, your spouse, dependent children, your parents and your parents-in-law. Health Advocate can serve you by:

- Assisting with benefit claims and billing issues

- Helping you with eldercare issues

- Locating and researching current treatments for a medical condition

- Identifying "best-in-class" medical institutions for serious illnesses or injuries

- Complementing your basic health insurance coverage by helping your interactions with healthcare providers and claims administrators

- Helping you understand your benefit plan provisions and features

- Providing independent, confidential assistance

CONFIDENTIAL

CIGNA19-13260024312

# Work/Life Benefits

and information. Health Advocate is not affiliated with any of the Plans' claims administrators or any specific provider.

You can call Health Advocate toll-free at 1-800-519-6689 Monday through Friday between 8:00 a.m. and 9:00 p.m. Eastern Time.

## Adoption Assistance

The Company reimburses eligible adoption expenses up to a maximum of $3,000 for associates for each qualifying adoption. With our Family Leave of Absence policy, the adoptive parent may be eligible to take up to 24 weeks of unpaid leave.

CARE/Solutions for Life provides adoption education and resources including referrals to family counselors.

All associates with one year of continuous service are eligible for adoption assistance.

### Application/Reimbursement

To obtain an Adoption Reimbursement form, access the Your Benefits Resources web site, call the automated phone system or speak to a Benefits Choice Center representative.

Eligible expenses for reimbursement include:

+ Licensed adoption agency fees
+ Legal fees
+ Pregnancy expenses for the child's birth mother
+ Charges for temporary foster care before placement

+ Travel expenses to gain physical custody of the adopted child

Return the completed Adoption Reimbursement Form with proof of eligible expenses, your store number and a copy of the Adoption Certificate or Decree to the Benefits Choice Center. If your application is approved, you'll receive a Confirmation of Reimbursement in the mail at your home.

If false or fraudulent information is given, the associate can be subject to termination.

If your application is denied, you'll receive a Reimbursement Denial Notice explaining the reason for the denial.

For more information regarding Adoption Assistance, please call the Benefits Choice Center at 1-800-555-4954.

## The MetLife Center for Special Needs Planning℠

The MetLife Center for Special Needs Planning can assist you with the complicated process of planning for the future of your children or other dependents with special needs. Regardless of the age or disability of your dependent, trained representatives can help you navigate through financial and legal issues that are involved in providing not just lifetime care, but quality of life.

The MetLife Center for Special Needs Planning can help you with:

+ Protecting future government benefit eligibility for supplemental security income and Medicaid
+ Preparing a will
+ Assigning a guardian for your child
+ Planning for your dependent's financial security

With the MetLife Center for Special Needs Planning, you can take advantage of a comprehensive web site, as well as educational workshops and one-on-one counseling.

Representatives can also steer you in the right direction for additional help that you may need.

You do not need to enroll in this benefit. You may use The MetLife Center for Special Needs Planning at any time, and it's available at no charge to all associates and their immediate family members and domestic partners.

To learn more about The MetLife Center for Special Needs Planning, call 1-877-638-3375 to speak with a Customer Service Consultant.

CONFIDENTIAL

CIGNA19-13260024313





Live the ORANGE Life!

# Time-Off Benefits

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

For information on time-off benefits see the Time-Off Benefits–US SOP.

To find this SOP, go to myapron.homedepot.com or call the HR Service Center at 1-866-698-4347.

CONFIDENTIAL

CIGNA19-13260024314

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 351 of 405

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH



 Live the ORANGE Life!

# Leaves of Absence

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

For information on leaves of absence, see the following SOPs:

- Medical Leave of Absence SOP
- Military Leave of Absence SOP
- Leaves of Absence SOP (excluding Medical, Military and Involuntary)
- Involuntary Leave of Absence: Hourly
- Involuntary Leave of Absence: Salaried

To get a copy of these SOPs, call the HR Service Center at 1-866-698-4347.

CONFIDENTIAL

CIGNA19-13260024315



 Live the ORANGE Life!

# COBRA Coverage

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

350   COBRA Continuation Coverage
351   COBRA Qualifying Events
352   USERRA Continuation Coverage
352   Notifying the Company About a Qualifying
      COBRA Event
353   If You Are on a Leave of Absence
353   If a Disability Occurs
353   Paying for COBRA Coverage
354   Electing COBRA Coverage
354   When COBRA Coverage Starts
354   Status Changes and COBRA
354   New Spouse
354   Newborn and Adopted Children
355   When COBRA Coverage Ends
355   Certification of Creditable Coverage Under
      the Health Insurance Portability and
      Accountability Act of 1996 (HIPAA)
355   Keep Your Plan Informed of Any Address
      Changes

CONFIDENTIAL

CIGNA19-13260024316

## Getting the Most Value From Your Plan

| What do you need? | Find it here... |
|---|---|
| To begin coverage under COBRA for family members losing coverage due to the following qualifying events: divorce, legal separation or the end of a dependent child's eligibility | Call the Benefits Choice Center at 1-800-555-4954 and speak with a Benefits Choice representative. |
| To begin coverage under COBRA for loss of coverage due to any qualifying event other than the events listed above | Call the Benefits Choice Center at 1-800-555-4954 after you receive your COBRA enrollment materials in the mail. |
| To extend COBRA coverage for participants who are disabled during the first 60 days of COBRA coverage | Call the Benefits Choice Center at 1-800-555-4954 and speak with a Benefits Choice representative. |
| To send any required documentation to the Benefits Choice Center | Mail to: The Home Depot Benefits Choice Center, P.O. Box 1493, 4 Overlook Point, Lincolnshire, IL 60069-1493. |

## COBRA Continuation Coverage

Associates and qualified beneficiaries participating in the Company Medical, Vision and Dental Plans, CARE/Solutions for Life, Teladoc, the on-site medical clinic and the Health Care Spending Account have the right to choose continuation of coverage for certain qualifying events as provided under the Consolidated Omnibus Budget Reconciliation Act (COBRA).

You may continue your Hospital Indemnity and Critical Illness Protection Plan coverage, whether or not it is subject to COBRA. Coverage will continue under the same terms that apply to medical coverage.

COBRA requires that most employers sponsoring group health plans offer associates and qualified beneficiaries the opportunity for a temporary extension of health coverage (called continuation of coverage) at group rates in certain instances (referred to as COBRA qualifying events) where coverage under the Plan would otherwise end. A qualified beneficiary is your

spouse or child covered under the Plan immediately before a qualifying event or a child born to or placed for adoption with an individual who has elected COBRA. A same-sex domestic partner cannot choose COBRA coverage on his or her own as a qualified dependent. However, an eligible same-sex domestic partner can be covered as a non-qualified beneficiary by a qualified beneficiary (for example, the associate covering the same-sex domestic partner as an eligible dependent). This means a same-sex domestic partner does not have independent COBRA rights and may only keep the same COBRA coverage as the covered associate.

The continuation of coverage period allowed under COBRA begins:

* For termination of your employment, on the day following the last day of your final pay period; or
* At the end of the first 12 weeks of any medical or maternity leave under FMLA; or
* For all other qualifying events, from the date of the qualifying event.

The continued coverage under the Medical, Vision and Dental Plans, CARE/ Solutions for Life, Teladoc, the on-site medical clinic and Health Care Spending Account will be identical to those offered to similarly situated active associates, as required under COBRA.

Continuation coverage is available for a maximum of the following periods: 18 months following a loss of coverage due to a termination of employment (other than for gross misconduct) or reduction in hours; 36 months following divorce or loss of dependent status; for Medicare, it is the later of 18 months from the date coverage is lost or 36 months from the date of the associate's Medicare eligibility if Medicare entitlement occurred before the date of the COBRA qualifying event; 24 months for Military Leaves; and 29 months for a qualified disability (as long as the required notices and documents are provided within required timeframes). Coverage is continued for CARE/ Solutions for Life, Teladoc and the on-site medical clinic for 36 months from the date of the

CONFIDENTIAL

CIGNA19-13260024317

# COBRA Coverage

## COBRA Qualifying Events (which result in loss of coverage)

| Qualifying Event | Who Can Continue COBRA Coverage?[1,2] | How Long Can COBRA Coverage Continue? | How Much Will COBRA Coverage Cost?[3] |
|---|---|---|---|
| Termination of your employment (except for gross misconduct) | You and your covered eligible dependents | 18 months from the last day of your final pay period | 102% |
| Change in your employment status (reduction in hours of employment) | You and your covered eligible dependents | 18 months from date of qualifying event | 102% |
| You or a family member covered under COBRA become permanently disabled within required timeframe (60 days of starting COBRA coverage) | You and your covered eligible dependents | 29 months from date of original qualifying event within required timeframe (60 days of starting COBRA coverage) | • 102% (first 18 months) <br> • 150% (last 11 months) |
| Your Personal Leave | You and your covered eligible dependents | 18 months from the 31st day after the date leave began | 102% |
| Military Leave | You and your covered eligible dependents[4] | 24 months from date of qualifying event[4] (18 months under COBRA; six additional months under USERRA) | 0% – Associates on Military Leave do not pay for COBRA coverage |
| Your death | Your covered eligible dependents | 36 months from date of qualifying event | 102% |
| You divorce or become legally separated from your spouse | Your covered eligible spouse | 36 months from date of qualifying event | 102% |
| Failure to return from FMLA leave | You and your covered eligible dependents | 18 months from end of FMLA period | 102% (active associate rates during the first nine months if on an approved leave of absence) |
| Your child is no longer eligible | Your eligible child(ren) | 36 months from date of qualifying event | 102% |
| You enroll in Medicare then later experience termination of employment or reduction of benefits | Your covered eligible dependents | The later of: <br> • 36 months from the entitlement to Medicare, or <br> • 18 months from termination of employment or reduction in hours | 102% |

1 Eligible dependents include your spouse or child(ren) already covered by the Plan on the day before the qualifying event. Eligible dependents also include a child born to or placed for adoption with you during a period of COBRA coverage. See *Who Is Eligible* in the *Eligibility and Enrollment* chapter.

2 For information on COBRA-like coverage for same-sex domestic partners and their child(ren), see COBRA Continuation Coverage in this chapter.

3 Your cost is based on the current total monthly premium times the percentage shown above.

4 If the associate on Military Leave drops coverage, his or her eligible dependents can only continue COBRA for up to 18 months. Eligible dependents can continue for 24 months only if the associate on Military Leave continues for 24 months. If Military Leave ends, associate and/or eligible dependents can continue COBRA for up to 18 months only.

CONFIDENTIAL

CIGNA19-13260024318

qualifying event.

If a second qualifying event occurs during your initial 18 months of COBRA continuation coverage (such as a legal separation, divorce, etc.), the continuation of coverage period may be extended for the qualified dependent for up to 36 months from the date of the first qualifying event. The total period of continuation coverage, however, will never exceed 36 months from the date of the first qualifying event.

In all cases, coverage for CARE/Solutions for Life and Teladoc, the on-site medical clinic, are extended for 36 months.

If you have fully insured coverage, state insurance laws may mandate continuation coverage that is longer or that otherwise differs from federal COBRA continuation coverage. State law in California allows 36 months of continuation coverage if you are enrolled in medical. Please refer to your Medical Plan coverage booklet or call your Medical Plan for more information.

You do not have to show that you are insurable to choose continuation of coverage. However, continuation coverage is subject to your eligibility for coverage. The Plan Administrator reserves the right to terminate your coverage retroactively if it is determined that you are ineligible.

COBRA coverage under the Health Care Spending Account will be available only to qualified beneficiaries who have underspent accounts at the time of the qualifying event. A qualified beneficiary has an underspent account if the annual contribution elected by the covered associate, reduced by the reimbursable claims submitted at the time of the qualifying event, is

equal to or more than the amount of the premiums for the Health Care Spending Account COBRA coverage.

By electing COBRA coverage, you can also continue to contribute to your Health Care Spending Account through the end of the year in which the qualifying event occurs. You can file claims for qualified services you receive through the end of the Plan Year plus the applicable grace period while you are participating through COBRA.

However, you cannot continue to contribute to your Dependent Day Care Spending Account while on COBRA. Associates on Military Leave are able to contribute to the Dependent Day Care Spending Account if their supplemental pay is sufficient to cover their elected contributions.

See the Spending Accounts chapter in this book for more information.

## USERRA Continuation Coverage

Associates participating in the Company Medical, Vision and Dental Plans, CARE/Solutions for Life, Teladoc, the on-site medical clinic, and the Health Care Spending Account have the right to choose continuation coverage as provided under the Uniformed Services Employment and Reemployment Rights Act, as amended ("USERRA") while on a military leave of absence.

An election of COBRA coverage will be deemed to be an election of USERRA coverage and both coverages will run concurrently. The cost of USERRA coverage will be the same as the cost of COBRA coverage, and USERRA coverage continues for 24 months from the date your active coverage ends.

## Notifying the Company About a Qualifying COBRA Event

Under federal law, you and your eligible dependents are responsible for notifying the Benefits Choice Center (including providing all required documentation) of a divorce, legal separation or the end of an eligible dependent child's eligibility under the Medical, Vision and Dental Plans and the Health Care Spending Account no later than 60 days after the event occurs. No COBRA election will be available if you do not make such timely notification.

You start this notification process by calling the Benefits Choice Center at 1-800-555-4954 and asking to speak with a representative. The representative will ask you to mail any required documentation to the address of the Benefits Choice Center listed in the Get the Most Value From Your Plan chart at the start of this chapter.

After you notify the Benefits Choice Center, the eligible dependents losing coverage will receive written notification advising them of their right to choose COBRA continuation coverage.

If you or your eligible dependents do not notify the Benefits Choice Center on a timely basis, you and/or your eligible dependents will forfeit your rights to continue coverage under COBRA.

When the qualifying event is the associate's termination of employment, reduction in hours of employment, or death, the Plan will offer COBRA coverage to qualified beneficiaries. You do not have to notify the Benefits Choice Center of these qualifying events.

CONFIDENTIAL

CIGNA19-13260024319

## If You Are on a Leave of Absence

If you are on medical or family leave of absence, your COBRA coverage begins at the end of your FMLA leave. If payment is not received by the due date on the Billing Notice, coverage will be cancelled.

## If a Disability Occurs

**The 18 months of continuation coverage can be extended for an additional 11 months of coverage, to a maximum of 29 months, for all qualified beneficiaries, if the Social Security Administration determines that you or one of your covered eligible dependents was disabled at any time prior to the qualifying event or within the first 60 days of COBRA continuation coverage. It is the disabled participant's responsibility to inform the Benefits Choice Center with required documentation within 60 days of the later of:**

• The date the letter from Social Security was issued (the issue date of the Social Security Notice of Award Letter); or

• The start date of COBRA.

If you do not provide timely notification of the Social Security determination of disability, no extension is available.

The disabled participant must provide the required documentation of disability before the end of the 18-month COBRA coverage period.

To submit the documentation establishing disability, mail or fax to:

**Benefits Choice Center**
P.O. Box 1493
Lincolnshire, IL 60069-1493
Fax: 1-847-883-8269

Coverage for the disabled participant and family members covered under the associate + spouse, associate + child(ren) or associate + family coverage categories may be extended up to a total of 29 months.

It is also the disabled participant's responsibility to notify the Benefits Choice Center within 30 days if a final determination has been made that the disabled person is no longer disabled.

Disabled individuals and their covered family members will be required to pay 102% of the monthly premium for the initial 18 months of coverage. If coverage is extended to 29 months, the disabled qualified beneficiary and his or her family members covered with the disabled qualified beneficiary under the associate + spouse, associate + child(ren) or associate + family coverage categories will pay 150% of the monthly premium after the first 18 months of COBRA coverage. Any qualified beneficiaries whose COBRA coverage was extended to 29 months but who are not covered with the disabled qualified beneficiary will pay 102% of the monthly premium for all 29 months.

## Paying for COBRA Coverage

You are required to pay the premium that you were paying before the qualifying event plus the portion previously paid by the Company. An additional 2% will be added to your premium for administrative costs. If the premium rate changes for active associates, your monthly cost will also change. You will be responsible for premiums from the date COBRA coverage begins.

Your initial premium is due within 45 days of the date you elect COBRA coverage. This initial premium may cover more than one month and there is no grace period after the 45 days. Subsequent premiums are due on the first day of each month. You will be given a 30-day grace period from the first of each month within which payment must be received. You may submit payment electronically or by U.S. postal mail. If you use U.S. postal mail, your payment is considered received on the postmark date on your payment. You may submit payment electronically by going to the Your Benefits Resources website. You may also send payment by check or money order by U.S. postal mail. If you fail to pay your initial premium on time or fail to pay the subsequent premiums by the end of the grace period, you and your dependents' coverage will be terminated and cannot be reinstated. All COBRA rights under the Plan will be lost.

CONFIDENTIAL

# COBRA Coverage

## Electing COBRA Coverage

The Benefits Choice Center will send you and your covered eligible dependents written notification of your right to choose COBRA continuation of coverage.

This information will be provided in a personalized Enrollment Worksheet with instructions on how to enroll by calling the Benefits Choice Center.

You and/or your covered eligible dependents must enroll no later than 60 days after the date on the notification letter; otherwise, all qualified beneficiaries will loose their right to elect COBRA coverage.

Evidence of good health is not required to continue coverage under COBRA.

If you do not enroll before your enrollment period expires, you and your eligible dependents will forfeit the right to extend coverage under COBRA.

If it is determined that you are not eligible for COBRA coverage, you'll receive a written explanation within 14 days.

Continuation coverage is not available to non-resident aliens who do not receive any U.S. income or to relatives of non-resident aliens with no U.S. income.

Coverage under CARE—Solutions for Life and the on-site medical clinic extends automatically for 36 months under COBRA following any COBRA qualifying event at no cost to you or your eligible dependents.

## When COBRA Coverage Starts

Provided you have complied with the requirements outlined above, COBRA continuation coverage starts:

* For termination of your employment, on the day following the last day of your final pay period; or
* At the end of the first 12 weeks of any medical or maternity leave under FMLA; or
* For all other qualifying events, from the date of the qualifying event.

## Status Changes and COBRA

If, during the 18 months (or 24 or 29 months, if applicable) of COBRA coverage or the 24 months of USERRA coverage, you experience a qualified status change, you may make any of the changes available to similarly situated active associates. See Life Events chapter for more information. You must notify the Benefits Choice Center no later than 30 days after the date of the change in status in most cases.

### New Spouse

To enroll your new spouse for coverage, you must call the Benefits Choice Center or access the Your Benefits Resources website no later than 30 days after the date you are married. Your new spouse will receive coverage, but only as a non-qualified beneficiary. This means he or she does not have independent COBRA rights and may only keep the same coverage as you.

## Newborn and Adopted Children

To enroll a newborn or newly adopted child (or child placed for adoption) for coverage, you must call the Benefits Choice Center or access the Your Benefits Resources website no later than 30 days after the child's birth, date of adoption or placement for adoption.

However, if you are already covered under the Company's self-insured Medical Plan, and you add your newborn, or newly adopted child (or child placed for adoption) within 60 days, coverage is effective from the date of the birth, adoption or placement for adoption. If you are already covered under the Company's self-insured Medical Plan either as Associate Only or Associate + Spouse, and you add your new child after 60 days but within six months of the child's birth, adoption or placement for adoption, coverage is effective the date the Benefits Choice Center receives your request.

If you are already covered under the self-insured Medical Plan with Associate + Family or Associate + Child(ren), and you add your newborn or newly adopted child (or child placed for adoption) within the first 12 months after birth, adoption or placed for adoption, coverage will be effective from date of the birth, adoption or placement for adoption.

If a second qualifying event occurs which would cause the child to lose coverage under the health plan (i.e., divorce, legal separation or death of the parent), the child, as a qualified beneficiary, will have COBRA rights to continue coverage. Your spouse added after your COBRA coverage starts, however, is a non-qualified beneficiary and will not have COBRA rights.

CONFIDENTIAL

CIGNA19-13260024321

# COBRA Coverage

While covered under COBRA, you are also entitled to make other changes consistent with a qualified status change and to make changes during Annual Enrollment periods.

## When COBRA Coverage Ends

Coverage under COBRA will end on the earliest of the following:

* a qualified beneficiary reaches the end of the 18-month, 29-month, or 36-month maximum coverage period, whichever is applicable

* a qualified beneficiary does not make required COBRA premium payments by the applicable due date

* a qualified beneficiary becomes covered under another employer's group health plan after electing COBRA (other than the federal government's health plan while you are on a Military Leave). If the other group health plan contains any exclusion or limitation on a pre-existing condition that applies to you, you may continue COBRA coverage up to the date this exclusion ceases to apply

* a qualified beneficiary becomes entitled to Medicare after electing COBRA

* the Company terminates all group health coverage

* coverage is terminated for cause, such as fraudulent claim submission, on the same basis that coverage could terminate for similarly situated active employees

* when coverage ends for a qualified beneficiary, coverage also ends for non-qualified beneficiaries covered by the qualified beneficiary whose coverage has ended

If your coverage ends before the scheduled coverage period (18, 29, or 36 months), you will receive a written notice indicating:

* the reason the coverage terminated early (such as a failure to pay premiums),

* the date of the termination, and

* any rights you and other qualified beneficiaries have under the plan and under law to elect other group or individual coverage

## Certification of Creditable Coverage Under the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

As required under HIPAA, when health coverage ends, a Certificate of Health Plan Creditable Coverage will be automatically sent to you.

The Certificate of Health Plan Creditable Coverage will detail the total time you and your dependents were covered under the Company Medical Plan and the type of health plan you were covered under. Under HIPAA, the time covered under the Company Plan (including COBRA coverage) may be used to reduce a new employer's pre-existing condition period, as long as there is no break in coverage of 63 days or more (or longer in some states). Because your Certificate of Health Plan Creditable Coverage can be important, particularly with regard to coverage for pre-existing conditions, you should make sure that your current address is on file by informing the Benefits Choice Center at 1-800-555-4954 when any changes occur. Please note that because of changes under the Affordable Care Act, the requirement to provide a Certificate of Health Plan

Creditable Coverage ends December 31, 2014.

## Keep Your Plan Informed of Any Address Changes

In order to protect your rights and those of your dependents, you must keep the Plan Administrator informed of any changes in your address or the addresses of your dependents. You should also keep a copy, for your records, of any notices you send to the Plan Administrator.

CONFIDENTIAL

CIGNA19-13260024322





Live the ORANGE Life!

# Claims & Appeals

**U.S. Salaried & Full-Time Hourly Associates**

## Chapter Contents

357  **Claiming Benefits**

357  Filing Claims for Group Health Plan Benefits

357  Filing Claims for Plans Other Than Group Health Plans

358  Filing Claims Under the Group Health Plans

358  Information Required for Your Claim

358  **Payment of Health Plan Benefits**

358  **Benefit Determination and Claims Appeals Under the Self-Insured Medical Plans**

359  Aetna: Appeal Procedures

363  Anthem Blue Cross Blue Shield: Appeal Provisions

366  Cigna: When You Have a Complaint or an Appeal

368  CVS Caremark Prescription Claim Appeals Process

368  Spending Accounts: Request for Level I Appeal

370  PayFlex Claims Process - Limited Purpose Flexible Spending Account (LPFSA)

371  Benefit Determination and Claims and Appeals Under the Full-Insured Medical, Dental and Vision Plans

371  Kaiser Permanente: Complaints, Grievances and Arbitration Process Overview

373  Blue Shield of California

376  Claims Involving the Critical Illness Protection Plan

376  Aetna/SRC Health Coverage Appeals Procedure: Hospital Indemnity Plan

378  MetLife Dental Plans

379  EyeMed Vision Plans

379  Employee Assistance Program: Claim Determination

380  Claims Involving Disability Benefits and Disability Determinations

381  Appealing a Denied Claim Under FutureBuilder, Life and AD&D Insurance

381  Limitation of Actions

CONFIDENTIAL    CIGNA19-13260024323

# Claims & Appeals

MAIN MENU for BENEFITS SUMMARY    MAIN MENU for THIS CHAPTER    CONTACT LIST    SEARCH

## Getting the Most Value From Your Plan

| What do you need? | Find it here... |
|---|---|
| Get answers to questions about claims and appeals of denied claims | Contact the claims administrator for the applicable Plan. See the Plan Administrative Summary in the **Plan Administration** chapter for claim administrator phone numbers and addresses. |

## Claiming Benefits

You or your beneficiary must file the appropriate forms to receive any benefits or to take any other action under the plans. All forms required to take any action under the plans are available from the claims administrator or plan administrator. Please refer to the appropriate section of each benefit for additional information on claiming benefits.

To be eligible for benefits, you must be covered under the applicable plan, properly submit a claim, and follow the plan's claims and appeals procedures. If a claim is denied initially, you must exhaust the appeals procedure before filing a suit.

The claim administrator making claim decisions (which for FutureBuilder is the Plan Administrator) has the right and discretionary authority to interpret the provisions of the plan under which the claim is made and to make any and all determinations regarding final eligibility for benefits both legal and factual. Its decisions will be conclusive and legally binding on all parties.

## Filing Claims for Group Health Plan Benefits

For all group health benefits, questions about claims and appeals of denied claims should be directed to the claims administrator. For phone numbers and addresses, see the Plan Administration chapter. This applies to the following group health benefits:

### Self-Insured Plans

- PPO Medical Plans and High Deductible Health Plans (Aetna, Cigna and Anthem Blue Cross Blue Shield)
- Out-of-Area Plans (Anthem Blue Cross Blue Shield)
- CVS Caremark Prescription Drug Plans
- Health Care and Dependent Day Care Spending Accounts

### Fully-Insured Plans

- Blue Shield HMO: California
- Kaiser Permanente HMOs: California, Colorado, Georgia, Hawaii, Mid-Atlantic and Northwest
- Kaiser Permanente High Deductible Health Plan: California
- HMSA Medical Plans

- Critical Illness Protection Plan (Allstate Workplace Division)
- MetLife Dental Plan
- EyeMed Vision Plan
- Hospital Indemnity Plan
- Care/Solutions for Life EAP

## Filing Claims for Plans Other Than Group Health Plans

For information on the process and requirements for filing a claim, see the FutureBuilder chapter for FutureBuilder claims, the Life Insurance chapter for life insurance claims, the AD&D chapter for AD&D claims and the Disability chapter for disability claims.

---

CONFIDENTIAL

CIGNA19-13260024324

## Filing Claims Under the Group Health Plans

If you receive covered health (medical, dental, prescription or vision) services from an in-network provider, you do not have to file a claim. In-network providers are responsible for filing claims for you. Your group health plan pays in-network providers directly for your covered health services. If an in-network provider bills you for any covered service, contact the claims administrator. However, you are responsible for meeting any annual deductible and for paying copayments and coinsurance to an in-network provider at the time of service, or when you receive a bill from the provider.

If you receive covered health services from an out-of-network provider, you are responsible for filing a claim.

### Where to Send Your Claims for Out-of-Network Services

When you receive covered health services from an out-of-network provider, you must submit the claim to the appropriate claims administrator for your group health plan. For addresses and phone numbers, see Medical, Dental, and Vision Plan Administrators in the Plan Administration chapter.

### Timely Filing of Claims

You must submit a request for payment of benefits from the health plans within one year after the date of service. If an out-of-network provider submits a claim on your behalf, you will be responsible for the timeliness of the provider's submitting the claim. If you don't provide the claim information to the appropriate claims administrator within one year after the date of

service, benefits for that service will be denied or reduced, according to the claims administrator's discretion. This time limit does not apply while you are legally incapacitated. If your claim relates to an inpatient stay, the date of service is the date your inpatient stay ends.

### Information Required for Your Claim

When you request payment of benefits from your health plan, you generally do not have to use a claim form[1]. However, you must provide all of the following information:

- associate's name and address
- patient's name, age, and relationship to the associate
- contract number, which is on your ID card (for the Vision Plan, use "Home Depot" in place of a contract number)
- itemized bill from your provider that includes the following:
  - —patient diagnosis
  - —date(s) of service
  - —procedure code(s) and descriptions of service(s) rendered
  - —charge for each service rendered
  - —provider's name, address, and tax identification number
- date the injury or sickness began, if applicable
- statement indicating either that you are, or you are not, enrolled for coverage under any other group health insurance plan or program (if you are enrolled for other coverage, you must include

the name of any other insurance company)

[1] If your claims administrator is Anthem Blue Cross Blue Shield and if you have an out-of-network claim, you must use their claim form. Call member services at 1-877-434-2734 to obtain a form.

## Payment of Health Plan Benefits

Aetna members: You may assign your benefits directly to your out-of-network provider through your provider's office or by written authorization to Aetna. Assigning your benefits will allow Aetna to pay all or a portion of any eligible expenses due your provider directly to your provider instead of being paid to you.

Anthem BCBS and Cigna members: You may not assign your benefits directly to your out-of-network provider. All eligible expenses due to your provider will be paid to you and you must pay your out-of-network provider directly.

The group health plan will not reimburse third parties that have purchased or been assigned benefits by any health care provider.

## Benefit Determination and Claims Appeals Under the Self-Insured Medical Plans

The self-insured medical plans are listed in Filing Claims for Group Health Plan Benefits earlier in this chapter.

The determination of benefits varies according to the type of service or benefits requested, and the type of health plan. The following pages provide information that describes how the various self-insured medical plans determine your benefits and how to appeal denied claims.

CONFIDENTIAL

CIGNA19-13260024325

You or an authorized representative may file claims and appeals. An authorized representative means a person you authorize, in writing and as required by the claims administrator, to act on your behalf. The Plan will also recognize a court order giving a person authority to submit claims on your behalf. In the case of a claim involving urgent care, a health care professional with knowledge of your condition may also act as your authorized representative. Reference to you in the sections explaining how to file claims and appeal denied claims are intended to include references to your authorized representative.

If your claim is denied in whole or in part, you will receive a written notice of the denial from the claims administrator. The notice will explain the reason for the denial and the appeal procedures available under the Plan.

## Aetna: Appeal Procedures

### Procedures Regarding Benefit Determinations

Urgent Care Claims. An "Urgent Care Claim" is any claim for medical care or treatment for which the application of the time periods for making non-urgent care determinations could seriously jeopardize your life or health or your ability to regain maximum function, or, in the opinion of a physician with knowledge of your medical condition, would subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

If the Plan requires advance approval of a service, supply, or procedure before a benefit will be payable and if the Plan or your physician determines that

such service, supply or procedure is for an urgent care claim, you will be notified of the decision not later than 72 hours after the claim is received.

If there is not sufficient information to decide the claim, you will be notified of the information necessary to complete the claim as soon as possible, but not later than 24 hours after receipt of the claim.

You will be given a reasonable additional amount of time, but not less than 48 hours, to provide the information, and you will be notified of the decision not later than 48 hours after the end of that additional time period (or after receipt of the information, if earlier).

Other Claims (pre-service and post-service). If the Plan requires you to obtain advance approval of a service, supply, or procedure before a benefit will be payable, a request for advance approval is considered a pre-service claim. You will be notified of the decision not later than 15 days after receipt of the pre-service claim.

For post-service claims (claims for benefits that are filed after medical care has been received), you will be notified of the decision not later than 30 days after receipt of the claim.

For either a pre-service or a post-service claim, these time periods may be extended up to an additional 15 days due to circumstances outside the Plan's control. In that case, you will be notified of the extension before the end of the initial 15- or 30-day period.

For example, the time periods may be extended because you have not submitted sufficient informa-

tion, in which case you will be notified of the specific information necessary and given an additional period of at least 45 days after receiving the notice to furnish that information. You will be notified of the Plan's claim decision no later than 15 days after the end of that additional period (or after receipt of the information, if earlier).

For pre-service claims which name a specific claimant, medical condition, and service or supply for which approval is requested, and which are submitted to a Plan representative responsible for handling benefit matters, but which otherwise fail to follow the Plan's procedures for filing pre-service claims, you will be notified of the failure within five days (within 24 hours in the case of an urgent care claim) and of the proper procedures to be followed. The notice may be oral unless you request written notification.

Ongoing Course of Treatment. If you have received pre-authorization for an ongoing course of treatment, you will be notified in advance if the Plan intends to terminate or reduce benefits for the authorized course of treatment so that you will have an opportunity to appeal the decision before the termination or reduction takes effect. If the course of treatment involves urgent care, and you request an extension of the course of treatment at least 24 hours before its expiration, you will be notified of the decision within 24 hours after receipt of the request.

CONFIDENTIAL

CIGNA19-13260024326

## Filing an Appeal of an Adverse Benefit Determination

### Standard Appeals

As an individual enrolled in the Plan, you have the right to file an appeal from an Adverse Benefit Determination relating to service(s) you have received or could have received from your health care provider under the Plan.

An "Adverse Benefit Determination" is defined as a denial, reduction, termination of, or failure to, provide or make payment (in whole or in part) for a service, supply or benefit. Such Adverse Benefit Determination may be based on:

* Your eligibility for coverage, including a retrospective termination of coverage (whether or not there is an adverse effect on any particular benefit);

* Coverage determinations, including plan limitations or exclusions;

* The results of any Utilization Review activities;

* A decision that the service or supply is experimental or investigational; or

* A decision that the service or supply is not medically necessary.

A "Final Internal Adverse Benefit Determination" is defined as an Adverse Benefit Determination that has been upheld by the appropriate named fiduciary (Aetna) at the completion of the internal appeals process, or an Adverse Benefit Determination for which the internal appeals process has been exhausted.

## Exhaustion of Internal Appeals Process

Generally, you are required to complete all appeal processes of the Plan before being able to obtain External Review or bring an action in litigation. However, if Aetna, or the Plan or its designee, does not strictly adhere to all claim determination and appeal requirements under applicable federal law, you are considered to have exhausted the Plan's appeal requirements ("Deemed Exhaustion") and may proceed with External Review or may pursue any available remedies under §502(a) of ERISA or under state law, as applicable.

There is an exception to the Deemed Exhaustion rule. Your claim or internal appeal may not go straight to External Review if:

* A rule violation was minor and is not likely to influence a decision or harm you; and

* It was for a good cause or was beyond Aetna's or the Plan's or its designee's control; and

* It was part of an ongoing good faith exchange between you and Aetna or the Plan.

This exception is not available if the rule violation is part of a pattern or practice of violations by Aetna or the Plan.

You may request a written explanation of the violation from the Plan or Aetna, and the Plan or Aetna must provide such explanation within 10 days, including a specific description of its bases, if any, for asserting that the violation should not cause the internal claims and appeals process to be deemed exhausted. If an External Reviewer or a court rejects your request for immediate review on the basis that

the plan met the standards for the exception, you have the right to resubmit and pursue the internal appeal of the claim. In such a case, within a reasonable time after the External Reviewer or court rejects the claim for immediate review (not to exceed 10 days), you will receive notice of the opportunity to resubmit and pursue the internal appeal of the claim. Time periods for re-filing the claim shall begin to run upon your receipt of such notice.

## Full and Fair Review of Claim Determinations and Appeals

You may file an appeal in writing to Aetna at the address provided in this booklet, or, if your appeal is of an urgent nature, you may call Aetna's Member Services Unit at the toll-free phone number on the back of your ID card (also listed in the Plan Administration chapter). Your request should include the group name (that is, your employer), your name, member ID, or other identifying information shown on the front of the Explanation of Benefits form.

You may also submit written comments, documents, records and other information relating to your claim, whether or not the comments, documents, records or other information were submitted in connection with the initial claim. A copy of the specific rule, guideline or protocol relied upon in the Adverse Benefit Determination will be provided free of charge upon request by you or your Authorized Representative. You may also request that Aetna provide you, free of charge, copies of all documents, records and other information relevant to the claim.

In addition, Aetna will provide you, free of charge, with

CONFIDENTIAL    CIGNA19-13260024327

any new or additional evidence considered, relied upon or generated by Aetna (or at the direction of Aetna), or any new or additional rationale as soon as possible and sufficiently in advance of the date on which the notice of Final Internal Adverse Benefit Determination is provided, to give you a reasonable opportunity to respond prior to that date.

An Aetna representative may call you or your health care provider to obtain medical records and/or other pertinent information in order to respond to your appeal.

With the exception of urgent care claims, you will have 180 days following receipt of an Adverse Benefit Determination to appeal the decision to the Plan. You will be notified of the decision on appeal not later than 15 days (for pre-service claims) or 30 days (for post-service claims) after the appeal is received.

If your claim involves urgent care, an expedited appeal may be initiated by a telephone call to Member Services. The Member Services telephone number is on your identification card. You may appeal urgent care claim denials either orally or in writing. All necessary information, including the appeal decision, will be communicated between you and the Plan by telephone, facsimile, or other similar method. You will be notified of the decision not later than 36 hours after the appeal is received.

If you are dissatisfied with the appeal decision on a claim involving urgent care, you may file a second level appeal with the Plan. You will be notified of the decision not later than 36 hours after the appeal is received.

If you are dissatisfied with a pre-service or post-service appeal decision, you may file a second level appeal

with the Plan within 60 days of receipt of the level one appeal decision. The Plan will notify you of the decision not later than 15 days (for preservice claims) or 30 days (for post-service claims) after the appeal is received.

If you do not agree with the Final Internal Adverse Benefit Determination on review, you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

## Health Claims – Voluntary Appeals

### External Review

"External Review" is a review of an Adverse Benefit Determination or a Final Internal Adverse Benefit Determination by an Independent Review Organization/ External Review Organization (ERO) or by the State Insurance Commissioner, if applicable.

A "Final External Review Decision" is a determination by an ERO at the conclusion of an External Review.

You must complete all of the levels of standard appeal described above before you can request External Review, other than in a case of Deemed Exhaustion. Subject to verification procedures that the Plan may establish, your Authorized Representative may act on your behalf in filing and pursuing this voluntary appeal.

You may file a voluntary appeal for External Review of any Adverse Benefit Determination or any Final Internal Adverse Benefit Determination that qualifies as set forth below.

The notice of Adverse Benefit Determination or Final Internal Adverse Benefit Determination that you receive from Aetna will describe the process to fol-

low if you wish to pursue an External Review, and will include a copy of the *Request for External Review Form*.

You must submit the *Request for External Review Form* to Aetna within 123 calendar days of the date you received the Adverse Benefit Determination or Final Internal Adverse Benefit Determination notice. If the last filing date would fall on a Saturday, Sunday or Federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday or Federal holiday. You also must include a copy of the notice and all other pertinent information that supports your request.

If you file a voluntary appeal, any applicable statute of limitations will be tolled while the appeal is pending. The filing of a claim will have no effect on your rights to any other benefits under the Plan. However, the appeal is voluntary and you are not required to undertake it before pursuing legal action.

If you choose not to file for voluntary review, the Plan will not assert that you have failed to exhaust your administrative remedies because of that choice.

### Request for External Review

The External Review process under this Plan gives you the opportunity to receive review of an Adverse Benefit Determination (including a Final Internal Adverse Benefit Determination) conducted pursuant to applicable law. Your request will be eligible for External Review if the following are satisfied:

- Aetna, or the Plan or its designee, does not strictly adhere to all claim determination and appeal requirements under federal law, subject to certain exceptions ("Deemed Exhaustion"); or

CONFIDENTIAL

CIGNA19-13260024328

# Claims & Appeals

* the standard levels of appeal have been exhausted and the appeal relates to (i) a rescission, defined as a cancellation or discontinuance of coverage which has retroactive effect; or (ii) medical judgment (excluding those that involve only contractual or legal interpretation without any use of medical judgment), as determined by the external reviewer.

An Adverse Benefit Determination based upon your eligibility is not eligible for External Review.

If upon the final standard level of appeal, the coverage denial is upheld and it is determined that you are eligible for External Review, you will be informed in writing of the steps necessary to request an External Review.

An independent review organization refers the case for review by a neutral, independent clinical reviewer with appropriate expertise in the area in question. The decision of the independent external expert reviewer is binding on you, Aetna and the Plan unless otherwise allowed by law.

### Preliminary Review

Within 5 business days following the date of receipt of the request, Aetna must provide a preliminary review determining whether: (i) you were covered under the Plan at the time the service was requested or for retroactive reviews, whether you were covered under the Plan at the time the service was provided, (ii) the determination does not relate to eligibility under the Plan (except where the claim relates to a recission of coverage); and (iii) you have exhausted the internal appeals process (unless Deemed Exhaustion applies) and you have provided all paperwork necessary to complete the External Review.

Within one (1) business day after completion of the preliminary review, Aetna must issue to you a notification in writing. If the request is complete but not eligible for External Review, such notification will include the reasons for its ineligibility and contact information for the Employee Benefits Security Administration (toll-free number 866-444-EBSA (3272)). If the request is not complete, such notification will describe the information or materials needed to make the request complete and Aetna must allow you to perfect the request for External Review within the 123 calendar days filing period or within the 48 hour period following the receipt of the notification, whichever is later.

### Referral to ERO

Aetna will assign an ERO accredited as required under federal law, to conduct the External Review. The assigned ERO will timely notify you in writing of the request's eligibility and acceptance for External Review, and will provide an opportunity for you to submit in writing within 10 business days following the date of receipt, additional information that the ERO must consider when conducting the External Review. Within one (1) business day after making the preliminary review decision, the ERO must notify you, Aetna and the Plan.

The ERO will review all of the information and documents timely received. In reaching a decision, the assigned ERO will review the claim and not be bound by any decisions or conclusions reached during the Plan's internal claims and appeals process. In addition to the documents and information provided, the assigned ERO, to the extent the information or documents are available and the ERO considers them appropriate, will consider the following in reaching a decision:

(i) Your medical records;

(ii) The attending health care professional's recommendation;

(iii) Reports from appropriate health care professionals and other documents submitted by the Plan or issuer, you, or your treating provider;

(iv) The terms of your Plan to ensure that the ERO's decision is not contrary to the terms of the Plan, unless the terms are inconsistent with applicable law;

(v) Appropriate practice guidelines, which must include applicable evidence-based standards and may include any other practice guidelines developed by the Federal government, national or professional medical societies, boards, and associations;

(vi) Any applicable clinical review criteria developed and used by Aetna, unless the criteria are inconsistent with the terms of the Plan or with applicable law; and

(vii) The opinion of the ERO's clinical reviewer or reviewers after considering the information described in this notice to the extent the information or documents are available and the clinical reviewer or reviewers consider appropriate.

The assigned ERO must provide written notice of the Final External Review Decision within 45 days after the ERO receives the request for the External Review.

---

CONFIDENTIAL

CIGNA19-13260024329

The ERO must deliver the notice of Final External Review Decision to you, Aetna and the Plan.

After a Final External Review Decision, the ERO must maintain records of all claims and notices associated with the External Review process for six years. An ERO must make such records available for examination by the claimant, Plan, or State or Federal oversight agency upon request, except where such disclosure would violate State or Federal privacy laws.

Upon receipt of a notice of a Final External Review Decision reversing the Adverse Benefit Determination or Final Internal Adverse Benefit Determination, the Plan immediately must provide coverage or payment (including immediately authorizing or immediately paying benefits) for the claim.

### Expedited External Review

The Plan must allow you to request an expedited External Review at the time you receive:

(a) An Adverse Benefit Determination if the Adverse Benefit Determination involves a medical condition for which the timeframe for completion of an expedited internal appeal would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function and you have filed a request for an expedited internal appeal; or

(b) A Final Internal Adverse Benefit Determination, if you have a medical condition where the timeframe for completion of a standard External Review would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function, or if the Final Internal

Adverse Benefit Determination concerns an admission, availability of care, continued stay, or health care item or service for which you received emergency services, but have not been discharged from a facility.

Immediately upon receipt of the request for expedited External Review, Aetna will determine whether the request meets the reviewability requirements set forth above for standard External Review. Aetna must immediately send you a notice of its eligibility determination.

### Referral of Expedited Review to ERO

Upon a determination that a request is eligible for External Review following preliminary review, Aetna will assign an ERO. The ERO shall render a decision as expeditiously as your medical condition or circumstances require, but in no event more than 72 hours after the ERO receives the request for an expedited External Review. If the notice is not in writing, within 48 hours after the date of providing that notice, the assigned ERO must provide written confirmation of the decision to you, Aetna and the Plan.

### Requirement to file an Appeal before filing a lawsuit

No lawsuit or legal action of any kind related to a benefit decision may be filed by you in a court of law or in any other forum, unless it is commenced within one year after the earlier of the date your claim arises or the date your claim is denied. You must exhaust the Plan's internal Appeals Procedure but not including any voluntary level of appeal, before filing a lawsuit or taking other legal action of any kind against the Plan. If your health benefit plan is sponsored by your employer and

subject to the Employee Retirement Income Security Act of 1974 (ERISA) and your appeal as described above results in an adverse benefit determination, you have a right to bring a civil action under Section 502(a) of ERISA.

### Anthem Blue Cross Blue Shield: Appeal Provisions

For purposes of these Appeal provisions, "claim for benefits" means a request for benefits under the Plan. The term includes both pre-service and post-service claims.

* A pre-service claim is a claim for benefits under the Plan for which you have not received the benefit or for which you may need to obtain approval in advance.

* A post-service claim is any other claim for benefits under the Plan for which you have received the service.

If your claim is denied or if your coverage is rescinded:

* you will be provided with a written notice of the denial or rescission; and

* you are entitled to a full and fair review of the denial or rescission.

The procedure the claims administrator will follow will satisfy the requirements for a full and fair review under applicable federal regulations.

### Notice of Adverse Benefit Determination

If your claim is denied, the claims administrator's notice of the adverse benefit determination (denial) will include:

CONFIDENTIAL

CIGNA19-13260024330

* information sufficient to identify the claim involved

* the specific reason(s) for the denial;

* a reference to the specific plan provision(s) on which the claims administrator's determination is based;

* a description of any additional material or information needed to perfect your claim;

* an explanation of why the additional material or information is needed;

* a description of the Plan's review procedures and the time limits that apply to them, including a statement of your right to bring a civil action under ERISA if you appeal and the claim denial is upheld;

* information about any internal rule, guideline, protocol, or other similar criterion relied upon in making the claim determination and about your right to request a copy of it free of charge, along with a discussion of the claims denial decision;

* information about the scientific or clinical judgment for any determination based on medical necessity or experimental treatment, or about your right to request this explanation free of charge, along with a discussion of the claims denial decision; and

* the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman who may assist you

For claims involving urgent/concurrent care:

* the claims administrator's notice will also include a description of the applicable urgent/concurrent

review process; and

* the claims administrator may notify you or your authorized representative within 24 hours orally and then furnish a written notification.

## Appeals

You have the right to appeal an adverse benefit determination (claim denial or rescission of coverage). You or your authorized representative must file your appeal within 180 calendar days after you are notified of the denial or rescission. You will have the opportunity to submit written comments, documents, records, and other information supporting your claim. The claims administrator's review of your claim will take into account all information you submit, regardless of whether it was submitted or considered in the initial benefit determination.

The claims administrator shall offer two mandatory levels of appeal. The second level of appeal may be a panel review, independent review, or other process consistent with the entity reviewing the appeal. The time frame allowed for the claims administrator to complete its review is dependent upon the type of review involved (e.g. pre-service, concurrent, post-service, urgent, etc.).

For pre-service claims involving urgent/concurrent care, you may obtain an expedited appeal. You or your authorized representative may request it orally or in writing. All necessary information, including the claims administrator's decision, can be sent between the claims administrator and you by telephone, facsimile or other similar method. To file an appeal for a claim involving urgent/concurrent care, you or your authorized representative

must contact the claims administrator at the number shown on your identification card and provide at least the following information:

* the identity of the claimant;

* the date(s) of the medical service;

* the specific medical condition or symptom;

* the provider's name

* the service or supply for which approval of benefits was sought; and

* any reasons why the appeal should be processed on a more expedited basis.

All other requests for appeals should be submitted in writing by the Member or the Member's authorized representative, except where the acceptance of oral appeals is otherwise required by the nature of the appeal (e.g. urgent care). You or your authorized representative must submit a request for review to:

Anthem Blue Cross and Blue Shield
ATTN: Appeals
P.O. Box 105187
Atlanta, GA 30348

Upon request, the claims administrator will provide, without charge, reasonable access to, and copies of, all documents, records, and other information relevant to your claim. "Relevant" means that the document, record, or other information:

* was relied on in making the benefit determination; or

* was submitted, considered, or produced in the course of making the benefit determination; or

---

CONFIDENTIAL

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 368 of 405

# Claims & Appeals

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

the claims administrator at the number shown on your identification card and provide at least the following information:

* the identity of the claimant;

* The date (s) of the medical service;

* the specific medical condition or symptom;

* the provider's name

* the service or supply for which approval of benefits was sought; and

* any reasons why the appeal should be processed on a more expedited basis.

All other requests for External Review should be submitted in writing unless the claims administrator determines that it is not reasonable to require a written statement. Such requests should be submitted by you or your authorized representative to:

Anthem Blue Cross and Blue Shield
ATTN: Appeals
P.O. Box 105187
Atlanta, GA 30348

This is not an additional step that you must take in order to fulfill your appeal procedure obligations described above. Your decision to seek External Review will not affect your rights to any other benefits under this health care plan. There is no charge for you to initiate an independent External Review. Your External Review will be completed within 72 hours for urgent/concurrent reviews and within 45 calendar days for pre- and post-service reviews. The External Review decision is final and binding on all parties except for any relief available through applicable state laws or ERISA.

## Requirement to file an Appeal before filing a lawsuit

No lawsuit or legal action of any kind related to a benefit decision may be filed by you in a court of law or in any other forum, unless it is commenced within one year after the earlier of the date your claim arises or the date your claim is denied. You must exhaust the Plan's internal Appeals Procedure but not including any voluntary level of appeal, before filing a lawsuit or taking other legal action of any kind against the Plan. If your health benefit plan is sponsored by your employer and subject to the Employee Retirement Income Security Act of 1974 (ERISA) and your appeal as described above results in an adverse benefit determination, you have a right to bring a civil action under Section 502(a) of ERISA.

## Cigna: When You Have a Complaint or an Appeal

For the purposes of this section, any reference to "you" or "your" also refers to a representative or provider designated by you to act on your behalf; unless otherwise noted.

Cigna wants you to be completely satisfied with the care you receive. That is why Cigna has established a process for addressing your concerns and solving your problems.

## Start With Customer Service

Cigna is here to listen and help. If you have a concern regarding a person, a service, the quality of care, contractual benefits, or a rescission of coverage, you may call the toll-free number on your ID card, explanation of benefits, or claim form and explain your concern to one of our Customer Service representatives. You may also express that concern in writing.

Cigna will do its best to resolve the matter on your initial contact. If Cigna needs more time to review or investigate your concern, Cigna will get back to you as soon as possible, but in any case within 30 days. If you are not satisfied with the results of a coverage decision, you may start the appeals procedure.

## Internal Appeals Procedure

To initiate an appeal, you must submit a request for an appeal in writing to Cigna within 180 days of receipt of a denial notice. You should state the reason why you feel your appeal should be approved and include any information supporting your appeal. If you are unable or choose not to write, you may ask Cigna to register your appeal by telephone. Call or write us at the toll-free number on your ID card, explanation of benefits, or claim form.

Your appeal will be reviewed and the decision made by someone not involved in the initial decision. Appeals involving medical necessity or clinical appropriateness will be considered by a health care professional.

Cigna will respond in writing with a decision within 30 calendar days after Cigna receives an appeal for a required preservice or concurrent care coverage determination or a postservice medical necessity determination. Cigna will respond within 60 calendar days after we receive an appeal for any other postservice coverage determination. If more time or

CONFIDENTIAL

CIGNA19-13260024332

* demonstrates compliance with processes and safeguards to ensure that claim determinations are made in accordance with the terms of the plan, applied consistently for similarly-situated claimants; or

* is a statement of the plan's policy or guidance about the treatment or benefit relative to your diagnosis.

The claims administrator will also provide you, free of charge, with any new or additional evidence considered, relied upon, or generated in connection with your claim. In addition, before you receive an adverse benefit determination on review based on a new or additional rationale, the claims administrator will provide you, free of charge, with the rationale.

## How Your Appeal will be Decided

When the claims administrator considers your appeal, the claims administrator will not rely upon the initial benefit determination. The review will be conducted by an appropriate reviewer who did not make the initial determination and who does not work for the person who made the initial determination. The second-level review will be conducted by an appropriate reviewer who did not make the initial determination or the first-level appeal determination and who does not work for the person who made the initial determination or first-level appeal determination.

If the denial was based in whole or in part on a medical judgment, including whether the treatment is experimental, investigational, or not medically necessary, the reviewer will consult with a health care professional who has the appropriate training

and experience in the medical field involved in making the judgment. This health care professional will not be one who was consulted in making an earlier determination or who works for one who was consulted in making an earlier determination.

## Notification of the Outcome of the Appeal

If you appeal a claim involving urgent/concurrent care, the claims administrator will notify you of the outcome of the appeal as soon as possible, but not later than 72 hours after receipt of your request for appeal.

If you appeal any other pre-service claim, the claims administrator will notify you of the outcome of the appeal within 30 days after receipt of your request for appeal.

If you appeal a post-service claim, the claims administrator will notify you of the outcome of the appeal within 60 days after receipt of your request for appeal.

## Appeal Denial

If your appeal is denied, that denial will be considered an adverse benefit determination. The notification from the claims administrator will include all of the information set forth in the above section entitled "Notice of Adverse Benefit Determination."

## Second Level Appeals

If you are dissatisfied with the Plan's first level appeal decision, a second level appeal may be available. If you would like to initiate a second level appeal, please write to the address listed in the Appeals section for

Anthem Blue Cross Blue Shield earlier in this chapter. Second level appeals must be submitted within 60 calendar days of the denial of the first level appeal. You are required to complete a second level appeal prior to submitting a request for an independent External Review or bringing an action in litigation.

## External Review

If the outcome of the second level appeal is adverse to you, you may be eligible for an independent External Review pursuant to federal law.

You must submit your request for External Review to the claims administrator within four (4) months of the notice of your final internal adverse determination.

A request for a External Review must be in writing unless the claims administrator determines that it is not reasonable to require a written statement. You do not have to re-send the information that you submitted for internal appeal. However, you are encouraged to submit any additional information that you think is important for review.

For pre-service claims involving urgent/concurrent care, you may proceed with an Expedited External Review without filing an internal appeal or while simultaneously pursuing an expedited appeal through our internal appeal process. You or your authorized representative may request it orally or in writing. All necessary information, including the claims administrator's decision, can be sent between the claims administrator and you by telephone, facsimile or other similar method. To proceed with an Expedited External Review, you or your authorized representative must contact

CONFIDENTIAL

CIGNA19-13260024333

information is needed to make the determination, Cigna will notify you in writing to request an extension of up to 15 calendar days and to specify any additional information needed to complete the review.

In the event any new or additional information (evidence) is considered, relied upon or generated by Cigna in connection with the appeal, Cigna will provide this information to you as soon as possible and sufficiently in advance of the decision, so that you will have an opportunity to respond. Also, if any new or additional rationale is considered by Cigna, Cigna will provide the rationale to you as soon as possible and sufficiently in advance of the decision so that you will have an opportunity to respond.

You may request that the appeal process be expedited if, (a) the time frames under this process would seriously jeopardize your life, health or ability to regain maximum functionality or in the opinion of your physician would cause you severe pain which cannot be managed without the requested services; or (b) your appeal involves nonauthorization of an admission or continuing inpatient hospital stay.

If you request that your appeal be expedited based on (a) above, you may also ask for an expedited external review at the same time, if the time to complete an expedited review would be detrimental to your medical condition.

When an appeal is expedited, Cigna will respond orally with a decision within 72 hours, followed up in writing.

You are required to complete all intenal appeal

processes of the Plan before being able to obtain External Review or bring an action in litigation.

## Notice of Benefit Determination on Appeal

Every notice of a determination on appeal will be provided in writing or electronically and, if an adverse determination, will include: information sufficient to identify the claim; the specific reason or reasons for the adverse determination; reference to the specific plan provisions on which the determination is based; a statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records, and other Relevant Information as defined below; a statement describing any voluntary appeal procedures offered by the plan and the claimant's right to bring an action under ERISA section 502(a), if applicable; upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your appeal, and an explanation of the scientific or clinical judgment for a determination that is based on a medical necessity, experimental treatment or other similar exclusion or limit; and information about any office of health insurance consumer assistance or ombudsman available to assist you in the appeal process. A final notice of an adverse determination will include a discussion of the decision.

You also have the right to bring a civil action under Section 502(a) of ERISA if you are not satisfied with the decision on appeal. You or your plan may have other voluntary alternative dispute resolution options such as mediation. One way to find out what may be available

is to contact your local U.S. Department of Labor office and your State insurance regulatory agency. You may also contact the Plan Administrator.

## Relevant Information

Relevant information is any document, record or other information which: was relied upon in making the benefit determination; was submitted, considered or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; demonstrates compliance with the administrative processes and safeguards required by federal law in making the benefit determination; or constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

## Requirement to file an Appeal before filing a lawsuit

No lawsuit or legal action of any kind related to a benefit decision may be filed by you in a court of law or in any other forum, unless it is commenced within one year after the earlier of the date your claim arises or the date your claim is denied. You must exhaust the Plan's internal Appeals Procedure but not including any voluntary level of appeal, before filing a lawsuit or taking other legal action of any kind against the Plan. If your health benefit plan is sponsored by your employer and subject to the Employee Retirement Income Security Act of 1974 (ERISA) and your appeal as

CONFIDENTIAL

CIGNA19-13260024334

described above results in an adverse benefit determination, you have a right to bring a civil action under Section 502(a) of ERISA.

## CVS Caremark Prescription Claim Appeals Process

When you would like a review of a drug coverage decision, you or your representative have the right to appeal the decision. An appeal may be filed within 180 days from the date of the claim.

Appeals must be submitted in writing to CVS Caremark at the following address or fax number:

CVS Caremark, Inc.
Appeals Department, MC109
P.O. Box 52084
Phoenix, AZ 85072-2084
Fax Number: 1-866-689-3092

In your appeal, explain the reason for the appeal, the claim or drug being appealed, your CVS Caremark ID number, name, date of birth and any documentation that you feel is appropriate in support of your appeal (a copy of your benefits booklet, a doctor's letter, etc.).

The appeal will be reviewed based on your prescription drug benefit design. If the appeal is due to a prior authorization denial, the prior authorization criteria will also be reviewed.

Prior authorization denials are reviewed within 15 days. If your physician requests an urgent review of a prior authorization denial, it will be completed within 24 hours. Your physician may submit the request in writing to the address or fax number above or by calling 1-866-443-1183 (available only to physicians). All other appeals are reviewed within 30 days

of CVS Caremark receiving complete information. For all appeals you will be notified of the determination in writing.

## Second Level Appeal Option

If your first level appeal is denied and you have an additional level of appeal (e.g., second-level appeal), the appeal contact information will also be provided in your written notification.

## External Review Rights

If your additional level of appeal (e.g., second level appeal) is also denied and you do not agree with the decision, you may have the right to request an external review of the decision as permitted under the Patient Protection and Affordable Care Act of 2010 or to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA).

To request an external review of the denial of your claim, you must submit a request for external review within four (4) months after receiving your denial notice. The request should be sent to:

CVS Caremark
External Review Appeals Department
MC109
P.O. Box 52084
Phoenix, AZ 85072-2084

For standard external review, a decision will be made within 45 days of receiving your request. However, if your situation meets the definition of urgent under the law, the external review of your claim will be conducted on an expedited basis. Generally, an urgent situation is defined by law as

one in which your health may be in serious jeopardy or, in the opinion of your physician, you may experience pain that cannot be adequately controlled while you wait for a decision on the external review of your claim. If you or your physician believe your situation is urgent as defined by law, you or your physician may request an expedited appeal. Urgent requests must be clearly identified as "urgent" at submission.

You or someone you name to act for you (your authorized representative) may file an appeal. You may name a relative, friend, advocate or anyone else as your appointed representative. You and that person may need to complete, sign and date a form showing that he/she is authorized under state law to represent you. By completing this form, you give that person legal permission to act as your appointed representative. You may supply any additional information when you submit your claim. You may also wish to present testimony on your behalf.

If you request an external review, an independent organization will review CVS Caremark's decision and provide you with a written determination. If this organization decides to overturn CVS Caremark's decision, CVS Caremark will provide coverage or payment for your health care item or service.

## Spending Accounts: Request for Level I Appeal

If any portion of your submitted claim isn't eligible for reimbursement, you'll receive notification from Your Spending Account. If you believe that your claim (or a portion of it) was denied incorrectly, please call 1-800-555-4954 and speak to a representative. If Your Spending Account determines that the claim (or a portion of it) was correctly

CONFIDENTIAL

CIGNA19-13260024335

denied, you may request a review of the denial at no cost by completing and submitting a Level I Appeal Initiation Form to Your Spending Account Benefit Determination Review Team. You may request the Level I Appeal Initiation Form from the Benefits Choice Center and it will be mailed to you as soon as possible.

To be considered a valid Level I Appeal, the Your Spending Account Benefit Determination Review Team must receive the Level I Appeal Initiation Form, along with any supporting comments, documents, and other information, within 180 days after notification that a claim isn't eligible. Please mail your documentation, first-class postage paid, to:

Your Spending Account Benefit Determination Review Team
P.O. Box 1444
Lincolnshire, IL 60069-1444

When completing the Level I Appeal Initiation Form, please state the reason you believe the claim for benefits was improperly denied. You may submit any comments, questions, documents, or information that you deem appropriate. The Your Spending Account Benefit Determination Review Team will review your Level I Appeal and will consider the applicable terms and provisions of the Plan, information and evidence that is presented by you and any other information it deems relevant and provide you with a written explanation of the benefit determination:

* Within 30 days of receipt of appeal for the Health Care Spending Account

* Within 90 days of receipt of appeal for the Dependent Care Spending Account

### Defective Requests for Level 1 Appeal

In the case of your failure to follow the Plan's procedures for filing a valid Level I Appeal, you will be notified of the failure and the proper procedures to be followed in filing a Level I Appeal. This notice will be provided to you as soon as possible.

### Notice of Extension of Review Time

The Benefit Determination Review Team may extend the period for making the benefit determination by 15 days if it determines that such an extension is necessary due to matters beyond its control. The Benefit Determination Review Team must notify you of the circumstances requiring the extension and the date by which it expects to render a decision before the end of the initial 30-day period.

If an extension is necessary due to your failure to submit necessary information, the notice of extension will describe the required information. You will be given at least 45 days from receipt of the notice within which to provide the specified information, and the 30-day extension period in which the decision is required to be made will be suspended from the date on which the notification is sent to you until the earlier of (1) the date you respond to the request for additional information, or (2) the due date established by the Benefit Determination Review Team to provide the requested information.

### Manner and Content of Notification of Denied Level I Appeal

You will be provided with written notice of any denial in accordance with applicable U.S. Department of Labor regulations. The notification will include:

A. The specific reason or reasons for the denial;

B. Reference to the specific provision(s) of the Plan on which the determination is based;

C. A description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary;

D. If an internal rule, guideline, protocol or other similar criterion was relied upon in making the denial, the notice will either (1) include the specific rule, guideline, protocol or other similar criterion of the Plan that was relied upon or (2) provide a statement that such rule, guideline, protocol or similar criterion was relied upon, and that a copy will be provided free of charge to you upon request;

E. If the denial is based on a medical necessity or experimental treatment or similar exclusion or limit, the notice will provide either (1) an explanation of the scientific or clinical judgment relied upon for the determination, or (2) a statement that such explanation will be provided free of charge upon request; and

F. A description of the Plan's review procedures and the time limits applicable to such procedures, and if a claim involving urgent care, of the expedited review process.

### Appeal of Denied Level I Appeal

If any portion of your Level I Appeal is denied, and you believe that it was denied in error, you have the right to appeal that decision to the Your Spending Account Benefit Determination Review Team within 180 days of the date you received the denial notification. If you don't submit a Level II Appeal Initiation

CONFIDENTIAL

CIGNA19-13260024336

# Claims & Appeals

Form to the Your Spending Account Benefit Determination Review Team during this period, no further action will be taken and you will not be able to file a Level II Appeal for this claim at a later date.

We must receive the Level II Appeal Initiation Form along with any supporting comments, documents, and other information to be considered a valid claim. Please mail your documentation, first-class postage paid, to:

Your Spending Account-
Benefit Determination Review Team
P.O. Box 1444
Lincolnshire, IL  60069-1444

A Level II Appeal Initiation Form will be included with the Level I Appeal determination letter. If for some reason it is not, you may request that one be mailed to you by calling 1-800-555-4954 and speaking to a representative.

When submitting your Level II Appeal Form, please state the reason you believe the claim for benefits was improperly denied. You may submit any comments, questions, documents, or information that you deem appropriate. The Your Spending Account Benefit Determination Review Team will review your Level II Appeal and will consider the applicable terms and provisions of the Plan, information and evidence that is presented by you and any other information it deems relevant, within 60 days of receipt and provide you with a written explanation of the benefit determination.

## Defective Level II Appeals

In the case of your failure to follow the Plan's proce-dures for filing a valid Level II Appeal, you will be notified of the failure and the proper procedures to be followed in filing a Level II Appeal. This notice will be provided to you as soon as possible.

Your Level II Appeal will receive a full and fair review by someone other than the person who initially made the unfavorable benefit determination or his or her subordinate. You have the right to request copies of all documents, records, and other informa-tion used in evaluating your claim at no cost. If an internal rule, guideline, protocol, or another standard was relied on in making the unfavorable benefit determination, upon request, the Your Spending Account Benefit Determination Review Team will pro-vide you with a copy free of charge. If the unfavor-able benefit determination was made based on a lack of medical necessity, an experimental treatment, or another similar exclusion or limit, upon request, the Your Spending Account Benefit Determination Review Team will provide an explanation of the sci-entific or clinical judgment for the unfavorable benefit determination free of charge.

If the Your Spending Account Benefit Determination Review Team denies your Level II Appeal and you aren't satisfied with the decision, you'll have rights under Section 502(a) of the Employment Retirement Income Security Act of 1974 (ERISA) to bring a civil action in federal court. Your state may have addition-al internal appeal and/or external review processes available to you to resolve disputes. Additionally, you and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office.

## PayFlex Claims Process – Limited Purpose Flexible Spending Account (LPFSA)

For the Limited Flexible Spending Account you must submit claims no later than April 30 of the calendar year following the Plan Year. Any claims submitted after that time will not be considered.

If a Limited Flexible Spending Account claim under the Plan is denied in whole or in part, you or your beneficiary will receive written notification. The notifi-cation will include the reasons for the denial, with ref-erence to the specific provisions of the Plan on which the denial was based, a description of any additional information needed to process the claim and an explanation of the claims review procedure. Within 60 days after denial, you or your beneficiary may submit a written request for reconsideration of the denial to the Administrator.

Any such request should be accompanied by docu-ments or records in support of your appeal. You or your beneficiary may review pertinent documents and submit issues and comments in writing. The claims administrator will review the claim and pro-vide, within 60 days, a written response to the appeal. (This period may be extended an additional 60 days under certain circumstances.) In this response, the claims administrator will explain the reason for the decision, with specific reference to the provisions of the Plan on which the decision is based. The claims administrator has the exclusive right to interpret the appropriate plan provisions. Decisions of the claims administrator are conclusive and legally binding on all parties.

The claims administrator will provide written or elec-

CONFIDENTIAL

CIGNA19-13260024337

tronic notification of any claim denial. The notice will state:

(a) The specific reason or reasons for the denial;

(b) Reference to the specific Plan provisions on which the denial was based;

(c) A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary;

(d) A description of the Plan's review procedures and the time limits applicable to such procedures. This will include a statement of your right to bring a civil action under section 502 of ERISA following a denial on review;

(e) A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim; and

(f) If the denial was based on an internal rule, guideline, protocol, or other similar criterion, the specific rule, guideline, protocol, or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol, or criterion was relied upon in making the denial and a copy will be provided free of charge to the claimant upon request.

When you receive a denial, you will have 180 days following receipt of the notification in which to appeal the decision. You may submit written comments, documents, records, and other information relating to the claim. If you request, you will be provided, free of charge, reasonable access to, and copies of, all

documents, records, and other information relevant to the claim.

The period of time within which a denial on review is required to be made will begin at the time an appeal is filed in accordance with the procedures of the Plan. This timing is without regard to whether all the necessary information accompanies the filing.

A document, record, or other information shall be considered relevant to a claim if it:

(a) was relied upon in making the claim determination;

(b) was submitted, considered, or generated in the course of making the claim determination, without regard to whether it was relied upon in making the claim determination;

(c) demonstrated compliance with the administrative processes and safeguards designed to ensure and to verify that claim determinations are made in accordance with Plan documents and Plan provisions have been applied consistently with respect to all claimants; or

(d) constituted a statement of policy or guidance with respect to the Plan concerning the denied claim.

The review will take into account all comments, documents, records, and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial claim determination. The review will not afford deference to the initial denial and will be conducted by a fiduciary of the Plan who is neither the individual who made the adverse determination nor a subordinate of that individual.

For information regarding fraudulent activity on your debit card, or any other dispute specific to the use of your debit card, please refer to the card holder agreement you received when the card was issued or call PayFlex at 1-800-506-9157.

## Benefit Determination and Claims and Appeals Under the Fully-Insured Medical, Dental and Vision Plans

The fully-insured medical, dental and vision plans listed in Filing Claims for Benefits earlier in this chapter automatically provide information to participants about the process for appealing denied claims. Such information is adopted by reference as part of the Claims and Appeals chapter. In the event of a conflict between the information about the process for appealing denied claims for such plans provided in this chapter and the information provided directly from the plan, the information provided directly from the plan will govern. If you need more information about the process for appealing denied claims for benefits under a fully-insured plan, you should contact the insurance company directly. For phone numbers and addresses, see the Plan Administration chapter. Home Depot is not involved in the review of claims or appeals under the fully insured plans.

## Kaiser Permanente: Complaints, Grievances and Arbitration Process Overview

### Introduction

A complaint is an expression of dissatisfaction with care, service, or benefits that's non-monetary in nature.

CONFIDENTIAL

CIGNA19-13260024338

A grievance is an expression of dissatisfaction for which the member seeks a referral, provision of services or supplies, or reimbursement for services or supplies or other financial resolution.

To improve the quality of care and service Kaiser Permanente provides and increase member satisfaction, Kaiser Permanente encourages members to inform Kaiser Permanente when they have a complaint or grievance, and Kaiser Permanente works with them to address their issues as quickly and fairly as possible.

Kaiser Permanente's members have the advantage of being able to meet directly with a Member Services representative at select Kaiser Permanente medical facilities to discuss a complaint or grievance in person. They can also file a complaint or grievance in writing via fax, mail, or e-mail on kp.org. Or they can call the Member Service Call Center and file over the phone.

Several of the complaints received are addressed to the member's satisfaction immediately or by the end of the next business day and members are notified of the resolution verbally. Any complaint or grievance that cannot be resolved by the end of the next business day is acknowledged by mail within five days.

Representatives in the Member Services Departments at medical facilities or case managers in the Member Case Resolution Center are responsible for investigating complaints or grievances that cannot be resolved by the end of the next business day.

Representatives work with designated physician leaders and department managers to investigate the concerns reported in member complaints and to resolve them to the members' satisfaction. A written notice of the resolution of the complaint is sent to the member within 30 days of receipt.

## Claims Inquiry Process

For California, Northwest, Mid-Atlantic, and Georgia:

Member inquiries about basic claims information can be conveniently made through Member Services at 1-855-9KAISER (1-855-952-4737), the single number they need for almost all their inquiries and services. Member Services representatives can tell a member if a claim has been paid or is on hold for any reason. More complex issues are sent via e-mail to the Claims Administration Department. When the Member Services representative receives a response from the Claims Department, he or she calls the member with the updated information.

Hawaii Only:

All claims questions for services from a Kaiser Permanente provider, please call 1-808-432-5255 (Oahu), or 800-966-5955 (Neighbor Islands). For claims assistance regarding emergency treatment from non-Kaiser Permanente providers, please contact 808-243-6610. Added Choice members who have questions about claims from non-Kaiser Permanente providers, please call 1-800-238-5742.

## Grievance Process

A grievance involves a dispute about coverage or medically necessary services. Similar to the complaint process, Case Managers in the Member Case Resolution Centers, investigate the issues and requests contained in member grievances. For issues involving medical care, physicians in a similar or same specialty participate in the investigation and review. After concluding the investigation, Case Managers prepare a case summary and forward the case to the appropriate reviewers for a decision. Only physicians can make a decision about medical necessity. If the grievance is denied, it's automatically forwarded to the appeal process. Further investigation takes place with individuals not involved in the previous decision. The Case Manager prepares an updated case summary and forwards the case to the appropriate reviewers for a decision. As in the previous decision, only physicians can make a decision about medical necessity.

Decisions are made based on a full investigation of the grievance, including the member's perspective and other available information, such as medical records, medical necessity criteria, and the Evidence of Coverage.

CONFIDENTIAL

CIGNA19-13260024339

denials and approvals, are sent within 30 days of receiving the grievance. When a member or physician has requested an expedited review, we'll provide a written or oral response within 72 hours.

If the member's request is approved, the case manager will work with the member's physician and medical center personnel to arrange for the member to receive the approved services.

If the member's request is denied, the letter will include the reasons for the denial and information about any additional options the member may have if they are dissatisfied with the decision.

To maintain regulatory compliance and help ensure that member concerns are addressed quickly and fairly, written and verbal complaints and grievances are documented in the complaints tracking system and are tracked until it's resolved and the case is closed. To monitor the effectiveness of the complaint resolution process and the quality and service performance, Kaiser Permanente generates a wide variety of reports daily, weekly, and monthly. These reports also help develop best practices and quickly identify any negative trends so that corrective action can be implemented as needed.

An ongoing, extensive, systematic quality review process helps to ensure high levels of performance, responsiveness, and regulatory compliance from intake through case closure.

For specific information on filing a complaint or grievance and the options available to members, please refer to your group Evidence of Coverage.

## Arbitration Process

Arbitration is a widely used method of dispute resolution that is an alternative to traditional litigation; Kaiser Permanente's California Regions have used mandatory binding arbitration to resolve malpractice and other disputes for more than 25 years. Arbitration is used because it is a speedier and mutually more cost-effective and equitable form of dispute resolution than traditional courtroom litigation. In addition to Northern California and Southern California, the Hawaii and Colorado regions use arbitration.

Kaiser Permanente uses binding arbitration to resolve disputes because it is mutually equitable and cost-effective for both sides. It also avoids the delays inherent to an overworked, backlogged court system. Arbitration is more private (regarding the discussion of medical records and other personal details) and less formal than traditional litigation. It is consequently more appropriate for the resolution of disputes with persons who, in many cases, continue to be health plan members.

Members are notified about mandatory binding arbitration through Disclosure Forms and Evidences of Coverage, contracts, membership brochures and other publications, as well as by notification on Kaiser Permanente enrollment forms.

Arbitration is used to resolve disputes (other than Small Claims Court cases or claims subject to a Medicare appeal procedure) such as those for premises or professional liability matters, including claims alleging medical malpractice. However, ERISA regulations prohibit mandatory arbitration of ERISA-regulated benefit claims.

Applicable to California only, the use of an Independent Administrator is to ensure impartial, independent administration of the arbitration process. The Independent Administrator is subject to scrutiny by the Arbitration Oversight Board and by regular audits and reports that are available to members and the public. Arbitrations are conducted according to the Rules of Procedure which were developed by the Independent Administrator in consultation with the Arbitration Oversight Board and Kaiser Permanente.

For more information on the Office of the Independent Administrator, log on to: http://oia-kaiserarb.com/

The grievance process precedes the arbitration process and is used to resolve concerns or problems about coverage, services or benefits. A member who is dissatisfied with the decision reached in the grievance process can proceed to arbitration.

Kaiser Permanente also supports and engages in early mediation in many cases.

## Blue Shield of California

### For all Services other than Mental Health

If you have a question about services, providers, benefits, how to use your Plan, or concerns regarding the quality of care or access to care that you have experienced, you may call Blue Shield's Member Services Department 888-587-9503.

The hearing impaired may contact Blue Shield's Member Services Department through Blue Shield's toll-free TTY number, 1-800-241-1823.

CONFIDENTIAL

CIGNA19-13260024340

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 377 of 405

**Claims & Appeals**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

You also may write to the Blue Shield Member Services Department at the address listed in the Plan Administration chapter.

Member Services can answer many questions over the telephone.

Note: Blue Shield of California has established a procedure for our members to request an expedited decision. A member, physician, or representative of a member may request an expedited decision when the routine decision making process might seriously jeopardize the life or health of a member, or when the member is experiencing severe pain. Blue Shield shall make a decision and notify the member and physician as soon as possible to accommodate the member's condition not to exceed 72 hours following the receipt of the request. An expedited decision may involve admissions, continued stay, or other health care services. If you would like additional information regarding the expedited decision process, or if you believe your particular situation qualifies for an expedited decision, please contact our Member Services Department at 1-888-587-9503.

### For all Mental Health Services

For all Mental Health Services, Blue Shield of California has contracted with the Plan's MHSA. The MHSA should be contacted for questions about Mental Health Services, MHSA Participating Providers, or Mental Health Benefits. You may contact the MHSA at the telephone number or address which appear below:

1-877-263-9952
Blue Shield of California
Mental Health Service Administrator
P.O. Box 719002
San Diego, CA 92171-9002

The MHSA can answer many questions over the telephone.

Note: The MHSA has established a procedure for our members to request an expedited decision. A member, physician, or representative of a member may request an expedited decision when the routine decision making process might seriously jeopardize the life or health of a member, or when the member is experiencing severe pain. The MHSA shall make a decision and notify the member and physician as soon as possible to accommodate the member's condition not to exceed 72 hours following the receipt of the request. An expedited decision may involve admissions, continued stay, or other health care services. If you would like additional information regarding the expedited decision process, or if you believe your particular situation qualifies for an expedited decision, please contact the MHSA at the number listed above.

### Grievance Process

Blue Shield of California has established a grievance procedure for receiving, resolving and tracking members' grievances with Blue Shield of California.

For all services other than Mental Health Members, a designated representative, or a provider on behalf of the member may contact the Member Services Department by telephone, letter or online to request

a review of an initial determination concerning a claim or service. Members may contact the Plan at the telephone number as noted on the last page of this booklet. If the telephone inquiry to Member Services does not resolve the question or issue to the member's satisfaction, the member may request a grievance at that time, which the Member Services Representative will initiate on the member's behalf.

The member, a designated representative, or a provider on behalf of the member may also initiate a grievance by submitting a letter or a completed "Grievance Form". The member may request this form from Member Services. The completed form should be submitted to Member Services Appeals and Grievance, P.O. Box 5588, El Dorado Hills, CA 95762-0011. The member may also submit the grievance online by visiting http://www.blueshield-ca.com.

Blue Shield will acknowledge receipt of a grievance within 5 calendar days. Grievances are resolved within 30 days. The grievance system allows members to file grievances for at least 180 days following any incident or action that is the subject of the member's dissatisfaction. See the previous Member Services section for information on the expedited decision process.

### For all Mental Health Services

Members, a designated representative, or a provider on behalf of the member may contact the MHSA by telephone, letter or online to request a review of an initial determination concerning a claim or service. Members may contact the MHSA at the telephone

CONFIDENTIAL

CIGNA19-13260024341

number as noted below. If the telephone inquiry to the MHSA's Member Services Department does not resolve the question or issue to the Member's satisfaction, the member may request a grievance at that time, which the Member Services Representative will initiate on the member's behalf.

The member, a designated representative, or a provider on behalf of the member may also initiate a grievance by submitting a letter or a completed "Grievance Form". The member may request this form from the MHSA's Member Services Department. If the member wishes, the MHSA's Member Services staff will assist in completing the Grievance Form. Completed grievance forms must be mailed to the MHSA at the address provided below. The member may also submit the grievance to the MHSA online by visiting http://www.blueshield-ca.com.

1-877-263-9952
Blue Shield of California
Mental Health Service Administrator
P.O. Box 719002
San Diego, CA 92171-9002

The MHSA will acknowledge receipt of a grievance within 5 calendar days. Grievances are resolved within 30 days. The grievance system allows Members to file grievances for at least 180 days following any incident or action that is the subject of the member's dissatisfaction. See the previous Member Services section for information on the expedited decision process.

Note: If your Employer's health Plan is governed by

the Employee Retirement Income Security Act ("ERISA"), you may have the right to bring a civil action under Section 502(a) of ERISA if all required reviews of your claim have been completed and your claim has not been approved. Additionally, you and your Plan may have other voluntary alternative dispute resolution options, such as mediation.

## External Independent Medical Review

If your grievance involves a claim or services for which coverage was denied by Blue Shield or by a contracting provider in whole or in part on the grounds that the service is not Medically Necessary or is Experimental/Investigational (including the external review available under the Friedman-Knowles Experimental Treatment Act of 1996), you may choose to make a request to the Department of Managed Health Care to have the matter submitted to an independent agency for external review in accordance with California law. You normally must first submit a grievance to Blue Shield and wait for at least 30 days before you request external review; however, if your matter would qualify for an expedited decision as described above or involves a determination that the requested service is Experimental/Investigational, you may immediately request an external review following receipt of notice of denial. You may initiate this review by completing an application for external review, a copy of which can be obtained by contacting Member Services. The Department of Managed Health Care will review the application and, if the request qualifies for external review, will select an external review agency and have your records submitted to a qualified specialist for an independent determination of whether the

care is Medically Necessary. You may choose to submit additional records to the external review agency for review. There is no cost to you for this external review. You and your Physician will receive copies of the opinions of the external review agency. The decision of the external review agency is binding on Blue Shield; if the external reviewer determines that the service is Medically Necessary, Blue Shield will promptly arrange for the Service to be provided or the claim in dispute to be paid. This external review process is in addition to any other procedures or remedies available to you and is completely voluntary on your part; you are not obligated to request external review. However, failure to participate in external review may cause you to give up any statutory right to pursue legal action against Blue Shield regarding the disputed service. For more information regarding the external review process, or to request an application form, please contact Member Services.

## Department of Managed Health Care Review

The California Department of Managed Health Care is responsible for regulating health care service plans. If you have a grievance against your health Plan, you should first telephone Member Services at 1-888-587-9503 and use your health Plan's grievance process before contacting the Department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that may be available to you. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your health Plan, or a grievance that has remained unresolved for more

CONFIDENTIAL

CIGNA19-13260024342

than 30 days, you may call the Department for assistance. You may also be eligible for an Independent Medical Review (IMR). If you are eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The Department also has a toll-free telephone number (1-888-HMO-2219) and a TDD line (1-877-688-9891) for the hearing and speech impaired. The Department's Internet Web site (http://www.hmohelp.ca.gov) has complaint forms, IMR application forms and instructions online.

In the event that Blue Shield should cancel or refuse to renew the enrollment for you or your dependents and you feel that such action was due to health or utilization of benefits, you or your dependents may request a review by the Department of Managed Health Care Director.

## Claims Involving the Critical Illness Protection Plan

### Claim Review

If a claim is denied, Allstate will give written notice of:

1. the reason for denial; and

2. the policy provision that relates to the denial; and

3. your right to ask for a review of your claim; and

4. your right to submit any additional information that might allow us to change our decision.

Allstate will provide you free of charge copies of documents, records and other information relevant to your claim.

### Appeals Procedure

No action at law or in equity shall be brought to recover under the policy prior to the expiration of 60 days after written proof of loss has been furnished in accordance with the requirements of the plan. No action shall be brought after the expiration of 3 years after the time written proof of loss is required to be furnished.

## Aetna/SRC Health Coverage Appeals Procedure: Hospital Indemnity Plan

### Definitions

**Adverse Benefit Determination:** A denial; reduction; termination of; or failure to provide or make payment (in whole or in part) for a service, supply or benefit.

Such **adverse benefit determination** may be based on (1) your eligibility for coverage; (2) the results of any Utilization Review activities; (3) a determination that the service or supply is **experimental or investigational**; or (4) a determination that the service or supply is not **medically necessary**.

**Appeal:** A written request to Aetna to reconsider an **adverse benefit determination**.

**Complaint:** Any written expression of dissatisfaction about quality of care or the operation of the Plan.

**Post-Service Claim:** Any claim that is not a "Pre-Service Claim."

**Urgent Care Claim:** Any claim for medical care or treatment in which a delay in treatment could jeopardize your life; jeopardize your ability to regain maximum function; cause you to suffer severe pain that cannot be adequately managed without the requested medical care or treatment; or in the case of a pregnant woman, cause serious jeopardy to the health of the fetus.

### Claim Determinations

#### Urgent Care Claims

Aetna will make notification of an urgent care claim determination as soon as possible but not more than 72 hours after the claim is made. If more information is needed to make an urgent claim determination, Aetna will notify the claimant within 24 hours of receipt of the claim. The claimant has 48 hours after receiving such notice to provide Aetna with the additional information. Aetna will notify the claimant within 48 hours of the earlier of the receipt of the additional information or the end of the 48 hour period given the physician to provide Aetna with the information. If the claimant fails to follow plan procedures for filing a claim, Aetna will notify the claimant within 24 hours following the failure to comply.

Note to Arizona residents: If you are resident of Arizona, call Aetna/SRC at 1-800-508-4014 for more information about appeals rules that apply to you.

#### Post-Service Claims

Aetna will make notification of a claim determination as soon as possible but not later than 30 calendar days after the post-service claim is made. Aetna may determine that due to matters beyond its control an extension of this 30 calendar day claim determination period is required. Such an extension, of not longer than 15

CONFIDENTIAL

CIGNA19-13260024343

additional calendar days, will be allowed if Aetna notifies you within the first 30 calendar day period. If this extension is needed because Aetna needs additional information to make a claim determination, the notice of the extension shall specifically describe the required information. The patient will have 45 calendar days, from the date of the notice, to provide Aetna with the required information.

## Complaints

If you are dissatisfied with the service you receive from the Plan or want to complain about a provider, you must write Aetna Customer Service within 30 calendar days of the incident. You must include a detailed description of the matter and include copies of any records or documents that you think are relevant to the matter. Aetna will review the information and provide you with a written response within 30 calendar days of the receipt of the **complaint**, unless additional information is needed and it cannot be obtained within this period. The notice of the decision will tell you what you need to do to seek an additional review.

## Appeals of Adverse Benefit Determinations

You may submit an **appeal** if Aetna gives notice of an **adverse benefit determination**. This Plan provides for two levels of **appeal**. It will also provide an option to request an external review of the **adverse benefit determination**.

You have 180 calendar days following the receipt of notice of an **adverse benefit determination** to request your level one **appeal**. Your **appeal** may be submitted in writing and should include:

- Your name;
- Your employer's name;
- A copy of Aetna's notice of an **adverse benefit determination**;
- Your reasons for making the **appeal**; and
- Any other information you would like to have considered.

Send in your **appeal** to:

SRC, an Aetna Company
Attn: Appeals Resolution Team
PO Box 14463
Lexington, KY 40512-4463

Or, call in your appeal to Customer Service using the toll-free telephone number shown on your ID Card. You may also choose to have another person (an authorized representative) make the **appeal** on your behalf by providing written consent to Aetna.

### Level One Appeal

A level one **appeal** of an **adverse benefit determination** shall be provided by Aetna personnel not involved in making the **adverse benefit determination**.

**Urgent care claims.** Aetna shall issue a decision within 36 hours of receipt of the request for an appeal.

**Post-Service Claims.** Aetna shall issue a decision within 30 calendar days of receipt of the request for an **appeal**.

### Level Two Appeal

If Aetna upholds an **adverse benefit determination** at the first level of **appeal**, and the reason for the

adverse determination was based on **medical necessity** or **experimental or investigational** reasons, you or your authorized representative have the right to file a level two **appeal**. The **appeal** must be submitted within 60 calendar days following the receipt of notice of a level one **appeal**. A level two **appeal** of an **adverse benefit determination** of an **urgent care claim** or a **Post-Service Claim** shall be provided by Aetna personnel not involved in making an **adverse benefit determination**.

**Urgent Care Claims.** Aetna shall issue a decision within 36 hours of receipt of the request for a level two appeal.

**Post-Service Claims.** Aetna shall issue a decision within 30 calendar days of receipt of the request for a level two **appeal**.

## Exhaustion of Process

You must exhaust the applicable Level one and Level two processes of the Appeal Procedure before you:

- contact your state's Department of Insurance to request an investigation of a **complaint** or **appeal**; or
- file a complaint or appeal with the your state's Department of Insurance; or
- establish any:
  - litigation;
  - arbitration; or
  - administrative proceeding.

CONFIDENTIAL

Regarding an alleged breach of the policy terms by Aetna Life Insurance Company; or any matter within the scope of the Appeals Procedure.

### External Review

Aetna may deny a claim because it determines that the care is not appropriate or a service or treatment is experimental or investigational in nature. In either of these situations, you may request an external review if you or your provider disagrees with Aetna's decision. An external review is a review by an independent physician, selected by an External Review Organization, who has expertise in the problem or question involved.

To request an external review, the following requirements must be met:

- You have received notice of the denial of a claim by Aetna; and

- Your claim was denied because Aetna determined that the care was not necessary or was experimental or investigational; and

- The cost of the service or treatment in question for which you are responsible exceeds $500; and

- You have exhausted the applicable internal appeal processes.

The claim denial letter you receive from Aetna will describe the process to follow if you wish to pursue an external review, including a copy of the Request for External Review Form.

You must submit the Request for External Review Form to Aetna within 60 calendar days of the date you received the final claim denial letter. You also

must include a copy of the final claim denial letter and all other pertinent information that supports your request.

Aetna will contact the Independent Review Organization that will conduct the review of your claim. The Independent Review Organization will select a physician reviewer with appropriate expertise to perform the review. In making a decision, the external reviewer may consider any appropriate credible information that you send along with the Request for External Review Form, and will follow Aetna's contractual documents and plan criteria governing the benefits. You will be notified of the decision of the Independent Review Organization usually within 30 calendar days of Aetna's receipt of your request form and all necessary information. A quicker review is possible if your physician certifies (by telephone or on a separate Request for External Review Form) that a delay in receiving the requested service or supply would endanger your health. Expedited reviews are decided within 3 to 5 calendar days after Aetna receives the request.

Aetna will abide by the decision of the independent reviewer, except where Aetna can show conflict of interest, bias or fraud.

You are responsible for the cost of compiling and sending the information that you wish to be reviewed by the Independent Review Organization to Aetna. Aetna is responsible for the cost of sending this information to the Independent Review Organization and for the cost of the external review.

For more information about Aetna's External Review

program, call the toll-free Customer Services telephone number shown on your ID card.

## MetLife Dental Plans

### Appealing the Initial Determination

If MetLife denies your claim, you may make two appeals of the initial determination. Upon your written request, MetLife will provide you free of charge with copies of documents, records and other information relevant to your claim. You must submit your appeal to MetLife at the following address within 180 days of receiving MetLife's decision:

MetLife, Group Claims Review
P.O. Box 14589
Lexington, KY 40512

Appeals must be in writing and must include at least the following information:

- Name of employee

- Name of the plan

- Reference to the initial decision

- Whether the appeal is the first or second appeal of the initial determination

- An explanation of why you are appealing the initial determination.

As part of each appeal, you may submit any written comments, documents, records, or other information relating to your claim.

After MetLife receives your written request appealing the initial determination or determination on the first appeal, MetLife will conduct a full and fair review of

CONFIDENTIAL

CIGNA19-13260024345

your claim. Deference will not be given to initial denials, and MetLife's review will look at the claim anew. The review on appeal will take into account all comments, documents, records, and other information that you submit relating to your claim without regard to whether such information was submitted or considered in the initial determination. The person who will review your appeal will not be the same person as the person who made the initial decision to deny your claim. In addition, the person who is reviewing the appeal will not be a subordinate of the person who made the initial decision to deny your claim. If the initial denial is based in whole or in part on a medical judgment, MetLife will consult with a health care professional with appropriate training and experience in the field of dentistry involved in the judgment. This health care professional will not have consulted on the initial determination, and will not be a subordinate of any person who was consulted on the initial determination.

MetLife will notify you in writing of its final decision within 30 days after MetLife's receipt of your written request for review, except that under special circumstances MetLife may have up to an additional 30 days to provide written notification of the final decision. If such an extension is required, MetLife will notify you prior to the expiration of the initial 30 day period, state the reason(s) why such an extension is needed, and state when it will make its determination.

If MetLife denies the claim on appeal, MetLife will send you a final written decision that states the reason(s) why the claim you appealed is being denied and references any specific Plan provision(s) on which the denial is based. If an internal rule, protocol, guideline or other criterion was relied upon in denying the claim on appeal, the final written decision will state the rule, protocol, guideline or other criteria or indicate that such rule, protocol, guideline or other criteria was relied upon and that you may request a copy free of charge. Upon written request, MetLife will provide you free of charge with copies of documents, records, and other information relevant to your claim.

## EyeMed Vision Plans

If a claim for benefits is denied, EyeMed Vision Care/FAA will notify the member in writing of the specific reasons for the denial. The member may request a full review by EyeMed Vision Care/FAA within 180 days of the date of a denial. The member's written letter of appeal should include the following:

* The applicable claim number or a copy of the EyeMed Vision Care/FAA denial information or Explanation of Benefits, if applicable.

* The item of your vision coverage that the member feels was misinterpreted or inaccurately applied.

* Additional information from the member's eye care provider that will assist EyeMed Vision Care/FAA in completing its review of the member's appeal, such as documents, records, questions or comments.

The appeal should be mailed to the following address:

EyeMed Vision Care, L.L.C./FAA
Attn: Quality Assurance Dept.
4000 Luxottica Place
Mason, Ohio 45040

EyeMed Vision Care/FAA will review your appeal for benefits and notify you in writing of its decision, as well as the reasons for the decision, with reference to specific plan provisions.

## Employee Assistance Program: Claim Determinations

ValueOptions will generally make a determination on your request for EAP services and inform you of its determination in your initial telephone call to request services. If ValueOptions cannot decide while on the initial call, ValueOptions will decide within five calendar days of your request for services or of notice to ValueOptions of a circumstance that affects the availability of further EAP services. ValueOptions will inform you by telephone of its determination within one business day after it decides.

If ValueOptions determines that you need Urgent Care, ValueOptions will provide telephonic crisis counseling and make an appropriate referral through your benefit plan and/or emergency resources in the community. ValueOptions does not make claim determinations relating to Urgent Care.

Because ValueOptions pays all EAP providers directly, you should not make any payment to a provider for EAP services. In the event that you mistakenly pay a provider for EAP services, ValueOptions will make a determination on your request for reimbursement within 15 days after receipt of the claim (if EAP services have not yet been received) or with 30 days after receipt of the claim (if the EAP services have already been received).

CONFIDENTIAL

CIGNA19-13260024346

## Adverse Determinations of a Claim for EAP Benefits

If a claim for EAP benefits is wholly or partially denied, ValueOptions will provide written notice of the denial to you or your authorized representative. This notice of the decision will:

* give the specific reason or reasons for the denial decision;

* identify Plan provisions on which the decision is based;

* describe any additional material or information necessary for an appeal review and an explanation of why it is necessary;

* explain the review procedure, including time limits for appealing the decision and to sue in federal court;

## Appeals of Adverse Determinations of Claims for EAP Benefits

If you believe your claim for EAP benefits was denied in error, you may appeal the decision. Your appeal must be submitted in writing to ValueOptions within 180 days following your receipt of a denial notice. Your appeal should state the reasons why you feel your claim for EAP benefits is valid and include any additional documentation that you feel supports your claim for EAP benefits. You can also include any additional questions or comments. You may submit written comments, documents, records and other information relating to your appeal, whether or not the comments, documents, records or information were submitted in connection with the initial claim for EAP benefits. On your request, ValueOptions will make relevant documents avail-

able to you.

The review of the initial decision will consider all new information, whether or not it was presented or available for the initial decision. The person who conducts the appeal review will be different from the person(s) who originally denied your claim for EAP benefits and will not report directly to the original decision maker or prior reviewer.

You or your authorized representative will be notified of the appeal decision within the following time frames:

* If the case involves an adverse determination on a request for EAP services or a pre-service adverse determination relating to reimbursement, within thirty days of ValueOptions' receipt of the request for appeal;

* If the case involves a post-service adverse determination relating to reimbursement, within sixty days of ValueOptions' receipt of the request for appeal.

## Appeal Decisions

ValueOptions will give you or your authorized representative the decision on the appeal in writing. If the denial is upheld on appeal, the notice will include the following information:

* the specific reason or reasons for the denial decision;

* identification of Plan provisions on which the decision is based;

* notice of your right to receive, free of charge, upon your request, any internal rule, guidelines, protocol or similar criterion relied on in making

the decision;

* notice of your right to receive, free of charge, upon your request, reasonable access to, and copies of, all documents, records and other information relevant to the appeal;

* notice of your right to bring a civil lawsuit under ERISA §502(a).

If you do not agree with the final decision of ValueOptions, you may bring a lawsuit in federal district court. You cannot bring legal action unless your claim has been reviewed and denied by ValueOptions.

## Claims Involving Disability Benefits and Disability Determinations

If Aetna denies your claim, you may appeal the decision. Upon your written request, Aetna will provide you free of charge with copies of documents, records and other information relevant to your claim. You must submit your appeal to your Aetna disability case manager within 180 days of receiving Aetna's decision for the Full-Time Hourly Short-Term Disability Plan and the Full-Time Hourly and Salaried Long-Term Disability Plans and within 30 days of receiving Aetna's decision for the Salaried Short-Term Disability Plan. Submit your appeal to the following address:

Aetna Disability–Workability
P.O. Box 14578
Lexington, KY 40512-4560

Appeals must be in writing and should include the following information:

1. the reason why you feel your claim should not

CONFIDENTIAL

CIGNA19-13260024347

have been denied

2. any written comments, documents, records or other information relating to your claim that was not previously received and which you feel will support your claim

If Aetna does not receive your written request for review within 180 days of your receipt of the denial notice, the claim decision will be final, and no further review of your claim will be conducted. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request for appeal is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

### Appealing a Denied Claim Under FutureBuilder, Life and AD&D Insurance

If an application for benefits is denied in whole or in part, you or your representative will receive written or electronic notification from the claims administrator or Plan Administrator, within 90 days after your claim is received (45 days for dismemberment, accelerated death benefit claims or FutureBuilder claims based on disability), or 180 days under special circumstances (105 days for dismemberment and accelerated death benefit claims and 75 days for FutureBuilder claims based on disability) in which case you will be notified in writing before the end of the first 90-day period of the extension (45 days for dismemberment and accelerated death benefit claims or FutureBuilder claims based on disability), the reason why the extension is needed, and the date by which you can expect to receive a decision.

The denial notice will include:

* the reasons for the denial with reference to the specific plan provisions on which the denial was based;
* a description of any additional information needed to perfect the claim;
* a description of the Plan's review procedures and applicable time limits; and
* a statement of the right to bring a civil action under ERISA Section 502(a) following an adverse benefit determination on review.

If your claim is denied and you would like your claim reconsidered, you or your representative must submit a written request for reconsideration of the claim to the claims administrator or Plan Administrator, as applicable, within 60 days after receiving notice of the denial (180 days for dismemberment, accelerated death benefit claims or FutureBuilder claims based on disability). Any such request should be accompanied by documents, records, or other information in support of the appeal.

You or your representative may have reasonable access to, and copies of, all documents, records, and other information relevant to the claim, free of charge. The review provided will take into account all comments, documents, records, and other information submitted by you, without regard to whether such information was submitted or considered in the initial claim determination. A failure to timely request a review of a denied claim will be treated as full and complete agreement with the denial.

The claims administrator or Plan Administrator will respond within 60 days of the appeal (45 days for dismemberment and accelerated death benefit claims or FutureBuilder claims based on disability), or 120

days under special circumstances (90 days for dismemberment and accelerated death benefit claims and for FutureBuilder claims based on disability) in which case you will be notified in writing of the extension, of the reasons for the extension, and the date the review of the appeal is expected to conclude. In its response to the appeal, the claims administrator will explain, in writing:

* the reasons for the decision, again with reference to the specific plan provisions on which that decision is based;
* a description of the Plan's voluntary appeal procedures (if any); and
* a statement of your right to bring an action under ERISA Section 502(a).

The fiduciary making claim decisions has the right and discretionary authority to interpret the provisions of the Plan under which the claim is made and its decisions will be conclusive and legally binding on all parties.

### Limitation of Actions

No lawsuit with respect to any benefit payable or other matter arising out of or relating to any benefit plan may be brought before exhaustion of the appeal procedures set forth in this chapter. Any lawsuit must be filed no later than one year after the earlier of the date your claim arises or the date your claim is denied. For FutureBuilder claims, this is the earlier of 1 year after denial of appeal by the Plan Administrator or 2 years following the date in the case of any payment, the date such payment was made, or the date your claim arose.

CONFIDENTIAL

CIGNA19-13260024348





Live the ORANGE Life!

# Plan Administration

## U.S. Salaried & Full-Time Hourly Associates

## Chapter Contents

383   **Benefit Plan Administration**
383   Qualified Domestic Relations Order (QDRO) Under FutureBuilder
383   Qualified Medical Child Support Order
384   Provider Networks
384   Plan Legal Matters
384   Plan Year
384   Plan and Employer Identification Numbers
384   How the Plans Are Funded
385   Amending or Terminating the Plans
385   Authority and Control
385   **Your Rights Under the Employee Retirement Income Security Act (ERISA)**
385   Receive Information About Your Plan and Benefits
385   Continue Group Health Plan Coverage
386   Prudent Actions by Plan Fiduciaries
386   Enforce Your Rights
386   Assistance With Your Questions
386   **Limitation of Actions**
386   **Plan Termination and Amendment**
387   **Plan Administration Summary**
388   **Medical, Dental and Vision Claim Administrators**

CONFIDENTIAL     CIGNA19-13260024349

# Plan Administration

## Getting the Most Value From Your Plan

| What do you need? | Find it here... |
|---|---|
| • Request a copy of the official plan documents for the Plans<br><br>• Receive a copy of the written procedures for determining whether a QMCSO is valid | Contact the Plan Administrator at:<br>Home Depot U.S.A., Inc.,<br>Benefits Department, Building C-18,<br>2455 Paces Ferry Road, Atlanta, GA 30339-4024 |
| Find out who the claims administrator is for a specific Plan | See the Plan Administration Summary at the end of this section for claim administrator phone numbers and addresses. The Plan Administrator and the claims administrator often are two different entities. |
| Get answers to questions about your rights under ERISA or help in obtaining documents | Call the publications hotline of the Employee Benefits Security Administration (EBSA) at 1-866-444-3272; or go to www.dol.gov/ebsa; or Contact the nearest EBSA office. |

## Benefit Plan Administration

Many of the Company benefit plans operate under the guidelines of ERISA (Employee Retirement Income Security Act of 1974, as amended). The Company maintains these Plans for the exclusive benefit of its associates and, when applicable, associates' legal spouses and eligible domestic partners and/or dependent children and/or beneficiaries. ERISA requires that certain disclosures must be made to Plan participants. The following pages include this information as well as other important details about your benefits coverage.

## Qualified Domestic Relations Order (QDRO) Under FutureBuilder

If you are a beneficiary/alternate payee under a QDRO, you are entitled to obtain from the Plan Administrator for FutureBuilder, without charge, a description of the Plan's procedures governing QDRO determinations.

## Qualified Medical Child Support Order

The Plans provide coverage for your child pursuant to the terms of a Qualified Medical Child Support Order (QMCSO) even if you do not have legal custody of the child, the child is not dependent on you for support, and regardless of any enrollment season restrictions that might otherwise exist for dependent coverage. If the Plan receives a valid QMCSO and you do not enroll the dependent child, the custodial parent or state agency may enroll the affected child. Additionally, the Company will deduct from your pay any contributions required for such coverage unless payment is made by a state agency.

A QMCSO may be either a National Medical Child Support Notice issued by a state child support agency or an order or a judgment from a state court or administrative body directing the Company to cover a child under the Plan. Federal law provides that a QMCSO must meet certain form and content requirements in order to be valid. If you have any questions or you would like to receive a copy of the written procedure, free of charge, for determining whether a QMCSO is valid, please contact the Plan Administrator.

CONFIDENTIAL

CIGNA19-13260024350

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 387 of 405

# Plan Administration

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

## Provider Networks

Certain benefit options under the Medical, Vision and Dental Plans have provider networks which vary among the options. Benefits are generally greater when services are provided by a network provider. There is no guarantee that the same doctors, hospitals and other health care providers will be included in your Plan's provider network from year to year. You should read your enrollment material very carefully to ensure that your network isn't changing in the next Plan Year. Before you call for an appointment each year, you should confirm the doctor's, hospital's or other health care provider's participation in your Plan's network by contacting your claims administrator. Lists and/or directories of network providers are available, free of charge. Associates may also access up-to-date provider lists and directories through websites of the individual plans, and through their toll-free Member Services numbers.

## Plan Legal Matters

Service of process for all legal matters should be made on the Plan Sponsor's registered agent for service of process, CT Corp., whose address is available from the Secretary of State in each jurisdiction in which the Plan is administered. Service may also be made upon the Plan Administrator or Trustee at:

Home Depot U.S.A., Inc.
Benefits Department C-18
2455 Paces Ferry Road
Atlanta, GA 30339-4024
Attn: Plan Administrator

Service of process for insured benefit claims should be made on the insurance company or its agent for service of legal process.

## Plan Year

The Plan Administrator maintains the Plans and all records on a fiscal-year basis—February 1 through January 31 of each year.

For FutureBuilder, the Plan Administrator maintains the Plan and all records on a calendar year basis—January 1 through December 31 of each year.

## Plan and Employer Identification Numbers

The IRS has assigned the employer identification number 58-1853319 to the Plan Sponsor of all plans except FutureBuilder. For FutureBuilder, the IRS has assigned the employer identification number 95-3261426 to the Plan Sponsor. For Plan numbers, see Plan Administration Summary. Upon request, the plan administrator can provide you with a list of affiliated employers that have adopted the plans.

## How the Plans Are Funded

The Company and its associates make contributions to the Plans in amounts determined by the Company from time to time. The Company's contributions will be made to the appropriate Plan's trust or insurance policy, where required, as specified by the Plan's funding policy.

An associate's contributions will be made to the appropriate Plan's trust or insurance policy, where required, as soon as administratively practical after such contributions have been received from the associate or withheld from the associate's pay. Benefits are provided directly from the appropriate Plan's trust or insurance policy, where required, as

applicable or from the Company's general assets. The Spending Account contributions are not held in trust.

The Company provides benefits for The Home Depot Basic Term Life, Basic Dependent Term Life, Basic AD&D, Voluntary Term Life, Voluntary Dependent Term Life and Voluntary AD&D through a group insurance policy underwritten by Minnesota Life. The Legal Services Plan (MetLaw) and Dental benefits are provided through a group insurance policy underwritten by Metropolitan Life Insurance Company. The long-term disability benefits and short-term disability benefits for hourly associates are provided through a group insurance policy underwritten by Aetna. The Spending Account benefits are administered by Aon Hewitt.

The Company provides benefits for the Medical Plans, including prescription benefits, a portion through self-funding, and a portion through contracts of insurance. Vision benefits under the Vision Plan are provided through a group insurance policy underwritten by Fidelity Security Life Insurance Company. Critical Illness Protection Plan benefits are provided through a group insurance policy underwritten by American Heritage Life Insurance Company. Hospital Indemnity Plan benefits are provided through a group insurance policy underwritten by Aetna Life Insurance Company.

The Home Depot FutureBuilder is a tax-qualified defined contribution retirement Plan. Benefits under FutureBuilder are not insured under Title IV of ERISA because the Plan is not a defined benefit pension plan.

CONFIDENTIAL

CIGNA19-13260024351

## Amending or Terminating the Plans

Although the Company established its benefit plans with the intention that they be maintained indefinitely, the Plans may be amended, terminated or discontinued at any time. In the event the plans are terminated, you and all other covered associates will be provided in a timely manner with written notice of such termination and your rights.

## Authority and Control

The Plan Administrator (or, for the fully insured benefits, the insurance carrier) has the full power and authority in its absolute discretion to determine all questions of eligibility for and entitlement to benefits, whether legal or factual, and to interpret and construe the terms of the plans. Benefits under each plan will be paid only if the Plan Administrator (or, for the fully insured benefits, the insurance carrier) decides in its discretion that the applicant is entitled to them.

The claims administrator or insurer has the full power and authority in its absolute discretion to determine whether a claim is payable under the Plan and to interpret and construe the terms of the Plan and make factual determinations with respect to claims and appeals for benefits and is a named fiduciary for such purposes.

Benefits under each Plan will be paid only if the Plan Administrator (or, for the fully insured benefits, the insurance carrier) decides in its discretion that the applicant is entitled to the benefits. The Plan administrator retains the full power and discretionary authority to interpret all other aspects of the Plan, and its decisions on those matters, including factual determinations, are final and binding.

## Your Rights Under the Employee Retirement Income Security Act (ERISA)

As a participant in the Medical and Dental Plans, the Vision Plan, the Welfare Benefits Plans and the portion of the Cafeteria Benefit Plan providing the Health Care Spending Account, and FutureBuilder, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to the following.

### Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration. Obtain, upon written request to the Plan administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and an updated summary plan description. The administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan administrator is required by law to furnish each participant with a copy of this summary annual report.

### Continue Group Health Plan Coverage

You may continue certain coverage options for yourself, spouse or dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the Plan on the rules governing your COBRA continuation coverage rights. See the COBRA Coverage chapter for more information.

You should be provided a certificate of creditable coverage, free of charge, from your group health plan when you lose coverage under the Plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a pre-existing condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

CONFIDENTIAL

CIGNA19-13260024352

Case 3:19-cv-01324-JCH     Document 242-1     Filed 07/20/23     Page 389 of 405

# Plan Administration

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called fiduciaries of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension or welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your claim for a pension or a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

## Assistance With Your Questions

If you have any questions about your plan, you should contact the Plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan administrator, you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by:

* calling the publications hotline of the Employee Benefits Security Administration at 1-866-444-3272;

* logging on to the Internet at www.dol.gov/ebsa; or

* contacting the EBSA field office nearest you.

## Limitation of Actions

No lawsuit with respect to any benefit payable or other matter arising out of or relating to any benefit plan may be brought before exhaustion of the appeal procedures set forth in the Claims and Appeals chapter. Any lawsuit must be filed no later than one year after the earlier of the date your claim arises or the date your claim is denied. For FutureBuilder claims, this is the earlier of one year after denial of appeal by the Plan Administrator or two years following the date your claim arose.

## Plan Termination and Amendment

The Plan Sponsor expects and intends to continue the Plans but reserves its right to amend or terminate the Plans, in whole or in part, without notice.

The Plan Sponsor may also increase or decrease its contributions or the participants' contributions to the Plans.

If the Plans are terminated while you are employed by the Company, you will not have any further rights other than the payment of benefits for covered losses or expenses incurred before the Plans are terminated. The amount and form of any final benefit you or your beneficiary receives will depend on any contract provisions affecting the Plans and the Plan Sponsor's decisions. If there are any Plan assets remaining in trust following termination, the use of such Plan assets shall be governed by the terms of the applicable trust. For your rights if FutureBuilder is terminated, see Right to Amend or Terminate the Plan in the FutureBuilder chapter.

CONFIDENTIAL

CIGNA19-13260024353

# Plan Administration

## Plan Administration Summary

| Plan Name | Home Depot Medical and Dental Plan | Home Depot Vision Plan | Home Depot Welfare Benefits Plan | | Home Depot Cafeteria Benefit Plan | The Home Depot FutureBuilder |
|---|---|---|---|---|---|---|
| Plan Type | A welfare plan for reimbursement of non-occupational medical care claims (a portion through self-funding and a portion through contracts of insurance), prescription drugs and dental care claims (a portion through self-funding and a portion through contracts of insurance) and employee assistance benefits | A welfare plan for reimbursement of vision care claims through a contract of insurance | A welfare plan for payment of accidental death and dismemberment, life, disability, critical illness, tuition reimbursement and pre-paid legal benefits through contracts of insurance | | A benefit plan allowing associate contributions for medical, dental and vision coverage to be made on a pre-tax basis and providing health care and dependent day care spending accounts. | A qualified defined contribution retirement plan, with associate and company contributions |
| Plan Number | 501 | 511 | 502 | | 506 | 001 |
| Plan Sponsor | Home Depot U.S.A., Inc. Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 | Home Depot U.S.A., Inc. Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 | Home Depot U.S.A., Inc. Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 | | Home Depot U.S.A., Inc. Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 | The Home Depot, Inc. Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 |
| Plan Trustee | Not applicable | Not applicable | Not applicable | | Not applicable | The Northern Trust Co. 50 S. LaSalle St. Chicago, IL 60675 |
| Plan Administrator* | The Administrative Committee Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 | The Administrative Committee Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 | The Administrative Committee Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 | | The Administrative Committee Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 | The Home Depot FutureBuilder Administrative Committee Benefits Department, Building C-18 2455 Paces Ferry Road Atlanta, GA 30339-4024 1-770-433-8211 |
| Claims Administrator, Insurer or Recordkeeper | See list on following page for Medical and Dental Plan claims administrators | EyeMed Vision Care/FAA Attn: OON Claims P.O. Box 8504 Mason, Ohio 45040-7111 Fax: 1-866-293-7373 | For Disability: Aetna Disability-Workability P.O. Box 14560 Lexington, KY 40512-4560 1-866-400-8762 <br><br> For Life Insurance: Minnesota Life 400 Robert St. N. St. Paul, MN 55101-2098 1-866-293-6047 | For MetLaw: Hyatt Legal Services (pre-paid legal) 1111 Superior Ave. Cleveland, OH 44114 1-800-423-0300 <br><br> For Critical Illness Protection: Allstate Workplace Division 1776 American Heritage Life Drive Jacksonville, FL 32224-6687 1-866-828-8766 <br><br> For the Hospital Indemnity Plan: SRC, an Aetna Company Attn: Claim Department P.O. Box 14079 Lexington, KY 40512-4079 1-800-508-4015 | Aon Hewitt 3350 Riverwood Pkwy Atlanta, GA 30339-3370 1-770-956-7777 <br><br> For Spending Accounts: Aon Hewitt P.O. Box 785040 Orlando, FL 32878-5040 1-800-555-4954 <br><br> For Limited Flexible Spending Account: PayFlex Systems USA, Inc. P.O. Box 3039 Omaha, NE 6810 1-800-506-9157 | The recordkeeper is: Aon Hewitt 3350 Riverwood Pkwy Atlanta, GA 30339-3370 1-770-956-7777 |

The insurer and claims administrator is the Named Fiduciary for decisions on claims and appeals for all Plans other than FutureBuilder.

---

CONFIDENTIAL

CIGNA19-13260024354

## Plan Administration

### Medical, Dental and Vision Claim Administrators

**Medical Plans**

| | | | | | |
|---|---|---|---|---|---|
| Kaiser California—HMO (Northern California) Attn: California Claims Administration Department P.O. Box 12923 Oakland, CA 94604-2923 1-888-9KAISER (1-855-952-4737) | Kaiser California—HMO (Southern California) Claims Administration Department P.O. Box 7004 Downey, CA 90242-7004 1-888-9KAISER (1-855-952-4737) | Kaiser—HMO Northwest 500 NE Multnomah Street Suite 100 Portland, OR 97232-2099 1-888-9KAISER (1-855-952-4737) | Kaiser—HMO Georgia P.O. Box 190849 Claims Administration Atlanta, GA 31119 1-888-9KAISER (1-855-952-4737) | Kaiser HMO—Hawaii Kaiser Foundation Health Plan, Inc. Attn: Claims Administration 80 Mahalani St. Wailuku, HI 96793 243-6610 (Oahu) 1-877-875-3805 (Neighbor Islands) | Blue Shield of California P.O. Box 272540 Chico, CA 95927-2540 1-888 -587-9503 TTY number: 1-800-241-1823 MHSA: 1-877-263-9952 |

**Medical Plans**

| | | | | | |
|---|---|---|---|---|---|
| Aetna—POS PO Box 981106 El Paso, TX 79998-1106 1-800-695-9744 www.aetnanavigator.com | Anthem Blue Cross Blue Shield PO Box 37010 Louisville, KY 40233-7010 1-877-434-2734 | Cigna P.O. Box 182223 Chattanooga, TN 37422 1-866-634-2385 | Kaiser Permanente Colorado - Claims Southern Colorado Service Area PO Box 372910 Denver, CO 80237-6910 1-888-9KAISER (1-855-952-4737) | Kaiser Permanente Colorado Claims Denver/Boulder/ Longmont Service Area P.O. Box 373150 Denver, CO 80237 1-888-9KAISER (1-855-952-4737) | Kaiser Permanente Mid-Atlantic - Claims PO Box 6233 Rockville, MD 20849 1-888-9KAISER (1-855-952-4737) |

**Prescription Drug**

CVS Caremark
Attn: Claims Department
P.O. Box 52196
Phoenix, AZ 85072-2196

**CARE/Solutions for Life**

CARE/Solutions for Life
Latham Claims Department
EAP
P.O. Box 1290
Latham, NY 12110
1-800-553-3504

**Dental Plan**

MetLife Dental Claims
P.O. Box 981282
El Paso, TX 79998-1282
1-800-638-9909
www.metlife.com/dental

**Vision Plan**

EyeMed Vision Care/FAA
Attn: OON Claims
P.O. Box 8504
Mason, Ohio 45040-7111
Fax: 1-866-293-7373
oonclaims@eyemedvisioncare.com

**Health Savings Account**

PayFlex Systems USA, Inc.
P.O. Box 3039
Omaha, NE 68103
1-800-506-9157

CONFIDENTIAL

CIGNA19-13260024355

# MEDICARE PART D

### Important Notice from The Home Depot About Your Prescription Drug Coverage and Medicare

Please read this notice carefully and keep it where you can find it. This notice has information about your current prescription drug coverage with The Home Depot and prescription drug coverage available for people with Medicare. It also explains the options you have under Medicare prescription drug coverage (Medicare Part D) and can help you decide whether or not you want to enroll in a Medicare prescription drug plan. At the end of this notice is information about where you can get help to make decisions about your prescription drug coverage.

* Medicare prescription drug coverage became available in 2006 to everyone with Medicare through Medicare prescription drug plans and Medicare Advantage Plans (like an HMO or PPO) that offer prescription drug coverage. All Medicare prescription drug plans provide at least a standard level of coverage set by Medicare. Some plans may also offer more coverage for a higher monthly premium.

* Home Depot has determined that the prescription drug coverages offered by Home Depot that are listed in the Creditable Coverage column of the table on the next page are, on average for all plan participants, expected to pay out as much as the standard Medicare prescription drug coverage will pay and are therefore considered Creditable Coverage.

* Home Depot has determined that the prescription drug coverages offered by Home Depot that are listed in the Non-Creditable Coverage column of the table below are, on average for all plan participants, **NOT** expected to pay out as much as standard Medicare prescription coverage drug pays and are therefore considered Non-Creditable Coverage. This is important because most likely you will get more help with your drug costs if you join a Medicare drug plan than if you only have coverage from Home Depot. This is also important because it may mean that you may pay a higher premium (a

penalty) if you do not join a Medicare prescription drug plan when you first become eligible.

Read this notice carefully—it explains the options you have under Medicare prescription drug coverage, and can help you decide whether or not you want to enroll.

## Creditable Coverage Notice

If you elected prescription drug coverage that is listed as Creditable Coverage in the table on the next page, please read this notice carefully—it may contain important information about your eligibility for Medicare prescription drug benefits.

Because your existing prescription drug coverage with The Home Depot is on average at least as good as standard Medicare prescription drug coverage, you can keep your Home Depot prescription drug coverage and not pay a higher premium if you later decide to enroll in Medicare prescription drug coverage.

### When can you join a Medicare prescription drug plan?

You can enroll in a Medicare prescription drug plan when you first become eligible for Medicare and each year from October 15th through December 7th. Also, if you lose your current creditable prescription

drug coverage through no fault of your own, you will be eligible for a two (2) month Special Enrollment Period to join a Medicare prescription drug plan. In addition, if you lose or decide to drop your Home Depot prescription drug coverage you will be eligible, because it is employer sponsored group coverage, for a two (2) month Special Enrollment Period to join a Medicare prescription drug plan.

If you are considering enrolling, you should compare your current prescription drug coverage, including which drugs are covered, with the coverage and cost of the plans offering Medicare prescription drug coverage in your area.

### What happens to your current coverage if you decide to join a Medicare drug plan?

If you decide to join a Medicare drug plan, your Home Depot coverage will not be affected. However, if you enroll in a Medicare drug plan and drop your Home Depot prescription drug coverage, be aware that you and your dependents may not be able to get your Home Depot coverage back.

You should also know that if you drop or lose your coverage with Home Depot and don't enroll in Medicare prescription drug coverage within 63 continuous days after your current coverage ends, you

CONFIDENTIAL
CIGNA19-13260024356

**Medicare Part D**

## Your Prescription Drug Coverage: Creditable or Non-Creditable

| Plan | Creditable | Non-Creditable |
|------|:----------:|:--------------:|
| **PPO and Out-of-Area Options** | | |
| Gold | • | |
| Silver Plus PPO | • | |
| Silver Plus HDHP | • | |
| Bronze HDHP | • | |
| **California Medical Options** | | |
| Kaiser Permanente Gold HMO | • | |
| Kaiser Permanente High Deductible Health Plan | • | |
| Blue Shield Gold HMO | • | |
| **Hawaii Medical Options** | | |
| HMSA Preferred Provider Plan (Hawaii) | • | |
| HMSA Health Plan Hawaii Plus (Hawaii) | • | |
| Kaiser Permanente HMO | • | |
| Kaiser Permanente POS | • | |
| **HMOs** | | |
| Kaiser – HMO Colorado Gold | • | |
| Kaiser – HMO Georgia Gold | • | |
| Kaiser – HMO Mid-Atl Gold | • | |
| Kaiser – HMO Northwest Gold | • | |

CONFIDENTIAL

may pay a higher premium (a penalty) to enroll in Medicare prescription drug coverage later.

If you go 63 continuous days or longer without creditable prescription drug coverage, your monthly premium may go up at least 1% of the Medicare base beneficiary premium per month for every month that you did not have that coverage. For example, if you go nineteen months without credible coverage, your premium may consistently be at least 19% higher than the Medicare base beneficiary premium. You may have to pay this higher premium as long as you have Medicare prescription drug coverage. In addition, you may have to wait until the following October to enroll.

### For more information about this notice, your current prescription drug coverage or what happens to your Home Depot prescription drug coverage if you enroll in a Medicare prescription drug plan...

Contact the Benefits Choice Center at 1-800-555-4954. **NOTE:** You'll get this notice each year. You will also receive this notice at other times in the future, such as before the next period you can enroll in Medicare prescription drug coverage, and if this coverage through Home Depot changes. You also may request a copy at any time.

### For more information about your options under Medicare prescription drug coverage...

More detailed information about Medicare plans that offer prescription drug coverage is available in the *Medicare & You* handbook. You'll get a copy of the handbook in the mail every year from Medicare. You may also be contacted directly by Medicare prescription drug plans. You can also get more

information about Medicare prescription drug plans from these places:

- Visit www.medicare.gov

- Call your State Health Insurance Assistance Program (see your copy of the *Medicare & You* handbook for their telephone number) for personalized help

- Call **1-800-MEDICARE (1-800-633-4227)**; TTY users should call **1-877-486-2048**

For people with limited income and resources, extra help paying for a Medicare prescription drug plan is available. Information about this extra help is available from the Social Security Administration (SSA). For more information about this extra help, visit SSA online at www.socialsecurity.gov, or call them at **1-800-772-1213 (TTY 1-800-325-0778).**

Remember: Keep this Creditable Coverage notice. If you enroll in one of the Medicare drug plans, you may need to provide a copy of this notice when you join to show whether or not you have maintained creditable coverage and, therefore, whether or not you are required to pay a higher premium amount (a penalty).

You may request another copy of this notice by going to Your Benefits Resources at http://resources.hewitt.com/homedepot.

Date: October 1, 2013

The Home Depot
Vice President—Compensation and Benefits
2455 Paces Ferry Road, NW
Atlanta, GA 30339-4024

1-770-433-8211 (Benefits Department)

## Non-Creditable Coverage Notice

If you elected prescription drug coverage that is listed as Non-Creditable Coverage in the table on the preceding page, please read this notice carefully—it may contain important information about your eligibility for Medicare prescription drug benefits.

### You might want to consider enrolling in Medicare prescription drug coverage.

You can keep your coverage from Home Depot, regardless of whether it is as good as the Medicare drug plan. However, because the prescription coverage you have with Home Depot, is on average for all plan participants, NOT expected to pay out as much as the standard Medicare prescription drug coverage will pay (it is Non-Creditable Coverage), you may pay a higher premium (a penalty) if you later decide to join in a Medicare prescription drug plan.

You can enroll in a Medicare prescription drug plan when you first become eligible for Medicare and each year from October 15th through December 7th. In addition, if you lose or decide to drop your Home Depot coverage you will be eligible, because it is employer sponsored group coverage, for a two (2) month Special Enrollment Period to join a Medicare prescription drug plan; however, you may pay a higher premium (a penalty) because you did not have creditable coverage under the Home Depot plan.

You need to make a decision. When you make your decision, you should compare your current prescription drug coverage, including which drugs are covered, with the coverage and cost of the plans offering Medicare prescription drug coverage in your area.

CONFIDENTIAL

CIGNA19-13260024358

If you decide to join a Medicare drug plan, your Home Depot coverage will not be affected. However, if you enroll in a Medicare drug plan and drop your Home Depot prescription drug coverage, be aware that you and your dependents may not be able to get your Home Depot coverage back.

### If you don't enroll in Medicare prescription drug coverage when you first become eligible for Medicare and change your mind later, you may pay more.

If you enroll after you first become eligible for Medicare, your monthly premium for a Medicare prescription drug plan could be much higher than it would have been if you had enrolled when you first became eligible for Medicare. Since the prescription drug coverage with Home Depot is not creditable, depending on how long you go without creditable prescription drug coverage, you may pay a penalty to join a Medicare prescription drug plan. Starting with the end of the last month that you were first eligible to join a Medicare prescription drug plan, but didn't join, if you go 63 continuous days or longer without creditable prescription drug coverage, your monthly premium may go up at least 1% of the Medicare base beneficiary premium per month for every month that you did not have that coverage. For example, if you go nineteen months without creditable coverage, your premium may consistently be at least 19% higher than the Medicare base beneficiary premium. You may have to pay this higher premium as long as you have Medicare prescription drug coverage. In addition, you may have to wait until the following October to enroll.

### For more information about this notice, your current prescription drug coverage or what happens to your Home Depot prescription drug coverage if you enroll in a Medicare prescription drug plan...

Contact the Benefits Choice Center at 1-800-555-4954.

NOTE: You'll get this notice each year. You may receive this notice at other times in the future, such as before the next period you can enroll in Medicare prescription drug coverage, and if this coverage through Home Depot changes. You also may request a copy at any time.

### For more information about your options under Medicare prescription drug coverage...

More detailed information about Medicare plans that offer prescription drug coverage will be available in the *Medicare & You* handbook from Medicare. You may also be contacted directly by Medicare-approved prescription drug plans. You'll get a copy of the handbook in the mail. You can also get more information about Medicare prescription drug plans from these places:

- Visit www.medicare.gov

- Call your State Health Insurance Assistance Program (see your copy of the *Medicare & You* handbook for their telephone number) for personalized help

- Call 1-800-MEDICARE (1-800-633-4227), TTY users should call 1-877-486-2048

For people with limited income and resources, extra help paying for a Medicare prescription drug plan is available. Information about this extra help is available from the Social Security Administration (SSA). For more information about this extra help, visit SSA online at www.socialsecurity.gov, or call them at 1-800-772-1213 (TTY 1-800-325-0778).

You may request another copy of this notice by going to Your Benefits Resources at http://resources.hewitt.com/homedepot.

**Date:** October 1, 2013

**The Home Depot**
Vice President—Compensation and Benefits
2455 Paces Ferry Road, NW
Atlanta, GA 30339-4024

1-770-433-8211 (Benefits Department)

CONFIDENTIAL

CIGNA19-13260024359

# The Home Depot Health Benefits Notice of Privacy Practices

## THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

En español: Este documento es una actualización del libro de Resumen de Beneficios que usted recibió anteriormente. Si usted tiene dificultad en entender cualquier parte de este documento, llame al 1-800-555-4954. Seleccione la opción que le permita hablar en español; luego seleccione la opción para asociados de Puerto Rico. Su llamada será transferida a un representante que habla español. Los representantes están disponibles de lunes a viernes, 8:00 A.M.–5:00 P.M. (Hora Estándar del Atlántico).

You and your eligible dependents receive group health benefits, that include medical, dental, prescription drug, vision and health care spending account benefits through group health plans (collectively, the "Plan") offered by Home Depot U.S.A., Inc. and its participating subsidiaries (the "Plan Sponsor"). The Plan uses and discloses personally identifiable health information about you and other participants in the Plan ("Participants"). This personal information is referred to as protected health information ("PHI"). The Plan is required by law to protect the privacy of your PHI. As required by law, this provides you with notice of the Plan's legal duties, its use and disclosure of PHI, your privacy rights, your right to file a complaint and whom to contact for additional information. It does not address medical information from your disability, workers' compensation or life insurance programs, or any other health information not created or received by the Plan. These privacy practices may not be the same as those adopted by your health care providers or insurers. Please check with your providers or insurers if you would like to understand their privacy practices.

## Uses and Disclosures for Treatment, Payment and Health Care Operations

The Plan may use and disclose your PHI for the purposes of treatment, payment and health care operations, described in more detail below, without obtaining a specific written permission from you, known as an "authorization."

**For Treatment.** The Plan may use and disclose PHI as needed for the treatment of Participants. For example, PHI may be used and disclosed to coordinate and manage the activities of different health care providers who provide you with health care services covered under the Plan.

**For Payment.** The Plan may use and disclose your PHI as part of activities related to the Plan's payment for health care services. For example, the Plan may disclose your PHI to a doctor or hospital that calls to find out if you are eligible for coverage under the Plan. The Plan also will disclose your PHI to third parties, including third-party administrators and insurers hired by the Plan to make health benefit coverage determinations, to pay health care providers, to determine subrogation rights and coordinate benefits.

**For Health Care Operations.** The Plan may use and disclose PHI as part of its general business operations as a group health plan. For example, the Plan may disclose PHI to assess the overall performance of the Plan, to audit claims processing and payment activities, for legal services, for premium rating and for medical reviews. The Plan will use and disclose your PHI for the management and administrative activities of the Plan. However, the Plan will not use genetic information for underwriting purposes.

## Other Uses and Disclosures For Which Authorization is Not Required

In addition, the Plan may use and disclose PHI without your written authorization:

**As Required by Law.** The Plan may use or disclose PHI when required to do so by law.

CONFIDENTIAL    CIGNA19-13260024360

**HIPAA Notice**

MAIN MENU
for BENEFITS
SUMMARY

MAIN MENU for
THIS CHAPTER

CONTACT LIST

SEARCH

As Required for Judicial or Law Enforcement Purposes. The Plan may disclose PHI in a judicial or administrative proceeding and in response to a subpoena or other legal process (in certain circumstances), if the Plan is assured that the requesting party has made a good faith attempt to provide written notice of such disclosure to you. The Plan may also disclose your PHI for law enforcement purposes, such as reporting certain types of wounds, identifying or locating a suspect, fugitive, material witness or missing person. Except as otherwise required by law or in the case of an emergency, the Plan will disclose PHI about a Participant who may be a victim of a crime only if that individual agrees to the disclosure.

For Public Health Activities and Public Health Risks. The Plan may disclose PHI to a public health authority in charge of collecting information, such as about births and deaths, injury, preventing and controlling disease, reports of child abuse or neglect, reactions to medications or product defects or problems or to notify a person who may be at risk for contracting or spreading a communicable disease. The Plan may disclose PHI about an individual whom the Plan reasonably believes to be a victim of abuse, neglect or domestic violence if required by law to report such information, if the victim agrees to such disclosure, or the Plan believes disclosure is necessary to prevent serious harm and the victim is unable to consent due to incapacity.

For Health Oversight Activities. The Plan may disclose PHI to the government for oversight activities, such as audits, investigations, inspections, licensure or disciplinary actions, and other activities for monitoring the health care system, government programs, and compliance with civil rights laws.

Coroners, Medical Examiners and Funeral Directors. The Plan may disclose PHI to coroners, medical examiners and funeral directors for the purpose of identifying a decedent, determining a cause of death or otherwise as necessary to enable these parties to carry out their duties consistent with applicable law.

Organ, Eye and Tissue Donation. The Plan may release PHI to organ procurement organizations to facilitate organ, eye and tissue donation and transplantation.

Research. The Plan may use and disclose PHI for medical research purposes, subject to protections of your privacy.

To Avoid a Serious Threat to Health or Safety. The Plan may use and disclose PHI to law enforcement personnel or other appropriate persons, to prevent or lessen a serious threat to the health or safety of a person or the public.

Specialized Government Functions. The Plan may use and disclose PHI of military personnel and veterans under certain circumstances. The Plan may also disclose PHI to authorized federal officials for intelligence, counterintelligence, other national security activities, and for the provision of protective services to the President or other authorized persons or foreign heads of state or to conduct special investigations.

Workers' Compensation. The Plan may disclose PHI to comply with workers' compensation or other similar laws that provide benefits for work-related injuries or illnesses.

Health-related Benefits and Services. The Plan may use and disclose your PHI to inform you of treatment alternatives or other health-related benefits and services covered under the Plan or available to Participants; to inform you regarding the health care providers participating in the Plan's networks; to inform you about replacement of or enhancement to the Plan; and to inform you of other similar matters that may be of interest to you, such as wellness and disease management programs. The Plan may use and disclose your PHI to encourage you to purchase or use a product or service through a face-to-face communication or by giving you a promotional gift of nominal value.

CONFIDENTIAL

CIGNA19-13260024361

# HIPAA Notice

**Disclosures to Plan Sponsor.** The Plan may disclose your PHI to the Plan Sponsor and business associates, and may permit insurance companies that provide benefits under the Plan to disclose your PHI to the Plan Sponsor and business associates in accordance with its privacy policies. The Plan Sponsor has put protections in place to assure that the information will only be used for plan administration purposes and never for employment purposes.

**Disclosures to You or for HIPAA Compliance Investigations.** The Plan may disclose your PHI to you or your authorized representative, and is required to do so in certain circumstances in connection with your rights of access to and an accounting of certain disclosures of your PHI. The Plan also must disclose your PHI to the Secretary of the United States Department of Health and Human Services (the "Secretary") when requested by the Secretary to investigate Plan's compliance with privacy regulations issued under the federal Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

**Spouses and Other Family Members.** With only limited exceptions, the Plan will send all mail to you, the associate. This includes mail relating to your spouse and other family members who are covered under the Plan, and includes mail with information on the use of Plan benefits by your spouse and other family members and information on the denial of any Plan benefits to your spouse and other family members. If a person covered under the Plan has requested Confidential Communications (see below), and if the Plan has agreed to the request, the Plan will send mail as provided by the request for Confidential Communications.

## Uses and Disclosures to Which You Have an Opportunity to Object

Unless you object, the Plan may disclose your PHI to a family member, other relative, friend or other person you identify as involved in your health care or payment for your health care. The Plan may also notify those people about your location or condition. In some circumstances, the Plan may make the disclosures identified in this paragraph without first giving you an opportunity to agree or object, such as in an emergency.

## Other Uses and Disclosures of PHI For Which Authorization is Required

Except as otherwise provided in this notice, all other types of uses and disclosures of your PHI will be made only with your written authorization. For example, subject to specific conditions, without your written authorization the Plan: (i) will not use or disclose your psychotherapy notes; (ii) will not use or disclose your PHI for marketing; and (iii) will not sell your PHI.

You may revoke your authorization at any time. The revocation must be in writing. Upon receipt of the written revocation of authorization, the Plan will stop using or disclosing your PHI, except to the extent necessary because the Plan has already taken action in reliance on the authorization.

## Regulatory Requirements

The Plan is required by law to maintain the privacy of your PHI, to provide individuals with notice of its legal duties and privacy practices with respect to PHI, and to abide by the terms described in this Notice. The Plan reserves the right to change the terms of this Notice and its privacy policies, and to make the new terms applicable to all of the PHI it maintains. The Plan will revise this Notice and post a new Notice promptly after making an important change to its privacy policies. You have the following rights regarding your PHI:

**Restrictions.** You may request that the Plan restrict the use and disclosure of your PHI. The Plan is not required to agree to any restrictions you request, but if the Plan does so it will be bound by the restrictions to which it agrees except in emergency situations.

The Plan will comply with any restriction request if: (i) except as otherwise required by law, the disclosure is to the Plan for purposes of carrying out payment or health care operations (and is not for purposes of carrying out treatment); and (ii) the PHI pertains solely to a health care item or service for which the health care provider involved has been paid out-of-pocket in full.

**Confidential Communications.** You have the right to request that communications of PHI to you from Plan be made by particular means or at particular locations. For instance, you might request that communications be made at your work address, or by email rather than regular mail. Your requests must be made in writing. The Plan will accommodate your reasonable requests.

CONFIDENTIAL

CIGNA19-13260024362

**HIPAA Notice**

Right to Inspect and Copy. Generally, you have the right to inspect and copy your PHI that the Plan maintains in a "designated record set" by making the request in writing. The Plan may deny your request to inspect and copy in certain circumstances. Within thirty (30) days of receiving your request (unless extended by an additional thirty (30) days), the Plan will inform you of the extent to which your request has or has not been granted. In some cases, the Plan may provide you a summary of the PHI you request if you agree in advance to such a summary and any associated fees. If you request copies of your PHI or agree to a summary of your PHI, the Plan may impose a reasonable fee to cover copying, postage and related costs. If the Plan denies access to your PHI, it will explain the basis for denial and whether or not you have an opportunity to have your request and the denial reviewed.

Right to an Electronic Copy of Electronic Medical Records. Generally, you have the right to request to be given to you or have transmitted to another individual or entity, an electronic copy of your PHI if it is maintained electronically. If the PHI cannot be readily produced in the electronic form and format you request, it will be provided in a readable electronic form and format as agreed to by you and the Plan. If an electronic form and format cannot be agreed upon, you will be provided a paper copy. The Plan may impose a reasonable fee to cover costs.

Right to Amend. If you believe that your PHI maintained by the Plan contains an error or needs to be updated, you have the right to request that the Plan correct or supplement your PHI. Your request must explain why you are requesting an amendment to your PHI. Within 60 days of receiving your request

(unless extended by an additional 30 days), the Plan will inform you of the extent to which your request has or has not been granted. If your request is denied, the Plan will provide you a written denial that explains the reason for the denial and your rights to: (i) file a statement disagreeing with the denial; (ii) if you do not file a statement of disagreement, submit a request that any future disclosures of the relevant PHI be made with a copy of your request and the Plan's denial attached; and (iii) complain about the denial.

Right to an Accounting. You generally have the right to request and receive a list of the disclosures of your PHI that the Plan has made at any time during the 6 years prior to the date of your request (but not before April 14, 2003). The list will not include disclosure for which you have provided a written authorization, and does not include certain uses and disclosures to which this Notice already applies, such as those: (i) for treatment, payment, and health care operations; (ii) made to you; (iii) to persons involved in your health care; (iv) for national security or intelligence purposes; or (v) to correctional institutions or law enforcement officials. Within 60 days of receiving your written request (unless extended by an additional 30 days), the Plan will either provide you with the accounting or notice of the denial of your request. The Plan will provide the list to you at no charge, but if you make more than one request in a year there may be a charge for each additional request.

Right to be Notified of a Breach. You have the right to be notified in the event that the Plan (or a business associate) discovers a breach of your unsecured PHI.

Right to Paper Copy. You have the right to receive a paper copy of this notice upon request, even if you have agreed to receive this notice electronically.

If you believe your privacy rights with respect to your PHI have been violated, you may complain to the Plan by contacting the individual designated below and submitting a written complaint. You also have the right to file a complaint with the Secretary of the Department of Health and Human Services. The Plan will in no manner penalize you or retaliate against you for filing a complaint regarding Plan's privacy practices.

**Contact Person**

Complaints, submissions required to be in writing, inquiries and questions with respect to your privacy rights should be directed to:

Director—Corporate Compliance
Privacy Officer
The Home Depot
2455 Paces Ferry Road, NW, C-10
Atlanta, Georgia 30339-4024

For questions about the Notice of Privacy Practices or the Company's privacy rules, contact:

Vice President—Compensation and Benefits
The Home Depot
Benefits Department, C-18
2455 Paces Ferry Road, NW
Atlanta, Georgia 30339-4024

Effective Date: September 23, 2013

CONFIDENTIAL

CIGNA19-13260024363

# 2014 Benefits Contact List



| | Phone Number | Internet Address |
|---|---|---|
| **General Assistance** | | |
| **Benefits Choice Center:** Benefits questions & enrollment | 1-800-555-4954 | Your Benefits Resources™  http://resources.hewitt.com/homedepot |
| **HR Services** HR/Pay questions | 1-866-myTHDHR (1-866-698-4347) | www.myTHDHR.com |
| **U.S. Full-Time Hourly/Salaried Medical and Prescription Drug Plan Providers** | | |
| Aetna Choice POS II, SmartCare, 24/7 Nurse Line | 1-800-695-9744 | www.livetheorangelife.com |
| Anthem – Blue Cross Blue Shield, 24/7 Nurseline | 1-877-434-2734 | www.livetheorangelife.com |
| Cigna, 24/7 Nurseline | 1-866-834-2385 | www.livetheorangelife.com |
| CVS Caremark | 1-866-490-3376 | www.caremark.com/homedepot |
| **California Full-Time Hourly and Salaried Medical Plan Providers** | | |
| Blue Shield of California | 1-888-587-9503 | www.blueshieldca.com/homedepot |
| Kaiser Permanente | 1-888-9KAISER (1-855-952-4737) | http://my.kp.org/homedepot |
| Anthem – Blue Cross Blue Shield, 24/7 Nurseline | 1-877-434-2734 | www.livetheorangelife.com |
| **Hawaii Medical Plan Providers** | | |
| HMSA | 1-808-948-6111 | www.hmsa.com |
| Kaiser Permanente | 1-808-432-5955 Oahu; 1-800-966-5955 Neighbor Islands | http://my.kp.org/homedepot |
| **U.S. Full-Time Hourly/Salaried HMO Medical Plan Providers** | | |
| Kaiser Permanente | 1-888-9KAISER (1-855-952-4737) | http://my.kp.org/homedepot |
| **U.S. Full-Time Hourly/Salaried Health Savings Account** | | |
| PayFlex | 1-800-506-9157 | https://homedepot.healthhub.com |
| **Hospital Indemnity Plan Provider** | | |
| Aetna/SRC | 1-800-598-4015 | www.livetheorangelife.com |
| **Critical Illness Protection Plan Provider** | | |
| Allstate Workplace Division | 1-866-828-8766 | www.allstateatwork.com/homedepot |

CONFIDENTIAL

CIGNA19-13260024364

# 2014 Benefits Contact List (continued)



| | Phone Number | Internet Address |
|---|---|---|
| **Dental Care Plan Provider** | | |
| MetLife | 1-800-638-9909 | www.metlife.com/dental or go to *Your Benefits Resources* for single sign-on |
| **Vision Care Plan Provider** | | |
| EyeMed Vision Care | 1-888-203-7447 | www.eyemed.com |
| **U.S. Full-Time Hourly/Salaried Flexible Spending Accounts** | | |
| Your Spending Accounts (YSA) | 1-800-555-4954 | *Your Benefits Resources* from www.livetheorangelife.com |
| **U.S. Full-Time Hourly/Salaried Life Insurance/Accidental Dismemberment** | | |
| Minnesota Life | 1-688-254-1324 | *Your Benefits Resources* from www.livetheorangelife.com |
| **U.S. Full-Time Hourly/Salaried Disability** | | |
| Aetna | 1-866-400-8762 | www.aetnadisability.com |
| **To Learn About...** | | |
| Associate Discounts | | *Your Benefits Resources* from www.livetheorangelife.com |
| Best Doctors | 1-866-797-8021 | www.livetheorangelife.com |
| Back-up Dependent Care Program—Bright Horizons | 1-877-543-2822 | http://backup.brighthorizons.com |
| CARE/Solutions for Life | 1-800-553-3504 | www.caresolutionsforlife.com |
| CareerDepot | | http://careers.homedepot.com/career-depot.html |
| ESPP (Employee Stock Purchase Plan) | 1-800-843-2150 | www-us.computershare.com/employee;<br>**To enroll:** Your Benefits Resources™ from www.livetheorangelife.com |
| Foot Orthotics Discount Program | 1-877-442-6437 | http://hanger.com/patientcarecenters |
| Health Advocate | 1-800-519-6689 | http://healthadvocate.com/members |
| The Home Depot Awareness Line:<br>Report workplace concerns | 1-800-286-4909 | |
| The Homer Fund (An independent public charity) | 1-770-433-8211 Ext. 12611 | www.thdhomerfund.org |
| Matching Gift (A program of The Home Depot Foundation) | 1-888-628-2442 | www.givingprograms.com/homedepot |
| Financial Engines Investment Advice | 1-800-601-5957 | www.livetheorangelife.com |
| Quit for Life (Quit Tobacco Program) | 1-866-784-8454 | http://quitnow.net/homedepot |
| Teladoc | 1-800-Teladoc<br>(1-800-835-2362) | www.teladoc.com |

CONFIDENTIAL

CIGNA19-13260024365

Case 3:19-cv-01324-JCH    Document 242-1    Filed 07/20/23    Page 402 of 405

**Your Health Care Benefit Biweekly Payroll Deductions for 2014**  MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

## 2014 Biweekly Payroll Deductions for Your Medical, Dental and Vision Plans & Payroll Credit Amounts for Your Valuable Healthy Living Credits

For all other benefit costs, log on to Your Benefits Resources™ at **livetheorangelife.com** or call the Benefits Choice Center at **1-800-555-4954**.

| | Associate Only | Associate + Spouse | Associate + Child(ren) | Associate + Family |
|---|---|---|---|---|
| **Non-California Full-time Hourly and Salaried Associates—Medical & Rx Coverage[1]** | | | | |
| **Medical PPO Plan Options** | | | | |
| Gold PPO | $113.50 | $299.75 | $215.00 | $365.25 |
| Silver Plus PPO | $91.50 | $255.75 | $175.50 | $301.75 |
| **High Deductible Health Plan (HDHP) Options + Health Savings Account (HSA)** | | | | |
| Silver Plus HDHP[2] | $83.25 | $239.25 | $160.75 | $277.75 |
| Bronze HDHP[2,3] | $42.00 | $143.25 | $103.50 | $170.75 |
| **Kaiser Permanente HMO Plan Option (GA, Northwest, CO, Mid-Atl)** | | | | |
| Gold HMO | $87.75 | $240.50 | $169.25 | $285.00 |
| **California Full-time Hourly and Salaried Associates—Medical & Rx Coverage[1]** | | | | |
| **Medical HMO Plan Options** | | | | |
| Gold HMO Blue Shield | $110.00 | $307.75 | $222.50 | $349.00 |
| Gold HMO Kaiser Permanente | $87.75 | $238.50 | $167.25 | $267.00 |
| **High Deductible Health Plan (HDHP) Options + Health Savings Account (HSA)** | | | | |
| Silver Plus HDHP Kaiser Permanente[2] | $64.25 | $163.50 | $109.00 | $180.00 |
| Silver Plus HDHP Anthem[2] | $83.25 | $239.25 | $160.75 | $277.75 |
| Bronze HDHP Anthem[2,3] | $42.00 | $143.25 | $103.50 | $170.75 |

\* or same-sex domestic partner.

1 Associates covering 3 or more children under the full-time hourly or salaried Home Depot medical plan will pay an additional $25 per biweekly pay period.

2 The Company will match up to $200 annually for full-time hourly and salaried associates enrolled in associate-only HDHP coverage (up to $400 for associate + dependent coverage). You can contribute pre-tax up to $3,100 annually.

3 The Bronze HDHP option is not eligible for the Healthy Living Credits.

4 To receive the Building Better Health Credit, associate/spouse/same-sex domestic partner must be covered under a full-time hourly or salaried Home Depot medical plan, complete the online Health Assessment, complete the Screening in early 2014 and earn 100 points in the Home Depot Health Challenge in July-August 2014.

- For weekly rates, take the biweekly rates and divide by 2.
- In some instances your paycheck may not be enough to cover the entire amount of your benefits premiums. In those cases, the amount of the premium above your paycheck is still owed and will be collected from your future paychecks.

CONFIDENTIAL

CIGNA19-13260024366

# Your Health Care Benefit Biweekly Payroll Deductions for 2014

MAIN MENU for BENEFITS SUMMARY | MAIN MENU for THIS CHAPTER | CONTACT LIST | SEARCH

| | Associate Only | Associate + Spouse | Associate + Child(ren) | Associate + Family |
|---|---|---|---|---|
| **Hawaii Full-time Hourly and Salaried Associates and Dependents—Medical Coverage** | | | | |
| **Medical Options** | | | | |
| Kaiser HMO Hawaii | $9.60 | $167.50 | $150.75 | $242.75 |
| Kaiser POS Hawaii | $20.25 | $184.25 | $165.75 | $267.00 |
| HMSA BCBS of Hawaii HMO | $18.75 | $194.50 | $175.00 | $282.00 |
| HMSA BCBS of Hawaii PPO | $34.75 | $212.00 | $190.75 | $307.25 |
| **Hawaii Part-time Hourly Associates—Medical Coverage** | | | | |
| **Medical Plan Options for Associates Only** | | | | |
| Kaiser HMO Hawaii | $4.80 | n/a | n/a | n/a |
| Kaiser POS Hawaii | $15.00 | n/a | n/a | n/a |
| HMSA BCBS of Hawaii HMO | $14.00 | n/a | n/a | n/a |
| HMSA BCBS of Hawaii PPO | $30.00 | n/a | n/a | n/a |
| **Full-time Hourly and Salaried Associates (except Hawaii)—Valuable Healthy Living Credits** | | | | |
| Tobacco-Free Credit | + $10.00 | + $20.00 | + $10.00 | + $20.00 |
| Building Better Health Credit[5] | + $25.00 | + $50.00 | + $25.00 | + $50.00 |
| **Hospital Indemnity Plan** | | | | |
| Hospital Indemnity Plan[4] | $6.90 | $13.80 | $11.28 | $20.04 |
| **Dental & Vision Coverage All Associates** | | | | |
| **MetLife Dental Options** | | | | |
| $500 Annual Maximum | $6.19 | $12.38 | $12.54 | $18.80 |
| $1,000 Annual Maximum | $12.91 | $25.81 | $26.13 | $39.20 |
| $2,000 Annual Maximum | $16.00 | $32.01 | $32.40 | $48.60 |
| **EyeMed Vision Options** | | | | |
| Select $120 | $2.12 | $3.72 | $3.85 | $6.44 |
| Select $150 | $7.74 | $13.84 | $14.50 | $22.76 |

[1] Associates covering 3 or more children under the full-time hourly or salaried Home Depot medical plan will pay an additional $25 per biweekly pay period.

[2] A separate prescription drug election is required if you elect a PPO medical option.

[3] The Company will match up to $200 annually for full-time hourly and salaried associates enrolled in associate-only HDHP coverage (up to $400 for associate + dependent coverage). A separate prescription drug election is not required.

[4] The Hospital Indemnity Plan is NOT a traditional medical plan but will provide some limited assistance with hospitalization costs.

[5] Associate/spouse/domestic partner must be covered under a full-time hourly or salaried Home Depot medical plan, complete the online Health Assessment and elect to complete the Screening in early 2013 to receive the Health Assessment & Hidden Health Risk Screening Credit.

- For weekly rates, take the biweekly rates and divide by 2.
- In some instances your paycheck may not be enough to cover the entire amount of your benefits premiums. In those cases, the amount of the premium above your paycheck is still owed and will be collected from your future paychecks.

CONFIDENTIAL

CIGNA19-13260024367



# Your Benefits Resources™ Web site

- Available 24 hours a day, 7 days a week, from any computer with Internet access
- Get information about your benefit plans and check your benefit coverage
- Change your coverage if you marry, divorce, have a baby or adopt a child
- Enroll in benefits during your eligibility period as a new associate or during Annual Enrollment
- Enroll in FutureBuilder and access your account

## Creating your benefits password

The first time you log on to the *Your Benefits Resources* Web site or call the Benefits Choice Center, you'll create a password. You'll use this password each time you call or access the Web site. This is not the password or PIN printed on your paycheck.

## Your password

- Can contain numbers, letters or both
- Can be between 4 and 20 characters long
- Can be the same as your paycheck PIN

When creating your password, you will be asked to provide the following identification information for security purposes: Social Security number, birth date, home ZIP code and date of hire.

## What if you forget your password?

- If you use the *Your Benefits Resources* Web site, you can enter a hint when creating the password to help you remember your password later.
- You can speak to a Benefits Choice Center representative and reset your password immediately by providing the identification information above.

You can use the *Your Benefits Resources* Web site and the automated telephone system to request a new password. You will receive a temporary password in the mail within 7–10 days.

Your password prevents unauthorized people from accessing or changing your benefits, including your FutureBuilder account contribution elections and investments. In order to ensure your privacy, be sure to keep your password in a safe place, and do not share your password with anyone.

Log onto Your Benefits Resources at www.livetheorangelife.com

CONFIDENTIAL



# Live the ORANGE Life!

The purpose of this book, called the Summary Plan Description (SPD), is to describe and explain benefit plans available to salaried and full-time hourly associates working in the United States of America. The SPD is intended only to help you understand the benefit plans available to you and can in no way modify the actual terms and provisions as specified in the legal documents that define the benefit plans. If there are differences between the information contained in the SPD and the provisions of the legal documents, the legal documents always govern. Legal documents include the Plan document, trust agreements, and insurance contracts. You may request a copy of these legal documents by writing to The Home Depot, Benefits Department C-18, 2455 Paces Ferry Road, Atlanta, GA 30339.

Benefits are provided to associates and their eligible dependents based on information the Company may request over the phone, in writing or online. The Company may ask you to provide original documentation for the purpose of verification before granting benefits. The Company may also ask you to sign a release authorizing the Company to solicit the required documentation and/or information from a designated third party. Providing false information may result in exclusion from (i.e., loss of eligibility for) all Company-sponsored welfare benefit plans and/or disciplinary action against you in accordance with the Company's Code of Conduct.

© 2014 Homer TLC, Inc. All rights reserved. Your Benefits Resources is a trademark of Hewitt Management Company LLC.

**Confidential and Proprietary**

This is an unpublished work containing confidential and proprietary information of The Home Depot. All rights reserved.

U.S. SALARIED & FULL-TIME HOURLY ASSOCIATES
HD FTS 2014

H000071892

CONFIDENTIAL

CIGNA19-13260024369