# EXHIBIT 57

May 22, 2013



PB LABS LLC
814 TYVOLA RD # 116
CHARLOTTE, NC 28217

**Re: Qualitative drug screen reimbursement policy**

Dear PB LABS LLC,

We routinely review our administrative policies and coverage positions. As a result of a recent review, we are updating our Code Edit Policy with guidelines for Qualitative Drug Screen Testing, effective August 19, 2013. This policy is in accordance with recommended updates from the Centers for Medicare & Medicaid (CMS).

**What this means to you**
Qualitative drug screen testing claims submitted under CPT® codes 80100, 80101, and 80104 will no longer be reimbursed. These tests should be billed using either of the following HCPCS codes:

- **G0431** (Drug screen, qualitative; multiple drug classes by high complexity test method [e.g., immunoassay, enzyme assay] per patient encounter) will be used to report highly complex testing methods – such as multi-channel chemistry analyzers – where a complex instrumented device is required to perform some or all of the screening tests for the patient.

- **G0434** (Drug screen, other than chromatographic; any number of drug classes, by CLIA waived test or moderate complexity test, per patient encounter) will be used to report simple testing methods – such as dipsticks, cups, cassettes, and cards – that are interpreted visually with the assistance of a scanner, or are read using a moderately complex reader device outside the instrumented laboratory setting.

Reimbursement for codes G0431 and G0434 will be limited to once per patient encounter.

To view these changes in our updated Code Edit Policy and Guidelines, please log in to the Cigna for Health Care Professionals website (CignaforHCP.com> Policies and Procedures (under "Useful Links") > Claim Editing Policies & Procedures). If you are not currently a registered user, you can complete the registration process by going to CignaforHCP.com and clicking on "Register Now" in the left side bar.

If you do not have Internet access or would like additional information, please call Cigna Customer Service at 1.800.88Cigna (882.4462).

Thank you for your continued participation in our network.

Sincerely,

Scott Josephs, M.D.
National Medical Officer, Total Health & Network

**EXHIBIT**
Thelian 8   6/22/23   TT

"Cigna" is a registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Connecticut General Life Insurance Company, Cigna Health and Life Insurance Company, Cigna Behavioral Health, Inc., and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. THN-2013-211