**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br>    Plaintiffs,<br><br>v.<br><br>BIOHEALTH LABORATORIES, INC., ET AL.,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL CASE NO.<br>3:19-CV-1324 (JCH)<br><br><br><br><br>OCTOBER 16, 2024 |

**ORDER RE: DESIGNATION OF DEPOSITION TRANSCRIPT OF**
**MICHAEL GOLDFARB FOR ADMISSION PURPOSES**

Regarding the deposition designations for Michael Goldfarb dated February 16, 2023, Cigna's objections to the Labs' designations at 106:1-106:19 are overruled.

The court notes that 31:13–31:20 was highlighted in red (Labs' color) but not included on their list.

**SO ORDERED.**

Dated this 16th day of October 2024 at New Haven, Connecticut.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge