UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br>　　Plaintiffs,<br><br>　　v.<br><br>BIOHEALTH LABORATORIES, INC., ET AL.,<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL CASE NO.<br>3:19-CV-1324 (JCH)<br><br><br><br><br>OCTOBER 16, 2024 |

**AMENDED ORDER RE: DESIGNATION OF DEPOSITION TRANSCRIPTS OF EVA BORDEN, STEFAN ZIEMIAN, AND DR. DOUGLAS NEMECEK**

Attached are the court's amended rulings on Objections to various deposition designations re: Eva Borden, Stefan Ziemian, and Dr. Douglas Nemecek.

**SO ORDERED.**

Dated this 16th day of October 2024 at New Haven, Connecticut.

　　　　　　　　　　　　　　　　　　/s/ Janet C. Hall
　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　United States District Judge

| Dr. DOUGLAS NEMECEK – December 9, 2022 | | | | |
|---|---|---|---|---|
| Labs' Designations | Cigna's Objections | Cigna's Counter-Designations | Labs' Objections | Ruling |
| 6:14 – 6:16 | | 6:20 – 6:25 | | |
| 20:10 – 20:22 | | 8:20 – 8:22; 9:2 – 9:15 | | |
| 28:18 – 29:3 | | 11:16 – 11:24 | | |
| 32:12 – 32:19 | | 12:1 – 12:17 | | |
| 33:16 – 33:24 | FRE 403, FRE 602, FRE 611(a) | 14:1 – 14:7 | | Overruled |
| 34:1 – 34:11 | FRE 403, FRE 602, FRE 611(a) | 15:22 – 17:12 | | Overruled |
| 35:15 – 35:21 | | 48:12 – 49:2 | | |
| 36:4 – 36:13 | FRE 403, FRE 602, FRE 611(a), FRE 901 | 52:9 – 52:18 | | Overruled |
| 36:24 – 37:16 | FRE 401/402, FRE 403 | 62:16 – 62:25 | | Overruled |
| 38:12 – 38:17  Exhibit 1 | | 111:1 | 111:1 Incomplete Fragment of Testimony/ Lack of Foundation (FRE 602) | Overruled - completes answer. |
| 47:5 – 47:9 | | | | |
| 47:20 – 48:10  Exhibit 1 | FRE 401/402, FRE 403, FRE 611(a), FRE 801/802 | | | Overruled if document admitted into evidence |
| 49:4 – 49:21 | FRE 401/402, FRE 403, FRE 611(a), FRE 801/802 | | | Overruled if document admitted into evidence. |
| 50:8 – 50:13 | | | | |
| 51:3 | | | | |
| 51:17 – 52:7 | | | | |
| 54:19 – 55:12  Exhibit 3 | No Witness Testimony | | | Sustained |
| 56:4 – 56:8 | | | | |
| 57:13 | | | | |

| Dr. DOUGLAS NEMECEK – December 9, 2022 | | | | |
|---|---|---|---|---|
| Labs' Designations | Cigna's Objections | Cigna's Counter-Designations | Labs' Objections | Ruling |
| 65:4 – 65:9 | FRE 401/402, FRE 403, FRE 602, FRE 611(a) | | | |
| 65:19 Exhibit 4 | FRE 401/402, FRE 403, FRE 602, FRE 611(a) | | | Overruled if doc. admitted into evidence* |
| 77:15 – 77:17 Exhibit 2 | | | | |
| 78:1 – 79:17 | | | | |
| 80:6 – 84:23 | 83:25-84:10 only: FRE 104/402, FRE 403, FRE 611(a) | | | If doc./Exh. 4 is in evidence, objection overruled |
| 100:11 Exhibit 6 | FRE 106 | | | Overruled if doc. admitted into evidence |
| 105:24 – 106:13 Exhibit 7 | | | | Overruled if doc. admitted into evidence |
| 107:10 – 108:9 | 107:10-25 only: FRE 401/402, FRE 403, FRE 611(a) 108:1-9 only: FRE 401/402, FRE 403, FRE 602, FRE 611(a) | | | 107.10 – 107.25, overruled if doc. admitted into evidence. 108.1-108.9 overruled. |
| 109:13 – 110:25 | 109:13-110:5 only: FRE 401/402, FRE 403, FRE 602, FRE 611(a) 110:6-21 only: FRE 401/402, FRE 403, FRE 602, FRE 611(a) 110:23-25 only: FRE 106 | | | Overruled, both sections |
| 113:8 – 113:15 | FRE 401/402, FRE 403, FRE 602, FRE 611(a) | | | Overruled |

*and used in designated testimony.

**Note: 70:23-71.19 is highlighted but not listed above; will not be testimony.

| Dr. DOUGLAS NEMECEK – December 9, 2022 | | | | |
|---|---|---|---|---|
| Labs' Designations | Cigna's Objections | Cigna's Counter-Designations | Labs' Objections | Ruling |
| 115:4 – 117:1 | 115:4-10 only: FRE 403, FRE 602, FRE 611, FRE 901 | | | Overruled if doc. admitted into evidence |
| 117:9 – 119:18 | 119:9-18 only: FRE 401/402, FRE 403, FRE 602, FRE 611(a), FRE 901 | | | Overruled if document admitted into evidence |
| 133:20 Exhibit 8 | | | | |
| 134:5 – 134:25 | 134:18-25 only: FRE 401/402, FRE 403, FRE 602, FRE 611(a) | | | Overruled if doc. admitted into evidence |
| 139:7 | | | | |
| 139:24 – 140:5 | | | | |
| 140:10 – 140:15 | | | | |
| 149:9 – 151:25 | 149:9-150:14 only: FRE 401/402, FRE 403, FRE 602, FRE 611(a), FRE 901<br>150:15-151:25 only: FRE 401/402, FRE 403, FRE 602, FRE 611(a), FRE 901 | | | 149.9 – 150.14 sustained.<br><br>150:15 – 151:25, overruled. |

.

3

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 ||||||
| Initial Designations ||| Cross (Counter) Designations |||
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
|---|---|---|---|---|---|
| 6:16-8:2 | | | | | |
| 16:8-22:13 | | | | | |
| 22:21-23:9 | | | 23:10-18 | | |
| 23:19-24:1 | | | | | |
| 24:5-24 | | | | | |
| 25:2-7 | | | | | |
| 25:14-27:8 | | | | | |
| 27:17-23 | | | 27:24-28:2 | | |
| 28:19-29:7 | | | 29:8-30:13 | | |
| 32:9-33:13 | | | 33:17-22; 34:3-13 | | |
| 36:24-37:7 | | | | | |
| 38:7-21 | | | | | |
| 39:3-22 | | | | | |
| 40:1-41:13 | | | 41:17-21; 41:24-42:4; 42:12-19 | | |
| 42:20-21 | | | | | |
| 42:24-25 | | | | | |
| 43:4 | | | | | |
| 43:6-44:17 | 43:4-23 Speculative (FRE 602) Lack of Foundation (FRE 602) Hearsay (FRE 802) | Overruled if document admitted into evidence | 44:18-21 | | |

4

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 ||||||
|---|---|---|---|---|---|
| Initial Designations ||| Cross (Counter) Designations |||
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
|  | Lack of First-Hand Knowledge (FRE 602) |  |  |  |  |
| 44:22-45:7 |  |  | 45:8-10; 45:12-17 |  |  |
| 45:18-46:7 |  |  |  |  |  |
| 46:13-18 |  |  |  |  |  |
| 47:4-7 |  |  |  |  |  |
| 47:9 |  |  |  |  |  |
| 47:11-48:1 |  |  |  |  |  |
| 48:4-14 |  |  |  |  |  |
| 48:19-50:7 |  |  |  |  |  |
| 50:10-14 |  |  |  |  |  |
| 50:17-20 |  |  |  |  |  |
| 50:22-23 |  |  |  |  |  |
| 50:25-51:15 |  |  | 51:17-19 |  |  |
| 53:6-54:15 | 53:6-54:15 Speculative (FRE 602) Lack of Foundation (FRE 602) Hearsay (FRE 802) Lack of First-Hand Knowledge (FRE 602) | Overruled if **document** admitted into evidence. | 54:16-21 |  |  |
| 54:24-55:1 |  |  |  |  |  |
| 55:3-12 |  |  |  |  |  |
| 56:3-16 |  |  |  |  |  |
| 56:19 |  |  |  |  |  |

| Stefan Ziemian - February 7, 2023 ||||||
| Initial Designations ||| Cross (Counter) Designations |||
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
|---|---|---|---|---|---|
| 56:21 | | | | | |
| 56:23-57:2 | | | | | |
| 57:5-16 | | | | | |
| 57:23-59:4 | | | | | |
| 59:6-10 | | | | | |
| 59:12-63:1 | | | | | |
| 63:4-19 | | | | | |
| 63:21-64:2 | | | | | |
| 64:4-12 | | | | | |
| 64:17-67:8 | | | 67:9-11 | | |
| 67:12-68:15 | | | 68:16-18; 68:20; 68:22-23; 69:3-15 | | |
| 69:17 | | | | | |
| 69:22 | | | | | |
| 69:24-71:11 | | | | | |
| 71:20-21 | | | | | |
| 71:23-73:18 | | | | | |
| 73:20-21 | | | | | |
| 73:23-74:12 | | | 74:13-16 | | |
| 74:17-23 | | | | | |
| 75:14-23 | | | | | |
| 75:25-76:2 | | | | | |
| 76:4-6 | | | | | |
| 76:9 | | | | | |
| 76:17 | | | | | |

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 ||||||
|---|---|---|---|---|---|
| Initial Designations ||| Cross (Counter) Designations |||
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
| 76:19-78:6 | | | | | |
| 78:16-79:13 | | | 79:14-19; 79:21-23 | | |
| 80:5-20 | | | | | |
| 81:12 | | | | | |
| 81:14 | | | | | |
| 81:16-82:23 | | | | | |
| 83:2-3 | | | | | |
| 83:5-84:12 | | | | | |
| 84:14-16 | | | | | |
| 84:18-85:10 | | | | | |
| 85:12-13 | | | | | |
| 85:15-86:10 | | | | | |
| 86:13 | | | | | |
| 86:15-87:5 | | | | | |
| 87:8 | | | | | |
| 87:10-88:1 | | | | | |
| 88:4 | | | | | |
| 88:6-23 | | | | | |
| 89:2 | | | | | |
| 89:4-18 | | | | | |
| 89:21 | | | | | |
| 89:23-90:13 | | | | | |
| 90:15 | | | | | |
| 90:17-91:6 | | | | | |
| 91:10 | | | | | |

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 ||||||
|---|---|---|---|---|---|
| Initial Designations ||| Cross (Counter) Designations |||
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
| 91:12-25 | | | | | |
| 92:2 | | | | | |
| 92:4-14 | | | | | |
| 92:17 | | | | | |
| 92:19-94:23 | | | | | |
| 95:2-18 | | | | | |
| 95:20-21 | | | | | |
| 95:23-97:23 | | | | | |
| 98:16-19 | | | | | |
| 98:22-100:19 | | | | | |
| 100:25-102:14 | | | | | |
| 102:17-20 | | | | | |
| 102:22-103:1 | | | | | |
| 103:3-4 | | | | | |
| 103:6 | | | | | |
| 103:8-25 | | | | | |
| 104:10 | | | | | |
| 104:12-22 | | | | | |
| 105:2-13 | | | | | |
| 105:18-19 | | | | | |
| 105:21-23 | | | 106:1-5 | | |
| 106:6-107:25 | | | | | |
| 108:4-16 | | | | | |
| 108:18-20 | | | | | |
| 108:22-24 | | | 109:6-8 | | |
| 109:9-111:19 | | | | | |

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 ||||||
|---|---|---|---|---|---|
| Initial Designations ||| Cross (Counter) Designations |||
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
| 111:25-112:17 | | | | | |
| 112:19-20 | | | | | |
| 112:24-113:14 | | | | | |
| 113:17-25 | 113:22-114-19 Speculative (FRE 602) Lack of Foundation (FRE 602) Hearsay (FRE 802) Lack of First-Hand Knowledge (FRE 602) | Sustained | | | |
| 114:2-7 | 113:22-114-19 Speculative (FRE 602) Lack of Foundation (FRE 602) Hearsay (FRE 802) Lack of First-Hand Knowledge (FRE 602) | Sustained | | | |
| 114:9-15 | 113:22-114-19 Speculative (FRE 602) Lack of Foundation (FRE 602) Hearsay (FRE 802) Lack of First-Hand Knowledge (FRE 602) | Sustained | | | |
| 114:17-19 | 113:22-114-19 Speculative (FRE 602) | Sustained | | | |

9

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 |||||| 
|---|---|---|---|---|---|
| Initial Designations ||| Cross (Counter) Designations |||
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
|  | Lack of Foundation (FRE 602) Hearsay (FRE 802) Lack of First-Hand Knowledge (FRE 602) |  |  |  |  |
| 115:4-8 |  |  |  |  |  |
| 115:11-23 |  |  |  |  |  |
| 115:25-116:7 |  |  | 116:8-17 |  |  |
| 116:22-117:11 |  |  |  |  |  |
| 117:13-17 |  |  |  |  |  |
| 117:19 |  |  |  |  |  |
| 117:21-118:3 |  |  | 118:4-119:8 |  |  |
| 119:9-16 |  |  |  |  |  |
| 119:19-20 |  |  | 119:22-25 |  |  |
| 120:1-121:22 |  |  |  |  |  |
| 121:24 |  |  |  |  |  |
| 122:1-123:10 |  |  | 124:4-9 |  |  |
| 124:10-20 | 124:17-125:10 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) | Overruled |  |  |  |

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 | | | | | |
|---|---|---|---|---|---|
| Initial Designations | | | Cross (Counter) Designations | | |
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
| 124:24-125:6 | 124:17-125:10 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Sustained | 125:12-126:5 | | Given Cigna's designation 124:24-125.6 will not be offered, Lab's counter designation will not be read. |
| 125:9-10 | 124:17-125:10 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Sustained | | | |
| 126:8-127:4 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) | Sustained | | | |

11

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 | | | | | |
|---|---|---|---|---|---|
| Initial Designations | | | Cross (Counter) Designations | | |
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
| | Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | | | | |
| 127:7 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Sustained if document admitted into evidence. | | | |
| 127:9-128:16 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Sustained; document not in evidence. | | | |
| 128:23-25 | 126:8-137:7 | Sustained | | | |

12

| | | | | | |
|---|---|---|---|---|---|
| **STEFAN ZIEMIAN - FEBRUARY 7, 2023** | | | | | |
| Initial Designations | | | Cross (Counter) Designations | | |
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
|  | Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) |  |  |  |  |
| 129:4-130:8 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Overruled as to 129.6-129.8; sustained as to remainder. |  |  |  |
| 130:11 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) | Overruled if document admitted into evidence |  |  |  |

13

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 | | | | | |
|---|---|---|---|---|---|
| Initial Designations | | | Cross (Counter) Designations | | |
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
| | Unduly Prejudicial/Outweighed (FRE 403) | | | | |
| 130:13-16 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Sustained | | | |
| 130:18 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Sustained | | | |
| 130:20-131:3 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) | Overruled if document admitted into evidence | | | |

14

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 |||||||
|---|---|---|---|---|---|---|
| Initial Designations ||| Cross (Counter) Designations |||
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
| | Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | | | | |
| 131:6-24 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Sustained as to 131.14-131.2; overruled if document admitted into evidence | | | |
| 132:3-133:2 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Sustained | | | |
| 133:5-6 | 126:8-137:7 | Sustained | | | |

| STEFAN ZIEMIAN - FEBRUARY 7, 2023 ||||||
|---|---|---|---|---|---|
| Initial Designations ||| Cross (Counter) Designations |||
| Cigna's Designations | Labs' Objections | Ruling | Lab's Counter Designations | Cigna's Objections | Ruling |
|  | Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) |  |  |  |  |
| 133:8-137:7 | 126:8-137:7 Speculative (FRE 602) Lack of Foundation (FRE 602) Improper Impeachment (FRE 404) Unduly Prejudicial/Outweighed (FRE 403) | Sustained | 137:8-19 |  |  |

16

| Labs' Designations | Cigna's Objections | Ruling | Cigna's Counter Designations | Labs' Objections Standing Objection: Improper and Excessive Designation (FRCP 32) | Ruling |
|---|---|---|---|---|---|
| **EVA BORDEN – February 17, 2023** | | | | | |
| 5:7 – 5:9 | | | 7:7 – 7:11 | | |
| 7:1 – 7:6 | | | 7:13 – 7:22 | | |
| 10:16 – 10:17 | | | 8:24 – 9:10 | | |
| 11:3 – 11:12 | | | 9:16 – 9:19 | | |
| 13:7 – 13:17 | | | 10:4 – 10:20 | | |
| 18:1 – 18:15 | 18:8-15 only: FRE 801/802, FRE 1002 | | 13:18 – 14:20 | | |
| 18:25 – 19:3 | FRE 801/802, FRE 1002 | | 20:19 – 20:22 | | |
| 22:11 – 22:17 | FRE 801/802, FRE 1002 | Overruled if document admitted into evidence | 24:8 – 24:13 | | |
| 23:21 – 24:2 | FRE 403, FRE 611(a), FRE 801/802, FRE 1002 | Overruled if document admitted into evidence | 25:8 – 25:13 | | |
| 24:23 – 25:5 | FRE 801/802, FRE 1002 | | 30:18 – 31:1 | | |
| 25:15 – 26:5 | | | 31:19 – 32:4 | | |
| 27:12 – 28:13 | FRE 403, FRE 611(a), FRE 801/802, FRE 1002 | 27:12-28.2 Overruled if admitted into evidence. 28.3-28.13 overruled | 33:4 – 33:9 | | |
| 29:15 – 30:10 | 30:1-10 only: FRE 801/802, FRE 1002 | Overruled if document admitted into evidence. | 35:17 – 35:20 | | |
| 31:2 – 31:17 | FRE 801/802, FRE 1002 | | 38:6 – 38:7 | | |
| 33:10-35:15 | | Overruled if document adm. | | | |

17

| Labs' Designations | Cigna's Objections | Ruling | Cigna's Counter Designations | Labs' Objections Standing Objection: Improper and Excessive Designation (FRCP 32) | Ruling |
|---|---|---|---|---|---|
| | | **EVA BORDEN – February 17, 2023** | | | |
| 35:21 – 36:1 | | | 39:2 – 39:8 | | |
| 37:1 – 38:5 | FRE 801/802, FRE 1002 | | 40:1 – 40:8 | | |
| 38:19 – 39:1 | FRE 801/802, FRE 1002 | | 40:12 – 40:15 | | |
| 39:10 – 39:25 | FRE 801/802, FRE 1002 | | 40:22 – 41:1 | | |
| 40:16 – 40:21 | FRE 801/802, FRE 1002 | | 41:18 – 41:19 | | |
| 41:3 – 41:17 | FRE 801/802, FRE 1002  41:3-6 only: FRE 403, FRE 611(a) | Overruled | 41:22 – 42:4 | | |
| 42:6 – 42:12 | FRE 801/802, FRE 1002 | | 42:13 – 42:18 | | |
| 43:6 – 43:14 | FRE 801/802, FRE 1002 | | 43:1 – 43:5 | | |

18

| Labs' Designations | Cigna's Objections | Ruling | Cigna's Counter-Designations | Labs' Objections Standing Objection: Improper and Excessive Designation (FRCP 32) | Ruling |
|---|---|---|---|---|---|
| | | **EVA BORDEN – February 17, 2023** | | | |
| 43:20 – 43:25 | FRE 801/802, FRE 1002 | Overruled if admitted | 44:1 – 44:3 | | |
| 44:4 – 44:5 | FRE 801/802, FRE 1002 | | 44:6 – 44:11 | | |
| 44:23 – 45:2 | FRE 801/802, FRE 1002 | | 44:14 – 44:19 | | |
| 45:21 – 46:7 | FRE 801/802, FRE 1002 | | 46:10 – 46:16 | | |
| 49:1 – 49:7 | FRE 801/802, FRE 1002 | | 46:21 – 46:24 | | |
| 49:22 – 50:5 | FRE 801/802, FRE 1002 | | 47:1 – 47:5 | | |
| 51:4 – 51:10 | | | 48:5 – 48:12 | | |
| 52:9 – 53:23 | FRE 801/802, FRE 1002 53:14-23 only: FRE 403, FRE 611(a), FRE 701 | Overruled if admitted into evidence | 51:18 – 52:7 | | |
| 55:15 – 56:24 | FRE 801/802, FRE 1002 | | 54:2 – 54:11 | | |
| 57:17 – 57:23 | | | 59:16 – 59:19 | | |
| 58:18 – 58:19 | | | 59:24 – 60:2 | | |
| 58:23 – 59:14 | FRE 403, FRE 611(a), FRE 801/802, FRE 1002 | Overruled | | | |
| 60:3 – 60:11 | | | | | |
| 60:18 – 61:15 | 60:21-61:22 only:* FRE 403, FRE 611(a) | Overruled | | | |
| 61:22 – 62:8 | 62:3-8 only: FRE 403, FRE 611(a) | Overruled | | | |
| 64:25 – 65:15 | FRE 801/802, FRE 1002 65:7-15 only: FRE 403, FRE 611(a) | Overruled | | | |

19