**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL JURY/BENCH TRIAL MINUTES**

Date: 10/30/2024

Case #: 3:19-cv-01324-JCH
Honorable Judge: Janet C. Hall
Deputy Clerk: L. Barry

Connecticut General Life Insurance Company et al
Vs.
BioHealth Laboratories, Inc. et al

Counsel for Pla(s): Kang, Akerman, Costin, Kingsbery, Jackson
Counsel for Dft(s): Hare, Gestrich, Cunningham, Christ, Radshaw

Start Time: 8:44     End Time: 3:11
Reporter/ECRO/Courtsmart: Terri Fidanza
Recess (if more than ½ hr) _____ to _____
Interpreter: N/A     Language: _____
Total Time: 6 hour(s) 27 minute(s)

**JURY TRIAL**     CHARGE CONFERENCE: 4:05-5:10
☐ Jury trial begun                          CHARGE CONFERENCE: 4:05-4:41
■ Jury of 9 reported.  ☐ Jury sworn  ■ Jury remains under oath
☐ Juror # _____ excused
■ Jury trial held    ■ Jury trial continued until 10/31/24 at 9:30 AM
■ Plaintiff(s) rests   ☐ Defendant(s) rests
☐ Summations held   ☐ Court's charge to the jury
☐ All full exhibits  ☐ Verdict form  ☐ Interrogatories given to jury
☐ Jury commences deliberations on _____ at _____
☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
■ Copy of minutes and jury sign-in sheet given to Jury Clerk

**BENCH TRIAL**
☐ Bench trial begun
☐ Bench trial held   ☐ Bench trial continued until _____ at _____
☐ Plaintiff (s) rests   ☐ Defendant(s) rests
☐ Bench trial concluded   ☐ DECISION RESERVED

**MOTIONS**
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ See page 2 for Notes and/or Verdict

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL
☐ Verdict form filed
☐ VERDICT:

☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled

**NOTES**