**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CIVIL JURY/BENCH TRIAL MINUTES

Date: 10/30/2024

Connecticut General Life Insurance Company et al

Vs.

BioHealth Laboratories, Inc. et al

Start Time: 8:44    End Time: 3:11

Recess (if more than ½ hr) _____ to _____

Total Time: 6 hour(s) 27 minute(s)

Case #: 3:19-cv-01324-JCH

Honorable Judge: Janet C. Hall

Deputy Clerk: L. Barry

Counsel for Pla(s): Kang, Akerman, Costin, Kingsbery, Jackson

Counsel for Dft(s): Hare, Gestrich, Cunningham, Christ, Radshaw

Reporter/ECRO/Courtsmart: Terri Fidanza

Interpreter: N/A    Language: _____

**JURY TRIAL**

CHARGE CONFERENCE: 4:05-5:10

☐ Jury trial begun

CHARGE CONFERENCE: 4:05-4:41

■ Jury of 9 reported.  ☐ Jury sworn  ■ Jury remains under oath

☐ Juror # _____ excused

■ Jury trial held    ■ Jury trial continued until 10/31/24 at 9:30 AM

■ Plaintiff(s) rests    ■ Defendant(s) rests

☐ Summations held  ☐ Court's charge to the jury

☐ All full exhibits  ☐ Verdict form  ☐ Interrogatories given to jury

☐ Jury commences deliberations on _____ at _____

☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.

■ Copy of minutes and jury sign-in sheet given to Jury Clerk

**BENCH TRIAL**

☐ Bench trial begun

☐ Bench trial held   ☐ Bench trial continued until _____ at _____

☐ Plaintiff (s) rests   ☐ Defendant(s) rests

☐ Bench trial concluded   ☐ DECISION RESERVED

**MOTIONS**

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ See page 2 for Notes and/or Verdict

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL
☐ Verdict form filed
☐ VERDICT:

☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled

**NOTES**

Rev. 4/11/24