**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CIVIL JURY/BENCH TRIAL MINUTES

Date: 10/31/2024

Case #: 3:19-cv-01324-JCH

Honorable Judge: Janet C. Hall

Deputy Clerk: L. Barry

Connecticut General Life Insurance Company et al

Vs.

BioHealth Laboratories, Inc. et al

Counsel for Pla(s): Kang, Akerman, Jackson

Counsel for Dft(s): Hare, Cunningham, Christ, Radshaw

Start Time: 8:45   End Time: 3:50

Reporter/ECRO/Courtsmart: Terri Fidanza

Recess (if more than ½ hr): 12:10 to 3:40

Interpreter: N/A   Language: ___

Total Time: 3 hour(s) 35 minute(s)

### JURY TRIAL
- ☐ Jury trial begun
- ■ Jury of 9 reported.  ☐ Jury sworn  ■ Jury remains under oath
- ☐ Juror # ___ excused
- ■ Jury trial held   ■ Jury trial continued until 11/01/24 at 9:30 AM
- ☐ Plaintiff(s) rests  ☐ Defendant(s) rests
- ■ Summations held  ■ Court's charge to the jury
- ■ All full exhibits  ■ Verdict form  ■ Interrogatories given to jury
- ■ Jury commences deliberations on 10/31/24 at ___
- ■ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
- ■ Copy of minutes and jury sign-in sheet given to Jury Clerk

### BENCH TRIAL
- ☐ Bench trial begun
- ☐ Bench trial held  ☐ Bench trial continued until ___ at ___
- ☐ Plaintiff(s) rests  ☐ Defendant(s) rests
- ☐ Bench trial concluded  ☐ DECISION RESERVED

### MOTIONS
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ See page 2 for Notes and/or Verdict

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL
☐ Verdict form filed
☐ VERDICT:

☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled

**NOTES**

Rev. 4/11/24