```
 1                      UNITED STATES DISTRICT COURT

 2                        DISTRICT OF CONNECTICUT

 3   _____
     CONNECTICUT GENERAL )
 4   LIFE INSURANCE CO.  )
     AND CIGNA HEALTH    )
 5   AND LIFE INSURANCE  )
     CO.                 )
 6         Plaintiffs    )   NO: 3:19cv1324(JCH)
                         )   NO: 3:19CV1326(JCH)
 7                       )   November 4, 2024
      vs.                )   10:48 a.m.
 8                       )
     BIOHEALTH MEDICAL   )
 9   LABORATORIES INC,   )
     PB LABORATORIES, LLC)
10   and EPIC REFERENCE  )
     LABS, INC.          )
11         Defendants.   )
     _____)   141 Church Street
12                           New Haven, Connecticut

13

14            DAY TWELVE OF TRIAL

15                 (Verdict)

16   B E F O R E:

17             THE HONORABLE JANET C. HALL, U.S.D.J.

18   A P P E A R A N C E S:

19   For CIGNA:            Edward T. Kang
                           Alston & Bird LLP
20                         950 F Street, NW,
                           Washington, DC 2004-1404
21

22   For BioHealth Labs:   Anthony Gestrich
                           Raines Feldman Littrell
23                         11 Stanwix Street
                           Suite 1400
24                         Pittsburgh, PA 15222

25              -- continued --
                           Fred Alan Cunningham
```

```
1          Rafferty Domnick Cunningham & Yaffa
           2401 PGA Boulevard
2          Suite #140
           Palm Beach Gardens, FL 33410
3
           John J. Radshaw, III
4          John J. Radshaw, III, Esquire
           65 Trumbull Street, 2d Fl.
5          New Haven, CT  06510
```

1       THE COURT:  Please be seated.  Good morning to
2  you.  We're here in the double cases.  Connecticut
3  General Life Insurance Co.  Although that should be
4  changed to Connecticut Health hopefully if it hasn't
5  already, Liana, versus BioHealth Laboratories, et al.
6  3:19CV1324.  And the second case is Epic Reference Labs
7  Inc., et al versus Cigna Health and Life Insurance.
8  period.  Again that title should be changed, too, Liana.
9  3:19cv1326.  Could I can have appearances please.
10      MR. CUNNINGHAM:  Fred Cunningham for the Labs,
11 Your Honor.  Good morning.
12      THE COURT:  Good morning, Sir.
13      MR. GESTRICH:  Anthony Gestrich for the Labs.
14      THE COURT:  Yes, Attorney Gestrich.
15      MR. RADSHAW:  Good morning, Your Honor.  John
16 Radshaw for the Labs.
17      THE COURT:  Yes.  Good morning.
18      MR. KANG:  Good morning, Your Honor.  Edward
19 Kang on behalf of Cigna.  With me at counsel's table is
20 Michael Goldfarb, our corporate representative.
21      THE COURT:  Good morning to both of you.  We
22 have a note that was received by the Court Security
23 Officer at 10:42.  It bears this date and the officer's
24 signature.
25      The note itself reads as follows: quote, we have

1   come to a final decision for both cases.  Couldn't be
2   clearer.  Juror number Two, our foreperson.  Everybody
3   else read the note the same way?  Yup.  All right then.
4   If everybody is ready, I will call the jury in.
5           THE COURT:  What number note will it be, Liana?
6           THE CLERK:  That I believe is 6.
7           THE COURT:  Court Exhibit 6 for identification,
8   of course, is marked.  We'll bring the jury in.  This
9   could take me awhile, counsel, to review the Verdict Form
10  because I have to be sure it doesn't have any technical
11  problems, I will call it, before it is read out to the
12  jury.
13          (In the presence of the jury at 10:53 a.m.)
14          THE COURT:  Everybody be seated please.  Ladies
15  and gentlemen, I received a note.  I ask the foreperson,
16  Juror Number Two, if I'm reading it correctly.  We have
17  come to a final decision for both cases.  Is that
18  accurate?
19           JUROR NUMBER TWO:  Yes.
20          THE COURT:  I don't see a CSO in the courtroom.
21  Liana, can you get the verdict forms and let me review
22  them before we read them out.
23            (Handing.)
24          THE COURT:  Thank you.
25            (Pause.)

1          THE COURT:  Okay.  That looks good.  The only
2   thing I would ask I believe he has to sign his name on
3   the verdict form.  We will black that out.  If you can
4   sign your given name, not your court given name, before I
5   receive it and in the meanwhile, I will check the other
6   one.
7          JUROR NUMBER TWO: Do I sign at that line?
8          THE COURT:  Just above is fine.  The same on
9   this one, too, Liana.  Sorry I didn't make that clear.
10               (Handing.)
11         THE COURT:  Thank you.  Looks good.  Don't
12  forget to black that out before docketing it.  There you
13  go.
14         Ladies and gentlemen, I will ask Liana in just a
15  moment to read out your verdict.  Give me just one
16  moment.  Liana -- first I want to be sure she knows.
17              (Discussion Off the Record.)
18         THE COURT:  The next step is a procedural step
19  for us.  She's going to read out loud your verdict and
20  ask you as a group is that your verdict so say you all.
21  We kind of talk in old English here sometimes.  We'll
22  look for you to respond yes, no or somebody sits there
23  and doesn't answer, we'll notice that.  We want to
24  confirm on Terri's record that that's your verdict
25  because it is paper and people can change it.  You never

1  know what you can do these days.  This is a way of making
2  the final court record by reading it in.
3         I would ask if you be attentive to her reading
4  and when she is done, I will ask you if that's your
5  verdict so say you all.  I will ask you at the end of
6  each verdict form being read.  Whenever you are ready.
7  Probably stand.
8         THE CLERK:  In the case known as Epic Reference
9  Labs, Inc., et al versus Cigna Health and Life Insurance
10 Co.  Docket 3:19CV1326.
11        Jury Interrogatories/Verdict Form.
12        We, the jury, unanimously find the following:
13 1, Count Two.  Third Party Beneficiary Cause of Action.
14        Have the four elements of the Third-Party
15 Beneficiary Cause of Action of Count Two been proven by a
16 preponderance of the evidence by:
17    A.   BioHealth Laboratories, Inc.
18         No.
19    B    PB Laboratories, Inc.
20         No.
21    C    Epic Reference Labs, Inc.
22         No.
23         As to Section II.  Damages.  This page is blank.
24         Section A of II.  Blank.
25         B of Section II, Blank.

1           C of Section II, Blank.
2           Section III Damage Reductions.
3           A, this page is blank.
4           B, this page is blank.
5           C, this page is blank.
6           Section IV Damage Reductions, Failure to
7    Mitigate.  This page is blank.
8           Section A blank.
9           Next page Section B is blank.
10          Section C is blank.  Signed by the foreperson.
11   Dated October 31, 2024.
12          THE COURT:  I believe it is the 4th.  I assumed
13   you signed it this morning.
14          JUROR TWO: That was signed on Friday.
15          THE COURT:  No.  The front said October 31.  I
16   don't want you to change it if you filled it out last
17   week.
18          JUROR TWO:  We came that to conclusion on
19   Friday.
20          THE COURT:  Would you have him correct that on
21   both verdict forms if it is correct.
22          JUROR TWO:  If we signed that on Thursday and
23   came to the conclusion on Thursday, it should be signed
24   on a today's date?
25          THE COURT:  Yes.

1          It doesn't matter when you reached the
2    conclusion.  It is when you signed it for the verdict to
3    represent everybody's opinions.  It would be today
4    because that's when you told me.
5          So it is your question now, Liana.  You haven't
6    asked them is this your verdict.
7          THE CLERK:  Is this your verdict?
8          THE JURY:  Yes.
9          THE COURT:  Now you can read the next one.
10         THE CLERK:  In the case known as Cigna Health
11   and Life Insurance Co. versus BioHealth Laboratories,
12   Inc., et al, 3:19CV1324.
13         Jury Interrogatories/Verdict Form.
14         We, the jury, unanimously find the following:
15         Section I.  Count One, Unjust Enrichment.
16         Has Cigna proven the third element of its cause
17   of action for unjust enrichment by a preponderance of the
18   evidence, that the circumstances are such that it would
19   be unfair for a Lab to retain the payments Cigna made to
20   it, with respect to each of the following defendant Labs:
21      A.   BioHealth Laboratories, Inc.
22         Yes.
23      B.   PB Laboratories, Inc.
24         Yes.
25      C.   Epic Reference Labs, Inc.

1         Yes.

2         Section II Damages

3         A, If you answered question -- do I read this?

4         THE COURT:  Yes.

5         THE CLERK:  If you answered question 1 A, "no",

6    skip to Question II B.  If you answered Question 1 A

7    "yes", answer this Question:

8         What amount of money has Cigna proven was paid

9    to and unfairly retained by BioHealth Laboratories, Inc.?

10        Dollar amount $2,418,700. 20.

11        What amount of money has Cigna proven was paid

12   to and unfairly retained by PB Laboratories, LLC?

13        Dollar amount $2,418,700.20.

14        What amount of money has Cigna proven was paid

15   to and unfairly retained by Epic Reference Laboratories,

16   Inc.?

17        Dollar amount $2,418,700.20.

18        Section III  Affirmative Defense Voluntary

19   Payment.

20        A.  What amount of money awarded in Question

21   II-A has BioHealth Laboratories, Inc., proven was paid by

22   Cigna voluntarily and with full knowledge of the relevant

23   facts?

24        Zero dollars.

25        B.  What amount of money awarded in Question

1   II-B has PB Laboratories, LLC, proven was paid by Cigna
2   voluntarily and with full knowledge of the relevant
3   facts?
4           Zero dollars.
5           C.  What amount of money awarded in Question
6   II-C has Epic Reference Labs, Inc., proven was paid by
7   Cigna voluntarily and with full knowledge of the relevant
8   facts?
9           Zero dollars.
10          Signed by the foreperson on November 4, 2024.
11          Is that your verdict?
12          THE JURY:  Yes.
13          THE COURT:  All right.  Is there any objection
14  to the verdicts as received or any reason I should not
15  receive them?
16          MR. CUNNINGHAM:  Not from the Labs, Your Honor.
17          MR. KANG:  No, Your Honor.  None from Cigna.
18          THE COURT:  So first of all, let me tell you --
19          I should have asked do you wish them to be
20  polled?
21          MR. CUNNINGHAM:  Yes, Your Honor.
22          THE COURT:  All right.  So good thing I
23  remembered.  This is a process by which each of you
24  affirms it is your verdict.  We'll do the one case first
25  and then the second.

1           What it means is she's going to ask you Juror
2    Number One which is why I asked you to be in order
3    because it is common, to actually answer her question.
4    Is this your verdict and you will say yes or no or I
5    don't know or whatever you want to say and then we'll go
6    to the next juror.
7           This is really because when you all answer it, I
8    look quick and, you know, but you can't look at nine
9    people at once spread out over a whole jury box.  The
10   parties ask for this to be done and it is proper so you
11   don't have to stand up.  Just be clear so Terri gets it,
12   but you need to poll the jury.
13           THE CLERK:  Epic Reference Labs, Inc., et al
14   versus Cigna Health and Life Insurance Co.
15           Juror Number One, is this your verdict?
16           THE JUROR:  Yes.
17           THE CLERK:  Juror Number Two, is this your
18   verdict?
19           THE JUROR:  Yes.
20           THE CLERK:  Juror Number Three, is this your
21   verdict?
22           THE JUROR:  Yes.
23           THE CLERK:  Juror Number Four, is this your
24   verdict?
25           THE JUROR:  Yes.

2434

```
 1              THE CLERK:  Juror Number Five, is this your
 2   verdict?
 3              THE JUROR:  Yes.
 4              THE CLERK:  Juror Number Six, is this your
 5   verdict?
 6              THE JUROR:  Yes.
 7              THE CLERK:   Juror Number Seven, is this your
 8   verdict?
 9              THE JUROR:  Yes.
10              THE CLERK:  Juror Number Eight, is this your
11   verdict?
12              THE JUROR:  Yes.
13              THE CLERK:  Juror Number Nine, is this your
14   verdict?
15              THE JUROR:  Yes.
16              THE COURT:  Now the second case, Liana.
17              THE CLERK:  Cigna Health and Life Insurance Co.
18   versus BioHealth Laboratories, Inc., et al.
19         Juror Number One, is this your verdict?
20              THE JUROR:  Yes.
21              THE CLERK:  Juror Number Two, is this your
22   verdict?
23              THE JUROR:  Yes.
24              THE CLERK:  Juror Number Three, is this your
25   verdict?
```

1             THE JUROR:  Yes.
2             THE CLERK:  Juror Number Four, is this your
3    verdict?
4             THE JUROR:  Yes.
5             THE CLERK:  Juror Number Five, is this your
6    verdict?
7             THE JUROR:  Yes.
8             THE CLERK:  Juror Number Six, is this your
9    verdict?
10            THE JUROR:  Yes.
11            THE CLERK:   Juror Number Seven, is this your
12   verdict?
13            THE JUROR:  Yes.
14            THE CLERK:  Juror Number Eight, is this your
15   verdict?
16            THE JUROR:  Yes.
17            THE CLERK:  Juror Number Nine, is this your
18   verdict?
19            THE JUROR:  Yes.
20            THE COURT:  All right.  Let the verdicts be
21   recorded as announced in the courtroom and agreed to by
22   each juror individually.
23            Before I speak the magic words of you are
24   discharged from your duty as jurors, as I promised I
25   would do at some point in this case, I want to take a

1    moment to thank you all very much.
2            I love the jury system.  I think our jurors get
3    it right.  Juries get it right.  As I said on Friday, it
4    is not easy.  Somehow there's magic in the idea of more
5    than one person making a decision requiring people who
6    really don't know each other to come together and
7    express, well, I thought this.  I didn't think that.  I
8    didn't hear that.  I did hear this and sort of be
9    required to resolve those differences and come to a
10   different perspective maybe, if you can.  I have to say,
11   I mean you're my most recent jury, but really I think all
12   the juries I have, I have had very little problem with
13   jurors being attentive.  I have to say I can only applaud
14   you.  You're extraordinary this group.  This is a
15   difficult case to hear and the two cases that you were
16   really doing the job of two juries.  You were really
17   quite amazing and I want to thank you very much.
18           What I would like to do, my practice has been
19   since I became a judge is to tell the jury in about three
20   to five minutes, I will wander by the jury room.  I don't
21   know whether you moved your stuff to this room or still
22   set up back there.  So I'll go to the bigger room and
23   anybody who wants to stay.  If you don't want to stay,
24   take the five minutes and beat it down the hall.  I won't
25   be insulted.  I won't mind.  I like to make sure that we

1  treated you right. I shouldn't fire Liana. She's been a
2  problem the whole time. You couldn't get what you
3  needed. That sort of thing. I'm happy to answer any
4  questions you had about the trial, about the process,
5  about jury selection because it helps us. Helps me get a
6  better understanding really.
7         The one thing I will not talk to you about is
8  your deliberations and so please understand I'm not back
9  to probe into how you came to these verdicts. I'm really
10 just there to answer any questions about the trial itself
11 and the things that took place in the public here or
12 anything about the process or how we interact with you.
13 I would love to talk with you.
14         If you want to stay for a few minutes and do
15 that, it won't be long. But I would love to talk to you,
16 too. So anyone who wants to stay, I will see you in few
17 minutes. If you want to leave, pack up and head down the
18 hallway. It will be fine. It's not a problem for me and
19 I hope it is not a problem for you. If I don't see you,
20 thank you again for this fantastic service you have done.
21         I mean every word I say when we picked jurors at
22 the beginning, if you remember. I understand everybody's
23 lives are ridiculously crazy. I'm right there at the
24 top. I'm sure if you told me yours, your life would be
25 up at the top. Too much to do. Not enough time to take

1   your time because you are slammed with a whole bunch of
2   responsibilities and then in the middle of it, this crazy
3   lady says you will be here for two, three weeks, whatever
4   I told you.
5            It is an amazing system, though, as I say, I
6   think the outcome is justice so I'm happy to you talk to
7   you about that more and I'm happy to see what you thought
8   about the experience.  That's why I like to talk to
9   jurors.  Again I can't express it any better than the
10  simple thank you very much for your time and attention
11  especially.
12           You are now discharged.  You completed your jury
13  service.  You will not be hearing from us in the federal
14  court for I don't know how many years you get an
15  exemption.  It is the beginning of a new jury wheel so I
16  don't think you will be heard for a while even after
17  that.
18           If you are ever called and it's a terrible time
19  in your life, tell them to call Judge Hall if I'm still
20  around.  I would probably give you even more of a
21  dispensation but you are good jurors so I don't know that
22  I want to lose you.
23           Thanks very much, ladies and gentlemen and maybe
24  I will see some of you in a few minutes.  So you are
25  discharged.  Thank you.

```
 1              (In the absence of the jury at 11:10 a.m.)
 2              THE COURT:  I guess the only question I have is
 3    posttrial motions, dates.  Plaintiff in the first case.
 4    A month?  You all have the transcripts.  It is fresh in
 5    my mind so I would say a month for each case.  But I
 6    guess, we can do simultaneous briefs, whatever?
 7              Attorney Kang, your view?
 8              MR. KANG:  That's fine, Your Honor.
 9              THE COURT:  How about from the plaintiffs?
10              MR. CUNNINGHAM:  That's fine, Your Honor.
11              THE COURT:  So simultaneous one month.  I guess
12    it be the fourth of December.  That's after Thanksgiving.
13    So make sure Bern gets that in the calendar, Alex.
14    Unless there's anything further, counsel, I will probably
15    you see you again but we'll recess.
16              MR. CUNNINGHAM:  Thank you for everything.  We
17    really appreciate your time and patience.
18              THE COURT:  I'm not sure you did but that's all
19    right.  We'll stand in recess.
20              (Adjourned at 11:11 a.m.)
21
22
23
24
25
```

```
 1
 2   COURT REPORTER'S TRANSCRIPT CERTIFICATE
 3   I hereby certify that the within and foregoing is a true
 4   and correct transcript taken from the proceedings in the
 5   above-entitled matter.
 6
 7   /s/   Terri Fidanza
 8   Terri Fidanza, RPR
 9   Official Court Reporter
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```