# EXHIBIT C

Connecticut General Life Insurance, et al. v. Biohealth Laboratories, Inc., et al.
Michael Goldfarb                                                                 Job Date:2/16/2023

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF CONNECTICUT

 3

 4   CONNECTICUT GENERAL LIFE       )

 5   INSURANCE COMPANY and          ) Case No.

 6   CIGNA HEALTH AND LIFE          ) 3:19-CV-01324-JCH

 7   INSURANCE COMPANY,             )

 8   VS.                            )

 9   BIOHEALTH LABORATORIES, INC.,  )

10   PB LABORATORIES, LLC, and      )

11   EPIC REFERENCE LABS, INC.,     )

12

13

14

15

16     REMOTE VIDEOTAPED DEPOSITION OF MICHAEL GOLDFARB

17                  February 16, 2023

18                     9:04 a.m.

19

20

21

22

23

24

25
```

Case 3:19-cv-01324-JCH   Document 515-3   Filed 12/26/24   Page 3 of 8
Connecticut General Life Insurance v. BioHealth Laboratories, Inc., et al.
Michael Goldfarb                                                                 Job Date:2/16/2023

|    |                                           |
|----|-------------------------------------------|
| 1  | APPEARANCES                               |
| 2  |                                           |
| 3  | SCOTT M. HARE, ESQUIRE                    |
| 4  | Whiteford Taylor Preston, LLP             |
| 5  | 11 Stanwix Street                         |
| 6  | Pittsburgh, PA 15222                      |
| 7  | (412) 275-2399                            |
| 8  | share@wtplaw.com                          |
| 9  |     Counsel for Defendants |
| 10 |                                           |
| 11 | EDWARD T. KANG, ESQUIRE                   |
| 12 | Alston & Bird                             |
| 13 | 950 F Street, NW                          |
| 14 | Washington, D.C. 20004-1404               |
| 15 | (202) 239-3728                            |
| 16 | edward.kang@alston.com                    |
| 17 |     Counsel for Plaintiffs |
| 18 |                                           |
| 19 | Also Present:                             |
| 20 | Rocco Mercurio, Videographer              |
| 21 | Anthony Gestrich, Esquire                 |
| 22 | Kelsey Kingsbery, Esquire                 |
| 23 | Matthew Christ, Esquire                   |
| 24 | Emily Costin                              |
| 25 |                                           |

Case 3:19-cv-01324-JCH   Document 515-3   Filed 12/26/24   Page 4 of 8
Connecticut General Life Insurance, Biohealth Laboratories, Inc., et al.
Michael Goldfarb                                                                    Job Date: 2/16/2023

1    A.   Yes, he is.

2    Q.   And is there anyone else in the room with you?

3    A.   No.

4    Q.   By whom are you employed, Mr. Goldfarb?

5    A.   Cigna.

6    Q.   Cigna Health and Life Insurance Company

7  specifically?

8    A.   I couldn't tell you who's on my -- my paycheck.  I

9  believe we all roll up to the Cigna groups now.

10   Q.   Okay.  How long have you been an employee of

11 Cigna?

12   A.   Since May 2015.

13   Q.   What is your title?

14   A.   My title is director.  Fraud director.

15   Q.   Has that been your title throughout your

16 employment by the Cigna entities?

17   A.   No, it has not.

18   Q.   Okay.  Would you walk me through your -- your

19 employment history with Cigna.

20   A.   Sure.  I started here I believe on May 4th, 2015.

21 I was hired in the role of counsel in Cigna's legal

22 department.  And within the legal department specifically,

23 the litigation section of Cigna's legal department.  I

24 held that role until through December 31st of 2016.

25        Starting on January 1st of 2017, I had the role of

Case 3:19-cv-01324-JCH   Document 515-3   Filed 12/26/24   Page 5 of 8
Connecticut General Life Insurance Co. v. BioHealth Laboratories, Inc., et al.
Michael Goldfarb                                                  Job Date:2/16/2023

```
 1  senior manager in the Special Investigation Unit.  I held
 2  that position until January 1st, 2019, and that's when I
 3  became fraud director of Cigna's Special Investigation
 4  Unit.
 5      Q.  To whom do you report as fraud director?
 6      A.  Matthew Norton.
 7      Q.  What is Mr. Norton's title?
 8      A.  Managing director.
 9      Q.  And do you know who was the fraud director for
10  Cigna, if there was one, before your tenure, in the years
11  2012, 2013, and 2014?
12      A.  I believe it was Tom Hixson.
13          And just to clarify, I am a fraud director in
14  Cigna's Special Investigation Unit.  There are other
15  people with this title.  I do not currently perform the
16  duties that Tom Hixson performed during that time frame.
17  We have different duties.
18      Q.  Okay.  Well, let's start with that then.
19          What are -- what are your duties in your capacity
20  as a fraud director within the SIU at Cigna?
21      A.  Okay.  So I lead the matter resolution team and
22  the compliance team.  Let me start with the compliance
23  team, because that's rather simple, what I do.
24          I have one employee who works for me who is
25  full-time working on compliance matters.  And in
```

Case 3:19-cv-01324-JCH Document 515-3 Filed 12/26/24 Page 6 of 8
Connecticut General Life Ins. Co., et al. v. BioHealth Laboratories, Inc., et al.
Michael Goldfarb                                                                 Job Date:2/16/2023

1  A. Yes, I did.
2  Q. Okay. And Mr. Goldfarb, I understand that you are
3  the person who verified the answers to interrogatories
4  that Cigna served in response to the labs'
5  interrogatories.
6     Is that correct?
7  A. Yes.
8  Q. And did you review those responses in preparation
9  for your deposition today?
10 A. Yes, I did.
11 Q. Are you -- well, let me back up.
12    After graduating from St. John's School of Law,
13 did you become licensed to practice in any jurisdiction?
14 A. Yes, I did.
15 Q. And where do you -- are you still licensed to
16 practice?
17 A. Yes, I am.
18 Q. Where are you licensed? By what states?
19 A. When I graduated law school, I became licensed in
20 California. I then became licensed in New York. I then
21 became licensed in Connecticut. I currently maintain my
22 licenses in Connecticut and New York. And I have inactive
23 status in California.
24 Q. When you were working initially as of May 4th of
25 2015 as counsel with Cigna, was that a -- was that

Case 3:19-cv-01324-JCH   Document 515-3   Filed 12/26/24   Page 7 of 8
Connecticut General Life Insurance v. BioHealth Laboratories, Inc., et al.
Michael Goldfarb                                                    Job Date:2/16/2023

 1  position a legal position?
 2      A.  Yes, it was.
 3      Q.  When you moved from that position first to senior
 4  manager in SIU and then fraud director within SIU, was
 5  that -- was that a position where you acted as an attorney
 6  or as a business person?
 7      A.  What I would say is this.  I used my legal skills,
 8  but I do not represent the -- I am not functioning as
 9  counsel to the company in my role as senior manager or
10  director of the SIU.
11      Q.  Okay.  And when I asked you about your job
12  responsibilities, you told me that your -- among other
13  things, you lead the matter resolution team.  And when you
14  elaborated on that, you said you work with the
15  investigative team, you give advice, and you help to
16  develop evidence.
17          When -- when you gave me that testimony, are you
18  describing legal advice or -- or business and operational
19  advice?
20      A.  Since coming to the SIU, I only provide business
21  and operational advice.
22      Q.  Okay.  So you were not rendering or providing any
23  legal opinions to the company or to your team from the
24  point when you joined the SIU and onward?
25      A.  Correct.

Case 3:19-cv-01324-JCH   Document 515-3   Filed 12/26/24   Page 8 of 8
Connecticut General Life Ins. Co., et al. v. BioHealth Laboratories, Inc., et al.
Michael Goldfarb                                                                  Job Date:2/16/2023

```
 1  STATE OF CONNECTICUT
 2  HARTFORD, SS.
 3
 4          I, Esmeralda Guzman, a Certified Shorthand
 5  Reporter and Notary Public in and for the State of
 6  Connecticut, do hereby certify that the foregoing
 7  transcript of the REMOTE VIDEOTAPED DEPOSITION OF
 8  MICHAEL GOLDFARB, having previously been sworn on
 9  February 16, 2023, is true and accurate to the best of my
10  knowledge, skill, and ability.
11          I further certify that I am not a relative
12  or employee or attorney or counsel of any of the parties
13  hereto, nor am I a relative or employee of such attorney
14  or counsel; nor do I have any interest in the outcome or
15  events of this action.
16          IN WITNESS WHEREOF, I have hereunto set my hand
17  and seal this 20th day of February, 2023.
18
19
20
21                                  ESMERALDA GUZMAN
22
23  My Commission Expires:
24  September 30, 2025
25
```