**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

Cigna Health and Life
Insurance Company,
*Plaintiff,*

Civil No. 3:19-cv-01324 (JCH)

v.

BioHealth Laboratories, Inc.,
PB Laboratories, LLC,
Epic Reference Labs, Inc.,
*Defendant.*

September 12, 2025

**JUDGMENT**

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge. On November 4, 2024, after deliberation, the jury returned a verdict in favor of the plaintiff, Cigna Health and Life Insurance Company on Count One, against defendants, BioHealth Medical Laboratory, Inc. in the amount of $2,418,700.20, PB Laboratories, LLC in the amount of $2,418,700.20, and Epic Reference Labs, Inc., in the amount of $2,418,700.20.

Defendant, Epinex Diagnostics, Inc. was previously terminated September 19, 2022, following the Court's Order (Doc. No. 145) granting Stipulation of Dismissal of Party. Count Two was dismissed by the Court's ruling on summary judgment (Doc. No. 271). Count Three was dismissed on the record on September 18, 2024.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, and against the defendants, each to pay $2,418,700.20, for the total

amount of $ 7,256,100.60, plus post-judgment interest, at a rate to be calculated under section 1961 of title 28 of the U.S. Code, and the case is closed.

Dated at New Haven, Connecticut, this 12th day of September 2025.

Dinah Milton Kinney, Clerk of Court,

_/s/ Liana Barry__
Deputy Clerk

EOD: September 12, 2025